ELECTRONICALLY FILED
2021 Feb 22 PM 3:25
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI

KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE DISTRICT COURT OF SALINE COUNTY, KANSAS

UNITED CAPITAL MANAGEMENT OF )
KANSAS, INC., and CHAD M. KOEHN, )
                                                      Plaintiff, )
                                                                )
vs. ) Case No. 2021 CV _____
                                                                )
MICHAEL NELSON, )
                                                                )
                                                  Defendant. )
                                                                 )
(Proceedings Pursuant to K.S.A. Chapter 60)

## PETITION

Plaintiffs, United Capital Management of Kansas, Inc., ("UCM") and Chad M. Koehn ("Chad"), for their cause of action against Defendant, Michael Nelson ("Nelson"), state and allege as follows:

**Parties**

       1.     UCM is a corporation duly organized under the laws of the state of Kansas, with its office and principal place of business in Salina, Saline County, Kansas.

       2.     Chad is a resident of Saline County, Kansas.

       3.     Nelson is a resident of the State of Nevada and may be served with process at 4952 S. Rainbow Boulevard #250, Las Vegas, Nevada 89118. Bean is subject to

process pursuant to K.S.A. 60-308(b)(1) because he committed tortious acts in whole or in part in the State of Kansas.

**Jurisdiction**

4. The Court has jurisdiction over the parties and subject matter of this action.

**Venue**

5. Venue for this action is proper in the Saline County District Court pursuant to K.S.A. 60-605, as the cause of action arose in said county and UCM's registered office is in said county.

**Allegations of Fact**

6. That UCM is a financial consulting firm and Chad is the President and Principal of UCM.

7. That Nelson has contacted individuals disparaging Chad and UCM's reputations.

8. That Nelson knew the individuals were clients or expected clients of UCM.

9. That Nelson has contacted individuals and stated that there are security irregularities at UCM.

10. That Nelson has contacted individuals and stated that there was a whistleblower at UCM, implying that UCM is engaging in illegal activity.

11. That Nelson has stated that UCM executives are "going to prison for 30-40 years."

12. That Nelson contacted Chad and made veiled threats identifying Chad's

wife and children by name, thereby raising concerns of mental instability and risk of harm to Chad and/or his family.

13. That Nelson's statements are untrue and said statements were made with malice and intent to damage the business relationships of UCM and Chad.

14. That Nelson's statements are negatively reflecting on UCM's profession and trade.

15. That Nelson's statements expose UCM to hatred, contempt, and ridicule.

## COUNT I - DEFAMATION

16. UCM and Chad re-allege and incorporate herein the allegations contained in paragraphs 1 through 15 above.

17. Nelson's actions and statements are untrue and made to multiple third parties.

18. Nelson's statements have harmed the reputations of UCM and Chad.

19. Nelson's statements were made with reckless disregard or malice

WHEREFORE, plaintiffs, UCM and Chad, ask for judgment against the defendant, Michael Nelson, for defamation of UCM and Chad in an amount in excess of $75,000.00; that the Court enter a temporary and permanent injunction barring Nelson from committing further tortious acts; that the cause of this action be charged against Nelson; and such other and further relief the Court deems just and proper.

## COUNT II – TORTIOUS INTERFERENCE WITH BUSINESS

20. UCM and Chad re-allege and incorporate herein the allegations contained in paragraphs 1 through 19 above.

21. Individuals contacted by Nelson have or may have a business relationship

3

or expectation of future business relationship with UCM and Chad.

22. That Nelson had knowledge of the relationship or expectation of the relationship between the individuals and UCM and Chad.

23. That Nelson's statement or acts have interfered with said business relationships.

24. That UCM and Chad have been harmed by Nelson's conduct.

WHEREFORE, plaintiffs, UCM and Chad, asks for judgment against the defendant, Michael Nelson, for tortious interference with business in an amount in excess of $75,000.00; that the Court enter a temporary and permanent injunction barring Nelson from committing further tortious acts; that the cause of this action be charged against Nelson; and such other and further relief the Court deems just and proper.

RESPECTFULLY SUBMITTED:

/s/ Larry G. Michel
Larry G. Michel, #14067
Quinn R. Kendrick, #28455
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 W. Iron, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
(785) 825-4674 [Phone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
qkendrick@kenberk.com
ATTORNEYS FOR PLAINTIFF

4

**DEMAND FOR PRETRIAL**
**CONFERENCES AND TRIAL BY JURY OF TWELVE**

Plaintiffs hereby expressly request that the Court conduct a Pretrial Conference herein upon completion of discovery and prior to trial; pursuant to Supreme Court Rule 140 and K.S.A. 60-216; and that all issues of fact, triable as a matter of right to a jury under K.S.A. 60-238, the Seventh Amendment to the United States Constitution, and Section 5 of the Bill of Rights to the Kansas Constitution, be tried to a jury of twelve.

/s/ Larry G. Michel
Larry G. Michel

5

ELECTRONICALLY FILED
2021 Feb 22 PM 3:25
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI

Chad Koehn et. al.

vs.

Michael Nelson

### SUMMONS

### Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Michael Nelson**
**4952 S. Rainbow Boulevard #250**
**Las Vegas, NV  89118**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Larry Michel
119 W. Iron Ave.
7th Floor
Salina, KS 67402-2567

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 02/23/2021 08:54:58 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2021 Aug 06 PM 12:10
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI



**Court:** Saline County District Court

**Case Number:** 2021-CV-000038-TI

**Case Title:** United Capital Management of Kansas Inc, et al. vs. Michael Nelson

**Type:** United Cap vs. Nelson

SO ORDERED.

/s/ Paul J. Hickman, Honorable District Court Judge

Electronically signed on 2021-08-06 12:09:53    page 1 of 3

**IN THE DISTRICT COURT OF SALINE COUNTY, KANSAS**

United Capital Management of Kansas Inc, et al.
    Plaintiff

vs.                                      Case No. 2021-CV-000038-TI

Michael Nelson
    Defendant

### ORDER FOR CASE MANAGEMENT CONFERENCE

Pursuant to Supreme Court Rule No. 136, a case management conference shall be conducted on **10/5/2021** at **09:30 AM** for the purpose of:

1. Exploring settlement possibilities;
2. Fixing time schedule for discovery completion;
3. Setting final pre-trial conference date;
4. Setting trial date if feasible;
5. Any other appropriate matter.

<u>Counsel for the Plaintiff shall serve a copy of this order upon all parties not listed below.</u>

The case management conference shall be conducted **by telephone conference call initiated by counsel for the Plaintiff** to the Court in Chambers (**785-309-5839**  ) and to all other counsel at their offices listed of record, unless other arrangements for personal appearance is made or ordered prior to the above time.

IT IS SO ORDERED:

DATED:

                                                                                                                      _____
                                                                                                                              Paul J Hickman
                                                                                                                              District Judge

CERTIFICATE OF MAILING

Original filed with the Clerk of the District Court

Copy placed in courthouse mailbox/mailed first class United States mail to the following counsel of record on this August 6, 2021

Lawrence Gene Michel
119 W Iron #710
Salina, KS 67402

**ELECTRONICALLY FILED**
2021 Dec 31 AM 11:00
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI

United Capital Management of Kansas Inc, et al. et. al

vs.

Michael Nelson

## ALIAS SUMMONS

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

> **Michael Nelson**
> **Essex County Correctional Facility**
> **354 Doremus Ave.**
> **Newark, NJ  07105**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Larry Michel
> 119 W. Iron Ave.
> 7th Floor
> Salina, KS 67402-2567

within 30 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 01/03/2022 08:30:16 AM

**Documents to be served with the Summons:**

Petition

**ELECTRONICALLY FILED**
2022 Jan 21 AM 10:48
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI

United Capital Management of Kansas Inc, et al. et. al

vs.

Michael Nelson

## ALIAS SUMMONS

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Michael Nelson**
**Essex County Correctional Facility**
**354 Doremus Ave.**
**Newark, NJ  07105**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Larry Michel
119 W. Iron Ave.
7th Floor
Salina, KS 67402-2567

within 30 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 01/03/2022 08:30:16 AM

**Documents to be served with the Summons:**
Petition

***** AFFIDAVIT OF SERVICE *****

SHERIFF'S NUMBER: S22000073    DEFENDANT SEQUENCE 1 OF 1    01/06/2022

---

### Summons & Complaint - Out of State

I, Armando B. Fontoura, Sheriff of Essex County, do hereby deputize DANIEL DEAMORIM and appoint to be my Deputy, To Serve and Return the Summons and Complaint according to Law.

COURT OF ISSUANCE: SALINE COUNTY DISTRICT COURT
ENTERED BY: VINCENT
ATTORNEY                                    Check #    Receipt #    Receipt Amt
KENNEDY BERKLEY YARNEVICH & WILLIAMSON
119 W IRON 7TH FLOOR
PO BOX 2567
SALINA KS 674022567

COURT:     SALINE COUNTY DISTRICT COURT
Docket #:  2021CV000038TI        State: KS

CAPTION OF CASE

Name:     UNITED CAPITAL MANAGEMENT OF KANSAS INC and CHAD M KOEHN
Vs        MICHAEL NELSON
                    DEFENDANT OR NAMED WITHIN TO BE SERVED
Name:     MICHAEL NELSON
Address:  354 DOREMUS AVE                             Hearing Date:
          NEWARK NJ 07105                             Time:

Papers served: ALIAS SUMMONS & PETITION

--------------------------- SERVICE DATA RECORDED ---------------------------

X SERVED SUCCESSFULLY      ___ UNABLE TO SERVE        NUMBER OF ATTEMPTS ___
DATE: 1-10-22  TIME: 0900                             DATE:_____  DATE:_____
REMARKS: Served At Jail

X Personally Delivered  ___ Officer       ___ Managing Agent    ___ Registered Agent
___ Copy left with competent household member    ___ Agent Authorized to accept

                                          Is in the Military   Is not in the Military
Person Served... Michael Nelson
                                                (Title/Relationship)
Sex:    X Male      ___ Female
Skin:   X White   ~~Black~~   ___ Yellow   ___ Brown   ___ Red
Height: ___ Under 5'   ~~5'-5'6'~~   ~~5'7'-6'~~   X Over 6'
Weight: ___ Under 100#   X 100-150#   ___ 151-200#   ___ Over 200#
Hair:   ___ Black   ___ Brown   X Blonde   ___ Gray   ___ Red   ___ White   ___ Balding
Age:    ___ 14-20   ___ 21-35   X 36-50   ___ 51-65   ___ Over 65

                    DAMARY ACEVEDO
                    NOTARY PUBLIC OF NEW JERSEY
SWORN TO AND SUBSCRIBED   My Commission Expires July 22, 2024
BEFORE ME ON  1/10/22                        SIGNATURE
                                             SHERIFF'S OFFICER OF ESSEX COUNTY
                                             STATE OF NEW JERSEY

| | | |
|---|---|---|
| Date: 1/24/2022 | Saline County District Court | User: CLARKSON |
| Time: 03:57 PM | ROA Report | |
| Page 1 of 1 | Case: 2021-CV-000038-TI | |
| | Current Judge: Paul J Hickman | |

United Capital Management of Kansas Inc, et al vs. Michael Nelson

Intentional Tort

| Date | | Judge |
|---|---|---|
| 2/22/2021 | Plaintiff: Koehn, Chad M. Attorney of Record   Lawrence Gene Michel | Paul J Hickman |
| | Plaintiff: United Capital Management of Kansas, Inc. Attorney of Record Lawrence Gene Michel | Paul J Hickman |
| | Petition     PLE: Petition | Paul J Hickman |
| | Summons     PLE: Summons - Summons: Issued on 02/23/2021; to Michael Nelson on 02/23/2021; Assigned to Sheriff. Service fee of $0.00. | Paul J Hickman |
| 8/6/2021 | Hearing Scheduled  (Case Management Conference  10/05/2021 09:30 AM) | Paul J Hickman |
| | Order for Case Management Conference (10/5/21 9:30am)    ORD: Order Originated by Judge | Paul J Hickman |
| 10/5/2021 | Hearing result for Case Management Conference held on 10/05/2021 09:30 AM:   Continued | Paul J Hickman |
| | Hearing Scheduled  (Case Management Conference  01/07/2022 01:30 PM) | Paul J Hickman |
| 12/31/2021 | Alias Summons     PLE: Summons - Summons - Alias: Issued on 01/03/2022;  to Michael Nelson on 01/03/2022; Assigned to Sheriff. Service fee of $0.00. | Paul J Hickman |
| 1/7/2022 | Hearing result for Case Management Conference held on 01/07/2022 01:30 PM:   Continued | Paul J Hickman |
| | Hearing Scheduled  (Review  03/07/2022 04:00 AM) | Paul J Hickman |
| 1/21/2022 | Affidavit of Service    RET:  Return of Service | Paul J Hickman |