Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote@gmail.com
PRO-SE / PRO-PER

*Counsel for the Plaintiff's Listed on final page including notice to Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN and United Capital Management of Kansas, Inc.<br><br>                    Plaintiffs,<br><br>        v.<br><br>Michael Nelson<br><br>                    Defendant<br>PRO-Se | DOCKET NO.:<br><br>**5:22-cv-04008-JWB-GEB**<br><br>**(to be filled in by the Clerk's Office)**<br><br>**CIVIL ACTION**<br><br>**Pro Se Electronic Notification and Filing Motion**<br><br><br>**[Jury Trial Demanded]** |

## UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

### MOTION for Electronic Notification and Filing

### Pro Se Electronic Notification Registration Form

Now Herecomes defendant Michael Nelson having lawful removed a State Court Petition to the US Federal Court for the US District of Kansas and so does herein submit this Pro Se Electronic Notification Registration form, complying substantially

Motion & Notice Electronic Notification & Filing IN US DISTRICT FEDERAL COURT of Kansas - 1

with the example form provided by the US Federal Court of the US District of

Kansas:

Name:  Michael Nelson

UNITED STATES POSTAL MAILING ADDRESS ONLY

Address:  9450 SW Gemini Dr   PMB 90924

City: Beaverton

State: Oregon

Zip:  97008-7105

INTERNET E-mail Address:  oklahomaremote@gmail.com

Last 4 Digits of Social Security Number:  8395

I AM REGISTERING and MOTION FOR ELECTRONIC NOTIFICATION
AND ELECTRONIC FILING OF DOCUMENTS VIA PACER:

By registering, and so moving via this Motion: I consent to electronic
service of documents.  Documents will be sent to the email address
provided above.  I agree that it is my responsibility to notify the court of
any change to my email address and acknowledge that failing to
maintain a current email address in the court's records may result in
failing to receive documents filed in my case by the court.  I also
acknowledge that I will be responsible for any costs incurred if I should
choose to print documents that I receive electronically.

I am formally motioning and so requesting in the interests of cost
savings to the Court and the parties, as well as limiting the
environmental impacts of this litigation and in light of the Deadly Global
Pandemic, known as COVID-19, to have the right to FILE documents
electronically via PACER.

I have a current PACER Account.  I am familiar with research of cases on PACER.

I would request access to enable the undersigned Defendant to file motions, memorandums, answers, notices, notice in compliance, interlocutory appeals, appeals, responsive pleadings and any other pleading or filing in the above herein captioned matter via electronic upload of PDF documents to the PACER system and specifically to the Federal District Court of the US District of Kansas, in the above herein captioned matter.

The movant, defendant in the above captioned matter additionally requests a stay of at least 30 days for education on the PACER platform for the delivery of documents in electronic means as a means to save costs, level the litigation field between the litigants, eliminate needless expenses to both parties and the courts, limit the negative impacts of this litigation on the environment, in addition to the necessity of electronic delivery and upload of documents in this matter given the severity of the on-going Deadly Global Pandemic, commonly referred to as COVID-19 and its variants, which has and continues to have dire negative effects on the populous as a whole, requiring constant States and National health emergencies.

Respectfully Submitted,   Date:  2 Feb 2022

_____

Applicant's Signature

Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email:  oklahomaremote@gmail.com

Return this form via hand delivery or U.S. Mail to :  Clerk, U.S. District Court

Electronic Filing Registration

259 U.S. Courthouse

500 State Avenue

Kansas City, KS  66101

OR email completed form to:  ksd_attorney_registration@ksd.uscourts.gov

_____

MOTION & NOTICE ELECTRONIC NOTIFICATION & FILING IN US DISTRICT FEDERAL COURT OF KANSAS - 4

NOTICE OF THIS MOTION AND NOTICE AND REGISTRATION ALTHOUGH SENT TO THE ATTORNEYS OF RECORD FOR THE PLAINTIFF'S IS NOT AGREEING TO RECEIVE ANY EMAILS OR OTHER ELECTRONIC NOTIFICATIONS FROM THE PLAINTIFFS OR ATTORNEYS THEREFORE ESPECIALLY GIVEN THE RACIALLY MOTIVATED HATE SPEECH OF THE PLAINTIFF'S IN THEIR ORIGINAL PETITION. IT IS DEMANDED THAT THE PLAINTIFF'S SEND ALL CORRESPONDENCE VIA USPS CERTIFIED MAIL AND/OR THROUGH THE COURT APPOINTED "SPECIAL MASTER" TO BE CHARGED AT THE EXPENSE OF THE PLAINTIFF'S GIVEN THEIR WILLFUL MALICE WITH FORETHOUGHT OF THE RACIALLY MOTIVATED HATE SPEECH THEY INCLUDED IN THEIR ORIGINATING PETITION.

KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED

119 WEST IRON, 7TH FLOOR

P.O. BOX 2567

SALINA, KS 67402-2567

NOTICE TO BE SENT VIA CERTIFIED MAIL

Respectfully Submitted;

Michael Nelson

MOTION & NOTICE ELECTRONIC NOTIFICATION & FILING IN US DISTRICT FEDERAL COURT OF KANSAS - 5