Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote@gmail.com
PRO-SE / PRO-PER

*Counsel for the Plaintiff's Listed on final page including notice to Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

CHAD M. KOEHN and United Capital
Management of Kansas, Inc.

               Plaintiffs,

      v.

Michael Nelson

            Defendant

PRO-Se

**DOCKET NO.:**
**5:22-CV-04008-JWB-GEB**

**CIVIL ACTION**

**NOTICE IN COMPLIANCE**

**[Jury Trial Demanded]**

**UNITED STATES DISTRICT COURT DISTRICT OF KANSAS**

**NOTICE IN COMPLIANCE**

Now Here Comes defendant Michael Nelson, defendant in the above captioned matter, having lawfully removed a State Court Petition, erroneously filed in State Court, to the US Federal Court for the US District of Kansas and so does herein submit this "NOTICE IN COMPLIANCE" Pro Se,

On 2nd February 2022, the undersigned, Defendant did cause the Notice of Removal to be duly mailed via CERTIFIED United States Postal Service mailing, with all Postage Prepaid, to the Clerk of the Court for the District Court of the County of Saline, Kansas, the specified Court wherein the State Petition, now herein removed to the US District Federal Court of Kansas, was originally pending.

CERTIFIED MAIL Tracking Number for the USPS is so Noticed herein as:

# Tracking #: 92148901429804606666922

Sent via a third party legal filing service, pursuant with tracking job ID:  5821285

Said Removal to the US Federal District Court of Kansas, was made properly, timely, for good cause and reasons as embodied in the "Notice of Removal" duly sworn and filed to the US District Federal Court of Kansas on 1 Feburary 2022, well within the time constraints as required under Federal Law, Local Rules and Federal Rules of Civil Procedure (FRCP).

The Defendant further so Notices of Compliance:  Pursuant with Local Rule 40.2(c) the originating "Notice of Removal" of the State Petition which originated the litigation was duly and properly filed at the end of the "Notice of Removal" as instructed pursuant with D. Kan. Rule 81.1

The Defendant having now Noticed this Honorable Court of Compliance with each of the requirements as set forth in the procedures for the "Notice of Removal" of the

erroneously filed state petition, which is replete with racial SLUR of hate directed to the person of the defendant as the racial slur is made even "TITLING" and describing the person of the defendant's person under the "Parties" heading of the originating State Petition at (3).

Each the Notices, Memorandum, Motions and dismissal are made properly and timely pursuant with the measures of Federal Law, the Local Rules of the Court and the FRCP Federal Rules of Civil Procedure.  Said Notices, Memorandum, Motions and dismissal requests are made in good faith efforts to limit the expense and time upon this Honorable Court and the litigants herein.

The Pro Se Defendant asks and so requests thus BEGS for this Honorable Court to provide as much broad interpretation as necessary as the Defendant is neither legally educated nor experienced in the proper filings of said motions, notices, memorandum nor requests for dismissal pursuant with the Federal Rules of Civil Procedure and the Federal Law including without limitation attempts to comply with the complexities of the Local Rules of the Court.  As a pro-se litigant in the matter the Defendant is further disadvantaged in that the Plaintiff's by and through their counsel have purposefully used the originating state petition to spew forth words of HATE, Ridicule, Contempt, Annoyance, Harassment, Stalking and general Racist Bigotry while laying in waiting to litigate via surprise, having not properly and in good faith sought to serve the defendant with proper service in this matter.

The Defendant so requests instructions and orders of the court with regards to any corrective pleadings that need to be addressed or so made for the efficient management and running of the Court's great work in the prompt resolution of the

matters of this frivolous and malicious prosecution of petition filled with SLUR of Hate towards the defendant.  As the defendant wishes to mitigate the costs to the Courts and the citizenry of these United States of America where-ever possible.

Wherefore, Defendant asks this Honorable Court to take notice of the above and find it in compliance with Local Rules, FRCP (Federal Rules of Civil Procedure) and any outstanding orders of this Honorable Court with regards to the proper filing of this Notice in Compliance and for whatever leave may be necessary to adapt or otherwise re-file this Notice of Compliance to be in Compliance with the efficient handling of this matter according to the Rules of the Court and FRCP among others.  The Pro-Se defendant is performing the best of his ability to comply with all complexities of the regimented filings as required for the smooth and orderly operation of the Court.

- The Defendant has caused the THE UNITED STATES POSTAL SERVICE USE FOR THE DELIVERY of the "Notice of Removal" to the District Court of Saline County Kansas, pursuant with the obligations of the Defendant as the moving party, so "Noticing the Notice of Removal" herein.
- CERTIFIED MAIL Tracking Number for the USPS is so Noticed herein as:

## ● Tracking #: 9214890142980460666922

Respectfully Submitted, this 2nd day of February 2022.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail, which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP.

Respectfully,

_Michael Nelson - Pro Se_

—--------------------------------------------------------------------------

Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email:  oklahomaremote@gmail.com