IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED CAPITAL MANAGEMENT OF KANSAS, INC., *et al.*, )<br>)<br>Plaintiffs,       )<br>)<br>vs.                         )<br>)<br>MICHAEL NELSON,     )<br>)<br>Defendant.       )<br>) | Case No. 5:22-CV-04008 |

### NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW attorney Quinn R. Kendrick and hereby withdraws as counsel of record for the Plaintiffs, United Capital Management of Kansas, Inc. and Chad M. Koehn pursuant to D. Kan. 83.5.5(b). Attorney Larry G. Michel of Kennedy Berkley Yarnevich & Williamson, Chartered, shall continue as counsel of record and represent the Plaintiffs. In addition to service of this Notice on counsel of records and pro se parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Vic. P. 5(b)(2) on United Capital Management of Kansas, Inc. and Chad M. Koehn.

RESPECTFULLY SUBMITTED,

*/s/ Quinn R. Kendrick*
Quinn R. Kendrick     #28455
319 Seitz Drive
Salina, Kansas 67401
(620) 428-1183 [Telephone]
qrkendrick@gmail.com
*ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing to all counsel of record and pro se parties participating in electronic notice.

*/s/ Quinn R. Kendrick*
Quinn R. Kendrick