**ELECTRONICALLY FILED**
2021 Dec 31 AM 11:00
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI

United Capital Management of Kansas Inc, et al. et. al

vs.

Michael Nelson

## ALIAS SUMMONS

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

> **Michael Nelson**
> **Essex County Correctional Facility**
> **354 Doremus Ave.**
> **Newark, NJ  07105**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Larry Michel
> 119 W. Iron Ave.
> 7th Floor
> Salina, KS 67402-2567

within 30 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 01/03/2022 08:30:16 AM

**Documents to be served with the Summons:**

Petition

**ELECTRONICALLY FILED**
2022 Jan 21 AM 10:48
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000038-TI

United Capital Management of Kansas Inc, et al. et. al

vs.

Michael Nelson

### ALIAS SUMMONS

### Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

> **Michael Nelson**
> **Essex County Correctional Facility**
> **354 Doremus Ave.**
> **Newark, NJ  07105**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Larry Michel
> 119 W. Iron Ave.
> 7th Floor
> Salina, KS 67402-2567

within 30 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 01/03/2022 08:30:16 AM

**Documents to be served with the Summons:**

Petition

***** AFFIDAVIT OF SERVICE *****

SHERIFFS NUMBER: S22000073   DEFENDANT SEQUENCE 1 OF 1   01/06/2022

------------------------------------------------------------------------

Summons & Complaint - Out of State

I, Armando B. Fontoura, Sheriff of Essex County, do hereby deputize DANIEL DEAMORIM and appoint to be my Deputy, To Serve and Return the Summons and Complaint according to Law.

COURT OF ISSUANCE: SALINE COUNTY DISTRICT COURT

ENTERED BY: VINCENT

ATTORNEY                                               Check #    Receipt #   Receipt Amt
KENNEDY BERKLEY YARNEVICH & WILLIAMSON
119 W IRON 7TH FLOOR
PO BOX 2567
SALINA KS 674022567

COURT:     SALINE COUNTY DISTRICT COURT
Docket #:  2021CV000038TI        State: KS

CAPTION OF CASE

Name:     UNITED CAPITAL MANAGEMENT OF KANSAS INC and CHAD M KOEHN
Vs        MICHAEL NELSON
                        DEFENDANT OR NAMED WITHIN TO BE SERVED
Name:     MICHAEL NELSON
Address:  354 DOREMUS AVE                              Hearing Date:
          NEWARK NJ 07105                              Time:

Papers served: ALIAS SUMMONS & PETITION

-------------------------- SERVICE DATA RECORDED --------------------------

**X** SERVED SUCCESSFULLY     ___ UNABLE TO SERVE        NUMBER OF ATTEMPTS ___
DATE: 1-10-22  TIME: 0900                                DATE:_____  DATE:_____
REMARKS: Served At Jail

**X** Personally Delivered  ___ Officer    ___ Managing Agent    ___ Registered Agent
___ Copy left with competent household member    ___ Agent Authorized to accept
                                                 Is in the Military  Is not in the Military
Person Served... Michael Nelson
                                                 (Title/Relationship)
Sex:    X Male       ___ Female
Skin:   X White   ~~Black~~   ___ Yellow    ___ Brown    ___ Red
Height: ___ Under 5'   ~~5'-5'6'~~   ~~5'7'-6'~~   X Over 6'
Weight: ___ Under 100#   X 100-150#   ___ 151-200#   ___ Over 200#
Hair:   ___ Black   ___ Brown   X Blonde   ___ Gray   ___ Red   ___ White   ___ Balding
Age:    ___ 14-20   ___ 21-35   X 36-50   ___ 51-65   ___ Over 65

SWORN TO AND SUBSCRIBED    DAMARY ACEVEDO
BEFORE ME ON 1/10/22       NOTARY PUBLIC OF NEW JERSEY
                           My Commission Expires July 22, 2024   SIGNATURE
                                                                 SHERIFF'S OFFICER OF ESSEX COUNTY
                                                                 STATE OF NEW JERSEY