Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote@gmail.com
PRO-SE / PRO-PER

## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

CHAD M. KOEHN and United Capital
Management of Kansas, Inc.

Represented by:

QUINN ROBERT KENDRICK

Larry Michel

          Plaintiffs,

   v.

Michael Nelson

         Defendant

PRO-Se

**DOCKET NO.:**
**5:22-CV-04008-JWB-GEB**

**CIVIL ACTION**

**MOTION to Enlarge
Time
in Contemplation of Filing
Dispositive Motions,
Dismissal or Answer with
Counter and Cross Claims
or other Responsive
Pleadings**

**[Jury Trial Demanded]**

## UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

### MOTION to Enlarge Time for Responsive Pleading - Order Requested

Now Here Comes defendant Michael Nelson, defendant in the above captioned

matter, having lawfully removed a State Court Petition, erroneously filed in State

Court, to the US Federal Court for the US District of Kansas and so does herein

Motion for Protection of Children Chad M. Koehn association & Affiliation with Known Pedophile - 1

1
2
3
4
5
6

submit this "MOTION to ENLARGE TIME to File Responsive Pleading", in asking for an Order of this Honorable Court, regarding this here Motion to Enlarge time for a response, and does so Pro Se, with request that this honorable court construe or otherwise provide leave to amend and/or view the intended purposes of the Motion to Enlarge Time in light most favorable the non-presented, Pro Se, Defendant, who files this Motion in good faith and for the reasons so dutifully explained herein below:

7
8
9
10
11

The Defendant having dutifully REMOVED the pending State petition on 1 February 2022, (only 48 hours ago) and doing so timely and for just cause, has been overwhelmed by various factors, rules, facts and obvious complexities of this matter, as described herein below.  None of which have been in the control of the defendant.

12
13
14
15
16
17
18
19
20
21
22
23
24

The Defendant, presenting himself Pro Se / Pro Per to this Honorable Court, and being a non legally educated nor experienced litigator nor having any meaningful and necessary experience in the presentation of legal pleadings so required to this Honorable Federal Court, nor any other contemplated legal setting, has dutifully attempted to follow each of the various sets of rules and to cause filings which assist the Court in smooth operation, expeditious management, and adjudication of this frivolous matter, keeping in mind the objectives and costs to the litigants, the Court and the Government.  All of whom it is believed should be interested in the administration of "Substantial Justice".  **Unlike the Plaintiffs who seek bad faith litigation via surprise, entrapment, racial bias** in writing, attempted securing of default judgment.  The Defendant has dutifully filed the appropriate filings in this matter, as the defendant believes with heart and soul are correct and proper in the adjudication of the matter and in the interests of the administration of "Substantial Justice", in hopes to prevent a manifestation of injustice in the matter.

25

1
2    It is for the following reasons and contemplation of various pleadings, motions and
3    responsive pleading options that the Defendant hereby thus herein Respectfully
4    Requests and so pleads and begs of this Honorable Court to ENLARGE the TIME for
5    a responsive pleading, motion, answer, counter and cross complaints, attachment of
6    third parties and or other filings in this above herein captioned matter:

7
8       1.   The Defendant was only served with this incongruous, frivolous, malicious
9            "state petition" on 10 January 2022, in Newark, New Jersey, less than 24 days
10           ago, when the defendant was recovering from severe bodily injury, he sustained
11           and while still under unlawful detainment.   Unlawful detainment orchestrated
12           by alleged conspirators of the Plaintiffs in this matter.  The defendant submits
13           by way of proof in the positive (not parol evidence), that IF NOT for the
14           improper service of the "state petition" while the Defendant was unlawfully
15           detained, through the inducement of fraud by Jane Doe, and the <u>notice of said</u>
16           <u>unlawful detainment to the Plaintiffs,</u> **which could only have been noticed by**
17           **and through illegal obtainment of information in violation of a contested**
18           **constitutional authority,** did the Plaintiffs seek service of process, although
19           argued as improper service.  It is well settled FACT the Plaintiffs and their
20           counsel made NO attempts at any service of process, prior to the improper
21           service of process, attempted on 10 January 2022, see the State Docket of this
22           matter and the Federal Docket in this matter.

23      2.  It is well settled fact of the record and docket in this matter **the Plaintiffs have**
24          **NEVER made ANY attempts whatsoever in noticing the defendant to the**
25          **pendency of the "state petition",** prior to the Plaintiffs attempts at <u>litigation</u>

by surprise, in the unlawful seeking of a default judgment, and for the reasons as is obvious and evident to the reasonable person of securing a default judgment for **use as a WEAPON against any would be or now existing WHISTLEBLOWER or as written multiple WHISTLEBLOWERS.**

3. The Defendant working with volunteer retired state and federal law enforcement has only received preliminary conflict analysis checks with regards to the Federal Jurist and Magistrate Judge randomly assigned this matter.  Due in part to the preliminary reports and for good cause as demonstrated herein below, additional in depth investigations will be underway with timely reporting and motions to this Honorable Court.

4. Due to the Global Deadly Pandemic known commonly by the public as COVID-19, and for the reasons of quarantine and delays in other tangential legal matters, the Defendant's time and attention has been pulled in a variety of directions.  The COVID-19 Global Health emergency has caused untimely delays in other matters, which unfairly and unjustly restrict the defendant.  The COVID-19 Global Health Emergency continues to cause delays and difficulties in reaching counsel and having meaningful discussions with regards to various filings, pleadings, responses, answers, counter complaints, cross complaints, attachment of third parties, responsive motions, the defendant is both entitled to file and bares the responsibility to file in accordance with the expeditious termination of this matter and in the interests of Substantial Justice and of these the United States of America and its' Federal government.

5. Due to recent inclement weather and for the safety and protection of elderly Americans, which the defendant is charged with their protection and safety, namely the worst winter storm in decades: **known as a "bomb cyclone" Blizard having hit the New England Region** this week AND another Storm by the name "LANDON" having swept through the midwest and towards again New England, delays in communication, and discussions with counsel are <u>unforeseen circumstances warranting an enlargement of time to respond.</u>

6. Due to the fact the Defendant at present, is unrepresented by Counsel, therefore presenting himself Pro Se, to this Honorable Court, and is neither legally educated nor experienced in such complex matters and having to direct substantial financial resources, strains on personal relationships and care for edlerly, due to the fraudulent inducement of hearsay evidence by Jane Doe in a devious plan perhaps in cooperation with the Plaintiffs, the defendant is in need of additional time to make a responsive pleading, motion, or other filing in the interests of "substantial justice" in this matter.

7. The Defendant given the horrific purposeful, malicious, knowing, wanton abuse suffered at the hands of the plaintiffs and their counsel through their collective purposeful, willful, knowing, wanton inclusion of hate speech in the originating petition should not be further damaged by necessitating a sloppy or rushed responsive pleading, motion, answer, counter and cross complaints in this matter, as it is in the interests of substantial justice for the defendant to be allowed to recover from injuries sustained, communicate with counsel, advisors and investigators and plead with specificity said response.

8. Certainly prior known cooperation / conspiracy therewith, Jane Doe and the Plaintiffs in this matter did cause the unlawful detainment of the defendant, including extreme bodily injury and possible attempts on the life of the defendant.  As well as causing the defendant to direct significant resources to other legal matters.  Indicating a conspiracy to unfairly, unjustly and certainly deny the defendant the opportunity to be heard in this matter and obtain legal counsel in this matter now before the US District of Kansas Federal Court.

9. The Defendant had to direct substantial legal resources in the hiring of multiple domestic state law firms, in neighboring states to the contemplated jurisdiction of the US District of Kansas and having necessitated the hiring of numerous consulting law firms, with numerous attorneys throughout the country.  Having to direct many retired law enforcement personnel and investigators to descend upon Bartlesville, Oklahoma, the hometown of "Jane Doe", whom after having her fraudulent cause of action denied and dismissed by numerous other Courts, including without limitation the County Court at Los Angeles, California, where Jane Doe, has maintained her legal and lawful domicile and residence for the past 15+ years.  Jane Doe has retreated to her "hometown", where she attended grade school and High School in Bartlesville, Oklahoma, decades ago and used what has been described by federal investigators as "undue influence" to cause the unlawful detainment of the defendant in this matter.  A<u>s well as communication of protected information obtained through fraudulent inducement of evidence in furtherance of possible conspiracy with the Plaintiffs in this matter,</u> as the evidence dictates proof in the positive the plaintiffs improper service of process of the underlying "state petition" which is replete with racial epithet in the "title" of the defendant and for the wanton, malicious,

willful malice with forethought to INTIMIDATE, harass, annoy, molest, and generally misuse and abuse the legal system and processes of law.

10. The knowing, willful, purposeful, WANTON, inclusion of a racially motivated epithet in the originating petition filed by the Plaintiffs in this matter, thus causing a detailed "Motion"(s), Memorandum(s) and requests for referral to the bar association for disbarment proceedings, **has caused unnecessary delay in filing of responsive pleadings, motions, or contemplated answer with counter and cross complaints and third party attachments.** Obviously pulling the time of the defendant and others from filing a responsive pleading, alone gives good reason and cause for the enlargement of time to respond and should be granted to the defendant for the causes as shown.

11. Directly after the filing of the motion referenced in (10) herein above, one of the attorneys of record for the Plaintiff in this matter, namely: Quinn Robert Kendrick, did change his address of record to: 319 Seitz Drive Salina, KS 67401 phone: 620-428-1183 Email: qrkendrick@gmail.com, within the county of Saline, Kansas, said change was noticed to the defendant late in the afternoon on 2 February 2022, not by the Court through electronic notification, which the defendant has duly filed a motion to be noticed of electronic notification and request to file pleadings electronically, for all the causes and in the interests of the parties, government and the Courts, as shown therein the Motion already caused to be filed together with the "Notice of Removal"; the Defendant herein renews requests made to be noticed electronically, as Pacer Monitor requires unnecessary burdens and costs upon the Pro Se Defendant, and utilization of strained personal relationships with persons assisting the Pro

Se Defendant in monitoring the various legal situations which continue to arise. The Defendant was notified of the address change via an alert from one of the defendants colleagues late in the day 2 February 2022, after the defendant had filed the Motion and Memorandum regarding the hate speech SLUR included in the originating state petition.  The defendant has been pulled in yet other directions as to the reasoning WHY, given the filings the defendant was necessitated to make earlier in the day on 2 February 2022.  This substantial change of one of the attorneys of record address and contact information, for the Plaintiffs within the Federal register of this matter.  This change in address and contact information is at direct odds with publicly advertised claims of Kennedy Berkley Yarnevich and Williamson, Chartered; and the counsel of record Quinn Robert Kendrick does publicly advertise himself as being no longer associated nor employed by the herein referenced firm Kennedy Berkley Yarnevich and Williamson, Chartered.  The Defendant by way of this motion to enlarge time provides for proof in the positive, secured by evidence that Quinn Robert Kendrick does now list publicly the following on LinkedIn and NUMEROUS other publicly facing legal advertisements for his purported services as a general practice attorney:



12. Yet, the firm Kennedy Berkley Yarnevich and Williamson Chtd. does continue to list perhaps erroneously (just as their state petition was erroneously filed in state court), the name Quinn Kendrick on the website for Kennedy Berkley Yarnevich and Williamson Chartered, this indicates misleading, ethics violations in fairness of advertisements to the general public, thus truth in statements to others, the defendant so herein reserves right to complain of this deliberate and willful misdirection and false advertisements in violations of the canons of ethics governing the practice of attorneys and demonstrates clear, purposeful, willful, knowing, wanton unfair business practices as defined by

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

state and federal law as well as the Rules of Professional Conduct to which attorneys are charged, as the public and defendant are unfairly disadvantaged by such misleading conduct (these screenshots appear this date of filing):



🔖    🔒 kenberk.com/new-attorney

## NEW ATTORNEY!

Posted by Lynn Herbic | Jun 11, 2020 | 0 Comments

Quinn R. Kendrick grew up in Johnson, Kansas where he graduated from Stanton County High School in 2013.  Quinn attended Garden City Community College for 1-year earning an Associate of Science degree and was a member of the track and field team. After Garden City Community College, Quinn received a degree in Political Science, graduating cum laude, from Fort Hays State University in December of 2016. Quinn attended Washburn University School of Law where he served as the Vice-President for the Agricultural Law Society and focused his course work on Agricultural Law, Commercial Law, Estate Planning, Real Estate Transactions, and Water Rights.

During the summer of 2018, Quinn joined Kennedy Berkley Yarnevich & Williamson, Chartered as a Law Clerk.  The following summer Quinn returned to Kennedy Berkley and continued to work for the firm throughout his last semester of law school. Quinn received his Juris Doctor from Washburn in December of 2019 and joined our firm as an associate attorney in April of 2020.

Quinn's practice areas include Agricultural Law, Banking Law, Commercial Law, Creditor Rights, Estate Planning and Probate, Real Estate Law, and Water Rights.

13.

14. In furtherance of this complaint as made herein the reputable website Findlaw lists the following for Kendrick Robert Quinn, listing him as "Quinn Kendrick - Salina, KS", as again being an attorney for Kennedy Berkley Yarnevich and Williamson, Chartered, this appears to be purposeful false information either by Kennedy Berkley Yarnevicha and Williamson or by Quinn Kendrick:

15. The defendant points out, for Judicial notice, that the public advertisements of the firm above herein referenced continues to incorrectly advertise Quinn Robert Kendrick as an attorney on staff, albeit a "new attorney" and Quinn R. Kendrick claims publicly to be the "in-house counsel" to a private company located in "Clive, Iowa, United States"; this alone gives rise to purposeful and willfully deliberate FALSE and Misleading public advertisements in violation of the Canons, fair business practices act and to the general public at large, thus indicating untruthful statements to others which is believed a violation of the ethics governing the conduct of attorneys.  Such a violation and disinformation campaign as appearing in the facts of this matter as now herein proffered to this

honorable court **gives further reasons why the defendants motion herein for enlargement of time should be granted forthwith.**

16. Given the change of address by Quinn Robert Kendrick, preliminary investigation as to the reasons for the change, **have yielded disturbing information** that the address is owned by Quinn Kendrick and Carlee Kendrick, whom on information and belief, whilst may have a legal name change is actually Carlee J. Overturf, originally of Johnson, Kansas.  It can only be surmised, Carlee Kendrick is now married to Quinn Kendrick, and although a common name "Carlee Kendrick", information and belief dictate that Carlee Kendrick, owning property with Quinn Kendrick according to the address change submitted on 2 Febuary 2022, to the Federal Record, is also an identical name as being publicly listed on the website for Plaintiff:  United Capital Management of Kansas, Inc. https://www.ucmofkansas.com/meet-the-team the Name "Carlee Kendrick" is listed as the "CFO", Chief Financial Officer, of the referenced plaintiff, if it pleases the Court please see the screenshot taken this morning on 3 Febuary 2022, and secured by way of documented time date stamp evidence in this matter:



**NOTE:**  SEE far right, the name "Carlee Kendrick", as listed on Plaintiff United Capital Management of Kansas, Inc.'s website:  https://www.ucmofkansas.com/

Motion for Protection of Children Chad M. Koehn association & Affiliation with Known Pedophile - 12

17. Since one of the attorneys of record, Quinn Robert Kendrick, appears to own property with a "Carlee Kendrick", upon information and belief is actually born with the legal name Carlee J. Overturf, and Carlee Kendrick is listed as the "Chief Financial Officer" (CFO) of plaintiff:  United Capital Management of Kansas, Inc. and based upon information obtained by investigators indicating possible fraud against the United States government, and the citizens of these the United States of America, as it relates to the CARES Act and under the signing of oath and affirmation of form <u>SBA Form 2483 (04/20) under OMB Control No.: 3245-0407</u>; a formal request under public records disclosure including without limitation The Freedom of Information Act (FOIA), 5 U.S.C. § 552, must now be made.  <u>It is additionally noted that a "Susan Koehn" is listed directly to the left of "Carlee Kendrick" as "Assistant CFO".</u>

18. Susan Koehn appears to be a common name in the State of Kansas, and a name which is connected with an "arts" committee in the City of Wichita, according to publicly available information on "Google", this arts committee appears connected with the "Independent School", which according to preliminary conflict checks is listed on the disclosure documents for the Magistrate Justice randomly assigned this matter, thus demonstrate the Magistrate Justice claims financial commitments and/or Board Seat on the Trustees of said "Independent School".  Susan Koehn it can be surmised could be the "lawful wife" of the Plaintiff Chad M. Koehn, thus indicating she may exert spousal privilege in this litigation, OR as it happens based on various reports Chad M. Koehn, has several "Mistresses", and/or girl friends, as communicated by "Tony Shanks", in electronic mail notices regarding, Chad M. Koehn's various business trips, outside of the proposed forum State of Kansas, relating in part to Chad M. Koehn's purported seat on the board of what is alleged an illegally created

holding company, created via a series of "short form mergers", relating to
companies located in NEVADA, TEXAS and Delaware, which created an entity
"Doe Corporation", of the jurisdiction of Delaware, Chad M. Koehn, references
"Doe Corporation" in public conflict analysis filings relating to this role as the
"Chief Compliance Officer" of joint plaintiff United Capital Management of
Kansas, Inc.  It is recognized that Susan Koehn may perhaps be a sister, daughter
or other relation of Chad M. Koehn, or as plead IF she is the lawful wife of Chad
M. Koehn, she could now be divorced from Chad M. Koehn and therefore spousal
privilege will no longer apply.  She is also listed as the "assistant to the CFO", who
is previously above herein referenced as being Carlee Kendrick, formerly Carlee J.
Overturf, who appears to **own property with one of the two (2) originating**
**attorneys who drafted, proofread and signed the frivolous, malicious,**
**incongruous state petition, replete with racial epithet, which petition is now**
**herein removed,** to this Honorable US Federal District Court.  AND it is believed,
either Susan Koehn and/or Carlee Kendrick may be the responsible party signing
oath and/or affirmation of SBA Form 2483 (04/20) under OMB Control No.:
3245-0407   As such the contemplation of cross and counter claims,
may include Qui Tam litigation under the 1866 False Claims Act,
commonly referred to as the "Lincoln Law", making the defendant a
"realtor" to said contemplated counter claim and other Federal Acts,
laws, statutes and codes; all of which concern the interests of the
government of these the United States of America, may be made in the
responsive pleadings, to which an Enlargement of Time is so herein
respectfully requested and is in the interests therefore of "substantial
justice", **not only to the Defendant, but to the citizenry as a whole, the**
**Federal Government and thus the Courts.**

19.     Preliminary report regarding the lifetime appointed Federal Jurist randomly assigned this matter demonstrates ownership of EuroPacific funds, via a trust which indicates possible conflict with filings involving securities.  As is noted the Plaintiffs herein this matter are Federally Regulated Securities Dealers with various Federal licenses.  The disclosure documents also list the Jurist as having direct connections to the City of New Orleans, Louisiana.   Due in part to strained resources of the defendant, including without limitation investigators on the ground and working remotely on matters in Bartlesville, Oklahoma, the defendant needs additional time for those investigators to complete background conflict checks regarding the NOLA, Louisiana, connections and those involving EuroPacific funds and others under the Disclosure documentation publicly available, at present to the defendant and investigators.  At present the defendant does not believe the randomly assigned lifetime appointed Federal Jurist has any substantial conflicts to the litigation, although this could change at any moment as resources are freed to allow investigators to focus on the aforementioned areas of concern.  The Defendant, has previously herein plead with specificity as to the connections of a "Susan Koehn" to the Plaintiff Chad M. Koehn and by and through various "arts committees" to the "Independent School" which is listed on the randomly assigned Magistrate Justices disclosure forms.  None-the-less the ***Defendant defers to the Magistrate Judge at present to conduct her own conflict checks and analysis*** with regards to the fair and impartial administration of Substantial Justice in this matter.   Likewise the Defendant, understanding his rights to refuse involvement of a Magistrate Judge, in any adjudication of this matter,

equally and respectfully to this Honorable Federal Court, seeks the prompt and most expeditious resolution to this matter now before the Court. Therefore at present the Defendant does not object to the use of a Magistrate Judge, to assist in the smooth and efficient resolution of various Motions, Investigations, Memorandum, including without limitation requests for Orders regarding the same.  The defendant a scholar of the US Constitution and with tremendous respect and love for the history of the institutions of law, beginning with the Magna Carta and the beauty of the document entitled the "Declaration of Independence" recalls from reading that the position and authority of the new and novel idea of Magistrate Judges was established recently, in 1968.  Recalling Magistrate Judges must meet specified criteria and stringent merit selection and vote by all District Jurists and even the public at large.  Therefore the Defendant consents AT PRESENT, to the assignment of Magistrate Judge to most efficiently and effectively keep this matter and its motions, pleadings, requests moving towards resolution, though reserves all other rights to revoke this permission under the defendant's constitutional rights at any future point.

20.)  The undersigned defendant, seeks prompt resolution of the matter complained of in the originating state petition, although believes the originating petition to be frivolous and malicious, as the state docket so indicates, no efforts were made by the Plaintiffs to effect any process of service upon the person of the Defendant, nor any notice was made to the defendant regarding the existence of the state petition.   A petition as previously pleaded to, which is replete with racially motivated HATE speech.

21.)  The Defendant, seeks resolution in accordance with notions of fair and impartial adjudication, and in accordance with the rules established by the Federal Rules of Civil Procedure (FRCP) and the Local Rules of the Court without limitation. **Local Rules which the Defendant so submits he has only received on 1 February 2022**, and has still to this date 3 February 2022, only had a chance to briefly scan through the local rules a single time, having never viewed them previously, as is obvious, as the defendant never contemplated in a colloquialism of a "million years" being hailed into a Court in the State of Kansas, a State which the defendant has no ties, no relationships, has not entered upon nor had any connection thereto.

22.)  The defendant is equally entitled to the protection of the law, under the 14th Amendment without limitation and for the filing of cross and counter complaints and third party attachments hereto, and or other responsive pleadings, which have also been suggested by various counsel as Rule 12 Motions, as the merits if any of the meritless originating cause have yet to be addressed in any meaningful way or in any pleadings now before the court with the exception of the deliberate, willful, purposeful, wanton use of a racial epithet by the TWO (2) presumably bar licensed attorneys who drafted, proof-read, and SIGNED the incongruous state petition now herein removed to this Honorable Federal Court.  For all these reasons as referenced and listed so herein above the Defendant hereby requests and begs and **pleads for this Honorable Court to enlarge the time for a responsive pleading in this matter.**

23.)  The Plaintiff's collectively and severally do not have a legal basis for their claims, as plead the cause of action is meritless, though are entitled as a matter of right to file these frivolous, malicious filings, so now made.  Equally the defendant has the legal right to respond, with a responsive pleading, and the right to seek counsel on this matter and/or respond with an answer, cross and counter complaints, third party attachments or other responsive pleading hereto and thereto the incongruously filed state petition, replete with racially motivated HATE speech as previously well plead and complained.

24.)  **IF NOT** **for the Plaintiff's deliberate litigation by surprise and the inclusion of INTIMIDATION**, harassment, annoyance, molestation, ridicule, contempt in the purposeful, willful, knowingly wanton inclusion of "title" to the defendant of SLUR of Hate and contempt, the Plaintiffs collectively and severally together with their counsel, whom appears directly connected to the plaintiffs "Chief Financial Officer", and may attempt to exert spousal privilege during the course of this litigation if it is to continue at all; <u>PLAINTIFFS DID PURPOSEFULLY</u> **cause unnecessary delay and further untoward consternation in the matter by the deliberate inclusion of Hate SLUR in the originating pleading.  AND by way of their tactical improper service; litigation via surprise when they reasonably believed the defendant was physically injured and otherwise unlawfully detained, <u>their BAD Faith exercise of jurisprudence should not be rewarded.</u>**

25.)  The Plaintiffs and counsel as the record so indicates have collectively and severally refused to take any substantial efforts or **<u> ANY efforts whatsoever in service of process </u>** of the frivolous State petition, therefore they cannot be injured in the enlargement of time for the Defendant to file a responsive pleading in this matter.  ***The defendant's contemplated choices of various filings may include filings which could allow this Honorable Court to dispense with the frivolous, maliciously filed originating state petition and save substantial costs to the litigants, the government and the Courts.***  Therefore

given the purposeful, willful and knowingly refusal of the Plaintiffs to take any steps whatsoever to effect proper service of process in the matter, despite readily admitting to possessing a legal and lawful USPS mail address for the defendant, provides proof in the positive, not only prima facie evidence of the Plaintiff's deliberate, knowing, willful, purposeful efforts in attempts to litigate via surprise, and illegally utilizing constitutionally protected information as to the location and health of the defendant. ***It is painfully obvious to a reasonable person and evident the plaintiffs sought said litigation by surprise while the defendant was injured and unlawfully detained***, thus dictating the hopes of the Plaintiff's in securing a default judgment against the person of the defendant for devious purposes of INTIMIDATION, of others in regards to the "outing" of a WHISTLEBLOWER, or perhaps as written multiple "WHISTLEBLOWERS", within the organization of the plaintiff: United Capital Management of Kansas, Inc.

26.)  The defendant continues to diligently contact attorney after attorney and law firm after law firm, and many investigators to speak with legal experts and attorneys in the search for appropriate counsel in this matter.

   a.)  Given the complications, which continue to present themselves in the litigation, now before this honorable Federal Court, including without limitation:

      1.) Unprecedented weather patterns, causing delays in communication, logistics and other necessary services.

      2.) The continuing deadly global health emergency known as COVID-19 and its variants.

3.) The changes in the addresses, and the presentation of possible conflicts, various privileges, which might be asserted by the Plaintiffs, the "coincidental" names used, and possible judicial conflicts, having the necessity to explain complexities presented by the frivolous, malicious, incongruous state petition, replete with racial epithet of HATE, ridicule, contempt, certain INTIMIDATION.

4.) The strained resources of the defendant whilst the evidence within the docket both State and Federal, presents a pattern of conduct by the Plaintiffs and Counsel to **unfairly burden both the Court and the Defendant, via the litigation by surprise, improperly served whilst the Plaintiffs and counsel obtained certainly illegally constitutionally protected information regarding the location and health conditions of the defendant.**

5.) Neither the Plaintiffs nor their counsel of record made any meaningful attempts WHATSOEVER to effect proper service of process prior to their improper service upon the defendant while the defendant was being unlawfully detained.

27.)  On 2nd February 2022, the undersigned, Defendant did cause the Notice of Removal to be duly mailed via CERTIFIED United States Postal Service mailing, with all Postage Prepaid, to Kennedy Berkley Yarnevich & Williamson, Chartered a purported law firm located in Salina, within the County of Saline, Kansas, the specified attorneys of record for the Plaintiff's UNITED CAPITAL MANAGEMENT OF KANSAS INC. and CHAD M. KOEHN, who did erroneously file the malicious and frivolous State petition, which has now been REMOVED to the US Federal District Court for the District of Kansas, where the petition is now pending.

Although there appears material differences in numerous publicly facing advertisements regarding the TWO (2) presumably bar licensed attorneys who together drafted, proofread, signed and filed the incongruous, frivolous and malicious state petition now herein removed, both are so noticed via the Certified Mail caused to be sent to the firm Kennedy Berkley Yarnevich and Williamson Chartered and due to the conflicting information and material changes in the record as noted herein above the defendant acting with extreme caution to make certain notice is made to the Plaintiffs in this matter does also so herein state, he will cause the same to be sent via Certified Return Receipt mail to the Plaintiffs at the identical address to that of the referenced law firm who may or may not still be the counsel of record given the motion and filings made on 2 February 2022, regarding the purposeful, malicious, knowingly wanton inclusion of racial epithet in the originating petition.  The Defendant will file a Motion for Notice of Compliance promptly, although has been derailed in frantic attempts to prepare responsive pleadings and **therefore in the interests of Substantial Justice has decided the best course of conduct is in the filing of this dutiful Motion to Enlarge Time for response in order to PREVENT MANIFESTATION of INJUSTICE in this matter.**

**PRAYER for RELIEF,** given all the aforementioned reasons and in the interests of "SUBSTANTIAL JUSTICE" the PRO SE, non legally educated nor experienced Defendant does so herein now, BEG, PLEAD and PRAY for the **relief of this Honorable Court in receiving an Order to Enlarge Time** to provide an answer, cross and counter complaints, third party attachments and/or other responsive pleading to this matter in accordance with all notions of fair and impartial adjudication and for the administration of Substantial Justice, in the prevention of manifestation of injustice of the above herein referenced and captioned matter.   **The**

## Defendant therefore so prays and requests an enlargement of time until 1 March 2022.

Respectfully Submitted, this 3rd day of February 2022.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter.

Respectfully,

Michael Nelson - Pro Se

—————————————————————————————————————————
Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email:  oklahomaremote@gmail.com