KENNEDY BERKLEY LAW FIRM
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:    (785) 825-4674
F:    (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. )<br>          **Plaintiffs** )<br>vs. )<br> )<br>MICHAEL NELSON )<br>          **Defendant** )<br> ) | Case No. 22-CV-04008-JWB-GEB |

## MEMORANDUM BRIEF IN OPPOSITION TO DEFENDANT'S MEMORANDUM AND MOTION CONCERNING HATE SPEECH

Plaintiffs Chad M. Koehn ("Chad") and United Capital Management of Kansas, Inc. ("UCM") submit the following Memorandum Brief in opposition to the memorandum and motion concerning hate speech filed by Defendant Michael Nelson ("Nelson"). For the reasons that follow, Nelson's motion is wholly without merit and should be denied:

1. Chad and UCM initiated this action in the Saline County, Kansas District Court and the case was subsequently removed to this Court by Nelson. UCM is a financial consulting firm and Chad is the principal and President. In their Petition, Chad and UCM asserted claims for defamation and tortious interference against Nelson.

2. In his motion, Nelson asserts a number of allegations all related to the word "Bean" that appears in the second sentence of paragraph 3 of the Petition. This word appears as a result of a proofreading error by counsel and is not an ethnic slur or hate speech. The error occurred because counsel used the petition from *ServiTech, Inc. v. Adam Bean*, Ford County Kansas District Court Case No. 2021-CV-0017 as a template in the case at bar. Due to an oversight, counsel failed

*Chad M. Koehn, et al vs. Michael Nelson*
*Memorandum Brief in Opposition to Defendant's Memorandum*
*and Motion Concerning Hate Speech*
Case No. 22-CV-04008-JWB-GEB
Page 2

to change "Bean" to "Nelson" in the second sentence of paragraph 2 of the petition. In the first sentence of this paragraph, it correctly refers to "Nelson." Clearly, the use of "Bean" in the petition was a proofreading error and nothing more, certainly not an ethnic slur aimed at Nelson.

WHEREFORE, Chad and UCM respectfully request that Nelson's motion be denied in its entirety.

Respectfully Submitted,

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY LAW FIRM
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674
lmichel@kenberk.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2022, the foregoing Memorandum Brief In Opposition To Defendant's Memorandum And Motion Concerning Hate Speech was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the eFlex efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:

Michael Nelson
9450 S.W. Gemini Drive
PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel