KENNEDY BERKLEY LAW FIRM
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHAD M. KOEHN, ET AL.            )
                                 )
                    Plaintiffs   )
                                 )
vs.                              )   Case No. 22-CV-04008-JWB-GEB
                                 )
MICHAEL NELSON                   )
                                 )
                    Defendant    )
                                 )

## MOTION TO STRIKE

Plaintiffs Chad M. Koehn ("Chad") and United Capital Management of Kansas, Inc. ("UCM") move the Court pursuant to Fed.R.Civ.P. 12(f)(2) for an order striking Defendant Michael Nelson's ("Nelson") motion for extension of time filed on February 3, 2022. In support of their motion, Chad and UCM state and allege as follows:

1. Chad and UCM initiated this action in the Saline County, Kansas District Court and the case was subsequently removed to this Court by Nelson. UCM is a financial consulting firm and Chad is the principal and President. In their Petition, Chad and UCM asserted claims for defamation and tortious interference against Nelson, who is representing himself pro se.

2. In his motion for extension of time, Nelson asks that he be granted until March 1, 2022, to file a response to the petition that was filed in State Court; however, Nelson's 22-page motion contains many allegations that are wholly immaterial, invasive, scandalous, false or impertinent. For example, Nelson's motion contains private information about Chad and UCM's prior counsel, his wife, her employment and property owned by them. Likewise, the motion

Case 5:22-cv-04008-JWB-GEB   Document 10   Filed 02/04/22   Page 2 of 3

*Chad M. Koehn, et al vs. Michael Nelson*
Motion to Strike
Case No.  22-CV-04008-JWB-GEB
Page 2

contains information about Chad's ex-wife, who still works for UCM, and makes scandalous comments about Chad's personal life and unrelated business dealings.  Chad and UCM will not burden the Court addressing every single allegation in Nelson's lengthy motion but note that the majority of it involves inappropriate factual assertions as described above.  Not only are these allegations inappropriate, invasive and disconcerting to Chad, UCM and counsel, they bear no relevance whatsoever to the merits of Nelson's motion for additional time.

3. Under Fed.R.Civ.P. 12(f)(2), the Court may strike from a pleading any redundant, immaterial, impertinent, or scandalous matter.  Chad and UCM therefore request that the Court strike Nelson's motion for extension of time and admonish him to limit allegations in future pleadings to matters that are relevant to the issues before the Court.

WHEREFORE, Chad and UCM respectfully request that the Court enter an order striking Nelson's motion for additional time.

Respectfully Submitted,

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY LAW FIRM
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
(785) 825-5936
lmichel@kenberk.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2022, the foregoing *Motion to Strike* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the eFlex efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:

*Chad M. Koehn, et al vs. Michael Nelson*
*Motion to Strike*
*Case No.  22-CV-04008-JWB-GEB*
*Page 2*

        Michael Nelson
        9450 S.W. Gemini Drive
        PMB 90924
        Beaverton, OR  97008-7105
        oklahomaremote@gmail.com

        /s/ Larry G. Michel