Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote @ gmail.com
PRO-SE / PRO-PER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| CHAD M. KOEHN and United Capital Management of Kansas, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Michael Nelson<br><br>Defendant<br>PRO-Se | **DOCKET NO.:**<br>**5:22-CV-04008-JWB-GEB**<br><br>**CIVIL ACTION**<br><br>**MOTION for Judicial Notice in support of Paper 5 and continued DEROGATORY SLURS by Plaintiffs as 'Equal Opportunity Bigots'**<br><br>**[Jury Trial Demanded]** |

**UNITED STATES DISTRICT COURT DISTRICT OF KANSAS**

# MOTION for Judicial Notice in support of Paper 5 DEROGATORY SLUR by Plaintiffs naming convention of companies - Demonstrating Plaintiffs as 'Equal Opportunity Bigots'

Now Here Comes defendant Michael Nelson, defendant in the above captioned matter, making special appearance and so does herein submit this Motion for Order

and Federal Court to Take Judicial Notice Concerning Plaintiff's continuation of use of DEROGATORY Names and Phrases even the name of Companies", Pro Se, defendant herein so requests Order and acknowledgement of Judicial Notice in support of paper 5, as so filed herein:

First, the defendant brings to the attention of the Court the definition of the terms, BIGOT and the colloquial phrase: 'Equal Opportunity':

**"BIGOT"; a NOUN**
**Meaning:**
> "a person who is obstinately or unreasonably attached to a belief, opinion, or faction, especially one who is prejudiced against or antagonistic toward a person or people on the basis of their membership of a particular group."

**by: Oxford Languages:** https://languages.oup.com/google-dictionary-en/

**"Equal Opportunity"** - a colloquial phrase
**Meaning:**
> "Equal opportunity is **a state of fairness in which individuals are treated similarly**, unhampered by artificial barriers, prejudices, or preferences, except when particular distinctions can be explicitly justified. ... Equal opportunity is central to the concept of meritocracy."

According to Wikipedia free encyclopedia: Equal opportunity - Wikipedia.

The following was discovered by investigators performing a routine search of the Securities and Exchange Commission's (SEC), regulatory technology platform known as EDGAR. This search was conducted do to the actions of QUINN ROBERT KENDRICK, now so pleaded as the "former counsel" of the plaintiffs, wherein counsel **Quinn R. Kendrick**, did file withdrawal just one day

after the filing of paper 5, demonstrating mens rea for the SLUR. Plaintiff's continue with their purposeful, willful, knowingly, wanton use of DEROGATORY TERMS and names towards the characteristics and protected classes of others. Chiefly now in their use now of the **DEROGATORY term or phrase: "RED NECK"** in the naming convention and titling **of the ONE and ONLY company which CHAD M. KOEHN has actually filed with the Securities and Exchange Commission** for the sale of NON_Reigstered SALE of Stock, namely: **Red Neck High Tech Yacht Fund, LP**

**Red Neck High Tech Yacht Fund, LP, which is obviously and evident to the reasonable person as being so named in a fashion as to make fun of and bring ridicule, contempt, and hatred by and to those Americans who are disadvantaged because of their socio-economic condition.**

**It is well settled FACT that socio-economic status or condition is a protected class,** even the American Bar Association (ABA) sets forth in its rules that socio-economic status, commonly referred to as "SES", is a protected class and protected characteristics of individuals. **The Rules of Professional Conduct governing attorneys conduct at bar, includes specific language regarding SES, (Socio-Economic Status, also known as 'condition').**

> "engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or **socio-economic status [SES]** in conduct related to the practice of law." *ABA Model Rule 8.4(g)*

**The protections of socio-economic status are also embodied in the rights owed people to each other in a civil society.**

For the Edification of the Court, the following links to the United States Securities and Exchange Commission (SEC), are provided for herein to provide evidence, by way of <u>PROOF IN THE POSITIVE</u>, beyond the standards of simply "prima facie" evidence as to the <u>USE of the DEROGATORY</u> "term" and/or Phrase by **CHAD M. KOEHN** etAl. without limitation, and by joint and several plaintiff United Capital Management of Kansas, Inc., which is also listed together therewith CHAD M. KOEHN on the Securities and Exchange Commission (SEC) filed documents. It can certainly be surmised that the registration of his entity was done with the assistance of counsel of record Quinn Robert Kendrick, who maintains also a personal direct connection to plaintiff United Capital Management (UCM), by way of his wife, Carlee J. Kendrick, being employed under master servant to UCM, as their Chief Financial Officer (CFO) as well pleaded to and <u>so admitted by counsel Michel, in paper 10</u>, which **the defendant shall file** "Memorandum and Motion in OPPOSITION" to the filing made by Michel, wherein he readily admits to specific facts regarding counsel Quinn R. Kendrick, who was at the time of filing paper 5, counsel of record for the plaintiffs, though did withdraw the next day after filing of paper 5, demonstrating mens rea regarding the slur:

[SEC.gov | Company Search: Red Neck High Tech Yacht Fund, LP](#)

# <u>Red Neck</u> High Tech Yacht Fund, LP

https://www.sec.gov/Archives/edgar/data/0001885372/000183646021000038/xslFormDX01/primary_doc.xml

The use of the derogatory term "bean", obviously and evidently escaped the Plaintiffs "proofreading" as it is supposed to have done for BOTH Counsel's who were in fact counsel to the plaintiffs at that time and through the filing for Removal of the underlying incongruous state petition to the US District Federal Court; therefore not only did TWO (2) presumably bar licensed attorneys now admit to not racism and ethnic slur in the writing but rather they **readily admit in their filings to "oversight" and <u>"ERROR" and "FAILURE"</u>**, which obviously the plaintiffs also could attempt to proffer similar excuses, yet as herein now demonstrated **the plaintiffs themselves often and regularly use DEROGATORY terms** <u>even in the naming conventions they choose for "funds"</u> and companies which they *register with the US Federal Government* on f**orms they themselves and their employees under master servant relationship duly sign under the penalties of perjury.**

**"Redneck <u>is a derogatory term [EMPHASIS ADDED]</u> chiefly, but not exclusively, applied to white Americans perceived to be crass and unsophisticated, closely associated with rural whites of the Southern United States."**

Harold Wentworth, and Stuart Berg Flexner, *Dictionary of American Slang* (1975) p. 424.

"Redneck - Definition and More". Merriam Webster. Retrieved January 25, 2014.

NOT only do we, the defendant and the Court, have here the Plaintiff in the above herein captioned action: <u>United Capital Management of Kansas Inc.</u> listed on the above "entity" using the **DEROGATORY term/phrase**; but we have another company which must as a matter of law be attached hereto and

thus herewith: UCM Fund Advisors LLC; which lists as it's address the identical address as that of Plaintiff: United Capital Management of Kansas Inc. and is also the same address listed for Chad M. Koehn on the Federally filed Securities and Exchange Commission (SEC) filings.

This Honorable US Federal Court will take Judicial notice, Please, that the Federally licensed and registered plaintiff's **Chad Mitchell Koehn and United Capital Management of Kansas Inc.** by and through also their collective conspirator entity UCM Fund Advisors LLC; so therein the Federally filed registration with the Securities and Exchange Commission (SEC) so state:

*[Please see the Screen Capture directly from the signed under penalties of perjury with oath and affirmation so attached the statement in the Form Regulation D, together with the filings so made in reference to the DEROGATORY naming convention used by the Plaintiffs in this matter, so firmly indicating they are in fact "EQUAL OPPORTUNITY BIGOTS"]*



SCREEN CAPTURE to FOLLOW …

[Screenshot of SEC EDGAR form showing:]

```
sec.gov/Archives/edgar/data/0001885372/000183646021000038/xslFormDX01/primary_doc.xml

11. Minimum Investment
Minimum investment accepted from any outside investor $250,000 USD

12. Sales Compensation
Recipient                                          Recipient CRD Number [X] None
(Associated) Broker or Dealer [X] None             (Associated) Broker or Dealer CRD Number [X] None
Street Address 1                                   Street Address 2
City                                               State/Province/Country
State(s) of Solicitation (select all that apply)   [ ] Foreign/non-US
Check "All States" or check individual States  [ ] All States

13. Offering and Sales Amounts
Total Offering Amount     USD or [X] Indefinite
Total Amount Sold         $0 USD
Total Remaining to be Sold   USD or [X] Indefinite
Clarification of Response (if Necessary):

14. Investors
[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors
    Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who

15. Sales Commissions & Finder's Fees Expenses
Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box
    Sales Commissions $0 USD [X] Estimate
    Finders' Fees $0 USD [X] Estimate
```

At this time the Defendant will not go into the analysis of the Federally filed SEC (Securities and Exchange Commission) documents, however, suffice to say the statements made in this document, become fair, and ripe for litigation if this matter continues in the Court at present, after the defendant has the opportunity to be heard via responsive pleadings to the underlying frivolous and malicious incongruous petition.  Including without limitation all averments made on the federally registered documents referenced herein, at present only for the edification of the court with regards to the "naming convention" used by the Plaintiffs where they use a DEROGATORY "term" and/or phrase in the naming of the "fund", as a means to attack a protected class, specifically those of lower socio-economic status and class to which they look down upon.  Whether those future filings include the claims of "no sales commissions"; use of proceeds, etc. as it relates to Securities Fraud.

### What is "Socio-Economic" Status (SES):

SES discrimination can be conceptualized as **the unfair treatment of an individual or group because of their perceived or actual social standing** (e.g., based on occupation, income, education, etc.).

**2. Principal Place of Business and Contact Information**

Name of Issuer: Red Neck High Tech Yacht Fund, LP
Street Address 1: 227 N. SANTA FE AVE.
Street Address 2: SUITE 309
City: SALINA
State/Province/Country: KANSAS
ZIP/PostalCode: 67401
Phone Number of Issuer: 785-833-6730

**3. Related Persons**

Last Name: Koehn
First Name: Chad
Middle Name:
Street Address 1: 227 N. Santa Fe Ave.
City: Salina
State/Province/Country: KANSAS
ZIP/PostalCode: 67401
Relationship: [X] Executive Officer [ ] Director [X] Promoter
Clarification of Response (if Necessary): Manager of the Investment Manager of the Issuer.

Last Name: Harris
First Name: Jerry
Middle Name:
Street Address 1: 227 N. Santa Fe Ave.
City: Salina
State/Province/Country: KANSAS
ZIP/PostalCode: 67401
Relationship: [X] Executive Officer [ ] Director [X] Promoter
Clarification of Response (if Necessary): Manager of the Investment Manager of the Issuer.

sec.gov/Archives/edgar/data/0001885372/000183646021000038/xslFormDX01/primary_doc.xml

Last Name: United Capital Management of Kansas, Inc.
First Name: n/a
Middle Name: n/a
Street Address 1: 227 N. Santa Fe Ave.
City: Salina
State/Province/Country: KANSAS
ZIP/PostalCode: 67401
Relationship: [ ] Executive Officer [ ] Director [X] Promoter
Clarification of Response (if Necessary): Investment Manager of the Issuer.

Last Name: UCM Fund Advisors, LLC
First Name: n/a
Middle Name: n/a
Street Address 1: 227 N. Santa Fe Ave.
Street Address 2: Suite 309
City: Salina
State/Province/Country: KANSAS
ZIP/PostalCode: 67401
Relationship: [ ] Executive Officer [ ] Director [X] Promoter
Clarification of Response (if Necessary): General Partner of the Issuer.

IF it pleases the Court, will the Court please take Judicial Notice that the US State of Kansas *is NOT included in the generally accepted definition of "Southern United States"*
*[Please see the attached herewith map of these the United States of America, demonstrating clearly in "red" what, States are considered "southern" as defined by the terms],* therefore the plaintiffs cannot assert their would be defense, they are "making fun of themselves", **as this is certainly not their intention** as all other evidence and actions of the Plaintiffs point to the fact the **Plaintiffs continually** by and through their counsel and themselves and others seek to use DEROGATORY terms and phrases towards the persons of others.



The **Southern United States**, also referred to as the **Southern States**, the **American South, Dixie**, the **Southland**, or simply **the South**, is a geographic and cultural region of the United States of America. It is between the Atlantic Ocean and the Western United States, with the Midwestern United State

It certainly was not only the use of "bean", or "Red NIGGER", or "Niger Lover", or other derogatory terms used by the Plaintiffs, BUT they actually have the

audacity to use **"RED NECK"** in the naming convention of an investment fund, that they themselves then filed with the United States Federal Government through the Securities and Exchange Commission (SEC).

As pleaded to herein above and incorporated herein below, for reference and ease of argument in this Memorandum for Judicial Notice by this Honorable Federal Court:

> ***"Redneck* is a derogatory term [EMPHASIS ADDED]** chiefly, but not exclusively, applied to white Americans perceived to be crass and unsophisticated, closely associated with rural whites of the Southern United States."
>
> Harold Wentworth, and Stuart Berg Flexner, *Dictionary of American Slang* (1975) p. 424. "Redneck - Definition and More". Merriam Webster. Retrieved January 25, 2014.

> "Its [RED NECK] meaning stems from the sunburn found on farmers' / day laborers' necks dating back to the late 19th century. Its usage is similar in meaning to *cracker* (especially regarding Georgia, and Florida), *hillbilly* (especially regarding Appalachia and the Ozarks),
>
> Anthony Harkins, *Hillbilly, A Cultural History of an American Icon*, Oxford University Press (2004), p. 39. and *white trash* (but without the last term's suggestions of immorality)."

Wray (2006) p. x
Ernest Cashmore and James Jennings, eds. *Racism: essential readings* (2001) p. 36.
Jim Goad, *The Redneck Manifesto: How Hillbillies, Hicks, and White Trash Became America's Scapegoats* (1998) pp.

PHOTO of "RED NECK" to follow, demonstrating where this DEROGATORY term is derived.

PHOTO of "REDNECK" where this pejorative NEGATIVE certainly DEROGATORY term comes from:



The *Cambridge Dictionary* definition states: "A poor, white person without education, especially one living in the countryside in the southern US, (KANSAS is NOT considered southern US, as noted herein above, see the pictorial definition generally accepted of the "southern US states") who is believed to have prejudiced ideas and beliefs.

**"This word is usually considered offensive."**

REDNECK | meaning in the Cambridge English Dictionary

*"MAINLY informal OFFENSIVE [Emphasis Added to word Offensive]"*

Perhaps the only defense now open to the Plaintiffs and their counsel is to say they are "Equal Opportunity BIGOTS", and they will now claim they ABUSE and Name Call and Attack and INTIMIDATE all people in protected classes and with protected characteristics which are different to themselves. National and International publicity needs to be taken to this situation to ensure others are not further unfairly placed in danger and endangerment by the attitudes and certain civil rights violations spewed forth by the Plaintiffs. There can be no doubt as to the **admission to "ERROR" and "FAIL"** in the "proofreading oversight", committed by not one but TWO presumably bar licensed attorneys: Quinn R. Kendrick and Larry Michel, as well as to both plaintiffs and employees therein UCM, as to form and substance of the underlying petition.

It is well decided the KKK its abbreviation for the Klu Klux Klan and its "Grand Wizards of the Klu Klux Klan" <u>are considered by the United States Federal Government</u> itself not just the Southern Poverty Law Center that the KKK is a **<u>Domestic Terrorist Organization.</u>**

It matters not the allegiance or other association which the plaintiffs associate themselves as they are free to associate with whom ever they wish, however, as the KKK (Klu Klux Klan) has at its soul and its presence in Salina, Kansas, a known history of HATE, and are considered by the United States Federal Government, a known TERRORIST ORGANISATION, this US Federal Court, must take judicial notice of the repeated DEROGATORY attacks upon the persons of others of the plaintiffs in this case.

The use by CHAD MITCHELL KOEHN of repeatedly racial, bigoted, derogatory terms towards the persons of others <u>is intolerable</u> and <u>unnecessary</u> in his claimed profession, ***<u>he certainly does not enjoy any favorable reputation given his repeatedly consistent use of DEROGATORY Terms in his profession</u>***, and **even in the naming conventions he uses of this companies.**

USE of "BEAN" or "REDNECK" he may as well use "Porch Monkey"; "Slant Eye", "NIGER" and "NIGGER" or as he has in the past "RED NIGGER"; why not allow him to use "CRACKER" or "HILLBILLY" in the naming conventions of the companies which he now registers with the United States Securities and Exchange Commission (SEC).

It matters not as the FACT, remains CHAD M. KOEHN has deliberately chosen to use a DEROGATORY term and phrase to directly discriminate against and look down upon people he considers of a lower "socio-economic" class. Therefore the use of "bean" was certainly deliberate, even if as counsel for the Plaintiff has suggested EVERYONE, from Larry G. Michel to QUINN ROBERT KENDRICK, to Mr. Quinn R. Kendrick's admitted wife Carlee J. Kendrick, to the other employees of plaintiff United Capital Management

of Kansas Inc. under master servant relationship, who obviously reviewed and approved the underlying petition as to <u>form and SUBSTANCE,</u> as is the requirement of said petition and is the requirements of any attorney in the representation of another when filing litigation.

All the aforementioned who proof-read, the short petition which is the underlying cause of action in this removed case to this here United States Federal Court, seemed to ALL collectively "miss" the SLUR hurled at the defendant.   The defendant suggests the counsel's "excuse" for the GROSS and wanton negligence of the term "Bean" being used was a "ERROR", and was the counsel "FAIL" and was a "proofreading oversight", demonstrating at the least WANTON and GROSS NEGLIGENCE, if not as suggested purposeful inclusion, knowing counsel would have an "excuse", to proffer the court, though so indicating GROSS and WANTON Negligence in the filing made.

HOW can a bar licensed attorney, Larry G. Michel, have claimed excuse in this matter in the "reuse" of a petition in another matter, and have that new petition passed by another colleague, Quinn Robert Kendrick, who has a "special", direct connection with plaintiff United Capital Management of Kansas, Inc., as admitted to by counsel for the plaintiffs in the Opposition Brief filed as paper 9, in the above herein titled matter.

And now create a company using the socio-economic DEROGATORY term:  <u>RED NECK</u>.
https://www.sec.gov/edgar/browse/?CIK=1885372

https://static.fmgsuite.com/media/documents/6c9c702c-f1da-437b-a466-cceab07e50d8.pdf

Wherefore the defendant requests this Honorable Court to take Judicial Notice of the facts the plaintiffs collectively regularly use DEROGATORY terms against the persons of others, therefore, their GROSS WANTON negligence in allowing the term

Motion for Judicial Notice as to Plaintiffs use of Slurs against the persons of others  - 13

"Bean" as used on the bottom of the originating petition was "ERROR" and "FAIL" and "proofreading oversight" by each and every person who so reviewed the petition, prior to its filing, including BOTH plaintiffs and all employees thereto under master-servant relationship thereto.  Where might the defendant add the petition, sat for nearly one year, being regularly reviewed, by sitting Judges, and BOTH the lawyers / attorneys who met a multitude of times to discuss "status conferences" regarding the petition and NEVER once did either of the TWO (2) presumably bar licensed attorneys Larry G. Michel nor Quinn Robert Kendrick, whom is directly connected to plaintiff United Capital Management of Kansas, Inc., as his "wife" is employed as the Chief Financial Officer, given the averments of fact as attested to by Larry G. Michel in his Opposition Paper marked Paper 9, in the above herein captioned matter, read with comprehension the purposeful willful inclusion therein the petition of a SLUR, directed at the person of the defendant.

The reasoning neither attorney Michel NOR the now "former counsel" Quinn R. Kendrick, never once registered the word "Bean" as being improper during any of the "status conferences" nor did a Judge point out the obvious insult, discrimination in the petition is for no other reason than the counsel for the plaintiffs and the plaintiffs themselves see no problem and no foul using words of HATE, decisiveness, divide and certain DEROGATORY meaning either in legal pleadings nor even in the naming conventions they employ for "hedge funds" they so incorporate, which for the record the RED NECK High Tech Yacht Fund LP, is incorporated in the foreign [to Kansas] jurisdiction of the US State of Delaware.

See the screen capture demonstrating the RED NECK High Tech Yacht Fund, being incorporated out of the US State of Delaware:

| File Number: | 5963183 | Incorporation Date / Formation Date: | 6/1/2021 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | RED NECK HIGH TECH YACHT FUND, LP | | |
| Entity Kind: | Limited Partnership | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | SUNDOC FILINGS | | |
|---|---|---|---|
| Address: | 3500 S. DUPONT HIGHWAY | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | | | |

SEC.gov | Company Search: Red Neck High Tech Yacht Fund, LP

# Red Neck High Tech Yacht Fund, LP

https://www.sec.gov/Archives/edgar/data/0001885372/000183646021000038/xslFormDX01/primary_doc.xml

**2. Principal Place of Business and Contact Information**

Name of Issuer
Red Neck High Tech Yacht Fund, LP

| Street Address 1 | | Street Address 2 | |
|---|---|---|---|
| 227 N. SANTA FE AVE., | | SUITE 309 | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| SALINA | KANSAS | 67401 | 785-833-6730 |

**3. Related Persons**

| Last Name | First Name | Middle Name |
|---|---|---|
| Koehn | Chad | |

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 227 N. Santa Fe Ave. | | | |
| City | State/Province/Country | ZIP/PostalCode | |
| Salina | KANSAS | 67401 | |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

Manager of the Investment Manager of the Issuer.

| Last Name | First Name | Middle Name |
|---|---|---|
| United Capital Management of Kansas, Inc. | n/a | n/a |

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 227 N. Santa Fe Ave. | | | |
| City | State/Province/Country | ZIP/PostalCode | |
| Salina | KANSAS | 67401 | |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

Investment Manager of the Issuer.

WHEREFORE Defendant as previously herein well pleaded to respectfully requests this Honorable US Federal District Court for the US District of Kansas, to attached herewith and thereto paper 5, this Memorandum in form of Motion to Take Judicial Notice of the repeated use of DEROGATORY terms, by the plaintiffs and by extension the counsel of record for the plaintiffs, at the time the underlying petition was removed hereto for cause as well pleaded to therein the "Notice of Removal", and thus prior to the mens rea, mea culpa of the withdrawal of attorney of record Quinn Robert Kendrick, the day after the defendant dutifully filed paper 5, out of necessity.

It is within the power of this Honorable Court to take "Judicial Notice", when and as "used by a court when it declares a fact presented as evidence as true without a formal presentation of evidence. A court can take judicial notice of indisputable facts [as the Court now herein has]. If a court takes judicial notice of an indisputable fact in a civil case, the fact is considered conclusive. [as to the fact the plaintiffs regularly use DEROGATORY terms to describe the characteristics and protected class statuses of other human beings they view as beneath them, and thus have a patterned history of use of DEROGATORY terms to describe the persons of others]."

The defendant so herein respectfully submits that the defendant shall be filing a Motion for "SUR Reply" as per FRCP and the Local Rules as to the plaintiffs "Motion in Opposition to paper 5", containing information contained herein this dutifully filed "Motion for the Court to Take Judicial Notice" without limitation.

By requesting this motion as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without

voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 7th day of February 2022.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter.

Respectfully,

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

—------------------------------------------------------------------------
Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote @ gmail.com