Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote @ gmail.com
PRO-SE / PRO-PER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| CHAD M. KOEHN and United Capital Management of Kansas, Inc.<br><br>        Plaintiffs,<br><br>   v.<br><br>Michael Nelson<br><br>        Defendant<br>PRO-Se | **DOCKET NO.:**<br>==5:22-CV-04008-JWB-GEB==<br><br>**CIVIL ACTION**<br>NOTICE in Compliance<br>in regards to Notice of<br>Removal as to<br>United Capital Management of Kansas Inc.<br><br>**[Jury Trial Demanded]** |

**UNITED STATES DISTRICT COURT DISTRICT OF KANSAS**

**NOTICE in Compliance in regards to Notice of Removal as to United Capital Management of Kansas Inc.**

Now Here Comes defendant Michael Nelson, defendant in the above captioned matter, making this "Special Appearance" and so does herein submit this "**NOTICE in Compliance in regards to Notice of Removal as to United Capital**

Memorandum & Motion concerning HATE SPEECH in originating petition - 1

**Management of Kansas Inc." and De Facto to Chad M. Koehn therewith; and does so state and allege:**

1. The defendant in following FRCP and Local Rules as well as dictated reason and logic in the "Notification" of the "Notice of Removal" as to the underlying petition at bar, here with the US Federal Court for the US District of Kansas. Has so herein caused a third party legal compliance firm to have mailed via postage paid mailing FIRST CLASS with Registration and Return Receipt requested the "notice of removal" as to plaintiffs collectively sent to United Capital Management of Kansas Inc. and thus de fact to that of the human being known as CHAD M. KOEHN.

2. Said mailing has occurred via postage paid United States Postal Service (USPS) FIRST CLASS SERVICE with CERTIFICATION requesting the same via Return Receipt "signature required".

3. The defendant shall dutifully inform the court when the Notice has been received by the plaintiffs.

4. The defendant shall dutifully notice and provide for by way of proof in the positive the tracking information and signatures noticing the court of compliance and the notice to the plaintiffs collectively as addressed to United Capital Management of Kansas Inc. and thus "De Facto" as to the person of CHAD M. KOEHN the notice of the same.

5. For the edification of the Court the USPS (United States Postal Service) postage paid FIRST CLASS SERVICE bares the tracking number and information as supplied by the third party legal compliance coordinator as the USPS tracking Number:

a. 

WHEREFORE the Pro Se, Defendant operating pro se, and thus presenting himself in proper persona (pro per) before this Honorable Court the US FEDERAL COURT for the US District of Kansas, out of necessity, PRAYS and otherwise Notices this Honorable Federal Court of substantial compliance with all applicable rules and notions of fair litigation in so noticing the plaintiffs collectively by and through notice of removal to United Capital Management of Kansas Inc. and thus de facto as to the human being CHAD M. KOEHN, that the frivolous and malicious underlying petition here at bar with the US Federal Court for the US District of Kansas has been so removed hereto for cause as well pleaded to in paper 1, and so caused to be removed per US Code and Federal Rules of Civil Procedure (FRCP) on 1 February 2022.

By requesting this motion as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.   And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 8th day of February 2022.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter.

Respectfully,

*[signature]*

Michael Nelson - Pro Se

---

Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434
Email: oklahomaremote @ gmail.com

MEMORANDUM & MOTION CONCERNING HATE SPEECH IN ORIGINATING PETITION - 4