KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFFS' SECOND MOTION TO STRIKE

Plaintiffs Chad M. Koehn ("Chad") and United Capital Management of Kansas, Inc. ("UCM") make a second motion pursuant to Fed.R.Civ.P. 12(f)(2) for an order striking Defendant Michael Nelson's ("Nelson") Motion for Judicial Notice [Document 12] and Motion to Amend/Correct [Document 13] filed on February 7, 2022. In support of their Motion, Chad and UCM state and allege as follows:

1. Chad and UCM have filed a Motion to Strike Nelson's Motion for Extension of Time and incorporate herein the facts and legal authorities contained therein.

2. Nelson's more recent filings should be stricken in whole or in part for the same reason set forth in Chad and UCM's original Motion to Strike. Much like his prior pleading, Nelson's more recent 2 motions contain many allegations that are wholly immaterial, invasive, scandalous, false or impertinent.

3. Under Fed.R.Civ.P. 12(f)(2), the Court may strike from a pleading any redundant, immaterial, impertinent, or scandalous matter. Chad and UCM therefore request that the Court

*Chad M. Koehn, et al vs. Michael Nelson*
*Second Motion to Strike*
Case No.  22-CV-04008-JWB-GEB
Page 2

strike Nelson's motions for judicial notice and to amend/correct, and that the Court admonish him to limit allegations in future pleadings to matters that are relevant to the issues before the Court.

WHEREFORE, Chad and UCM respectfully request that the Court enter an order striking Nelson's Motions for Judicial Notice and to Amend/Correct [Documents 12 and 13].

Respectfully Submitted,

/s/ Larry G. Michel     #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
lmichel@kenberk.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2022, the foregoing *Second Motion to Strike* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the eFlex efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses shown below:

Michael Nelson
9450 S.W. Gemini Drive
PMB 90924
Beaverton, OR  97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel