Michael Nelson
9450 SW Gemini Dr  PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434  Email:  oklahomaremote @ gmail.com
PRO-SE / PRO-PER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **CHAD M. KOEHN** and United Capital Management of Kansas, Inc.<br><br>    Plaintiffs,<br><u>Presented by:</u><br>Quinn R. Kendrick <u>(terminated 2/3/22)</u> & Larry G. Michel of Kennedy Berkley Yarnevich & Williamson Chtd.<br>    v.<br>Michael Nelson<br><br>    Defendant PRO-Se. | **DOCKET NO.:**<br>**5:22-CV-04008-JWB-GEB**<br><br>**CIVIL ACTION**<br><br>**Notice of Compliance as to Electronic Mail Notice sent because of COVID-19 Emergencies and Winter Storms USPS Mail is untimely delayed**<br><br>**[Jury Trial Demanded]** |

**UNITED STATES DISTRICT COURT DISTRICT OF KANSAS**

**Notice of Compliance as to Electronic Mail Notice sent because of COVID-19 Emergencies and Winter Storms USPS Mail is untimely delayed**

<u>Defendant, makes "SPECIAL APPEARANCE"</u> here and now for the purposes of **Notice of Compliance as to Electronic Mail Notice sent because of COVID-19**

================================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 1

**Emergencies and Winter Storms USPS {United States Postal Service} Mail is untimely delayed**, and state as follows with respect to notification to the Saline County District Court regarding the Notice of Removal of the underlying petition to the US Federal Court for the US District of Kansas:

Acting with due diligence and caution as to ensuring the District Court of SALINE County Kansas is so "noticed" as to the Removal of the underlying petition at bar, here with the US Federal Court for the US District of Kansas, the defendant did cause an electronic mail (e-mail) notification to be sent to the District Court of SALINE County Kansas relating hereto. With the links to CourtListener and the Internet Archives without limitation and notification of the same to the IPFS (Inter Planetary File System) and all blockchains currently indexing and maintaining records of this Federal Docket and its filings pursuant with the rights of the people to have transparency to Court Operations. Especially wherein here this is a "sensational case" already garnished national and international attention. As it should, given the association and affiliation by and through at least one known employee, investor, advisor of CHAD M. KOEHN, having been indicted and convicted of FEDERAL Charges in the Bitclub (BITCOIN) Ponzi Scheme as prosecuted by the United States Attorney's office in NEW JERSEY. KOEHN's relationship with those indicted and convicted, in the Bitclub (BITCOIN) Ponzi Scheme, is well known. Though the criminal mastermind Russ Albert Medlin, remains incarcerated on 3 (three) separate

===============================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 2

counts of CHILD SEX ACTS, paying for sex with MINOR CHILDREN, in Indonesia where he fled from DUBAI (another connection to KOEHN, as well known by the global community). Russ A. Medlin, not surprisingly is a NON-compliant CHILD SEX PREDATOR, who was formerly incarcerated for similar acts in Nevada, as well known by CHAD M. KOEHN. There remains more than $700 MILLION in missing money from the Bitclub (BITCOIN) ponzi scheme, it is well settled FACT, at least one of the few indicted in the first round of Bitclub indictments, is/was an advisor, employee, investor in one of CHAD M. KOEHN's many "Crypto Currency" (BITCOIN) related companies, as admitted to by the plaintiffs.

**INTERPOL NOTICE TO FOLLOW . . .**

===================================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 3

Koehn's employees who were indicted, and subsequently detained by US authorities, whilst US authorities had the need to issue notice to **INTERPOL** regarding the FUGITIVE, non-compliant CHILD Sex Offender, Russ Albert Medlin. A copy of the INTERPOL notice is included herein for the edification of the Court:

[INTERPOL Red Notice for MEDLIN Russ Albert, Control No.: A-12624/12-2019, Requesting country: United States, File No.: 2019/127198, Date of publication: 10 December 2019, Updated on: 10 December 2019. FUGITIVE WANTED FOR PROSECUTION. CAUTION: This person is liable to commit sexual offences involving minors. Circulation to the media (including Internet) of the extract of the notice as published on INTERPOL's public website: No. 1. IDENTITY PARTICULARS]

**"CAUTION: This person is liable to commit sexual offences involving minors."**

*According to reports by the Jakarta Post:*

"The Indonesian government said Monday that Russ Albert Medlin, an American fugitive recently arrested in Jakarta, had entered the archipelago before Interpol issued a red notice for the **bitcoin scammer** and **convicted pedophile**."

================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 4

# RUSS MEDLIN, BITCOIN SCAMMER AND PEDOPHILE WANTED BY THE FBI, ARRESTED IN JAKARTA



"the FBI fugitive [Medlin] **entered Indonesia in November 2019 through Halim Perdanakusuma Airport [EMPHASIS ADDED]**. At that time, Interpol had yet to issue a red notice for Russ Albert Medlin who came from Dubai."

It is interesting to note Medlin came from DUBAI, one of the 7 emirates of the United Arab Emirates, Dubai, the location where CHAD M. KOEHN, has business dealings and partners regularly traveling and relates directly to KOEHN's motivations to permanently silence the defendant in this matter, as plead where KOEHN seeks the death of the defendant and as the facts determine KOEHN is suspected to have gained confidentially protected information as to the location of the defendant for the purposes of physical injury as having been done and multiple attempts on the life of th defendant. DUBAI is also the general jurisdiction of various drug possession, detainments and believed smuggling operations of KOEHN associates as the knowledge of KOEHN, and quite possibly the WIRE Transfers (CARLEE J. KENDRICK) to facilitate bribes, wherein

---

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 5

the person responsible for said wire transfers including without limitation the $5,000,000 USD publicly advertised as KOEHN having infused into a "software" company came from the CFO for Koehn's joint plaintiff United Capital Management of Kansas Inc.

**"You shall not distort justice; you shall not be partial, you <u>shall not take a bribe, a bribe blinds eyes of the wise</u> and perverts words of the righteous." Duteronomy**

With 10's of thousands of defrauded investors around the world, all eyes turn to this matter here in the US Federal Court. As cases are unsealed and matters come to light in the Federal Courts and courts around the world, the investors who lost EVERYTHING are looking to the people directly connected with the Bitclub Ponzi Scheme as described by US Federal Prosecutors with the US Attorney's Office. https://www.justice.gov/usao-nj/bitclub

This matter to date has also included the filing of a Petition for a <u>WRIT of MANDAMUS</u> regarding alleged <u>crimes in progress</u> with specificity as to possible **MATERIAL MISREPRESENTATIONS** as well plead in document 16 the petition for Writ of Mandamus, as required, with Federal Protections attached thereto and herewith. Filings to Attorney General's, Regulatory bodies of the State of Kansas and the several states, including the more than half a dozen states the plaintiffs collectively CHAD M. KOEHN and United Capital Management of Kansas Inc. claim and so file for federal registration therein thus noticing of availment of the laws of each of the

===================================================================

NOTICE OF REMOVAL TO FEDERAL COURT FOR THE US DISTRICT COURT FOR THE US DISTRICT OF KANSAS OF THE UNDERLYING STATE PETITION ORIGINALLY ERRONEOUSLY FILED IN SALINE COUNTY DISTRICT COURT WITHIN SALINE COUNTY KANSAS; NOTIFICATION VIA ELECTRONIC MAIL WAS NECESSARY DUE TO COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, SEVERE WINTER STORMS ALL CAUSING DELAYS TO THE UNITED STATES POSTAL SERVICE OF POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS AS TO REMOVAL OF PETITION FILED BY CHAD M. KOEHN AND UNITED CAPITAL MANAGEMENT OF KANSAS INC.

- 6

states so registered, and demonstrating clearly the plaintiffs are engaged in interstate commerce, triggering a Federal Question as to the interstate commerce clause. Notice to the US Federal Government, since as noticed in the petition for Writ of Mandamus filed in document 16, that the plaintiffs collectively by and through their use of DEROGATORY term and or phrase in the naming convention of a corporation they, themselves have caused to be filed and thus registered with a Commission of the UNITED STATES FEDERAL GOVERNMENT.

The matter to date has included HATE Speech in the underlying petition, as well as notice of HATE Speech and DEROGATORY term/phrase included in the naming convention used by CHAD M. KOEHN and United Capital Management of Kansas Inc.'s incorporation of the FOREIGN to Kansas Corporation "RED NECK High Tech Yacht Fund LP", as previously well pleaded in document 12.

IF NOT for the DEROGATORY term/phrase used causing the filing of document 12, the defendant would not have been so noticed and necessitated the filing of document 16, the necessary petition for Writ of Mandamus given the proof in the positive and negative beyond any prima facie evidence of possible ongoing MATERIAL MISREPRESENTATIONS being committed in the present by plaintiffs CHAD M. KOEHN and United Capital Management of Kansas Inc.

===================================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 7

Certain violations to law discovered from DEROGATORY naming conventions of the plaintiffs CHAD M. KOEHN and United Capital Management of Kansas Inc. as herein referenced.

Certain repetitive multiple woefully incomplete, annoying, harassing, <u>wholly meritless</u> filings by the plaintiffs, requiring a Rule 12(e) filing by defendant, with substantial substantiating case law, precedents and notices of the same regarding the woefully repetitive multiple filings of plaintiffs under rule 12(f)(2) without any the specificity as the law requires, thus obviously made to frustrate the Court, the defendant and the American People.

Various admissions on the record by the plaintiffs to include **"FAIL" and "ERROR"** constituting **GROSS** and **WANTON NEGLIGENCE**, rising to <u>INCOMPETENCE</u> in the practice of law here at bar. With requests for investigation pursuant with the obvious and evident violations to the Rules of Professional Conduct governing the actions of attorneys Larry Michel AND Quinn Robert Kendrick, who have conducted themselves with GROSS MISCONDUCT to date here at bar.

*"A false witness will perish, But the man who listens to the truth will speak forever."*
<u>*Proverbs 21:28*</u>

===============================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 8

Withdrawal of counsel after counsel has placed new contact information and address on file with the Federal Register leading to the discovery of information indicating <u>possible fraud to be prosecuted under the 1866 Lincoln Law</u> inclusive.

Connections to the missing $700 MILLION stemming from what US Attorneys with the prosecutors office in NEW JERSEY cite is a Ponzi Scheme, involving without limitation at least one employee, advisor and investor of CHAD M. KOEHN

Affiliation and Association of CHAD M. KOEHN to the referenced Ponzi Scheme as alleged by the United States Attorneys in NEW JERSEY, and thus CHAD M. KOEHN to known formerly incarcerated Convicted and NON-Compliant CHILD SEX PREDATOR, Russ Albert Medlin; who is currently incarcerated in Indonesia having been arrested on THREE (3) separate counts of PAYING to have SEX with MINOR CHILDREN.  Not surprisingly as the Court will note and CHAD M. KOEHN was certainly aware based on the record and information and belief of statements by "john doe" regarding CHAD M. KOEHN and his "BITCOIN" affiliations which CHAD M. KOEHN himself admits publicly to participating for more than half a DECADE, in the largest BARTER Economy; the INTERPOL RED NOTICE issued on CHAD M. KOEHN associate is included herein:

**INTERPOL RED NOTICE ISSUED To Follow:**

===================================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 9



The admissions of Larry Michel in paper 10, regarding Susan Koehn and Carlee J. Kendrick have given rise to proof in the positive regarding investigation for the filing of Qui Tam Litigation regarding the False Claims Act also knows as the Lincoln Law wherein plaintiffs CHAD M. KOEHN and United Capital Management of Kansas Inc., and quite possibly a conspiracy with Tescott Bank may be subjected to the penalties at law inclusive without limitation:

> "Defendants who are found to have violated the False Claims Act are **required to pay the federal government three times** the amount of damages sustained by the government and civil penalties of between $5,500 and $11,000 for each false or fraudulent claim."

===============================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 10

The defendant herein and thereto is the "declared" "realtor" to those False Claims Act reports and under Qui Tam litigation thereto.

"31 U.S.C. 3729(b). In sum, the False Claims Act imposes liability on **any person who submits a claim to the federal government that he or she knows (or should know) is false.**"

**TRANSPARENCY of to the COURTS is Secured by the Constitution:**

**Under the constitutional and common law rights of access, courts may close their doors or seal their records only in rare circumstances.**

"In practice, secrecy has become so ingrained in the system that judges rarely question it. In 85 percent of the cases where Reuters found health and safety information under seal, judges provided no explanation for allowing the secrecy."

The idea is that transparency improves the quality and legitimacy of judicial decision-making and accordingly, what happens in court is the public's business. As Chief Justice Burger wrote more than 40 years ago, "People in an open society do not demand infallibility from their institutions, but it is difficult for them to accept what they are prohibited from observing." Also see, **U.S. Supreme Court Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980); Richmond Newspapers, Inc. v.**

===============================================================================

Notice of Removal to Federal Court for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via Electronic Mail was necessary due to COVID-19 Deadly Global Pandemic Emergencies, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 11

**Virginia; No. 79-243; Argued February 19, 1980; Decided July 2, 1980; 448 U.S. 555.**

WHEREFORE this Notice has been necessitated as the defendant is under constant barrage of ASSAULT and ATTACK in an ex parte fashion, outside the confines of this Civil Court Proceeding. Wherein plaintiffs and presumably their counsel have continued to conspire with others, creating consternation and untoward delay in the matter, including without limitation attempts to injure or KILL the defendant and attempts and/or threats to have secured a default judgment, even though the matter at bar, **was lawfully and correctly removed hereto the US Federal Court for the US District of Kansas.**

Wherefore it is evident this underlying petition is established upon a foundation of lies, embodied in the "love of money", without a shred of truth. _"He who loves money will not be satisfied with money"; Ecclesiastes 5:10_

The Defendant operating with due diligence and extreme caution in order to file all notices as required, as dutifully sent the attached email notification to the County

===============================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 12

Court for the Saline County District Court, so noticing the Court of this REMOVAL to the US District Federal Court for the US District of Kansas.

Despite this REMOVAL and the fact plaintiffs have filed a multitude of frivolous, wholly meritless motions, the plaintiffs now operate in BAD FAITH, as they are now claiming they have sought a default judgment in the county court. DESPITE this case being LAWFULLY REMOVED and so noticed to the US Federal District Court for the US District of Kansas as noted herein.

The defendant demonstrates clearly this case is clearly here in the US District of Kansas FEDERAL COURT. The Defendant demonstrates good faith in the filing of the email attached herewith as Exhibit A, demonstrating notice to the Saline County District Court, wherein the CERTIFIED USPS mail is delayed due in part to winter storms like LANDON, and the COVID-19 deadly global health emergency.

    By requesting this motion, memorandum, notice, or pleading of any nature as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together

===============================================================================
NOTICE OF REMOVAL TO FEDERAL COURT FOR THE US DISTRICT COURT FOR THE US DISTRICT OF KANSAS OF THE UNDERLYING STATE PETITION ORIGINALLY ERRONEOUSLY FILED IN SALINE COUNTY DISTRICT COURT WITHIN SALINE COUNTY KANSAS; NOTIFICATION VIA ELECTRONIC MAIL WAS NECESSARY DUE TO COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, SEVERE WINTER STORMS ALL CAUSING DELAYS TO THE UNITED STATES POSTAL SERVICE OF POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS AS TO REMOVAL OF PETITION FILED BY CHAD M. KOEHN AND UNITED CAPITAL MANAGEMENT OF KANSAS INC.

- 13

with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 11th day of February 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**ATTACHED Electronic Mail Notice as to noticing The Saline County District Court**

==========================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 14

# EXHIBIT

# 'A'

**Copy of Electronic Mail (E-mail) notice to Saline County District Court**

# TO FOLLOW

===============================================================================

Notice of REMOVAL to FEDERAL COURT for the US District Court for the US District of Kansas of the underlying State Petition originally erroneously filed in Saline County District Court within Saline County Kansas; Notification via ELECTRONIC MAIL was necessary due to COVID-19 DEADLY GLOBAL PANDEMIC EMERGENCIES, severe Winter Storms all causing delays to the UNITED STATES POSTAL SERVICE of POSTAGE PAID FIRST CLASS MAIL SENT CERTIFIED TO THE SALINE COUNTY DISTRICT COURT OF SALINE COUNTY KANSAS as to REMOVAL of petition filed by CHAD M. KOEHN and United Capital Management of Kansas Inc.

- 15



Michael Nelson <oklahomaremote@gmail.com>

# For Your Information regarding Removal to Federal Court of Case 2021-CV-000038-TI

**Michael Nelson** <oklahomaremote@gmail.com>                                                                        Wed, Feb 9, 2022 at 7:25 PM
To: jenny.forrester@kscourts.org, julie.marler@kscourts.org, christy.robinett@kscourts.org
Cc: lbergman@kenberk.com, qkendrick@kenberk.com

To Whom It Concerns AND the Clerk of the Saline County District Court:

For Your Information (FYI), regarding Removal to Federal Court of Case: 2021-CV-000038-TI an original petition which was filed in your court on 22 Feb. 2021 at 1525 hours via electronic filing.

A duly noticed "notice of removal" was dispatched with a sealed stamp from the US Federal District Court for the US District of Kansas, on the 1st of February 2022.
That case is now pending as:

**5:22-cv-04008-JWB-GEB**

United Capital Management of Kansas, Inc. et al v. Nelson
John W. Broomes, presiding
Gwynne E. Birzer, referral

**Date filed:** 02/01/2022

However, due to winter storms and COVID-19 emergencies, the postage paid, first class, CERTIFIED package with the materials to your court appears delayed in the United States Postal Service (USPS)

Therefore, for your edification, regarding the reference case listed herein above, it is being litigated now in the US Federal District Court; please see the following, for a listing of all filings:

https://www.courtlistener.com/docket/62644788/united-capital-management-of-kansas-inc-v-nelson/

The specified notice of Removal for your court records can be discovered within either PACER, CourtListener, Internet Archives or IPFS (and through atomic swaps and hops on a host of different blockchains and growing every 10 minutes):

https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.1.0.pdf

The complete state records, have also been included therewith and incorporated thereupon as document 1-1 of Document 1 of the Removal Notice, in the referenced US Federal Court for the District of Kansas:

https://storage.courtlistener.com/recap/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.1.1.pdf

Should you have any further queries, please do not hesitate to reach out, I am leading a team working full time on this matter, currently at bar, with the US Federal Court for the US District of Kansas, although believe it may be attached to Multidistrict Litigation, with a Panel petition in the near future.

Should I need to notify your court of any additional filings, I will surely do so.  Please retain all ESI and communications of any nature whatsoever with any employee or attorney of the firm Kennedy Berkley Yarnevich and Williamson, Chartered, which can reasonably be believed to have any relevance whatsoever to the above herein referenced.

We note for the record, here that the matter, which was pending in your court had "status conferences" on the following dates:
08/06/2021
10/05/2021
01/07/2021

The undersigned was not notified of the pendency of this petition, even though the petition itself carried at (3) a good and legal USPS mailing address for the defendant, as well as certain racial epithet and ethnic slur titled to the person of the defendant.   The defendant like many citizens would have simply waived legal process had your court or the plaintiffs in the matter, simply mailed a copy of the frivolous petition and commenced with litigation.  However, here, it would appear, based upon the record, the plaintiffs must have instructed, your court NOT to follow the commonsense and logic, of simply placing a stamp on an envelope and mailing out the petition, in order to resolve whatever frivolous matter they wished to "petition".

It is the suggestion of the undersigned in order to save substantial costs to both your court (the government) and future parties in your court, for you to consider the suggestion made herein, to simply mail via USPS, future petitions pending, in your court.  As this would save the TAXPAYERS considerable costs, expenses and needless wasted government resources.

Thank you for your attention to this matter.

Have a Wonderful Day.

Respectfully yours always, in good governance;

Michael Nelson
Native Born US Citizen
702.932.3434