Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434  Email: oklahomaremote @ gmail.com
PRO-SE / PRO-PER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**CHAD M. KOEHN** and United Capital Management of Kansas, Inc.

        Plaintiffs,

Presented by:
Quinn R. Kendrick (terminated 2/3/22) & Larry G. Michel of Kennedy Berkley Yarnevich & Williamson Chtd.

        v.

Michael Nelson

        Defendant

PRO-Se.

DOCKET NO.:
**5:22-CV-04008-JWB-GEB**

**CIVIL ACTION**

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

**[Jury Trial Demanded]**

**UNITED STATES DISTRICT COURT DISTRICT OF KANSAS**
**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

===============================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 1

Defendant, makes "SPECIAL APPEARANCE" here and now for the purposes of

**Motion for Order on Compliance with Rule Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal** and state as follows with respect to notification to having duly and properly noticed the law firm Kennedy Berkley Yarnevich and Williamson Chartered, of the Removal Action here to the US Federal District Court for the US District of Kansas:

Counsel Quinn Robert Kendrick, was listed on this matter and after having mea culpa and obvious mens rea in reading of document 5, changed his address on the Federal Record on 2 February 2022, and then on 3 February 2022, with the obvious mea culpa and suffering mens rea for the allegations in document 5, did file a "Notice of Withdrawal" in the matter at bar.

Counsel Michel, has filed at least three (3) separate motions, although two motions are virtually identical and wholly without merit, lacking in all basic standards

===============================================================================

contemplated by the rule he cites and the repetitive multiple nature of his badgering of the defendant and the Court in his frivolous and woefully meritless filings.

The counsel for the plaintiffs as has been shown in the record to date continues to operate in BAD FAITH, towards the defendant and the Court, apparently seeking default judgment in the lower county court, when in FACT the matter has been removed hereto the US Federal Court for the US District of Kansas.

Counsel and plaintiffs collectively have yet to recognize the removal, other than to file a multitude, three (3) separate woefully meritless motions and one lawyer for Kennedy Berkley Yarnevich and Williamson Chtd., operating under master servant relationship at all times up to his "change of address" on the Federal record on 2 Febuary 2022, and then having certain mens rea and doing mea culpa as to document 5 of the matter at bar, took his rights to withdraw and filed on 3 Febuary 2022, a Notice of Withdrawal from the matter at bar.

==================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 3

The defendant has dutifully so noticed the County Court, BOTH via USPS CERTIFIED mail and electronic mail as previously so noticed as notice of compliance to the court. The defendant has also dutifully sent the same as referenced in the attached therewith Exhibit A, the counsels BOTH of Kennedy Berkley Yarnevich and Williamson Chartered.

The defendant does so herein submit this Notice for Judicial Notice of BAD FAITH litigation as is evident the theme of this litigation by the counsels for the plaintiff.

WHEREIN and for cause of this notification and future filings for action under the Rules of Professional Conduct, the evidence as submitted herein as Exhibit A, attached hereto and incorporated herein by reference, demonstrates clearly beyond a doubt that the defendant has acted above board and properly in so noticing the counsel of record as to the pendency of the REMOVAL of the frivolous, malicious, incongruous state petition to this Honorable US FEDERAL DISTRICT COURT for the US District of Kansas. Despite all the best efforts conducted by the defendant the

===========================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 4

plaintiffs collectively continue to operate in BAD FAITH, this time refusing to pickup USPS mail as well demonstrated by the attached Exhibit A.

Certain repetitive multiple woefully incomplete, annoying, harassing, <u>wholly meritless</u> filings by the plaintiffs, requiring a Rule 12(e) filing by defendant, document 17, demonstrates the counsel for the plaintiffs knows of the lawful removal of the underlying petition here at bar with the US Federal District Court for the US District of Kansas, yet as is evident the plaintiffs operating in conspiracy with their conspirators continue to spew forth garbage speak that they have a default judgment against the person of the defendant. This cannot be true, given the fact of BAD FAITH by the counsel for the plaintiffs and by the law offices of Kennedy Berkley Yarnevich and Williamson Chartered, as is demonstrated by the attached hereto and incorporated herein Exhibit A, hereto, demonstrating clearly the USPS mailing via CERTIFIED MAIL, which has arrived at its destination and available for pickup.

===========================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

Various admissions on the record by the plaintiffs to include **"FAIL" and "ERROR"** constituting **GROSS** and **WANTON NEGLIGENCE**, rising to <u>INCOMPETENCE</u> in the practice of law here at bar. The failure to retrieve the USPS Certified mail will demonstrate continued negligence with representation of clients and constitute additional filings under the Rules of Professional conduct, if the attorneys with Kennedy Berkley Yarnevich and Williamson Chartered, fail with retrieval of the lawfully sent and dutifully sent NOTICE of Removal. As it is evident in the docket at both State and Federal that the plaintiffs have and continue to act in bad faith with regards to this matter at bar.

The defendant demonstrates clearly this case is clearly here in the US District of Kansas FEDERAL COURT. The <u>Defendant demonstrates good faith</u> in the filing of this notice, so therefore noticing BOTH the court and the law firm Kennedy Berkley Yarnevich and Williamson Chartered that a USPS CERTIFIED MAIL package awaits their pickup, from its destination. **NOTE: DELIVERY ATTEMPTED by USPS, see attached and incorporated herein Exhibit A**

  By requesting this motion, memorandum, notice, or pleading of any nature as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together

========================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 6

with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

     The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 11th day of February 2022.



<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com


**ATTACHMENT as EXHIBIT "A"**

========================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 7