# EXHIBIT

# 'A'

# TO FOLLOW

===============================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 8

**Delivery Attempted**
**Tracking #: 9214890142980460667080**

Recipient Address:
Kennedy Berkley Yarnevich & Williamson, Chartered
Legal Process
P.O. Box 2567
Salina KS 67402-2567

1. PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, February 03, 2022 05:31 pm, PHOENIX,AZ, 85026
2. SHIPMENT RECEIVED ACCEPTANCE PENDING, February 03, 2022 10:10 pm, PHOENIX,AZ, 85026
3. PROCESSED THROUGH USPS FACILITY, February 03, 2022 11:44 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
4. ORIGIN ACCEPTANCE, February 03, 2022 10:29 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
5. PROCESSED THROUGH USPS FACILITY, February 04, 2022 01:03 am, PHOENIX AZ DISTRIBUTION CENTER, 85043
6. PROCESSED THROUGH USPS FACILITY, February 05, 2022 01:47 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
7. PROCESSED THROUGH USPS FACILITY, February 05, 2022 11:37 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
8. PROCESSED THROUGH USPS FACILITY, February 09, 2022 09:31 pm, WICHITA KS DISTRIBUTION CENTER, 67276
9. PROCESSED THROUGH USPS FACILITY, February 10, 2022 02:06 pm, WICHITA KS DISTRIBUTION CENTER, 67276
10. ARRIVAL AT UNIT, February 11, 2022 04:38 am, SALINA,KS, 67401
11. ARRIVAL AT UNIT, February 11, 2022 04:37 am, SALINA,KS, 67401
12. AVAILABLE FOR PICKUP, February 11, 2022 07:11 am, SALINA,KS, 67401

==========================================================================

**Motion for Order on Compliance with Rule**

**Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff refusal to accept Notice of Removal**

- 9