Michael Nelson
9450 SW Gemini Dr  PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434  Email:  oklahomaremote @ gmail.com
PRO-SE / PRO-PER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **CHAD M. KOEHN** and United Capital Management of Kansas, Inc.<br><br>    Plaintiffs,<br>Presented by:<br>Quinn R. Kendrick (terminated 2/3/22) & Larry G. Michel of Kennedy Berkley Yarnevich & Williamson Chtd.<br>    v.<br>Michael Nelson<br>    Defendant<br>PRO-Se. | DOCKET NO.:<br>**5:22-CV-04008-JWB-GEB**<br><br>**CIVIL ACTION**<br><br>**NOTICE of:  Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A & B attached hereto**<br><br>**[Jury Trial Demanded]** |

**UNITED STATES DISTRICT COURT DISTRICT OF KANSAS**

## NOTICE of:  Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail

Defendant, makes "SPECIAL APPEARANCE" here and now for the purposes of

**NOTICE of:  Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail** and state as follows with respect to notification of the Removal Action here to the US Federal District Court for the US District of Kansas:

================================================================

NOTICE of:  Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 1

SEE Exhibits hereto demonstrating the SALINE County District Court, has in fact now received the CERTIFIED, USPS Mailing of the same NOTICE of REMOVAL of the frivolous, malicious petition now pending at bar here.

The defendant acting with dutiful intent to so notify the court of full compliance with the rules, has duly requested "Proof of Delivery" via a certified USPS Record. See below a screenshot demonstrating substantial compliance with the rules and FRCP by the defendant in this matter, having caused the removal notice to be delivered via CERTIFIED USPS mail to the Clerk of the Saline County District Court, where the frivolous, malicious and incongruous petition, originated, which is now dutifully REMOVED hereto the Honorable US Federal Court of the US District of Kansas, for the causes as clearly outlined in the Notice of Removal in accordance with Federal law, Federal Rules of Civil Procedure, and case precedent.

> ✅ **Confirmation**
> Your Proof of Delivery record is complete and will be processed shortly.
>
> Your confirmation will be sent to the following:
>
> oklahomaremote@gmail.com

===============================================================================

NOTICE of: Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 2

WHEREIN and for cause of this notification and future filings for action under the Rules of Professional Conduct, the evidence as submitted herein as Exhibit A, attached hereto and incorporated herein by reference, demonstrates the Saline County District Court has received the CERTIFIED USPS Mailing.

Exhibit B, attached herewith clearly demonstrates the signature and addressing directly from the United States Postal Service (USPS) system demonstrating receipt of the materials including Notice of Removal.

The defendant demonstrates clear compliance with the US District of Kansas FEDERAL COURT. The <u>Defendant demonstrates good faith</u> in the filing of this notice, so therefore noticing BOTH the court and the law firm Kennedy Berkley Yarnevich and Williamson Chartered that a USPS CERTIFIED MAIL with the "Notice of Removal" was in fact received by the Saline County District Court (the state court) from which this petition, replete with racial epitet slur has originated.

===============================================================================

NOTICE of: Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 3

By requesting this motion, memorandum, notice, or pleading of any nature as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.  And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

===============================================================================

NOTICE of:  Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 4

Respectfully Submitted, this 11th day of February 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**ATTACHMENTS**

**EXHIBIT "A"**

**AND**

**EXHIBIT "B"**

===============================================================

NOTICE of: Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 5