# EXHIBIT

# 'A'

# TO FOLLOW

---

NOTICE of: Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 6

**Delivered**
Tracking #: 9214890142980460666922

Recipient Address:
District Court of Saline County Kansas
Clerk of the Court - Civil Division
300 West Ash Street
Salina KS 67401

1. PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, February 02, 2022 05:36 pm, PHOENIX,AZ, 85026
2. SHIPMENT RECEIVED ACCEPTANCE PENDING, February 02, 2022 10:11 pm, PHOENIX,AZ, 85026
3. PROCESSED THROUGH USPS FACILITY, February 03, 2022 01:08 am, PHOENIX AZ DISTRIBUTION CENTER, 85043
4. ORIGIN ACCEPTANCE, February 02, 2022 11:53 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
5. PROCESSED THROUGH USPS FACILITY, February 07, 2022 02:44 pm, JACKSONVILLE FL DISTRIBUTION CE, 32203
6. PROCESSED THROUGH USPS FACILITY, February 10, 2022 11:37 am, WICHITA KS DISTRIBUTION CENTER, 67276
7. PROCESSED THROUGH USPS FACILITY, February 10, 2022 02:09 pm, WICHITA KS DISTRIBUTION CENTER, 67276
8. AVAILABLE FOR PICKUP, February 11, 2022 07:11 am, SALINA,KS, 67401
9. DELIVERED INDIVIDUAL PICKED UP AT PO, February 11, 2022 07:34 am, SALINA,KS, 67401

==================================================================================

NOTICE of: Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 7