# EXHIBIT

# 'B'

# TO FOLLOW

===================================================================================

NOTICE of: Delivery Of Removal Notice to the SALINE County District Court via USPS Certified Mail - EXHIBIT A attached herewith

- 8



February 14, 2022

Dear Securities Fraud Compliance Investigator Case Manager UCM 882j:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 4298 0460 6669 22**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | February 11, 2022, 7:34 am |
| Location: | SALINA, KS 67401 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | District Court of Saline County Kansas |

| Shipment Details | |
|---|---|
| Weight: | 5.7oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Lynda Johnson* (Lynda Johnson) |
| Address of Recipient: | 300 W Ash, Salina |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004