KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. ) | |
|     **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON ) | |
|     **Defendant** ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff United Capital Management of Kansas, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notifies the Court that is has no parent company. Further, there is no publicly held corporation which owns 10% or more of plaintiff's stock.

Respectfully Submitted,

/s/Larry G. Michel     #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936
E:  lmichel@kenberk.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2022, the foregoing *Corporate Disclosure Statement* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via CM/ECF:

Michael Nelson
9450 S.W. Gemini Drive
PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com


      /s/ Larry G. Michel