KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CHAD M. KOEHN, ET AL.	)
           **Plaintiffs**	)
 	)
vs.	)
 	)  Case No. 22-CV-04008-JWB-GEB
MICHAEL NELSON	)
           **Defendant**	)
 	)

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Craig Alan Brand be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
(785) 825-5936
lmichel@kenberk.com
*Attorneys for Plaintiffs*

*Chad M. Koehn, et al vs. Michael Nelson*
*Motion for Leave to Appear Pro Hac Vice*
*Case No.  22-CV-04008-JWB-GEB*
*Page 2*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2022, the foregoing *Motion for Leave to Appear Pro Hac Vice* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via CM/ECF:

Michael Nelson
9450 S.W. Gemini Drive
PMB 90924
Beaverton, OR  97008-7105
oklahomaremote@gmail.com


                                             /s/ Larry G. Michel