IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHAD M. KOEHN, ET AL. | ) | |
|                                    Plaintiffs | ) | |
| vs. | ) | Case No. 22-CV-04008-JWB-GEB |
| MICHAEL NELSON | ) | |
|                                    Defendant | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Craig Alan Brand

2. I practice under the following firm name or letterhead:

   Name: The Brand Law Firm, P.A.

   Address: 4650 Indian Creek Rd., Loveland, CO 80538

   Telephone Number: 305-878-1477

   Fax: N/A

   Email Address: craig@thebrandlawfirm.com

3. I have been admitted to practice in the following courts:

   | Court | Date of Admission | Bar Number |
   |---|---|---|
   | Florida | September 27, 1991 | 896111 |
   | USDC-Colorado | April 10, 2017 | 896111 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that Rule, I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings and participate meaningfully in the preparation and trial of the

Chad M. Koehn, et al vs. Michael Nelson
Affidavit in Support of Motion for Leave to Appear Pro Hac Vice
Case No. 22-CV-04008-JWB-GEB
Page 2

case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in the all the bars of which I am a member.

7. No disciplinary or grievance proceedings have previously been filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand that I will receive system-generated notices of electronic filing.

Craig Alan Brand
THE BRAND LAW FIRM, P.A.
4650 Indian Creek Road
Loveland, CO 80538
(305) 878-1477
craig@thebrandlawfirm.com

## DECLARATION PURSUANT TO 28 U.S.C. § 1746(1)

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2022.

Craig Alan Brand