KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON ) | |
| **Defendant** ) | |
| ) | |

## ENTRY OF APPEARANCE

Comes now Chris J. Kellogg of Kennedy Berkley Yarnevich & Williamson, Chtd., and enters his appearance as co-counsel for Plaintiffs herein.  Larry G. Michel will remain as lead counsel.

/s/ Chris J. Kellogg     #21651
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHTD.
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   ckellogg@kenberk.com
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 24, 2022, the foregoing *Entry of Appearance* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the eFlex efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:

/s/ Chris J. Kellogg