FILED
U.S. District Court
District of Kansas

MAR 13 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
13 March 2022

'United Capital Management of Kansas, Inc.' and CHAD M. KOEHN

Plaintiffs,

v.

Michael Nelson

Defendant

PRO-Se.

DOCKET NO.:

5:22-CV-04008-JWB-GEB

CIVIL ACTION

**Amendment to Notice for Removal with statements per Order of the Court in Document 29**

[Jury Trial Demanded]

Defendant, makes "SPECIAL APPEARANCE"; LIMITED APPEARANCE here and now for the purposes for leave to amend Notice for Removal, pursuant with request of the Court in ORDER Document Number 29, of the above referenced case at bar. Defendant realleges and incorporates herein all previous reasons for removal, which include without limitation a variety of Federal Questions, Diversity and a plethora of others including without limitation Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended; the Sarbanes-Oxley Act; Dodd Frank Act, 1866 Lincoln Law, known as the False Claims Act; various CFR's and US Codes, Acts, Statutes, Constitutional Questions and those administered by the United States Securities Exchange Commission (SEC) as stated in paper 1 :

===============================================================================
5:22-CV-04008-JWB-GEB  AMENDMENT of Notice of Removal Per Order Doc. 29      - 1

The court has requested the 'amended Notice of Removal' to allege, various citizenships, as the Court looks only at Diversity, at present, for reasons of removal, though paper 1, included a number of reasons for removal, citizenship demonstrating clear diversity of citizenship:

1. "the citizenship of United Capital Management of Kansas, Inc. as discussed during the conference including its state of incorporation and principal place of business" The Defendant after conducting detailed research, herein now states the corporation name as listed in the petition and in the Order of the Court in Document Number 29, **DOES NOT EXIST**.

    a. There is NO Corporation located in Kansas named: "United Capital Management of Kansas, Inc.". FACT this **corporation as named does NOT exist**, **demonstrating FRAUD being committed by Chad M. Koehn** and any other supposed persons operating such a company in Kansas. Detailed research and discussions have been had with State and Federal Officials all confirm there is NO Corporation which exists in Kansas by the name listed in the underlying petition nor exists on register with the Kansas Secretary of State.

    b. Defendant declares himself a "realtor" to this unique information having been discovered; per the ORDER of the Court in Document 29, requiring notice of citizenship of the NON-EXISTENT Corporation. See Federal WHISTLEBLOWER NOTICE HEREIN BELOW. Defendant part took detailed

research with officials of the Kansas Secretary of State Office, submitting the corporation as listed and the name as it appears in the Federal docket and state docket as well as on the underlying petition and in the order of the Court document number 29. "United Capital Management of Kansas, Inc." this name as it appears here DOES NOT EXIST and no name as it appears listed has been registered with the Kansas Secretary of State as a legitimate business.

c. Having taken the time of officials with the Kansas Secretary of State, Federal Officials at SEC and other regulatory commissions and agencies and conducting detailed looks for the corporation the only name appearing, which is hidden due to the purposeful fraud committed is the name: "UNITEDCAPTIALMANAGEMENT of Kansas", it is perhaps conceivable to breakup the single word listed in the incorporation documentation, see **EXHIBIT A**; which is a corporation name <u>which is NOT the same as the name sued under in the underlying petition or Federal docket</u>. The name seems to escape the FEDERAL system under EDGAR as well, the **Electronic Data Gathering Analysis and Retrieval** System. The name as it appears in the petition and the Federal docket **<u>DOES NOT EXIST</u>** as a legal and lawful corporation name in the State of Kansas or any other State registry and is **<u>fraud</u>** existing upon a plethora of State and Federal documentation, registrations, licenses, loans and grants.

d. As this Honorable US Federal Court, and presiding Magistrate Judge is or will soon be notified, an investigation is underway into a variety of CARES Act loans, which were granted various "businesses", which are not in conformity with the Act. Federal Fraud appears rampant within those "forgiven" loans issued by a series of banks all controlled by three brothers who share the last name <u>**Berkley**</u>.

e. Of grave concern in this case at bar, given the fact, the name of the law firm who has sponsored the pro hac vice status of Craig Alan Brand, via the fraudulent affidavit, which this court approved by stating, the law firm Kennedy Berkley Yarnevich and Williamson Chartered, has a good reputation and has never passed a fraudulent affidavit before, although defendant submits there is always a first time. The Court in this matter should be tremendously concerned with the <u>conflicts existing</u> upon the Federal Record. The NON EXISTENT corporation name sued under by attorneys Larry G. Michel and Quinn Robert Kendrick, who operate under master servant relationship to Kennedy Berkley Yarnevich and Williamson Chartered; received nearly $300,000 from the Bank of Tescott; this bank has as its President a man <u>Mark Berkley,</u> who upon information and belief is the "Named Partner" of the law firm Kennedy **Berkley** Yarnevich and Williamson Chartered. Nepotism is rampant in this matter. As a result of the need to research the "citizenship" of the plaintiff corporation, it was discovered the plaintiff corporation DOES NOT EVEN EXIST!

f. It is not just conceivable but is probable that the actions here at bar, by the attorneys with Kennedy **BERKLEY** Yarnevich and Williamson Chartered, as well as the fraudulent affidavit submitted for Craig Alan Brand, to appear pro hac vice, have a deeper and darker underbelly. In attempting to discover why the Court chose to accept the pro hac vice status of Brand, and wrote the order in the way the order in document 29, is written as to place the legal onus upon the defendant to discover the citizenship of the plaintiff corporation, the defendant calling and writing to various State and Federal agencies uncovered the FACT the corporation name used in the petition Does NOT EXIST. From this information dealing with the SEC (Securities and Exchange Commission), presenting the findings, it was discovered there are a number of connections to a series of banks controlled by three brothers Mike, Hal and Mark BERKLEY. The name BERKLEY is upon information and belief the named partner of the Law Firm, where the underlying attorneys who filed the petition operate under Master Servant relationship AND it is the named partner Mark Berkley who is the president of the Bank of Tescott who provided the nearly $300,000 in "forgiven" Federal Money to a NON-EXISTENT corporation, claimed as plaintiff.

g. Further it has been demonstrated and provided as information and therefore belief that attorney LARRY GENE MICHEL, who used the racial epithet in the originating petition, filed under a false and fraudulent corporation name, failed to

file disclosures under Rule 7.1 as required under rule 7.3b; has violated the Defendant's civil rights and constitutional rights, has filed woefully deficient rule 12(f)(2) motions repetitively and has directly LIED in the motion to admit Craig A. Brand pro hac vice, having signed a motion claiming to have "VERIFIED" the "Truth and Accuracy" of the pro hac vice affidavit, which as a matter for record is NOT true nor at all accurate; has something else to gain here.  Specifically the nepotism, which is existing within the bar association includes his own daughter as the representative of District 6 of the Bar association and it is his **FATHER inlaw who is believed to be MARK BERKLEY**, the same as the named partner of Kennedy BERKLEY Yarnevich and Williamson Chartered AND the same as the president of the Bank of Tescott who provided CARES Act funds to the **non-existent corporation used in the underlying petition.**

h. It would be obvious and evident fraud for MARK BERKLEY to receive funds to his law firm Kennedy BERKLEY Yarnevich and Williamson Chartered from the very bank he is the President.  However, upon information and belief it is his BROTHER's bank that was used to achieve nearly $200,000 in forgiven funds from the CARES Act, given to Kennedy **BERKELY** Yarnevich and Williamson Chartered by **The Bennington State Bank**.  It is noted concerning the Bank of Bennington:  *"In 1945, the bank was sold by the Nelson family to the Berkley family.  In 1967, Kent (Mike) Berkley and his siblings assumed controlling*

*ownership of the bank."* https://www.bsbks.com/about/story/ Those siblings are believed to include Hal, Mike and **MARK** BERKLEY.

i. 1 Koehn Farms LLC also received OVER $10,000 from **the Bank of Tescott; this LLC is also believed controlled or otherwise owned by CHAD KOEHN.**

j. Given the constraints of time and space, the defendant having uncovered all this information simply by virtue of trying to find the citizenship of the plaintiff corporation which appears NOT TO EVEN EXIST, has now uncovered a devious plot to fleece the US Federal Government of significant resources during the global deadly pandemic COVID-19. The CARES ACT appears to have been gravely abused, this information would not have been uncovered except for the command of the court to find the citizenship of the plaintiff corporation which **DOES NOT EXIST,** according to State Officials, and having the need to inquire as to the citizenship of the corporation listed as plaintiff, if the corporation is a legally registered entity in another jurisdiction, which **it is not.** Although having found the corporation is purposefully used to apply for numerous State and Federal licenses under a name which does NOT exist has now uncovered various forgiven Federal loans and grants issued to a non-existent corporation.

k. Though the defendant has been unable at present to conduct detailed investigations, as the time for discovery is not upon us in this litigation, the defendant has uncovered thousands of data points and pieces of information which will be sought when the time is ripe. After it is ascertained as to which Federal Court this matter should proceed, once the defendant is allowed to file a responsive pleading to the underlying petition. In uncovering the connections between the granting "bank" which is regulated under Federal law, and the various connections including to the name partner of the law firm and the president of the Bank being directly related to Larry G. Michel, who has committed a number of illegal, unethical and immoral acts both against the Federal Rules of Civil Procedure and the Local Rules as well as against both the Rules of Professional Conduct and State and Federal statutes in the proceedings at bar. When it is determined the correct US District this matter will proceed it will inevitably involve 30b(6) depositions of hundreds of companies given what has been unearthed with various State and Federal agencies, regulators and commissions, due directly to the order of the court, ordering the defendant to attempt to allege the "citizenship" of what has **now been discovered as a non-existent corporation** which appears as the plaintiff in this matter, thus indicating FRAUD upon the underlying petition.

2. Court stated in its Order, document number 29: "2) Chad Koehn is a citizen of Kansas" **The Defendant now alleges Chad Koehn is <u>NOT</u> a Citizen of Kansas as defined.** <u>Chad Koehn is believed to be a citizen of the State of Florida</u>. This is derived in part from Chad Koehn's claims on documents for the registration of the NON-Existent, pretend corporation "United Capital Management of Kansas, Inc." as licensed registered securities dealer in the US State of Florida, effective 5 January 2021. In addition, <u>Koehn is believed to be planning a bankruptcy to avoid receivership of</u> the fake, non-existent corporation, hence Chris Kellogg's involvement who operates a bankruptcy mill.

3. The Court requested in the Order Document Number 29, "the state where Defendant is a citizen"; Defendant herein states his information and belief is defendant is a Citizen of the State of Nevada, where the defendant has State Identification, telephone number, address, Drivers License, Registered to Vote, having last caucused, and where the defendant last owned a home. Defendant points out that even the plaintiffs list a good mailing address for the Defendant in Las Vegas, Nevada, within their petition [see (3.) under parties in the plaintiff's originating petition].

4. Other "Corporate Citizens", attached by Chad Koehn include without limitation the following believed NEVADA corporations:
    a. AV Acquisition Corporation
    b. IBTV, LLC

  c. International Operations Corporations

  d. Sportsology Inc.

  e. Anthem Vault Inc.

  f. Hayek Gold Inc

  g. AG Herc Corp.

  h. AGLD Acquisition Corp.

  i. Blanchard Vault Inc

  j. Anthem Hayek LLC

  k. Hayek Metals Ltd.

  l. Mystic Enterprises Inc.

  m. Hera Labs

Koehn is also connected to a number of Tax EVASION jurisdictions, believed to have his name appear on registers and within corporate filings and/or Bank Accounts as a responsible party. Including entities located in a variety of Tax EVASION jurisdictions: Luxembourg (directed US citizens to wire money to numbered accounts), Liechtenstein, GRAND CAYMAN ISLANDS, Mariautius, Seychelles, JERSEY, Switzerland, Puerto Rico, United Arab Emirates, Saudi Arabia.

Due to the newly discovered FACT: "United Capital Management of Kansas, Inc." is NOT a registered corporation demonstrates, clear **PERJURY by Koehn**, in a repeated fashion

on numerous State documents throughout numerous States including without limitation Colorado, Florida, Kansas, Oklahoma, Texas and others, as well as **PERJURY on numerous Federal Licenses and documents**.  This also means Attorney's Larry G. Michel and Quinn Robert Kendrick, did purposefully, willfully, commit fraud upon the County Court, suing under a false name.  This alone involves a "Federal Question", in addition to the numerous Federal Questions, as stated and re-incorporated herein from the originating Notice of Removal.  **Federal Questions** include without limitation a variety of Securities Laws, Codes and Statutes, Interstate Commerce questions, Securities and Exchange Commission registrations and lack of registrations,  numerous issues under the US Constitution including without limitation First Amendment rights, Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended; the Sarbanes-Oxley Act; Dodd Frank Act, 1866 Lincoln Law, known as the False Claims Act; various CFR's and US Codes, Acts, Statutes, Constitutional Questions and those administered by the United States Securities Exchange Commission (SEC).

The Honorable Court of the US District of Kansas now having demonstrable evidence the corporation as listed "United Capital Management of Kansas, Inc." does NOT exist as presented in legal documents, state and federal licenses, MUST as a matter of law and in due course notify each State Office and Official as well as each and every Federal Office and Official of the non-existent status of the said plaintiff, corporation, alerting each to the FRAUD and PERJURY which exist upon State and Federal records.  Additionally the defendant requests once again notification to the Bar Association of the State of Kansas, that attorneys QUINN ROBERT

KENDRICK and LARRY GENE MICHEL, did knowingly, willfully and recklessly in violation of Kansas State Law and the Federal Laws of the United States, in addition to their obligations under the Rules of Professional Conduct knowingly attempt to sue under a FRAUDULENT name. Both purported bar licensed attorneys had a legal and moral obligation to examine the true identity and name of the corporation upon which they were presenting a petition at bar. Both attorneys FAILED to research nor secure the correct information from the Kansas Secretary of State with regards to the lawful name of the corporation they proposed to present at bar to the State Court. Each and every attorney now appearing before this Honorable Court, had and has a legal and moral obligation at law to present information and represent a client which actually exists. Each and every attorney now in representation of the NON-Existent Corporation is in direct violation of the Rules of Professional Conduct, the Federal Rules of Civil Procedure and the Local Rules of this court. The attorneys collectively acting under master servant relationship to the law firm Kennedy Berkley Yarnevich and Williamson Chartered, have committed FRAUD upon the court record and continue with fraud upon the Court in this illegal representation of a non-existent corporation or legal entity.

> *"A lawyer's good faith, although essential in all his professional activity, is, nevertheless, an inadequate safeguard when standing alone.* . . . **The dynamics of litigation are far too subtle,** the attorney's role in that process is far too critical, and the public's interest in the outcome is far too great to leave room for even the slightest doubt concerning the *ethical propriety of a lawyer's representation* in a given case."

Emle Indus. v. Patentex, Inc., 478 F.2d 562, 571 (2d Cir. 1973). **"Good faith is generally considered irrelevant in evaluating allegedly improper conduct pursuant to a motion to disqualify counsel."** See, e.g., E.F. Hutton & Co. v. Brown, 305 F. Supp. 371, 400 (S.D. Tex. 1969); T.C. Theatre Corp. v. Warner Bros. Pictures, 113 F. Supp. 265, 271 (S.D.N.Y. 1953).

<u>Craig Alan Brand's statements during the hearing 3 March 2022:</u>

Here, <u>prior</u> to Brand's pro hac vice admission, Brand began testifying to the Court, specifically citing SEC (Securities and Exchange Commission) complaints, presumably protected under Federal Whistleblower Statutes.  As well as making statements concerning:  "FUNRA" or "FANRA" or "FINCEN" or "FINRA" or "FENRA".  Brand's proffered <u>testimony</u>, had to be stopped by the Magistrate Judge, although the damage was already done.  Brand acted as a witness and testified purposefully entering information to the record to bias the proceedings, something the defendant had brought to the attention of the Court, via objection to Brand's involvement, in part due to the <u>fraudulent affidavit Brand submitted for pro hac vice status.</u>  Brand attempted as his "partner in deception", label by Florida Department of Law Enforcement is well observed brand of law, reared its ugly head, as he purposefully laid the foundation of fraud upon the court, where Brand has he is regularly known as the "Partner in Deception", has "**sentiently set in motion some unconscionable scheme calculated to interfere with the**

**judicial system's ability impartially to adjudicate a matter** by improperly influencing the [trier of fact] or **unfairly hampering the presentation of the opposing party's claim or defense.**" *Cox, 706 So. 2d at 46 (quoting Aoude, 892 F. 2d at 1118).*

WHEREFORE, the Defendant submits this prayer for relief, complying with the Order of the Court in Document 29; submitting the required "citizenships" and documents as amendments to and re-incorporated all previously allegations and those contained herein as to the Notice of Removal.

1. United Capital Management of Kansas Inc. is NON-Existent;
2. Cannot allege a citizenship of a corporation which does NOT exist as written in the petition nor any filing, indicating FRAUD by Attorneys and KOEHN
3. Chad M. Koehn is a citizen of the US State of Florida
4. Defendant Michael Nelson is a citizen of the US State of Nevada
5. Attorneys Larry G. Michel and Quinn Robert Kendrick did commit FRAUD upon the Court suing under a false and fictitious name
6. Chad M. Koehn did willfully, knowingly, purposefully commit PERJURY and FRAUD on numerous State and Federal securities documents signing

under the penalties of Perjury a plethora of times for and on behalf of a non-existent corporation.

7. Craig Brand has availed himself to be an attorney-witness in his testimony he proffered before the Court, and his testimony had to be stopped by the presiding Magistrate Judge, none-the-less, Brand has continued to live up to his label: the "Partner in Deception", having "**sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter** by improperly influencing the [trier of fact] or **unfairly hampering the presentation of the opposing party's claim or defense**." *Cox, 706 So. 2d at 46 (quoting Aoude, 892 F. 2d at 1118).*

By making this amendment to Notice of Removal, filed 1 Feb. 20022, as per the order of the court in document 29, as in all previously filed, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance" as a limited appearance, as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The Defendant asks this pleading as with all other pleadings be interpreted as liberally as possible, given the fact the Defendant is not an educated attorney nor member of the Court's bar association. Self taught in reading and writing the defendant submits this as with all other pleadings to the best of ability and seeking substantial justice in the matter at bar.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 13th day of March 2022.

*[signature]*

<u>Michael Nelson - Pro Se</u>

9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

EXHIBIT TO FOLLOW . . .

===============================================================================
**5:22-CV-04008-JWB-GEB** AMENDMENT of Notice of Removal Per Order Doc. 29       - 16