# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn** <br><br> Plaintiffs, <br> v. <br> Michael Nelson <br><br> Defendant PRO-Se. | **DOCKET NO.:** <br> 5:22-CV-04008-JWB-GEB <br><br> **CIVIL ACTION** <br><br> **Amended Civil Cover Sheet** <br><br> **Per Order of the Court** <br><br> **In Document Number 29** <br><br> **[Jury Trial Demanded]** |

**Amended Civil Cover Sheet Per Court Order in Document Number 29**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of Amended Civil Cover Sheet; in order to substantially comply with the Order of the Court in Document Number 29. Defendant restates and incorporates herein the previous reasons set forth in Document 1 Removal of the Matter currently at bar and the Civil Cover Sheet filed on 1 February 2022, for the Removal of the State petition, to this matter above herein captioned. Defendant so states and alleges herein the following:

1.) Due to the Order of the Court in Document Number 29, to the above herein captioned matter currently at bar, defendant has dutifully, in the interests of substantial justice and to prevent manifestation of injustice

==================================================================================
Amendment to Time for Responsive Pleading to the Petition amending Documents 8 & 13

- 1

now herein submits the attached herewith as Exhibit A, an amended Civil Cover Sheet for the above herein captioned matter, now pending before the Honorable US Federal Court for the US District of Kansas. The Defendant has previously filed Document Number 30, which complies substantially with the Order of the Court in Document Number 29, alleging the citizenships of the parties.

2.) The PRO SE, non legally educated defendant in this above herein captioned matter, seeking to substantially comply with the Order of the Court in Document Number 29, of the above herein captioned matter currently at bar, here in the US Federal Court of the US District of Kansas now herein provides the attached herewith <u>Exhibit A,</u> as an Amended Civil Cover Sheet for the captioned matter currently at bar and referenced by Case Number: **5:22-CV-04008-JWB-GEB**

**WHEREFORE, the Defendant seeking to substantially comply with the Order of this Honorable Court the US Federal Court for the US District of Kansas, has now herein filed with the Court an Amended "Civil Cover Sheet", correctly alleging the citizenships of each of the parties. The defendant respectfully directs the Courts attention to the Amended filing made in Document Number 30, of the above herein**

========================================================================
Amendment to Time for Responsive Pleading to the Petition amending Documents 8 & 13

- 2

**captioned Case Number: 5:22-CV-04008-JWB-GEB, wherein the defendant after exhaustive research has ascertained the citizenships of each party to the litigation and unearthed the fact the Corporate party listed as Plaintiff in the action does NOT EXIST**

    The defendant respectfully requests as with all other filings made by the non-legally educated, self taught in reading and writing PRO SE, defendant that the Court provide liberal interpretation as to this filing as with all other filings made herein. The defendant attempting to substantially comply with the Order of the Court as made in Document Number 29, has dutifully and timely filed Document Number 30, alleging the citizenships of the parties and the information as pertinent as requested and the defendant believes as needed with ample case law in support thereof.

    Via this Amendment to the Civil Cover Sheet and requesting this amendment and all other filings as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the

===========================================================================
Amendment to Time for Responsive Pleading to the Petition amending Documents 8 & 13

- 3

malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 14th day of March 2022.

*/s/ Michael Nelson/*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

EXHIBIT "A" to Follow

====================================================================================
Amendment to Time for Responsive Pleading to the Petition amending Documents 8 & 13

# EXHIBIT

# "A"
## (two pages)

# To Follow . . .

==============================================================================
Amendment to Time for Responsive Pleading to the Petition amending Documents 8 & 13

- 5

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United Capital Management of Kansas, Inc. Chad Koehn

### DEFENDANTS
Michael Nelson

**(b)** County of Residence of First Listed Plaintiff: Saline County, KS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Clark County NEVADA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kennedy Berley Yarnevich & Williamson Chartered
119 W Iron 7thFloor POB 2567 Salina KS 67402

Attorneys *(If Known)*
Pro-Se with USPS Postal Mailing Address:
9450 SW Gemini Dr PMB 90924 Beaverton, Oregon

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

**TORTS - PERSONAL INJURY:** [x] 320 Assault, Libel & Slander

## V. ORIGIN
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S. Code § 1332 Diversity of Citizenship with amount in controversy <$75k; Securities Law and Federal Hate Crimes

Brief description of cause:
Plaintiffs filed frivolous State Action, using hate speech and attempts to out identity of Whistleblower protected under Federal Law

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ Greater than $75,000
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Unkown
DOCKET NUMBER: Saline County: 2021-CV-000038-Tl

DATE: 14 March 2022
SIGNATURE OF ATTORNEY OF RECORD: /s/ Michael Nelson - ProSe Defendant - Notice of REMOVAL of Petition

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: [Nature of Suit Code Descriptions](#).

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.