UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn** <br><br> Plaintiffs, <br> v. <br> Michael Nelson <br><br> Defendant PRO-Se. | DOCKET NO.: <br> **5:22-CV-04008-JWB-GEB** <br><br> <u>CIVIL ACTION</u> <br><br> NOTICE OF WITHDRAWAL <br><br> **Document Number 3** <br><br> **[Jury Trial Demanded]** |

**NOTICE OF WITHDRAWAL of DOCUMENT Number 3**

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of WITHDRAWAL of Document Number 3:

On February 1, 2022, the same day as the Notice of Removal of the matter at bar was filed, the defendant dutifully filed "Pro Se Electronic Notification and Filing Motion"; Document Number: 3. The Defendant now files this Notice to inform the Court that he is withdrawing his previously filed motion "Pro Se Electronic Notification and Filing Motion". The Defendant demonstrates via this filing the reasons, which have necessitated the

===========================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3 - 1

withdrawal of "Pro Se Electronic Notification and Filing Motion", as noted in Document 3.

Defendant in the interests of savings to the Court and the parties hereto the above captioned litigation at bar, files this Notice of withdrawal of the motion made in Document Number 3, of the above entitled action currently pending at bar here in the US District of Kansas Federal Court. The defendant so states and alleges for the following reasons it is necessary to file this withdrawal of the motion made in document 3, of this matter:

1. The Defendant has been under collateral attack by purported attorney Craig Alan Brand and his "law partner" and/or legal associate Logan R. Golema in numerous jurisdictions for a period of years.

2. Craig A. Brand illegally represented the corporation Anthem Vault Inc. in the US District of Nevada, presenting himself as "special counsel" in those proceedings at bar, although not a member of the Nevada Bar Association nor appearing pro hac vice through domestic Nevada Bar counsel. The appeal was found in favor of the defendant in this matter. Craig A. Brand then filed ANOTHER Appeal to a 3 Justice Panel, where that appeal too was found in UNANIMOUS favor of the defendant in this matter. While those appeals were ongoing Craig A. Brand himself and by and through his law partner Logan Golema has continued telephonic, and other electronic harassment, molestation, stalking and intimidation of the defendant. As a result even this new email address

==================================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3                               - 2

the defendant is using in this matter has been flooded by SPAM, also known as UCE (Unsolicited Commercial Email), as a result the defendant is unable to find important emails, when the defendant has internet access which is becoming less and less frequent, due to the the plethora of legal attacks the defendant a Federal WHISTLEBLOWER is under at the direction of Craig Alan Brand and his law partner.

3. This matter at bar is nothing more than **RETALIATION via COLLUSION** in continuation of <u>INTIMIDATION, HARASSMENT, MOLESTATION, STALKING</u> and **general abuse of the legal processes** against the defendant having been a WHISTLEBLOWER regarding a series of underlying corporations and illegal market manipulations, of crypto currencies and securities; which Chad M. Koehn is directly related as an officer, director, founder, and/or <u>mastermind.</u>

4. Craig Alan Brand operating in violation of FRCP and bar association rules, and Rules of Professional Conduct has at his disposal a young purported attorney named Logan Ryan Golema, who has and continues to abuse, harass, molest, stalk, intimidate and commit a series of cyber attacks and hacks of the defendant and family, both domestically and internationally. Golema is believed to be located internationally in the Grand Cayman Islands, Luxembourg, Costa Rica and Portugal.

5. As the court is aware the defendant faces state actions in oklahoma and as a result is not always able to readily access electronic mail.

6. When the defendant is able to access electronic mail, his brand new email address which has been included on filings here in this matter at

bar, is now flooded with 10's if not 100's of thousands of pieces of JUNK MAIL, SPAM in general and other phishing attempts to gain access to financial and other personal accounts. Making receiving and reading emails virtually impossible, therefore the defendant is unable to reliably receive electronic notifications of filings in this matter. The defendant having NOT received ¾'s of the filings (pleadings) made by the plaintiffs as the plaintiffs refuse to mail pleadings in this matter renews demand the defendant be provided with ALL pleadings filed by the opposing counsel via United States Postal mail forthwith.

7. Defendant will be filing a detailed motion for STAY of these proceedings once the court enables the parties to file motions once again, as the motion for STAY is warranted as a matter of law and due to the fact the defendant is unable to file correct responsive pleadings without violation of the defendant's rights under US Constitutional Amendments 4, 5, 6, 8, and 14 without limitation.

8. The attacks by "attorney" Logan R. Golema who works as "special counsel" and "special legal consultant" with Craig A. Brand is believed to be located overseas (in Grand Cayman Islands, Costa Rica, Luxembourg or Portugal) and conducting a series of cyber attacks and hacks against the defendant and others and those resources the defendant needs to properly respond and receive regular electronic mail notices.

9. It should be noted Mr. Golema is the subject of numerous State bar association complaints, together with Craig A. Brand when Mr. Golema has acted as "special legal advisor" and "special counsel" and utilized

"ESQ" and "Esquire" and other legal abbreviations and titles in the past, attaching himself with other lawyers like Paul Douglas Aubert in Texas.

10. The fashion in which Logan Ryan Golema now practices law by way of Craig Alan Brand lending his name for use, is not indifferent from the manner in which Logan R. Golema has illegally practiced law in the past through his unauthorized practice of law. With the exception here and now "attorney" Craig A. Brand now is allowing Golema to use his name in the practice of law and direct this illegal practice of law at the defendant for the purposes of harassment, intimidation, molestation, general stalking, and has caused tremendous disruptions in the defendant's ability to receive timely notices via electronic mail.

11. Defendant has a particularized NEED to receive <u>timely notices</u> regarding the matter at bar, and **simply is unable to receive timely notices via electronic means at present due to the constant cyber attacks and hacks** of Craig Brand's legal associate and/or law partner Logan R. Golema and others.

12. Defendant is able to occasionally access electronic mail for purposes of delivery of documents to the Court, and is in the process of creating a procedure by which to have a third party legal services provide documents to the court if the defendant is unable, pending the availability of finances or assistance of legal aid. As the defendant very much wants to participate and have motions heard and seek the proper stay of the action at bar, pending the outcome of the criminal matters which are essentially one and the same, especially where as

Chad M. Koehn appears on police reports as a "Suspect" AND where Craig A. Brand and Logan R. Golema are expected as witnesses.

WHEREFORE, the defendant respectfully requests Document 3, be withdrawn and thus stricken, therefore saving the parties and the Courts from the necessity of having Document 3 ruled upon, as the defendant works diligently in the interests of justice to limit the requests for Orders of the Court. The defendant insists that he receives all motions, notices, orders and any other communication via United States Postal Mail, pursuant with law.

<u>Sent to this United States Postal Mail Address:</u>

Michael Nelson
9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105

**NOTE:** This Postal Mail address is administered by a Multi-Billion Dollar Public Company which specializes in legal correspondence, filings, forms, and is recognized by the Federal Courts in these, the United States of America, for its expertise in a variety of areas of law. Though there have been various legal actions related to LegalZoom, and claims of unauthorized practice of law. The Defendant submits it was CRAIG ALAN BRAND, who suggested the use of the type of mail service, which the defendant is now using to receive the legal correspondence of this matter. Wherein BRAND suggested this type of service during his illegal representation of Anthem Vault Inc. in proceedings at bar in front of a Judge in the US District of NEVADA.

===============================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3 - 6

The Defendant further requests the increase in time to receive USPS first class mail pursuant with the substantial changes to United States Postal Mail under the changes to USPS First Class mail services under the new USPS plan entitled: *"Delivering for America: Our Vision and Ten-Year Plan to Achieve Financial Sustainability and Service Excellence"*.  New longer first class mail service times were placed in effect as of 1 October 2021.

For Example the <u>Defendant has NOT been receiving all the filings made by Attorneys for the Plaintiff's</u> **despite the attorneys requirement to send to the Defendant those documents they file with the Court.**  This is also despite the FACT the attorneys for the plaintiff file notice of their signature stating they have or will mail to the defendant the filings they make to the court.  The defendant is utilizing a third party mail processor to accept the USPS mail and document via date time stamp when USPS mail is received:

**In direct VIOLATION of FEDERAL RULES OF CIVIL PROCEDURE, Local Rules and certainly the <u>Rules of Professional Conduct</u>; the defendant has NOT to this date 14 March 2022; received USPS mail regarding the following documents in this matter at bar:**

1. Document Number 6; filed by purported attorney Quinn Robert Kendrick
2. Document Number 10; Motion to Strike by Larry Michel
3. Document Number 21; Third Motion to Strike by Larry Michel

4. Document Number 22; Required Disclosure Statement by Larry Michel

5. Document Number 24; Pro Hac Vice Motion & Affidavit by Larry Michel

6. Document Number 26; Entry of Appearance by Chris Kellogg

Mail is being processed at the address listed, for the defendant by a reputable $2.5 BILLION DOLLAR Public Company. This company is part of LegalZoom, which time and date stamps, then scans, archives and sends all mail received. The defendant signed up for this service due to CRAIG ALAN BRAND's statements as suggestions in the case at Bar in the US District of NEVADA; where Brand made snooty comments regarding the defendant's domicile in Nevada and how the defendant was receiving USPS mail, so the defendant dutifully signed up for the, Brand, suggested service. Given the service is a third party MASSIVE Public Company, that specializes in legal services, the defendant has one of the best forms of PROOF POSITIVE regarding what USPS mail is received and when, as all mail is immediately processed, TIME and DATE STAMPED, scanned, archived and delivered to the defendant. THE FACTS are INDISPUTABLE, BOTH Quinn Robert Kendrick and Larry Gene Michel FAILED to properly provide a plethora of documents to the defendant, it is obvious and evident by the facts, here these attorneys have conspired to violate the Federal Rules of Civil Procedure, Local Rules and certainly the Rules of Professional Conduct, purposefully, willfully, knowingly, maliciously not mailing documents they themselves file to the Court to the defendant. HOW is this fair or substantial justice?

==================================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3 - 8

Lawyers/attorneys working under master servant relationship to the law firm Kennedy BERKLEY Yarnevich and Williamson Chartered, have now filed Eight (8) pleadings, notices, filings with a number of attachments. Out of the Eight (8) filings made by attorneys Larry G. Michel and Quinn R. Kendrick, the attorneys have only mailed via USPS mail TWO (2) documents to the defendant. This is OUTRAGEOUS, this is deliberate willful fraud upon the court. These two purported attorneys MUST be disciplined including disbarment. How is the judicial system to operate if attorneys are allowed to flagrantly violate the very premise of the judicial system? Noticing via providing, the opposing party with the identical documents which are submitted to the Court, is fundamental to the administration of justice. The FACT the attorneys for the plaintiff have deliberately, knowingly, willfully, maliciously, purposefully not mailed the defendant MORE THAN ⅔ [TWO THIRDS] of the filings they have made in this matter at bar is the most outrageous abuse of the legal process any person can ever imagine. IF NOT for the graces of legal aid and assistance with access to PACER, when the defendant had access to the internet, the defendant's rights would be forever stripped. It is obvious and evident to the reasoned mind that the attorneys working under master servant relationship for the law firm Kennedy BERKLEY Yarnevich and Williamson Chartered, have deliberately, knowingly, purposefully, with mens rea of guilty mind sought to deny the defendant the opportunity to respond to legal filings and have purposefully with malice intent not mailed as required by law, rule and general Rules of Professional Conduct, ¾'s (three quarters) of the filings they have made,

sending just 2 out of 8 filings made to the Defendant at the defendant's address of record! Despite having signed an OATH and affirmation on the documents; where Larry G. Michel caused his "electronic signature" on a statement that reads: "The undersigned hereby certifies", obviously Larry G. Michel's word cannot be taken as he writes and this court as a matter of law should make a referral to the Kansas Bar Association for disbarment proceedings against Larry G. Michel.

It is tremendously disappointing even Chris J. Kellogg who enters his "Entry of Appearance" in the matter at bar, by filing a ONE PAGE, document, which is listed in the Federal Docket as Document Number 26; REFUSES to provide the USPS mailing address of the defendant, although carrying a statement that states in part: "and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:" The defendant has NO IDEA what "eFlex" is, and therefore obviously receives NO "eFlex". The fact the filing made by Chris Kellogg is only a SINGLE Page, pleading, there is no secondary page in the Federal Docket although his [Chris J. Kellogg] "Certificate of Service" carries a "certification" of having provided the document to all parties, which presumably ALSO includes the PRO SE, defendant, who obviously MUST as a matter of law and rule receive a copy via USPS mail to the address of record for the defendant. Where Chris J. Kellogg makes a "certification" and signs the certification as having sent a copy of the filing: "and

===============================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3 - 10

was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:" It is evident within the LegalZoom, mail processing agent portal and telephonic notification system that the Defendant has NEVER received the filing made by Chris Kellogg in his "Entry of Appearance" despite the "certification" Kellogg's filing makes. THE FACT Chris Kellogg's filing is only a single page provides proof in the positive that the certification is NOT in conformity with the Federal Rules of Civil Procedure under Rule 5; lacks woefully in compliance with the Local Rules and certainly does not contain the required secondary page listing the USPS mailing address for the PRO SE defendant, therefore providing both proof in the positive and proof in the negative that the "Certification" signed by Chris Kellogg is deficient and faulty as to truthfulness in statements to others and in statements to the Court. The filing by Chris J. Kellogg was received by the Court and is filed on 22 February 2022, yet here it is now the 14th of March and the Defendant has STILL yet to receive the notice via USPS mail nor even via email.

Case 5:22-cv-04008-JWB-GEB   Document 26   Filed 02/24/22   Page 1 of 1

KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

===============================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3                            - 11

Chris J. Kellogg Kansas Bar Number: 21651 has woefully failed in his obligations under the Local Rules, the Federal Rules of Civil Procedure and the generally accepted Rules of Professional Conduct in the "certification" in filings he himself makes in this Federal Case at bar. This is obvious and evident given the single page filing made despite the "certification" Counsel Kellogg makes via his electronic signature.

It is evident via proof in the positive and negative that BOTH attorneys Quinn Robert Kendrick and Larry G. Michel have and thus continues to violate FRCP, Local Rules, and certainly the Rules of Professional Conduct, by way of making sworn statements regarding the mailing of documents in these proceedings to the Defendant, which they have NEVER mailed to the defendant. It is evident they have sought through trickery, deceit and outright false swearing to send documents via USPS mail to the person of the defendant which the defendant has NEVER received via USPS mail. It is evident based upon the record and the fact the attorneys have sought deliberately to deny the defendant the rights under the Rules of Professional Conduct and the Federal Rules of Civil Procedure **to receive timely or at all documents they themselves swear under oath they have sent to the defendant.** Chris J. Kellogg also of the law firm Kennedy BERKLEY Yarnevich and Williamson Chartered follows in suit as his colleagues example sets, of purposefully not following the Federal Rules of Civil Procedure, Local Rules, Kansas Rules and flagrantly violating the Rules of Professional Conduct by purposefully filing a single page notice of appearance carrying a "certification", which states clearly: "was forwarded via U.S. Mail first class, postage

prepaid and properly addressed to the parties' and/or counsel's <u>addresses show below</u> <u>[EMPHASIS ADDED]</u> who do not receive notice electronically via eFlex"; obviously the Defendant does not receive "eFlex" as the defendant has NO IDEA what "eFlex" is and the defendant had previously filed a motion for electronic notification as made in Document Number 3 of the matter at bar; which the defendant now herein withdraws for the causes are as necessary, given the onslaught of UCE (Unsolicited Commercial Email), horrific content, and overall cyber attacks the defendant has been subjected to, believed at the direction and orchestration of Craig Brand by and through his law partner Logan Golema, who has for a long time put himself out to the legal community as a "special counsel", "ESQ", "Esquire", "legal consultant" and a variety of other titles, as he has acted as an attorney without authorization and now Brand lends his name to Golema to act as an attorney in the unauthorized practice of law.

IF NOT for the assistance of others and legal aid's assistance via use of PACER the defendant's rights would be forever stripped, by the illegal, unethical and immoral actions of Larry G. Michel and Quinn Robert Kendrick. Given these facts of at least FIVE (5) major documents, and the attachments including affidavits, in this matter having NEVER been received by the Defendant via USPS mail **as they are required under law, rules, and procedures,** the defendant **requests this Honorable Court to make referral to the Kansas**

===================================================================================
NOTICE OF WITHDRAWAL of motion Document Number 3 - 13

**Bar Association for Disciplinary Actions,** in order to prevent a manifestation of injustice and protect against further fraud in these proceedings by attorneys for the plaintiffs.

All cases in BOTH State and Federal Court which involve these two purported attorneys are at risk, **as the judicial system as a whole is at risk due to the flagrant disregard for the Federal Rules of Civil Procedure and FLAGRANT disregard for the rights of the parties, where here TWO purported licensed attorneys continue to REFUSE to obey the Rules of Professional Conduct and REFUSE to provide to the defendant documents they submit to the court and state by way of sworn statement they have mailed** to the person of the defendant. There must be appropriate actions taken to ensure the defendant receives ALL filings made and receives them timely in order to file responses.

The Defendant also has received notices from the Court approximately 5 to 6 days after the notices are sent and/or made to the docket. Example is Order of the Court in Document 29, was dated 3 March 2022, it was received by the Defendant on 8 March 2022, after having been stamped as received for processing on 7 March 2022. Therefore the defendant has received USPS mail from the court approximately 5 days after mailing and DOES NOT receive AT ALL many of the filings made by the plaintiffs.

The Pro Se Defendant asks and so requests thus BEGS for this Honorable Court to provide as much broad interpretation as necessary as the Defendant is neither legally educated nor experienced in the proper filings of said motions, notices, memorandum nor requests under either the Federal Rules of Civil Procedure nor the Local Rules of the Court, as such the PRO SE Defendant is exercising all logical and reasoned practices in the smooth and efficient operation of the Courts procedures and in the interests of substantial justice as is correct and proper in the filings made and to be made in this matter. As a pro-se litigant in the matter the Defendant is further disadvantaged in that the Plaintiff's by and through their counsel have purposefully used the originating state petition, as a means of Harassment, INTIMIDATION, Ridicule and contempt towards the person of the defendant.

Via this NOTICE of Withdrawal and requesting this motion and all other filings as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 15th day of March 2022.



<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com