UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

United Capital Management of Kansas, Inc. and **Chad M. Koehn**

        Plaintiffs,

v.

Michael Nelson

        Defendant PRO-Se.

DOCKET NO.:
5:22-CV-04008-JWB-GEB

CIVIL ACTION

NOTICE OF WITHDRAWAL

Document Number 23

[Jury Trial Demanded]

### NOTICE OF WITHDRAWAL of DOCUMENT Number 23

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of WITHDRAWAL of Document Number 23:

On February 17, 2022, the same day, miraculously the Plaintiffs finally complied with Federal Rules of Civil Procedure Rule 7.1(b) by the filing of a Disclosure notice as required under Federal Rules of Civil Procedure Rule 7.1(a Though perhaps Larry G. Michel did not file the Disclosure Statement

==============================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

- 1

required by the Federal Rules of Civil Procedure, because he knew United Capital Management of Kansas Inc. DOES NOT Exist as a Corporation.

"An accused—civilly or criminally—has very little protection against false or malicious persecution." page 60, <u>"I don't Care What Mom Says LIFE SUCKS"</u> by Craig A. Brand. The defendant, a non legally educated nor experienced litigator, FACT, had the need to file Document 23, in order to compel basic compliance with the Federal Rules of Civil Procedure, and then miraculously Larry G. Michel, files Disclosure Notice as is required by Federal Rules of Civil Procedure Rule 7.1(b), only AFTER the Plaintiff's filed FIVE (5) separate pleadings in the matter currently at bar, demonstrates clearly the FAILURE of attorneys for the plaintiff to follow the basic tenants of the Federal Rules of Civil Procedure. The defendant is subject to this "malicious persecution" id. on top of the "malicious persecution" id. the defendant must file numerous motions to compel and for Judicial Notice regarding the woefully repetitive bad faith litigation by attorneys for the plaintiffs, whilst simultaneously seeking to have the legally educated, experienced, presumably bar licensed attorneys follow the basic tenants of the Federal Rules of Civil Procedure.

================================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

- 2

Since the attorneys for the plaintiff have now complied with the requirements under Federal Rules of Civil Procedure Rule 7.1(b) having filed the disclosure as required by virtue of Larry G. Michel filing Document Number: 22, although filed, Larry G. Michel, once again FAILS to send a copy of the filing of Document Number 22 to the United States Postal Mail address of record for the defendant, as required by Federal Rules of Civil Procedure Rule 5.  The repetitive refusal of Larry G. Michel and his colleagues to follow the Federal Rules of Civil Procedure, under Rule 5, the Local Rules and the basic common sense principles embodied within the Rules of Professional Conduct by flagrantly flouting the intention of the Rules, to have the parties notified of all filings they themselves make in this matter.  Defendant submits It is a requirement of the Federal Rules of Civil Procedure and the basic elements of common sense that the parties to a litigation have fair opportunity to read the pleadings of the opposing party.  It is evident and obvious the intention thus far by Larry G. Michel and his colleagues has been to DENY the defendant the opportunity to respond to the filings they make, by virtue of the Attorneys collectively working under master servant to the law firm <u>Kennedy Berkley Yarnevich and Williamson Chartered</u> and the attorney they sponsor pro hac vice, via the un verified and certainly not true nor accurate affidavit filed in support of the motion for pro hac vice status,

==========================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

- 3

continually refuse to mail via the United States Postal Service the filings they make in the matter at bar, thus woefully and purposefully, knowingly, maliciously denying the basic rights of the defendant to respond to filings made.

WHEREFORE the plaintiffs by and through their attorneys operating under master servant relationship to the law firm Kennedy Berkley Yarnevich and Williamson Chartered, have FINALLY complied with the intentions of the Federal Rules of Civil Procedure embodied in Rule 7.1; by filing the disclosure statement as required of them to file in Rule 7.1(b) their filing of the disclosure contemplated by the Federal Rules of Civil Procedure in Rule 7.1(a), which they do file AFTER having filed 5 (FIVE) separate pleadings, prior to the filing of the disclosure statement made as a filing 17 February 2022, as Document Number 22; therefore Document Number 23, the Motion to Compel the filing of the Disclosure Statement is now "moot", and no longer necessary to be ruled upon, other than as continued evidence of bad faith litigation by the attorneys for the plaintiff's "United Capital Management of Kansas Inc.", a fraudulent, false and fictitious non-existent corporate name and the individual known as Chad M. Koehn.

===========================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

- 4

Additionally, it should be pointed out to the Court for the Court to Take Judicial Notice pursuant with Federal Rules of Evidence under Judicial Notice 201, that the plaintiff claimed "corporation", "United Capital Management of Kansas Inc." DOES NOT exist, see document number 30; therefore it is conceivable that Document Number 23, is not necessary, and that Document Number 22, is another example of fraud upon the court where, Larry G. Michel continues to perpetuate the myth of a corporation by the name "United Capital Management of Kansas Inc.", where according to the records of the Kansas Secretary of State the corporation as listed in Court Orders, the underlying State petition, the state docket, and all over the Federal Docket, DOES NOT exist, as NO NAME for the entity "United Capital Management of Kansas Inc." exists on the register of corporations for the State of Kansas.

WHEREFORE, no corporation exists as the name of the plaintiff, as per document 30, of the above entitled action and the filing of Document Number 22, by Larry G. Michel, operates as a continuation of FRAUD upon the Court. The non legally educated defendant not knowing at the time of filing of Document Number 23, that the need to file document number 22, was not necessary, perhaps as known by Larry G. Michel, hence the reasoning why

===============================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

Larry G. Michel, filed FIVE (5) separate pleadings prior to the filing of document 22, the disclosure statement for a non-existent legal entity.

Given the fact the corporation as the named plaintiff: United Capital Management of Kansas Inc. DOES NOT now and has never existed in the State of Kansas, the plaintiff's needed not file their concocted ruse of the filing of document number 22, and therefore the motion to compel compliance of the filing under Federal Rules of Civil Procedure Rule 7.1(b), was not and is not necessary given the fact no corporate plaintiff actually exists, and the attorneys Larry G. Michel and Quinn Robert Kendrick did commit fraud upon the lower County Court, suing under a false name.

**Wherefore all the above the defendant now in the interest of savings to the parties and the Court seeks to withdraw the filing of document number 23, the motion to compel compliance with the Federal Rules of Civil Procedure by the attorneys for the plaintiff in this above herein captioned matter, as the motion is now moot.**

The Pro Se Defendant asks and so requests thus begs for this Honorable Court, the United States District Court of Kansas, to provide as

===============================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

much broad interpretation as necessary as the Defendant is neither legally educated nor experienced in the proper filings of said motions, notices, memorandum nor requests under either the Federal Rules of Civil Procedure nor the Local Rules of the Court, as such the PRO SE Defendant is exercising all logical and reasoned practices in the smooth and efficient operation of the Courts procedures and in the interests of substantial justice as is correct and proper in the filings made and to be made in this matter. As a pro-se litigant in the matter the Defendant is further disadvantaged in that the Plaintiff's by and through their counsel have purposefully used the originating state petition, as a means of Harassment, INTIMIDATION, Ridicule and contempt towards the person of the defendant.

Via this NOTICE of Withdrawal and requesting this and all other filings as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. As the defendant does not voluntarily submit to the personal jurisdiction of the court here in the US District of Kansas. And so makes this appearance

======================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

- 7

together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special and limited appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.  "An accused—civilly or criminally—has very little protection against false or malicious persecution." page 60, "I don't Care What Mom Says LIFE SUCKS" by Craig A. Brand.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

==================================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

Respectfully Submitted, this 15th day of March 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===============================================================================

**NOTICE OF WITHDRAWAL of DOCUMENT Number 23**

- 9