# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn**<br><br>Plaintiffs,<br><br>v.<br><br>Michael Nelson<br><br>Defendant PRO-Se. | DOCKET NO.:<br><br>**5:22-CV-04008-JWB-GEB**<br><br><u>CIVIL ACTION</u><br><br>NOTICE OF Limited<br><br>WITHDRAWAL<br><br>Document Number 19<br><br>[Jury Trial Demanded] |

**NOTICE OF Limited WITHDRAWAL of DOCUMENT Number 19**

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of Limited WITHDRAWAL of Document Number 19:

==================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

- 1

On February 11th, 2022, the Defendant filed Document Number 19, titled:

MOTION for Order on Compliance with Rule and Judicial Notice Bad Faith Litigation by Attorneys for Plaintiff Refusal to Accept Notice of Removal

The Plaintiff's having refused multiple attempts of delivery of the Notice of Removal of the malicious, incongruous, frivolous underlying petition currently here at bar, caused the defendant to file document Number 19, in good faith seeking to have the Plaintiffs recognize the removal of the action to the US Federal Court for the US District of Kansas.

Defendant in the interests of savings to the Court and the parties hereto the above captioned litigation at bar, files this Notice of limited withdrawal of the motion made in Document Number 19, of the above entitled action currently pending at bar here in the US District of Kansas Federal Court. The defendant so states and alleges for the following reasons it is necessary to file this limited withdrawal of the motion made in document 19, of this matter, at bar, and for the reasons set forth that the Court take Judicial Notice of the fact the Defendant has and continues to act in the interests of substantial justice, in the prevention of manifestation of injustice

======================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

and to the extent to limit costs and thus saving both the Court and the parties, by seeking to immediately limit any previously filed motions as either moot or to make limited withdrawal of the same, but with Judicial Notice as to the intent of the motion, as herein where the Plaintiffs continued in bad faith litigation by refusing to accept notice of removal to this Honorable United States Federal Court for the United States District of Kansas:

1. The Defendant after having filed notice of removal and timely noticing the County Court, the Plaintiffs refused USPS mail notification.

2. The Defendant concerned that the plaintiffs would attempt default judgment in the underlying petition through the State County Court as they had attempted.  Sought to notify the US Federal District Court for the US District of Kansas regarding the bad faith litigation of the plaintiffs as is obvious given the substantial time the plaintiffs laid in wait to litigate via surprise.  Although the Plaintiff's for nearly a year had a good and valid USPS mailing address for the defendant the Plaintiff's instead laid in wait, targeted via COLLUSION with others to entrap the defendant and serve the defendant deficient service while the

===================================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

defendant was gravely injured due to attempts on the defendant's life orchestrated by the Plaintiff's criminal partners.

3. The Defendant seeking to notify the Court and to encourage correct and proper behavior from the Plaintiffs in accordance with the Federal Rules of Civil Procedure, which the Federal Docket so indicates and thus dictates the Plaintiffs have continued to flout, for example in their collective failures to file disclosure document pursuant with their requirement under Federal Rules of Civil Procedure Rule 7.1(b) requiring their filing of under Rule 7.1(a), which the plaintiffs FINALLY did so after first flouting the rules filing FIVE (5) separate pleadings prior to filing the required disclosure as required in Rule 7.1(b); though the Defendant now submits that due to the findings of fact as reported to the Court in Document Number 30; the result of the Order of the Court in Document Number 29; for the defendant to allege the "citizenship" of each of the parties, the party of "United Capital Management of Kansas Inc." DOES NOT EXIST, and has never existed on the rolls of corporations fo the US State of Kansas according to the records from the Secretary of State of the US State of Kansas, therefore it is conceivable Larry G. Michel did not file the required disclosures of Rule 7.1(b), because he

===========================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

- 4

himself Larry G. Michel, knew he had committed fraud upon the underlying petition knowingly filing under a false name, having known the corporation as listed in the originating state petition does not exist and has never existed as well documented in Document Number 30. Therefore Larry G. Michel needed not file document number 22, a "Corporate Disclosure Statement", which is not necessary as the purported corporate plaintiff does not exist.  Larry G. Michel's filing of document number 22, is done as nothing more than an attempt to cover the concocted ruse he himself created in the filing of a frivolous and malicious underlying petition suing under a false name.

4.  The Plaintiffs in this matter finally did retrieve the USPS postal mail dutifully sent to the plaintiffs attorneys of record via return receipt requested CERTIFIED USPS mail, though it was necessary for the defendant to file Document Number 19, which the attorneys for the plaintiffs only chose to retrieve the USPS mail after the defendant was forced to file Document Number 19.

    The Pro Se, non legally educated defendant who is self taught in reading and writing the minimum standards by which a person can present

===================================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

- 5

themselves here at bar, respectfully requests this Honorable United States Federal Court to liberally as possible interpret the filing made herein this "limited withdrawal" of document number 19, of the above herein captioned matter currently at bar.  The PRO SE defendant having the necessity to present himself PRO SE therefore PRO PER within this United States Federal Court therefore respectfully requests this United States Federal Court to interpret the intent of the filing made herein as a means to save the Court and the parties from ruling upon motions which are now "moot", wherein here as the motion in document number 19, has been finally recognized by the Plaintiff's to this action by their statements made in the Document Number:  21 the Plaintiff's finally admitted the matter herein captioned has been removed to this United States Federal Court for the United States District of Kansas by way of statement on page 2 of Document 21, wherein the Plaintiff's state:

> "**Plaintiffs have no objection** [EMPHASIS ADDED]to extending the time for Defendant to file his response to the Petition until his requested March 15, 2022, date, **nor do they contest Defendant's removal of this action** [EMPHASIS ADDED]"

===================================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

- 6

Defendant entitled this Notice of Withdrawal of Document Number 19, as a "*limited*" Notice of withdrawal, only in that the Defendant seeks for the Court to take Judicial Notice of the FACT, the defendant was necessitated to file document Number 19, in order to cause the Plaintiff's to cease their bad faith litigation and finally recognize the Removal of the underlying State petition and to cease their attempts to obtain a default judgment.  Otherwise the defendant so recognizes that Document 19, is now moot as the Plaintiff's were compelled by Document Number 19, to finally retrieve the dutifully filed and mailed via USPS certified return receipt requested United States Postal Service mail of the Notice of Removal to the address of record for the law firm which the attorneys of record:  Larry G. Michel and Quinn R. Kendrick are employed under master servant relationship thereto.   IF NOT for the filing of Document Number 19, the plaintiff's would not have immediately the FOLLOWING WEEK, retrieved the United States Postal Mailing via Certified Return Receipt Request mail, and therefore be forced to recognize the Removal of the underlying State Petition to the United States Federal Court for the United States District of Kansas.  Whereas as previously stated above the Plaintiff's were forced to admit:  "**nor do they contest Defendant's removal of this action** [EMPHASIS ADDED]"; see page 2 of Document 21.

===================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

- 7

WHEREFORE the Plaintiff's have finally accepted that the matter currently at bar is now squarely in the jurisdiction of the Federal Court, though there may be objection as to the personal jurisdiction of the current Federal Court.  The matter definitely is in the general jurisdiction of the Federal Courts of these the United States of America, therefore this motion in document number 19, should now be withdrawn and considered moot.  The defendant files this Notice of withdrawal in the interests of savings to the Court and the parties from necessity to rule upon motions which are now moot as a matter of law, given the fact wherein here the plaintiffs now admit in Document Number 21:   "**nor do they contest Defendant's removal of this action** [EMPHASIS ADDED]".

The Pro Se Defendant asks and so requests thus begs for this Honorable Court to provide as much broad interpretation as necessary as the Defendant is neither legally educated nor experienced in the proper filings of said motions, notices, memorandum nor requests under either the Federal Rules of Civil Procedure nor the Local Rules of the Court, as such the PRO SE Defendant is exercising all logical and reasoned practices in the smooth and efficient operation of the Courts' procedures and in the interests of substantial justice as is correct and proper in the filings made and to be made

==================================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

in this matter.  As a pro-se litigant in the matter the Defendant is further disadvantaged in that the Plaintiff's by and through their counsel have purposefully used the originating state petition, as a means of Harassment, INTIMIDATION, Ridicule and contempt towards the person of the defendant.

Via this NOTICE of Withdrawal and requesting and all other filings as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.   And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance" and limited appearance, as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and

======================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19

- 9

pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 15th day of March 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===================================================================
NOTICE OF LIMITED WITHDRAWAL of Document Number 19