UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

United Capital Management of Kansas, Inc. and **Chad M. Koehn**

    Plaintiffs,

v.

Michael Nelson

    Defendant PRO-Se.

DOCKET NO.:
5:22-CV-04008-JWB-GEB

CIVIL ACTION

OBJECTION
DEFICIENT Filing made in
Document Number 6
Filed by:
QUINN ROBERT KENDRICK

[Jury Trial Demanded]

**OBJECTION – DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick**
**Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of OBJECTION to filing made in Document Number 6:

1.) On February 3, 2022, Attorney of Record and author of the underlying state petition, with racial slur, QUINN ROBERT KENDRICK filed document Number 6, which is woefully deficient under Local Rules, Kansas Rules and the Federal Rules of Civil Procedure, thus also indicating an ethics violation of Rules of Professional Conduct.

---

OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
- 1

2.) Quinn Robert Kendrick, filed the document 6, stating: "pursuant to D. Kan. 83.5.5(b)." [See Lines two and three]

3.) D. Kan. 83.5.5(b) is precise as to the directions to parties or counsel stating clearly:

> "Withdrawal of Attorney Whose Client Continues to Be Represented by Other Counsel of Record. Withdrawal of an appearance by an attorney whose client continues to be represented by other counsel of record is authorized without an order of the court, unless the only remaining counsel of record is admitted pro hac vice under D. Kan. Rule 83.5.4. In instances where the remaining counsel of record is admitted pro hac vice, the withdrawing attorney must comply with either subsection (a) or (c) of this rule.
> An attorney seeking to withdraw whose client will continue to be represented by other counsel of record **may withdraw provided the withdrawing attorney files a pleading entitled "Notice of Withdrawal of Appearance"** [EMPHASIS ADDED] signed by the withdrawing attorney. Such notice must identify the other attorneys of record who will continue to represent the withdrawing attorney's client. Such notice of withdrawal <u>**must be served pursuant to Fed. R. Civ. P. 5(b)** on the client, all attorneys of record, **and any pro se parties** in the case.</u>"
>   i.) https://www.ksd.uscourts.gov/wp-content/uploads/2019/11/Rule-83.5.5-Withdrawal-of-Appearance-redline.pdf

4.) Quinn Robert Kendrick entitles the filing: "NOTICE OF WITHDRAWAL OF COUNSEL" [Emphasis added as to "Counsel"]; yet the RULE is explicit, stating: "…may withdraw provided the withdrawing attorney

===============================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 2

files a pleading entitled <u>"Notice of Withdrawal of Appearance"</u>. Quinn Robert Kendrick FAILS to entitle the "notice" correctly according to the RULE, he himself provides citation for.

5.) As titled by Quinn Robert Kendrick, he appears to be withdrawing the entire firm Kennedy Berkley Yarnevich and Williamson Chartered. The Rule is precise in its dictation to the attorney withdrawing, requiring "the withdrawing attorney files a pleading entitled: <u>"Notice of Withdrawal of **Appearance**"</u>; whereas here Quinn Robert Kendrick titles the pleading: "Notice of Withdrawal of <u>Counsel</u>". The use of precise words is of paramount importance in litigation, a single word can change the entire meaning of a pleading. The Rules in Kansas as cited by Quinn Robert Kendrick are precise, even directing the attorney who is withdrawing to title specifically necessary for the filing of the pleading. The Rule provides for no interpretation nor provides for any other alternative titling. The rule spells out in quotations precisely what the pleading must be entitled. Quinn Robert Kendrick FAILS to read with any accuracy or comprehension the precise order of the very Kansas Rule he himself makes citation for in his pleading.

================================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 3

6.) The clerk of the Court in document number 6, states on the docket the correct titling under the rule; yet this is NOT the entitled "notice" filed by the attorney of record.  Favoritism to attorneys is demonstrated in the docket, wherein filings by the pro se defendant are not completely titled within the docket, yet when the attorneys file woefully inaccurate pleadings against the rules, the docket is changed to reflect the proper use of the Rule not the use of the words included in the underlying pleading filed by the attorneys:

| 02/03/2022 | 6 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Quinn Robert Kendrick as to All Plaintiffs (Kendrick, Quinn) (Entered: 02/03/2022) |

7.) The Rule in D. Kan. 83.5.5(b) is clear stating:  "Such notice of withdrawal **must be served pursuant to Fed. R. Civ. P. 5(b)** on the client, all attorneys of record, **and any pro se parties** in the case."

8.) Quinn Robert Kendrick even states in the woefully deficient not correctly entitled "notice":  "In addition to service of this Notice on counsel of records and pro se parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Vic. P. 5(b)(2)"

===============================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 4

9.) Quinn Robert Kendrick **HAS NOT served a copy of this "notice" on the pro se Defendant,** in this matter, as he stated he has done so, in the woefully deficient notice, nor according to Rule 5b, as required under Rule D. Kan. 83.5.5(b); Defendant is without service of copy.

10.) On page 2 of Document Number 6, Quinn Robert Kendrick files a woefully deficient and incorrect "Certificate of Service"; wherein he AGAIN entitles the Notice: "Notice of Withdrawal of Counsel"; which is NOT the entitled pleading required by the rule, he Quinn Robert Kendrick, himself provides citation for under Rule D. Kan. 83.5.5(b), which is clear and requires: "**provided the withdrawing attorney files a pleading entitled "Notice of Withdrawal of Appearance"** "

11.) On page 2 of Document 6, Quinn Robert Kendrick FAILS to follow the Rule in FRCP Rule 5b, REQUIRING an attorney of record to serve ALL parties, specifically including Pro Se parties by stating in the rule: "Such notice of withdrawal **must be served pursuant to Fed. R. Civ. P. 5(b)** on the client, all attorneys of record, **and any pro se parties** in the case."

================================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 5

12.) BOTH Rule D. Kan. 83.5.5(b) AND Federal Rules of Civil Procedure Rule 5(b) [which is stated in Rule D. Kan. 83.5.5(b)] REQUIRE service upon ALL parties, including Pro Se Parties. Quinn Robert Kendrick FAILS to provide the service of the pleading as required by the Rules.

WHEREFORE, the defendant respectfully requests Document 6, be stricken, and REQUIRE, Quinn Robert Kendrick to separately motion for leave to amend and refile a correct pleading in accordance with the Rules he himself makes citation of in the pleading Document Number 6. The Court should DEMAND Quinn Robert Kendrick to serve ALL Parties and provide the appropriate Certificate of Service, REQUIRING Quinn Robert Kendrick to serve the defendant via USPS mail as per Kansas Rules, this Court's Local Rules and the Federal Rules of Civil Procedure; Quinn Robert Kendrick's failure to do so thus far indicates a clear ethics violation of the Rules of Professional Conduct.

This Court should also take Judicial Notice, that the evidence as presented herein demonstrates clearly Quinn Robert Kendrick is deficient in reading for comprehension the requirements of the Federal Rules of Civil Procedure, the Local Rules of the Court and the Kansas Rules, although he readily provides citation of

===============================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 6

the Rule, his pleading is woefully deficient as to the command of the Rules, he Quinn Robert Kendrick, himself provides citation.

Quinn Robert Kendrick a purported bar licensed attorney who provides his bar license number: #28455 on the deficient not in conformity with the commands within the Rule, yet continues in a Kennedy Berkley Yarnevich and Williamson Chartered, well demonstrated litigation strategy to NOT provide pleadings provided to the Court to the opposing party in this case the defendant. Quinn Robert Kendrick must be made to refile the pleading made in Document Number 6 and to send the pleading with a correct certificate of service to the person of the defendant at the address of record for the defendant, which again is stated:

<u>Sent to the attention of the defendant's name to this United States Postal Address:</u>

9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105

The Defendant further requests the increase in time to receive USPS first class mail pursuant with the substantial changes to United States Postal Mail under the changes to USPS First Class mail services under the new USPS plan entitled: "*Delivering for*

===============================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 7

*America: Our Vision and Ten-Year Plan to Achieve Financial Sustainability and Service Excellence"*. New longer first class mail service times were placed in effect as of 1 October 2021.

The <u>Defendant has NOT been receiving all the filings made by Attorneys for the Plaintiff's</u> **despite the attorneys requirement to send to the Defendant those documents they file with the Court.** This is also despite the FACT the attorneys for the plaintiff file notice of their signature stating they have or will mail to the defendant the filings they make to the court. The defendant is utilizing a third party mail processor to accept the USPS mail and document via date time stamp when USPS mail is received:

**In direct VIOLATION of FEDERAL RULES OF CIVIL PROCEDURE, Local Rules and certainly the <u>Rules of Professional Conduct</u>; the defendant has NOT to this date 14 March 2022; received USPS mail regarding the following documents in this matter at bar:**

1. **<u>Document Number 6; filed by purported attorney Quinn Robert Kendrick</u>**
    a. **<u>EMPHASIS ADDED here as to Document Number 6</u>**
2. Document Number 10; Motion to Strike by Larry Michel
3. Document Number 21; Third Motion to Strike by Larry Michel

===================================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 8

4. Document Number 22; Required Disclosure Statement by Larry Michel

5. Document Number 24; Pro Hac Vice Motion & Affidavit by Larry Michel

6. Document Number 26; Notice of Appearance by Chris Kellogg

Mail is being processed at the address listed, for the defendant by a reputable $2.5 BILLION DOLLAR Public Company. This company is part of LegalZoom, which time and date stamps, then scans, archives and sends all mail received. The defendant signed up for this service due to CRAIG ALAN BRAND's statements as suggestions in the case at Bar in the US District of NEVADA; where Brand made snooty comments regarding the defendant's domicile in Nevada and how the defendant was receiving USPS mail, so the defendant dutifully signed up for the, Brand, suggested service.

Given the service is a third party MASSIVE Public Company, that specializes in legal services, the defendant has one of the best forms of PROOF POSITIVE regarding what USPS mail is received and when, as all mail is immediately processed, TIME and DATE STAMPED, scanned, archived and delivered to the defendant telephonically. THE FACTS are INDISPUTABLE, attorneys for Kennedy Berkley Yarnevich and Williamson Chartered, including without limitation Quinn Robert Kendrick, Larry G. Michel and Chris J. Kellogg each have FAILED to properly provide a plethora of documents to the defendant. It is obvious and evident by the facts, here these attorneys have conspired to violate the Federal

===============================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 9

Rules of Civil Procedure, Local Rules and certainly the Rules of Professional Conduct, purposefully, willfully, knowingly, maliciously not mailing documents they themselves file to the Court to the defendant. HOW is this fair or substantial justice? How can their be litigation if the attorneys representing one party refuse to provide documents to the other party the pro se defendant?

Perhaps the reason that document 6, filed by Quinn Robert Kendrick, has not been received by the defendant, is that Quinn Robert Kendrick purposefully did not cause the filing to be sent via USPS mail as required under Kansas Rules, Local Rules, and Federal Rules of Civil Procedure, as is obvious, was Quinn Robert Kendricks deceitful litigation strategy on behalf of Kennedy Berkley Yarnevich and Williamson Chartered. Quinn Robert Kendrick FAILED to provide sufficient statement of "Certificate of Service" as required by the Kansas Rules, Local Rules and Federal Rules of Civil Procedure, as Quinn Robert Kendrick certainly knew the defendant was Pro Se, and certainly had read the filings of the PRO SE defendant, Quinn Robert Kendrick a purported bar licensed attorney MUST as a matter of law, rules and procedures be held to a higher standard and be required to follow the Federal Rules of Civil Procedure of the Federal Courts, which he affixes his name and bar number to filings made therein.

---
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

- 10

Quinn Robert Kendrick's repeated woefully inaccurate filings began with the underlying petition at bar, where he proffers no excuses for the use of a racial slur in the titling of the defendant in the petition, he instead attempts to withdraw his appearance rather than face the repercussions of his unethical actions, even here through his withdrawal of appearance in the matter at bar, QUINN ROBERT KENDRICK FAILS in his responsibilities and duties owed to the Court, his client, the parties and the public at large. Not only is the pleading he filed deficient as to the legal commands of the very Rule he uses in his citation, but his certificate of service is deficient AND he FAILS to provide the pleading to the Pro Se defendant via USPS mail as required.

IF NOT for the assistance of others and legal aid's assistance via use of PACER the defendant's rights would be forever stripped, by the illegal, unethical and immoral actions of Larry G. Michel and Quinn Robert Kendrick. Given these facts of at least FIVE (5) major documents, and the attachments including affidavits, in this matter having NEVER been received by the Defendant via USPS mail **as they are required under law, rules, and procedures,** the defendant **requests this Honorable Court to make referral to the Kansas Bar Association for Disciplinary Actions,** in order to prevent a manifestation of injustice and protect against further fraud in these proceedings by attorneys for the plaintiffs.

---

OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

<u>All cases in BOTH State and Federal Court which involve these two purported attorneys are at risk</u>, **<u>as the judicial system as a whole is at risk due to the flagrant disregard for the Federal Rules of Civil Procedure and FLAGRANT disregard for the rights of the parties, where here TWO purported licensed attorneys continue to REFUSE to obey the Rules of Professional Conduct and REFUSE to provide to the defendant documents they submit to the court and state by way of sworn statement they have mailed</u>** to the person of the defendant.   There must be appropriate actions taken to ensure the defendant receives ALL filings made and receives them timely in order to file responses.

Via this OBJECTION and requesting action on the OBJECTION here and all other filings as in all previously filed motions and requests, responses, and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.   And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

================================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 16th day of March 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

================================================================================
OBJECTION - DEFICIENT Filing made in Document Number 6 By Quinn R. Kendrick
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)