UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn**<br><br>　　　　Plaintiffs,<br>　v.<br>Michael Nelson<br>　　　　Defendant PRO-Se. | **DOCKET NO.:**<br>5:22-CV-04008-JWB-GEB<br><br>CIVIL ACTION<br><br>**Supplemental Evidence Rule 201 to Document 30 Amendment to Notice of Removal**<br><br>**[Jury Trial Demanded]** |

**Supplemental Evidence Rule 201 to Document 30 Amendment to Notice of Removal**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of Supplemental Evidence per Rule 201, to the prior filed Amendment, Document 30, to Notice of Removal Document 1. The pro se defendant does so herein state and allege the following:

1. Having complied with Order of the Court in document number 29, providing the alleged citizenships of the parties to meet, one of the multitude of reasons listed in Document 1, the Notice of Removal; defendant has unearthed a plethora of instances where plaintiff corporation United Capital Management

================================================================================
**Supplemental Evidence Rule 201 to Document 30 Amendment to Notice of Removal**
- 1

of Kansas Inc. is not actually a corporation as listed, and as provided to the Court in the Amendment in Document 30, with the attached exhibit thereto as Exhibit A, demonstrating clearly a different name appearing within the Kansas Secretary of State register.

2. The Defendant having uncovered a number of uses including in the attached herewith Exhibit A, where human plaintiff Chad M. Koehn does sign and regularly distribute materials including as here the Attached "disclosure" document required under Federal Law, which is the Exhibit A, attached herewith, stating the name of the corporation "United Capital Management of Kansas Inc." a name which does not appear on the Kansas Secretary of State Registry.

Wherefore the Attached herewith EXHIBIT A, clearly demonstrates Chad M. Koehn continually uses the name "United Capital Management of Kansas, Inc.", on federal documents and disclosure forms, yet the name "United Capital Management of Kansas Inc." does not appear on the Registry of Corporations for the Kansas Secretary of State.

> **Date of Brochure: August 2021**
>
> This brochure provides information about the qualifications and business practices of United Capital Management of Kansas, Inc. If you have any questions about the contents of this brochure, please contact Chad Koehn at 785-823-7900 or ckoehn@unitedcapitalgroup.net. The information in this brochure has not been approved or verified by the United States Securities and Exchange Commission or by any state securities authority.
>
> Additional information about United Capital Management of Kansas, Inc. is also available on the Internet at www.adviserinfo.sec.gov. You can view our firm's information on this website by searching for United Capital Management of Kansas, Inc. You may search for information by using the firm's CRD number. The CRD number for United Capital Management of Kansas, Inc. is CRD # 157755
>
> *Registration as an investment advisor does not imply a certain level of skill or training.

Via this Supplement to Document 30, the Amended Notice of Removal and requesting this and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka**

<KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 17th day of March 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com