# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn**<br><br>    Plaintiffs,<br>v.<br>Michael Nelson<br>    Defendant PRO-Se. | DOCKET NO.:<br>5:22-CV-04008-JWB-GEB<br><br>CIVIL ACTION<br><br>OBJECTION DEFENDANT NOT RECEIVING FILINGS MADE BY OPPOSING COUNSEL<br><br>[Jury Trial Demanded] |

# OBJECTION DEFENDANT NOT RECEIVING FILINGS/PLEADINGS MADE BY OPPOSING COUNSEL

Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)

**Preservation of Rights under Due Process Clauses & 14th Amendment without limitation**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of OBJECTION to Due Process Rights of the defendant being **continually violated** as a misguided litigation strategy, wherein attorneys working under master servant relationship to the law firm Kennedy Berkley Yarnevich and Williamson Chartered, purposefully, willfully, maliciously,

================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 1

knowingly are NOT sending to the defendant filings they themselves make to the Court. The Pro Se defendant so states and alleges as follows:

**INDISPUTABLE HISTORY**

1. The flagrant abuse of the the legal processes and judiciary by the purposeful, knowingly, malicious flouting of the basic fundamental rights of the Pro Se litigant by attorneys for the plaintiff's gives rise to direct violations to the Pro Se defendant's fundamental rights to due process under law, bringing forth a constitutional question to this Honorable United States Federal Court for the US District of Kansas.

2. The matter at bar commenced here with the removal of a frivolous, incongruous, malicious petition filed in a small county court in Saline County Kansas.

3. For nearly a year the plaintiff's took NO efforts whatsoever to either attempt service of process nor notice the defendant of the pendency of the petition.

4. The Saline County Court took no actions to notice the defendant of the action filed.

5. Neither the County court nor the plaintiff's bothered to expend the Fifty-Eight (58) US cents ($.58) required to mail via the United States Postal Service the several page petition, to the good mailing address Michael & Kendrick list at (3) of the petition.

===========================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 2

6. Plaintiffs conspiring with their attorneys, in collusion with their conspirators only sought service of process when they reasonably believed the defendant could not respond.

7. The defendant after receiving the malicious and frivolous petition, rightfully, and dutifully removed the State petition to the United States Federal Courts for cause.

8. The state petition is replete with racial slur, necessitating pleading in Document 5

9. With mens rea of a mea culpa one of the attorneys, Quinn Robert Kendrick, authoring the racially charged frivolous malicious petition filed pleading in Document 6, a mere day after the filing of document 5. Quinn R. Kendrick's evacuation of the proceedings was made with certain speciousness as well detailed in Objection Document 38, outlining the insouciant of his attention to the detailed instructions in the very legal citations he makes.

10. Quinn Robert Kendrick FAILED to notify the Pro Se defendant as required by Local Rules, Federal Rules of Civil Procedure nor the obligations under the Rules of Professional Conduct. Thus causing the defendant to rightfully and dutifully OBJECT to the woefully deficient pleading of Quinn Robert Kendrick's Document 6, in the defendant's Objection Document Number 38, wherein defendant also objects to not receiving a copy as required, by the fundamental rules of professional conduct.

========================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 3

11. Attorney Larry G. Michel, the same day as Quinn Robert Kendrick's mea culpa in his speedy exodus from the proceedings, via his banal specious pleading in document 6; filed a Memorandum in Opposition Document Number 9, which is one of a mere two (2) documents opposing counsel has bothered to send to the defendant as required by the Rules, both Local and Federal in Rules of Procedure and obviously as intended for counsel to send the opposing party a copy of EVERYTHING they file with the Court.

12. The following day, on 4 February 2022, Larry G. Michel, one of the authors of the racially slurred incongruous petition filed with certain insouciant to his profession. Filed document number 10, a Motion to Strike. In what would become the law firm Kennedy Berkley Yarnevich and Williamson Chartered, go-to litigation strategy, Larry G. Michel, purposefully with mens rea did not mail this "Motion to Strike" to the person of the defendant as the law and rules require.

13. IN an attempt to unfairly prejudice the presiding jurist Larry G. Michel, in effect participates in what he himself believed was "secret" ex parte communication with the Court, as is evident by Michel's FAILURE to provide a copy via USPS mail to the address of record for the defendant as required by the rules. In his believed ex parte, secretive filing Michel, states to the effect he will not burden the court with the specificity as to the standards the Rule he himself cites requires.

===============================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*  - 4

14. On 8 February 2022, Larry G. Michel, files his second repetitive motion titling it "Second…". Larry G. Michel, actually sends this motion to the person of the defendant at the USPS mailing address of record, as he should all documents he files with the Court. As the Rules and laws so dictate, as to fair, substantial justice and certainly is embodied within the due process rights of the defendant under without limitation the 14th amendment to the US Constitution. Alas this document number 15, is the second and LAST document filed with the Court which the so-called bar licensed attorneys operating under master servant relationship to Kennedy Berkley Yarnevich and Williamson Chtd. could be bothered with sending to the defendant as required in the rules and certainly in the fundamental, basic principles, of due process in legal proceedings at bar.

15. On 17 February 2022, Larry G. Michel files his "Third…" repetitive motion, Document Number 21 and again FAILS to send via USPS mail to the person of the defendant as required by law and the Rules of procedure in matters at, bar, cementing Larry G. Michel's patterned history to deny the due process rights of the defendant in the matter at bar. Yet, Michel sets forth his signature below his "Certificate of Service", wherein he declares "The undersigned hereby certifies"; to having sent the Document 21 to the USPS mailing address of record for the defendant, yet does no such thing.

===================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 5

16. In his Document 21, Michel, wholly complies with the defendant's requests in motion under Rule 12(e), document 17, whilst simultaneously seeking again to strike the entirety of the defendant's lawful motion in document 17.   Michel again FAILS to deliver a copy of document 21 to the address of record for the defendant as required by the rules.

17. The same day 17 February 2022, Larry G. Michel, FINALLY complied with Federal Rules of Civil Procedure Rule 7.1 filing the required "Disclosure Statement", Document 22, which the defendant's now "moot" document number 23, so demanded plaintiff's comply therewith the Federal Rules of Civil Procedure, given the facts of the record dictating that Michel, the only remaining attorney at the time filed a multitude of repetitive woefully deficient pleadings in succession without complying with Rule 7.1

18. The defendant was then abruptly and summarily denied the opportunity to respond with a Motion in Opposition to Michel's motion in Document 21, as the Court intervened and commanded the parties file no further motions.

19. Despite the Court intervening in the benefit to the plaintiff's, Attorney Michel, never-the-less ignored the Orders of the Court, and filed Document 24, with attachments 21-1 (fraudulent affidavit) and 24-2, just minutes prior to Close of Business.  The Judge Magistrate later commented she chose to believe the filing was not in defiance of the

========================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*                                                                                       - 6

order made the same day. Again Michel FAILED to mail a copy of this motion and its attachments to the person of the defendant at the address of record as required by rules.

20. Again, the defendant was summarily denied the opportunity to file written objection to the motion for pro hac vice submission of purported lawyer Craig Alan Brand, more commonly referred to in affidavits and legal filings as the "partner in deception". The defendant was limited only to limited oral arguments regarding the admissibility of "Brand" to the proceedings and further limited as to the objections made and evidence available for submission to the Court regardings what many in the Federal Judiciary already know as Brand's reputation as the "partner in deception" reared its ugly head at the proceedings prior to discussion on his application pro hac vice, where brand proffered testimony and unfounded allegations concerning FINCEN.

   a. FINCEN has been dutifully notified. For the edification of the Court, FINCEN as spoken of by the "partner in deception", the moniker coined in arrest affidavits by the Florida Department of Law Enforcement to describe Craig Alan Brand (See Exhibit "I" of Document 41); stands for: "The Financial Crimes Enforcement Network ["FINCEN"] is a <u>bureau</u> of the United States Department of the Treasury that collects and analyzes information about financial transactions in order to combat domestic and international <u>money laundering</u>, <u>terrorist financing</u>, and <u>other financial crimes</u>."

   b. The "partner in deception" Craig Alan Brand, stated on the record of the hearing at 5:40 of the audio recording; "Mr. Nelson has allegedly brought claims in the SEC and FINCEN…brought them falsely against the plaintiff's that's for which I am now defending am also representing other individual businesses."

---

OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*                                                                  - 7

    c. FINCEN is a "Bureau" of the Office of Terrorism and Financial Intelligence, "formed in 2004, is an agency of the United States Department of the Treasury. TFI works to reduce the use of the financial system for illicit activities by terrorists, money launderers, drug cartels, and other national security threats."

21. Each of the attorneys appearing herein this matter at bar are effectively working under master servant to the law firm Kennedy Berkley Yarnevich and Williamson Chartered, which is legally liable for their actions here at bar in case: **5:22-CV-04008-JWB-GEB**. Especially the repetitive violations of the defendants rights to due process.

22. The Defendant has since filed a Rule 72, reconsideration of the "partner in deception" Craig Alan Brand's pro hac vice admission, see Document Number 41 with attached Exhibits A through I

23. Chris J. Kellogg was present as the single and only representative of the law firm Kennedy Berkley Yarnevich and Williamson Chartered, on 3 March 2022, at hearing of the above referenced matter at bar.

24. Chris J. Kellogg's appearance was a surprise, as has become a regular litigation strategy of the plaintiff's, in purposeful not noticing of the Pro Se Defendant of filings made to the matter at bar. Defendant has filed an OBJECTION to not receiving the document

===================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*      - 8

filed by Chris J. Kellogg in his pleading filed in Document 26; see Defendant's OBJECTION in Document Number 39

25. Defendant submits litigation is not possible and certainly not in the interests of substantial justice and thus creates manifestation of injustice, when the defendant is NOT notified of filings made to the docket. The Defendant MUST receive copies of ALL filings made in the matter at bar for litigation to be remotely fair.

26. Prima Facie evidence and proof in the positive exist upon the filing made by Chris J. Kellogg, which rise to violation of Federal Rules of Civil Procedure Rule 5; Local Rules of the Court and certain violations of the Rules of Professional Conduct; given the fact attorney Chris J. Kellogg, like the actions of his colleagues, refuses to notice the Pro Se defendant of the filing he made to the record.

27. The Defendant submits the impossibility of fairly litigating any matter before the court where the plaintiffs refuse to notice the defendant of filings they make.

28. The fact the single filing by Chris J. Kellogg, carries with it a "certification" of compliance with the applicable rule of the Federal Rules of Civil Procedure, attempting to substantially comply with Rule 5

=================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*                                                                                        - 9

    a. Kellogg's certification on the bottom of his single page filing states:

        i. "and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:"; see Document 26 bottom of page

29. Defendant submits the defendant does not have any idea what "eFlex" is or could be.

30. Chris J. Kellogg, makes a "Certification" on the single page filing which states: "...addresses show below who do not receive notice electronically"

31. Defendant submits the defendant obviously does not receive notices electronically, although the defendant had dutifully filed Document Number 3, in the matter at bar, and has recently had to withdraw Document Number 3, via notice of withdrawal in Document Number 35; as the "partner in deception" Craig Alan Brand is suspected of orchestrating continual electronic mail harassment, spamming and other shenanigans to which the "partner in deception", and his "law partner" Logan Golema are well known.

32. The defendant submits that the necessity to withdraw the motion in Document 3, is necessitated by the defendant being under a barrage of cyber warfare attacks and hacks,

===================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 10

including a barrage of UCE (Unsolicited Commercial Email) directed at the brand new email address the defendant is using in this matter, and has been published in the docket of this matter. The cyber attacks and hacks are believed to be directed and thus orchestrated by Craig Alan Brand by and through his law partner Logan R. Golema who is complained of in multiple reports of unauthorized practice of law.

33. Filing of Document 26, by Chris J. Kellogg, is OBJECTED to in the defendant's OBJECTION Document Number 39; as it TOO has NOT been received by the defendant to the defendant's address of record in accordance with the applicable rules.

34. The Pro Se defendant is not able to litigate a matter efficiently nor effectively where the purported bar licensed attorneys refuse to file timely, nor accurate nor in compliance with Federal Rules of Civil Procedure the appearances, withdrawals, notices of motions they file to the docket in the matter at bar.

35. The Defendant MUST receive copies of EVERYTHING filed to the Court, timely so that the Defendant can properly respond as this appears a fundamental and basic due process right of the defendant in participation in litigation.

36. The Defendant's constitutional rights must be both protected and respected

===============================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*                                                                 - 11

37. The Court cannot possibly hold the defendant to any timeline as to filings when the defendant is not made aware of the filings as per the rules of the Court. Therefore, requesting the Court to take Judicial Notice under Rule 201, the attorneys for the plaintiff's refuse to provide proper notice to the Pro Se Defendant in accordance with the Rules or the Federal Rules of Civil Procedure, thus dictating obvious and evident failures a common theme of the attorneys here in their woeful violations to the Rules of Professional Conduct in matters at bar.

38.

39. The Pro Se defendant, is already at a terrible disadvantage based on his protected class status in socio-economic status, lack of formal education on the law, experience, and certain lack of the time it takes to wade through the specious banal of the plaintiffs attorneys misguided litigation strategy or perhaps insouciant attention to insuring the defendant actually receives copies of each document they file to the Court. It is fundamental to fairness and substantial justice for the opposing party to be properly noticed and receive copies of what the other files to the Court.

40. The defendant has limited time to address to this frivolous matter and has only glanced at the Federal Rules of Civil Procedure and the Local Rules of the Court a handful of times, yet as the record indicates the defendant continues to attempt to follow the rules, whereas the experienced, supposedly licensed legal professionals who have received years of

===================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*                                           - 12

schooling, training, and decades of experience, are as the record dictates using their expertise to unfairly prevent the fair and impartial administration of justice, creating manifest injustice by not providing to the Pro Se defendant copies of the filings / pleadings and other notices which the licensed legal professionals provide to the Court.

41. Both the OATH each attorney takes and the Rules of Professional Conduct call for the attorneys to be fair and equitable in their adherence to the rules of the Court and the fundamental and basic principles of litigation.  While it is painfully obvious the opposing attorneys are doing everything in their power to win by breaking every common sense rule and procedure; thus far their collective actions have only ensured the defendant must worry and spend far greater time demanding basic procedures be followed and request the most basic in fundamental fairness and due process be so applied.  It is the sincere hope and wish of the defendant that some semblance of fairness in the proceedings will commence forthwith to allow the defendant a fair and equal opportunity to be heard regarding the case at bar.
    a. <u>Attorneys practicing before the US District of Kansas must take an oath regarding their practice of law:</u>
        i. "You do solemnly swear/affirm that you will support the Constitution of the United States; that you will do no falsehood, nor consent to the doing of any in court; that you will not wittingly or willfully promote or sue any false, groundless, or unlawful suit, nor give aid or consent to do the same; that you will delay no person for lucre or malice, but you will conduct

================================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*                                                      - 13

yourself in the office of an attorney within the courts according to the best of your knowledge and discretion, and with good fidelity, as well to the court as to your clients."

  ii. This "OATH" requires the attorneys operating here to operate ABOVE BOARD, and send to the defendant each and every filing they make to the Court, to allow the attorneys to make filings to the Court record and purposefully willfully not file the same via USPS mail to the person of the defendant is to make a farce of the entire American judicial system. ALL parties must understand what is filed with the Court as to have litigation, to do otherwise is to set in motion a scheme of trickery and deceit whose very purpose is to deny substantive DUE PROCESS rights to the defendant.

42. **In direct VIOLATION of FEDERAL RULES OF CIVIL PROCEDURE, Local Rules and certainly the <u>Rules of Professional Conduct</u>; the defendant has NOT to this date 14 March 2022; received USPS mail regarding the following documents in this matter at bar:**

  1. Document Number 6; filed by purported attorney Quinn Robert Kendrick

  2. Document Number 10; Motion to Strike by Larry Michel

  3. Document Number 21; Third Motion to Strike by Larry Michel

  4. Document Number 22; Required Disclosure Statement by Larry Michel

  5. Document Number 24; Pro Hac Vice Motion & Affidavit by Larry Michel

  6. Document Number 26; Notice of Appearance by Chris Kellogg

===============================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 14

43. Mail is being processed at the address listed, for the defendant by a reputable $2.5 BILLION DOLLAR Public Company. Each piece of mail has the envelope scanned, with date and time stamp, a unique serial identifier attached, has the contents scanned, envelope and contents are archived, and the defendant is notified telephonically the mail was received and its contents. THE FACT IS opposing Counsel are NOT notifying the defendant of filings they themselves cause to be made to the Court and providing a copy of the filings to the Defendant's address of record as required by law and rule. As Judge Birzer has stated in a letter to the parties: ***"now that this case has found its way to federal court, you may not have communications with the Court seeking relief in any form, that does not include opposing counsel."***

44. Lawyers/attorneys working under master servant relationship to the law firm Kennedy BERKLEY Yarnevich and Williamson Chartered, have now filed EIGHT (8) pleadings, notices, filings with a number of attachments. Out of the Eight (8) filings made by attorneys Larry G. Michel and Quinn R. Kendrick and now Chris J. Kellogg, the attorneys have only mailed via USPS mail ONLY TWO (2) documents to the defendant. **<u>This is OUTRAGEOUS</u>**, this is **<u>deliberate willful fraud upon the court.</u>**

---

OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 15

45. THEREFORE the Defendant requests an ORDER to issue, IF not from Judge Birzer, then from the lifetime appointed Federal Judge in charge of the Magistrate, OR from the 10th Circuit Court of Appeals, or the United States Supreme Court, 'that Pro Se litigants MUST be BOTH notified and delivered a copy of ANYTHING which the opposing attorneys file with the Court.'

WHEREFORE, the defendant respectfully requests that Defendant begin receiving copies of ALL documents filed by opposing counsel, not just selective documents. As the Defendant has rights including those embodied within the US Constitutions various Due Process clauses. Where the Defendant has the RIGHT to receive a copy timely, of ALL documents, pleadings, letters and filings of any nature whatsoever which the opposing counsel files with the Judge or with the Court. The law demands this as does the Local Rules of Court, the Federal Rules of Civil Procedure and the common sense logic of the *Rules of Professional Conduct*. For the edification of the opposing counsel and the Court the Defendant's address of record is listed herein below, and is listed under the defendant's signature on EVERY filing:

<u>Send to the attention of the defendant's name to this United States Postal Address:</u>

9450 SW Gemini Dr
PMB 90924
Beaverton, Oregon 97008-7105

===============================================================

==========================================================================
OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution* - 16

Via this OBJECTION and requesting this motion and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 18th day of March 2022.

*[signature]*

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

================================================================================

OBJECTION Defendant not receiving filings made by opposing counsel
Judicial Notice Per Rule 201b(2) and 201c(2) and 201(d) and 201(e)
*Objection made to preserve rights under Due Process Clauses including without limitation the 14th Amendment to the United States Constitution*            - 17