KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |

## PLAINTIFF'S NOTICE OF FILING CERTIFICATE OF GOOD STANDING

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, file the Certificate of Good Standing attached hereto as Exhibit "A" and issued February 16, 2022, by The Florida Bar, confirming Craig Alan Brand is an active member in good standing who is eligible to practice law in the State of Florida. This filing is in response to the Defendant's Objection appealing the Magistrate Judge's Order admitting Craig Alan Brand to appear before this Court p*ro hac vice* [Docs. 41 and 41-1].

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
*Attorneys for Plaintiffs*

*Chad M. Koehn, et al. vs. Michael Nelson*
*Plaintiff's Notice of Filing Certificate of Good Standing, etc.*
Case No. 22-CV-04008-JWB-GEB
Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2022, the foregoing *Plaintiff's Notice of Filing Certificate of Good Standing, etc.*, was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses shown below:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR  97008-7105
oklahomaremote@gmail.com


                    /s/ Larry G. Michel

# EXHIBIT "A"



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )         In Re:  0896111
Craig Alan Brand
The Brand Law Firm, P.A.
4650 Indian Creek Rd
Loveland, CO 80538-9201

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 27, 1991**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 16th day of **February**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-170165

