KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S OBJECTION APPEALING THE
MAGISTRATE JUDGE'S ORDER (DOC. 28) ADMITTING
CRAIG ALAN BRAND, ESQ, PRO HAC VICE IN THIS CASE [Doc. 41 AND 41-1]**

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith respond in opposition to Defendant Michael Nelson's ("Mr. Nelson") objection (Doc.[1] 41 and 41-1) appealing the Magistrate Judge's March 3, 2022, Order (Doc. 28) Granting the February 18, 2022, Motion for Leave to Appear Pro Hac Vice (Doc. 24 and 24-1) admitting Craig Alan Brand, Esq., *pro hac vice* in this case, and say:

Mr. Nelson is appearing pro se in this action.  "A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." *Hall v. Bellman,* 935 F.2d 1106, 1119 (10th Cir. 1991)(citations omitted).

Mr. Nelson argues that he was prevented by the Magistrate Judge from filing a written opposition to Plaintiffs' Motion for Leave [for Craig Allan Brand, Esq. ("Mr. Brand")] to Appear Pro Hac Vice in this action and includes Exhibits "B" through "F" and Exhibit "I" in Doc. 41-1 to

---

[1] "Doc." is used as an abbreviation for "Clerk's Docket Entry Number."

demonstrate purportedly factual grounds upon which Mr. Brand should be denied pro hac vice admission.

## STANDARD OF REVIEW

> Fed. R. Civ. P. 72(a) allows a party to provide specific, written objections to non-dispositive order. The court does not conduct a de novo review, but applies a more deferential standard under which the moving party must show that the magistrate judge's order is "clearly erroneous or contrary to law."

*Brandon Steven Motors, LLC v. Landmark American Ins. Co.*, No. 19-CV-02659, 2020 WL 5889434, at *2 (D. Kan Oct. 5, 2020)(citing Fed. R. Civ. P. 72(a); *see Burton v. RJ Reynolds Tobacco Co.*, 177 F.R.D. 491, 494 (D. Kan. 1997).

> The court must affirm the magistrate judge's order unless the entire evidence leaves it " 'with the definite and firm conviction that a mistake has been committed.' "6 A magistrate judge's order is contrary to law if it "fails to apply or misapplies relevant statutes, case law or rules of procedure."

*Brandon Steven Motors, LLC v. Landmark American Ins. Co.*, No. 19-CV-02659, 2020 WL 5889434, at *2 (D. Kan Oct. 5, 2020)(quoting *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988)(quoting *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 365 (1948)).

## ARGUMENT

Mr. Nelson's objection appealing the Magistrate Judge's Order presents alleged facts contained in Exhibits "A through "F" and "I" of Doc. 41-1. Nelson's argument, citing the referenced exhibits, is intended to provide justification for denial of the pro hac vice admission of Florida Attorney, CRAIG ALAN BRAND, in this proceeding.

In effect, Mr. Nelson is requesting a de novo review of the Magistrate Judge's Order approving the pro hac vice admission of Mr. Brand.

On March 24, 2022, the undersigned counsel[2] filed: (1) The February 16, 2022, Certificate of Good Standing confirming that CRAIG ALAN BRAND is an active member in good standing

---

[2] The undersigned counsel has intentionally omitted Attorney Brand as a co-signatory on this motion in order to preserve the issue raised in Mr. Nelson's objection.

*Chad Koehn vs. Michael Nelson*
*Plaintiff's Memorandum in Opposition to Defendant's Objection Appealing Judge's Order*
*Case No. 22-CV-04008-JWB-GEB*
*Page 3*

who is eligible to practice law in the State of Florida (Doc. 44); and (2) the March 21, 2022, Declaration of Mark E. NeJame, Esq. (Doc.. 45), the Complainant/Victim in the criminal case styled *State of Florida v. Thomas Anthony Sadaka*, Orange County, Florida Circuit Court Case No. 2017-CF-6983-AO, which proceeding is the focus of Exhibits "A through "F" and "I" in Mr. Nelson's Doc. 41-1. Doc. 44 and 45 **clearly controvert** the assertions and argument raised in Mr. Nelson's objections, defamation, malicious and contemptuous, false statements, and appurtenant exhibits.

Because Mr. Nelson is appearing pro se, the Court may decide to exercise its discretion to require the Magistrate Judge to reconsider the February 18, 2022, Motion for Leave to Appear Pro Hac Vice (Doc. 24 and 24-1) admitting Craig Alan Brand, Esq., pro hac vice in this case. However, Plaintiffs request the Court to take judicial notice of Doc. 44 and 45 and determine that Mr. Nelson's objection appealing the Pro Hac Vice Order should be denied.

WHEREFORE, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will deny Defendant Michael Nelson's objection appealing the Magistrate Judge's Order admitting Craig Alan Brand, Esq., Pro Hac Vice in this case.

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936
E:  lmichel@kenberk.com
*Attorneys for Plaintiffs*

*Chad Koehn vs. Michael Nelson*
*Plaintiff's Memorandum in Opposition to Defendant's Objection Appealing Judge's Order*
*Case No. 22-CV-04008-JWB-GEB*
*Page 4*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2022, the foregoing *Plaintiffs' Response in Opposition to Defendant's Appeal of Magistrate's Order Admitting Craig A. Brand, Esq., Pro Hac Vice in this case* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses shown below:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR  97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel