# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>Plaintiffs,<br>v.<br>Michael Nelson<br><br>Defendant<br>PRO-Se. | DOCKET NO.: 5:22-CV-04008-JWB-GEB<br>CIVIL ACTION<br><br>OBJECTION to Document 44 & 44-1<br><br>[Jury Trial Demanded] |

**OBJECTION to Document 44 and 44-1:**
<u>"PLAINTIFF'S NOTICE OF FILING CERTIFICATE OF GOOD STANDING"</u>

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their counsel, Larry Michel, filed a "Certificate of Good Standing" attached to Document 44, as exhibit "A", doc. 41-1. NOW here comes defendant who so states <u>the fact of the Local Rules require not, any such document</u>, and thus states and alleges as follows:

1. Exhibit "A", to Doc. 44, referenced as 44-1 and issued February 16, 2022, by The Florida Bar, confirming Craig Brand is an active member in good standing, as of 16 Feb. 2022, though does not state Brand is not currently under investigation.

2. Document 44-1, has NO standing nor justification for the LIES, MANIPULATIONS, DECEPTION, FRAUD of Affidavit filed in Document 24-1, demonstrating Perjury.

3. Obviously a "certificate" in good standing is NOT a requirement of the Local Rules of the Court, otherwise the Court would NOT require a Motion which "verifies" the "truth and accuracy" of the affidavit **<u>supplied by the Court</u>**. [Emphasis Added]

===============================================================================
OBJECTION to Document 44 a "certificate" which is not required by Local Rules    - 1

4. This OBJECTION is in response to the plaintiff's document 44-1, which has no relevance as to the fact Craig Brand filed a perjurious affidavit, which on its face is manipulative, DECEPTIVE, UNTRUE, and simply NOT Accurate at all. Nor does the certificate proffered excuse Larry G. Michel from attesting he "verified" the obvious perjurious affidavit in 24-1, as "true and accurate" when it certain is NOT.

5. Plaintiff's continue to "back pedal" and attempt to claim the Court must IGNORE its own rules, asking the Court to ignore the perjurious, untrue and inaccurate affidavit in Document 24-1 and the obvious FACT Larry G. Michel never verified the affidavit in Doc. 24-1 as to "true" NOR "accurate" as the evidence demonstrates clearly the affidavit is more than 50% FALSE, thus FRAUD upon the Court and its Rules.

6. The flagrant abuse of the the legal processes and judiciary by the purposeful, knowingly, malicious flouting of the basic fundamental PROCEDURES, in the purposeful ignoring of the Local Rules and Federal Rules of Civil Procedure, with the plaintiff's filing of a woefully UNTRUTHFUL, and certainly INACCURATE affidavit 24-1 and Larry G. Michel deception to the Court asserting he "verified" the <u>perjurious affidavit</u> as "true and accurate", when the affidavit is so riddled with false statements, manipulations of the Court's text, deception as to the truth and outright lies in writing by an attorney seeking admission, <u>brings shame on the legal profession.</u>

7. The rights of the Pro Se litigant, the public and certainly the reputation of the Court are forever violated as are the Pro Se defendant's fundamental rights to fairness and due process under law, bringing forth a constitutional question, if the Court is to simply accept an irrelevant certificate in lieu of obvious FRAUD upon the Court by attorneys filing perjurious affidavits and claiming to have verified the same.

WHEREFORE, the defendant respectfully requests this honorable US Federal Court of District of Kansas ignore Document 44 and exhibit 44-1; as both are irrelevant of the OBJECTION raised as to Craig Brand filing a perjurious affidavit and Larry Michel filing a motion with untrue assertion he "verified" the perjurious affidavit as "true and accurate" when he certainly did not.

This OBJECTION and requesting this motion and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which sends notice of filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 26th day of March 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

================================================================
OBJECTION to Document 44 a "certificate" which is not required by Local Rules          - 3