# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>    Plaintiffs,<br>v.<br>Michael Nelson<br><br>    Defendant<br>PRO-Se. | DOCKET NO.: 5:22-CV-04008-JWB-GEB<br>CIVIL ACTION<br><br>Judicial Notice as to Document 45 and 45-1 (exhibit "A")<br><br>[Jury Trial Demanded] |

### NOTICE as to Document 45 and 45-1 (Exhibit "A"):
### "THE DECLARATION OF MARK E. NEJAME, IN OPPOSITION TO DEFENDANT'S OBJECTION APPEALING THE MAGISTRATE JUDGE'S ORDER Doc. 28"

  Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their counsel, Larry G. Michel filed document 45 a Declaration of Mark E. NeJame, HOWEVER, once again Larry G. Michel takes liberties with the TRUTH, stating facts which neither the record nor the filings of the defendant support.

  Larry Michel claims for instance: that Mark NeJame is the "Complainant/Victim in the criminal case styled State of Florida v. Thomas Anthony Sadaka, Orange County, Florida Circuit Court Case No. 2017-CF-6983-AO", this is a HALF TRUTH.

  The Declaration is relevant to provide proof positive beyond prima facie evidence that Larry G. Michel neither reads nor comprehends the Exhibits of defendats 41-1; the declaration further supports the assertion of the defendant that the affidavit in 24-1 is UNTRUTHFUL on yet another point which Doc 24-1 has another untruthful statement.

  Attorney Larry G. Michel is INCORRECT as to his assertion the declaration he proffers in Document 44, supports anything other than confirmation that Brand LIED, in the Court's provided affidavit for his admission pro hac vice.

===============================================================================
Notice to Document 45 and Exhibit: "Affidavit of Mark NeJame" supporting UNtruthful statement in Craig A. Brand's affidavit document 24-1

  - 1

In fact the declaration of Mark NeJame itself contains an untruth admitted to by Mark NeJame verbally with the defendant, and one which Mister NeJame has offered another affidavit to correct if it pleases the court. The defendant's filings in Exhibit "I" of Document 41-1, the exhibits to document 41, are CLEAR, and certainly any person reading for comprehension can see clearly the "Complainant" is one "Shannon McMahon".

On page 1 of the affidavit of Mark NeJame, he states at (3) he "was the victim therein and filer of the report."; yet the EVIDENCE in the Exhibit "I" of Document 41-1, submitted by the defendant states to the contrary. The "FILER" and thus Complainant was as stated herein above one "Shannon McMahon", the law firm was the "victim", Mark NeJame was not complaintant.

Regardless of the FACT, attorney Mark NeJame signed an affidavit to assist in clearing up the FACT Craig Alan Brand for a lengthy time and still in many people's eyes is suspected of wrongdoing in the criminality of the case of Thomas Sadaka.

Once again attorney Larry Michel, presents a HALF truth, and certainly does not bother to read with comprehension the Exhibits attached in document 41-1 "I", nor does attorney Michel bother to address the real issue of complaint that of Brand's PERJURIOUS affidavit in document 24-1. At (7) of the Court's own affidavit for pro hac vice, it states: "No disciplinary or grievance proceedings have previously been filed against me." The Court now has definitive proof this statement by Brand is FALSE. Brand has now LIED on yet another statement on document 24-1, thus the affidavit of NeJame PROVES more PERJURY by Brand!

WHEREFORE, the defendant respectfully requests this honorable US Federal Court of District of Kansas to take Judicial Notice as to the FACT the plaintiff's own

===================================================================================
Notice to Document 45 and Exhibit: "Affidavit of Mark NeJame" supporting UNtruthful statement in Craig A. Brand's affidavit document 24-1

- 2

document 45 and Exhibit "A", SUPPORT the allegation that Craig Alan Brand's affidavit is even MORE PERJURIOUS than first complained.  Wherein affidavit of Mark NeJame certainly removes any doubt as to the FACT, Craig Alan Brand, has had "bar complaints" and "grievances" filed against him to bar associations, AND even an in depth "bar investigation"(s), as still to this day many believe Craig Alan Brand was deeply involved in the concocted "ruses" and is now known commonly as the "partner in deception" in part from his deceptive game here with Thomas Sadaka's criminality.  IN FACT Craig Alan Brand was then SUED in the US District of New York, by his very own clients and the bankruptcy trustee, stemming from the criminality in the Sadaka case.

<u>This collectively demonstrates the untruthfulness of Craig Brand's affidavit</u> to an even greater degree and provides prima facie proof positive as to Larry Michel's incapability of reading for comprehension nor presentation of the correct facts as to the defendant's position complaining of Brand's PERJURY, as to the perjurious affidavit in document 24-1, which Larry G. Michel files a motion with untrue assertion he "verified" the perjurious affidavit as "true and accurate" when he certainly did not.

This OBJECTION and requesting this motion and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.  And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all

================================================================================
Notice to Document 45 and Exhibit: "Affidavit of Mark NeJame" supporting UNtruthful statement in Craig A. Brand's affidavit document 24-1

- 3

prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which sends notice of filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 26th day of March 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

================================================================================

Notice to Document 45 and Exhibit: "Affidavit of Mark NeJame" supporting UNtruthful statement in Craig A. Brand's affidavit document 24-1