FILED
U.S. District Court
District of Kansas

MAR 29 2022

Clerk, U.S. District Court
By ___ Deputy Clerk

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>Plaintiffs,<br>v.<br>Michael Nelson<br>Defendant<br>PRO-Se. | DOCKET NO.: 5:22-CV-04008-JWB-GEB<br>**CIVIL ACTION**<br><br>Defendant's SUR-REPLY and MEMO IN OPPOSITION to Plaintiff's Document's 44, 45, 46<br><br>Jury Trial Demanded] |

## Defendant's SUR-REPLY and MEMO IN OPPOSITION to Plaintiff's Document 44, 45, 46

Defendant, responds in opposition to plaintiff's Document 46, and notices 44 & 45 with the following brief sur-reply, regarding utterly false, and misleading statements.

With apologies to the Court, the defendant is pro se, due to socio-economic condition, a protected class, caused by actions of Craig Brand. It is requested this sur-reply and other pleadings be "construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." *Hall v. Bellman*, 935 F.2d 1106, 1119 (10th Cir. 1991).

Defendant reincorporates herein all previously plead to statements in Document 41 and attached exhibits. Document 41, is the first and ONLY written objection allowed by the defendant to object to admission pro hac vice of "the partner in deception", Craig Brand.

### Standard of Review

Larry Michel errors, again, as he has admitted to errors and fails in the pleadings to date. Michel expects the District Court to ignore the falsity of the affidavit of Brand, and ignore the lie's he himself makes in Document 24, wherein Michel states he "verified" the false affidavit as to "true and accurate". Michel is mistaken to believe the issue at bar is anything other than the <u>falsity of the affidavit</u>. If not for rules and procedures in litigation, then justice is denied the people and the public's perception of fair and balanced jurisprudence is forever destroyed, no longer believing in justice.

According to the guide to the Magistrate Justice System: "in appropriate cases, district judges have construed a magistrate judge's order as a report and recommendation basis, <u>subject to de novo review.</u>"  The Supreme Court addressed this issue recently in *Exec. Benefits Ins. Agency v. Arkison, 193 134 S. Ct. 2165 (2014); see:* <u>https://www.fedbar.org/wp-content/uploads/2019/10/FBA-White-Paper-2016-pdf-2.pdf</u>

The plaintiff's seeking not de novo review, believe this will enable the falsity of the affidavit, and the falsity of the Motion in Document 24 and 24-1, to escape any level of review by any judicial officer.  The Magistrate Judge clearly erred, in not following the Local Rules nor FRCP, in allowing a materially false, deceptive and fraudulent affidavit to go unchecked, other than to say Craig Brand "played fast and loose with number (6)".

"A magistrate judge's order is contrary to law if it "fails to apply or misapplies relevant statutes, **case law or rules of procedure.**"

The rules of procedure requiring the motion filed in Document 24 and the affidavit in document 24-1, assist as they do here, with discovering attorneys who file false, misleading and deceptive motions and affidavits.  If all a bar licensed attorney needs do is file a false affidavit, and ONLY IF CAUGHT, can then say the false affidavit and rules no longer apply and instead the Court should accept a certificate from another state, thus saying the Local Rules and FRCP should not be followed and instead the review must ignore the rules.  Lawyers and judges should be required to follow the rules, if the public is expected to follow the same or have respect for the American judicial system.

## ARGUMENT

Larry Michel, presents the argument that the false affidavit should be ignored.  The only way for the Court to ignore the false affidavit Michel argues is for the Court NOT to review the matter "de novo", thus requiring further appeals.

Michel errs in his argument, by purposefully miss-stating the defendant's argument as related to the criminal charges once pending against Craig Alan Brand for grand larceny, The defendant's argument is well routed in the procedures and rules of the court. It is the false, materially misleading, deceptive and certainly untrue and inaccurate affidavit of Craig Alan Brand, argued is the reason for denial of admission.

The facts presented in Defendant's Exhibits "A through "F" and "I" of Doc. 41-1, are NOT the allegations of the defendant, but rather the Florida Department of Law Enforcement (FDLE). Craig Alan Brand, known as the "partner in deception", FALSIFIED the affidavit, which Larry Michel submitted as being "verified" as "true and accurate". The affidavit is anything but "verified" and certainly neither true nor accurate.

Absent de novo review, Michel argues the false, materially misleading, untrue and inaccurate affidavit cannot be reviewed. In a feeble attempt to misdirect the court, Michel submits Document 45, which clearly demonstrates a "Bar Complaint" filed against Craig Brand and a bar investigation. While Doc. 45, may alleviate concerns Brand was not formally criminally charged in this one instance, affidavit of Mark E. NeJame, Esq. proves positively the falsity of (7) of Brand's affidavit.

The justification for denial of pro hac vice status of Brand, is the LIES, told by Larry G. Michel in document 24, stating that Michel had "verified" the affidavit of Brand as "true and accurate", when in fact the affidavit of Brand is anything but true nor accurate.

Michel's argument that he filed document 44, a certificate of good standing, is irrelevant to the issue at bar. There is no argument as to whether or not Brand, at present, is in good standing, with a single bar association, do the Local Rules require such a certificate. The submission of the certificate in Doc. 44, is irrelevant to any argument and its point is moot. The Local Rules, require a Motion and Affidavit be filed with specific language: Attorney-Resources-Practice  The instructions are basic 5th grade reading level and comprehension to complete: Motion-Leave-to-Appear-Pro-Hac-Vice

"Local counsel must file the following documents:" documents include among other things, two primary documents:  A motion, with precise words (see links): Motion-to-Appear-Pro-Hac-Vice  AND  an *affidavit executed by the attorney seeking admission* (must be signed with a "wet" signature; no s/signatures allowed on affidavit) See attached herewith Exhibit "A", a copy of what the Rules [Emphasis] require.

Defendant joins plaintiffs request for the Court to take judicial notice of Doc. 45, as it demonstrates proof positive of the falsity of Brand's assertion in (7) of the affidavit 24-1. Craig Brand's Affidavit 24-1; is untrue and inaccurate at:  2, 3, 6, 7, 8, and 9, well pleaded to herein and in doc 41 and exhibits 41-1;

WHEREFORE, the defendant again respectfully prays this Court will reverse the order Doc. 28; thus DENYING admission pro hac vice of the "partner in deception" Craig Alan Brand, in the interests of substantial justice and preventing manifest injustice.

Respectfully Submitted, this 25th day of March 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

Via this sur-reply and requesting this motion and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 25th day of March 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com