# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad Mitchell Koehn**<br><br>Plaintiffs,<br><br>v.<br><br>Michael Nelson<br><br>Defendant PRO-Se. | DOCKET NO.:<br><br>5:22-CV-04008-JWB-GEB<br><br>**CIVIL ACTION**<br><br>NOTICE<br><br>**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**<br><br>[Jury Trial Demanded] |

### NOTICE

**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of NOTICE regarding NEVER having had a sexual relationship with Chad Mitchell Koehn one of the plaintiffs in the above titled action, AND notice regarding the Saline County Court presided by Judge Hickman of Saline County Kansas claiming to be SUPERIOR to the US

================================================================================
### NOTICE
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 1

Federal District of Kansas FEDERAL COURT, defendant so herein now alleges and states as follows:

**INDISPUTABLE FACTS:**

1. On 29 March 2022, at Bartlesville, Oklahoma the defendant was delivered a partial order of a lower court of the State of Kansas, which claims to supersede this Court.

2. The Order of the lower Court in the State of Kansas originated from the Saline County District Court with order signed ex parte by Judge "HICKMAN"

3. The Order is signed by a judge named Judge Hickman, as stated by "andrea" of the Clerk's office of Saline County.

4. The Order is dated via a "verified" petition January 27, 2022

5. The Court unilaterally without justification claims subject matter and personal jurisdiction, where none exists by law.

==========================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 2

6. Chad Mitchell Koehn has apparently established a prima facie case of stalking, **sexual assualt or human trafficking** suffient for the court to issue an order.

7. A hearing was set for February 7, 2022 at 11:00 AM at 300 W Ash Rm # 308 Salina KS 67401

8. Defendant was NOT noticed of the Court hearing listed above as the defendant was only served a copy on 29 March 2022 and is responding dutifully and so notifying the US Federal Court for the US District of Kansas now 30 March 2022

9. Defendant received an <u>incomplete service</u> of the paperwork in the matter on 29 March 2022 at approximately 10AM

10. The Order states only the court listed can change the order, the clerk, sheriff and "Rita" secretary general for Judge HICKMAN of Saline County Court states the Saline County Court supersedes the Federal Court Jurisdiction.

11. The Judge or Division is listed as D02

12. The Case is listed as 22DM34

================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 3

13. Palintiff is listed as "Chad Koehn" who on information and belief is **Chad Mitchell Koehn year of birth 1970, SEX: MALE**

14. The paper work includes a series of statements that appear to be an "order"

15. The defendant dutifully contacted the Court to receive a complete copy of the "order" and the "petition" as well as the obviously missing pages and the information which is unreadable.

16. **The Court Clerk refused to provide a complete copy of the information**

17. The Clerk Court stated the Court at Saline County is **"ABOVE the JURISDICTION of the FEDERAL COURT"**

18. The Clerk referred the defendant to the Sheriff's Office

19. The Sheriff's Office said they would not comment on the "order" or the case and referred the defendant to the Clerk's Office  785-833-8506

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 4 -

20. The Clerk's office refused to provide a complete package of the information

21. The Clerk's office stated the County Court has authorization to "SUSPEND all CONSTITUTIONAL RIGHTS in the matter"

22. The Clerk's office stated the defendant has "NO 5th Amendment Rights" and "NO Rights to Due Process" as "ALL Constitutional Rights are suspended in the matter, the Court supersedes all other US Courts"

23. The Clerk stated the defendant must appear and appear under oath and must testify and has <u>no rights under any constitutional authority</u> as **the defendant is not a citizen of Kansas and therefore has "NO RIGHTS under the US Constitution in Kansas"**

24. <u>The "order" as received by the defendant states:</u>

   a. "Defendant shall not communicate in any manner with the Protected person [CHAD MITCHELL KOEHN], the protected person's [CHAD MITCHELL KOEHN] employer, employees, fellow workers or others with who the

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 5 -

communication would be likely to cause annoyance or alarm the protected person."

b. "Defendant shall not direct or request another to contact the Protected Person [CHAD MITCHELL KOEHN], either directly or indirectly."

c. "Defendant **shall not commit or attempt to commit a nonconsensual sexual act against the protected person [CHAD MITCHELL KOEHN]**."

d. "Defendant shall not commit or attempt to commit a **sexual act against the protected person [CHAD MITCHELL KOEHN] by force, threat or force, duress, or when the protected person is incapable of giving consent.**"

e. "Defendant shall not follow, harass, telephone, contact, recruit, harbor, transport or commit or attempt to commit human trafficking upon the protected person [CHAD MITCHELL KOEHN]."

25. The certificate states a compliance with "VIOLENCE AGAINST WOMEN ACT (VAWA), indicating that although Chad Mitchell Koehn "sex" is listed as MALE, Chad Mitchell Koehn may identify as FEMALE, given the verbiage of the order.

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 6 -

26. The "order" is signed 01/28/2022 by a "Judge of the District Court"

27. The Clerk Office stated the Judge of the District Court commands the power of the Kansas Government and supersedes all powers of any "FEDERAL COURT"

28. The document appears to have an endorsement stamp dated 3/11/22 with a "deputy" signature, signature is unreadable.

29. It states the Order is effective when signed by the judge.

30. Law enforcement officials shall immediately enforce this order.

31. Court states all US law enforcement can imprison the defendant for an indefinite term for any violation and "no court can relieve the defendant of confinement without the expressed order of Judge Hickman of the Saline County Court, which supersedes all US Courts, especially the 'inferior' US Federal Courts"

32. Violation of the order is subject the defendant to prosecution under federal crimes interstate travel to commit domestic violence, interstate stalking, and interstate

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 7 -

violation of a protection order, the Saline County Court supersedes all authority of Federal Courts, as all Federal Courts are an unconstitutional court according to the Clerk and "rita" of the Judge Hickman's office.

33. The Defendant has NEVER entered upon Kansas

**34. The defendant has NEVER slept with or had any SEXUAL interaction or any nature whatsoever with Chad Mitchell Koehn**

**35. The defendant has NO sexual interest in Chad Mitchell Koehn**

36. Defendant is in his late 40's and certainly at least FOUR TIMES the typical age of Chad Mitchell Koehn's sexual partners, given the pedophile protector attorney of CHAD MITCHELL Koehn.

37. Defendant has NEVER met Chad Mitchell Koehn in person.

**38. Defendant has no desire, regardless of Chad Mitchell Koehn's desire for sexual intimacy or sexual acts of any nature whatsoever with Chad Mitchell Koehn**

======================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 8 -

39. Chad Mitchell Koehn's concerns for sexual acts with with the defenant is unfournded, **the defendant has NO INTEREST or DESIRE for any trysts with CHAD MITCHELL Koehn**

40. **Defendant would refuse any sexual interest Chad Mitchell Koehn has in the defendant.**

41. Defendant has communicated ONLY with this Court and with the attorneys purporting to represent Chad Mitchell Koehn since the onset of this matter.

42. Defendant was unlawfully incarcerated in New Jersey from 14 December 2021 through 10 January 2022, defendant was served during that time by Chad Mitchell Koehn with the underlying petition to this matter.

43. Defendant was released from custody on 12 January 2022, and then under direct care from severe injuries and physical damage to defendant's body caused by Chad Mitchell Koehn and his conspirators.

44. Defendant has NOT contacted nor had any interaction with Chad Mitchell Koehn.

====================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

45. Defendant has NOT spoken to Chad Mitchell Koehn since approximately February of 2021, when CHAD MITCHELL KOEHN was STALKING the Defendant and harassing and otherwise defaming the defendant as will be filed in Federal Courts around the United States in each Federal District where the defamation of the defendant took place at the hand, mouth and action of CHAD MITCHELL KOEHN

46. Defendant shall file all documents the defendant receives from the Saline County Court or "Judge Hickman" to this Federal Court and ALL OTHER Federal Courts where actions are now or will be pending.

47. Defendant will respect the order of the Saline County Court Judge Hickman who claims to supersede the US District of Kansas Federal Court.

48. Defendant shall not communicate with any lawyer/attorney or other representative of the plaintiffs in this matter, and herein and thus hereby REVOKES any rule 408 communication and any and all communication regarding any contact directly or indirectly requested with the human being known as CHAD MITCHELL KOEHN who states he is a "MALE" though has sexual interests in the defendant as obvious by the order of Judge Hickman of Saline County Kansas.

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**
- 10 -

49. Defendant requests this US Federal District Court, to only communicate with the lawyers or attorneys of the plaintiff CHAD MITCHELL KOEHN as per the instructions of the Saline County Court which states it supersedes the Federal Court jurisdiction, therefore defendant herein and thus hereby demands the US Federal District of Kansas Federal Court not communicate to any attorney, lawyer or other representative in any way which would directly or indirectly be considered to be communication with CHAD MITCHELL KOEHN.

**50. Defendant has NOT now and has no intention to EVER have any sexual contact of any nature whatsoever with CHAD MITCHELL KOEHN.**

51. Any contact with any representative of Chad Mitchell Koehn in regards to the matter here at bar is unintended and is NOT authorized nor consented to by the defendant.

52. Defendant hereby REVOKES any Rule 408 letter or communication with lawyers or attorneys for CHAD MITCHELL KOEHN and hereby demands TRIAL BY JURY ONLY and ONLY Communication with the US Federal Court via pleadings.

53. Defendant herein and hereby so declares and demands all communication or any nature whatsoever by documented and made via pleading only on the public record

and the docket of the case and any communication via pleadings in this matter be by order of the this Court and for this Court the US District of Kansas Federal Court to request sua sponte for permission of the superior court of the County of Saline Court which states it supersedes the authority of the US Federal District Court of the US District of Kansas.

54. Defendant herein and hereby shall only communicate with this Federal Court.

55. Defendant demands all communication by any representative of CHAD MITCHELL KOEHN only be had through legal pleadings with the US District of Kansas Federal Court upon the Federal Docket and public filing and have the representatives and counsel and/or attorneys/lawyers of CHAD MITCHELL KOEHN send to the person of the defendant at the mailing address listed all filings they make to the Court, as per the Rules of Professional Conduct, the Local Rules of the Court and the Federal Rules of Civil Procedure.

56. Defendant is unware of the sexual oreintation of CHAD MITCHELL KOEHN, though Defendant herein and hereby declares NO SEXUAL INTEREST in CHAD MITCHELL KOEHN

======================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**
- 12 -

57. Defendant herein does NOT direct nor request another to contact CHAD MITCHELL KOEHN in any manner and will at the earliest possible opportunity request an order of the US District of Kansas Federal Court to ORDER that no attorney or lawyer purporting to represent CHAD MITCHELL KOEHN have any contact with CHAD MITCHELL KOEHN regarding any matter or pleading filed herein this matter at bar.

58. Defendant has no interest in CHAD MITCHELL KOEHN and certainly no interest in any "human trafficking" which appears to be the business line of the money "smurfed" and/or laundered through the operations of CHAD MITCHELL KOEHN's business operations with Anthem Hayek Blanchard's "SMURFING" operation.

59. Defendant shall not and has not and will not communicate in any manner with any person who has any known contact with Chad Mitchell Koehn.

60. Defendant shall not participate in any meaningful way with any hearing, process or any court matter involving Chad Mitchell Koehn.

61. Any requests herein or statements for certificate of service shall not and is herein and thus hereby expressly NOT a request to communicate with nor have any communication directed to or provided to the person of Chad Mitchell Koehn.

===================================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 13 -

62. Defendant shall at the earliest possible opportunity attach hereto this litigation any and all believed employees, associates or other persons believed to have committed acts or behaviors in violation of law or the rights of the defendant in cross/counter complaints and joinders and cross joinders and voluntary and involuntary plaintiffs and defendants and does not do so now or ever in violation of the Saline County Court which states by way of "Rita" the clerk to Judge Hickman of the Saline County Court to have superior and superseding authority to "all US Federal Courts."

63. Defendant herein explicitly refuses to violate the order of the Court as received in partial format by the defendant under service of process and so herein informs the US District of Kansas FEDERAL COURT, that it is declared by the Saline County Court to be an inferior Court to the "orders" of the Saline County Court and that of Judge Hickman, as per the Sheriff of Saline County, the Clerk of Saline County and the Clerk named "Rita" of the Judge of Saline County Judge Hickman.

WHEREFORE, the defendant prays and requests this notice be taken as written and requests as soon as humanly possible the defendant be permitted to file a motion for relief to the US Federal Court for the US District of Kansas for the relief of reinstallment of the BASIC CONSTITUTIONAL RIGHTS as afforded all native born american citizens.

===================================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 14 -

The averments of the Court personnel as representatives of Judge Hickman of the Saline County District Court, as superseding the jurisdiction and power of the US Federal Courts and specifically those of the US District of Kansas Federal Court, should be met with an order setting forth by which Court the defendant in this matter must adhere to the orders for in the light of conflicting order.

That the defendant as soon as humanly possible be granted right to motion for order and finding of FACT, the defendant has NEVER had a "Sexual Relationship" and that the defendant has NO INTEREST in a SEXUAL relationship with CHAD MITCHELL KOEHN despite whatever delusional beliefs CHAD MITCHELL KOEHN, has or has had.

That as soon as practical the defendant would like to have motions regarding a host of the claims in the order received and the concerns CHAD MITCHELL KOEHN has that he may be human trafficked, or that he CHAD MITCHELL KOEHN will be subjected to some sort of sexual tryst which CHAD MITCHELL KOEHN apparently is interested.

That as soon as the Court here the Honorable US Federal Court for the US District of Kansas can reinstill the basic Constitutional Amendments and RIGHTS to the Pro Se

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**
- 15 -

Defendant that the US FEDERAL COURT set the record straight as to which court supersedes the other as to orders.

Via this NOTICE and requesting this motion and all other filings as in all previously filed motions and requests, responses, objections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 February 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas. Nothing herein shall voluntarily provide personal jurisdiction of this court and/or be directed or undirected to CHAD MITCHELL KOEHN.

NOTHING contained herein shall be considered or noticed or to mean the defendant above herein named wants or is requesting in any manner or nature whatsoever any contact with CHAD MITCHELL KOEHN, or any representative, attorney or lawyer for CHAD MITCHELL KOEHN. The defendant is requesting herein this pleading that it be entered to the case above herein referenced only and not be communicated to or noticed to any person who shall have any direct or indirect communication with CHAD MITCHELL KOEHN as

================================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**
- 16 -

per the order of the Court which claims to supersede the US Federal Court for the US District of Kansas.

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; to the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order of Judge Hickman who claims superior and superseding orders to that to the US District of Kansas Federal Court. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any manner or nature whatsoever with the person of CHAD MITCHELL KOEHN, and/or any of the aliases used by CHAD MITCHELL KOEHN which are believed to possibly be used as or be perhaps separate persons Landon Koehn or Jess Clayton Koehn all of which shall have formal orders and demands for prosecution of threats levied and received by defendant against elderly and others in violation of law.

===============================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**

- 17

Respectfully Submitted, this 30th day of March 2022.

*[signature: Michael Nelson]*

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

================================================================================
**NOTICE**
**Defendant has NEVER had a sexual relationship with plaintiff Chad Mitchell Koehn**