# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn** <br><br>　　　　　Plaintiffs, <br>　　v. <br>Michael Nelson <br>　　　　　Defendant <br>PRO-Se. | **DOCKET NO.:** <br>**5:22-CV-04008-JWB-GEB** <br><br>**CIVIL ACTION** <br><br>**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND** a/k/a the "partner in deception" <br>**As to Supplement Document Document 41** <br><br>**[Jury Trial Demanded]** |

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of

**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in**

**deception", As to Supplement Document Document 41; as to reconsideration of DENIAL of**

**pro hac vice status of Craig Alan Brand. Pro Se** defendant so herein now states and alleges

as follows, with attached herewith exhibits of proof positive, news articles from criminal charges

not in Florida but in Costa Rica against Craig Alan Brand, and many quotes of Craig A. Brand,

from his book **"I don't Care What Mom Says: LIFE SUCKS"**, by Craig A. Brand, attorney:

==============================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 1

1. It is difficult for the Court to believe any utterance orally or writing of Craig Alan Brand given the fact the "partner in deception" Declares in his book: "I don't Care What Mom Says LIFE SUCKS"::

    a. *"I [Craig Alan Brand], for instance, <u>have championed the art of disinformation</u>. I intentionally provide people with false information..."* page 118. **[EMPHASIS ADDED]**

        i. "I intentionally provide people with false information"

2. Craig Brand states on page 97, of his book:

    a. "Our system of justice gives everyone an audience without the need or necessity to first submit sufficient proof of his or her claim. All that is required is the mere filing of a legal document called a "complaint". Then, wham, you are in court and **the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice, **we are all guilty until proven innocent, and we are all innocent until we run out of money.** Most falsely accused people wind up paying some form of legal extortion just to get out of the drama. The bad guys and their shyster lawyers know it." id. page 97

3. Brand is regularly connected to acts of violence.  Opposing counsel and those he litigates against regularly get injured and in at least one circumstance it is reported a WHISTLEBLOWER was found DEAD.  Brand cannot help himself as he writes in his book:  "... maybe a little **vigilante should be permissible.**" id. page 96, "I Don't Care What Mom Says, "LIFE SUCKS"".  Brand is directly connected with Dale Takio who also works for Chad Mitchell Koehn as a business development guy now, with Hera Software Development Inc. a company the defendant is one of the largest shareholders of with a "significant equity interest".   Dale Takio was released from Criminal Charges for the theft of $4 million after the WHISTLEBLOWER WAS FOUND DEAD, see attached hereto Exhibit "F":

    a. "Days after authorities announced arrests in a theft ring that allegedly bilked $20 million from America's largest commercial-real-estate company, officials discovered only $4 million is allegedly missing and the lead witness in the case is now dead."  See Exhibit "F"

4. The type of lawyer Kennedy Berkley Yarnevich and Williamson Chartered have "SPONSORED", the "partner in deception" Craig Brand exclaims on page 98 of his book:

    a. **"Lady Justice is not only blind but corrupt and susceptible to biased pressures.  The legal system, different than a justice system, works best for**

===================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND**  a/k/a the "partner in deception"; As to Supplement Document Document 41

- 3

the wrongdoers, liars, extortionists, blackmailers, the wealthy, criminals and the insane." id page 98

5. "Lady Justice is truly blind, blind to justice." id. Page 26

6. Today's society has no honor, no conviction, and no true sense of right. **Today's legal system protects the wicked and taxes the innocent."** id. Page 26

7. "We need desperate ways to right wrongs, as <u>our system does not work.</u> We should not be limited to supposed help from others <u>or the so-called justice system,</u> especially when Life didn't provide us with sufficient resources to utilize those routes or wait them out." id Page 26

   a. Craig Alan Brand again is alluding to VIOLENCE here, perhaps if the WHISTLEBLOWER in the Dale Takio case had read Craig Alan Brand's book: "I don't Care what Mom Says: LIFE SUCKS", the WHISTLEBLOWER in the Dale Takio case would have been so warned of Brand's VIOLENT nature and VIOLENCE he advocates for and thus the WHISTLEBLOWER in that matter would still be alive today.

===================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND** a/k/a the "partner in deception"; As to Supplement Document Document 41

- 4 -

b. See Exhibit "F" annexed hereto and incorporated herein where the article states: "Prosecutors also learned their lead witness was found dead Thursday in Connecticut. Thomas Brignolo, 32, was named in a federal lawsuit four years ago as the whistle-blower who alerted Simon officials to the thefts. He was scheduled to testify in the FDLE's [Florida Department of Law Enforcement] case. His death remains under investigation."

8. **"If the justice system does not work or does not work for those short of money, it is a travesty that our society does not allow you to take control over your own problems."** id Page 27 Wherein here the defendant is forced by circumstance to present himself Pro Se due to socio-economic circumstance directly at the hand of Craig Alan Brand's wicked and evil plots, perhaps given the fact Craig Alan Brand even states "the justice system does not work or does not work for those short of money"; it is Craig Alan Brand's own plots and actions which have forced the pro se defendant into the position to present himself pro se.

   a. The defendant though forced by socio-economic conditions to present himself at present in the matter at bar, because of Craig Alan Brand's actions holding the defendant's SIGNIFICANT EQUITY in multiple companies HOSTAGE. None-the-less seeks resolution through all available legal channels, in multiple litigations and legal filings. **It is CRAIG ALAN BRAND who advocates for**

**VIOLENCE outside the judicial system as well stated by Brand himself in the quote above at (8) where Brand states:**

    i. **" it is a travesty that our society does not allow you to take control over your own problems."**

    ii. Brand seems to be involved in many cases where the opposing party is found DEAD! In the case of Dale Takio, Brand got charges eventually dropped after the FEDERAL WHISTLEBLOWER was found DEAD; see Exhibit "F" **Prosecutors also learned their lead witness was found dead Thursday in Connecticut. Thomas Brignolo, 32, was named in a federal lawsuit four years ago as the <u>whistle-blower</u> who alerted Simon officials to the thefts. <u>His death remains under investigation</u>.**

9. It is worrisome for the defendant that the law firm Kennedy Berkley Yarnevich and Williamson Chartered have sponsored an attorney that publicly advocates for vigilantism and to take control of problems outside of the judicial system. It is even more worrisome that in at least one criminal case the WHISTLEBLOWER was Found DEAD, allowing Brand to have charges of multi-millions in theft dismissed against Dale Takio.

    a. **It should be noted that Dale Takio is currently employed by Hera Software Development Inc. a company which plaintiff Chad Mitchell Koehn claims publicly to have led an UNregistered "Series A" stock sale regarding and is**

================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 6 -

**stated in sworn testimony by the President of Hera Software Development Inc. is owned by investors of Anthem Holdings Company a company which both plaintiffs claim they have conflicts of interest with each other concerning and whereas Craig Alan Brand is listed as the only human being who is a shareholder of Hera Software Development Inc. whereas the other shareholders are the investors in Anthem Holdings Company.**

10. **"Right, wrong, yes, no, questions, and answers are all blurry. Laws no longer provide justice." id Page 141**

   a. Well said given Craig Alan Brand's actions here at bar thus far in purposeful false affidavit, false statements regarding SEC and FINCEN and now as recently as 23 March 2022, Craig Alan Brand living up to his "partner in deception" reputation, did cause to be sent to the person of the defendant an electronic mail notice in communication with the Chambers of the presiding Magistrate Judge. The misleading electronic mail was to materially attempt to mislead and misdirect the defendant as opposing party, into violating court orders. Brand willfully, purposefully, maliciously caused an email to be masked hidden as to coming from the TLD (top level domain) herasoft.com   Wherein the Court Clerk for Magistrate Judge Birzer sent an email to craig@thebrandlawfirm.com but Craig

===================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND  a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 7

Brand responded from a masked email address of craig.brand@herasoft.com the domain of www.HeraSoft.com linked to a criminal matter, which also links United Capital Management of Kansas Inc. and Chad M. Koehn as well as the DELAWARE company Hera Software Development Inc. known by the disputed mark "HERASOFT" and directly linked therewith to Anthem Holdings Company another Delaware company in material dispute as to illegal short form mergers, in violation of laws in Delaware, Texas and NEVADA. Separate filing is made regarding the attempted fraud and misleading electronic mail sent by Craig Alan Brand for the purposes to confuse the Court and attempt to mislead and defraud the defendant, certain violation of the Rules of Professional Conduct.

11. **"Life contains more bad, evil, and unfairness than it does goodness and justice, so accept this and face reality." id Page 145**

12. **"The truth asserted is irrelevant. People just love to believe the story, the lies, and the gossip.  If the lie is said and repeated, it must be true." id Page 16**
    a. **Evidently as Craig A. Brand states here "truth asserted is irrelevant" this is exactly what Larry G. Michel wants the Court here to do, is to ignore the deceptive, materially false and misleading affidavit filed in Larry G. Michel's motion to admit Craig Alan Brand, and instead lean upon a certificate of**

===================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND  a/k/a the "partner in deception"; As to Supplement Document Document 41**

good standing in the Florida Bar Association. THEN WHY have an Affidavit for pro hac vice at all? WHY Would the US District of Kansas have ANY Rules and ANY Procedures at all if those rules and procedures can simply be thrown out when attorneys are CAUGHT lying under sworn oath in affidavits?

    b. Are affidavits not considered to be sworn?

    c. Are affidavits not taken and considered to be a higher form of a legal pleading?

    d. Should attorneys not be held to a higher standard when filing a sworn statement under oath?

13. "What is worse is that we reward these people (liars, cheats and extortionists) with book deals and money." id Page 16 Obviously wherein Craig Alan Brand has authored a book exclaiming: "LIFE SUCKS" where he [Craig Alan Brand] states: *" for instance, have championed the art of disinformation. **I intentionally provide people with false information...**"* page 118. **[EMPHASIS ADDED]**

    a. "I intentionally provide people with false information"

    b. It is evident Craig Alan Brand is rewarded for having "CHAMPIONED THE ART OF DISINFORMATION" and that he himself Craig Alan Brand declares he "INTENTIONALLY PROVIDE PEOPLE WITH FALSE INFORMATION"

===================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 9

c. How can the Court allow a man to practice law in the Federal Court's who states publicly he "intentionally provide people (including Courts) with false information"?

14. In his email response to craig@thebrandlawfirm.com to the Clerk of Chambers of Magistrate Judge Birzer, Craig Alan Brand responds from craig.brand@herasoft.com purposefully, knowingly, wrongfully, to mislead and attempt to have the defendant inadvertently violate a court order.



15. While it may be true Craig Alan Brand may or may not have faced felony charges in the United States or territories it simply cannot be true Craig A. Brand has not faced felony charges in other jurisdictions. For one such example Craig A. Brand faced a litany of Criminal Charges in Costa Rica:

===============================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**

a. **"It is true that Facio & Cañas attorneys Federico Torrealba and Gianna Cersosimo represent several victims in a case of fraud held before the Costa Rican criminal courts against Craig A. Brand and his wife, Adriana Soto Kuhn."** see attached exhibit "A"

16. Craig Alan Brand loves to litigate not in the Courts but rather in the Court of Public Opinion, he is referred to by many in the legal profession not only as the "partner in deception" but as a "MEDIA WHORE". Craig Brand consistently uses the media to try cases even while they are before the Courts, by the involvement of the news media to unjustly and unfairly influence the trier of fact in matters at bar.

   a. Just as his long and storied history so clearly demonstrates and the fact Craig Alan Brand has already caused dozens and dozens of investigative reporters to phone and email the defendant regarding this matter here at bar. Craig Alan Brand's long and storied history of news media usage to litigate is well referenced in the CRIMINAL Cases against him:

   b. **"The facts that support the multiple accusations of fraud are real and very serious. Mr. Craig A. Brand is currently under requirement of the Costa Rican criminal courts, for a multiple case of fraud acted upon and against**

several United States citizens, in regards to certain investments made by said victims on a drugstore chain formerly known Farmacia Express RX, owned by Brand and his wife Adriana Soto Kuhn and which have closed operations as of this date, as well as related to other investments carried on other projects promoted by Brand." See attached hereto Exhibits "A", "B", "D" and "E"

17. **Not surprisingly Craig Alan Brand has been involved himself in many instances of investor fraud charges being brought against him personally. In the cases in the US District of New York, Brand has even been sanctioned by the Federal District Court there, also purposefully left off his affidavit for admission pro hac vice here.**

    a. "It is not accurate that the accusation of fraud and misrepresentation filed against Brand and his wife Soto Kuhn is a malicious intent to extort money from Brand. The victims are simply seeking the return of their investment delivered to Brand as any other investor would do." Exhibit "B" and "E"

18. Craig Alan Brand was subject of many different Bar Association COMPLAINTS and GRIEVANCES in Florida, some headed by Yosvani Alfonso, according to a multitude of

==================================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND** a/k/a the "partner in deception"; As to Supplement Document Document 41

- 12

news reports.  **BRAND exclaims under the penalties of perjury he has NEVER had a complaint or grievance filed against him, which is utterly a false statement.**

**19. In the case of Sadaka and the pending charges for GRAND THEFT against Craig Alan Brand, who remained as a suspect, with pending charges for a long time, and is still considered by many to have had involvement.  The $250,000 in dispute appears from the Belmonte case in New York, where a New York Trustee in an involuntary Bankruptcy had the need to file legal action on basis of FRAUD against Craig Alan Brand; See annexed herewith Exhibit "C"**

Wherefore the defendant PRAYS that this Honorable US Federal Court for the US District of Kansas will review all the prior filings regarding the "partner in deception" Craig Alan Brand. Finding that he has LIED and filed a fraudulent affidavit in document 24-1.  The affidavit filed by Craig Alan Brand, was purposefully deceptive at number (6) as the Magistrate Judge Birzer noted orally that Brand "Played Fast and Loose with Number Six".  The reason Craig A. Brand did so is now obvious, given the plethora of evidence demonstrating Craig Alan Brand has much to hide from this Honorable Court.  Brand has multiple bar association investigations, pending criminal charges BOTH in the United States in multiple states and in foreign countries like Costa Rica as evidenced herein.  Brand has authored a book "LIFE SUCKS" and has been critical of the judicial system to the point he declares *"I [Craig Alan Brand], for instance, <u>have</u>*

===========================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND  a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 13

*championed the art of disinformation*. ***I intentionally provide people with false information...***" page 118. **[EMPHASIS ADDED]** "I intentionally provide people with false information". The facts demonstrate clearly Craig Alan Brand provided an entire affidavit filled with FALSE information. In his book he advocates for VIOLENCE, his history of representation and those he is aligned with are involved in cases where the WHISTLEBLOWER is FOUND DEAD, with the MURDER under investigation. Brand since the beginning of his appearance here in the matter at bar has had the following limited interaction with the Court:

1. Proffered witness statements prior to any discussion on his admission where he said he is defending the plaintiffs and others to the SEC and FINCEN regarding WHISTLEBLOWERS; Note Brand is involved in at least one case where a whistleblower was sued in FEDERAL COURT and then found DEAD with an open homicide investigation.

2. Brand then proffered ridiculous excuses for his False affidavit, including LIES before the Court where he claimed to belong to a "long list" of bar associations, when in fact he is only member of single bar association and has been under investigation with many complaints and grievances filed against him in that one bar association.

3. Brand has had a bar number issued in Colorado and has snuck himself in practicing under a florida bar number without pro hac vice status relying upon a bar license number he refused to provide to the Court here.

=================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**

4. Brand then continued in his lies regarding his pending criminal charges, as is evident now Brand has much to hide and a reason he "played fast and loose with number six" as stated by the Magistrate Judge Birzer during the 3 March 2022 hearing

5. Most recently Craig Alan Brand made purposeful deception as he is well known in attempted fraud via response in a misleading email that was sent by the Clerk of Judge Magistrate Birzer's Office to craig@thebrandlawfirm.com yet Craig Alan Brand responded from craig.brand@herasoft.com in order to fool the Court and the defendant; a spearate Memorandum and complaint shall be forthcoming regarding the deception, trickery, FRAUD and misrepresentation committed by Brand sending the electronic mail from the TLD www.HeraSoft.com

The reasons to prevent Brand's type of law and legal shenanigans from persisting in this matter at bar are many, but mostly this Court and the defendant cannot possibly spend the time it shall take to review every filing and set a hearing motion for every single motion filed, as it will be impossible to know what motions are real and which are not. Craig Alan Brand is a clear and present danger to the American Judicial System. Fairness and equal access to justice will be denied the defendant and the public at large to allow Craig Alan Brand with his long and storied history of DECEPTION, Materially False and Misleading filings, legal shenanigans, media whoring to litigate in the media and not the court, Craig Alan Brand is a stumbling block for the Court and the parties in finding fair and balanced resolution to the matter at bar in a fair, balanced and economic sense. Allowing Craig Alan Brand to appear pro hac vice, is to the

==========================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 15

economic inefficiency of the Court's legal process, will unfairly hamper any resolution to the matter and will certainly cause unneeded consternation with constant untoward delay in resolution of the matter.

In the interests of substantial justice and prevention of manifest injustice for the reasons of the false, inaccurate, misleading and deceptive actions at bar thus far and for the multitude of ongoing bar investigations, past and present and even unethical, illegal and certainly immoral actions of Brand to date before the Court it is the prayer of the defendant in the interests of justice and with hopes of resolution of the matter without constant consternation, legal shenanigans, and untoward delays that this court DENY pro hac vice status of Craig Alan Brand.

"I [Craig Alan Brand], for instance, <u>have championed the art of disinformation</u>.  ***I intentionally provide people with false information...***" page 118.  **[EMPHASIS ADDED]**

"I intentionally provide people with false information"

Via this Supplement to Document 40, which supplements Document 30, in the filing of the required allegations as dictated by the Court in Order 29, the Amended Notice of Removal and requesting this and all other filings as in all previously filed motions and requests, responses, objections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.   And so makes this

===================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND  a/k/a the "partner in deception"; As to Supplement Document Document 41**

- 16 -

appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 February 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 31st day of March 2022.

*[signature]*

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

<u>ATTACHED HERETO, INCORPORATED HEREIN  EXHIBITS "A" through "F"</u>

===================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND  a/k/a the "partner in deception"; As to Supplement Document Document 41**

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge hickman, whose secretary clerk states judge hickman and his court supersedes the jurisdiction and authority of the US District Federal Court for the District of Kansas. The providing of this pleading and any future pleadings made herein this case to any attorney of record for Chad Mitchell Koehn is expressly done as not to communicate with nor be provided in any form to the person of Chad Mitchell Koehn; as the defendant here in is expressly not requesting, directing nor requesting another to contact Chad Mitchell Koehn or provide to Chad Mitchell Koehn any document, exhibit, pleading or other communication or any nature whatsoever in relation to this matter at bar. To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order of Judge Hickman who claims superior and superseding orders to that to the US District of Kansas Federal Court. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any

==================================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND** a/k/a the "partner in deception"; As to Supplement Document Document 41

- 18 -

manner or nature whatsoever with the person of CHAD MITCHELL KOEHN, and/or any of the aliases used by CHAD MITCHELL KOEHN which are believed to possibly be used as or be perhaps separate persons Landon Koehn or Jess Clayton Koehn all of which shall have formal orders and demands for prosecution of threats levied and received by defendant against elderly and others in violation of law.

Respectfully Submitted, this 31st day of March 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

=================================================================
**SUPPLEMENTAL EVIDENCE AGAINST CRAIG ALAN BRAND a/k/a the "partner in deception"; As to Supplement Document Document 41**