# EXHIBIT

# "A"

# To Follow . . .

Craig Alan Brand AM Costa Rica - Felony Investment Fraud Archive

In light of [the article](#) that appeared in the online journal A.M. Costa Rica on its edition of last Wednesday 9th that refers to a criminal case against Craig A. Brand, in which attorneys from Facio & Cañas have participated representing the victims, Facio & Cañas feels the obligation to clarify the information alleged in the news article and exercise our right of response, granted in the Political Constitution of Costa Rica and in the Law of the Constitutional Court of Costa Rica, in the following terms:

1. It is true that Facio & Cañas attorneys Federico Torrealba and Gianna Cersosimo represent several victims in a case of fraud held before the Costa Rican criminal courts against Craig A. Brand and his wife, Adriana Soto Kuhn.

2. It is not true that this case was brought as a false claim against Craig A. Brand and his wife. The facts that support the multiple accusation of fraud are real and very serious. Mr. Craig A. Brand is currently under requirement of the Costa Rican criminal courts, for a multiple case of fraud acted upon and against several United States citizens, in regards to certain investments made by said victims on a drugstore chain formerly known Farmacia Express RX, owned by Brand and his wife Adriana Soto Kuhn and which have closed operations as of this date, as well as related to other investments carried on other projects promoted by Brand.

case held in Costa Rica against Brand and his wife. However, this complaint lacks of the bare minimum elements, facts and legal fundament of a serious complaint and most likely it will be dismissed.

6. As of the fact the Facio & Cañas did not comment on the case it is inexact. As a matter of fact we sent the response on Wednesday Feb. 9th, the same date in which the article of AM Costa Rica appeared online. From the moment we were contacted by James Brodell, editor of A.M. Costa Rica journal, we showed our great interest in providing our comments. However, we were not informed of the date of publication of the article, nor of any deadline, but on the contrary we were told, that there was no rush, since he was only preparing a note for future publication. Moreover we called Mr. Brodell by phone on several occasions and left messages with his secretary prior of realizing that the article was already prepared and published.

7. It is correct that the criminal complaint against Brand has been turned into a private action case, as Costa Rican laws provide for that situation when a in a criminal case an action for recovery of damages against the accused is filed. However, the criminal case is definitely not rejected but rather currently very active, since a one year renewal of the impediment to leave the country against

**3. It is not true that Brand is unaware of the criminal trial against him and his wife held before the Costa Rican courts for fraud and misrepresentation against several victims. Brand was in Costa Rica at the moment in which the Criminal Court of Heredia ordered against him the impediment to leave the country which evidently made him aware of the claim against him.**

**In addition, a court order of impediment to leave the country ("impedimento de salida") is a standard remedy granted by the laws in Costa Rica, as well as by most of the countries in the world, to prevent that a person accused of a criminal felony abandons the country and evades justice. This is not a remedy intended for foreigners, but applicable to Costa Ricans as well.**

**4. It is not accurate that the accusation of fraud and misrepresentation filed against Brand and his wife Soto Kuhn is a malicious intent to extort money from Brand. The victims are simply seeking the return of their investment delivered to Brand as any other investor would do.**

**5. It is true that Brand filed a complaint in the State of Florida, United States of America, against Federico Torrealba, Gianna Cersosimo and Facio Cañas' partners as well as the victims of the fraud Brand and his wife was ordered by the Criminal Court of Heredia during this same month of February and remains in full force and effect until February 2012.**

**8. Finally, with respect to the statements of Yosvani Alfonso, we cannot refer to them because they are unknown to us. However, we can confirm that Mr. Alfonso was an original complainant of the fraud accusation against Brand and his wife, but renounced his right to continue prosecuting Brand, as he was entitle to, for reasons unknown to us.**

**Facio & Cañas has all the evidence to support these allegations and will be filed in the proper forums for such purposes: the courts.**

**Finally, I can assure that our lawyers at Facio & Cañas comply with and practice the highest levels of professionalism and ethics which they apply to the attention of the cases they handle, so we completely support all actions taken by Federico Torrealba and Gianna Cersosimo in this particular case and acted by virtue of the request made by their clients, in full compliance of the duties of legal representation and in protection of their clients' constitutional rights, as well as under the permitted legal actions granted by the Costa Rican laws.**

**Sincerely,**

**Ernesto Hütt**

Managing Partner

Facio & Cañas

[Craig Alan Brand AM Costa Rica - Felony Investment Fraud Archive](#)