# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

United Capital Management of Kansas, Inc. and **Chad M. Koehn**

        Plaintiffs,

  v.

Michael Nelson

        Defendant

PRO-Se.

**DOCKET NO.:**
  <mark>**5:22-CV-04008-JWB-GEB**</mark>

**<u>CIVIL ACTION</u>**

**Memorandum Regarding illegal, materially misleading email by Craig Alan Brand**

**Ethics & Law Violations**

**OBJECTION to Unethical, Illegal, Immoral, Conduct at Bar by Craig Alan Brand**

**[Jury Trial Demanded]**

**Memorandum Regarding illegal misleading email by Craig Alan Brand**

**Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>**

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of Memorandum Regarding illegal email misleading attempted FRAUD by Craig Alan Brand, defendant so herein now alleges and states as follows:

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

1. On 23 March 2022, Craig Alan Brand, responded to an electronic mail notice from Clerk Kim Farha of the Chambers of Magistrate Judge Birzer, regarding a Zoom hearing notice. See Attached Exhibit "M"

2. The original email from Kim Farah was originally lost to the defendant due to the onslaught of UCE (Unsolicited Commercial Email), as well described in the defendant's Notice of Withdrawal of Document 3; which is Document 35:

    a. https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.35.0.pdf

    b. The Original email sent by Clerk Kim Farah of Magistrate Judge Birzer's Chambers is attached herewith as Exhibit "M", note email addresses of the parties as listed.

3. The defendant's email address is brand new as of January 2022, none-the-less the onslaught of UCE started with the **commencement of legal shenanigans, lies, fraud, certain deception and general disruptions by which Craig Alan Brand is known, as the "partner in deception",** see Exhibit "I" of Document 41:

    a. https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.41.1.pdf

4. Clerk Farha communicated with all the parties at the email (electronic mail) addresses of record for the parties; to which included that of: craig@thebrandlawfirm.com see attached herewith Exhibits "M", and Exhibit "I", demonstrating original "header" of Clerk Kim Farha's electronic mail

=======================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 2

5. Despite the FACT, Kim Farha's electronic mail was sent to "all" parties, at the email addresses of record, with the Court, purported attorney Craig Alan Brand, responded from a masked, hidden, DECEPTIVE email address, linked to www.HeraSoft.com; specifically craig.brand@herasoft.com the TLD www.HERASOFT.com is linked to a DELAWARE Corporation which plaintiff Chad Mitchell Koehn is directly related according to press reports he himself as self published. See Exhibit "J" of Brand's return response; Exhibit "G" demonstrates the masked www.HeraSoft.com TLD in the unicode with HereaSoft.com "dmrc fail" Exhibit "B"

6. Craig Brand's reply specifically left off the email address of Larry G. Michel, see the Attached Exhibit "K"; this is done purposefully by Brand.

7. When the defendant immediately objected to the misleading, materially deceptive and certain attempted FRAUD upon the defendant and the Court in Craig Alan Brand's deceptive and fraudulent email deceit and trickery. Attorney Michel then filed 2 days later a document on 25 March 2022, that document number: 46, attorney Michel back tracks the actions of Craig Alan Brand in the deceptive and fraudulent email sent by Brand by stating in foot note of page 2, the following: "The undersigned counsel has intentionally omitted Attorney Brand as a co-signatory on this motion in order to preserve the issue raised in Mr. Nelson's objection." IF in fact this is a true statement and Larry G. Michel is in communication with Craig Alan Brand, why then would Brand have responded from the masked email address tracked right back to Brand?

=================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

Prima Facie evidence now then exists attorney Michel seeks to continue to pull the colloquial wool over the Court's eyes, while Craig Alan Brand practices legal shenanigans, outright FRAUD, manipulations and certain misleading actions causing further consternation and certain untoward delay in actually litigating the matter at bar. Instead the Court and the parties must wade through half a dozen documents, memorandums and eventually several different motions, as well as formal bar complaints regarding the unethical, immoral, illegal, fraudulent actions of Craig Alan Brand. Not surprisingly as well documented by Craig Brand himself in his own words from his book, he is living up to his claims: **"I [Craig Alan Brand], for instance, have championed the art of disinformation."** *I intentionally provide people with false information..." page 118. [EMPHASIS ADDED]*

8. Craig Brand only replied to, the Clerk, the undersigned, and Chris Kellogg, demonstrably leaving out Larry, purposefully. See Exhibit "J" and "H"



9.

====================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

10. Brand did not reply from the email address of record, towhich Kim Farha had originally sent the email, instead **Craig Alan Brand, _mislead_ the defendant and the Court, by replying from craig.brand@herasoft.com** See Exhibits "M" and "I" and "H"

11. Brand's actions are evident and obviously DELIBERATE, and are certain attempts to get the defendant to violate an underlying court order regarding www.HeraSoft.com the domain and website of Hera Software Development Inc. which the defendant is a "significant equity interest" holder, as recently TESTIFIED to under oath by Cynthia Diane French (Blanchard) the self proclaimed PRESIDENT of Hera Software Development Inc. see Exhibit "E"

12. Hera Software Development Inc. is a Delaware Corporation.

13. Plaintiff Chad M. Koehn is publicly listed as a member of the board of directors of Hera Software Development Inc. a DELAWARE Corporation, See Exhibit "D"

14. Craig Alan Brand, in typical DECEPTIVE fashion as has been well witnessed in his limited appearance at bar in the referenced matter. Response by Craig Alan Brand to the email sent to craig@thebrandlawfirm.com was to respond from a masked, hidden and DECEPTIVE address craig.brand@herasoft.com linked directly back to www.herasoft.com See Exhibit "M" and "J" and "B" and "G"

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 5

a. *"I [Craig Alan Brand], for instance, <u>have championed the art of</u>* <u>*disinformation*</u>.  **I intentionally provide people with false information...**" page 118.  **[EMPHASIS ADDED]**

   i. "I intentionally provide people with false information"

   ii. Craig A. Brand purported attorney makes these and other statements against the interests of justice, in the book he himself authored and published called:  *"I don't care what Mom Says:  LIFE SUCKS"*

15. Craig Alan Brand, in typical DECEPTIVE fashion as has been well witnessed in his <u>limited appearance at bar in the referenced matter.</u>  Response by Craig Alan Brand to the email sent to craig@thebrandlawfirm.com was to respond from a masked, hidden and DECEPTIVE address craig.brand@herasoft.com linked directly back to www.herasoft.com proof positive via unicode analysis with IP and trace directly to Craig Alan Brand exists:  Exhibit "B" and "J"

16. HeraSoft.com, the TLD (Top Level Domain) used by Craig Alan Brand, in his <u>misleading and deceptive email response</u> to Clerk Kim Farha's email is the moniker website for a DELAWARE corporation known as Hera Software Development Inc., as stated herein above.  This corporation appears to go by the disputed tradename "HeraSoft" and sometimes as the website:  www.HeraSoft.com indicates by the name HeraLab or HeraLabs; and a variety of purported product names all also containing the word "HERA"; not to be confused with HERC, see Exhibit "E" a similar name which is allegedly used in a crypto currency pump and dump ICO (Initial Coin

===============================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

Offering) which plaintiff's Chad Mitchell Koehn and United Capital Management of Kansas Inc. are directly related, see Exhibit "D" and thereto the Bitclub Ponzi Scheme as prosecuted by the US Attorney's Office in New Jersey:

https://www.justice.gov/usao-nj/bitclub

    a. Criminals continue to be prosecuted for their roles in Bitclub Ponzi scheme as alleged by US Attorneys:

        i. https://www.justice.gov/usao-nj/pr/nevada-man-admits-money-laundering-and-tax-offenses-related-bitclub-network-fraud-scheme

17. HeraSoft claims to use a crypto currency stock token, which Craig Alan Brand, publicly claims in public facing advertisements, he is the "special counsel" for HeraSoft/Hercules; Brand is also publicly declared as a shareholder for Hera Software Development Inc. see claims of Craig Alan Brand at Exhibit "C"

18. Craig Brand appears upon information and belief to be the ONLY human being which is a "shareholder" of Hera Software Development Inc. according to the publicly facing advertisements on www.HeraSoft.com and the sworn testimony of Cynthia Diane French (Blanchard), who has recently testified to the fact Hera Software Development Inc. Ex. "C" and "D" with press on HeraSoft at Ex. "E", and though in the press created by Koehn is owned by the investors of Anthem Holdings Company

    a. **Anthem Holdings Company is listed as a conflict of interest between plaintiffs Chad Mitchell Koehn and United Capital Management Inc. see pages 23 and 24 of document 40-1 found at:**

==================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

https://storage.courtlistener.com/recap/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf and also appearing at:

https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

    b. Anthem Holdings Company is actually one of the very few stock securities sales which Koehn has participated which is actually REGISTERED with the Securities Exchange Commission. Although there are certain deficiencies to this registration of Anthem Holdings Company. As soon as practical filings will be made herein referencing other legal filings and public documentation in reports and actions by SEC in this regards:

        i. https://sec.report/CIK/0001830762 Demonstrating TEXAS

        ii. See Attached herewith Exhibit "N"

19. The HERC crypto currency and stock token, is used in **UNregistered and Unlicensed money transmitter and money services business Anthem Gold Inc., directed from the US State of NEW YORK, in violation of the laws there.**

    a. Chad Mitchell Koehn is a member of the board of the parent holding company of Anthem Gold Inc. which is apparently formed via a series of highly contested as illegal "SHORT FORM MERGERS"

        i. Entities forming the series of "short form mergers" are located in NEVADA, Texas, Delaware and **GRAND CAYMAN ISLANDS**.

        ii. Exhibit "N" is SEC filing of Anthem Holdings Co.

===============================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

iii.   Hercules SECZ out of GRAND CAYMAN ISLANDS is annexed

herewith as Exhibit "O", the Court can verify:

https://sec.report/CIK/0001736447

1.   https://www.sec.gov/Archives/edgar/data/0001736447/0001736

44718000001/xslFormDX01/primary_doc.xml

iv.   As the Court can verify the lack of a filing for Anthem Gold

1.   Through Securities and Exchange Commission SEC services

from EDGAR (Electronic Data Gathering Analysis Retrieval)

System a service of the SEC found at:

a.   https://www.sec.gov/edgar/searchedgar/companysearch.h

tml

20. Both Anthem Gold and Herc crypto currency utilize employees, and intellectual

property of NEVADA based corporation Anthem Vault Inc.

a.   Anthem Gold and Herc crypto currency are directly related to Bitclub Ponzi as

prosecuted by US Attorneys https://www.justice.gov/usao-nj/bitclub

b.   Both Anthem Gold and Herc crypto are controlled by Chad Mitchell Koehn

c.   Herc crypto currency is publicly stated as being located in BOTH Oklahoma

and GRAND CAYMAN ISLANDS and list addresses in Puerto Rico See SEC

Exhibit "O"

d.   Herc crypto currency is stated publicly by Craig Alan Brand to be

Hera/Hercules and the crypto currency of www.HeraSoft.com See Statements

of Craig Alan Brand at Exhibit "C"

====================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 9

e. Chad Mitchell Koehn is listed as a member for the Board of Directors of www.HeraSoft.com according to the website: https://herasoft.com/our-mission-gamification-enterprise-government-organization-2021/ See Exhibit "D"

f. Chad Mitchell Koehn as member of the Board of Directors of www.HeraSoft.com also is stated as President and Founder of joint plaintiff United Capital Management of Kansas Inc. as Exhibit "D"

g. Exhibit 40-1 as referenced states on pages 23 and 24 that Chad Mitchell Koehn has a conflict of interest to Hera Software Development Inc. via Anthem Holdings Company seat on the board of directors and said conflict of interest is listed as being with United Capital Management of Kansas Inc.

   i. https://ia601509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

21. Though employees of Anthem Vault Inc. created and built any and all intellectual property or crypto currencies (crypto stock tokens) of Hercules LLC of Puerto Rico, Hercules SECZ, of Grand Cayman Islands, AG Herc Inc. of Delaware, it is Anthem Vault Inc. of NEVADA, which is the genesis corporation, from all roads lead. All roads lead back to NEVADA.

22. Chad Mitchell Koehn is quoted in numerous public advertisements regarding Hera Software Development Inc.

======================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 10

  a. https://www.prweb.com/releases/herasoft_the_premiere_ransomware_proof_solution_for_enterprises_raises_5_million_in_its_series_a_investment_round_to_combat_trillions_in_yearly_cybercrime_damages/prweb17791859.htm

  b. Chad Mitchell Koehn uses repetitive "word soup" in many publicly facing advertisements to promote Hera Software Development aka www.HeraSoft.com see:

   i. https://www.tumgir.com/enterprisessolution

  c. https://www.vcbay.news/2021/03/13/houston-based-cybersecurity-provider-herasoft-raises-us-5-million-in-series-a/

   i. "After understanding what Anthem had developed I said, **'forget your software, I want to send you as much as I can scrape up for shares in your company'** "– Chad Keohn, founder of United Capital Management of Kansas; though pages 23 and 24 of doc. 40-1 states conflict between the two

   ii. https://ia601509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

23. Anthem Vault Inc. applied for loan under the CARES ACT, from Truity FCU, according to public information:

  a. https://projects.propublica.org/coronavirus/bailouts/loans/anthem-vault-inc-9233687110 See Exhibit "P"

  b. Though FEDERAL MONEY was forgiven See Ex. "P" to Anthem Vault Inc. the employees therein directed time and resources to create Hera Software Development Inc. of DELAWARE, under direction of Chad M. Koehn

========================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 11 -

c.  Investors in NEVADA Anthem Vault Inc. have received no communication regarding the highly contested alleged illegal "SHORT FORM MERGERS" directed by Chad Mitchell Koehn via what is referred to as a "smurfing" by Federal investigators which is said to be a form of a money laundering technique in one of the many stages described by regulators and criminal law enforcement investigators as the stages of money laundering:

      1.  PLACEMENT

      2.  LAYERING

      3.  INTEGRATION

ii.  Attached herewith is Exhibit "Q" contains pictorial graphics from the United Nations describing for the Court the stages of MONEY LAUNDERING

iii.  Money laundering has been addressed in the UN Vienna 1988 Convention Article 3.1 describing Money Laundering as:

      1.  *"the conversion or transfer of property, knowing that such property is derived from any offense(s), for the purpose of concealing or disguising the illicit origin of the property or of assisting any person who is involved in such offense(s) to evade the legal consequences of his actions".*

24. Anthem Vault Inc. AG Herc Inc. and Anthem Gold Inc. purported of NEVADA, DELAWARE and Texas, though AG Herc Inc. is also believed in GRAND CAYMAN

====================================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 12

ISLANDS, are publicly filed as having created Anthem Holdings Company, See Exhibits "N" and "O", plaintiff's United Capital Management of Kansas Inc. and Chad M. Koehn claim as conflicts of interest between Chad M. Koehn and United Capital Management of Kansas Inc. see Exhibit "A" of Document Number: 40, specifically pages 23 and 24.

   a. https://storage.courtlistener.com/recap/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

25. The companies stated are targets of a series of disputed allegedly illegal short form mergers creating the illegal Anthem Holdings Company, which according to Exhibit "A" of Document 40, Chad M. Koehn signs under penalties of PERJURY, on behalf of himself and co-plaintiff United Capital Management of Kansas Inc. he (Chad M. Koehn) maintains a conflict of interest between Anthem Holdings Company and United Capital Management of Kansas Inc.

   a. As referenced see pages 23 and 24 of referenced Document 40-1

      i. https://ia601509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

26. Chad M. Koehn is quoted in numerous press reports, he himself self-published as advertisement, "ruses" for publicity that United Capital Management of Kansas Inc. headed another UNregistered and Unlicensed "Series A" funding of $5 million to create HeraSoft www.herasoft.com Hera Software Development Inc. of DELAWARE.

   a. https://herasoft.com/herasoft-raises-5m-in-series-a-funding/

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

b. http://news.fintech.io/post/102gtaq/herasoft-raises-5m-in-series-a-funding

    i. Though stated in this one article in 26(b) as "Oklahoma Based" many other articles state it is HOUSTON, TEXAS based

c. https://vcnewsdaily.com/herasoft/venture-capital-funding/tvkqvsjfpl

    i. Though stated as a "Series A" raise and is "led by United Capital Management of Kansas Inc.", according to the article, in 26(c); Cynthia D. French Blanchard testified under oath regarding Hera Software Development Inc. is owned by investors of Anthem Holdings Company a Delaware holdings Company, Hera Software Development Inc. www.HeraSoft.com is therefore has a conflict with underlying investors and Chad Mitchell Koehn states he has a conflict with Anthem Holdings Company and thus www.HeraSoft.com and that of co-plaintiff United Capital Management of Kansas Inc.

27. According to the website www.HeraSoft.com it is Chad Koehn sits on the board of directors and it is Craig Alan Brand, who it is claimed is both a shareholder of Hercules and Hera Soft as well as the "special cyber counsel", indicating direct conflict of interest between Craig Alan Brand, Chad Mitchell Koehn and United Capital Management of Kansas Inc. and the "significant equity interest" holders of the underlying companies and thus in Anthem Holdings Company

    a. https://herasoft.com/our-mission-gamification-enterprise-government-organization-2021/

=================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 14

28. It is HeraSoft [www.HeraSoft.com](www.HeraSoft.com) which had money misdirected from a SEC regulated raise, of Anthem Holdings Company, which is referenced on Exhibit "A" of Document Number 40; the SEC registration document filed is found in EDGAR (Electronic Data Gathering Analysis Retrieval system) of the Securities and Exchange Commission at: [https://sec.report/CIK/0001830762](https://sec.report/CIK/0001830762) see the EDGAR filing regarding Anthem Holdings Company see Exhibit "Q" on money laundering: [https://www.sec.gov/Archives/edgar/data/0001830762/000183076220000001/xslFormDX01/primary_doc.xml](https://www.sec.gov/Archives/edgar/data/0001830762/000183076220000001/xslFormDX01/primary_doc.xml)

29. **A Search of EDGAR reveals NO REGISTRATION for the "Series A" funding of Hera Software Development Inc.** [www.HeraSoft.com](www.HeraSoft.com) which is stated as having a "Series A" stock sale run and "led" by co-plaintiff United Capital Management of Kansas Inc. see EDGAR (Electronic Data Gathering Analysis Retrieval) by the United States Securities and Exchange Commission:

    a. [https://www.sec.gov/edgar/search/#/q=Hera%2520software%2520development](https://www.sec.gov/edgar/search/#/q=Hera%2520software%2520development)
    b. [https://www.sec.gov/edgar/search/#/q=herasoft](https://www.sec.gov/edgar/search/#/q=herasoft)

30. It is the deliberate and willful, purposeful and malicious actions of Craig Alan Brand in the deceptive and misleading response to Kim Farha's electronic mail in this matter where Craig Alan Brand responds to the email from the address [craig.brand@herasoft.com](craig.brand@herasoft.com); formal referral to the Federal Court Bar must be made by this Honorable US Federal Court regarding the purposeful misleading actions of Craig Alan Brand, it is again stated where Brand publicly states:

================================================================

Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "[44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com](44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com)" masked:
"[craig.brand@herasoft.com](craig.brand@herasoft.com)" linked to [www.HeraSoft.com](www.HeraSoft.com)
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

a. *"I [Craig Alan Brand], for instance, <u>have championed the art of</u>* <u>*disinformation*</u>. ***I intentionally provide people with false*** ***information...***" page 118. **[EMPHASIS ADDED]**

    i. <u>"I intentionally provide people with false information</u>"

b. With Craig Alan Brand's purposeful MISLEADING of opposing party and the Court in his misdirection of electronic mail in attempts to have opposing party violate underlying court orders in effect presently, demonstrates CLEAR VIOLATIONS of the Rules of Professional Conduct in matters before the Clerk of the Chambers of the presiding Jurist Federal Magistrate.

31. Craig Alan Brand in his publicly facing advertisements makes claims on the website: www.HeraSoft.com, where it states: Craig Alan Brand is: "Special Cyber & Legal Counsel HeraSoft / Hercules, and provides even more specificity as to Craig Alan Brand" specifically at: https://herasoft.com/our-mission-gamification-enterprise-government-organization-2021/ [also noted the long tail keyword rich location contains false and misleading statement]

32. Craig Brand makes wild and outlandish claims in the publicly facing advertisements on www.HeraSoft.com see attached herewith Exhibit "C"

33. Brand publicly states he is Shareholder & Special Counsel for HeraSoft, Specializing in Crypto and Cyber law and technologies. Ergo <u>Craig Brand certainly knows and</u> <u>understands basic rudimentary electronic mail technology</u> as it is the basic technology

===============================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

underpinning his proclaimed "Specialization" in "Crypto and Cyber law and technologies" [Emphasis Added] See Exhibit "C"

    a. Crypto is an abbreviation for CRYPTO CURRENCIES and CRYPTO STOCK Tokens which indicates Brand is an "expert" with "SPECIALIZATION" in the trading and operations of Crypto Currencies and Crypto Stock Tokens Ex. "C"

34. **Brand proclaims he is "Member of the Trial Bar"**, since Brand is only a member of the Florida Bar Association given the filings in the docket, despite his fraudulent and materially false affidavit submitted as Attachment 1 of Document 24 hence 24-1:

    a. https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.24.1.pdf

35. Brand claims "EXPERT legal areas of practice", Craig Brand is claiming he is an "EXPERT" in virtually every area of law:

    a. "Expert legal areas of practice include: Cyber-Security, Blue Gas Technologies, Crypto, Pharmaceutical, Financial/Whitecollar crimes and/or torts, RICO, Regulatory practices such as FINRA, SEC, IRS, Complex Litigation and Intellectual Property laws, International Practice with heavy Trial Skills in all Courts." See Exhibit "C"

36. Certainly as such a self-proclaimed esteemed expert in "Cyber-Security" and "Crypto" and all the **"Financial/Whitecollar crimes and/or torts, RICO"** and his headline statement as ""30+ Year Global Legal and Policy Expert With Disciplines Surrounding All Aspects of Crypto-Currencies, Cyber-Security, AI, Robotics, Blockchain and Other

===============================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 17

Emerging Technologies"; means something as rudimentary and routine as email (electronic mail) is an area that Brand knows as well as something as basic in legal practice as to how to file a truthful affidavit. See Exhibit "C"

37. There can be no doubt as to Craig Brand's expertise in basic technology given his lengthy public facing expertise in so many areas of technology, since electronic mail is the basis for all cyber security and certainly crypto. Brand publicly claims he is an expert in these areas. Exhibit "C"

38. Craig Brand's expertise in email systems, must far outweigh any analysis presented herein with regards to Brand's deliberate DECEPTION in the emailing of craig.brand@herasoft.com in lieu of the email originally sent to craig@thebrandlawfirm.com a detailed security analysis memorandum will be forthcoming parsing the email of craig.brand@herasoft.com given the fact HeraSoft.com bills itself to the public as a "Cyber Security" firm and claims a multitude of United States Government contracts, the security analysis to be presented is of interest and CONCERN to US Authorities as well as the national security concerns it raises given the claims by Craig Alan Brand

39. In fact **given this pedestrian layman overview of the DECEPTION employed by Brand** certainly Brand will have a difficulty explaining away any mistake, error, fail, or other excuse as to the deliberate attempted fraud and certain misleading of opposing party (the defendant) and the Court in Brand's deliberate, willful, purposeful

==============================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

<u>deception</u> to include HeraSoft.com TLD response without the proper identifiers attached as explained herein below.

40. Brand's "EXPERT" level "SPECIALIZATIONS" he (Craig Alan Brand) certainly knew what he was doing and why. Brand certainly did so purposefully, knowingly, with his own special way of manipulation of the truth as he himself writes in his book he has *, "for instance, <u>have championed the art of disinformation</u>. I intentionally provide people with false information..."* **page 118 [EMPHASIS ADDED]**

    a. **See the Book authored by Brand: "I don't care what mom says: LIFE SUCKS" By Craig A. Brand, Esq.**

    b. **Craig Alan Brand's Statement:** "I intentionally provide people with false information"

41. As to the www.Herasoft.com email address used by Craig Alan Brand in response to the Clerk of the Court where Craig Brand did purposefully cause the email to be sent to the email address of record for the defendant. See Exhibit "J"

42. The defendant dutifully reported the fraud by Craig Alan Brand in the deceptive, misleading, fraudulent email reply from craig.brand@herasoft.com upon reporting to a criminal defense team in the related matter in Oklahoma the response was:

    a. "You need to use this information to file a bar complaint against him in the federal court and all jurisdictions he is admitted to practice. **That was a deliberate attempt to mislead an opposing party.** <u>Good work discovering the attempted fraud and not falling into the potential trap.</u>"

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

43. Craig Brand's deliberate false attempts at the masking of the email address in reply from www.HeraSoft.com

| | |
|---|---|
| SPF: | SOFTFAIL with IP 74.208.4.196 |

44. Craig Alan Brand utilizing an iPhone with OS (Operating System) electronic mail, according to the email information of 19C63, OS 15.2.1 did willfully, maliciously, knowingly, purposefully, wrongfully send the email from the masked email address at the TLD for www.HeraSoft.com in the masked email identifier:

    a. <44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com>

    b. With the noticed heading:

        i.   Craig A Brand <craig.brand@herasoft.com> Using iPhone Mail (19C63)

        ii.  SEE EXHIBIT "B" and "J"

45. Do directly to this masked, hidden email attempt by Craig Alan Brand of CERTAIN DECEPTION in the sending of electronic mail, and by and through Craig Alan Brand's actions not sending the email response from the email address used by the Court Clerk, Kim Fara in her email earlier, Craig Alan Brand did knowingly, willfully, wrongfully, purposefully, with mens rea attempt to get the defendant to inadvertently violate both a protective order and the terms of bond from release while the defendant awaits patiently his constitutional rights to plead NOT GUILTY and obtain trial by Jury in misdemeanor charges in the 11th Judicial District of Oklahoma

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

46. Craig Alan Brand's use of the masked and hidden email addressing to communicate to the Court and the defendant and others is a clear violation of the Rules of Professional conduct: including without limitation: **DISHONESTY, FRAUD, DECEIT, MISREPRESENTATION: RULE 8.4 Rules 4.2 and 4.3. Prohibiting the use of a false identity [EMPHASIS ADDED] or pretext to communicate with anyone related to a legal matter. Nor can you do this by having someone else do it for you. Rule 8.4(a)(1)**

47. It is within the City of Bartlesville Oklahoma, where the NEVADA corporation Anthem Vault Inc. the genesis corporation having all employees not work on Anthem Vault Inc. the NEVADA corporation where investors, the defendant herein and hundreds of others invested, for the purposes of Anthem Vault Inc. business model, used Federal Funding under the CARES ACT and others to build HeraSoft www.HeraSoft.com and not the NEVADA corporation which received forgiven loan under CARES as similar with United Capital Management of Kansas Inc. as will be explained in detailed technical analysis memorandum to follow, See Exhibit "P" as to Anthem Vault Inc.

48. The defendant cannot in good faith communicate with any opposing counsel in this matter via electronic mail, given the actions of Craig Alan Brand as pleaded to here.

49. As soon as practical when the Court authorizes motion practice and filings the defendant shall file motions regarding the inability to communicate with opposing

============================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

counsel via ANY electronic means, email, telephonic, video, zoom, any form other than the intended United States Postal Mail, as per the Federal Rules of Civil Procedure.

50. The defendant shall as soon as practical when motions are accepted again request the Court here in the US District of Kansas respect the orders of the Court in Oklahoma; and DEMAND Craig Alan Brand be investigated by the Federal Bar and have report prepared and sent to law enforcement regarding Craig Alan Brand's deliberate attempts to mislead the Court and opposing party (the defendant) through his "trap" he set to attempt to have the defendant violate court orders in Oklahoma, where a fraudulent case was filed, and **now the original charges have been dismissed** as they were based on fraudulent statements not based in fact or reality and caused the unlawful detainment of the defendant.   The fraud committed in police reports and subsequent fraud and perjury by Cynthia Diane French Blanchard will become instrumental in proving the large scale ponzi scheme at play here, which Brand is integral and as the deception (what Brand as the "partner in deception" is well known) as is documented herein this pleading regarding Brands deceptive FRAUDULENT electronic mailing to the Chambers of Judge Birzer in response to notice from Kim Farha the clerk performing an official duty on behalf of the Magistrate Judge Birzer.

51. The defendant shall request the counsel for the plaintiffs here and their voluntary and involuntary so to be attached co-plaintiffs herewith NOT communicate via electronic mail or other means of any electronic or telephonic interaction, due to the actions of

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 22 -

Craig Alan Brand in his deliberate attempts to have the defendant violate agreement, bonding and protective orders in the Oklahoma case which as seen charges dropped, reduced and changed, yet the defendant has NOT even had the opportunity yet to declare INNOCENCE via being arraigned (if it will even happen), <u>the defendant has not even been afforded the due process</u> to say "NOT GUILTY", yet Brand is attempting to get the defendant thrown in jail again on a technicality. **This is the type of legal shenanigans that Craig Alan Brand is so well known for, as he is referenced as the "PARTNER IN DECEPTION"** and Craig Alan Brand PUBLICLY declares in his book "LIFE SUCKS" *"I [Craig Alan Brand], for instance, <u>have championed the art of disinformation</u>.* ***I intentionally provide people with false information..."*** page 118. **[EMPHASIS ADDED]**

    a. <u>"I intentionally provide people with false information</u>"

52. As a matter of right and as a matter of Judicial rule the defendant herein demands all communication to and from the Court by opposing counsel and/or plaintiffs be conducted via United States Postal Mail (USPS), this is necessary given the purposeful, willful, wrongful, knowingly false attempts by the "partner in deception" Craig Alan Brand to get the defendant to accidentally and/or involuntarily violate terms of bond and/or protective orders in the frivolous criminal matters which are directly related hereto, especially given the statements under oath and signed under penalty of perjury by CHAD MITCHELL KOEHN.

===============================================================

Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com

Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

53. The defendant had had the necessity in the past to communicate threats levied by Chad Mitchell Koehn to the KBI (Kansas Bureau of Investigation) and other Kansas authorities.

54. The Kansas Department of Insurance and separately the Kansas Securities Division has had direct complaints made regarding Chad Mitchell Koehn and UnitedCapitalManagement of Kansas Inc. the defendant shall be filing a number of letters, emails, notices and other documentation into this public record.

55. Craig Alan Brand's flagrant abuse of the the legal processes and judiciary by the purposeful, knowingly, malicious flouting of the basic fundamental rights of the Pro Se litigant by and through Craig Alan Brand's deliberate attempted fraud and certain misleading electronic mailing from the address of TLD for www.HeraSoft.com sending to the defendant and the court fraudulent and misleading email from craig.brand@herasoft.com as documented in Exhibits "A", "B", "G", "H", "I", "J"

56. The defendant shall issue a memorandum of analysis of the www.HeraSoft.com electronic mail received by the defendant and the Chambers of US Federal Court Magistrate Birzer of the US District of Kansas Federal Court of the United States of America; defendant shall within 7 days file memorandum regarding the analysis of Hera Software Development Inc. email address used by Craig Alan Brand craig.brand@herasoft.com

--------------------------------------------------------------------------------

========================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

WHEREFORE, the defendant respectfully requests Judicial Notice of the materially false, misleading, attempted fraud committed by Craig Alan Brand in his purposeful, willful, knowing false direction email response from craig@thebrandlawfirm.com but in response the hidden email address of craig.brand@herasoft.com aka in the false and misleading email of craig.brand@herasoft.com

<44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com>

The Hera Soft TLD: www.HeraSoft.com

That Honorable United State Federal District Court for Kansas, make immediate emergency referral to the Federal Bar Association and the Federal Bar for this Court for investigation and disbarment of Craig Alan Brand from the practice of law.

The defendant shall be working with volunteer retired attorneys and law schools in the preparation and filing of formal bar complaints, per advice of counsel in Oklahoma to be filed against Craig Alan Brand, in this Court to each and every bar association he is a member and each and every location where he has practiced or is currently practicing law

======================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 25

including without limitation all US States, Territories and foreign jurisdictions.  Defendant shall in the interests of justice file as an interpleader in any currently open cases and ensure the truth regarding the legal shenanigans and certain fraud committed by Craig Alan Brand no longer is allowed to go unchecked.  **It is requested that the US Federal Court initiate bar investigations and disciplinary actions per the Local Rules, Federal Rules of Civil Procedure, Rules of Professional Conduct and make referral to each jurisdiction where Craig Alan Brand is permitted to practice, is appearing or has appeared.**

Including sending reports and notices to foreign jurisdictions in the United Arab Emirates, the DCIF in UAE, and in accordance with United Arab Emirates Federal Law no. 23 on the Regulation of the Legal Profession (16 December 1991) and Executive Council Resolution no.22 of 2011; to be attached therewith current complaints and reports through diplomatic channels.

For filing and attachment to current complaints in Saudi Arabia as set out in Article 3 of the Code of Law Practice, in Saudi Arabia where Hera Software Development Inc. claims offices see Exhibit "F" and Craig Alan Brand claims to practice law in violation of the laws of the Kingdom of Saudi Arabia.

With notice to the Costa Rican Bar Association and under direct notice in the international treaties between the United States and Costa Rica under the "Ley Orgánica del

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>

Colegio de Abogados No. 13 de 28 de octubre de 1941; Codigo Notarial Ley 7764"; the defendant shall work with Spanish attorneys from Spain, under international treaty for notice and formal legal complaints and litigation as to ethics and violations of Ley Orgánica del Colegio de Abogados No. 13 de 28 de octubre de 1941 etAl. within the jurisdiction of Costa Rica.

For notice to the Bar Association of the US State of Florida upon any and all findings for disbarment proceedings, suspension and/or other disciplinary action for the misleading, deceptive, wrongful, purposeful, knowing acts of Craig Alan Brand in direct violation of the Rules of Professional Conduct and the filing of false, materially misleading, deceptive, inaccurate, UNTRUE affidavits, and deliberate fraud against this Court and misleading of opposing parties in Federal Litigation in the United States of America.

Because the actions of Craig Alan Brand are "sponsored" by the law firm Kennedy Berkley Yarnevich and Williamson Chartered under the Rules of Professional conduct and in accordance with the terms in each bar association, action shall attach and so be complained of to each bar association where now or previous any attorney representing any individual in any other district, county or bar association relating to Kennedy Berkley Yarnevich and Williamson etAl are and/or have been engaged in the practice of law.

================================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

The Law firm Kennedy Berkley Yarnevich and Williamson etAl. and each and every attorney and/or lawyer appearing under such "flag" as under master servant relationship or sponsorship therewith is each jointly and severally legally liable for the obvious and evident violations to the Constitutional RIGHTS of the undersigned. As well as the violations of those attorneys the law firm is "sponsoring" as pro hac vice, where in here the pro hac vice "sponsorship" according to Judge Birzer and the motion made at document number 24 which Attorney Michel stated he had "verified" the affidavit in 24-1 as "true and accurate". All international treaties and laws so do attach pursuant with international treaty and the laws in each nation state and/or bar association for service back to originating bar associations, both in acceptance of Craig Alan Brand pro hac vice and/or any current or past appearances by Craig Alan Brand in the practice of law.

Larry G. Michel etAl. having personally sponsored the "partner in deception" Craig Alan Brand and his law partner Logan Ryan Golema, has therefore attached herewith the firm Kennedy Berkley Yarnevich and Williamson Chartered, together with each named partner therein to the legal liability so attaching the violation to the defendants "Natural Law" rights as afforded under the US Constitution and therefore under each of the several States laws under the

===================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 28

14th Amendment to the US Constitution without limitation. Craig Alan Brand's deliberate fraud as well pleaded to here and with the documented evidence as attached herewith demonstrates clear violations of Law, Local Rules, Federal Rules of Civil Procedure and certainly Rules of Professional Conduct in matters at bar and official communications with the Clerks of the Chambers of the Magistrate Judge presiding at present.

Wherefore each and every attorney/lawyer bar licensed and/or under sponsorship and/or master servant relationship or other applicable reason at law who has actually or intended as a matter of occupation or work to violate and otherwise MOLEST, INTIMIDATE, HARASS, STALK, ANNOY via and through intentional infliction of emotional distress in the materially false, misleading, attempted fraudulent emailing of the defendant in hopes the defendant will inadvertently and/or accidentally violate another courts underlying order and/or subject the defendant to financial losses to "significant equity interest" in dozens of companies, thereto related to Hera Software Development Inc. of the US State of Delaware, a company with which defendant owns millions of shares of stock, as recently testified to under oath by it's president Cynthia Diane French Blanchard, the defendant is a "significant equity interest" holder of majority stock, one of the top 5 largest shareholders thereunder. It is without any doubt the actions of Craig Alan Brand are for self pecuniary gain, as he acts in COLLUSION, of CONSPIRACY to Violate US Federal Law, the Rules of Professional Conduct and certainly the

==================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

Local Rules and Federal Rules of Civil Procedure in the matter here at bar in the US District of Kansas Federal Court.

Via this Memorandum Concerning Electronic Mail fraud and misleading actions of CRAIG ALAN BRAND and Judicial Notice and requesting this notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 1st day of April 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**EXHIBITS annexed hereto and incorporated herein as Exhibits A through Q**

====================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:
"craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 30

Certificate of Service:

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge hickman, whose secretary clerk states judge hickman and his court supersedes the jurisdiction and authority of the US District Federal Court for the District of Kansas. The providing of this pleading and any future pleadings made herein this case to any attorney of record for Chad Mitchell Koehn is expressly done as not to communicate with nor be provided in any form to the person of Chad Mitchell Koehn; as the defendant herein is expressly not requesting, directing nor dictating another to contact Chad Mitchell Koehn or provide to Chad Mitchell Koehn any document, exhibit, pleading or other communication of any nature

====================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 31

whatsoever in relation to this matter at bar. To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order of Judge Hickman who claims superior and superseding orders to that to the US District of Kansas Federal Court. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any manner or nature whatsoever with the person of CHAD MITCHELL KOEHN, and/or any of the aliases used by CHAD MITCHELL KOEHN which are believed to possibly be used as or be perhaps separate persons Landon Koehn or Jess Clayton Koehn all of which shall have formal orders and demands for prosecution of threats levied and received by defendant against elderly and others in violation of law.

Respectfully Submitted, this 1st day of April 2022.



==================================================================================
Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked: "craig.brand@herasoft.com" linked to www.HeraSoft.com
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.

- 32

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: <u>oklahomaremote</u> @ gmail.com

================================================================

Craig Alan Brand sending of electronic mail in attempts to violate Oklahoma Order "44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked:

"craig.brand@herasoft.com" linked to www.HeraSoft.com

Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>