# EXHIBIT

# "A"

# TO FOLLOW . . .



Michael Nelson <oklahomaremote@gmail.com>

# 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson

**Craig A Brand** <craig.brand@herasoft.com>  Wed, Mar 23, 2022 at 2:24 PM
To: Kim Farha <Kim_Farha@ksd.uscourts.gov>
Cc: ckellogg@kenberk.com, craig@thebrandlawfirm.com, oklahomaremote@gmail.com

Hi Kim. I'm on the road for a few hours. I'll confirm with my calendar as soon as I'm back in front of my computer.
Thank you.

Craig A Brand

The information transmitted herein is meant to be privileged and confidential for the addressed recipient only.
Circular 230 Disclosure:  Pursuant to recently enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************************************
IMPORTANT WARNING:  This message is intended for the  use of person or entity to which it is addressed and may contain information that is confidential or privileged, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, you are herein notified that any dissemination, distribution, or copying of this information is strictly prohibited.  If you have received this message in error, please notify us immediately by replying to this e-mail and delete and destroy the related message.
*****************************************************************************

> On Mar 23, 2022, at 10:47 AM, Kim Farha <Kim_Farha@ksd.uscourts.gov> wrote:

[Quoted text hidden]