# EXHIBIT

# "B"

# TO FOLLOW . . .

Delivered-To: oklahomaremote@gmail.com
Received: by 2002:ac8:6b8c:0:0:0:0:0 with SMTP id z12csp3906811qts;
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
X-Google-Smtp-Source: ABdhPJxjTb/Jkl2WNVu3GuTUkt6HXVhj2liCA/buEJ/SmL0W4d+qu7MSdfLTw9Qp8Of0ETCHBGSs
X-Received: by 2002:a05:6902:100c:b0:634:6534:c7e1 with SMTP id w12-20020a056902100c00b006346534c7e1mr1255368ybt.577.1648059872323;
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648059872; cv=none;
        d=google.com; s=arc-20160816;
        b=Gz8od84Y//acsg8KacbsjOBwfMkUdvMcNU2iCm3WwAgQWDgDP8LlRkD/U8VDjLUrZN

A9Vtvo6cNp9UsR96fK5YLRGwSrmSCjb6EqvU4H3PPaxGj7PYOSWaKsOKoaAkqLJLwJur

MefTEsWgdvxbqcZHQ6XJIvDRpi4N1iUUjEog/DZsLbnoXzuKAGuZ2JHgr5DbS88yyqQN

Kaq9k/mRuMNgy+EJYPT7bykYR3GWRNDrts+VrgKMJzj6hUQPtjbe6VRV7PPteEkcLzsE

vGl2BXmrqgYu2mLML8cZ9OB37uLlluZx/2C5QM4xI4mPIPqqKhxLSxxFf3a4CQwN5gpV
         Po2A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com;
        s=arc-20160816;
        h=to:in-reply-to:cc:references:message-id:date:subject:mime-version
         :from:content-transfer-encoding;
        bh=YxX6pYxxe6Mq+QkbugF5wUxrfebKChFCf9nuy7eV4KE=;
        b=pPIdyDqcA0AJWltDUgwpyQhVezB0yzz6QTjRitSPDyg+IeKtOCf6gXWwVm0EHaY7E6

Tq8+y/SMvLQXkcMxro9D545Dq/690J7X72RfjNFsEaJnpDUFsld7t2c1yFFT7oHdgaxn

RLrg45LKLYi73ztAW6hNiAqd33a9stFbQuEf2KwSIgvX0UBxRROGSDrVKz3pWflIp7+0

aMwQi98k5iXJ/TGw10j6+eveo/zmYUz0SXHb+YdLkpi6TIqf5MbPKJJBplmTrrQ8tHM8

**K8DW8R1bTL9QpFOk5VCIr7FKX1hmX0tse+2jX/NYTIbtgeLypzWMIky5OKBdCoeBNDwe**
     R8yg==

ARC-Authentication-Results: i=1; mx.google.com;
    spf=softfail (google.com: domain of transitioning

craig.brand@herasoft.com does not designate 74.208.4.196 as permitted

sender) smtp.mailfrom=craig.brand@herasoft.com;

    dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com
Return-Path: <craig.brand@herasoft.com>

Received: from mout.perfora.net (mout.perfora.net. [74.208.4.196])
     by mx.google.com with ESMTPS id

c62-20020a0dda41000000b002e5bb9dcb45si12431413ywe.462.2022.03.23.11.24.32
     for <oklahomaremote@gmail.com>
     (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
     Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
Received-SPF: softfail (google.com: domain of transitioning craig.brand@herasoft.com does not designate 74.208.4.196 as permitted sender) client-ip=74.208.4.196;
Authentication-Results: mx.google.com;
    spf=softfail (google.com: domain of transitioning craig.brand@herasoft.com does not designate 74.208.4.196 as permitted sender) smtp.mailfrom=craig.brand@herasoft.com;
    dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com
Received: from smtpclient.apple ([18.117.252.18]) by mrelay.perfora.net (mreueus004 [74.208.5.2]) with ESMTPSA (Nemesis) id 1MORpi-1niatE0eVy-00PyWI; Wed, 23 Mar 2022 19:24:30 +0100

Content-Type: multipart/alternative;
boundary=Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB
Content-Transfer-Encoding: 7bit
From: Craig A Brand <craig.brand@herasoft.com>
Mime-Version: 1.0 (1.0)
Subject: Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson
Date: Wed, 23 Mar 2022 12:24:27 -0600
Message-Id: <44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com>
References: <DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com>
Cc: ckellogg@kenberk.com, craig@thebrandlawfirm.com, oklahomaremote@gmail.com
In-Reply-To: <DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com>
To: Kim Farha <Kim_Farha@ksd.uscourts.gov>
X-Mailer: iPhone Mail (19C63)
X-Provags-ID: V03:K1:e0patInmQ1IWDJ5AesHlPZxY2h72z08abNzmjJSP+XgaVcuckMk
 wgjbbL5g+jnU4xazxRBH09MXIbvDf9ulMOKt/xyvg83aBotsmJ24j2WC4aMM6J
 k+VqFfyIx
 S9jVO7vLgqtkfVpI0mGQ6BUWu33Kk+a6/tlN7DJcBWa4AwqdS5zlKgfQOl+S3v
 z8f7DZgda Nf49LRTu7adeXWODipqiQ==
X-Spam-Flag: NO
X-UI-Out-Filterresults: notjunk:1;V03:K0:BlGMPNl1Wv0=:c2Chz/Pamelz8wfoHOl/aW
 jyvM/ALSJl3TxRlIf2BhNE1W6y2YhOXCI6o3JTa/TyHzcwjGsOqA8RgOc6lGTjo
 y8rzrI70w3
 hqAGyV5/I38RX+yn3Si3WCyBWgNzYkvdZgqJgJcScZcxVevCH2FCCcVzr6CjL
 Z0josb3SgEJR
 e3xn30Lp5JTB73PqeiqbdIao/kpblwlbaQT6qqz0LXsJ9aNv8Un9s2HKYFRgZdEq
 dOGLYHEH0
 3lgChlWyiAYIQm2dyCa95z/JX60ifCp4Ypz010ZoDSWKl2gtGzZYpDpdfvFpTcaJ
 gJIu+AX5S
 Z+sPNND5gcP8US7Jv716Ur5OgmqLTCNMGfwaLPHCbJ2llLwfa+sAe+7GfdRc
 moRnXDpPvrL9L
 iDlu7zzdyeUqqyV/VsGMUiknKL9UOcysdaWgDOYeHP1OlwmC63Hi+ggX8IE/
 h+G+w2pfRZVla

pUDjOZ2el0KTb3qoQuCS2FmfCE3aBi7VoxsS73Ua/Wci9MF11YcYGwZOaDWz+iS0q0YMWTzZP
Ars7pXc0BWUcJItqKo2tFPDQujX2cviGLd/v+GAi63gbJ2nvRpN+6RDO5NNwXD1jBrIeErFSN
DVoO30bj4HrOL2oVkFKMck8hMFVPc5lIurSOVJ94crysRll/2T9QjPokTuz0PSkbTXp/BOuJB
H+vbHQbG+mt7ONzzyTd8BS5o1X/8yUyDzb3GO8xnAN08B3hM71Wco4hT4coWlYzA+lt3O1+QP DUhMF60KJL6m65QV

--Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: quoted-printable

Hi Kim. I=E2=80=99m on the road for a few hours. I=E2=80=99ll confirm with =
my calendar as soon as I=E2=80=99m back in front of my computer.=20
Thank you.=20

Craig A Brand

The information transmitted herein is meant to be privileged and confidenta=
l for the addressed recipient only.=20
Circular 230 Disclosure:  Pursuant to recently enacted U.S. Treasury Depart=
ment Regulations, we are now required to advise you that, unless otherwise =
expressly indicated, any federal tax advice contained in this communication=
, including attachments and enclosures, is not intended or written to be us=
ed and may not be used, for the purpose of (i) avoiding tax-related penalti=
es under the Internal Revenue Code or (ii) promoting, marketing or recommen=
ding to another party any tax-related matters addressed herein.
*************************************************************=
*
IMPORTANT WARNING:  This message is intended for the  use of person or enti=
ty to which it is addressed and may contain information that is confidentia=
l or privileged, the disclosure of which is governed by applicable law.  If=
 the reader of this message is not the intended recipient, you are herein n=
otified that any dissemination, distribution, or copying of this informatio=
n is strictly prohibited.  If you have received this message in error, plea=
se notify us immediately by replying to this e-mail and delete and destroy =
the related message.

***************************************
****************************************
***