# EXHIBIT

# "C"

# TO FOLLOW . . .

**Found at:**

https://herasoft.com/our-mission-gamification-enterprise-government-organization-2021/

With materially misleading "long tail" search optimized keyword rich string dated 2021



