# EXHIBIT

# "D"

# TO FOLLOW . . .

Exhibit "D"  CHAD MITCHELL KOEHN on Board of Hera Software Development Inc. of DELAWARE, listed as President and Founder United Capital Management, Inc.

1

It should be additionally noted for this record that Chad Mitchell Koehn, plaintiff in this matter is also listed on www.HeraSoft.com as a member of the board of directors:



Chad Koehn is listed as President and Founder of United Capital Management Inc. Under the further biography of Chad M. Koehn it is listed:



Exhibit "D" CHAD MITCHELL KOEHN on Board of Hera Software Development Inc. of DELAWARE, listed as President and Founder United Capital Management, Inc.

NOTE:  Here in public facing advertisements Chad Mitchell Koehn uses, YET ANOTHER variation of his conflicted of interest co-plaintiff corporation United Capital Management of Kansas Inc. where here instead of running all the words together to hide in State and Federal Regulatory Technology platforms like EDGAR and the Kansas Secretary of State, here CHAD MITCHELL KOEHN hides in plain sight by purposefully dropping the "of Kansas" from the name and publicly advertising and marketing in violation of the Fair Business Practices Act and Regulatory laws, rules, statutes and schemes by both the governments of each State and against the interests of the US Federal Government by purposefully, knowingly simply using another FALSE name to advertise to the public this time:  "United Capital Management Inc."

Having 30 years of investment industry experience, as he claims, it is curious how the record can now indicate so many serious deficiencies as to his securities filings and naming conventions of companies.

Of curiosity to domestic US Tax Authorities with the Internal Revenue Service Criminal Investigations, and in cooperation with J5 International Tax Authorities is the statement by Koehn, "Entrenched in the worlds largest barter system (Bitcoin) for the past five years." [EMPHASIS as to "worlds largest barter system (Bitcoin)"]

Exhibit "D"  CHAD MITCHELL KOEHN on Board of Hera Software Development Inc. of DELAWARE, listed as President and Founder United Capital Management, Inc.