# EXHIBIT

# "E"

# TO FOLLOW . . .

[Back](#)

News



# News



## City of Bartlesville

*Posted: Aug 25, 2021 8:49 AMUpdated: Aug 25, 2021 9:16 AM*

## Cyber-Security Company Picks Bartlesville as New Home



Garrett Giles

The Bartlesville Development Authority on Wednesday approved an employee relocation incentive in support of HeraSoft, a cyber-security company that has selected Bartlesville for its new headquarters.

BDA Trustee Chris Batchelder said this is exactly the opportunity they want to target when it comes to recruiting new companies to Bartlesville. Batchelder says having a high-quality company such as HeraSoft come to town is a dream come true.

Batchelder says the BDA is excited to partner with HeraSoft and its leadership to recruit employees to the community. [He said they want to do whatever they can to support the technology sector and the cyber-security industry](#).



HeraSoft applies distributed cloud, ransomware-proof software to meet today's cyber and enterprise security, finance, gamification and logistics challenges, helping enterprise and government organizations operation securely, more efficiently, and at lower cost.

In March of 2021 HeraSoft announced receipt of $5 million in Series A financing led by United Capital Management of Kansas, using the funding to scale the company, add to its sales and marketing and continue software development via its teams in Brazil, Europe, Grand Cayman, Kansas City, New York, Houston, Orlando, Oklahoma City and other locations.

HeraSoft's diverse client base includes the Holland-based Gold-Florin and the Tourism Board of Qatar, as well as a partnership with Casper Labs.

"The company is actively building relationships with government and private sector clients worldwide," said BDA President David Wood.



HeraSoft principals Anthem and Cynthia Blanchard, who is a graduate of Dewey High School and Oklahoma State University and whose father and grandfather had lifelong careers at Phillips Petroleum Company, recently acquired the historic former Washington County Courthouse building (*pictured left*) to serve as the company's corporate headquarters. So far 10 employees have quietly relocated to Bartlesville, with an additional 10-50 employees expected to be Bartlesville-based within the next two years.

"HeraSoft represents what could be a dream opportunity for Bartlesville: a growing need and market in cybersecurity and inbound young, bright and diverse global talent, as well as a substantial financial investment in the community with the purchase of the former county courthouse building by principals with Bartlesville roots who have consciously chosen our community for their permanent home and global headquarters," Wood said.

Consistent with the recent resident attraction program BDA executed for inbound employees from Concho Resources in Midland, Texas under the ConocoPhillips acquisition, up to 50 family residence of $20,000 upon commencing construction of a new home within the Bartlesville city limits over the next two years.

"Each new household is an immediate 'win' not only from anticipated sales tax collections but also from the recognition Bartlesville will receive in the marketplace," Wood said.

The proposal will now go to the Bartlesville City Council for final approval.

[To learn more about HeraSoft, click here](#).

[« Back to News](#)

[Go Home](#)

2022 © KCD Enterprises. All Rights Reserved.