# EXHIBIT

# "F"

# TO FOLLOW . . .

## Locations

**Primary**
501 SE Frank Phillips Blvd
Suite 102
Bartlesville, Oklahoma 74003, US
Get directions

Orlando, FL 32819, US
Get directions

London, GB
Get directions

Riyadh, SA
Get directions

Show more locations

## Employees at HeraSoft


**Gil Gilliam**
Chief Client Officer at HeraSoft


**Anthem Hayek Blanchard**
Chief Executive Officer at Hera Software Development


**Mike Moran**
Advanced Digital Project Management


**Austin Davis**
Bitcoin & Blockchain, Sustainability & Decarbonization.

See all employees