# EXHIBIT

# "G"

# TO FOLLOW . . .

# Original Message

| | |
|---|---|
| Message ID | <44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com> |
| Created at: | Wed, Mar 23, 2022 at 2:24 PM (Delivered after 5 seconds) |
| From: | Craig A Brand <craig.brand@herasoft.com> Using iPhone Mail (19C63) |
| To: | Kim Farha <Kim_Farha@ksd.uscourts.gov> |
| Subject: | Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson |
| SPF: | SOFTFAIL with IP 74.208.4.196  Learn more |
| DMARC: | 'FAIL'  Learn more |

Download Original                                                                                                      Copy to clipboard

```
Delivered-To: oklahomaremote@gmail.com
Received: by 2002:ac8:6b8c:0:0:0:0:0 with SMTP id z12csp3906811qts;
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
X-Google-Smtp-Source:
ABdhPJxjTb/Jkl2WNVu3GuTUkt6HXVhj2liCA/buEJ/SmL0W4d+qu7MSdfLTw9Qp8Of0ETCHBGSs
X-Received: by 2002:a05:6902:100c:b0:634:6534:c7e1 with SMTP id w12-
20020a056902100c00b006346534c7e1mr1255368ybt.577.1648059872323;
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648059872; cv=none;
        d=google.com; s=arc-20160816;
        b=Gz8od84Y//acsg8KacbsjOBwfMkUdvMcNU2iCm3WwAgQWDgDP8LlRkD/U8VDjLUrZN
         A9Vtvo6cNp9UsR96fK5YLRGwSrmSCjb6EqvU4H3PPaxGj7PYOSWaKsOKoaAkqLJLwJur
```

```
            MefTEsWgdvxbqcZHQ6XJIvDRpi4N1iUUjEog/DZsLbnoXzuKAGuZ2JHgr5DbS88yyqQN
            Kaq9k/mRuMNgy+EJYPT7bykYR3GWRNDrts+VrgKMJzj6hUQPtjbe6VRV7PPteEkcLzsE
            vGl2BXmrqgYu2mLML8cZ9OB37uLlluZx/2C5QM4xI4mPIPqqKhxLSxxFf3a4CQwN5gpV
            Po2A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-
20160816;
        h=to:in-reply-to:cc:references:message-id:date:subject:mime-version
         :from:content-transfer-encoding;
        bh=YxX6pYxxe6Mq+QkbugF5wUxrfebKChFCf9nuy7eV4KE=;
        b=pPIdyDqcA0AJWltDUgwpYQhVezB0yzz6QTjRitSPDyg+IeKtOCf6gXWwVm0EHaY7E6
         Tq8+y/SMvLQXkcMxro9D545Dq/690J7X72RfjNFsEaJnpDUFsld7t2c1yFFT7oHdgaxn
         RLrg45LKLYi73ztAW6hNiAqd33a9stFbQuEf2KwSIgvX0UBxRROGSDrVKz3pWflIp7+0
         aMwQi98k5iXJ/TGw10j6+eveo/zmYUz0SXHb+YdLkpi6TIqf5MbPKJJBplmTrrQ8tHM8
         K8DW8R1bTL9QpFOk5VCIr7FKX1hmX0tse+2jX/NYTIbtgeLypzWMIky5OKBdCoeBNDwe
         R8yg==
ARC-Authentication-Results: i=1; mx.google.com;
       spf=softfail (google.com: domain of transitioning craig.brand@herasoft.com does
not designate 74.208.4.196 as permitted sender)
smtp.mailfrom=craig.brand@herasoft.com;
       dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com
Return-Path: <craig.brand@herasoft.com>
Received: from mout.perfora.net (mout.perfora.net. [74.208.4.196])
        by mx.google.com with ESMTPS id c62-
20020a0dda41000000b002e5bb9dcb45si12431413ywe.462.2022.03.23.11.24.32
        for <oklahomaremote@gmail.com>
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
Received-SPF: softfail (google.com: domain of transitioning craig.brand@herasoft.com
does not designate 74.208.4.196 as permitted sender) client-ip=74.208.4.196;
Authentication-Results: mx.google.com;
       spf=softfail (google.com: domain of transitioning craig.brand@herasoft.com does
not designate 74.208.4.196 as permitted sender)
smtp.mailfrom=craig.brand@herasoft.com;
       dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com
Received: from smtpclient.apple ([18.117.252.18]) by mrelay.perfora.net (mreueus004
[74.208.5.2]) with ESMTPSA (Nemesis) id 1MORpi-1niatE0eVy-00PyWI; Wed, 23 Mar 2022
19:24:30 +0100
Content-Type: multipart/alternative; boundary=Apple-Mail-54BB5039-5B2D-4AE3-A02E-
2A58D25AA4FB
Content-Transfer-Encoding: 7bit
From: Craig A Brand <craig.brand@herasoft.com>
Mime-Version: 1.0 (1.0)
Subject: Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v.
Nelson
Date: Wed, 23 Mar 2022 12:24:27 -0600
Message-Id: <44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com>
```

```
References:
<DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com>
Cc: ckellogg@kenberk.com, craig@thebrandlawfirm.com, oklahomaremote@gmail.com
In-Reply-To:
<DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com>
To: Kim Farha <Kim_Farha@ksd.uscourts.gov>
X-Mailer: iPhone Mail (19C63)
X-Provags-ID: V03:K1:e0patInmQ1IWDJ5AesHlPZxY2h72z08abNzmjJSP+XgaVcuckMk
 wgjbbL5g+jnU4xazxRBH09MXIbvDf9ulMOKt/xyvg83aBotsmJ24j2WC4aMM6Jk+VqFfyIx
 S9jVO7vLgqtkfVpI0mGQ6BUWu33Kk+a6/tlN7DJcBWa4AwqdS5zlKgfQOl+S3vz8f7DZgda
 Nf49LRTu7adeXWODipqiQ==
X-Spam-Flag: NO
X-UI-Out-Filterresults: notjunk:1;V03:K0:BlGMPNl1Wv0=:c2Chz/Pamelz8wfoHOl/aW
 jyvM/ALSJl3TxRlIf2BhNE1W6y2YhOXCI6o3JTa/TyHzcwjGsOqA8RgOc6lGTjoy8rzrI70w3
 hqAGyV5/I38RX+yn3Si3WCyBWgNzYkvdZgqJgJcScZcxVevCH2FCCcVzr6CjLZ0josb3SgEJR
 e3xn30Lp5JTB73PqeiqbdIao/kpblwlbaQT6qqz0LXsJ9aNv8Un9s2HKYFRgZdEqdOGLYHEH0
 3lgChlWyiAYIQm2dyCa95z/JX60ifCp4Ypz010ZoDSWKl2gtGzZYpDpdfvFpTcaJgJIu+AX5S
 Z+sPNND5gcP8US7Jv716Ur5OgmqLTCNMGfwaLPHCbJ2llLwfa+sAe+7GfdRcmoRnXDpPvrL9L
 iDlu7zzdyeUqqyV/VsGMUiknKL9UOcysdaWgDOYeHP1OlwmC63Hi+ggX8IE/h+G+w2pfRZVla
 pUDjOZ2el0KTb3qoQuCS2FmfCE3aBi7VoxsS73Ua/Wci9MF11YcYGwZOaDWz+iS0q0YMWTzZP
 Ars7pXc0BWUcJItqKo2tFPDQujX2cviGLd/v+GAi63gbJ2nvRpN+6RDO5NNwXD1jBrIeErFSN
 DVoO30bj4HrOL2oVkFKMck8hMFVPc5lIurSOVJ94crysRll/2T9QjPokTuz0PSkbTXp/BOuJB
 H+vbHQbG+mt7ONzzyTd8BS5o1X/8yUyDzb3GO8xnAN08B3hM71Wco4hT4coWlYzA+lt3O1+QP
 DUhMF60KJL6m65QV

--Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: quoted-printable
```

Hi Kim. I=E2=80=99m on the road for a few hours. I=E2=80=99ll confirm with =
my calendar as soon as I=E2=80=99m back in front of my computer.=20
Thank you.=20

Craig A Brand

The information transmitted herein is meant to be privileged and confidenta=
l for the addressed recipient only.=20
Circular 230 Disclosure:  Pursuant to recently enacted U.S. Treasury Depart=
ment Regulations, we are now required to advise you that, unless otherwise =
expressly indicated, any federal tax advice contained in this communication=
, including attachments and enclosures, is not intended or written to be us=
ed and may not be used, for the purpose of (i) avoiding tax-related penalti=
es under the Internal Revenue Code or (ii) promoting, marketing or recommen=
ding to another party any tax-related matters addressed herein.
**************************************************************************=
*

```
        IMPORTANT WARNING:   This message is intended for the  use of person or enti=
        ty to which it is addressed and may contain information that is confidentia=
        l or privileged, the disclosure of which is governed by applicable law.  If=
         the reader of this message is not the intended recipient, you are herein n=
        otified that any dissemination, distribution, or copying of this informatio=
        n is strictly prohibited.  If you have received this message in error, plea=
        se notify us immediately by replying to this e-mail and delete and destroy =
        the related message.
        ***********************************************************************

        > On Mar 23, 2022, at 10:47 AM, Kim Farha <Kim_Farha@ksd.uscourts.gov> wrot=
        e:
        >=20
        > =EF=BB=BF
        > Counsel and Mr. Nelson,
        > =20
        > Below is the Zoom invitation for the April 11, 2022 hearing in this matte=
        r.
        > =20
        > =20
        > Judge Birzer=E2=80=99s Chambers is inviting you to a scheduled ZoomGov me=
        eting.
        > =20
        > Topic: My Meeting
        > Time: Apr 11, 2022 10:00 AM Central Time (US and Canada)
        > =20
        > Join ZoomGov Meeting
        > https://www.zoomgov.com/j/1604580414?pwd=3DWWk5VjljajhRVEg4eGd6OUFNa0tqUT=
        09
        > =20
        > =20
        > Meeting ID: 160 458 0414
        > Passcode: 410504
        > =20
        > =20
        >=20
        > =20

        --Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB
        Content-Type: multipart/related; type="text/html"; boundary=Apple-Mail-EF6F41DB-87E0-
        4B06-A921-DEF0FF4952BC
        Content-Transfer-Encoding: 7bit

        --Apple-Mail-EF6F41DB-87E0-4B06-A921-DEF0FF4952BC
        Content-Type: text/html; charset=utf-8
        Content-Transfer-Encoding: quoted-printable
```

```
<html><head><meta http-equiv=3D"content-type" content=3D"text/html; charset=
=3Dutf-8"></head><body dir=3D"auto">Hi Kim. I=E2=80=99m on the road for a f=
ew hours. I=E2=80=99ll confirm with my calendar as soon as I=E2=80=99m back=
 in front of my computer. <div>Thank you. </div><div><br></div><d=
iv>Craig A Brand<br><br><div dir=3D"ltr">The information transmitted herein=
 is meant to be privileged and confidential for the addressed recipient only=
. <div>Circular 230 Disclosure:  Pursuant to recently enacted U.S=
. Treasury Department Regulations, we are now required to advise you that, =
unless otherwise expressly indicated, any federal tax advice contained in t=
his communication, including attachments and enclosures, is not intended or=
 written to be used and may not be used, for the purpose of (i) avoiding ta=
x-related penalties under the Internal Revenue Code or (ii) promoting, mark=
eting or recommending to another party any tax-related matters addressed he=
rein.</div><div>**********************************************************=
*****************</div><div>IMPORTANT WARNING:  This message is intend=
ed for the  use of person or entity to which it is addressed and may c=
ontain information that is confidential or privileged, the disclosure of wh=
ich is governed by applicable law.  If the reader of this message is n=
ot the intended recipient, you are herein notified that any dissemination, =
distribution, or copying of this information is strictly prohibited.  =
If you have received this message in error, please notify us immediately by=
 replying to this e-mail and delete and destroy the related message.</div><=
div>*********************************************************************=
****</div></div><div dir=3D"ltr"><br><blockquote type=3D"cite">On Mar 23, 2=
022, at 10:47 AM, Kim Farha &lt;Kim_Farha@ksd.uscourts.gov&gt; wrote:<br><b=
r></blockquote></div><blockquote type=3D"cite"><div dir=3D"ltr">=EF=BB=BF

<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-ascii"=
>
<meta name=3D"Generator" content=3D"Microsoft Word 15 (filtered medium)">
<!--[if !mso]><style>v\:* {behavior:url(#default#VML);}
o\:* {behavior:url(#default#VML);}
w\:* {behavior:url(#default#VML);}
.shape {behavior:url(#default#VML);}
</style><![endif]--><style><!--
/* Font Definitions */
@font-face
=09{font-family:"Cambria Math";
=09panose-1:2 4 5 3 5 4 6 3 2 4;}
@font-face
=09{font-family:Calibri;
=09panose-1:2 15 5 2 2 2 4 3 2 4;}
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
=09{margin:0in;
```

```
                    =09font-size:11.0pt;
                    =09font-family:"Calibri",sans-serif;}
            a:link, span.MsoHyperlink
                    =09{mso-style-priority:99;
                    =09color:#0563C1;
                    =09text-decoration:underline;}
            span.EmailStyle17
                    =09{mso-style-type:personal-compose;
                    =09font-family:"Calibri",sans-serif;
                    =09color:windowtext;}
            .MsoChpDefault
                    =09{mso-style-type:export-only;
                    =09font-family:"Calibri",sans-serif;}
            @page WordSection1
                    =09{size:8.5in 11.0in;
                    =09margin:1.0in 1.0in 1.0in 1.0in;}
            div.WordSection1
                    =09{page:WordSection1;}
            --></style><!--[if gte mso 9]><xml>
            <o:shapedefaults v:ext=3D"edit" spidmax=3D"1026" />
            </xml><![endif]--><!--[if gte mso 9]><xml>
            <o:shapelayout v:ext=3D"edit">
            <o:idmap v:ext=3D"edit" data=3D"1" />
            </o:shapelayout></xml><![endif]-->


            <div class=3D"WordSection1">
            <p class=3D"MsoNormal">Counsel and Mr. Nelson, <o:p></o:p></p>
            <p class=3D"MsoNormal"><o:p> </o:p></p>
            <p class=3D"MsoNormal">Below is the Zoom invitation for the April 11, 2022 =
            hearing in this matter.
            <o:p></o:p></p>
            <p class=3D"MsoNormal"><o:p> </o:p></p>
            <p class=3D"MsoNormal"><o:p> </o:p></p>
            <p class=3D"MsoNormal">Judge Birzer=E2=80=99s Chambers is inviting you to a=
             scheduled ZoomGov meeting.<o:p></o:p></p>
            <p class=3D"MsoNormal"><o:p> </o:p></p>
            <p class=3D"MsoNormal">Topic: My Meeting<o:p></o:p></p>
            <p class=3D"MsoNormal">Time: Apr 11, 2022 10:00 AM Central Time (US and Can=
            ada)<o:p></o:p></p>
            <p class=3D"MsoNormal"><o:p> </o:p></p>
            <p class=3D"MsoNormal">Join ZoomGov Meeting<o:p></o:p></p>
            <p class=3D"MsoNormal"><a href=3D"https://www.zoomgov.com/j/1604580414?pwd=
            =3DWWk5VjljajhRVEg4eGd6OUFNa0tqUT09">https://www.zoomgov.com/j/1604580414?p=
            wd=3DWWk5VjljajhRVEg4eGd6OUFNa0tqUT09</a><o:p></o:p></p>
            <p class=3D"MsoNormal"><o:p> </o:p></p>
```

```
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Meeting ID: 160 458 0414<o:p></o:p></p>
<p class=3D"MsoNormal">Passcode: 410504<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><img border=3D"0" width=3D"623" height=3D"221" style=
=3D"width:6.4895in;height:2.302in" id=3D"Picture_x0020_1" src=3D"cid:image0=
01.png@01D83EAB.BCE5B4D0"><o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
</div>


</div></blockquote></div></body></html>
--Apple-Mail-EF6F41DB-87E0-4B06-A921-DEF0FF4952BC
Content-Type: image/png; name=image001.png; x-apple-part-
url="image001.png@01D83EAB.BCE5B4D0"
Content-Disposition: inline; filename=image001.png
Content-Transfer-Encoding: base64
Content-Id: <image001.png@01D83EAB.BCE5B4D0>


--Apple-Mail-EF6F41DB-87E0-4B06-A921-DEF0FF4952BC--
--Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB--
```