# EXHIBIT

# "H"

# TO FOLLOW . . .

**Craig A Brand** <craig.brand@herasoft.com>  Mar 23, 2022, 2:24 PM (2 d
to Kim, ckellogg, craig, me

| | |
|---|---|
| from: | **Craig A Brand** <craig.brand@herasoft.com> |
| to: | Kim Farha <Kim_Farha@ksd.uscourts.gov> |
| cc: | ckellogg@kenberk.com, craig@thebrandlawfirm.com, oklahomaremote@gmail.com |
| date: | Mar 23, 2022, 2:24 PM |
| subject: | Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson |
| security: | 🔒 Standard encryption (TLS) Learn more |

**Be careful w** 

Gmail could not v... ments, or replying with
personal informat...

Report spam

Hi Kim. I'm on the road for...
Thank you.