# EXHIBIT

# "I"

# TO FOLLOW . . .

1. 
   | | |
   |---|---|
   | from: | **Kim Farha** <Kim_Farha@ksd.uscourts.gov> |
   | to: | "ckellogg@kenberk.com" <ckellogg@kenberk.com>, "craig@thebrandlawfirm.com" <craig@thebrandlawfirm.com>, "lmichel_kenberk.com" <lmichel@kenberk.com>, "oklahomaremote@gmail.com" <oklahomaremote@gmail.com> |
   | date: | Mar 23, 2022, 12:47 PM |
   | subject: | 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson |
   | mailed-by: | ksd.uscourts.gov |
   | signed-by: | fedcourts.onmicrosoft.com |
   | security: | 🔒 Standard encryption (TLS) Learn more |