# EXHIBIT

## "J"

## TO FOLLOW . . .

Delivered-To: oklahomaremote@gmail.com
Received: by 2002:ac8:6b8c:0:0:0:0:0 with SMTP id z12csp3906811qts;
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
X-Google-Smtp-Source: ABdhPJxjTb/Jkl2WNVu3GuTUkt6HXVhj2liCA/buEJ/SmL0W4d+qu7MSdfLTw9Qp8Of0ETCHBGSs
X-Received: by 2002:a05:6902:100c:b0:634:6534:c7e1 with SMTP id w12-20020a056902100c00b006346534c7e1mr1255368ybt.577.1648059872323;
        Wed, 23 Mar 2022 11:24:32 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648059872; cv=none;
        d=google.com; s=arc-20160816;
        b=Gz8od84Y//acsg8KacbsjOBwfMkUdvMcNU2iCm3WwAgQWDgDP8LlRkD/U8VDjLUrZN
         A9Vtvo6cNp9UsR96fK5YLRGwSrmSCjb6EqvU4H3PPaxGj7PYOSWaKsOKoaAkqLJLwJur
         MefTEsWgdvxbqcZHQ6XJIvDRpi4N1iUUjEog/DZsLbnoXzuKAGuZ2JHgr5DbS88yyqQN
         Kaq9k/mRuMNgy+EJYPT7bykYR3GWRNDrts+VrgKMJzj6hUQPtjbe6VRV7PPteEkcLzsE
         vGl2BXmrqgYu2mLML8cZ9OB37uLlluZx/2C5QM4xI4mPIPqqKhxLSxxFf3a4CQwN5gpV
         Po2A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com;
        s=arc-20160816;
        h=to:in-reply-to:cc:references:message-id:date:subject:mime-version
         :from:content-transfer-encoding;
        bh=YxX6pYxxe6Mq+QkbugF5wUxrfebKChFCf9nuy7eV4KE=;
        b=pPIdyDqcA0AJWltDUgwpyQhVezB0yzz6QTjRitSPDyg+IeKtOCf6gXWwVm0EHaY7E6
         Tq8+y/SMvLQXkcMxro9D545Dq/690J7X72RfjNFsEaJnpDUFsld7t2c1yFFT7oHdgaxn
         RLrg45LKLYi73ztAW6hNiAqd33a9stFbQuEf2KwSIgvX0UBxRROGSDrVKz3pWflIp7+0
         aMwQi98k5iXJ/TGw10j6+eveo/zmYUz0SXHb+YdLkpi6TIqf5MbPKJJBplmTrrQ8tHM8
         K8DW8R1bTL9QpFOk5VCIr7FKX1hmX0tse+2jX/NYTIbtgeLypzWMIky5OKBdCoeBNDwe
         R8yg==
ARC-Authentication-Results: i=1; mx.google.com;
       spf=softfail (google.com: domain of transitioning craig.brand@herasoft.com does not designate 74.208.4.196 as permitted sender) smtp.mailfrom=craig.brand@herasoft.com;

dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com

Return-Path: <craig.brand@HERAsoft.com>

Received: from mout.perfora.net (mout.perfora.net. [74.208.4.196])

    by mx.google.com with ESMTPS id c62-20020a0dda41000000b002e5bb9dcb45si12431413ywe.462.2022.03.23.11.24.32

    for <oklahomaremote@gmail.com>

    (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);

    Wed, 23 Mar 2022 11:24:32 -0700 (PDT)

**Received-SPF: softfail** (google.com: domain of transitioning craig.brand@HERAsoft.com **does not designate** 74.208.4.196 as permitted sender) client-ip=74.208.4.196;

Authentication-Results: mx.google.com;

    spf=softfail (google.com: domain of transitioning craig.brand@HERAsoft.com does not designate 74.208.4.196 as permitted sender) smtp.mailfrom=craig.brand@HERAsoft.com;

    dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com

Received: from smtpclient.apple ([18.117.252.18]) by mrelay.perfora.net (mreueus004 [74.208.5.2]) with ESMTPSA (Nemesis) id 1MORpi-1niatE0eVy-00PyWI; Wed, 23 Mar 2022 19:24:30 +0100

Content-Type: multipart/alternative; boundary=Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB

Content-Transfer-Encoding: 7bit

From: Craig A Brand <craig.brand@HERAsoft.com>

Mime-Version: 1.0 (1.0)

Subject: Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson

Date: Wed, 23 Mar 2022 12:24:27 -0600

Message-Id: <44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com>

References: <DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com>

Cc: ckellogg@kenberk.com, craig@thebrandlawfirm.com, oklahomaremote@gmail.com

In-Reply-To: <DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com>

To: Kim Farha <Kim_Farha@ksd.uscourts.gov>

X-Mailer: iPhone Mail (19C63)

X-Provags-ID: V03:K1:e0patInmQ1IWDJ5AesHlPZxY2h72z08abNzmjJSP+XgaVcuckMk
wgjbbL5g+jnU4xazxRBH09MXIbvDf9ulMOKt/xyvg83aBotsmJ24j2WC4aMM6Jk+VqFfyIx
S9jVO7vLgqtkfVpI0mGQ6BUWu33Kk+a6/tlN7DJcBWa4AwqdS5zlKgfQOl+S3vz8f7DZgda
Nf49LRTu7adeXWODipqiQ==

X-Spam-Flag: NO

X-UI-Out-Filterresults: notjunk:1;V03:K0:BlGMPNl1Wv0=:c2Chz/Pamelz8wfoHOl/aWjyvM/ALSJl3TxRlIf2BhNE1W6y2YhOXCI6o3JTa/TyHzcwjGsOqA8RgOc6lGTjoy8rzrI70w3hqAGyV5/I38RX+yn3Si3WCyBWgNzYkvdZgqJgJcScZcxVevCH2FCCcVzr6CjLZ0josb3SgEJR
e3xn30Lp5JTB73PqeiqbdIao/kpblwlbaQT6qqz0LXsJ9aNv8Un9s2HKYFRgZdEqdOGLYHEH03lgChlWyiAYIQm2dyCa95z/JX60ifCp4Ypz010ZoDSWKl2gtGzZYpDpdfvFpTcaJgJIu+AX5SZ+sPNND5gcP8US7Jv716Ur5OgmqLTCNMGfwaLPHCbJ2llLwfa+sAe+7GfdRcmoRnXDpPvrL9L
iDlu7zzdyeUqqyV/VsGMUiknKL9UOcysdaWgDOYeHP1OlwmC63Hi+ggX8IE/h+G+w2pfRZVla
pUDjOZ2el0KTb3qoQuCS2FmfCE3aBi7VoxsS73Ua/Wci9MF11YcYGwZOaDWz+iS0q0YMWTzZP
Ars7pXc0BWUcJItqKo2tFPDQujX2cviGLd/v+GAi63gbJ2nvRpN+6RDO5NNwXD1jBrIeErFSN
DVoO30bj4HrOL2oVkFKMck8hMFVPc5lIurSOVJ94crysRll/2T9QjPokTuz0PSkbTXp/BOuJBH+vbHQbG+mt7ONzzyTd8BS5o1X/8yUyDzb3GO8xnAN08B3hM71Wco4hT4coWlYzA+lt3O1+QP DUhMF60KJL6m65QV