# EXHIBIT

# "K"

# To Follow . . .

It is obvious and evident Craig Alan Brand EDITED the receivers of the return response from craig.brand@herasoft.com masked and hidden non-compliant email address:

In the original email it was stated:

```
from:        Kim Farha <Kim_Farha@ksd.uscourts.gov>
to:          "ckellogg@kenberk.com" <ckellogg@kenberk.com>,
             "craig@thebrandlawfirm.com" <craig@thebrandlawfirm.com>,
             "lmichel_kenberk.com" <lmichel@kenberk.com>,
             "oklahomaremote@gmail.com" <oklahomaremote@gmail.com>
date:        Mar 23, 2022, 12:47 PM
subject:     5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc.
             et al v. Nelson
mailed-by:   ksd.uscourts.gov
signed-by:   fedcourts.onmicrosoft.com
security:    🔒 Standard encryption (TLS) Learn more
```

YET in Brand's response he purposefully EDITED the recipients of his reply as to purposefully remove lmichel@kenberk.com from his reply response from the TLD herasoft.com

```
from:      Craig A Brand <craig.brand@herasoft.com>
to:        Kim Farha <Kim_Farha@ksd.uscourts.gov>
cc:        ckellogg@kenberk.com,
           craig@thebrandlawfirm.com,
           oklahomaremote@gmail.com
date:      Mar 23, 2022, 2:24 PM
subject:   Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas,
           Inc. et al v. Nelson
security:  🔒 Standard encryption (TLS) Learn more
```