# EXHIBIT

# "L"

# To Follow . . .



**PLAINT**



To the First Defendant:

HERCULES SEZC
McGrath Tonner Corporate Services Limited
5th Floor Genesis Building
Genesis Close
George Town
Grand Cayman

To the Second Defendant:

AG HERC, INC
Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle
Delaware 19808
USA

THIS PLAINT has been issued against you by the above-named Plaintiff in respect of