# Exhibit

# "M"

# To Follow . . .



Michael Nelson <oklahomaremote@gmail.com>

# 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson

**Kim Farha** <Kim_Farha@ksd.uscourts.gov>                                                                      Wed, Mar 23, 2022 at 12:47 PM
To: "ckellogg@kenberk.com" <ckellogg@kenberk.com>, "craig@thebrandlawfirm.com" <craig@thebrandlawfirm.com>, "lmichel_kenberk.com" <lmichel@kenberk.com>, "oklahomaremote@gmail.com" <oklahomaremote@gmail.com>

Counsel and Mr. Nelson,

Below is the Zoom invitation for the April 11, 2022 hearing in this matter.

Judge Birzer's Chambers is inviting you to a scheduled ZoomGov meeting.

Topic: My Meeting

Time: Apr 11, 2022 10:00 AM Central Time (US and Canada)

Join ZoomGov Meeting

https://www.zoomgov.com/j/1604580414?pwd=WWk5VjIjajhRVEg4eGd6OUFNa0tqUT09

Meeting ID: 160 458 0414

Passcode: 410504



# Kim Farha

## Law Clerk

For the Hon. Gwynne E. Birzer
United States Magistrate Judge
U.S. Courthouse
401 N. Market Room 322
Wichita, KS 67202
       Direct Line: 316-315-4365
       Chambers Line: 316-315-4360
       Email: Kim_Farha@ksd.uscourts.gov