# Exhibit

# "Q"

# To Follow . . .

Money laundering is a process which typically follows three stages to finally release laundered funds into the legal financial system.

3 Stages of Money Laundering

- Placement (i.e. moving the funds from direct association with the crime)
- Layering (i.e. disguising the trail to foil pursuit)
- Integration (i.e. making the money available to the criminal from what seem to be legitimate sources)



