KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFF'S NOTICE OF FILING DEFENDANT'S NOTICE OF NON-AVAILABILITY AND ABSOLUTE REFUTE BY THE U.S. ATTORNEY'S OFFICE IN CONTRADICTION TO DEFENDANT'S REPRESENTATION TO THE COURT ON MARCH 15, 2022

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith give Notice of Filing as Exhibit "A" attached hereto the Defendant MICHAEL NELSON's Notice of Non-Availability sent by email to the Court and the Magistrate Judge on March 15, 2022, and the Plaintiff's obtained Refute from Chantelle Dial, Assistant United States Attorney.

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T: (785) 825-4674
F: (785) 825-5936
E: lmichel@kenberk.com
*Attorney for Plaintiffs*

*Chad M. Koehn et al. vs. Michael Nelson*
*Plaintiff's Notice of Filing Defendant's Notice of Non-Availability*
Case No. 22-CV-04007-JWB-GEB
Page 2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2022, the foregoing *Notice of Filing the Defendant's March 15, 2022, Notice of Non-Availability* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses shown below:

Michael Nelson
9450 S.W. Gemini Drive
PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com


                                                /s/ Larry G. Michel

From: **Dial, Chantelle (USAOKN)** Chantelle.Dial@usdoj.gov
Subject: Michael Nelson
Date: March 31, 2022 at 12:58 PM
To: craig@thebrandlawfirm.com, ckellogg@kenberk.com, lmichel@kenberk.com

Good afternoon,

I learned through a rather extensive grapevine that Mr. Nelson claimed he was unavailable for a hearing in 22-CV-04008 for a number of reasons including meetings with AUSA Dail on April 6 and 7. I believe he's referring to me. I met Mr. Nelson recently when he walked into the US Attorneys Office in Tulsa and asked to speak to the duty attorney. I gave him my name then, but have had no further contact with him. He does not have meetings scheduled with myself or with the FBI on those dates or any other dates.

Please let me know if you need any additional information.

Chantelle Dial
Assistant United States Attorney
Tribal Liaison
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
Office: 918.430.3555

Confidentiality Notice: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at chantelle.dial@usdoj.gov, or by reply e-mail, or at the telephone number above, and destroy all copies of the original message.

---

Michael Nelson - Pro Se
Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

15 March 2022 [Ides of March '22]

### NOTICE to the US District Court of Kansas

Regarding: Non-Availability of the Defendant

In regards to Case: **5:22-CV-04008-JWB-GEB**

To the Clerk of the Court and Chambers of Judge Birzer:

After having complied with Order #29 In filing Amendment, the defendant informs the court of unavailability due to travel, testimony, court dates, attorney meetings, legal engagements without limitation meetings, testimony with Federal Officials, criminal proceedings & defense attorneys.

The defendant will be unavailable the entirety of the following dates:

24 and 25 of March; due to Travel to Oklahoma

28 March: due to all day meetings with Criminal Defense Attorneys and law firms

29 March through 1 April; due to Criminal Proceedings in Court, in the 11th Judicial District OK

4 and 5 April; meetings with Federal Native American Tribal Officials & Criminal Defense

6 and 7 April; meetings with AUSA Dail and FBI with family and other victims

8 April Travel to the East Coast for testimony the following week

The Defendant has further tentative travel plans at the determination of US officials, the Defendant will promptly notify the Court regarding future travel, meetings and court dates.

When the Court permits motions in this above herein referenced matter, the defendant shall seek a STAY of this action, pending the resolution of the criminal proceedings in the 11th Judicial District of Oklahoma. Those proceedings are directly related hereto, as stated by plaintiff. Chad Koehn's name appears on police reports as a "suspect". Craig Brand is expected to testify. Defendant has received a plethora of discovery and is expected to receive more than 25,000 documents which many will certainly be related to **5:22-CV-04008-JWB-GEB**

Defendant has in the interests of justice, savings to the Courts and the parties attempted now, 4 separate times to resolve the issues at bar, recently in a letter dated 9 March 2022, Rule 408, to Chris Kellogg; as with all communication the defendant receives no response whatsoever.

Respectfully,

/s/

Michael Nelson, Pro Se, Defendant