# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn**<br><br>　　　　Plaintiffs,<br>　　v.<br>Michael Nelson<br>　　　　Defendant PRO-Se. | **DOCKET NO.:**<br>5:22-CV-04008-JWB-GEB<br><br><u>CIVIL ACTION</u><br><br>**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand**<br><br>**[Jury Trial Demanded]** |

**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand**

**SECURITIES FRAUD in PROCESS**

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of **Memorandum HeraSoft email of Craig Brand - Email Analysis,** attempted FRAUD by Craig Alan Brand, defendant so herein now alleges and states as follows:

1. The defendant having the need to file Document 40 as supplement to Document 30; within Document 40 is Exhibit "A", marked as Document 40-1

2. Chad Mitchell Koehn having publicly filed conflict of interest with co-plaintiff United Capital Management of Kansas Inc. as stated on pages 23 and 24 of Document 40-1

==================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand**
**SECURITIES FRAUD in PROCESS**
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>　　　　- 1

3. Document 40-1 a registered disclosure document filed with SEC (Securities Exchange Commission) is a required disclosure document
   a. https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

4. On pages 23 and 24 Chad Mitchell Koehn states information related to "Anthem Holdings Co." a holding corporation located in the US State of Delaware, believed to be the entity which combined numerous corporations in a contested illegal short form merger as a means of "smurfing" a type of money laundering:
   a. Short Form Merger: known as a parent-subsidiary merger, a short-form merger is **a merger between a parent company and its substantially (but not necessarily wholly) owned subsidiary, with either the parent company or the subsidiary surviving the merger**.
   b. 18 U.S.C. § 1956(a)(1), punishes persons engaging in certain "financial transactions" that involve "proceeds" of "specified unlawful activities" (predicate offenses which include virtually all white-collar crimes as defined under 18 U.S.C. § 1956(c)(7)).

5. Chad Mitchell Koehn believed under illegal, unethical, immoral advice of Craig Alan Brand known as the "partner in deception" has recently filed a new ADV disclosure document with the SEC (Securities and Exchange Commission) and other regulatory bodies. Exhibit "A" attached herewith.

6. The Defendant was informed by government officials of this new filing by Koehn

7. The new filing by Koehn contains material changes which are not noticed as required in the documents beginning, wherein conversely to prior filings and public facing

================================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand**
**SECURITIES FRAUD in PROCESS**
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>                - 2

statements Chad Mitchell Koehn NOW removes the conflict with Anthem Holdings Company from the March 2022 filing as attached in Exhibit "B" as compared with that filing as documented in 40-1:

   a. https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.40.1.pdf

8. The new filing as attached herewith and incorporated herein as Exhibit "B"

9. Another filing by Chad Mitchell Koehn which the defendant was not previously aware, though made aware by federal regulators is also attached herewith for reference as Exhibit "A"

10. The defendant seeks judicial notice regarding the factual documents as filed and for later reference, as per filings made or to be made regarding a host of violations

11. Given the request under Petition for WRIT of MANDAMUS as documented in Document Number: 16 and found in Internet Archives at:

   a. https://ia801509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.16.0.pdf
   b. References a new SEC filing using the bigoted term "RED NECK" titled as the company: "Red Neck High Tech Yahct Fund LLP", out of the US State of Delaware, although under the NERVE CENTER legal analysis is actually operated from United Capital Management of Kansas Inc. address
   c. In the attached Exhibit "A", spoliation of evidence related to "Anthem Holdings Co." has now been removed and pages 23 and 24 of the prior filing as previously found from August of 2021 has all references to "Anthem Holdings Co." removed.

===============================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand SECURITIES FRAUD in PROCESS**
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>                - 3

d. New information regarding "RED NECK High Tech Yacht Fund LLP" is now found in the ADV as attached herewith Exhibit "A"

12. In typical form of Craig Alan Brand, he is using ex parte harassment, threats, intimidation of opposing party as well as purposeful misdirection and misleading of the Court and the opposing party (defendant) in the emailing of false and fraudulent headers and from email addresses party to similar litigation and currently under other court orders. Brand seeks to muddy the waters of this matter at bar by causing a plethora of false and fake criminal reports and protective orders to discredit the defendant and otherwise violate the due process of the matter at bar.

13. Brand is using information obtained here to "GUESS" as to the extent of Federal criminal cases against his clients and is directing Spoliation and destruction of evidence by attempts to mask, hide, conceal and obsurfcate evidence which may be needed at trial in whatever Federal District these trials will eventually commence.

14. Brand's reputation as the "partner in deception" is well documented herein now this record as in other cases involving Craig Alan Brand

15. Brand's actions by and through plaintiff CHAD MITCHELL KOEHN are now herein documented with the attached Exhibits "A" and "B" for reference herein and in memorandums to be forthcoming regarding the statements contained therein the attached Exhibits "A" and "B"

16. Brand takes liberties with the truth and creates false resume data and information, as is evident from Craig Alan Brand's statements in the book he authored: "I don't Care What Mom Says: LIFE SUCKS!":

===================================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand**
**SECURITIES FRAUD in PROCESS**
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>            - 4

a. *"I [Craig Alan Brand], for instance, <u>have championed the art of disinformation</u>.  **I intentionally provide people with false information...**"* page 118.  **[EMPHASIS ADDED]**
    i. "I intentionally provide people with false information"

WHEREFORE, the defendant respectfully requests Judicial Notice and Rule 201 as to the new filings by CHAD MITCHELL KOEHN on behalf of co-plaintiff United Capital Management of Kansas Inc. as attached herewith and so identified as Exhibits "A" and "B".

Via this NOTICE/Memorandum and Judicial Notice under rule 201 and requesting this notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.   And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

================================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand SECURITIES FRAUD in PROCESS**
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>                - 5

Respectfully Submitted, this 1st day of April 2022.

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

Exhibits "A" and "B" attached herewith

================================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand SECURITIES FRAUD in PROCESS**
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.   - 6

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge hickman, whose secretary clerk states judge hickman and his court supersedes the jurisdiction and authority of the US District Federal Court for the District of Kansas. The providing of this pleading and any future pleadings made herein this case to any attorney of record for Chad Mitchell Koehn is expressly done as not to communicate with nor be provided in any form to the person of Chad Mitchell Koehn; as the defendant herein is expressly not requesting, directing nor dictating another to contact Chad Mitchell Koehn or provide to Chad Mitchell Koehn any document, exhibit, pleading or other communication of any nature whatsoever in relation to this matter at bar. To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order of Judge Hickman who claims superior and superseding orders to that to the US District of Kansas Federal Court. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any manner or nature whatsoever with the person of CHAD

===================================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand SECURITIES FRAUD in PROCESS**
Legal Liability attached <u>Kennedy Berkley Yarnevich and Williamson Chtd.</u>       - 7

MITCHELL KOEHN, and/or any of the aliases used by CHAD MITCHELL KOEHN which are believed to possibly be used as or be perhaps separate persons Landon Koehn or Jess Clayton Koehn all of which shall have formal orders and demands for prosecution of threats levied and received by defendant against elderly and others in violation of law.

Respectfully Submitted, this 1st day of April 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===============================================================================
**Spoliation of Evidence by Chad Mitchell Koehn at direction of Craig Alan Brand SECURITIES FRAUD in PROCESS**
Legal Liability attached Kennedy Berkley Yarnevich and Williamson Chtd.     - 8