# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

United Capital Management of
Kansas, Inc. and **Chad M.
Koehn**

        Plaintiffs,

   v.

Michael Nelson

        Defendant

PRO-Se.

**DOCKET NO.:**

**5:22-CV-04008-JWB-GEB**

**CIVIL ACTION**

**Memorandum HeraSoft
email of Craig Brand**

**Email Analysis**

**[Jury Trial Demanded]**

---

**Memorandum HeraSoft email of Craig Brand - Email Analysis
HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes
of **Memorandum HeraSoft email of Craig Brand - Email Analysis,** attempted FRAUD by
Craig Alan Brand, defendant so herein now alleges and states as follows:

1. 23 March 2022, Craig Alan Brand, responded to an electronic mail notice from Clerk
   Kim Farha of the Chambers of Magistrate Judge Birzer, regarding a Zoom hearing
   notice, see document filed in:

   a. Email from Kim Farha Clerk Judge Birzer Chambers

===============================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis
HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

- 1

2. The email address used to send Craig Alan Brand an email was [craig@thebrandlawfirm.com](mailto:craig@thebrandlawfirm.com) yet Craig Alan Brand responded through attempted fraud and certain deceptive misleading acts from [craig.brand@herasoft.com](mailto:craig.brand@herasoft.com)

3. Through a detailed automated analysis by Cyber Security experts, although [www.HeraSoft.com](http://www.HeraSoft.com) claims themselves as a company which are "cyber security experts" themselves, the domain TLD for the email processing is not in compliance with a tremendous number of protocols. Hera Software Development Inc., a claimed "cyber security" company with Craig A. Brand a self-proclaimed expert in cyber security, has a woefully non-compliant email, which he purposefully sent to mislead, misdirect, commit fraud upon opposing party and clerks of the Chambers of a United States Magistrate Judge, using the alias email address of Hera Software Development Inc. [www.HeraSoft.com](http://www.HeraSoft.com)

=================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 2 -

**Delivery Information**

> ❌ DMARC Compliant
>> ✅ SPF Alignment
>> ❌ SPF Authenticated
>> ❌ DKIM Alignment
>> ❌ DKIM Authenticated

4.

5. HeraSoft Failing 3 out of 4 protocols as to DMARC Compliance, as per (4) above. Though Hera Software Development Inc. bills itself to the public as "cyber security" experts, the TLD and email systems are NOT in Compliance with DMARC, attached herewith Exhibit "A"

6. DMARC record is the core of a DMARC implementation in which the DMARC record rulesets are defined. This DMARC record informs email receivers if a domain is set up for DMARC. If so, the DMARC record contains the policy which the domain owner wants to use. In essence, a DMARC record a DNS (Domain Name Service) entry. One can start using DMARC by implementing a DMARC DNS record. This DMARC record will be used by email receivers which have adopted DMARC. This will result in keeping track of all the messages which have been sent to your domain taking your DMARC policy into account.  See Exhibit "A"

=====================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 3

7. By failing DMARC the purported Cyber Security company HeraSoft demonstrates clearly why it cannot be trusted with cyber security. See Exhibit "A"

8. Craig Brand purposefully used a HeraSoft email address to mislead, misdirect and commit general fraud in legal proceedings and communications with the Chambers of a sitting United States Magistrate Judge staff and specifically the Clerk for the Chambers of United States Magistrate Judge Birzer of the US District of Kansas, United States Federal Court, specifically Kim Farha a Law Clerk.

9. The masked, hidden, DECEPTIVE email address, linked to www.HeraSoft.com; specifically craig.brand@herasoft.com the TLD www.HERASOFT.com is linked to a DELAWARE Corporation, plaintiff Chad Mitchell Koehn, a plaintiff in the above herein referenced matter is directly related according to press reports he himself as self published, and the www.HeraSoft.com website:

   a. Chad Mitchell Koehn Board of Directors HeraSoft a purported noncompliant cyber security company

10. The self proclaimed "Cyber Security" Experts of Hera Software Development Inc. aka HeraSoft www.Herasoft.com HAVE NO DMARC. Certainly a self proclaimed "cyber security" company would have this especially wherein Craig Alan Brand

====================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 4

publicly declares himself a "cyber security" and "crypto" Specialization and Expert in areas of Technology, certain the most basic technology of email is something Craig Brand knows as well as tying his shoes or as basic in the practice of law as filing a truthful affidavit signed under penalties of perjury.

11. The SPF Authentication for the email address:  craig.brand@herasoft.com with the masked and hidden address Brand projects has **FAILED!**
    a. SPF Failed for IP - 74.208.4.196

12. 18 U.S.C. § 1956(a)(1), punishes persons engaging in certain "financial transactions" that involve "proceeds" of "specified unlawful activities" (predicate offenses which include virtually all white-collar crimes as defined under 18 U.S.C. § 1956(c)(7)).

13. "SPF" = The Sender Policy Framework (SPF) is **an email-authentication technique which is used to prevent spammers from sending messages on behalf of your domain**. With SPF an organisation can publish authorized mail servers.

14. It is scary and frightening to believe a company which claims to be in the business of cyber security, is headed by a 30+ year experienced technology expert and legal "pitbull" as he describes himself, as opposed to descriptions by law enforcement as the "partner in deception" no SPF, (see 13 above), on electronic mail addresses he masks, hides, conceals, in order to carry on a fraudulent interactions to mislead

====================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 5 -

and misdirect opposing parties in litigation as well as the Law Clerk of a United

States Magistrate Judge's Chambers in the US District of Kansas Federal Court.

15. No DKIM-Signature header found, in the email used by Craig Brand to mislead, and defraud communications with opposing party and the Chambers of Judge Birzer. To explain DKIM-signature attached hereto find Exhibit "B". The purported "Cyber Security" company HeraSoft www.herasoft.com does not even use the DKIM-signature for securing its own email, this is of concern since HeraSoft claims to have a multitude of government contracts and makes claims to be the security firm securing critical infrastructure of the United States government.

16. **DKIM-Signature is not aligned**   DKIM Alignment hinges the domain in your "FROM" header matching the domain used in the DKIM signature (d=domain.com). This uses a relaxed format by default which means that a sub-domain would align as well. If this value is changed to strict in your DMARC record then the domain must match exactly.   If there are multiple DKIM signatures, only one of them must align for DKIM alignment to be valid.  Again scary that Craig Brand claims to be an expert with specialization in "crypto" and "cyber security" and even "robotics" yet something as basic as email he is unable to secure, how then is HeraSoft actually securing the Nation's infrastructure as claimed?  Could it be Craig Brand and Chad Mitchell Koehn are falsely stating he has US government contracts in order to solicit investment funds from the elderly?

| Header Name | Header Value |
|---|---|
| Delivered-To | oklahomaremote@gmail.com |

=================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

| | | |
|---|---|---|
| 1 | X-Google-Smtp-Source | ABdhPJxjTb/Jkl2WNVu3GuTUkt6HXVhj2liCA/buEJ/SmL0W4d+qu7MSdfLTw9Qp8Of0ETCHBGSs |
| | X-Received | by 2002:a05:6902:100c:b0:634:6534:c7e1 with SMTP id w12-20020a056902100c00b006346534c7e1mr1255368ybt.577.1648059872323; Wed, 23 Mar 2022 11:24:32 -0700 (PDT) |
| | ARC-Seal | i=1; a=rsa-sha256; t=1648059872; cv=none; d=google.com; s=arc-20160816; b=Gz8od84Y//acsg8KacbsjOBwfMkUdvMcNU2iCm3WwAgQWDgDP8LlRkD/U8VDjLUrZN A9Vtvo6cNp9UsR96fK5YLRGwSrmSCjb6EqvU4H3PPaxGj7PYOSWaKsOKoaAkqLJLwJur MefTEsWgdvxbqcZHQ6XJIvDRpi4N1iUUjEog/DZsLbnoXzuKAGuZ2JHgr5DbS88yyqQN Kaq9k/mRuMNgy+EJYPT7bykYR3GWRNDrts+VrgKMJzj6hUQPtjbe6VRV7PPteEkcLzsE vGl2BXmrqgYu2mLML8cZ9OB37uLlluZx/2C5QM4xI4mPIPqqKhxLSxxFf3a4CQwN5gpV Po2A== |
| | ARC-Message-Signature | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=to:in-reply-to:cc:references:message-id:date:subject:mime-version :from:content-transfer-encoding; bh=YxX6pYxxe6Mq+QkbugF5wUxrfebKChFCf9nuy7eV4KE=; b=pPIdyDqcA0AJWltDUgwpyQhVezB0yzz6QTjRitSPDyg+IeKtOCf6gXWwVm0EHaY7E6 Tq8+y/SMvLQXkcMxro9D545Dq/690J7X72RfjNFsEaJnpDUFsld7t2c1yFFT7oHdgaxn RLrg45LKLYi73ztAW6hNiAqd33a9stFbQuEf2KwSIgvX0UBxRROGSDrVKz3pWflIp7+0 aMwQi98k5iXJ/TGw10j6+eveo/zmYUz0SXHb+YdLkpi6TIqf5MbPKJJBplmTrrQ8tHM8 |

========================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

- 7 -

17.

| | |
|---|---|
| ARC-Authentication-Results | i=1; mx.google.com; spf=softfail (google.com: domain of transitioning craig.brand@herasoft.com does not designate 74.208.4.196 as permitted sender) smtp.mailfrom=craig.brand@herasoft.com; dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com |
| Return-Path | <craig.brand@herasoft.com> |
| Received-SPF | softfail (google.com: domain of transitioning craig.brand@herasoft.com does not designate 74.208.4.196 as permitted sender) client-ip=74.208.4.196; |

18. Softfail on domain in transition craig.brand@herasoft.com not designate 74.208.4.196

sender; indicating the FRAUD committed by Craig Alan Brand

19.

| | |
|---|---|
| | |
| | |
| | |

==================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 8

| | |
|---|---|
| Authentication-Results | mx.google.com; spf=softfail (google.com: domain of transitioning craig.brand@herasoft.com does not designate 74.208.4.196 as permitted sender) smtp.mailfrom=craig.brand@herasoft.com; dmarc=fail (p=NONE sp=NONE dis=NONE) header.from=herasoft.com |

===================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 9

| | |
|---|---|
| Content-Type | multipart/alternative; boundary=Apple-Mail-54BB5039-5B2D-4AE3-A02E-2A58D25AA4FB |
| Content-Transfer-Encoding | 7bit |
| From | Craig A Brand <craig.brand@herasoft.com> |
| Mime-Version | 1.0 (1.0) |
| Subject | Re: 5:22-cv-04008-JWB-GEB United Capital Management of Kansas, Inc. et al v. Nelson |
| Date | Wed, 23 Mar 2022 12:24:27 -0600 |
| Message-Id | <44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com> |
| References | <DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com> |
| Cc | ckellogg@kenberk.com, craig@thebrandlawfirm.com, oklahomaremote@gmail.com |
| In-Reply-To | <DM8PR09MB6678C3F5A9229F791222EAFBBE189@DM8PR09MB6678.namprd09.prod.outlook.com> |
| To | Kim Farha <Kim_Farha@ksd.uscourts.gov> |
| X-Mailer | iPhone Mail (19C63) |

==================================================================

**Memorandum HeraSoft email of Craig Brand - Email Analysis**

**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

| | | |
|---|---|---|
| | X-Provags-ID | V03:K1:e0patlnmQ1IWDJ5AesHlPZxY2h72z08abNzmjJSP+XgaVcuckMk wgjbbL5g+jnU4xazxRBH09MXIbvDf9ulMOKt/xyvg83aBotsmJ24j2WC4aMM 6Jk+VqFfyIx S9jVO7vLgqtkfVpI0mGQ6BUWu33Kk+a6/tlN7DJcBWa4AwqdS5zlKgfQOI+ S3vz8f7DZgda Nf49LRTu7adeXWODipqiQ== |
| | X-Spam-Flag | NO |
| | X-UI-Out-Filterresults | notjunk:1;V03:K0:BlGMPNl1Wv0=:c2Chz/Pamelz8wfoHOl/aW jyvM/ALSJl3TxRllf2BhNE1W6y2YhOXCl6o3JTa/TyHzcwjGsOqA8RgOc6lG Tjoy8rzrl70w3 hqAGyV5/I38RX+yn3Si3WCyBWgNzYkvdZgqJgJcScZcxVevCH2FCCcVzr6 CjLZ0josb3SgEJR e3xn30Lp5JTB73PqeiqbdIao/kpblwlbaQT6qqz0LXsJ9aNv8Un9s2HKYFRg ZdEqdOGLYHEH0 3lgChlWyiAYIQm2dyCa95z/JX60ifCp4Ypz010ZoDSWKl2gtGzZYpDpdfvFpT caJgJIu+AX5S Z+sPNND5gcP8US7Jv716Ur5OgmqLTCNMGfwaLPHCbJ2llLwfa+sAe+7Gf dRcmoRnXDpPvrL9L iDlu7zzdyeUqqyV/VsGMUiknKL9UOcysdaWgDOYeHP1OlwmC63Hi+ggX8l E/h+G+w2pfRZVla pUDjOZ2el0KTb3qoQuCS2FmfCE3aBi7VoxsS73Ua/Wci9MF11YcYGwZOa DWz+iS0q0YMWTzZP Ars7pXc0BWUcJltqKo2tFPDQujX2cviGLd/v+GAi63gbJ2nvRpN+6RDO5NN wXD1jBrIeErFSN DVoO30bj4HrOL2oVkFKMck8hMFVPc5lIurSOVJ94crysRll/2T9QjPokTuz0P SkbTXp/BOuJB H+vbHQbG+mt7ONzzyTd8BS5o1X/8yUyDzb3GO8xnAN08B3hM71Wco4h T4coWlYzA+lt3O1+QP DUhMF60KJL6m65QV |

=================================================================

**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

- 11

20. Craig Alan Brand, in typical DECEPTIVE fashion as has been well witnessed in his limited appearance at bar in the referenced matter, purposefully with malicious intent to mislead and commit fraud responded to Chambers of Judge Birzer from a masked, hidden email. Response by Craig Alan Brand to the email sent to craig@thebrandlawfirm.com was to respond from a masked, hidden and DECEPTIVE address craig.brand@herasoft.com linked directly back to www.herasoft.com Craig Brand's purposes of this fraud and misleading was to attempt a "trap" against the PRO SE defendant in this matter, in hopes to get the Pro Se Defendant thrown into another jail in order to attempt to MURDER him as Brand has been successfl in inducement of fraudulent reports claiming protective order in California where none exist and then orchestrating lies to police in order to falsely detain and imprison the pro se defendant in order to win civil litigation.

   a. *"I [Craig Alan Brand], for instance, have championed the art of disinformation*. **I intentionally provide people with false information...**" page 118. **[EMPHASIS ADDED]**

      i. "I intentionally provide people with false information"

   WHEREFORE, the defendant respectfully requests Judicial Notice of the materially false, misleading, attempted fraud committed by Craig Alan Brand in his purposeful, willful, knowing false direction, misleading in attempts to unjustly, illegally induce criminal charges and revocation of conditions in order to once

   ================================================================
   **Memorandum HeraSoft email of Craig Brand - Email Analysis**
   **HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

again falsely imprison the Pro Se defendant, so that he can win a civil litigation here at bar.  The fraud, misdirection and certainly misleading electronic mail addressing which is woefully not in compliance with generally accepted security practices despite Craig Alan Brand's public display claiming to be a "cyber security" expert, demonstrates clearly Craig Alan Brand's purposeful "DECEPTION" and why law enforcement in Florida at the highest level refer to Craig Alan Brand as the "partner in deception".  As well demonstrated with overwhelming proof positive Craig Brand's attempted fraud and certain knowing misdirection and misleading electronic mail response to the Chambers of Magistrate Judge Birzer of the United States District Court of Kansas a United States Federal Court, demonstrates clearly Craig Brand's willful attempts to defraud the parties and the Courts.  It is requested the Court make referral to the Federal Bar and the State Bars in every State, locale, territory and nation where Craig Alan Brand claims he has, is or publicly declares he is a member for investigation and prosecution of the fraud at bar and the materially misleading attempts to mislead opposing parties in litigation.  Email response from craig@thebrandlawfirm.com but in response the hidden email address of craig.brand@herasoft.com aka in the false and misleading email of

=================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 13

craig.brand@herasoft.com

<44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com>

The Hera Soft TLD:  www.HeraSoft.com


Further it is requested that this Honorable United State Federal District Court for Kansas, make immediate emergency referral to the Federal Bar Association and the Federal Bar for this Court for investigation and disbarment of Craig Alan Brand from the practice of law.


The defendant shall be working with volunteer retired attorneys and law schools in the preparation and filing of formal bar complaints, per advice of counsel in Oklahoma to be filed against Craig Alan Brand, in this Court to each and every bar association he is a member; though it is the responsibility in the protection of the public at large for the Court itself to make such referral and prosecution of Craig Alan Brand to prevent further consternation and untoward delay in the resolution of matters before the Court.  It is in the interests of justice, to do substantial justice and prevent further disruptions and certain frauds from occurring in communications with the opposing parties and the Chambers of a United States Magistrate Law Clerk.

For referral to each and every location where he has practiced or is currently practicing law including without limitation all US States, Territories and foreign

============================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 14

jurisdictions.  It is requested that the US Federal Court initiate bar investigations and disciplinary actions per the Local Rules, Federal Rules of Civil Procedure, **Rules of Professional Conduct** and make referral to each jurisdiction where Craig Alan Brand is permitted to practice, is appearing or has appeared.  Including reports and notices to foreign jurisdictions in the United Arab Emirates, the DCIF in UAE, and in accordance with United Arab Emirates Federal Law no. 23 on the Regulation of the Legal Profession (16 December 1991) and Executive Council Resolution no.22 of 2011; to be attached therewith current complaints and reports through diplomatic channels.    For filing and attachment to current complaints in Saudi Arabia as set out in Article 3 of the Code of Law Practice, in Saudi Arabia where Hera Software Development Inc. claims offices and Craig Alan Brand claims to practice law in violation of the laws of the Kingdom of Saudi Arabia.   With notice to the Costa Rican Bar Association and under direct notice in the international treaties between the United States and Costa Rica under the "Ley Orgánica del Colegio de Abogados No. 13 de 28 de octubre de 1941; Codigo Notarial Ley 7764"; the defendant shall work with Spanish attorneys from Spain under international treaty for notice and formal legal complaints as to ethics and violations of Ley Orgánica del Colegio de Abogados No. 13 de 28 de octubre de 1941 etAl. within the jurisdiction of Costa Rica and for notice to the Bar Association of the US State of Florida upon any and all findings for disbarment proceedings, suspension and/or other disciplinary action for the misleading, deceptive, wrongful, purposeful, knowing acts of Craig Alan Brand in direct violation of the Rules of Professional Conduct and the filing of false, materially misleading, deceptive, inaccurate, UNTRUE affidavits, and deliberate fraud against this Court and

====================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

- 15

misleading of opposing parties in Federal Litigation in the United States of America.  Because the actions of Craig Alan Brand are "sponsored" by the law firm Kennedy Berkley Yarnevich and Williamson Chartered under the Rules of Professional conduct and in accordance with the terms in each bar association action shall attach and so be complained of to each bar association where now or previous any attorney representing any individual in any other district, county or bar association relating to Kennedy Berkley Yarnevich and Williamson etAl are and/or have been engaged in the practice of law.

**The Law firm Kennedy Berkley Yarnevich and Williamson etAl. and each and every attorney and/or lawyer appearing under such "flag" as under master servant relationship or sponsorship therewith is each jointly and severally legally liable for the obvious and evident violations to the Constitutional RIGHTS of the undersigned.  As well as the violations of those attorneys the law firm is "sponsoring" as pro hac vice, specifically Craig Alan Brand.  And for all actions at bar and in communications in the matter at bar especially those fraudulent, misleading, purposeful misdirecting communications in violation of every basic and fundamental right to fairness, all ethics and moral violations and those in violation of law.  All international treaties and laws so do attach pursuant with international treaty and the laws in each nation state and/or bar association for service back to originating bar associations both in acceptance of Craig Alan Brand pro hac vice and/or any current or past appearances by Craig Alan Brand in the practice of law, given his attempted fraud in email here.**

=====================================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

- 16

Larry G. Michel etAl. having personally sponsored the "partner in deception" Craig Alan Brand and his law partner Logan Ryan Golema, has therefore attached herewith the firm Kennedy Berkley Yarnevich and Williamson Chartered, together with each named partner therein to the legal liability so attaching the violation to the defendants "Natural Law" rights as afforded under the US Constitution and therefore under each of the several States laws under the 14th Amendment to the US Constitution, without limitation. The attempted fraud and harassment at the hands of Craig Alan Brand is an extension by law and ethics code under the Rules of Professional conduct for the materially deceptive, misleading and purposeful attempted fraud in the email craig.brand@herasoft.com as well pleaded to herein.

Wherefore each and every attorney/lawyer bar licensed and/or under sponsorship and/or master servant relationship or other applicable reason at law who has actually or intended as a matter of occupation or work to violate and otherwise MOLEST, INTIMIDATE, HARASS, STALK, ANNOY via and through intentional infliction of emotional distress in the materially false, misleading, attempted fraudulent emailing of the defendant in hopes the defendant will inadvertently and/or accidentally violate another courts underlying order and/or subject the defendant to financial losses to "significant equity interest" in dozens of companies, thereto related to Hera Software Development Inc. of the US State of Delaware, a company with which defendant owns millions of shares of stock and as recently testified to under oath by it's president

========================================================================
Memorandum HeraSoft email of Craig Brand - Email Analysis
HeraSoft.com Hera Software Development Inc. purported Cyber Security Company
- 17

**Cynthia Diane French Blanchard, the defendant is a "significant equity interest" holder of majority stock, one of the top 5 largest shareholders thereunder. It is without any doubt the actions of Craig Alan Brand are for self pecuniary gain, as he acts in COLLUSION, of CONSPIRACY to Violate US Federal Law, the Rules of Professional Conduct and certainly the Local Rules and Federal Rules of Civil Procedure in the matter here at bar in the US District of Kansas Federal Court.**

Via this Memorandum Concerning Electronic Mail fraud and misleading actions of CRAIG ALAN BRAND and Judicial Notice and requesting this notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

=================================================================================

**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 18

Respectfully Submitted, this 4th day of April 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;  filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge hickman, whose secretary clerk states judge hickman and his court supersedes the jurisdiction and authority of the US District Federal Court for the District of Kansas.  The providing of this pleading and any future pleadings made herein this case to any attorney of record for Chad Mitchell Koehn is expressly done as not to communicate with nor be provided in any form to the person of Chad Mitchell Koehn; as the defendant herein is expressly not requesting, directing nor dictating another to contact Chad Mitchell Koehn or provide to Chad Mitchell Koehn any document, exhibit, pleading or other communication of any nature whatsoever in relation to this matter at bar.   To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order of Judge Hickman who claims superior and superseding orders to that to the US District of Kansas Federal Court. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any manner or nature whatsoever with the person of CHAD

===============================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**

- 20

MITCHELL KOEHN, and/or any of the aliases used by CHAD MITCHELL KOEHN. In no way

shape or form is this an attempt to have any communication with Chad Mitchell Koehn, any and

all pleadings and filings so made are made explicitly for the purposes as stated and the certificate

of service is simply a requirement of the US Federal Court, thus any and all communication and

electronic notification to bar licensed counsel for the opposing party, plaintiffs in this matter

Chad Mitchell Koehn and the purported corporation UCM which Koehn claims a direct conflict

of interest, is explicitly not directed to or inferred to be any form of communication with Chad

Mitchell Koehn.

Respectfully Submitted, this 4th day of April 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

========================================================================
**Memorandum HeraSoft email of Craig Brand - Email Analysis**
**HeraSoft.com Hera Software Development Inc. purported Cyber Security Company**
- 21