# Exhibit

# "A"

# To Follow . . .

## DMARC policies

When you're using DMARC you can set up a policy to define how you want the receivers to handle emails which fail the DMARC checks.

*You can choose one of these 3 DMARC policies:*

> **none:** Just monitor the results and do not take specific action for failing messages. Use this policy to start gathering DMARC reports and analyzing the data in these reports.
> **quarantine:** Put the messages which fail the DMARC checks in quarantine. This mostly means that receivers will place these messages in the junk folder.
> **reject:** Reject all messages which fail the DMARC checks. The receivers should do this 'on SMTP level' which means the messages will bounce directly in the sending process.

