# Exhibit

# "B"

# To Follow . . .

