# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and **Chad M. Koehn** <br><br> Plaintiffs, <br> v. <br> Michael Nelson <br><br> Defendant <br> PRO-Se. | **DOCKET NO.:** <br> <mark>**5:22-CV-04008-JWB-GEB**</mark> <br><br> **CIVIL ACTION** <br><br> **Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered under Local Rules or FRCP Suspected Unauthorized Practice of Law** <br><br> **[Jury Trial Demanded]** |

**Objection to Non Lawyer Non Party Non Pro Se person receiving electronic notice not covered under Local Rules or FRCP**

**Suspected UNauthorized Practice of Law by personnel at Kennedy Berkley Yarnevich and Williamson given the Local Rules and Procedures of the Court as follows …**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of

**Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice and**

**filing not covered under Local Rules or FRCP, or Rules of Professional Conduct Suspected**

**Unauthorized Practice of Law**, defendant so herein now alleges and states as follows:

It has come to the attention of the Pro Se defendant in this above herein captioned matter

that electronic notices and service is being made within the US Federal Court of the US District

of Kansas electronic notices system to a "Non Party", "NON Attorney", "Non Pro Hac Vice"

approved person who is acting as an attorney in contravention to the Rules of Professional

Conduct, the Federal Rules of Civil Procedure, Local Rules of the Court and certainly the Rules

of Professional Conduct.  <u>This appears to operate as unauthorized practice of law</u>, given the fact

the Pro Se defendant cannot find anywhere within the local rules of the Court where a non-party,

non-attorney, non-pro hac vice attorney, can receive electronic notification, electronic service of

documents, filing of documents in any matters at bar.


It is with apologies to the Court that the Pro Se Defendant must bring this matter to the

attention of the Court, however, given the fact at virtually every turn of the matter at bar, the

opposing counsel has sought through trickery, deceit, deception, material misrepresentation,

direct and indirect violations of the Local Rules and Federal Rules of Civil Procedure and

especially the Rules of Professional Conduct to cause as much consternation and untoward delay

in the simplest of filings, motions and pleadings to purposefully and maliciously cause as much

stress, anxiety, emotional distress, costs to the party of the Pro Se defendant in this matter at bar.

IF NOT for the purposeful maliciousness of the actions and behaviors of the opposing party, the

PRO SE defendant would not have such need for heightened concern in every matter now before

the Court.   Yet, it is the violations to the Rules and the ever changing nature of the rules,

procedures and conduct of the opposing counsel which has and continues to have the need for the

Pro Se defendant to so notice the Court and when and where appropriate and when motions are

allowed again in the matter to make motions in order to appropriately and justly protect the basic

and fundamental rights of the Pro Se party.  Including those right enumerated in the US

Constitution those basic rights of due process of law.

================================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                    - 2

Since the onset of the litigation at bar the opposing counsel as used every dirty trick underhanded trick, mask, hide, concealment, hurl racial hatred slur, violation, purposeful action to cause the Pro Se party as much stress, anxiety, intentional infliction of emotional distress, excessive costs, need to file motions and demands for basic fundamental fairness, as is humanly possible in defending the basic and fundamental rights of the Pro Se party in this US Federal Court; as short but certainly not complete list of the actions and certain violations to the rights of the Pro Se party and the fundamental rights under due process at law being and have continued to be committed by the opposing counsel include to date:

1. Racial and ethnic SLUR in the underlying petition, signed by Two Bar Licensed Attorneys; requiring filing of Document 5; [Memo and Motion for Disbarment Concerning HATE SPEECH in Petition](#); as the Pro Se defendant's CIVIL Rights and Civil Liberties were obviously being violated and supporting evidence in Document 12, requesting Judicial Notice [Judicial Notice Bigotry by Chad M. Koehn etAl with supporting evidence](#); filed after a response by opposing attorney Larry Gene Michel as noted in Document 9; wherein he simply proferrs excuses in "ERROR" and "FAIL"; having had the justified need to file Document 12, outlining proof positive in the naming conventions of corporations as BIGOTED, the Pro Se defendant discovered clear violations of State and Federal Law, thus necessitating extraordinary relief to the people of these the United States of America through the filing of document 16, a petition for a Writ of Mandamus to the Securities Exchange Commission and the Kansas Attorney General etAl. and all other so therein named law enforcement, inlcuidng without limitation the CFTC, FTC, IRS and other so concerned State and Federal entities.

2. Larry G. Michel has caused to be filed repetitive woefully deficient in requisite requirements motion after motion to strike basic filings and pleas of the Pro Se defendant to have time to answer the petition.  As a **result of the legal tactics employed** by Larry G. Michel etAl the Pro Se defendant has had the need to vigorously defend and make demands for more definitive statements under Rule 12(e); see document Defendant's First MOTION for definitive statement under Rule 12(e) as to Papers 10 & 15 which are repetitive without merit;  to combat the excessive repetitive Rule 12(f)(2) filings of Counsel Michel, where a bar licensed attorney sought to entirely strike the entirety of motions filed with the purpose of having time to respond to the petition, and saving the parties significant costs and time.  The Pro Se defendant seemingly can ask for nothing of the Court and request no ability to defend.  It is the actions of opposing counsel at every turn and in every filing that seek to ensure the Pro Se defendant has neither time to devote to any other pursuit nor time to respond to the underlying petition at bar, as **opposing counsel clearly has no intention to litigate in any semblance of fairness,** according to established rules Local and Federal and certainly looks to violate the Rules of Professional Conduct at every moment possible for no other reason but to harass, intimidate, threaten, terrorize, petrify, **extort and generally torture the Pro Se Defendant**.  The filings which are known by the Pro Se defendant as the records indicate Michel through an underhanded, dirty trickery, had filed a number of documents and motions to the Court which although he signs a "Certificate of Service" he neither notified electronically nor via USPS mail **as he is required** and **he swore an oath**

**stating** he **_had_**.  Due directly to the legal trickery of Larry Michel the Pro Se defendant had the need to file document 13; Motion to Amend and Correct Simple filing for Extension of time to Answer petition of Chad Mitchell Koehn; it should not be necessary for the Pro Se defendant to have to file so much paperwork and documents simply to exert a right, to answer the underlying petition, yet it appears the legal strategy of the opposing counsel to make the defendant to spend every day and waking moment working to secure the most basic and fundamental rights under law, all while opposing counsel flouts the Rules Local and Federal certainly those of the Rules of Professional Conduct.

3. All the while as the record indicates the Pro Se defendant has had the need to file notices and motions for recognition of compliance with the Rules, while the opposing counsel purported bar licensed attorneys flagrantly and openly flout every basic rule and procedure.  It appears the flagrant disregard of the basic fundamentals of litigation, due process of law, compliance with Local and Federal Rules and Rules of Professional Conduct is **treated as a "game" by opposing counsel, a "catch us if you can" mentality** with regards to their filings, more than 75% made in secret to the Court and purposefully not mailed to the Pro Se defendant as required!    The Pro Se defendant submits litigation, especially litigation in a Federal Court should not be pursued with the mentality as being demonstrated by the opposing purported bar licensed counsel who are playing "catch us if you can" games with flagrant flouting of the basic rules.  The Pro Se defendant should not have the need to constantly point out deficiencies in filings and demand the basic fundamental rights of fair due process in the litigation.  The Pro Se

defendant has none-the-less continues to operate above board and in good faith, filing "Notices of Compliance" for example; document 4 Notice of Compliance; document 11: Motion for Order on Compliance with Service; even there in Document 11, the Pro Se defendant notices the opposing counsel of the concerns regarding Rule 7.1(b) in demonstrating a connection with a large Billion Dollar public company; document 14 Notice of Compliance regarding removal Notice in Compliance with Removal; Document 18, a Certificate of Compliance: Certificate of Compliance doc 18 email to the County Court; All the while the defendant is noticing the Court of good faith compliance with the Rules and operating above board the opposing counsel is continuing to file documents and motions to strike the entirety of filings making unfounded complaints without any supporting specificity and dictating the opposing counsel "will not burden the court with specificity". Pro Se Defendant even in document 20, Document 20 Notice in Compliance request for order specifically demonstrated via multiple Exhibits: Exhibit A receipt of delivery of the removal to Saline County Court and every stop along the way of the USPS mailing of said Notice; AND Exhibit B a letter from the United States Postal Service showing clearly the signature of Lynda Johnson with date when delivered. Despite the clear intentions of the PRO Se Defendant attempting to comply with every Rule and Procedure, to date the opposing counsels have done nothing but cause delay, antagonization, consternation, untoward delay to harass, intimidate, molest, extort, blackmail and generally cause the Pro Se defendant anxiety, stress, sleepless nights of worry, concern that something is not filed, a timeline is not met, a response was not made, a document is not in compliance, that the Pro Se defendant has

missed some technical detail or some other obscure filing. Especially wherein opposing

counsel does not deliver to the Pro Se defendant the filings they made to the court

purposefully so they can attempt ex parte communications to the court. All the actions

and filings of the Pro Se defendant are obviously the intention of the Pro Se defendant to

comply with every procedure, rule and order of the Court and beg for the basic

fundamental fairness in due process of law. Even as the Pro Se Defendant is filing

Notices of Compliance and doing the absolute best to file all the notices and fight for the

basic fundamental rights the opposing counsel continues in flagrant disregard for the

basic tenants of the Rules of Professional Conduct. The opposing counsel, REFUSES

1. Deliver copies of what it files to the Court to the Pro Se

2. Return phone calls

3. Return emails

4. Return Letters; nor return reply to Rule 408 requests

5. Discuss the case with possible attorneys for the Pro Se

6. Discuss settlement with mediators

7. Return phone calls of advocates and mediators

8. Discuss the matter with Legal Aid or return phone calls

It is evident the opposing counsel has sought to generally frustrate the process and cause an

exorbitant amount of undue hardship and stress upon the Pro Se defendant whilst as

demonstrated above refusing all and any basic fundamental professionalism in any

communication whatsoever with the Pro Se defendant or those the Pro Se has sought to assist in

this ever increasingly complex series of consternation and untoward delay caused by opposing

================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                    - 7

counsel.  Obviously the opposing counsel has deliberately set up a situation where the Pro Se defendant can only file to the Court as the opposing counsel even Chris Kellogg, who the Pro Se defendant shares a similar age, patterned life history, who the Pro Se defendant specifically addressed a letter directly to, refused any communication after sending a formal letter to Mr. Kellogg, who like the Pro Se defendant is a fellow EagleScout, supporter of the Boy Scouts of America, student of Spanish history and language, and a number of other factors, none-the-less even Mr. Kellogg refused any communication to the Pro Se defendant, and even in his filing of appearance in the matter at bar, Chris Kellogg refused to mail the same to the person of the defendant, seeking to present himself by surprise, rather than above board with integrity as the Rules of Professional Conduct and certainly procedure require.  Ergo for the remainder of this matter at bar the Pro Se defendant cannot and will not attempt any communication with any opposing counsel due to their unprofessionalism in refusal to return any communication other than filings to the matter at bar.   This is most unfortunate and certainly is the direct cause of the Pro Se defendants need to file notices, motions, and other pleadings to the Court as the Court shall be the only form of communication between the Pro Se defendant and the opposing parties.

4.  It was not until nearly 3 weeks and half a dozen pleadings filed by opposing counsel and a pleading sent to them in document 23, [MOTION for Order Compelling Plaintiffs to COMPLY with Required Rule under FRCP](); did opposing counsel actually for the first time COMPLY with Federal Rules of Civil Procedure in Rule 7.1(b) where opposing counsel actually filed the required pleading, which the Rule states must be filed PRIOR to ANY other Pleading or Request to the Court!  Then dutifully in the interest of the

Court and the Parties, the Pro Se defendant filed later document 36; Notice of Withdrawal of Document 23; as document 23 was then "moot" cause opposing counsel had finally filed the required disclosure, although possibly in dispute as to its legitimacy given opposing counsel's obvious and flagrant untruthfulness in their filing of Document 24, a motion claiming to have "verified" document 24-1 as "true and accurate"; wherein purported attorney Larry G. Michel writes in the Court approved and provided language of the Motion of Document 24: "I have verified that the information contained in the affidavit is true and accurate." The "I" in the statement of Document 24 is that of LARRY GENE MICHEL, one of the several opposing counsel for the plaintiffs, Motion for Leave to include pro hac vice affidavit as true and accurate; having seemingly sought to play the "catch us if you can" attitude to their filings in this matter, document 24-1 a sworn affidavit, by Craig Alan Brand; was filed Sworn Affidavit of Craig Alan Brand filed and signed under the penalties of perjury; at first the defendant like the Court, simply saw the "verified" statement of Larry G. Michel assumed the affidavit must be 100% verified as "true and accurate", WOW the Pro Se and Court were badly mistaken.

5.  None-the-less in the interests of substantial justice and to ensure the Pro Se defendant's rights were not being somehow taken away, obsurfacted or otherwise denied, the Pro Se defendant decided to actually read the affidavit, in document 24-1, something that as the record so indicates Larry G. Michel did no such thing, despite essentially swearing that he had "verified" the affidavit as "true and accurate". The Pro Se Defendant read through the affidavit and immediately number (6) of the affidavit jumped out as being not

accurate, with the inclusion of the "article" "THE" twice which does not appear in the originating affidavit as supplied by the Court, slightly concerned the Pro Se defendant decided to take a closer look at the affidavit and found much of it to be untrue, thus certainly inaccurate as well. **Curious how a purported bar licensed attorney like Larry G. Michel could SWEAR he had "verified" the sworn affidavit filed** under the penalties of perjury, the defendant dutifully reached out to Larry G. Michel and even requested Legal Aid to do the same, **as usual** Larry G. Michel refused any communication or return phone call or email to the defendant or his representatives. Therefore the defendant Pro Se conducted some field research to see if anyone else would spot the deficiencies in the affidavit. Sending a copy to his family overseas, school children who know the English language as their FOURTH Language, making them young 7 year old polyglots were able to spot the obvious incorrect English language use in number (6) of the affidavit, even more frightening they were able to all zero in on other statements in the same affidavit which then also would not be true given the purposeful errors in the affidavit at number (6), the Judge Magistrate had commented that Craig Brand "played fast and loose with number six" when discussing the affidavit; the dictionary describes the phrase "fast and loose" as: **"to behave in a clever and dishonest way"**; [merriam-webster definition Play fast and loose](). The dictionary goes on to describe it as: ***"He was accused of playing fast and loose with the truth."*** The Pro Se Defendant has consulted the online version of the popular legal dictionary "Blacks Law Dictionary" and has not found any similar phrase legally speaking, see: [https://thelawdictionary.org/?s=fast+and+loose]() The Pro Se defendant had as is obvious

in the record, many other concerns with the affidavit in 24-1, though being summarily denied the opportunity to object in writing the pro se defendant did take it up on motion of reconsideration under Rule 72 to the District Court, as is his right, and will do so in interlocutory appeal and Rule 22 motion to USSC if necessary.  With the addition of additional evidence to the Rule 72 motion and documentation in the Pro Se defendant's dutifully and timely filed motion to the District Court in Document 41; Re-consideration of Objection of Order in Doc 28 Under FRCP Rule 72 APPEAL from Magistrate Judge Ruling to Lifetime Appointed Federal Jurist; the Pro Se Defendant did also file exhibits in support of the motion, although not separated in the Docket, the docket management is not something the Pro Se defendant is familiar with as of yet, but the Pro Se defendant shall make certain to make motions to correct titling, descriptions and markers within the docket report itself when the time is right for motions again and to ensure the docket is correctly reflecting of the titles to the filings so made, so upon appeal if necessary the appellate Courts and staff will be able to follow the case correctly and to prevent opposing counsel from misusing or abusing the descriptions within the docket **as they have been doing to date** as another form of their legal trickery, deception and materially misleading of the Court.  The Pro Se Defendant dutifully filed Exhibits A through I in support of the motion for reconsideration "appeal" to the District Court in document 41, Exhibits in material support of Document 41 reconsideration of the application of Craig Alan Brand pro hac vice.

6. OBVIOUSLY opposing counsel saw the certain logic and concern of an attorney filing a fraudulent, untruthful and inaccurate affidavit and seeing the "ERROR" in his ways Larry G. Michel responded to the Pro Se defendant's filing in document 41, with a series of filings himself including a "certificate of good standing" document 44 and a declaration of Mark E. NeJame document 45, Declaration of Mark E NeJame the opposing counsel also filed document 46, objecting to some but not all of document 41 motion for reconsideration with the rebuttals in documents 44 and 45; the Pro Se defendant dutifully read all the documents and filed objections to document 44 and joined opposing counsel with request for judicial notice in document 45 as it supports another contention that the affidavit in document 24-1 is false, inaccurate, untruthful and perjury by a bar licensed attorney.

7. The Pro Se Defendant filed a Sur-reply to the opposition objection of the opposing counsel Michel in document 46, a dutiful filing in the interests of substantial justice, to prevent manifestation of injustice and to preserve the information for appeal, under collateral order doctrine for interlocutory appeal if it becomes necessary to secure the rights of the Pro Se defendant to a fair and balanced litigation and trial given the legal shenanigans, deception, outright lies and general chaos caused the "partner in deception" Craig Alan Brand. The Defendant's sur-reply is proper Sur-reply to Doc 46 in opposition of Doc 41 Motion for Reconsideration under Rule 72 which is document 49 together with exhibit "A" Website 2010\Forms\Civil\Motion for Leave to Appear Pro Hac Vice.docx the precise language and detailed instructions written in fifth grader reading

==================================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                    - 12

level for comprehension and instructions for the attorneys explaining exactly what must be filed and the exact and precise language to be used, Pro Se defendant submits even a child in single digit years of age can figure out the precise need and way to file the motions and affidavit, needing not deliberate changes to cause the excessive amount of documentation to be so filed to the record proving the falsity of both documents 24 and 24-1 in the docket, demonstrating clear deception, inaccuracy and untruthfulness by the purported bar licensed opposing counsel and the sponsored pro hac vice counsel.

8. On 23 March 2022, the Clerk, Kim Farha of Magistrate Judge Birzer's Chambers dutifully emailed the parties a link for an upcoming hearing. Though the original message was lost due to the onslaught of UCE (Unsolicited Commercial Email) flooding the Pro Se defendants electronic mail box, believed caused by the "partner in deception"'s legal advisor, lawyer Logan Golema, who has in the past done the exact same thing to the pro se defendant. A subsequent reply was caught and brought to the attention of the Pro Se Defendant, BECAUSE the reply from Craig Alan Brand did not come from the email address used by the Chambers of the Court to communicate to Craig Brand, instead in misleading certainly deceptive and fraudulent possibly illegal means Craig Alan Brand sent a reply from [craig.brand@herasoft.com](mailto:craig.brand@herasoft.com) the defendant having been served simultaneously with many different legal filings all on the heels of the plaintiffs 4th or 5th appeal from the case in NEVADA being found in the defendants favor and the **plaintiffs continually having their claims in appeals rejected,** including most recently by a three (3) Justice Panel in Nevada, which found ONCE AGAIN **UNANIMOUSLY**

FOR THE PRO SE DEFENDANT, the plaintiffs now have gone off the rails sending and filing dozens of legal actions of every possible type and kind against the Pro Se defendant in this matter. The defendant and family have had the need to hire lawyers across the planet to deal with the crazy level of false charges and legal filings being directed in COLLUSION against the person of the defendant in a certain **RICO fashion of predatory collusion in order to extort and blackmail "significant equity interest" in a number of securities and other investments from the person of the defendant and family.**

9. The unconscionable actions of the opposing counsel demonstrates clearly before the Court of the unprofessional and certainly frivolous nature of the plaintiffs action and the righteousness of the defendants actions in the vigorous defense of the **legal shenanigans** and overall **purposeful wanton legal hell of "legal extortion"** being brought against the Pro Se defendant from virtually every angle and court possible. **All believed orchestrated by and masterminded by the "partner in deception" Craig Alan Brand.** It is for these reasons that it is upon information and belief that Craig Alan Brand working under sponsorship of Kennedy Berkley Yarnevich and Williamson Chartered made the fraudulent, misleading, purposeful emailing from the domain "HeraSoft.com" www.herasoft.com to person of the defendant in hopes of getting the defendant on a "technical violation" of the order of another Court. The defendant dutifully phoned the Chambers of Judge Birzer to discuss the matter, reported the matter to criminal defense attorneys, with their report to law enforcement and courts and civil law attorneys working

on a host of different civil rights and liberties lawsuits, as well as reported the matter to

family across the United States and across the globe, so all persons so affected could

begin the vast variety of their own due diligence and legal filings to protect everyone's

interests, as it is obvious based on Craig Alan Brand's behavior and attempts he meant to

cause the massive disruption he has in his fraudulent misleading misdirection in his email

from craig.brand@herasoft.com in reply to an email sent to craig@thebrandlawfirm.com

it is for the reasons of this deception the defendant cannot in good faith communicate

with any of the opposing counsel via any electronic means, including without limitation

electronic mail or telephonic communication, as the pro se defendant will not place

himself at risk of some technical violation of some other order of one of the many other

courts the massive legal machine being orchestrated by Craig Alan Brand the "partner in

deception" has concocted "RUSES" to unfairly and quite possibly as it has already been

proven in several instances illegally detain and/or imprison the pro se defendant, a simple

pedestrian layman who blew the WHISTLE as a WHISTLEBLOWER on this "gang" of

crypto currency and cyber alleged criminals and their RICO organization.


10. While all the documents filed by the Pro Se defendant are the proximate direct cause of

   the behavior and actions of the purported licensed counsel in opposition.  The Pro Se

   defendant has continued to receive an onslaught of UCE (Unsolicited Commercial Email)

   flooding the brand new email account for use in this case.  AND has received a boat load

   of extrajudicial ex parte harassment, threats, extortion, blackmail and as if all this is not

===============================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                    - 15

bad enough indicating bad faith litigation by the purported bar licensed attorneys, they have employed a vast array of other tricks, deceptions and general legal harassment.

11. When the Pro Se defendant went to Court in Oklahoma, they filed repetitive protective orders and then Chad Mitchell Koehn filed a protective order having the Pro Se defendant served just before court with ridiculous claims, including without limitation claims **Chad Mitchell Koehn needs protection from sexual acts** when Chad Mitchell Koehn is "incapbalb eof giving consent", certainly indicating that Chad Mitchell Koehn is often inebriated or under some sort of drug induced psychosis as is e**vident of some sort of mental instability** feeling the need to harass the defendant with a protective order and yet another court case and yet another trial, while Chad Mitchell Koehn is represented by nearly half a dozen law firms and numerous attorneys here in the US FEDERAL COURT.

12. The Pro Se defendant has not had any verbal conversation with Chad Mitchell Koehn for more than a year, and the Pro Se defendant has still NEVER been to the US State of Kansas. Chad Mitchell Koehn's supposed fear of sexual acts when **he {Chad Mitchell Koehn} is inebriated or otherwise "incapable of giving consent" or some sort of "nonconsensual sexual act", is unfounded.** The Pro Se defendant has NEVER been to Kansas, and more over the **Pro Se defendant has NO sexual interest in Chad Mitchell Koehn, despite whatever fantasies or concerns Chad Mitchell Koehn has regarding "nonconsenual sexual act"(s) and or sexual act when Chad Mitchell Koehn is inebriated or otherwise incapable therefore incapacitated due to drug use**; OR

whatever other reason Chad Mitchell Koehn has to request the time and costs of yet

another Court.  The Pro Se defendant has now had the need to secure yet another lawyer

in yet another Court to represent the Pro Se defendant's interests in that Court.

13. The Pro Se defendant as soon as he is able to secure all the documents will immediately

file with this Court copies of the ridiculous claims of Chad Mitchell Koehn which are

said to include the name of Attorney Michel (though believed spelled by Chad Mitchell

Koehn as "MICHAEL" and not "MICHEL") and includes the name of Craig Alan Brand

with claims Brand has filed criminal charges against the Pro Se defendant, therefore has

certainly a "professional prejudice" against the Pro Se Defendant and as such MUST as a

matter of law be so disqualified in any form of representation.  As well as many other far

fetched fantastical claims of Chad Mitchell Koehn.  There can be no doubt given the

plethora of content and actions of the opposing counsel and the plaintiffs themselves they

are seeking to harass, defame, interfere with every aspect of the Pro Se defendant's life,

while simultaneously seeking to prevent the Pro Se defendant from responding to their

filings and/or making filings himself.


**Seeing how the opposing counsel has purposefully committed so many egregious and**

**unprofessional actions** and inactions in the matter, the Pro Se defendant has taken it upon

himself to conduct in depth research regarding issues that arise and does so herein provide

evidentiary documentation as attached herewith and herein as proof positive to the degrees the

Pro Se party is forced to go in order to discern what is allowed and what other trickery, deceit,

===================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                    - 17

deception the opposing party is preparing to thrust upon the Pro Se defendant and the Court. The opposing counsel has and continues to file frivolous malicious filings in Courts all over Kansas and the United States as the massive legal campaign being orchestrated is believed by the "partner in deception" Craig Alan Brand.

In research of why a non-party, non-attorney, is listed upon documentation received from the Court in the United States Postal Mail the Pro Se defendant has consulted the Federal Rules of Civil Procedure, the Local Rules of the Court and the online resources for the court, also found at: https://ksd.uscourts.gov/index.php/cmecf-instructions-resources/ It is obvious and evident given athe aforementioned that the Pro Se defendant must become even more concerned that other trickery, deceit, certain deception, material misrepresentations and over all untruthfulness is being filed and set up against the Pro Se defendant.

As such and in the interests of protecting the Pro Se defendant from whatever the next set of tricks, costs, time consumption, stress, anxiety, threats, intentional infliction of emotional distress, blackmail, extortion, physical attacks, false imprisonment, unlawful detainment, slander, libel, defamation or other underhanded act of deception and treachery this gaggle of attorneys and their ilk have in store, has now started a "deep dive", into ensuring everything in the matter at bar is correct and proper.

Given all the aforementioned and in the interests of substantial justice to ensure no rights or other underhanded acts are occurring here at bar, the defendant came to notice an abnormality

in the filings received via USPS (United States Postal Mail) from the Court.  In a receipt for a

document the Pro Se defendant received, shown herein below, regarding document 42; which it

took the Pro Se defendant 10 (TEN) days to receive after it was filed according to the time stamp

on the document compared with the time stamp and serial number assigned by the mail service

provided by Legal Zoom's EarthClass mail service, document 42 concerning:  OBJECTION

DEFENDANT NOT RECEIVING FILINGS MADE BY OPPOSING COUNSEL

the objection as so noted by the Pro Se Defendant is serious as it demonstrates clearly the sort of

legal shenanigans and legal games opposing counsel is playing by filing documents to the Court

which they then purposefully do not send to the Pro Se defendant.

LC3

**U.S. District Court**

**DISTRICT OF KANSAS**

**Notice of Electronic Filing**

The following transaction was entered on 3/18/2022 at 4:48 PM CDT and filed on 3/18/2022
**Case Name:**     United Capital Management of Kansas, Inc. et al v. Nelson
**Case Number:**     5:22-cv-04008-JWB-GEB
**Filer:**     Michael E. Nelson
**Document Number:** 42

**Docket Text:**
**NOTICE of Objection (titled "Objection Defendant Not Receiving Filings/Pleadings Made by
Opposing Counsel") by Michael E. Nelson (jsh)**

**5:22-cv-04008-JWB-GEB Notice has been electronically mailed to:**

Larry G. Michel     lmichel@kenberk.com, lbergman@kenberk.com

Christopher J. Kellogg     ckellogg@kenberk.com

Craig Alan Brand     craig@thebrandlawfirm.com

**5:22-cv-04008-JWB-GEB Notice has been delivered by other means to:**

Michael E. Nelson
9450 SW Gemini Drive
PMB 90924
Beaverton, OR 97008-7105

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=3/18/2022] [FileNumber=5541133-0
] [6ebc57ea17f955853c105e4008e9ce67543b4b4a2840e5288d3b49cbc48c63915b5
edccff129cf91f34b46921c5ef06f2ab1b01e766e2bbc0c5d6de567fd22a9]]

=======================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                                          - 19

The Court will note in the screenshot shown of the receipt received to the mailing address of record for the Pro Se defendant, next to the name of attorney Larry G. Michel appears not ONE … but Rather TWO (2) different email addresses, it would appear the second email address is another attorney who has yet to appear in the case. Yet somehow that attorney is now receiving electronic mail concerning the case, with electronic service and filing.

The defendant is concerned this is somehow another trick, deceit, deception, surprise to the defendant in some sort of other **legal shenanigan** to be deployed by opposing counsel as the record herein this notice and the docket itself so indicates the legal shenanigans of the opposing counsel have been a plethora since the onset of this matter, beginning with Larry G. Michel and Quinn Robert Kendrick's actions to lay in wait nearly a year and litigate via surprise when the defendant was unlawfully detained, physically injured after an attempt on his life, and then when the attempts on the defendant's life failed, **in the plaintiffs conspiracy of predatory collusion** with others, **Larry G. Michel and Quinn Robert Kendrick armed with confidential and protected information as to the location of the defendant sent a petition replete with racial slur of hate directed at the person of the defendant, into a highly racially charged violent environment with the hopes of finishing the job in the murdering of the defendant.**

The unknown email address apparently for another attorney who the defendant is hyper vigilant now given the surprise appearance of Chris Kellogg at the last hearing, doesn't want any more legal shenanigans and is dutifully and properly researching all the documents in the case in order to discern any abnormalities with the filings or docket so that any rights are not further eroded or infringed upon by the deceptions, failure to communicate and any of the other actions of the opposing counsel discovered this email address: lbergman@kenberk.com The pro se

defendant has dutifully searched DuckDuckGo (a search engine) and MSN (another Search Engine) and has even done a detailed search of Google Scholar, having found nothing.

The Pro Se defendant has continued in depth research and in the parsing of the email address: I bergman @kenberk.com so identifying possible names to be an attorney named "l bergman". Therefore conducting the detailed analysis prior to filing and providing the methodologies of such detailed analysis of the Local Rules, the Federal Rules and all resources available online to determine what exactly is going on here. The Pro Se defendant notes the stringent requirements for electronic notices in matters at bar with the US District of Kansas Federal Court. Found at: https://ksd.uscourts.gov/index.php/cmecf-instructions-resources/

It is noted that the instructions for the resources of the Court and the receipt of electronic notifications, service of process and filings is for "Attorneys, Pro Se", therefore since the email address TLD (Top Level Domain) is that of the website www.kenberk.com which is the website of the law firm Kennedy Berkley Yarnevich and Williamson Chartered, then the person whose email address is listed in the header as "l bergman", must by the nature of the requirements for electronic service within the Local Rules of the Court and within all the online instructions allowing for only registration and notices to Attorneys or Pro Se, the person named "l bergman" MUST therefore be an attorney. As an attorney the person must be registered as a member of the bar association otherwise it would be considered unauthorized practice of law and thus the firm Kennedy Berkley Yarnevich and Williamson Chartered would be committing a grave violation against the interests of justice and the rules of the Court.

The defendant is obviously performing incredible levels of due diligence in making a more than reasoned detailed inquiry in the interests of substantial justice in the matter. Seeing to

it that only Attorneys and Pro Se parties could apply for the electronic notifications, the person MUST therefore according to the procedures of the Court and the Local Rules be an attorney and therefore the attorney registration would be on file with the Federal Bar and the Kansas Bar.

The Pro Se Defendant having conducted the detailed analysis and contacted the bar association performing a detailed search of the Kansas Bar Association presents those findings in Exhibit "A" as attached herewith, thus demonstrating an attorney that does in fact have the surname "BERGMAN", though the "l" preceding the name is not immediately found. As the court will see in the attached Exhibit "A", the only member who has "BERGMAN" with a single "N" is a man named: "Victor A. Bergman" who lists himself as an out of state county. Nonetheless in the interests of justice and to search out to ensure prior to a filing before the court that the conduct complained of certainly would appear based on information and belief and in depth reasoned inquiry as to why this email address appears connected to Kennedy Berkley Yarnevich and Williamson Chartered and appears on documentation sent to the person of the Pro Se Defendant yet the pro se defendant as usual has yet to receive any new notice of appearance in the matter, yet this email address appears to demonstrate a new attorney is appearing or is otherwise engaged as the record so indicates based on the mailing to the person of the Pro Se defendant information showing the strange email address, the Pro Se Defendant then made an inquiry online to discover where "Victor A. Bergman" may be an attorney, given the prior conflicts with obvious intention to deceive and certain deception deployed with regards to Quinn Robert Kendrick, and the conflicts between Quinn Robert Kendricks public facing advertisements and those of Kennedy Berkley Yarnevich and Williamson Chartered, seeing how there is a patterned history of deceptive advertising practices in violation of Kansas State Law

and certainly Federal Law as well as the Rules of Professional Conduct, the Pro Se Defendant submits Exhibit "B" the information from the Kansas Bar association on Victor A. Bergman. The Pro Se Defendant discovered the document which is Exhibit "C", which is a copy of the Journal of the Kansas Bar Association, the Court will note on the last page of the Journal of the Kansas Bar Association, the man "Victor A. Bergman" who is the ONLY "Bergman" with a single "n" appearing in the register for the members of the Kansas Bar Association, belongs to a law firm named: "Shamberg Johnson and Bergman", what is more alarming is this separate law firm is not even located inside the US State of Kansas, the law firm states it is located in Missouri. ERGO and inter alia as the evidence demonstrates in the exhibits attached herewith, there appears no attorney named "l BERGMAN" located within the State of Kansas who is authorized to practice law, and the Local Rules and the procedures for electronic filing and notices do not permit non-parties non-attorneys to receive notifications or having filing privileges, this demonstrates via proof positive of minimally prima facie evidence that the law firm Kennedy Berkley Yarnevich and Williamson Chartered etAl are engaged in some sort of unauthorized practice of law scheme, wherein most likely the Pro Se defendant will be surprised by some new obscure filing or claim or procedural technicality where the opposing counsel will file some sort of collateral attack against the person of the Pro Se defendant. Therefore the Pro Se defendant seeking to head off any sort of other collateral or side attacks does so herein inform the Court of findings and as soon as motions are allowed will motion for production of evidence "l bergman" is an attorney and why this attorney has not filed a notice of appearance herein this matter.

The Pro Se defendant has not stopped there, seeing that there is another bar association or bar which attorneys belong besides the Kansas State Bar and unsure as to the rights to appearance here in the US District Court Federal Court vs. the State Courts, the Pro Se defendant has dutifully sought the lookup service of the members of the US District of Kansas Federal Court with the assistance of the Clerks Office of the US District Court, performing a search of the Bar for the US District Court the Pro Se defendant has attached herewith Exhibit "D", thereby locating yet another "BERGMAN" who is listed for the US Federal District Court of Kansas but did not appear in the State of Kansas Bar lookup and search conducted. This other "BERGMAN" is listed with information from the Johnson County Bar Association and apparently works as a Trustee of the District Court, see Exhibit "E", within said Exhibit "E" there was a listing of contact information for Bradly Bergman, who goes by the name "Brad", the Pro Se defendant dutifully phoned him and had a lengthy conversation, describing everything going on and the concern if he were entering an appearance in the US District Court of Kansas in the above herein referenced matter at bar. After Mr. Brad Bergman had an opportunity to lookup the case number as the Pro Se defendant so provided to Mr. Brad Bergman, and described all the ongoings and the need to ensure there was no other trickery, deceit, deceptions occurring, the Pro Se Defendant and Mr. Brad Bergman had a conversation regarding Mr. Brad Bergman's role within the Court, and interestingly Mr. Brad Bergman knew of Mr. Chris Kellogg, as both apparently work in both Bankruptcy and in child support matters. Mr. Brad Bergman initiated detailed searches of his systems as did the Pro Se defendant, and it was ultimately determined Mr. Brad Bergman is NOT the "bergman" listed on the email which has appeared in the electronic records as a disseminated email address for an attorney who apparently is receiving

notifications, yet has not made an appearance in the matter above herein referenced. Thereby eliminating all potential "bergman" persons located either in the Kansas State Bar or the Federal Bar, the Pro Se defendant doing the best possible job determining now that in fact the email address listed for another [www.KenBerk.com](http://www.KenBerk.com) email of an unknown attorney receiving notices and service in the matter, cannot possibly be a bar licensed attorney in either the State of Kansas Bar Association or the Federal Bar, and given the fact no other appearance records have been delivered to the Pro Se Defendant it is obvious that the firm of Kennedy Berkley Yarnevich and Williamson Chartered has an unauthorized person who is practicing law and has unauthorized unfettered access to electronic service, notifications and filing within the above herein referenced matter. Given the fact both Quinn Robert Kendrick in his woefully deficient withdrawal and Chris Kellogg in his notice of appearance failed to deliver to the person of the Pro Se defendant their notices of withdrawal and of appearance, it is surmised that Kennedy Berkley Yarnevich and Williamson Chartered has no intention of noticing the Pro Se Defendant of what is going on and who this unknown and obviously non-party, non-prose, non-attorney with an email address within the firm of Kennedy Berkley Yarnevich and Williamson Chartered and is appearing or at least receiving electronic service, notifications and filing rights. This appears to indicate the opposing counsel is planning some other deceitful, deception against the Pro Se defendant and the Court, therefore an investigation should take place and head off any other deceitful, deception occurring within the matter at bar. The Pro Se Defendant submits together with the attached Exhibits A through E, the Pro Se Defendant has to the best of his ability conducted in depth analysis of this issue and the obvious potential of an unauthorized person having unfettered access to the case. Certainly given all the woefully deficient filings, failures to follow Federal

Rules of Civil Procedure, hate slur in petition, email games of Craig Alan Brand misleading and defrauding both the Court and the Pro Se defendant, it is in the interests of justice and for case management that the Court be aware of the potential fraud and certain involvement of a non-licensed person who has gained access to the case at bar. This is of even greater concern given Craig Alan Brand's purposeful involvement of the news media, requiring the defendant to request investigative reporters from around the world to monitor the case and whatever inconsistent with the truth news media reports the "partner in deception" Craig Alan Brand plans to distribute or has already done so. Craig Brand has a reputation for going after news media and muddying the waters to speak colloquialism or in the proverbial sense. Craig Brand is well known for seeking to litigate in the media rather than in the course of the litigation.

WHEREFORE, the defendant respectfully so notifies the Court and will when the time is right and the Court allows for motions and those of Judicial Notice seek said regarding the obvious prima facie case with proof both positive and negative of unauthorized practice of law and certain material misrepresentation in the docket by the law firm Kennedy Berkley Williamson Chartered.

This notification, objection and/or Judicial Notice and requesting this notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. And so makes this appearance

together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court, as with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 5th day of April 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

====================================================================
Objection to Non Lawyer Non Party; Non Pro Se person receiving electronic notice not covered
under Local Rules or FRCP Suspected Unauthorized Practice of Law                              - 27

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge hickman. To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any manner or nature whatsoever with the person of CHAD MITCHELL KOEHN

Respectfully Submitted, this 5th day of April 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com