# Exhibit

# "A"

# To Follow . . .



MENU

# Member Search Results

**You searched for:**
- *All Records*
- Who match the keyword search criteria of '**Bergman**'

Hide map 🌎

## Latest News   more

**3/30/2022**
Winter 2022 YLS Newsletter Bonus Article – International Bar Trip

**3/14/2022**
Winter 2022 YLS Newletter - Emerging Issues: The Bar Exam

**11/4/2021**
Fall 2021 YLS Resource Guide: Tips for First Year Lawyers

## Calendar   more

**4/5/2022**
KBA CLE: Basics and Best Practices for Nonprofit Board Governance

**10 RECORDS FOUND**   **SORT BY NAME** ▲ | **GROUP**

Victor A. Bergman
Kansas City
Missouri
64108-4627
United States

Matthew R. Bergmann
Meriden
Kansas
66512-9169
United States

Ashley Billam

Matthew E. Birch
Kansas City
Missouri
64108-4627
United States

Richard L. Budden

Lynn R. Johnson
Kansas City
Missouri
64108-4627
United States

Angela B. Kassube

David R. Morantz
Kansas City
Missouri
64108
United States

**4/7/2022**
KBA CLE: 2022 Legislative Update

**4/8/2022**
KBA CLE: 2022 Criminal Law CLE Series

**4/9/2022**
The 2022 Ethys Awards

United States

---

Scott E. Nutter
Kansas City
Missouri
64108-4627
United States

---

Daniel A. Singer
Kansas City
Missouri
64108-4627
United States

---

1
**Page 1 of 1**

Kansas Judicial Branch

Kansas CLE Commission

Kansas Legislature

KBA Career Center

University of Kansas School of Law

Kansas Legal Services

KS Lawyers Assistance Program

KS Judicial Council

Washburn University School of Law

PO Box 751080
Topeka, KS 66675-1080
Ph 785.234.5696
Fax 785.234.3813
info@ksbar.org

Lawyer Referral Service
800.928.3111

## Follow Us

   

© 2013-2020 Kansas Bar Association

Membership Software Powered by YourMembership  ::  Legal