# Exhibit

# "B"

# To Follow . . .



MENU

# Victor A. Bergman

Bio

Last updated: 12/17/2021
**Mr. Victor A. Bergman**
Regular Standard
vbergman@sjblaw.com

## PROFESSIONAL INFORMATION

| | |
|---|---|
| Shamberg Johnson & Bergman Chtd | 816 474-0004 (Phone) |
| 2600 Grand Blvd | 816 474-0003 (Fax) |
| Ste 550 | |
| Kansas City Missouri 64108-4627 | |
| United States | |

 [ Map ]

**County (District):** Out-of-State (12)



Victor

## Latest News   more

**3/30/2022**
Winter 2022 YLS Newsletter Bonus Article – International Bar Trip

**3/14/2022**
Winter 2022 YLS Newletter - Emerging Issues: The Bar Exam

**11/4/2021**
Fall 2021 YLS Resource Guide: Tips for First Year Lawyers

## Calendar   more

**4/5/2022**
KBA CLE: Basics and Best Practices for Nonprofit Board Governance

**First Bar Admit Date:** 9/12/1975

**KS Bar Admit Date:** 9/12/1975

**State(s) Admitted to Bar:** Kansas

**4/7/2022**
KBA CLE: 2022 Legislative Update

**4/8/2022**
KBA CLE: 2022 Criminal Law CLE Series

**4/9/2022**
The 2022 Ethys Awards

PERSONAL INFORMATION

ADDITIONAL INFORMATION

## Navigation

Kansas Judicial Branch

Kansas CLE Commission

Kansas Legislature

KBA Career Center

University of Kansas School of Law

Kansas Legal Services

## Contact Us

PO Box 751080
Topeka, KS 66675-1080
Ph 785.234.5696
Fax 785.234.3813
info@ksbar.org

Lawyer Referral Service
800.928.3111

## Follow Us

KS Lawyers Assistance Program    

KS Judicial Council

Washburn University School of Law

© 2013-2020 Kansas Bar Association

Membership Software Powered by YourMembership  ::  Legal