# Exhibit

# "D"

# To Follow . . .

# U.S. District Court DISTRICT OF KANSAS
# Bar Attorney Status Lookup
# and Directory Service

**Click on attorney name for complete public information.**

**Our court is in the process of validating bar statuses, if you do not find an attorney or if you have a question about an attorney's status, please e-mail ksd_attorney_registration or call (913) 735-2229.**

**Enter either the last name, part of the last name or bar number.**

[                    ]  [Search membership]

| KSD Bar Number | Name | Status | Office | City | State |
|---|---|---|---|---|---|
|  | Bergman, Bradley Anthony | Terminated |  | Wichita | KS |
| 22792 | Bergman, Bradly H. | Active |  | Olathe | KS |
|  | Bergman, John Walter, Jr. | Terminated |  | Kansas City | MO |
| 08625 | Bergman, Victor A. | Active |  | Kansas City | MO |
| 22125 | Bergmann, Matthew R. | Active |  | Meriden | KS |

| Status | Description |
|---|---|
| Active | Fully admitted, in good standing, and authorized to practice in both the District and Bankruptcy Courts. |
| Inactive | Attorneys are in good standing but not authorized to practice law in our court. |
| Terminated | Attorneys not authorized to practice in our court because of failure to pay renewal fees. |

For questions regarding attorney registration, please email: ksd_attorney_registration or call (913) 735-2229

To pay your annual registration fee online, go to https://ecf.ksd.uscourts.gov/oars

To access disciplinary orders filed after July 1, 2021 CLICK HERE

*United States District Court, DISTRICT OF KANSAS. Skyler B. O'Hara, Clerk*
*Robert J. Dole United States Courthouse*

*500 State Avenue, Room 259*
*Kansas City, Kansas 66101. (913) 735-2200.*