# Exhibit

# "E"

# To Follow . . .

Enter search criteria...



JCBA
(/)

in
(https://ww
county-
(https://twitter.c
(https://www.facebook.c

# Bradly H. Bergman



PHOTO NOT AVAILABLE

Bradly

Last updated: 12/17/2021
**Bradly H. Bergman**
Active
bradly.bergman@jocogov.org (mailto:bradly.bergman@jocogov.org)

**Professional Information**

District Court Trustee (/search/search.asp?txt_employName=District+Court+Trustee)          913 715-3603 (Phone)
150 W. Santa Fe St.                                                                         913 715-3700 (Fax)
Ste 1400
Olathe (/search/search.asp?txt_city=Olathe)
Kansas (/search/search.asp?txt_state=Kansas)
66061  United States (/search/search.asp?txt_country=United+States)
[ Map ]

**Date Admitted to the Supreme Court:**          9/29/2006

**Personal Information**

**Show In Directory:**          Yes Show Me! (/search/search.asp?cdlCustomFieldValueIDShowName=Yes+Show+Me!)

**Additional Information**

**Law School:**  Kansas University School of Law (/search/search.asp?cdlCustomFieldValueIDLawSchool=Kansas+University+School+of+Law)

**Year Graduated:**  2006 (/search/search.asp?cdlCustomFieldValueIDYearGraduated=2006)

**Supreme Court Number:**  22792 (/search/search.asp?cdlCustomFieldValueIDSupremeCourtNumber=22792)

**Areas of Practice:**  Family Law (/search/search.asp?cdlCustomFieldValueIDAreasOfPractice=Family+Law)

SIGN IN

LOGIN WITH FACEBOOK (HTTPS://WS.YOURMEMBERSHIP.COM/AMS/SOCIALOAUTH/FACEBOOK?CONTINUE=%2FAMS%2FFINALIZELOGIN%2FFACEBOOK%3FRETURNURL%3DHTTPS%253A%252F%252FWWW.JOCOBAR.ORG%252FSOC

LOGIN WITH LINKEDIN (HTTPS://WS.YOURMEMBERSHIP.COM/AMS/SOCIALOAUTH/LINKEDIN?CONTINUE=%2FAMS%2FFINALIZELOGIN%2FLINKEDIN%3FRETURNURL%3DHTTPS%253A%252F%252FWWW.JOCOBAR.ORG%252FSOCIAL%2

OR

Username

Password

☑ Remember Me

Sign In 🔒

FORGOT YOUR PASSWORD? (/GENERAL/EMAIL_PASS.ASP)

HAVEN'T REGISTERED YET? (/GENERAL/REGISTER_START.ASP)

## BAR LUNCHEONS

MORE (/NEWS/)

There are currently no news items posted.

## CALENDAR

MORE (/EVENTS/EVENT_LIST.ASP)

4/6/2022
2022 JCBA Herbert W. Walton Bench/Bar Conference (/events/EventDetails.aspx?id=1615709)

4/19/2022
Women's Section - Speakers Series (/events/EventDetails.aspx?id=1612859)

4/20/2022
Solo/Small Firm Section (/events/EventDetails.aspx?id=1614144)

### JOHNSON COUNTY BAR ASSOCIATION

7400 W. 129th Street, St 201

Overland Park, KS 66213

Phone: (913) 544-1130

E-mail: info@jocobar.org (mailto:info@jocobar.org )

Get Connected

in

(https://www.linkedin.com/company/johnson-

county-

(https://twitter.com/joco_bar?

(https://www.facebook.com/JocoBarAssociation/)(http://www.linkedin.com/joco_bar/)

Association Management Software Powered by YourMembership (http://www.yourmembership.com/) :: Legal (/ams/legal-privacy.htm)