KENNEDY BERKLEY LAW FIRM
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **CHAD M. KOEHN, ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-CV-04008-JWB-GEB** |
| | ) | |
| **MICHAEL NELSON,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF SERVICE OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

The undersigned hereby certifies that on April 26, 2022, the Plaintiffs' First Amended

Complaint was electronically filed with the Court using the CM/ECF System, which sent

notification to all parties of interest participating in the CM/ECF efiling system, and was forwarded

via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's

addresses show below who do not receive notice electronically via CM/ECF:

Michael Nelson
9450 S.W. Gemini Drive
PMB 90924
Beaverton, OR  97008-7105
oklahomaremote@gmail.com
*Defendant*

/s/ Chris J. Kellogg     #21651
Larry G. Michel, #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
*Attorneys for Plaintiff*