# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED CAPITAL )
MANAGEMENT OF KANSAS, INC., )
and CHAD M. KOEHN, )
 )
       **Plaintiffs,** )
 )
       v. )    Case No. 22-4008-JWB-GEB
 )
MICHAEL E. NELSON, )
 )
       **Defendant.** )
 )

## ORDER

The Court conducted a Status Conference in this matter. Plaintiffs appeared through Christopher Kellogg and Craig Brand. Defendant Michael Nelson appeared, pro se. After a thorough discussion with the parties and counsel regarding communications between the parties and the course of proceedings in this matter, the Court enters the following orders.

1. The exchange portal recommended by Defendants for communications and exchange of documents in this matter would be ideal, but the Court finds the expense of such a portal is not consistent with the ideals of Fed. R. Civ. P. 1 regarding the just, speedy, and inexpensive determination of every action.

2. Communications between the parties shall take place by email. Christopher Kellogg shall act as the point of communication on behalf of Plaintiffs and their counsel, with Mr. Kellogg using the email address ckellogg@kenberk.com and Mr. Nelson using the email address oklahomaremote@gmail.com.

3. For substantive communications, such as the service of discovery, the parties shall file a Certificate of Service regarding the communication, identifying the email addresses used.

4. The parties shall not file any additional pleadings until Defendant files his responsive pleading to Plaintiffs' Amended Complaint. Defendant's deadline to file a responsive pleading is **May 17, 2022**. No extensions to this deadline will be granted.

5. After Defendant files his responsive pleading, the Court will enter an Initial Order Regarding Planning and Scheduling setting out deadlines including a deadline for the parties to conduct their Fed. R. Civ. P. 26(f) conference. Mr. Kellogg and Mr. Nelson shall confer by telephone and the conference may be recorded, if necessary.

6. Plaintiffs will not file any Motion for Leave to Amend Complaint until after the Court holds the Scheduling Conference where a deadline for any such motion will be set.

IT IS SO ORDERED.

Dated April 27, 2022, at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge