UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED CAPITAL
MANAGEMENT
OF KANSAS, INC., and
CHAD M. KOEHN,

                Plaintiffs,

v.                                           Case No.   22-4008-JWB-GEB

MIHCAEL E. NELSON,

                Defendant.

## **INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of all civil cases. With this goal in mind, the undersigned U.S. Magistrate Judge, Gwynne E. Birzer, will conduct a scheduling conference in this case in accordance with Fed. R. Civ. P. 16 on **August 2, 2022, at 10:00 a.m.** The conference will be held by video conference - Zoom. A Zoom invitation will be sent via email to counsel and parties prior to the conference.

The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **July 12, 2022**. As the Court has previously ordered (ECF No. 67), Mr. Kellogg and Mr. Nelson shall confer by telephone and the conference may be recorded, if necessary. Generally, discussion at this planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case,

1

including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; and development of a proposed discovery plan. More specifically, the agenda items that must be addressed during this conference include those set out in Fed. R. Civ. P. 16(c)(2)(A)-(P), Fed. R. Civ. P. 26(f)(3)(A)-(F), <u>and</u> the planning report form that is attached to this order and that is also posted on the court's website:

*[http://ksd.uscourts.gov/wp-content/uploads/2018/01/Report-of-Parties-Planning-Conference.docx](http://ksd.uscourts.gov/wp-content/uploads/2018/01/Report-of-Parties-Planning-Conference.docx)*

By **July 26, 2022**, plaintiffs must submit the completed report of the parties' planning conference to the chambers of the undersigned magistrate judge, **along with copies of the parties' Rule 26(a) initial disclosures.** The report must follow the prescribed form and must be submitted electronically in .pdf format as an attachment to an e-mail sent to *ksd_birzer_chambers@ksd.uscourts.gov*. It must <u>not</u> be filed with the Clerk's Office.

If you have questions concerning the requirements of this order, please contact the undersigned judge's chambers at 316-315-4360, or by e-mail at:

*ksd_birzer_chambers@ksd.uscourts.gov*.

IT IS SO ORDERED.

Dated May 16, 2022, at Wichita, Kansas.

s/ Gwynne E. Birzer  
GWYNNE E. BIRZER  
U.S. Magistrate Judge