# UNITED STATES DISTRICT COURT  DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and Chad Koehn<br><br>        Plaintiffs,<br>v.<br><br>Mike Nelson<br><br>        Defendant<br>PRO-Se | **DOCKET NO.:**<br>**5:22-CV-04008-JWB-GEB**<br><br>**CIVIL ACTION**<br><br>**CERTIFICATE OF SERVICE**<br><br>**Memorandum of Law in Support of Motion to Dismiss**<br>**FRCP Rule 12**<br>**& Other FRCP RULES Cited**<br>**with Case Precedents**<br><br><br>**[Jury Trial Demanded]** |

**CERTIFICATE OF SERVICE MEMORANDUM OF LAW MOTION TO DISMISS**

<u>CERTIFICATE OF SERVICE</u>

    The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: KSD_Clerks_Topeka which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to **the person of Chad**

===============================================================================
CERTIFICATE OF SERVICE:  Memorandum of Law in Support of Motion to Dismiss FRCP Rule 12  & Other FRCP RULES Cited

- 1

**Mitchell Koehn,** per order of the saline county judge hickman, whose secretary clerk states judge hickman and his court supersedes the jurisdiction and authority of the US District Federal Court for the District of Kansas. The providing of this pleading and any future pleadings made herein this case to any attorney of record for <u>Chad Mitchell Koehn i</u>s expressly done as not to communicate with nor be provided in any form to the person of Chad Mitchell Koehn; as the PRO SE defendant herein is expressly not requesting, directing nor dictating another to contact Chad Mitchell Koehn in any way shape or form or have any communication with CHAD MITCHELL KOEHN regarding any statement, comment or notice or provide to Chad Mitchell Koehn any document, exhibit, pleading or other communication of any nature whatsoever in relation to this matter at bar or any other legal proceeding, motion, petition, complaint civil or criminal. To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order of Judge Hickman who claims superior and superseding orders to that to the US District of Kansas Federal Court. Nothing contained herein or hereby shall be considered nor availment hereof any notice or request to communicate in any manner or nature whatsoever with the person of CHAD MITCHELL KOEHN, and/or any of the aliases used by CHAD MITCHELL KOEHN which shall have formal orders and demands for prosecution of threats levied and received by defendant against elderly and others in violation of law. IN NO way shape or form is the defendant suggesting nor inferring that any filing, pleading or notice be provided, shown or communicated in any way to the person of Chad Mitchell Koehn. The defendant acknowledges that Chad Mitchell Koehn is fearful of being taken advantage of in an inebriated state, demonstrating clearly CHAD MITCHELL KOEHN believes himself to often be in a position where and when he is "incapable of giving consent" to sexual relations with others, and it is evident based upon orders and requests of CHAD MITCHELL KOEHN that he believes and/or has delusions and fantasies of a sexual relationship with the PRO SE

===============================================================================
CERTIFICATE OF SERVICE: Memorandum of Law in Support of Motion to Dismiss FRCP Rule 12 & Other FRCP RULES Cited

- 2 -

defendant here in this matter. When CHAD MITCHELL KOEHN cannot consent to sexual relations, and/or is "incapable of giving consent" **the defendant has NEVER had sexual relations with Chad Mitchell Koehn,** the defendant has never been to Kansas and **has no intention, want or desire for any sexual relations with Chad Mitchell Koehn no matter what delusions and/or fantasies Chad Mitchell Koehn has for sexual encounters with the pro se defendant** nor does the defendant wish any contact whatsoever with Chad Mitchell Koehn apart from interrogatories, depositions, 30b(6) depositions, cross examination during trial by jury. In no way by providing this document to counsel for the plaintiffs by and through the Clerks of the US Federal Court for the district of Kansas, is this an attempt or otherwise any form of communication with **<u>Chad Mitchell Koehn.</u>** Nothing herein shall be construed or otherwise taken to mean the defendant wants anything at all to do with Chad Mitchell Koehn apart from those actions permitted by the Federal Courts regarding litigation when the time is ripe, either in this Federal Court or other Federal Court's and/or County Courts, District Courts and Superior Courts in a vast number of US Districts, States and at least one US Territorial Court, as additional litigation becomes forthcoming, as the defendant continues DEFENDING and has yet to switch to the offense in new filings, and complaints. Service of process made via the CLERKS of the Court is made explicitly to the registered attorneys receiving service electronically pursuant with the Court's rules and is NOT to be provided in any way shape or form to the person of CHAD MITCHELL KOEHN.

Respectfully Submitted, this 16th day of May 2022,



===================================================================================
CERTIFICATE OF SERVICE: Memorandum of Law in Support of Motion to Dismiss FRCP Rule 12 & Other FRCP RULES Cited
- 3

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===========================================================================================
CERTIFICATE OF SERVICE: Memorandum of Law in Support of Motion to Dismiss FRCP Rule 12 & Other FRCP RULES Cited

- 4