# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD Mitchell KOEHN**<br><br>                    Plaintiffs,<br><br>        v.<br>Michael Nelson<br><br>                    Defendant ;     PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-GEB**<br><br>## CIVIL ACTION<br>## CERTIFICATE of SERVICE<br>## Preliminary ANSWER<br>## with Cross and Counter Complaints<br>## and Joinders<br><br>**[Jury Trial Demanded]** |

### CERTIFICATE OF SERVICE
### Preliminary ANSWER  with
### preliminary Cross and Counter Complaints third party attachments

### Certificate of Service:

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;  filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge hickman, as his court supersedes the jurisdiction and authority of the US District Federal Court for the District of Kansas.  The providing of this pleading and any future pleadings made herein this case to any attorney of record for Chad Mitchell Koehn is expressly done as not to communicate with nor be provided in any form to the person of Chad Mitchell Koehn; as the defendant herein is expressly not requesting, directing nor dictating another to contact Chad Mitchell Koehn or provide to Chad Mitchell Koehn any document, exhibit, pleading or other communication of any nature whatsoever in relation to this matter at bar.   To the extent any communication to the counsel of the plaintiffs NOT be communicated to directly or indirectly

===================================================================================
CERTIFICATE of SERVICE Preliminary Answer, with First Counter Complaints Cross Complaints and Joinders CHAD MITCHELL KOEHN and United Capital Management of Kansas Inc. etAl.

- 1

the person of CHAD MITCHELL KOEHN per the order of the Court of Saline County Kansas by order. IN NO way shape or form is the defendant suggesting nor inferring that any filing, pleading or notice be provided, shown or communicated in any way to the person of Chad Mitchell Koehn. The defendant acknowledges that Chad Mitchell Koehn is fearful of being taken advantage of in an inebriated state, when he cannot consent to sexual relations, the defendant has NEVER had sexual relations with Chad Mitchell Koehn, the defendant has never been to Kansas and has no intention, want or desire for any sexual relations with Chad Mitchell Koehn nor does the defendant wish any contact whatsoever with Chad Mitchell Koehn apart from interrogatories, depositions, 30b(6) depositions, cross examination during trial by jury. In no way by providing this document to counsel for the plaintiffs is this an attempt or otherwise any form of communication with Chad Mitchell Koehn.

Respectfully Submitted, this 17th day of May 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==================================================================================
CERTIFICATE of SERVICE Preliminary Answer, with First Counter Complaints Cross Complaints and Joinders CHAD MITCHELL KOEHN and United Capital Management of Kansas Inc. etAl.

- 2