KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
## DOCKET NO. 69, DEFENDANT'S MOTION TO DISMISS

Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant Michael Nelson's ("Mr. Nelson") Motion to Dismiss (D.[1] 69, filed May 16, 2022) Plaintiffs' First Amended Complaint (D. 64)("Complaint"), and say:

In D. 69, Mr. Nelson moves this Court to dismiss Plaintiffs' First Amended Complaint with prejudice based upon:

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of Process; and

5. Insufficiency of Service of Process.

---

[1] "D." is used as an abbreviation for "Clerk's Docket Entry Number."

*Chad M. Koehn, et al. vs. Michael Nelson*
*Plaintiff's Memorandum in Opposition to D. 69, Defendant's Motion to Dismiss*
Case No. 22-CV-04008-JWB-GEB
Page 2

6. On May 17, 2022, Mr. Nelson filed his Answer/Crossclaim/Counterclaim (D. 72) and separately filed his "Counter Claim and Cross Complaint" (D. 74)("Counterclaim").[2]

> "Because the requirement of personal jurisdiction represents first of all an individual right, it can, like other such rights, be waived." *Insurance Corp. of Ireland, Ltd., et al. v. Compagnie de Bauxites de Guinee*, 496 U.S. 694, 703, 102 S.Ct. 2099, 72 L.Ed.2d 492 (1982). Moreover, the "actions of the defendant may amount to a legal submission to the jurisdiction of the court, whether voluntary or not." *Id*. at 704-705, 102 S.Ct. 2099. In particular, where a party seeks affirmative relief from a court, it normally submits itself to the jurisdiction of the court with respect to the adjudication of claims arising from the same subject matter. *Adam v. Saenger*, 303 U.S. 59, 58 S.Ct. 454, 82 L.Ed. 649 (1938).

*Bel-Ray Co., Inc. v. Chemrite (Pty) Ltd.*, 181 F.3d 435, 443 (3d Cir. 1999). In *Chemrite*, Defendant timely raised the issue of personal jurisdiction; however, Defendant then filed a Counterclaim seeking affirmative relief from the District Court. "Because the record contains nothing suggesting that it would be unfair to conclude that the Individual Appellants thereby submitted themselves to the District Court's jurisdiction, we so hold." *Id*. at 444.

Mr. Nelson's Counterclaim seeks the following affirmative relief against Mr. Koehn and UCM: defamation; slander; libel, tortious interference with business and profession; securities fraud; insidious machinations dolus (dolo), retaliation, and temporary and permanent injunctive relief. D. 74 at ** 67-68.

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will deny Docket No. 69, Defendant Michael Nelson's Motion to Dismiss the First Amended Complaint.

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:     (785) 825-4674
F:     (785) 825-5936
E:     lmichel@kenberk.com
*Attorneys for Plaintiffs*

---

[2] Contemporaneously with the filing of his Answer and Crossclaim and Counterclaim, Mr. Nelson filed a Fed. R. Civ. P. 12(b)(6) Motion to Dismiss [D. 73), which is being responded to separately.

*Chad M. Koehn, et al. vs. Michael Nelson*
*Plaintiff's Memorandum in Opposition to D. 69, Defendant's Motion to Dismiss*
*Case No. 22-CV-04008-JWB-GEB*
*Page 3*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on May 23, 2022, the foregoing *Plaintiff's Memorandum in Opposition to Docket No. 69, Defendant's Motion to Dismiss* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com

          /s/ Larry G. Michel