KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , | ) |
| | ) |
| **Plaintiffs/** | ) |
| **Counter-Defendants** | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| **Defendant/** | ) |
| **Counter-Plaintiff** | ) |
| | ) |

## COUNTER-DFENDANT'S MOTION TO DISMISS COUNTERCLAIMS AND CROSSCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6) and D. Kan. Rule 7.1(a), Counter-Defendants, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith move to dismiss Counter-Plaintiff Michael Nelson's ("Mr. Nelson") Counterclaims and Crossclaims (D. 74) ("Counterclaim"), for failure to state a cause of action upon which relief may be granted.

> A court will dismiss a cause of action pursuant to Rule 12(b)(6) under two circumstances. First, dismissal is warranted where an issue of law precludes recovery. *Neitzke v. Williams*, 490 U.S. 319, 326, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Second, dismissal is likewise appropriate where the factual allegations fail to "state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). A claim is facially plausible if its factual allegations allow a court to draw the reasonable inference that the opposing party is liable for the alleged misconduct. *Ashcroft v. Iqbal*, 556

*Chad M. Koehn, et al vs. Michael Nelson*
*Counter-Defendant's Motion to Dismiss Counterclaims and Crossclaims*
Case No. 22-CV-04008-JWB-GEB
Page 2

> U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009). Although the court must accept well-pleaded factual allegations as true, this obligation does not extend to legal conclusions or to "threadbare recitals of the elements of the cause of action." *Id.* at 678–79, 129 S.Ct. 1937.

*Johnson v. Prairie View, Inc.*, Case No. 2.19-cv-02041-HLT, 2020 WL 2025499 at *2 (D. Kan. Apr. 27, 2020).

The Counterclaim contains 146 numbered allegations, some of which blatantly violate the Magistrate Judge's previous warning to the parties not to engage in personal attacks. *See* Counterclaim:

1. Page 1, line 20 referring to CRAIG ALAN BRAND a the "Partner in deception;"

2. Page 31, line 20 referring to CRAIG ALAN BRAND a the "Partner in deception;"

3. Page 50, Paragraph 79 referring to Koehn as a "bigot;"

4. Pages 50-51 , Paragraph 80, the Amended Complaint alleges "slave ownership;"

5. Page 55, Paragraph 94 asserting Craig Alan Brand is a criminal conspirator under the Pinkerton Doctrine;

6. Page 62, Paragraph 131, Koehn perhaps is intersexed or transgendered;

7. Page Paragraph 132 Another outrageous claim relating Koehn to human trafficking

8. Page 62, Paragraph 133 Nelson has no sexual interest in Koehn & Koehn is incapable of giving consent

9. Page 63, Paragraph 134 Koehn erroneously sought protective order from having sexual relations with Nelson

The first thirty plus (30+) pages of the Counterclaim contain recitations of the federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968 The 146 allegations, commencing on page 31, attempt, but fail, to allege (1) a whistleblower claim asserted pursuant to 18 U.S.C. § 1514A(b)(1) or 15 U.S.C. § ; (2) a RICO claim pursuant to 28 U.S.C. §

*Chad M. Koehn, et al vs. Michael Nelson*
*Counter-Defendant's Motion to Dismiss Counterclaims and Crossclaims*
Case No. 22-CV-04008-JWB-GEB
Page 3

1964(c); and (3) a state law claim for defamation. The memorandum will demonstrate that Mr. Nelson does not have standing to assert a whistleblower claim, fails to state a cause of action for a civil RICO claim , and fails to state a cause of action for defamation.

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will dismiss Defendant Michael Nelson's Counterclaims and Crossclaims.

Dated May 26, 2022.

Respectfully Submitted,

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2022, the foregoing Counter-Defendant's *Motion to Dismiss Counterclaim* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com.

/s/ Larry G. Michel