KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DOCKET NO. 89 DFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant Michael Nelson's ("Mr. Nelson") Rule 12(b)(6) Motion to Dismiss (D.[1] 89, filed July 1, 2022) Plaintiffs' First Amended Complaint (D. 64)("Complaint"), and say:

## PROCEDURAL HISTORY

On April 26, 2022, Plaintiffs filed their Amended Complaint (D. 64). On April 17, 2022, the Court ordered Mr. Nelson to file his response to Plaintiffs' Amended Complaint by May 17, 2022 (D. 67). On May 16, 2022, Mr. Nelson filed his Motion to Dismiss Plaintiffs' Amended Complaint (D. 69). On May 17, 2022, Mr. Nelson filed his Memorandum of Law in Support of his

---

[1] "D." is used as an abbreviation for "Clerk's Docket Entry Number."

1

Motion to Dismiss Plaintiffs' Amended Complaint (D. 71). On May 17, 2022, Mr. Nelson filed his Federal Rules of Civil Procedure 12(b)(6) Motion to Dismiss (D. 73). On May 23, 2022, Plaintiffs filed their Memorandum of Law in Opposition to Docket No. 69, Defendant's Motion to Dismiss(D. 76). On July 1, 2022, six (6) weeks subsequent to filing his initial 12(b)(6) Motion to Dismiss, Mr. Nelson's files another such motion (D. 89) reiterating his prior arguments.

Mr. Nelson's arguments fail and his Rule 12(b)(6) Motion to Dismiss should be summarily denied.

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will deny Docket No. 89, Defendant Michael Nelson's July 1, 2022, Rule 12(b)(6) Motion to Dismiss the First Amended Complaint.

Dated July 6, 2022.

Respectfully Submitted,

/s/ Larry G. Michel
Larry G. Michel, #14067
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
lmichel@kenberk.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2022, the foregoing *Plaintiffs' Response in Opposition to Defendant's July 1, 2022 (D. 89), Motion to Dismiss First Amended Complaint* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com

/s/ Larry G. Michel
Larry G. Michel