KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS


| | |
|---|---|
| **CHAD M. KOEHN, ET AL.** , ) | |
| ) | |
| **Plaintiffs** ) | |
| **vs.** ) | **Case No. 22-CV-04008-JWB-GEB** |
| ) | |
| **MICHAEL NELSON,** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |


### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
### DOCKET NO. 91 AND 91-1, DFENDANT'S APPEAL OF MAGISTRATE
### JUDGE'S JUNE 21, 2022, DENIAL OF MOTION FOR STAY
### AND RESETTING AUGUST 2, 2022, SCHEDULING CONFERENCE

Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc.

("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant

Michael Nelson's ("Mr. Nelson")  (D.[1] 91 and 91-1 filed July 6, 2022) Appeal of Magistrate

Judge's June 21, 2022, Order (D. 88) denying Mr. Nelson's June 16, 2022 (D. 87), Motion to Stay

Discovery and Continue August 2, 2022, Scheduling Conference,  and say:

Fed. R. Civ. P. 72(a) and D. Kan. Rule 72.1.4(a) require Defendant to file his objection to

a Magistrate Judge's non-dispositive motion within fourteen (14) days from the date the order was

issued.  Mr. Nelson failed to timely file his objection to the June 21, 2022, order by July 5, 2022.

As a result, Mr. Nelson's objection (appeal) should be denied *sua sponte*.

---

[1] "D." is used as an abbreviation for "Clerk's Docket Entry Number."

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will deny Docket No. 91, Defendant Michael Nelson's Appeal of the Magistrate Judge's June 21, 2022, Order denying Defendant's Motion to Stay Discovery and Continue the August 2, 2022, Scheduling Conference.

Dated July 8, 2022.

Respectfully Submitted,

/s/ Larry G. Michel     #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2022, the foregoing *Plaintiffs' Response in Opposition to D. 91 and 91-1, Defendant's Appeal of Magistrate Judge's Order Denying Motion to Stay Discovery and Continue August 2, 2022, Scheduling Conference* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com.

/s/ Larry G. Michel