# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN | DOCKET NO.: 5:22-CV-04008-JWB-GEB |
|---|---|

United Capital Management of
Kansas, Inc.

and **CHAD M. KOEHN**

        Plaintiffs,

Counter-Defendants

     v.

Michael Nelson

       Defendant;

Counter-Plaintiff    PRO-Se.

DOCKET NO.:    5:22-CV-04008-JWB-GEB

**CIVIL ACTION**

**Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201**

**[Jury Trial Demanded]**

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the

purposes of filing **Motion for Judicial Notice under Federal Rule 201, pursuant with the**

**codified law of Congress under Rule 201c(2) without limitation as to the Statements of**

**Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by**

**CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL**

==================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress
under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN,
regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on
behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other
statements of FACT concerning the attached Exhibits incorporated herein formal Request; as
Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule §
60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 1

**MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request** defendant states:

This Request for Judicial Notice is made firmly within the rights under FRCP (Federal Rules), as codified into law by the Congress of these the United States of America, together with all amendments thereto under the Rules Enabling Act, promulgated by the United States Supreme Court and approved as law by Congress, in accordance with the Act, under the Constitutional Authority granted; specifically under Rule 201, which states in part:

Rule 201. Judicial Notice of Adjudicative Facts

**(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.**

**(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:**

**(1) is generally known within the trial court's territorial jurisdiction; or**

**(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.**

**(c) Taking Notice. The court:**

**(1) may take judicial notice on its own; or**

================================================================

Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 2

**(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.**

Demand of Request for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

**IRREFUTABLE FACTS upon each which JUDICIAL NOTICE, of FACT is now herein so requested by the requesting party to the above herein entitled action, defendant and Counter-Plaintiff Michael Nelson, does so herein and now so request JUDICIAL NOTICE of the "IRREFUTABLE FACTS" as set forth as IRREFUTABLE FACTS:**

=================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 3

## IRREFUTABLE FACTS upon which Judicial Notice is requested:

1. On 13 April 2022, Chad M. Koehn (Chad Mitchell Koehn) signed a document with the Kansas Secretary of State, under the penalties of PERJURY, regarding United Capital Management of Kansas Inc. attached hereto and incorporated herein by reference as Exhibit "A" attached.

2. The document signed in (1) above carried the following statement, prior to the signing of the document by: "Chad M. Koehn":

   a. "I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

   b. Executed on April 13, 2022

   c. Signature of Authorized Officer: Chad M. Koehn

   d. Title/Position of the signer: President

   See Attached and incorporated herein Exhibit "A"

========================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 4

3. The document referenced in (1) and (2) above is attached herewith as Exhibit A, incorporated herein by reference, in request under Rule 201

4. The Document referenced in 1 through 3 above is titled: "For Profit Corporation Annual Report":

    a. For Business Entity ID No.: 3266426

    b. Corporation Name: UNITEDCAPITALMANAGEMENT OF KANSAS, INC.

    c. This court provided that the name listed in (4)b above is also known as a/k/a UNITED CAPITAL MANAGEMENT OF KANSAS INC. as per Order of this Court the US District of Kansas Federal Court in Document Number: 31 an Order of this Court signed by Federal Magistrate Judge Gynne E. Birzer on 15th of March 2022

5. On 20 July 2022 Chad M. Koehn signed and filed an ADV form regarding the securities company, a registered Investment Advisor: United Capital Management of Kansas Inc., a true and correct copy is attached hereto as Exhibit B

====================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 5

6. Chad Mitchell Koehn affixed his signature as the signer of the form referenced in (5) above [Exhibit B] stating the following information concerning his person:

   a. Signature: CHAD KOEHN

   b. Date: MM/DD/YYYY 07/20/2022

   c. Printed Name: CHAD KOEHN

   d. Title: OWNER

   e. Adviser CRD Number: 157755

7. The SEC regulatory form filed by Koehn referenced in (5) and (6) above is titled: "UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION AND REPORT BY EXEMPT REPORTING ADVISERS" Exhibit "B"

8. Exhibit "B" as attached hereto is a true and correct copy of the form referenced in (5), (6) and (7) above and is also found online through the

===================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 6 -

SEC (Securities and Exchange Commission) at:

https://reports.adviserinfo.sec.gov/reports/ADV/157755/PDF/157755.pdf

9. The For Profit Corporation Annual Report as referenced herein above in (1), (2), (3), (4), and attached herewith and incorporated herein as Exhibit "A", references two individuals as "Directors"

10. The Individuals referenced on Exhibit "A" as Directors are as follows:
    a. Jared Schamberger - 527 Winn Rd, Salina, KS 67401
    b. Ryan Kolzow - 2203 Hillside Dr., Salina, KS 67401

11. Individual Named: "Ryan Kolzow" is listed on SEC regulatory form as the person to contact, form found at:

    a. https://files.adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=784311

    b. Form and Notice referenced in 11 and (11)(a) above is attached herewith and incorporated herein by reference as Exhibit "C"

====================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 7

12. The regulatory form filed and signed by Chad M. Koehn referenced herein above in (5), (6), (7), and (8) herein above carries on the first page a **"WARNING",** stating:

   a. "WARNING: Complete this form truthfully. False statements or omissions may result in denial of your application, revocation of your registration, or criminal prosecution. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4."

13. The Regulatory Form "ADV" as referenced and incorporated herein above in (5), (6), (7), (8) and (12) carries an oath and affirmation as to the truthfulness of the filed information, prior to the signature of the signor, who is "Chad M. Koehn", as demonstrated in (6) herein above, and shown on Exhibit "B" as attached herewith and incorporated herein.

14. The "oath" and affirmation as referenced in (13) above regarding Form "ADV" as attached herewith and incorporated herein as Exhibit "B" states:

   a. "I, the undersigned, sign this Form ADV on behalf of, and with the authority of, the investment adviser. The investment adviser and I both certify, under penalty of perjury under the laws of the United

===================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 8

States of America, that the information and statements made in this ADV, including exhibits and any other information submitted, are true and correct, and that I am signing this Form ADV Execution Page as a free and voluntary act."

b. "I certify that the adviser's books and records will be preserved and available for inspection as required by law. Finally, I authorize any person having custody or possession of these books and records to make them available to federal and state regulatory representatives."

See Exhibit "B"

15. Form "ADV" as referenced herein above and attached herewith being incorporated herein by reference as Exhibit "B", contains a statement of "No information filed" as to Schedules B, D, and R as well as making a statement of "No information filed" as to Sections 1.L. and 1.M.

16. Form "ADV" as referenced herein above and attached herewith being incorporated herein by reference as Exhibit "B", signed as referenced for Judicial Notice under the penalties of perjury by Chad M. Koehn, contains a statement "No information filed." as to DRP pages.

==================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

17. Under Schedule "A" of the attached Exhibit "B", the "ADV" form signed and filed by "Chad M. Koehn" under penalties of perjury it states:

"Direct Owners and Executive Officers

1. Complete Schedule A only if you are submitting an initial application or report. Schedule A asks for information about your direct owners and executive officers. Use Schedule C to amend this information.

2. Direct Owners and Executive Officers. List below the names of:

(a) each Chief Executive Officer, Chief Financial Officer, Chief Operations Officer, Chief Legal Officer, Chief Compliance Officer(Chief Compliance Officer is required if you are registered or applying for registration and cannot be more than one individual), director, and any other individuals with similar status or functions;

(b) if you are organized as a corporation, each shareholder that is a direct owner of 5% or more of a class of your voting securities, unless you are a public reporting company (a company subject to Section 12 or 15(d) of the Exchange Act); Direct owners include any

========================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 10

person that owns, beneficially owns, has the right to vote, or has the power to sell or direct the sale of, 5% or more of a class of your voting securities. For purposes of this Schedule, a person beneficially owns any securities: (i) owned by his/her child, stepchild, grandchild, parent, stepparent, grandparent, spouse, sibling, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law, or sister-inlaw, sharing the same residence; or (ii) that he/she has the right to acquire, within 60 days, through the exercise of any option, warrant, or right to purchase the security.

(c) if you are organized as a partnership, all general partners and those limited and special partners that have the right to receive upon dissolution, or have contributed, 5% or more of your capital;

(d) in the case of a trust that directly owns 5% or more of a class of your voting securities, or that has the right to receive upon dissolution, or has contributed, 5% or more of your capital, the trust and each trustee; and

(e) if you are organized as a limited liability company ("LLC"), (i) those members that have the right to receive upon dissolution, or

===================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 11

have contributed, 5% or more of your capital, and (ii) if managed by elected managers, all elected managers."

**See attached Exhibit "B"**

18. Emphasis as to additional Notice is brought forth as to Schedule "A(2)(a)":

    a. "each Chief Executive Officer, Chief Financial Officer, Chief Operations Officer, Chief Legal Officer, Chief Compliance Officer(Chief Compliance Officer is required if you are registered or applying for registration and cannot be more than one individual), director, and any other individuals with similar status or functions;"

**See Exhibit "B"**

19. Schedule "A" of "ADV" form as attached herewith as Exhibit "B", carries only TWO (2) names listed, as:

    a. KOEHN, CHAD, MITCHELL

    b. POMBRA, MANOJ, KUMAR

================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 12

20. Schedule "A" referenced in (19) above and attached as Exhibit "B", states, POMBRA, MANOJ, KUMAR; as having acquired the title: "Chief Compliance Officer" in "07/2022"

21. POMBRA, MANOJ, KUMAR has a formal legal name of:

   **"Manojkumar Damodaran Pillai"**

22. There are no other names listed on Schedule "A", of the attached exhibit "B" other than the two names referenced herein above at (19).

23. Under 7(c), of the section Schedule "A" of the ADV form filed and signed under Penalty of Perjury by Chad Mitchell Koehn, referenced here as Exhibit "B", in the eighth (8th) column reads:

   a. "CRD No. If None: S.S. No. and Date of Birth, IRS Tax No. or Employer ID No."

24. The number filled in for the name: POMBRA, MANOJ, KUMAR; reads: "1993850", containing only 7 digits.

===================================================================

Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 13

25. All S.S. (Social Security) Numbers in the US are 9 digits in length following a form at of XXX-XX-XXXX

26. All EIN (employer identification numbers) in the US are 9 digits following a format of XX-XXXXXXX

27. All ITIN or TIN (Tax Identification Numbers) which are available only to NON-US nationals who neither qualify for a Social Security Number or EIN for a business can receive a TIN from the Internal Revenue Service (IRS) per: "An ITIN, or Individual Taxpayer Identification Number, is a tax processing number only available for certain nonresident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN). It is **a 9-digit number, beginning with the number "9", formatted like an SSN (NNN-NN-NNNN)"**



    a.  **Reference from:**
      **https://www.irs.gov/individuals/international-taxpayers/taxpayer-identification-numbers-tin#:~:text=An%20ITIN%2C%20or%20Individual%20Taxpayer,NNN%2DNN%2DNNNN**

28. CRD Numbers, are typically 7 digits in length, however, may vary based on age of the number according to: Central Registration Depository (CRD)

===============================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 14

29. The number listed for POMBRA, MANOJ, KUMAR; as: "1993850", is 7 digits in length and therefore can be neither a S.S. number or an E.I.N. number or a TIN or ITIN; therefore according to the instructions as filed and signed under penalties of perjury by Chad M. Koehn, as to Exhibit "B" attached herewith; the number listed for POMBRA, MANOJ, KUMAR; must therefore be a CRD number.

30. The number: "1993850", listed for POMBRA, MANOJ, KUMAR, is NOT found in the CRD registration depository or system, see:

   a. https://adviserinfo.sec.gov/search/genericsearch/grid
   b. See Attached herewith Exhibit "D"

31. The SEC (Securities and Exchange Commission) also issues numbers, and those as stated in [34(a)] above are stated as: "IARD/CRD number or SEC "801-" or "802-" number".

32. That QUINN ROBERT KENDRICK signed the originating petition removed hereto the US Federal Court, see Document Number: 1-1

=================================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 15

33. That CARLEE JO KENDRICK, was known as CARLEE JO OVERTURF, prior to being wed, as the wife of QUINN ROBERT KENDRICK, one of the authors and signers of the originating petition as referenced herein above and found as Document 1-1; see attached herewith Exhibit "E", demonstrating the name change of CARLEE JO OVERTURF to that of CARLEE JO KENDRICK, demonstration for Judicial Notice that as of the date provided in Exhibit "E" Carlee Jo Overturf could also be known as Carlee Jo Kendrick.

34. That upon the filing of Document Number: 12, Carlee J. Overturf also known as Carlee J. Kendrick (now), was listed on the website for plaintiff and counter-defendant United Capital Management of Kansas Inc. as the company: Chief Financial Officer (CFO)

35. That after the filing of Document Number: 12, which stated in part:
    *"Carlee J. Kendrick, being employed under master servant to UCM, as their Chief Financial Officer (CFO) as well pleaded to and so admitted by counsel Michel, in paper 10,"* see page 4, lines 14 through 16 of the referenced Document Number: 12; plaintiffs and counter defendant's Chad M. Koehn and United Capital Management of Kansas Inc., did both collectively, jointly and severally remove "Carlee J. Overturf" aka Carlee J. Kendrick from the website: https://www.ucmofkansas.com/meet-the-team

=====================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 16

Attached herewith and incorporated herein by reference as Exhibit "F", is a true and correct copy of the "meet the team" page of the website for plaintiff and Counter Defendant United Capital Management of Kansas Inc. website: https://www.ucmofkansas.com/meet-the-team origination of date of screen capture and associated coding capture from the Internet Archives is the attached herewith Exhibit "F"; demonstrating clearly the email address of carlee.overturf@ and the name listed as Carlee Kendrick, with the title CHIEF FINANCIAL OFFICER, internet archives capture of coding and data was taken on 19 April 2021 as attached herewith and incorporated herein by reference as the stated Exhibit "F"

36. That in Document Number: 6, of this Court Record Docket, signed and filed by QUINN ROBERT KENDRICK, he himself lists the following directly below his signature: Quinn R. Kendrick #28455 319 Seitz Drive Salina, Kansas 67401

37. That according to attached herewith, referenced herein by incorporation to this statement, that Carlee Kendrick lists herself as the CHIEF FINANCIAL OFFICER (CFO) for plaintiff and Counter-Defendant United Capital Management of Kansas Inc. from 2019 to present, see evidence in Exhibit "G" attached herewith, a true and correct copy of listing of Carlee Kendrick on "Signal Hire"

===================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 17

Under Federal Rules 201c(2), the Rule and thus law codified by the

Congress of these the United States of America and amended per law under the

Rules Enabling Act, as promulgated by the United States Supreme Court, with the

final approval by the Congress of the United States of America therefore codified

law of these the United States of America under Constitutional Authority states:

The Court **"must take judicial notice if a party requests it and the court is supplied with the necessary information." As the Court is now so herein requested and provided with the "necessary information".**

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts, given the information as supplied and attached and incorporated herein by reference as Exhibits.

===============================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

Having as now formally "requests" made and the court here being now, herein, herewith, incorporated with and attached Exhibits "supplied with the necessary information", "must take judicial notice", as now having been so requested.

WHEREFORE it is the pro se defendant's prayer for relief:

That the Court take the Judicial Notice regarding 1 through 37 herein above and issue an order setting forth notice the Court has taken Judicial Notice pursuant with the Federal Rule to do so as now herein so requested with the information provided to do so as is now before the Court pursuant with Federal Rule 201 inclusive without limitation.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest

===================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 19

injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

With this Motion Judicial Notice pursuant with Federal Rule and requesting this motion, notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. Makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

=================================================================

Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

- 20

Respectfully Submitted, this 25th day of July 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

===============================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress
under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN,
regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on
behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other
statements of FACT concerning the attached Exhibits incorporated herein formal Request; as
Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule §
60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation

**Certificate of Service:**


The undersigned hereby certifies that, on this same date, I electronically filed the foregoing including All Exhibits A through G; with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order.


Respectfully Submitted, this 25th day of July 2022,

_Michael Nelson_ - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===================================================================
Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation