# EXHIBIT

# "E"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation*

## Case Information

2019-MA-000259 | In Re: Marriage License of Quinn Robert Kendrick, et al.

Case Number
2019-MA-000259

File Date
10/11/2019

Court
Saline County

Case Type
MA Marriage License

Judicial Officer
No-Judge, Assigned

Case Status
Closed

## Party

Party B
Kendrick, Carlee Jo

   Aliases
   *ALIAS* Overturf, Carlee Jo

DOB
XX/XX/1996

Party A
Kendrick, Quinn Robert

DOB
XX/XX/1995

## Events and Hearings

- 10/11/2019 Marriage License Application ▼

  Comment
  Marriage License Application Document ID #: 1484037

- 10/11/2019 Marriage License Case Closed ▼

  Comment
  Marriage License Case Closed

10/11/2019 Default Conversion ROA ▾

Comment
Filing: Marriage License Paid by: Quinn Kendrick Receipt number: 0393377 Dated: 10/11/2019 Amount: $85.50 (Cash) For: [NONE]

10/11/2019 Default Conversion ROA ▾

## Financial

No financial information exists for this case.