# EXHIBIT

# “F”

# To Follow . . .

==========================================================================

***Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation***





## At our firm, we have the client—and only the client—in mind.

Our reasons for becoming financial professionals are deeply personal. We repeatedly saw many friends and family struggling to find the help they needed to map out their financial future. We are confident that with our understanding of personal finance, coupled with our training as financial professionals, we can help people better prepare for the future. After years in the business, we have developed a reputation for educating individuals in an easy-to-understand manner so they can grasp personal finance and use those concepts to pursue their financial objectives. We feel a commitment to our community.



Over the years, we have found that a team approach can be an effective method to help clients who have a wide variety of needs as they maneuver through a complex financial-services world. We invite you to discover and experience the power of our services. We believe it has far-reaching benefits for our clients to get opinions from several sources with diverse backgrounds, education, and experience.

financial goals and objectives, using the most efficient methods available.

## Home Office

Chad M. Koehn

President

785-823-7900

785-823-7913

ckoehn@unitedcapital…

Ryan Kolzow

Registered Principal

785-823-7900

785-823-7913



Jared Schamberger

Jared Schamberger

Trust Relationship Manager & Investment Consultant

785-823-7900

785-823-7913

jared.schamberger@s…

Kylee Kolzow

Kylee Kolzow

Director of First Impressions

785-823-7900

kylee.kolzow@saswea…

Ashley Howard

Ashley Howard

Director of Marketing

785-823-7900

785-669-2469

ashley.howard@sasw…

Kyle Gordon

Kyle Gordon

Midwest Business Development Director

785-823-7900

785-714-0148

kgordon@unitedcapit



Steven Plott

Steven Plott

Investment Advisor Representative

steven.plott@sasweal…

Tresea Matney

Tresea Matney

Director of Client Services

785-823-7900

785-823-7913

tresea.matney@sasw…

Erica Jensen

Erica Jensen

Client Services Specialist

785-823-7900

785-823-7913

erica.jensen@sasweal…

Kristin Schamberger

Kristin Schamberger

Operations Assistant

Susan Koehn

Susan Koehn



Carlee Kendrick

Carlee Kendrick

Chief Financial Officer

785-823-7900

785-823-7913

carlee.overturf@sasw...

Jerry Harris

Jerry Harris

Managing Director

205-948-7726

jharris@unitedcapitalg...

Alan Jilka

Alan Jilka

Investment Consultant

785-823-7900

785-823-7913

alan.jilka@saswealth.c...

Fred Singer

Fred Singer

Business Development Assistant



Justin Schamberger

Justin Schamberger

Investment Consultant

785-263-3640

justin.schamberger@s…

## Alma, NE Office

Christopher Tripe

Christopher Tripe

Investment Consultant

308-928-1002

christopher.tripe@sas…

## Dodge City Office

April Dome

April Dome

Executive Assistant

620-227-5115

april.dome@saswealt…

Jerad Busch

Jerad Busch

Investment Consultant

620-682-0958





Miranda Ellis

Miranda Ellis

Investment Consultant

620-227-5115

miranda.ellis@saswea...

Shannon Benish

Shannon Benish

Investment Consultant

620-227-5115

shannon.benish@sas...

## Gardner Office

Mark Halpin

Mark Halpin

Investment Consultant

913-549-9578

mark.halpin@saswealt...

Rachel Myers

Rachel Myers

Administrative Assistant



Brad Blew

Brad Blew

Investment Consultant

785-874-3186

bradley.blew@saswea…

## Wichita Office

Kamie Conover

Kamie Conover

Executive Assistant

316.854.3159

kameron.conover@sa…

Raymond Haskell

Raymond Haskell

Investment Consultant

316-854-3159

raymond.haskell@sas…

Ron Lee

Ron Lee

Business Consultant

316.854.3159

Tina M. Lee



Investment Consultant

316-842-4420

tina.lee@saswealth.com

## Client Centered

Whether you are investing to build wealth, protect your family, or preserve your assets, our personalized service focuses your needs, wants, and long-term goals.

Our team of professionals have years of experience in financial services. We can help you address your needs of today and for many years to come. We look forward to working with you.

CONTACT US



Office: 785-823-7900

Toll-Free: 800-887-2423

Fax: 785-823-7913

227 N Santa Fe Ave

Salina, KS 67401

ashley.howard@saswealth.com

 

## Quick Links

Retirement

Investment

Estate

Insurance

Tax

Money

Lifestyle

All Articles

All Videos

All Calculators

All Presentations

Check the background of your financial professional on FINRA's BrokerCheck.

The content is developed from sources believed to be providing accurate information. The information in this material is not intended as tax or legal advice. Please consult legal or tax professionals for specific information regarding your individual situation. Some of this material was developed and produced by FMG Suite to provide information on a topic that may be of interest. FMG Suite is not affiliated with the named representative, broker - dealer, state - or SEC - registered investment advisory firm. The opinions expressed and material provided are for general information, and should not be considered a solicitation for the purchase or sale of any security.

We take protecting your data and privacy very seriously. As of January 1, 2020 the California Consumer Privacy Act (CCPA) suggests the following link as an extra measure to safeguard your data: Do not sell my personal information.

Copyright 2021 FMG Suite.

Securities offered through SA Stone Wealth Management Inc., Member FINRA and SIPC

Investing involves risk, including the possible loss of principal invested.

Investment advisory services offered through United Capital Management of Kansas, Inc.

United Capital Management of Kansas, Inc., is independent of, not owned or operated by SA Stone Wealth Management Inc.

Click here to learn more about our Fee Schedule, Conflicts Disclosure, & the firm's narrative brochure required by part 2A of form ADV