# EXHIBIT

# "G"

# To Follow . . .

===============================================================================
*Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation*

# SignalHire



## Carlee Kendrick's

## email & phone

Current Position:

Chief Financial Officer at United Capital Management of Kansas, Inc.

Location:

Salina, Kansas

Experience: 10 years

Get email address:

kxxx@gmail.com

Phone number:

+1-909-xxx-xx84

Last updated: 2021-09-12

Sign Up to Get Free Contacts | Use a Browser Extension

Opt-Out

Takes 5 seconds to join, no credit card required



Analytics

# SignalHire 

jobs. On average, Carlee Kendrick works for one company for 2 years 6 months. Carlee Kendrick has been working as a Chief Financial Officer for United Capital Management of Kansas, Inc. for 1126 days. If you are interested in this candidate, contact him directly by using contact details provided by SignalHire.

Work Experience

Chief Financial Officer at United Capital Management of Kansas, Inc.
Jun 2019 - Current

Grain Originator at Ag Partners Cooperative Inc (Seneca, Kansas, United States)
May 2018 - Jun 2019

Undergraduate Assistant at Kansas State University Plant Pathology
Oct 2015 - Jun 2019

Intern at American AgCredit (Santa Rosa, CA, United States)
May 2017 - Aug 2017

Intern/Office Assistant at Skyland Grain LLC (Johnson City, Kansas, United States)
May 2012 - Aug 2016

Education

Bachelors at Kansas State University

# SignalHire 

## Similar profiles

| | | |
|---|---|---|
| **A** | Ahen Yağan<br>Chief Financial Officer | View email |
| **P** | Penny Sookoo<br>Chief Financial Officer | View email |
| **M** | Mert Gunes Sonmezsoy<br>Chief Financial Officer | View email |
| **Z** | Zeynep<br>Chief Financial Officer | View email |
| **M** | Merve Kaboglu Bas<br>Chief Financial Officer | View email |
| **M** | Mete Ceritli<br>Chief Financial Officer | View email |
| **B** | Belgin Nakipler Şen<br>Chief Financial Officer | View email |

# Signal<span>Hire</span>

| | Emre Konezoglu | |
|---|---|---|
| E | Chief Financial Officer | View email |

| | N Tuba Pelen Durmaz | |
|---|---|---|
| N | Chief Financial Officer | View email |

| | Gustavo Domecq | |
|---|---|---|
| G | Chief Financial Officer | View email |

### Product

Overview

SignalHire API

Browser Extension

Jobs

Hire

Email Finder

### Blog

Blog

Knowledge Base

Job Descriptions

Interview Questions

Companies Directory

People Directory

Email Finding Tools

Find Resumes

Linkedin Email Finder

Bulk Email Finder

