KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHAD M. KOEHN, ET AL. ) | |
|     **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON ) | |
|     **Defendant** ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME

Plaintiffs hereby moves the Court for an order extending the current deadline to complete initial disclosures and file the report of parties' planning conference. In support of this Motion, Plaintiffs state and allege as follows:

1. Plaintiffs filed their Petition in state court, which was removed to this Court by the Defendant on February 1, 2022. Since that time, Defendant has filed a flurry of motions, some of which have necessitated responses by the Plaintiffs. Plaintiffs have been judicious in choosing which motions to respond to out of respect for judicial economy.

2. However, Plaintiffs have been awaiting rulings on those motions and responses, specifically the Defendant's motion to dismiss. Without a ruling on the motion to dismiss, Plaintiffs remain unsure as to the status of this case, whether to amend their Complaint and how that will ultimately be accomplished.

3. Further counsel for Plaintiffs, Chris J. Kellogg has attempted to work with the Defendant to complete the report of parties' planning conference. However, Defendant has insisted

on dragging this initial discovery phase out by continually arguing his case to Mr. Kellogg and continuing to disparage Mr. Koehn and Mr. Brand. When Mr. Kellogg pointed this out to the Defendant, Defendant then refused to speak with Mr. Kellogg further via phone, despite the Court's order for the parties to communicate in that fashion.

4. Because Mr. Kellogg told the Defendant he was uncomfortable with his rhetoric, the Defendant has also accused Mr. Kellogg of trying to trap him into further criminal charges and is essentially refusing all communication with Mr. Kellogg, the last email from Mr. Kellogg to the Defendant having gone unanswered.

5. The Defendant has also accused Mr. Kellogg of changing items in the report of parties' planning conference after the terms had already been agreed to.

6. Under the circumstances, it has been impossible to continue working with the Defendant and Mr. Kellogg is uncomfortable continuing to be the go between for the parties.

7. The meet and confer process has broken down and the parties were unable to complete the report of parties' planning conference fully. Plaintiffs and Defendant disagree as to the reasons why.

8. As a result, the Plaintiffs are unsure how this matter is going to proceed given this lack of communication by Mr. Nelson.

9. Plaintiffs therefore requests that the Court extend the current deadline for initial disclosures and submission of the report of parties planning conference until such time as the Court can address Plaintiffs' concerns raised herein.

10. The Court has not yet entered a scheduling order in this matter except to set a deadline for initial disclosures and filing of the report of parties' planning conference on July 26, 2022.

11. Neither party will suffer prejudice as a result of this requested extension as it would apply

equally to both parties. Further, as the Court has not yet issued a scheduling order, this extension will not disrupt any future deadlines that were already set.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order extending the deadlines as requested above, for such other relief as the Court deems appropriate and, specifically, Plaintiffs request the Court's guidance on how to proceed given the information provided above.

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel    #14067
Chris J. Kellogg    #21651
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
lmichel@kenberk.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Larry G. Michel, hereby certify that on the 25th day of July 2022, I electronically filed the forgoing Motion for Extension of Time with the Clerk of the Court by using the electronic system which will send notice of filing to the following:

> Michael Nelson
> 9450 S.W. Gemini Drive
> PMB 90924
> Beaverton, OR  97008-7105
> oklahomaremote@gmail.com

I further certify that I emailed a copy of the forgoing Motion to the Defendant at the above-listed email address.

/s/ Larry G. Michel
Larry G. Michel