# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and <br><br> **CHAD MITCHELL KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** <br> <u>CIVIL ACTION</u> <br><br> **Motion for Judicial Notice under FRCP Rule 201 without limitation regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as:  DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS** <br><br> **[Jury Trial Demanded]** |

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing **Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from "burn permit violation" 8 January 2022** defendant states:

**<u>BACKGROUND:</u>**

This case was originally filed as a state petition in February of 2021, in Saline County District Court, set to be heard before Judge Paul J. Hickman, whom the plaintiff Chad Mitchell Koehn claims is a judge "in his pocket".  Mr. Koehn has had a plethora of cases heard before the same County District Judge, Paul J. Hickman, in the past, and has regularly used Larry Gene Michel in those proceedings.  According to an "informant" who simply

===================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 1

goes by the screen name: "yourfriendcassie2000", who has sent a number of cryptic messages regarding the matter at bar, Mr. Koehn, UCM, judges, law enforcement and other disturbing allegations concerning the same:

The plaintiffs attempted not a single attempt at service of the petition from the time it was filed in February 2021, until improper service of process was conducted inside a detention facility on 10 January 2022, despite the fact the petition authored and signed by two Kansas licensed attorneys, Larry Gene Michel and **Quinn Robert Kendrick** was reviewed as to form and substance a plethora of times, by the two licensed attorneys who authored and signed the petition, by plaintiff Chad Mitchell Koehn and plaintiff United Capital Management of Kansas Inc. and by the County of Saline District Court Judge Paul J. Hickman and staff.

Specifically the petition was reviewed and the matter came before the State Court on numerous times, where the petition including the racial slur "bean" hurled at the person of Nelson, was reviewed by Judge Paul J. Hickman, Larry Gene Michel, **Quinn Robert Kendrick** and a host of Court personnel a tremendous number of times. The petition was reviewed on 22 and 23 February 2021. On 6 August 2021, a hearing was held where the petition was reviewed, yet again, this hearing was held just 6 days prior to a hearing in NEVADA, where Craig Alan Brand appeared as an unqualified NEVADA attorney representing Anthem Vault Inc., in the origination case against Michael Nelson. A hearing

===============================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 2

was held on the 5 of October 2021, where the state petition was again reviewed, by all, in a hearing held just five (5) days prior again to a deadline in filings for Craig Alan Brand's Appeal from the Court in NEVADA. On 31 December 2021, the State petition was reviewed again and then again on 3 January 2021, the petition was reviewed and issued to be served upon the defendant, days before the three Justice Review panel in NEVADA reviewed what was at the time believed Mr. Craig Alan Brand's fifth and final appeal of the case in NEVADA. Yet, <u>now we have learned via the sworn testimony of Cynthia D. French - Blanchard in open Court sworn testimony</u> that Craig Alan Brand continues with a final appeal to presumably **now only the NEVADA SUPREME COURT.**

    The State Petition filed in Febuary 2021, <u>was finally set to be sent for the FIRST ever attempted service of process or any notification whatsoever on 3 January 2022</u>; after the plaintiffs [CHAD MITCHELL KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS INC.] received confidential protected information regarding the unlawful detainment of the defendant, from their conspirator CYNTHIA BLANCHARD, yet another Craig A. Brand client who is also President of Anthem Vault Inc, Anthem Gold Inc., AG HERC Inc., Anthem Holdings Company Inc., Hera Software Development Inc. and others all connected to Chad Mitchell Koehn and all of which are also clients of CRAIG ALAN BRAND. **The FIRST ever service of the State petition was then sent off to Essex County New Jersey** detention facility (jail) only after they [Koehn, Blanchard and Brand]

---

Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 3

had learned the defendant, Michael Nelson, had survived multiple murder attempts in an incarceration facility in Essex County New Jersey. The knowledge of Nelson's detainment was known ONLY to Federal and State law enforcement and attorneys, and a single outside attorney hired by Nelson's family, named Mark Kane, of Kane, Kane, Kane and Gourk located in Bartlesville Oklahoma, the single non attorney non government agent was none other than Craig Alan Brand client Cynthia Diane French Blanchard.

An alias summons was issued on 3 January 2022, with "Authorized Alternate" service of the summons, this as the docket and record so indicates was the first time any service of process was EVER attempted in the matter. On 7 January 2022, a hearing was held and the State petition was reviewed for a SEVENTH (7th) time, also in front of Judge Paul J. Hickman, the same County District Judge, whom Chad Mitchell Koehn claims is in his pocket and **the informant says Koehn brags he has a County Judge "bought and paid for".**

**8 January 2022, CHAD MITCHELL KOEHN was cited with a CRIMINAL CITATION in Citation Number: 0000225246**

**Chad Mitchell Koehn was Charged with a CRIMINAL ACTS.**

===========================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 4

10 January 2022, the defendant, Nelson was served partial and improper service inside of a detention facility in Essex County New Jersey, where the State Petition was served "uncovered" and **prominently featuring a racial slur of hatred** which caused the defendant Nelson, unnecessary violence at the hands of the highly racially divided and charged environment in the overcrowded Essex County detention facility. Nelson continues to suffer severe mental and physical trauma as a result of the attacks.

The originating petition was examined and reviewed at least 7 separate times, from the time of filing before it was served upon the defendant, during the one and ONLY attempt.

Despite the more than half a dozen reviews of the petition, and it being authored by two licensed attorneys Larry Gene Michel and **Quinn Robert Kendrick**, the originating petition contained a known racial slur, directed at the person of the defendant, Nelson and so naming the defendant, Nelson by the known racial slur.

11 January 2022, just one day after the improper service of the originating state petition was served upon the defendant at the one and only attempt ever made to notice the defendant of the pendency of the matter, a Prosecutor was assigned to the CRIMINAL Case against CHAD MITCHELL KOEHN; that prosecutor assigned was Prosecutor of Record: Chaz A Coberly

===========================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 5

11 January 2022, the same day Prosecutor Chaz Andrew Coberly was assigned the CRIMINAL Case against CHAD MITCHELL KOEHN, a hearing was scheduled stating: "Hearing Scheduled (Must Appear 02/16/2022 10:00 AM)"; in reference to the CRIMINAL CHARGES against CHAD MITCHELL KOEHN.

11 January 2022, the CRIMINAL Court in Saline County Kansas issued: "Citation and Notice to Appear", regarding the CRIMINAL CHARGES against CHAD MITCHELL KOEHN.

12 January 2022, in the evening, Nelson, was released from custody of the Washington County, Oklahoma, detention facility, after he was "extradited" from the detention facility in Essex County New Jersey.

21 January 2022, case notes of the State Petition state: "Return of Service on Alias Summons to Michael Nelson by Personal Service on 1/10/22 RET: Return of Service"

26 January 2022, CHAD MITCHELL KOEHN, filed an affidavit sworn under the penalties of Perjury, to the Saline County Sheriff, seeking a protective order against Nelson, where <u>Koehn makes numerous statements of material fact, which are false given the public record(s) known to Chad Mitchell Koehn at the time he filed the sworn affidavit.</u>

================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 6 -

The affidavit signed as a voluntary and free act by CHAD MITCHELL KOEHN, under the penalties of perjury, was riddled with known false statements, and utterly untrue facts. KOEHN also made a direct statement of fact in the affidavit signed under penalty of perjury that Nelson had a computer "stripped" (stolen) from him, that computer continues to be missing, and no known authority had authorization to take the computer, nor does any governmental authority recognize the existence of the computer in their inventory logs, receipts or search warrants. Koehn though identifying as a "male", requested protection under specified acts to protect WOMEN, and sought protection against having sex with Nelson when Koehn is incapable of giving consent, and Koehn sought protection from being sexually trafficked. Yet, the informant "yourfriendcassie2000" makes allegations that Koehn has committed sexual crimes at the same property where the informant said Koehn was destroying evidence, under direction of his attorneys, when he was caught "red handed" having an unauthorized "burn" and CRIMINALLY CITED for the same.

27 January 2022, the clerk's notes of the CRIMINAL COURT of Saline County District Court, Kansas entered the following notes regarding the CRIMINAL Case against CHAD MITCHELL KOEHN:

> "*Friend* of the Defendant called wanting to know if def [CHAD MITCHELL KOEHN] has to appear or if he can just pay a fine. I advised he will

===============================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 7 -

need to appear, referred to CA's [COUNTY ATTORNEY] office to get information about appearing by video."

1 February 2022, Nelson, dutifully removed the state petition to the US FEDERAL COURT for the US DISTRICT OF KANSAS, via removal procedures under Federal Law and Federal Questions.

1 February 2022, notes in the Criminal Docket for the Criminal Case against Chad Mitchell Koehn state: "Per email from Ella - To be dismissed once $158 CC paid / Notify Ella when paid Document ID #: 1799801"

*Back dating occurred in Docket of CRIMINAL Proceedings as to CRIMINAL Charges against Chad Mitchell Koehn starting at end of transcript docket: 1 February 2022: "Hearing result for Must Appear held on 02/16/2022 10:00 AM: Hearing canceled; documents filed - Per email from Ella / To be dismissed"

To hide the CRIMINAL Case against Chad Mitchell Koehn it appears someone within the Saline County District Court entered false dates to the record: "01/01/1901 Clerk's Notes"

=====================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 8 -

It is noted that the current year is 2022, and the CRIMINAL CITATION and CRIMINAL CASE against CHAD MITCHELL KOEHN was initiated this year 2022, and nothing denotes that any actions happened during "1901" as stated in the docket stating: "01/01/1901"

2 February 2022, Nelson filed two documents:
1. Notice of Compliance - Noticing Saline County District Court of Removal
2. Memorandum & Motion of Concerning Use of Hate Speech in Originating State Petition, Motion for Referral to BAR Association for Disbarment

3 February 2022, the following documents were filed in the matter at bar here:
1. NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Quinn Robert Kendrick as to All Plaintiffs **(Kendrick, Quinn)**
2. MOTION for extension of time (titled: MOTION to Enlarge Time in Contemplation of Filing Dispositive Motions, Dismissal or Answer with Counter and Cross Claims or other Responsive Pleadings) by Defendant Michael E. Nelson.
3. MEMORANDUM IN OPPOSITION by Plaintiffs Chad M. Koehn, United Capital Management of Kansas, Inc. re 5 MOTION for Order **(Michel, Larry)**

Without going further into the known docket of the current matter at bar, the brief recap and background is important to note, as the information is still forthcoming regarding

===============================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 9

the illegal "burn" (bonfire) in destruction of evidence as alleged by the informant, who has to date never been wrong about a single statement, though has used a disappearing message application or cryptic disappearing messages in discord chat rooms and all that is known is "yourfriendcassie2000".  Michael Nelson submits he knows of no person named "Cassie" and equally knows of no person named "Pallie", one of the alleged female sexual assualt victims of CHAD MITCHELL KOEHN according to the informant.   Not only is it necessary to ascertain the identity of the informant "Cassie" and the identity of "Pallie" but the identity of a woman by the last name of "Belt", is also necessary to ascertain as this person apparently also knows first hand knowledge of alleged crimes committed by Koehn on the same property address as cited in the Citation listed herein above, CRIMINALLY charging Chad Mitchell Koehn.

On Saturday 23 July 2022, the informant "yourfriendcassie2000", sent a cryptic disappearing message regarding… "destruction of evidence by daddy chad", believed CHAD MITCHELL KOEHN, claiming that Koehn had a series of "fires" for the purposes of destruction of evidence, including office files, and computers, specifically stating hard drives, in offering evidence to this fact the informant stated that KOEHN was CRIMINALLY CHARGED with having unauthorized fire in a remote area, located on a "ranch where many

===========================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 10

of Koehn's crimes have been committed", elluding to sexual exploitation of minors, and staing someone known as "PALLIE" knows all and was a victim too.

**REQUEST FOR JUDICIAL NOTICE**

This Request for Judicial Notice is made firmly within the rights under FRCP (Federal Rules), as codified into law by the Congress of these the United States of America, together with all amendments thereto under the Rules Enabling Act, promulgated by the United States Supreme Court and approved as law by Congress, in accordance with the Act, under the Constitutional Authority granted; specifically under Rule 201, which states in part:

Rule 201. Judicial Notice of Adjudicative Facts

**(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.**

**(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:**

**(1) is generally known within the trial court's territorial jurisdiction; or**

**(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.**

**(c) Taking Notice. The court:**

===========================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 11 -

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

**IRREFUTABLE FACTS upon each which JUDICIAL NOTICE, of FACT is now herein so requested by the requesting party to the above herein entitled action, defendant and Counter-Plaintiff Michael Nelson, does so herein and now so request JUDICIAL NOTICE of the "IRREFUTABLE FACTS" as set forth as IRREFUTABLE FACTS:**

**IRREFUTABLE FACTS of Request for Judicial Notice:**

1. That on 8 January 2022, just two days prior to the improper service of the underlying state petition upon Nelson, in a detention center in Essex County New Jersey, CHAD MITCHELL KOEHN was cited for CRIMINAL CONDUCT, see Attached herewith and incorporated herein Exhibit "A"

2. Case Number: 2022-CR-000043 appearing in Saline County Kansas District Court lists as DEFENDANT: CHAD MITCHELL KOEHN see attached herewith and incorporated herein Docket of above herein

===============================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 12

referenced CRIMINAL case against CRIMINAL Defendant: CHAD MITCHELL KOEHN, see Exhibit "B"

3. The annexed hereto and attached herewith and therefore incorporated herein Exhibit A, demonstrates clearly articulable fact that CHAD MITCHELL KOEHN was cited into COURT, on CRIMINAL CHARGES involving an unauthorized and thus illegal "burn", indicating he was in fact having a large unauthorized fire, see the charge noted on the attached herewith and incorporated herein Exhibit "A".

4. On 11 January 2022, Prosecutor of Record Chaz A Coberly, a Saline County District Attorney was assigned as prosecutor of the CRIMINAL case against CHAD MITCHELL KOEHN, see attached hereto, annexed and incorporated herein by reference Exhibit "B" for verification.

5. Also on 11 January 2022, while Nelson remained in custody in Washington County, Oklahoma, the docket in the CRIMINAL CASE against CHAD MITCHELL KOEHN notes: "Hearing Scheduled (Must Appear 02/16/2022 10:00 AM)"

6. On 26 January 2022, CHAD MITCHELL KOEHN, filed a sworn affidavit with the Saline County Sheriff's Office, the exact same Sheriff's Office which had cited him for the CRIMINAL violation as cited herein above. In the affidavit filed by CHAD MITCHELL KOEHN under penalties of

===========================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 13

perjury Koehn made numerous false allegations and numerous false statements as fact which Koehn knew were false statements at the time as he had not only access to public records but he had been in constant contact with co conspirators regarding those public records regarding Nelson, yet CHAD MITCHELL KOEHN made a series of known false material misrepresentations in the sworn affidavit he signed under penalty of perjury.

7. Miraculously, on 27 January 2022, just one day after CHAD MITCHELL KOEHN filed the perjury riddled affidavit against Nelson, seeking protection from having sex with Nelson when he [CHAD MITCHELL KOEHN] is "incapable of giving consent" and seeking a variety of other protections from "human trafficking", "sexual exploitation" and stalking etc. the CRIMINAL CASE against CHAD MITCHELL KOEHN took a turn when a "friend" phoned presumably the Court and the Court docket reflects:

    a. "Friend of the Defendant called wanting to know if def [CHAD MITCHELL KOEHN] has to appear or if he can just pay a fine. I advised he will need to appear, referred to CA's [County Attorney] office to get information about appearing by video."

    SEE Exhibit "B" attached herewith and incorporated herein by reference.

==========================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 14

8. On 1 February 2022, the SAME day as Nelson dutifully removed the state petition to the US FEDERAL COURT, the court docket for the CRIMINAL CASE against Chad Mitchell Koehn states: "Per email from Ella - To be dismissed once $158 CC paid / Notify Ella when paid Document ID #: 1799801"  See attached hereto and incorporated herein Exihibit "B"

9. Also on 1 February 2022, the docket reflects the statement: "Hearing result for Must Appear held on 02/16/2022 10:00 AM: Hearing canceled; documents filed - Per email from Ella / To be dismissed" See attached hereto and incorporated herein Exhibit "B"

10. On 24 February 2022, the docket for the CRIMINAL matter against: CHAD MITCHELL KOEHN reads:  "Motion / Order of Dismissal - Count 1 with CC to be paid by Defendant", the EXACT same day as the docket in the matter at bar here demonstrates the Pro Hac Vice entrance of Craig Alan Brand via Docket Number:  24, with the attached exhibits 24-1 and 24-2; see the docket of the matter at Bar and the attached herewith and incorporated herein Exhibit "B"

Under Federal Rules 201c(2), it the Rule and thus law codified by the Congress of these the United States of America and amended per law under the Rules Enabling Act, as promulgated by the United States Supreme Court, with the final approval by the Congress of the United States of America therefore codified law of these the United States of America under Constitutional Authority states:

========================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 15 -

"must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts, given the information as supplied and attached and incorporated herein by reference as Exhibits.

Having as now formally "requests" made and the court here being now, herein, herewith, incorporated with and attached Exhibits "supplied with the necessary information", "must take judicial notice", as now having been so requested.

Defendant Nelson, continues by and through legal counsel, State and Federal Law Enforcement and private investigators to investigate the allegations made by

===========================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 16 -

the informant and continues to confirm the information so provided, and shall continue upon findings file as is appropriate under the rules of FRCP information as it is ascertained and should be entered to the docket and permanent public record of the matter at bar.

WHEREFORE it is the pro se defendant's prayer for relief:

That this Honorable Court take Judicial Notice of the FACTS as referenced and incorporated herein as true, issuing an order demonstrating the Court has taken Judicial NOTICE as to the facts rendered herein and referenced by the annexed hereto and attached herewith, incorporated hereupon Exhibit "A", and Exhibit "B" attached, and now provided to this Honorable Court the US Federal District Court for the US District of Kansas. Having now formally requested Judicial Notice under Federal Rule 201 without limitation and having laid forth the facts for the Court to provide Judicial Notice and supplied the materials from the SALINE COUNTY DISTRICT COURT, and SALINE COUNTY LAW ENFORCEMENT as is so required under Federal Rule. It is therefore and herein now requested for the Court here to take Judicial Notice as to the facts in 1 through 10 herein above. As any Federal Court must do when as here and now is so supplied with the information necessary to do so as the Court here in the US District of Kansas is

===========================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 17 -

now herein so requested and so provided in Exhibits A and B attached hereto and annexed herewith as are incorporated herein by reference.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Motion for Judicial Notice and Order of the Same and requesting this motion, notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. Makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

===============================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 18

Respectfully Submitted, this 25th day of July 2022.

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

==========================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order, signed by Judge Paul J. Hickman.

Respectfully Submitted, this 25th day of July 2022.

*[signature: Michael Nelson]*

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===================================================================================
Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS

- 20