# EXHIBIT

# "A"

# To Follow . . .

===========================================================================
**Motion for Judicial Notice regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN stemming from INCIDENT 8 January 2022; alleged by Informant as: DESTRUCTION of EVIDENCE ordered by CHAD MITCHELL KOEHN's ATTORNEYS**

**UNIFORM NOTICE TO APPEAR AND COMPLAINT**
Saline County Sheriff's Office

Incident No.: 2022-00000559    Docket No.: _____
Citation #: 225246

the Undersigned, complains that
on the __8th__ day of __January__, __2022__ at __2:54 PM__ (Time)

Last Name: __KOEHN__
First: __CHAD__    Middle: __MITCHELL__

Street Address: 259 S CUNNINGHAM RD
City: SALINA    State: KS    Zip Code: 67401
DOB: 7/8/1970    Sex: M    Race: W
Ht (in.): 73    Wt: 215
Eyes: BRO    Hair: BRO
DL St: KS    No: K02-18-3146    ☐ CDL

DL Month / Year: 7/2025    Endorse: _____    DL Class: A

Phone: _____    Employer: _____

Did Unlawfully in the County of Saline: 259 S CUNNINGHAM RD

Did Unlawfully Operate a Yr.: ___ Make: ___ Model: ___

Colored: ___ VIN: ___ Style: ___

Mo/Yr: / ___ State: ___ License No.: ___

and did then and there commit the following:

☐ Accident   ☐ Comm. Veh.   ☐ Haz. Mat.   ☐ Con. Zone   ☐ School Zone

Charged: ___ Posted: ___ Actual: ___    ☐ Pace ☐ Radar ☐ Lidar ☐ Other

| # | Violation | Misd. | Infraction | Fine |
|---|---|---|---|---|
| 1 | Violation: Burn Permit Violation / Section No. CR-1513 | Y | | COURT |
| 2 | Violation: / Section No. | | | |
| 3 | Violation: / Section No. | | | |
| 4 | Violation: / Section No. | | | |
| 5 | Violation: / Section No. | | | |
| 6 | Violation: / Section No. | | | |
| 7 | Violation: / Section No. | | | |
| 8 | Violation: / Section No. | | | |

Resolution: SIGNED PERSONAL RECOG
[X] MUST APPEAR in court
Admin Fee: $0.00
Total Due: COURT

Officer's Signature: _____    No.: 1377    Agency ORI: KS0850000

**NOTICE TO APPEAR**
I promise to appear before the District Court of Saline County, KS Room 310 on 2/16/2022 at 10:00 AM

Your failure to either pay the fine or appear in court at the time specified on this Notice to Appear may result in a warrant being issued for your arrest and may result in suspension or revocation of driving privileges.

(Signature)

FILED SALINE CO. DIST. COURT 2022 JAN 11 AM 9:50