# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>    Plaintiffs, Counter Defendants<br> v.<br>Michael Nelson<br><br>    Defendant ;  Counter Plaintiff PRO-Se. | **DOCKET NO.:** **5:22-CV-04008-JWB-GEB**<br><u>CIVIL ACTION</u><br><br>**MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery** |

 <u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing **MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery,** Defendant and Counter Plaintiff Michael Nelson, as of 0900 hours, on 26 July 2022, has tendered first limited discovery requests to Christopher Kellogg, pursuant with agreement under Rule 26(f) conference and in accordance with orders of the Court to the email address for Christopher Kellogg an attorney of the law firm Kennedy Berkley Yarnevich and Williamson Chartered.   Nelson does so herein NOTICE the Court and Request Order on the same as so stated:

1. In accordance with Court Orders, Nelson has delivered via electronic mail (email) his first LIMITED discovery requests in accordance with and material support of Motion to Dismiss the SLAPP litigation by Chad M. Koehn and United Capital Management of Kansas Inc.

2. First limited discovery requests were delivered at approximately 0900 hours on 26 July 2022, having been sent to the person of Attorney Christopher Kellogg via email to:  ckellogg@kenberk.com

===============================================================================
**MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery**
- 1

3. Electronic Mail (email) delivery of the first limited discovery requests was delivered via email to: ckellogg@kenberk.com both having been sent directly by GOOGLE documents and second time via direct email correspondence to ckellogg@kenberk.com originating from oklahomaremote@gmail.com as per the ORDER of the Court for communication of substantive discovery, and in accordance with agreement via Rule 26(f) conference of meeting of the parties according to the ORDER of the Court.

4. Nelson, recognizes that a motion to dismiss has been dutifully filed within the time constraints under FRCP and Kansas Constitution, US Constitution, Local Rules and Kansas Law, which allows for limited discovery as to the allegation that the Litigation as filed by Chad M. Koehn and United Capital Management of Kansas Inc. amounts to SLAPP litigation, and entitles Nelson to seek dismissal with the court allowing for limited discovery.

5. The limited discovery sent to Christopher Kellogg, does NOT include interrogatories.

6. The limited discovery is limited to brief requests for Admission; and brief requests for the production of documents pursuant with Federal Rules of Civil Procedure Rules 26, 34, 36, 30(b)(6).

7. The limited discovery is sent ONLY to the party United Capital Management of Kansas Inc.

===========================================================================
**MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery**
- 2

8. The Limited Discovery is NOT at this time sent to the person of Chad MitchelL Koehn demonstrating clear good faith by Nelson, in not unnecessary burdens upon Chad Mitchell Koehn at this early stage and limiting the discovery only to that which is necessary under the FRCP rules listed herein above at (6), and sent to Mr. Christopher Kellogg only directed to United Capital Management of Kansas Inc. and for said requests as they relate to the specified employees, officers, directors, agents, representatives as chosen by United Capital Management of Kansas Inc. pursuant with Federal Rules of Civil Procedure Rule 30(b)(6) inclusive without limitation.

9. Having served said LIMITED discovery requests this day 26 July 2022, and provided for therein in plain English instructions for the same, a response to each and every request will be expected on or before 26 August 2022.

**PRAYER FOR RELIEF and NOTICE AS TO COMPLIANCE**

**WHEREFORE,** Defendant and Counter Plaintiff Michael Nelson, has and continues in good faith to provide for the fair and judicious resolution of the matters before the Court, Nelson has on this day 26 July 2022, delivered via electronic mail (email) the first limited discovery requests to attorney Christopher Kellogg via two forms of electronic mail, first via google documents via the Corporation GOOGLE, and second via direct email correspondence from oklahomaremote@gmail.com both communications from GOOGLE and from the email address

===========================================================================
**MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery**
- 3

of Nelson were delivered pursuant with ORDER of the Court and sent to Christopher Kellogg at the email address: ckellogg@kenberk.com

Wherefore the first limited discovery requests are enumerated herein above and numbered 1 through 9, accordingly.

It is therefore and herein now requested of the Court for Order recognizing the referenced and enumerated numbers 1 through 9 herein above as substantial compliance with both the Orders of the Court and the meeting of the parties under the Rule 26(f) conference and the agreement of the parties as to such as well as the embodiment of the Federal Rules of Civil Procedure, Local Rules of the Court and the Kansas State laws and Kansas Constitution and US Constitution so well articulated in the Motion to Dismiss the SLAPP litigation filed by Chad Mitchell Koehn and United Capital Management of Kansas Inc.

Wherefore given the above well stated and articulated facts in this prayer for relief and thus Motion in Compliance and Notification to the Court. Nelson does herein now formally and respectfully request of this Honorable US FEDERAL COURT for the US FEDERAL DISTRICT of KANSAS for Order recognizing the delivery of the first limited discovery requests on this date 26 July 2022 and for compliance in the same according to the codified laws of Congress and amendments thereto by the Untied States Supreme Court under the Rules Enabling Act as to the Federal Rules of Civil Procedure under both the Constitution of these the United States of America and the Kansas Constitution as pursuant with Kansas Law in the Motion to Dismiss the SLAPP styled petition of Chad M. Koehn and United Capital Management of Kansas Inc.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Respectfully Submitted, this 26th day of July 2022.

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

================================================================================
**MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery**
- 5

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per order of the saline county judge.

Respectfully Submitted, this 26th day of July 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===============================================================================
**MOTION on Compliance and Notice to the Court Request for Order regarding delivery of First Limited Discovery**