KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFF/COUNTER-DEFENDANT'S MEMORANDUM IN OPPOSITION TO DEFENDANT/ COUNTER-PLAINTIFF'S MOTION FOR DEFAULT ON AMENDED COUNTERCLAIMS AND CROSSCLAIMS (DOCKET NO. 101)

Plaintiffs/Counter-Defendants, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant/Counter-Plaintiff Michael Nelson's ("Mr. Nelson") Motion for Default for the purported failure of the Counter-Defendants to answer Mr. Nelson's June 6, 2022, Amended Counterclaims and Crossclaims (Docket No. 83), and say:

On June 13, 2022, Counter-Defendants timely filed a Motion to Dismiss Mr. Nelson's Amended Counterclaims and Crossclaims (Docket No. 85). The Court has not ruled on Docket No. 85 and an Answer is not yet due from the Counter-Defendants.

1

WHEREFORE, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., respectfully pray that this Court will deny Docket No. 101, Defendant Michael Nelson's Motion for Default.

Dated July 27, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Larry G. Michel     #14067
Chris J. Kellogg     #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
lmichel@kenberk.com
ckellogg@kenberk.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2022, the foregoing *Plaintiffs' Response in Opposition to Defendant/Counter-Plaintiff's Motion for Default* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com.

/s/ Chris J. Kellogg
Chris J. Kellogg