## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <br><br> <u>and</u> <br><br> **CHAD M. KOEHN** <br><br><br>          Plaintiffs, counter-defendants <br>   v. <br> Michael Nelson <br><br>          Defendant; Counter-Plaintiff <br> PRO-Se. | <span style="background:yellow">**DOCKET NO.:**    **5:22-CV-04008-JWB-GEB**</span> <br> <u>**CIVIL ACTION**</u> <br><br> **Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past** <br><br> **[Jury Trial Demanded]** |

     <u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing

     **Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past** defendant states:

     This Request for Judicial Notice is made firmly within the rights under FRCP (Federal Rules), as codified into law by the Congress of these the United States of America, together with all amendments thereto under the Rules Enabling Act, promulgated by the United States Supreme Court and approved as law by Congress, in

===================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 1

accordance with the Act, under the Constitutional Authority granted; specifically under

Rule 201, which states in part:

Rule 201. Judicial Notice of Adjudicative Facts

**(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.**

**(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:**

**(1) is generally known within the trial court's territorial jurisdiction; or**

**(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.**

**(c) Taking Notice. The court:**

**(1) may take judicial notice on its own; or**

**(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.**

**Based upon search results from the famed search engine GOOGLE, the defendant, Mr. Nelson, here and now submits search results for a variety of search terms, phrases including those with "negative" words and phrases clearly demonstrating that AT PRESENT TIME, no negative search results appear online in regards to: UNITED CAPITAL MANAGEMENT OF KANSAS INC. nor to that of any of the variations to the name United Capital**

====================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 2

**Management of Kansas Inc. on the search engine: GOOGLE, at PRESENT apart from notices regarding this LITIGATION which was initiated by the plaintiff themselves, ergo they the plaintiffs Chad Mitchell Koehn and United Capital Management of Kansas Inc. are jointly severally and collectively responsible for each of those listings.**

Any future negative results or other information to be found online has no bearing upon the defendant in this matter as certainly any future reports, posts, comments or complaints, are a direct result of the plaintiffs own actions, or as a direct result of the "so-called" news media personalities which purported "officer of the court" Craig Alan Brand has brought to bear upon the matter at bar. Or as a result of publicity in this matter caused by Craig Alan Brand's so-called news media, or as a result of the plethora of interest from dissatisfied investors, in the plaintiffs business operations, considering that at present 28 July 2022, the CRYPTO CURRENCY stock COIN created from an ICO (Initial Coin Offering) HERC also known as Hercules, which has the contract address of: 0x2e91E3e54C5788e9FdD6A181497FDcEa1De1bcc1; has more than 14,500 INVESTOR addresses and there are 1,000's of other investors who have parted with their hard earned money to the plaintiffs myriad of companies.

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 3

The Contract address listed above for HERC **crypto currency stock coin**

has **MORE THAN 14,500** individual investor addresses listed, as shown on the

contract, in addition to the 1,000's of investors in a vast number of companies all

connected to CHAD MITCHELL KOEHN and thus to United Capital Management

of Kansas Inc.  Inclusive of companies where Chad Mitchell Koehn has publicly

declared a conflict of interest existing between himself and co-plaintiff United

Capital Management of Kansas Inc., example Anthem Holding Company, which is

stated as a business combination merger of self dealing self created merger subs via

what they describe as a triangular reverse short-form merger of merger subs,

Including without limitation: Anthem Vault Inc. of NEVADA, Anthem Gold Inc. of

TEXAS and AG HERC INC. of Delaware; and all subsidiaries thereto each

referenced and thus included therein inclusive without limitation of Anthem

Station (Space Station), Amagi Metals, Anthem Bunker Inc. or LLC, Anthem

Hayek LLC, Lunargistics Corporation, CisLunar Exchange, Hercules LLC,

Hercules SECZ, Independence Coin, Freedom Coin, HeraLabs, HeraSoft, Hera

Software Development Inc.  Where Chad Mitchell Koehn is listed as a director of

Anthem Holding Co. and sometimes Chad Mitchell Koehn varies the name of

Anthem Holding(s) Company and sometimes like in his 26 January 2022, sworn

==================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL*
*MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the*
*results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 4

affidavit signed under the penalties of PERJURY he states: "Anthem Holding Co.
Inc.", and Chad Mitchell Koehn has had himself listed as a director of Hera
Software Development Inc. on the website www.herasoft.com where also Craig
Alan Brand is listed as "special counsel" for Hercules (HERC crypto currency
stock coin, and Hercules SECZ of Grand Cayman Islands, and Hercules LLC of
Puerto Rico) and as a shareholder of Hera Software Development Inc., yet Hera
Software Development Inc. is stated as a spinoff of Anthem Gold Inc. together
with Lunargistics Corporation.   Demonstrating clear intent to defraud, clear
spoilization of evidence and hiding of facts from the Court, both Craig Alan Brand
and Chad Mitchell Koehn were removed from the website Hera Software
Development Inc. in the past month when documents were filed in the matter at bar
demonstrating clearly they both are listed on the website www.herasoft.com in
various roles including as to Craig Alan Brand as the ONLY human shareholder of
Hera Software and Development Inc. and Chad Mitchell Koehn was listed as a
member of the board of directors and a director of Hera Software Development
Inc. as the Court will note and so is provided for herein to take Judicial Notice of
Search Results from Google Search Engine clearly demonstrating multitude of
results showing Chad Mitchell Koehn as a member of the board of directors and a

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL
MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the
results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 5

director / officer of Hera Software Development Inc. a company which utilizes both State and US Federal Resources without authorization, in violation of BOTH Civil and CRIMINAL laws.

**At the current moment in time United Capital Management of Kansas Inc. appears NOT in any search results resulting in any negative or "defamatory" results on the Search Engine Google.**

This request for Judicial Notice as to the Search Engine results to the given terms as listed, together with EXHIBITS demonstrating clear the information required for the Court to now take Judicial Notice, as to the lack of "defamatory" information listed in the search engine results as provided for in the attached Exhibits herewith at PRESENT as of this date the 28th of July 2022.

The certain insistence of the plaintiff's severally and collectively by and through their nearly half a dozen different law firms ranging from those who have made formal appearance before the Court to those who are simply listed attached and so connected to the lawyers appearing before the Court in the matter, who to date have included: Quinn Robert Kendrick, Larry Gene Michel, Christopher Kellogg, and pro hac vice purported counsel Craig Alan Brand, though other persons have appeared though are not licensed before the Court, and a number of

===============================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 6

law firms ranging from The Brand Law Firm, wherein Craig Alan Brand publicly by and through affidavits and public advertisements claims he is the "SENIOR PARTNER" for the firm, and the firm of Kennedy Berkley Yarnevich and Williamson Chartered, as well as Mystic Law appearing at times before the Court in hearings, and those other firms connected to those above herein mentioned GANJA LAW (Ganja is a word used in "slang" for the drug DOPE), as well a variety of other variations of the above, inclusive without limitation of KenBerk etc. Any publicity or other search engine results in the future which are claimed after this date in time 28 July 2022, to be defamatory in nature or otherwise complained of are the direct and immediate proximate result and causation of the actions, words, deeds of the attorneys appearing at bar and using "so-called" media personalities to publicize the current matter at bar.

IF not for the frivolous and incongruous SLAPP (strategic lawsuit against public participation) state petition filed in this matter, where the plaintiffs collectively laid in wait nearly one year plotting and planning a "shock and awe" legal entanglement attack upon the impoverished, pro se, pedestrian proletarian peon, defendant in this matter, the plaintiff's tried not a single time to attempt any service of process in the matter of the State petition and instead laid in wait

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 7

conspiring with others to entrap unlawfully the defendant and wrestle "significant

equity interest" in a number of companies from the person of the pro se, pedestrian

proletarian defendant, who has not legal education nor experience as is evident

from the pleadings and filings so made herein this matter.   Craig Alan Brand is

orchestrating the horrific litigation strategy, and misuse and abuse of the American

Judiciary, as will become evident through phone and email records, demonstrating

communications between Craig Alan Brand and Chad Mitchell Koehn, including

believed communications directly before the CRIMINAL CHARGES were filed

and cited against Chad Mitchell Koehn stemming from what an informant claims is

Chad Koehn's fires created illegally against the law to destroy evidence as the

informant stated "at the direction of Koehn's attorneys".  Craig Alan Brand is also

using "so-called" news media personalities to harass the person of the pro se

proletarian pedestrian defendant, claiming a variety of news stories to be authored

from direct attacks on the defendant's background, ethnicity, family origin, DNA,

gender, socio-economic status, to attacks based upon Christopher Kellogg and pro

se defendant Michael Nelson both being EagleScouts and this year 2022 is the 50th

anniversary of NESA the National Eagle Scout Association, towhich many

EagleScouts belong, including the pro se pedestrian defendant who is a LIFE

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL*
*MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the*
*results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 8

MEMBER of the organization NESA, celebrating its 50th Anniversary this year.

These types of attacks orchestrated by Craig Alan Brand via his so-called news

media personalities, are part of Mr. Brand's well known and long and storied

history of questionable ethics in litigation, as any person who reaches out to any

counsel who has opposed Mr. Brand in the past will come to realize Mr. Brand's

reputation in the legal community is one which has landed him before many bar

associations, has seen him fined tens of thousands of dollars in the Federal Courts

in New York, and made Mr. Brand the center of numerous State and Federal

investigations, no different than he is now, stemming from actions in this case at

bar and those actions taken in direct physical attacks against the pro se defendant

just before the first ever attempt at service of the underlying petition.

Judicial Notice has already been requested regarding CRIMINAL

CHARGES levied against plaintiff CHAD MITCHELL KOEHN levied just less

than 48 hours prior to service of process in this matter, where at least one

informant claims Chad Mitchell Koehn was cited CRIMINALLY for a large "fire",

which the informant claims was orchestrated by Koehn to DESTROY evidence,

including office files, and harddrives, and was at the direction of Koehn's

attorneys, presumably all the above herein mentioned with the exception of

===============================================================================

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL*
*MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the*
*results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 9

Christopher Kellogg who did not make an appearance nor make it known he was Brand's attorney until February of 2022, after the State SLAPP petition was dutifully removed, when the pro se pedestrian defendant removed the State Petition from the hands of the Judge in Saline County, which Koehn claims is in his pocket, and which the informant claims Koehn brags the judge is "bought and paid for". Separate Judicial Notice shall be filed outlining all cases which Koehn has had in State Court and the miraculous coincidences surrounding those cases, including having the same attorneys and the same judge assigned. In fact if not for the removal here to the US Federal Court, both this matter currently at bar and the protective order sought by Koehn on 26 January 2022, via sworn affidavit would have both been heard before the same Judge as many of Koehn's other cases in State Court are assigned the exact same judge. It also should be of concern to Judicial Integrity units of State and Federal government of how the docket for the CRIMINAL Charges against Chad Mitchell Koehn was changed in order to substantially hide the criminal citation, by changing the date to "01/01/1901", as the Court here in the US Federal Court should note that the current year is 2022. Equally it should be of concern what documents, electronic mails, and other materials were filed in that Criminal Case, equally is how the informant knew of

=================================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 10

the Criminal Charges against Chad Mitchell Koehn and the eerily coincidental timing of the fire(s), less than 48 hours before Koehn knew the defendant would be served in a detention facility, and how Koehn knew of the defendants location in that detention facility, when knowledge was only known to State and Federal Officials and the attorneys for defendant Nelson.

In order to set the facts and requests for Judicial Notice regarding the search results for United Capital Management of Kansas Inc. the attached exhibits are individually referenced and incorporated herein by such as attached herewith and therefore annexed hereto this request for Judicial Notice under Federal Rule 201, inclusive without limitation. As now so submitted to this Honorable United States FEDERAL COURT, for the US District of Kansas, to take as the court will Judicial Notice of the facts of the search results as presented for each word and/or phrase so listed herein below and so attached herewith as stated and enumerated herein above and ordered as Exhibits A through J, to each of the search phrases conducted on the Search Engine Google. Having as now providing for request as so made herein and providing the evidence to do so, as herein provided now, as so herein above stated as the attached herewith, incorporated herein and thus annexed hereto

====================================================================

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 11

Exhibits A through J so referenced for each word and/or phrase so presented for Judicial Notice as to the plaintiff United Capital Management of Kansas Inc.

The pro se pedestrian defendant shall for convenience, conservation of judicial resources and to lessen confusion and burden upon the parties so submit under separate cover and separate motion for Judicial Notice regarding search terms and phrases relating to co-plaintiff CHAD MITCHELL KOEHN, and variations to the name of CHAD M. KOEHN regarding search engine results for search terms and phrases demonstrated therein a separate request for Judicial Notice. The document herein this motion concerns not directly Chad Mitchell Koehn and references and thus refers specifically to joint and several plaintiff United Capital Management of Kansas Inc. only, though for purposes of clear explanation that no "defamatory" results appear, Chad Koehn's name is used in at least one named variation together with United Capital Management of Kansas as an abbreviation and/or complete name.

In order to Conserve Judicial Resources and provide for judicial economy in the request for Judicial Notice made herein and now, the pro se defendant has utilized a random word and phrase generator to take nth record sampling of words and phrases related to the name United Capital Management of

_Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past_

- 12

Kansas Inc. and its abbreviations with at least one so listed together with the name of Chad M. Koehn for reference, the defendant appearing pro se out of necessity does so herein submit for Judicial Notice a small sampling of the many thousands and thousands of word combinations that could be used, and does so for purposes of Conservation of Judicial Resouces, to lessen the stresses and costs upon the parties and to provide for Judicial economy in taking Judicial Notice of the fact no defamatory terms or phrases appear in search results at Google, where 90% of the world's searches take place, at least AT PRESENT, United Capital Management of Kansas Inc. does not enjoy anything but positive results, with the exception of several notices regarding this current litigation, as several of the random search phrases used included the words: "litigation" and "lawsuit" as sometimes persons conducting searches use these search terms with the name of a business or person they are considering working with or are currently working with. In either case United Captial Management of Kansas at PRESENT does not appear to have defamatory coverage or ranking search results of any defamatory nature, which in turn after the Court takes Judicial Notice of these facts below, begs to question exactly what sort of defamatory claims the plaintiffs have if at PRESENT there appears not a single defamatory search engine result.

====================================================================

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 13

**SEARCH ENGINE: GOOGLE.com RESULTS for the Follow and attached herewith and incorporated herein by reference in each word, phrase, queries of words as shown herein below for JUDICIAL NOTICE, pursuant with Rule 201 of Federal Rules of Civil Procedures:**

1. United Capital Management of Kansas

   a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit A; demonstrates clearly no negative search results, in fact United Capital Management of Kansas Inc. is such a relatively unknown brand there appears another similarly named company named: United Capital Management of KS within the search results.

2. United Capital Management

   a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit B; again even for this shorted version which does not include the word "Kansas"; again reveals another similar company which is obviously not the same as the other company is named: United Capital Management of KS Inc., which

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 14

has taken a stake in Alphabet Inc. the public company which owns the Search Engine Google.

3. Securities Irregularities United Capital Management of Kansas

    a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit C; even when the phrase "securities irregularities" is added to the name of the plaintiff United Capital Management of Kansas Inc. the results are only at PRESENT those of the plaintiff's own website, linkedin profile, and a number of SEC (Securities Exchange Commission) documents, again no negative search results at PRESENT as of 28 July 2022

4. Securities Fraud United Capital Management of Kansas

    a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit D; even when adding the search phrase "Securities Fraud" there appears no negative results, other than the last result appearing as an advertisement from a law firm seeking clients to represent securities fraud cases, which could indicate that law firms believe United Capital Management of Kansas Inc. to be involved in cases of "Securities Fraud" however that advertisement

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 15

does not constitute defamation, nor mention United Capital Management of Kansas Inc. nor is a website affiliated with or owned in any way by the defendant, Mr. Nelson

5. Investment Fraud United Capital Management of Kansas

   a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit E; though an article appear regarding a Kansas man indicted for $3.3 million fraud, the article does not on the results contain the name of the plaintiff and does not appear to be a designation to the plaintiff, again the plaintiff enjoys a reputation free at PRESENT of any negative results for the phrase as indicated in attached herewith Exhibit E.

6. UCMK Chad Koehn

   a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit F; no negative results appear even when adding the abbreviation for United Capital Management of Kansas Inc. and that of co-plaintiff Chad Koehn; THOUGH Judicial Notice is so herein requested as to the second search result clearly demonstrating via proof in the positive that Chad Koehn is directly

=================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 16

connected to Hera Software Development Inc. and so listed on

[www.HeraSoft.com](www.HeraSoft.com) as demonstrated by the Exhibit attached herewith

and incorporated herein by reference as Exhibit F

7. United Capital Management of Kansas Lawsuits

    a. Search Engine Results for above word/phrase for search engine

       Google Attached as Exhibit G; when adding the word "Lawsuits" the

       first two results are in direct relation to the matter here at bar, which is

       not surprising given the FACT the plaintiff's themselves caused the

       litigation to be filed and not the defendant, as this is the plaintiffs own

       doing and of no consequence to Mr. Nelson defending himself in this

       litigation nor in the fact Mr. Nelson filed counter claims to the

       litigation, though those counter claims in the first amended complaint

       have gone un-answered and as of now are untimely in the fact no

       answer or other pleading has been filed in the matter in regards to the

       counter claims thus causing the dutifully filed application of demand

       for default judgment sum certain in accordance with Federal Law and

       Rule as made by the US Congress.

===============================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL*
*MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the*
*results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 17

8. United Capital Management of Kansas Litigation

    a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit H; when the random phrase generator generated lawsuit an alternative word was also used in the set examples here in this case the word "litigation", for which no negative search results result for the phrase as noted in Exhibit H

9. United Capital Management of Kansas Whistleblowers

    a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit I; the search for WHISTLEBLOWERS, with the "S" indicating plurality yields no negative search results at present though lists many different governmental resources for whistleblowers (note the plurality of "s" at the end of the word used in the phrase) as attached herewith as Exhibit I, all the first results above the page fold are direct links AT PRESENT to the plaintiffs own website: www.ucmofkansas.com

10. United Capital Management of Kansas Whistleblower

    a. Search Engine Results for above word/phrase for search engine Google Attached as Exhibit J; the term "WHISTLEBLOWER" here is

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 18

used in the singular rather than as a plurality as shown in Exhibit I

above as here with Exhibit J, the random phrases here produces both

the singular and the plurality of WHISTLEBLOWER and

WHISTLEBLOWERS; here in Exhbit J, the use of

WHISTLEBLOWER as the singular has as the search results so

demonstrate secured the positions in number 2 and 3 of the search

results and all other search results are from news articles and/or

governmental resources to assist WHISTLEBLOWERS or in the case

here WHISTLEBLOWER singular with filing complaints, or

outlining news stories, though not appearing to have anything to do

with the not widely known brand United Capital Management of

Kansas Inc. which appears to have very little search engine traffic or

results and appears a "micro" business, without any branding.


The Above 10 example names, corporate name, singular and together with

various phrases and words, positive and negative each with attached herewith,

annexed hereto and therefore incorporated herein demonstrable evidence from

search results of the famed Search Engine: GOOGLE, demonstrates clearly NO

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 19

"defamatory" of that of United Capital Management of Kansas Inc. appear in any

search result on the world wide web (INTERWEBS), via the famed internet search

engine GOOGLE which is used for more then 90% of the world's searches.

Establishing that as of 28 July 2022, there exists no negative search results for the

names of the plaintiff United Capital Management of Kansas with and/or without

other words and phrases within the search results AT THIS TIME, as of the date as

so listed herein above, and attached as to each of the Exhibits A through J as

attached herewith, annexed hereto and therefore thus incorporated herein by

reference, with request for the Court to do so now and take Judicial Notice of the

same having been supplied with the information to do so now.


     Under Federal Rules 201c(2), it the Rule and thus law codified by the

Congress of these the United States of America and amended per law under the

Rules Enabling Act, as promulgated by the United States Supreme Court, with the

final approval by the Congress of the United States of America therefore codified

law of these the United States of America under Constitutional Authority states:

====================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL*
*MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the*
*results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 20

"must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts, given the information as supplied and attached and incorporated herein by reference as Exhibits A through J of the enumerated facts as outlined herein above in numbers 1 through 10 and each with sub-part (a) as to each search word and/or phrase utilized and so attached therewith.

Having as now formally "requests" made and the court here being now, herein, herewith, incorporated with and attached Exhibits "supplied with the necessary information", "must take judicial notice", as now having been so requested.

*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 21

WHEREFORE it is the pro se defendant's prayer for relief:

That this Honorable Court take Judicial Notice of the FACTS as referenced and incorporated herein as true, noting the attached and thus annexed hereto and incorporated herein Exhibits A through J, and the reference as made numbered 1 through 10 herein above, issuing an order demonstrating the Court has taken Judicial NOTICE as to the facts rendered herein and referenced by the annexed hereto and attached herewith, incorporated hereupon Exhibit "A" THROUGH "J", attached, and now provided to this Honorable Court the US Federal District Court for the US District of Kansas. Having now formally requested Judicial Notice under Federal Rule 201 without limitation and having laid forth the facts for the Court to provide Judicial Notice and supplied the materials and information for the Court to do so now.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 22

Motion for Judicial Notice and Order of the Same and requesting this motion, notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. Makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 28th day of July 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

**NOTE attached herewith, annexed hereto and incorporated herein by reference are**

**Exhibits A through J, materially supporting the assertions requested for Judicial Notice**

===================================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

- 23

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Judge Paul J. Hickman.

Respectfully Submitted, this 28th day of July 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com |

============================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL*
*MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the*
*results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*