# EXHIBIT

# "A"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

Google

United Capital Management of Kansas    ✕   🎤   🔍

🔍 All    📰 News    📍 Maps    🖼 Images    🛒 Shopping    ⋮ More        Tools

About 25,900,000 results (0.59 seconds)

https://www.ucmofkansas.com ⋮

### United Capital Management: Home

**United Capital Management of Kansas**, Inc. is a locally owned Kansas based firm of experienced, caring consultants dedicated to providing comprehensive and ...

**Meet the Team**
At our firm, we have the client—and only the client—in mind ...

**Contact**
Salina Office. 227 N Santa Fe Ave. Salina, KS 67401 · 785-823 ...

**Careers**
United Capital Group of Companies (UCG) of Salina ...

**Tools**
Tools. Glossary. Our glossary of terms has more than 200 entries ...

More results from ucmofkansas.com »

https://www.facebook.com › UnitedCapitalManagement... ⋮

### United Capital Management of Kansas, Inc - Home | Facebook

**United Capital Management of Kansas**, Inc. is a locally owned Kansas based firm of experienced, caring consultants dedicated to providing comprehensive and ...
⭐⭐⭐⭐⭐ Rating: 5 · 19 votes

https://www.linkedin.com › company › unitedcapitalmana... ⋮

### United Capital Management of Kansas, Inc. - LinkedIn

**United Capital Management of Kansas**, Inc. is a purpose driven financial planning firm for fiscally prudent individuals. UCM has cultivated a loyal clientele ...

https://investor.com › Managed Investing ⋮

### United Capital Management of Kansas Review - Investor.com

Jul 4, 2022 — **United Capital Management of Kansas** manages $364.8 million and provides investment advisory services for 839 clients (1:45 advisor/client ratio) ...
⭐⭐⭐⭐⭐ Rating: 5 · Review by investor.com

What is the average client balance at United Capital Management of Kansas? ⌄

What is the historical performance of United Capital Management of Kansas? ⌄

https://web.salinakansas.org › Financial-Services › Unit... ⋮

### United Capital Management of Kansas, Inc.

**United Capital Management of Kansas**, Inc. 227 N Santa Fe Salina, KS 67401 | map | directions. 785-823-7900 | fax: 785-823-7913

🖼 **Images for United Capital Management of Kansas**    ⋮

chad koehn    dodge city    nathan weigel    salina ks    ⌄



United States
Postal Service

See photos

## United Capital Management of Kansas, Inc.

Website   Directions   Save   Call

5.0 ⭐⭐⭐⭐⭐ 2 Google reviews

Investment service in Salina, Kansas

**Address:** 227 N Santa Fe Ave, Salina, KS 67401

**Hours:** Open · Closes 5PM ▾

**Phone:** (785) 823-7900

Suggest an edit · Own this business?

### Questions & answers      Ask a

Be the first to ask a question

### Popular times ⓘ

| MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|

👥 **9 AM:** Usually not too busy



9a    12p    3p    6p    9p

📲 **Send to your phone**

### Reviews from the web

5/5   Facebook · 19 votes

### Reviews ⓘ      Write a review   Add

2 Google reviews

### Profiles

🔗 LinkedIn    f Facebook

### People also search for      View 1

   

Feedback

  

**Frank Hampton - Raymond...** Financial planner

**Smoky Hill Financial Group** Financial planner

**L & L Advisors** Financial planner

**Advantage Trust Co** Investment service

**Tie Fin...** Fin... plan...

About this data

View all →

https://whalewisdom.com › filer › united-capital-manag...

**united capital management of ks, inc. - Whale Wisdom**

Detailed Profile of **UNITED CAPITAL MANAGEMENT OF KS**, INC. portfolio of holdings. SEC Filings include 13F quarterly reports, 13D/G events and more.

https://wallmine.com › adviser › united-capital-manage...

**United Capital Management Of Kansas, Inc. (Salina) - Wallmine**

**United Capital Management Of Kansas**, Inc. is a large advisory firm based in Salina. It manages $164.39 million of regulatory assets for 1,274 client ...

## Related searches



🔍 capital management

🔍 **wealth** management **consultant**

🔍 **investment firms near me**

🔍 **private wealth** management

Gooooooooogle ›

1 2 3 4 5 6 7 8 9 10      Next