# EXHIBIT

# "B"

# To Follow . . .

=====================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff:  UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*





United Capital Management

All News Maps Images Videos More Tools

About 809,000,000 results (0.68 seconds)

https://www.ucmofkansas.com

## United Capital Management: Home

**United Capital Management** of Kansas, Inc. is a locally owned Kansas based firm of experienced, caring consultants dedicated to providing comprehensive and ...

### Meet the Team

At our firm, we have the client—and only the client—in mind ...

### Careers

United Capital Group of Companies (UCG) of Salina ...

More results from ucmofkansas.com »

## People also ask

Who owns United Capital?

What does Rockefeller Capital Management do?

How much money does Rockefeller Capital Management manage?

Is Rockefeller Capital Management a bank?

Feedback

https://www.unitedcapllc.com

## United Capital Partners | Venture Debt & Capital Solutions

**United Capital Partners** is a commercial financial services leader in working capital facilities, structured finance solutions, asset-based equipment lending ...

https://www.facebook.com › UnitedCapitalManagement...

## United Capital Management of Kansas, Inc - Home | Facebook

Our firm provides **investment** planning services for individuals, corporations, trusts and retirement accounts with investable assets approaching 225 million ...

★★★★★ Rating: 5 · 19 votes

https://www.linkedin.com › company › unitedcapitalmana...

## United Capital Management of Kansas, Inc. - LinkedIn

**United Capital Management** of Kansas, Inc. is a purpose driven financial planning firm for fiscally prudent individuals. UCM has cultivated a loyal clientele ...

https://www.bloomberg.com › profile › company

## United Capital Management Inc - Company Profile and News

**United Capital Management** Inc. is located in Denver, Colorado. The Company's main line of business is categorized under loan agents.

ADDRESS: 410 17th Street Suite 1705 Denver, ...

https://whalewisdom.com › filer › united-capital-manag...

## united capital management of ks, inc. - Whale Wisdom

Detailed Profile of **UNITED CAPITAL MANAGEMENT** OF KS, INC. portfolio of holdings. SEC Filings include 13F quarterly reports, 13D/G events and more.

## United Capital Management of Kansas, Inc.

Website Directions Save Call

5.0 ★★★★★ 2 Google reviews

Investment service in Salina, Kansas

**Address:** 227 N Santa Fe Ave, Salina, KS 67401

**Hours:** Open · Closes 5PM

**Phone:** (785) 823-7900

Suggest an edit · Own this business?

### Questions & answers

Be the first to ask a question

Ask a

### Popular times

MON TUE WED THU FRI SAT

9 AM: Usually not too busy

**Send to your phone**

### Reviews from the web

5/5 Facebook · 19 votes

### Reviews

Write a review Add

2 Google reviews

### Profiles

LinkedIn Facebook

### People also search for

View 1

**https://en.wikipedia.org** › wiki › United_Capital_Partners

United Capital Partners - Wikipedia

UCP **Investment** Group is an independent asset **management** company investing in publicly traded securities and private companies with a primary focus on the ...

Headquarters: Moscow, Russia

**https://sec.report** › CIK

United Capital Management Inc /ca/ /adv - SEC Report

**United Capital Management** Inc /ca/ /adv is a investment advisor incorporated in the state of California. For financial reporting, their fiscal year ends on ...

Regulated Entity Type: Investment Advisor    Business Address: 695 TOWN CENTER D…

**https://www.yahoo.com** › video › united-capital-manag...

United Capital Management of KS, Inc. Buys Alphabet Inc ...

Jan 18, 2022 — Investment company **United Capital Management** of KS, Inc. (Current Portfolio) buys Alphabet Inc, Truist Financial Corp, JPMorgan Chase, ...

### Related searches

- united capital management **of kansas**
- united capital **goldman sachs**
- united capital **partners sanctions**
- united capital **miami**
- united capital **group**
- united capital **dallas**
- united capital **partners miami**
- united **partners llc**

**Sidebar:**
- Frank Hampton - Raymond... — Financial planner
- Smoky Hill Financial Group — Financial planner
- L & L Advisors — Financial planner
- Advantage Trust Co — Investment service
- Tie... Fin... pla...

About this data



Goooooooooogle

1 2 3 4 5 6 7 8 9 10    Next