# EXHIBIT

# “C”

# To Follow . . .

===================================================================

***Motion for Judicial Notice regarding Search Engine ‘GOOGLE’ Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no “defamatory” listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past***



Google

Securities Irregularities United Capital Management of

All · News · Images · Maps · Shopping · More · Tools

About 23,600,000 results (0.52 seconds)

https://www.ucmofkansas.com

United Capital Management: Home

**United Capital Management of Kansas**, Inc. is a locally owned **Kansas** based firm of experienced, caring consultants dedicated to providing comprehensive and ...

About · United Capital News · Services · Resource Center

Missing: ~~Irregularities~~ | Must include: Irregularities

https://www.ucmofkansas.com › lifestyle › building-yo...

Building Your Legacy | United Capital Management

Think about the legacy you wish to leave and impact you want to make. A legacy can come in many colors. It can be financial, institutional, instructional or ...

https://www.ucmofkansas.com › resource-center › estate

When Heirs are Imperfect | United Capital Management

Passing your estate to an heir with credit **problems** or a gambling or alcohol addiction might not only lead to that **wealth** being squandered, ...

https://www.ucmofkansas.com › resource-center › estate

Problems with Probate | United Capital Management

During the probate process, a person's property is identified, cataloged, and appraised. In addition, probate makes certain any outstanding debts and taxes are ...

https://www.linkedin.com › company › unitedcapitalmana...

United Capital Management of Kansas, Inc. - LinkedIn

**United Capital Management of Kansas**, Inc. is a locally owned Salina, **Kansas** based firm, with branch offices located in **Kansas** (Colby, Abilene, Dodge City, ...

https://whalewisdom.com › filer › united-capital-manag...

united capital management of ks, inc. - Whale Wisdom

13F Activity · Market Value $257.721 Million 257721000.0 91.0 · Prior Market Value $267.987 Million · New Purchases9 **stocks** · Additional Purchases50 **stocks** · Sold ...

Missing: ~~Irregularities~~ | Must include: Irregularities

https://www.sec.gov › Archives › edgar › data

0001014108-06-000172.txt - SEC.gov

Except to fulfill our obligations under the **United** States **securities** laws, ... Kayne Anderson 50,000 50,000 0 Non-Traditional **Investments** LP (6) ...

https://www.facebook.com › UnitedCapitalManagement...

United Capital Management of Kansas, Inc - Home | Facebook

All **securities** are offered through Sterne Agee Financial Services, Inc., member FINRA/SIPC. We employ several **investment** professionals and numerous support ...

★★★★★ Rating: 5 · 19 votes

Missing: ~~Irregularities~~ | Must include: Irregularities

https://insurance.kansas.gov › securities › investors

Investors | Kansas Insurance Department

Participants learn about real-life examples of **investment** scams that have taken place in **Kansas** cities and towns, as well as the **Securities** Commissioner's role ...

https://www.principal.com

Let's keep your finances simple. Insure what you have. Invest when you're ready. Retire with confidence.

## Related searches

- **investment firms near me**
- **wealth** management **consultant**
- capital management




1 2 3 4 5 6 7 8 9 10 Next

02882, Narragansett, RI - From your IP address - Update location

Help Send feedback Privacy Terms