# EXHIBIT

# "D"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*



Get financial planning advice and retirement **investment** advice from Ameriprise financial advisors at ameriprise.com.

Related searches

- united capital **plc**
- capital management
- united capital **asset management nigeria**



1 2 3 4 5 6 7 8 9 10    Next

● 02882, Narragansett, RI  -  From your IP address  -  Update location

Help    Send feedback    Privacy    Terms