# EXHIBIT

# "E"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

Google

Investment Fraud United Capital Management of Kans

Q All     📰 News     🖼️ Images     📍 Maps     ▶️ Videos     ⋮ More          Tools

About 6,470,000 results (0.52 seconds)

https://www.ucmofkansas.com

### United Capital Management: Home

Our firm provides **investment** planning services for individuals, corporations, trusts and retirement accounts with investable assets over 225 million dollars.

Missing: ~~Fraud~~ | Must include: **Fraud**

https://www.ucmofkansas.com › resource-center › money

### Data Thieves from Outer Space - United Capital Management

Internet **fraud**, also called data theif, happens when Phishing. A phishing email falsely claims to be a legitimate business or individual, in Malware!

https://www.ucmofkansas.com › resource-center › money

### How to Read Your Credit Report | United Capital Management

Address: 125 Credit **Fraud** Dr, Anywhere, USA ... But sometimes, tracking your credit is about protecting your identity, your **investments**, and your future.

https://investingreview.org › firm › united-capital-mana...

### United Capital Management of Kansas Inc - InvestingReview.org

Many people have been burned by **frauds** and Ponzi schemes. So we created this website to help you, the potential **investor**, get the facts, find the best, and ...

https://static.fmgsuite.com › media › documents PDF

### Item 1 – Cover Page

The CRD number for **United Capital Management of Kansas**, Inc. is CRD # 157755. *Registration as an **investment** advisor does not imply a certain level of skill ...

https://sec.report › AdviserInfo › Firms

### United Capital Management Of Kansas, Inc. - SEC Report

NOTICE FILINGS. **Investment** adviser firms registered with the SEC may be required to provide to state **securities** authorities a copy of their Form ADV and any ...

Missing: ~~Fraud~~ | Must include: **Fraud**

https://www.justice.gov › ... › News

### KC Man Indicted for $3.3 Million Investment Fraud Scheme

Jun 29, 2016 — **KANSAS** CITY, Mo. – Tammy Dickinson, **United** States Attorney for the Western District of Missouri, announced that a **Kansas** City, Mo., ...

https://insurance.kansas.gov › securities › investors

### Investors | Kansas Insurance Department

... the individual may be an insurance agent marketing insurance products as **investments**. If so, please utilize the **Kansas** Insurance Department's Company ...

https://securitiesarbitrations.com › category › securities-...

### Securities Fraud Archives

Inc. has been barred by **United** States **Securities** and Exchange Commission (SEC) ... advice from Pugh as it concerned the customer's **investments** in **United**…

https://reports.adviserinfo.sec.gov › ADV › PDF PDF

### FORM ADV - SEC.gov

UNIFORM APPLICATION FOR **INVESTMENT** ADVISER REGISTRATION AND REPORT BY

EXEMPT REPORTING ADVISERS. Primary Business Name: **UNITED CAPITAL MANAGEMEN**…

### Related searches

- investment **firms near me**
- capital management



1   2   3   4   5   6   7   8   9   10     Next

● 02882, Narragansett, RI - From your IP address - Update location

Help    Send feedback    Privacy    Terms