# EXHIBIT

# "F"

# To Follow . . .

=============================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

Google

UCMK Chad Koehn

Q All  📰 News  ▶ Videos  🖼 Images  📍 Maps  ⋮ More                    Tools

About 7,670 results (0.39 seconds)

https://static.fmgsuite.com › media › documents PDF
### Item 1 – Cover Page United Capital Management of Kansas ...
Management's president and primary owner is **Chad Koehn**. Description of Primary Advisory Services. The following are descriptions of United Capital ...

https://news.crunchbase.com › fintech-ecommerce
### HeraSoft Looks To Stop Ransomware Attacks After $5M ...
Mar 12, 2021 — Data and security. **Chad Koehn**, president and founder of United Capital Management, said he was referred to Blanchard by a friend for a software ...
Missing: UCMK | Must include: UCMK

https://www.armfor.uscourts.gov › journal
### Daily Journal for December 2008
Dustin R. **KOEHN**. ... **Chad** L. KLUEMPER. ... Under Article 66(c), Uniform Code of Military Justice (**UCMJ**), 10 U.S.C. § 866(c) (2000), the Court of Criminal ...

https://issuu.com › inpublisher › docs › april_4_issue
### April 4 issue by Inweekly - Issuu
"As far as I know, under the **UCMJ** (Uniform Code of Military Justice, ... way it all sounded," trumpet player and newest member of Rebirth, **Chad** Honore said.

https://www.fortcarsonmountaineer.com › 2017/09 PDF
### 7-158 answers call, saves lives - Fort Carson Mountaineer
Sep 22, 2017 — The wrongdoer must be subject to the **UCMJ** at the time that the damage or loss occurred. ... Battalion; Chanel A. Martinez and **Chad** Staggs,.

http://www.kansastag.gov › files PDF
### Kansas helicopter battalion deploys for mission in Iraq
Sep 3, 2011 — the **UCMJ** state that a Soldier may be pun- ... **Koehn**). Battle-bound troops receive realistic training close to home.
12 pages

https://www.science.gov › topicpages › enzyme-mediated...
### enzyme-mediated integration remi: Topics by Science.gov
While kinetic analyses revealed the **UCMK**/dCK fusion enzyme to possess both native ... (**Chad**) Werch, Chudley E.; Bian, Hui; Carlson, Joan; Moore, Michele J.; ...

https://www.science.gov › topicpages › jackass+flats+m...
### jackass flats mercury: Topics by Science.gov
Strain **UCMJ** was isolated from the choana of a jackass penguin (Spheniscus ... Acuna, Mario H.; Anderson, Brian J.; Baker, Daniel N.; **Koehn**, Patrick L.; ...

https://www.idcrawl.com › jacklyn-lee
### Jacklyn Lee's Instagram, Twitter & Facebook on IDCrawl
100+ records — Popular social networks, phone numbers, criminal records and more. Search. Related searches. Stephen Lee · Natalie Garcia · **Chad** Murphy · Jaclyn Lee ...

https://www.idcrawl.com › christopher-vannatta
### Christopher Vannatta's Instagram, Twitter & Facebook on IDCrawl
Looking for Christopher Vannatta online? Find Instagram, Twitter, Facebook and TikTok profiles, images and more on IDCrawl - free people search website.


1 2 3 4        Next

● **02882, Narragansett, RI** - From your IP address - Update location

Help    Send feedback    Privacy    Terms