# EXHIBIT

# "G"

# To Follow . . .

==========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*

Google

United Capital Management of Kansas Lawsuits

All    News    Images    Maps    Shopping    More     Tools

About 10,100,000 results (0.53 seconds)

https://dockets.justia.com › ... › Kansas › District Court

**United Capital Management of Kansas, Inc. et al v. Nelson**

Feb 1, 2022 — Docket Report ; February 3, 2022, Filing 9 MEMORANDUM IN OPPOSITION by Plaintiffs Chad M. Koehn, **United Capital Management of Kansas**, Inc. re #5 ...

https://www.law360.com › cases

**United Capital Management of Kansas, Inc. et al v. Nelson - Law360**

Parties, docket activity and news coverage of federal case **United Capital Management of Kansas**, Inc. et al v. Nelson, case number 5:22-cv-04008, from **Kansas** ...

https://www.ucmofkansas.com

**United Capital Management: Home**

**United Capital Management of Kansas**, Inc. is a locally owned **Kansas** based firm of experienced, caring consultants dedicated to providing comprehensive and ...

Missing: ~~Lawsuits~~ | Must include: Lawsuits

https://www.ucmofkansas.com › resource-center › insur...

**Insurance - United Capital Management**

Insurance transfers the financial risk of life's events to an insurance company. A sound insurance strategy can help protect your family from the financial ...

Missing: ~~Lawsuits~~ | Must include: Lawsuits

https://www.ucmofkansas.com › insurance › keep-your...

**Keep Your Umbrella Handy | United Capital Management**

Umbrella liability insurance is designed to put an extra layer of protection between your assets and a potential **lawsuit**. It provides coverage over and above ...

https://www.ucmofkansas.com › resource-center › an-o...

**An Overview of Renter's Insurance | United Capital Management**

In most **cases**, replacement cost coverage is the smarter option. ... with the named broker-dealer, state- or SEC-registered **investment** advisory firm.

https://www.ucmofkansas.com › team › ashley-howard

**Ashley Howard | United Capital Management**

Ashley Howard joined **United Capital Management of Kansas** in December of 2016 as the Director of Marketing. Ashley directs all advertising, social media and ...

Missing: ~~Lawsuits~~ | Must include: Lawsuits

https://www.linkedin.com › ...

**Miranda Ellis - United Capital Management of Kansas, Inc.**

Bucklin, Kansas, United States · Investment Consultant · United Capital Management of Kansas, Inc.

Investment advisory services offered through **United Capital Management of Kansas**, Inc., a registered investment advisor not affiliated with SA Stone Wealth ...

https://static.fmgsuite.com › media › documents   PDF

**Item 1 – Cover Page**

This brochure provides information about the qualifications and business practices of **United Capital**. **Management of Kansas**, Inc. If you have any questions ...

https://ecf.ksd.uscourts.gov › new_cases_expanded

US District Court of Kansas Recently Opened Cases

| Date Filed | Case | Judge |
| --- | --- | --- |
| 07/26/2022 | Moore v. Anthology, Inc. (2:22-cv-02291-EFM-TJJ) | Chief District Judge Melgr… |
| 07/25/2022 | Hop v. Hannappel (6:22-cv-01159-JWB-KGG) | District Judge Broomes | ▼ |
| 07/20/2022 | Cooley v. (lnu) et al (5:22-cv-03149-SAC) | District Judge Crow | ▼ |

View 97 more rows

## Related searches

- capital management
- wealth management consultant
- investment firms near me



1 2 3 4 5 6 7 8 9 10   Next

● 02882, Narragansett, RI - From your IP address - Update location

Help   Send feedback   Privacy   Terms