# EXHIBIT

# "H"

# To Follow . . .

=========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for*
*Plaintiff:  UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no*
*"defamatory" listings appear anywhere within the results as of PRESENT: 28*
*July 2022; nor do any negative search results appear in the past*



experienced, caring consultants dedicated to providing comprehensive and ...
⭐⭐⭐⭐⭐ Rating: 5 · 19 votes
Missing: ~~Litigation~~ | Must include: **Litigation**

https://static.fmgsuite.com › media › documents `PDF` ⋮
**Item 1 – Cover Page**
Additional information about **United Capital Management of Kansas**, ... to our brochure because there are no material **legal** or disciplinary events listed.

## Related searches ⋮

| | | |
|---|---|---|
| 🔍 united capital **plc** | | 🔍 **investment firms near me** |
| 🔍 united capital **asset management nigeria** | | 🔍 **wealth** management **consultant** |
| 🔍 capital management | | 🔍 **private wealth** management |



1 2 3 4 5 6 7 8 9 10 Next

● **02882, Narragansett, RI** - From your IP address - Update location

Help    Send feedback    Privacy    Terms