# EXHIBIT

# "I"

# To Follow . . .

==========================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*



United Capital Management of Kansas Whistleblowers    ✕   🎤   🔍

  

🔍 All    📰 News    🖼 Images    📍 Maps    ▶ Videos    ⋮ More      Tools

About 1,480,000 results (0.84 seconds)



https://www.ucmofkansas.com

### United Capital Management: Home

**United Capital Management of Kansas**, Inc. is a locally owned **Kansas** based firm of experienced, caring consultants dedicated to providing comprehensive and ...

Contact · United Capital News · Services

Missing: ~~Whistleblowers~~ | Must include: **Whistleblowers**

https://www.ucmofkansas.com › meet-the-team

### Meet the Team - United Capital Management

Investment Advisor Representative, Medicare Specialist ... Investment advisory services offered through **United Capital Management of Kansas**, Inc.

https://www.ucmofkansas.com › team › justin-schamber...

### Justin Schamberger - United Capital Management

Justin Schamberger began working at **United Capital Management** in January of 2012. Justin became fully licensed as an Investment Consultant.

https://www.ucmofkansas.com › united-capital-cares

### United Capital Cares

Investing involves risk, including the possible loss of principal invested. Investment advisory services offered through **United Capital Management of Kansas**, ...

https://www.sec.gov › whistleblower › claim-award

### Office of the Whistleblower - SEC.gov

International **Investment Group**, LLC. Case Number: 19-cv-10796 (**United** States District Court for the Southern District of New York) Date Filed: November 21, 2019

https://www.klgates.com

### K&L Gates: Homepage

At K&L Gates, we foster an inclusive and collaborative environment across our fully integrated global platform that enables us to diligently combine the ...

https://www.cftc.gov

### Commodity Futures Trading Commission | CFTC

Actions. Search Public Comments · Submit Tips & Complaints · Search Industry Filings · **Whistleblower**.gov · Inspector General · LabCFTC ...

https://newmanshapiro.com › Blog

### Securities and Exchange Commission charges investment ...

Apr 14, 2021 — According to the SEC, Elstun also breached his fiduciary duty by investing the majority of his advisory clients–including several senior ...

https://www.doioig.gov

### Home | Office of Inspector General, U.S. Department of the ...

OIG oversight helps prevent fraud and mismanagement that diverts **funds** from those in need. Financial **Management**. DOI has significant financial assets, ...

https://books.google.com › books

### Investigation of Whitewater Development Corporation and ...

United States. Congress. Senate. Special Committee to Investigate Whitewater Development Corporation and Related Matters · 1997 · Governmental investigations





 



Mrs. Lewis , the senior criminal investigator in the RTC's **Kansas** City ... under tire **whistleblower** laws , congressional officials said yesterday .

Related searches

united capital **asset** management **nigeria**



1 2 3 4 5 6 7 8 9 10   Next

02882, Narragansett, RI  -  From your IP address  -  Update location

Help   Send feedback   Privacy   Terms