# EXHIBIT

# "J"

# To Follow . . .

============================================================================
*Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: UNITED CAPITAL MANAGEMENT OF KANSAS INC. as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 28 July 2022; nor do any negative search results appear in the past*





Feedback

View all →

Related searches

- court cases by name
- bank whistleblower
- who qualifies as a whistleblower
- whistleblower form
- professional whistleblower
- sec whistleblower rules
- ucm capital management
- sec whistleblower cases



1  2  3  4  5  6  7  8  9  10    Next

● 02882, Narragansett, RI  - From your IP address -  Update location

Help   Send feedback   Privacy   Terms

https://www.google.com/search?q=United+Capital+Management+of+Kansas+Whistleblower&ei=5ZniYsL7IJykiLMP3PmrkAg&ved=0ahUKEwiCgpvG4pv5AhUc…  2/2