KENNEDY BERKLEY
119 W. Iron – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. )<br>          **Plaintiffs**   ) <br>vs.                       )<br>                             )<br>MICHAEL NELSON     )<br>          **Defendant**  ) | Case No. 22-CV-04008-JWB-GEB |

## NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

Counsel for Plaintiffs Chad M. Koehn and United Capital Management of Kansas, Inc., hereby notifies the Court that on July 26, 2022, Plaintiffs' Initial Disclosures to Defendant were electronically served on Michel Nelson at oklahomaremote@gmail.com pursuant to the Order of this Court [Doc. 67].

/s/ Chris J. Kellogg     #21651
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936
E:  lmichel@kenberk.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2022, the foregoing *Notice of Service of Plaintiffs' Initial Disclosures* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via the CM/ECF System:

/s/ Chris J. Kellogg