## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. <br><br> and <br><br> **CHAD M. KOEHN** <br><br>          Plaintiffs, counter-defendants <br>         v. <br> Michael Nelson <br><br>          Defendant; Counter-Plaintiff <br> PRO-Se. | <mark>**DOCKET NO.: 5:22-CV-04008-JWB-GEB**</mark> <br> <u>**CIVIL ACTION**</u> <br><br> **Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: Chad Mitchell Koehn a/k/a Chad M. Koehn to fact no "defamatory" listings appear in Google as of PRESENT: 30 July 2022** <br><br> **[Jury Trial Demanded]** |

    <u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing

    **Motion for Judicial Notice regarding Search Engine 'GOOGLE' Results for Plaintiff: Chad Mitchell Koehn a/k/a Chad Koehn a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 29 July 2022; nor do any negative search results appear in the past** defendant states:

    This Request for Judicial Notice is made firmly within the rights under FRCP (Federal Rules), as codified into law by the Congress of these the United States of America, together with all amendments thereto under the Rules Enabling Act, promulgated by the United States Supreme Court and approved as law by Congress, in

================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022;**

- 1

accordance with the Act, under the Constitutional Authority granted; specifically under

Rule 201, which states in part:

Rule 201. Judicial Notice of Adjudicative Facts

(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:

  (1) is generally known within the trial court's territorial jurisdiction; or

  (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) Taking Notice. The court:

  (1) may take judicial notice on its own; or

  (2) must take judicial notice if a party requests it and the court is supplied with the necessary information.


  Based upon search results from the famed search engine GOOGLE, the defendant, Mr. Nelson, here and now submits search results for a variety of search terms, phrases including those with "negative" words and phrases clearly demonstrating that AT PRESENT TIME, no negative search results appear online in regards to:  Chad Mitchell Koehn a/k/a Chad Koehn a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results as of PRESENT: 30 July 2022; nor do any negative search

=====================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:  CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 2

results appear in the past nor to that of any of the variations to the name as provided for herein as "a/k/a's", on the search engine: GOOGLE, presently.

Any future negative results or other information to be found online has no bearing upon the defendant in this matter as certainly any future reports, posts, comments or complaints, are a direct result of the plaintiffs' own actions, including the filing of the SLAPP styled state petition which was removed hereto the US Federal Courts for cause. The fact that Chad Mitchell Koehn acting voluntarily on behalf of himself and as the de facto responsible human being for the legal entity known as United Capital Management of Kansas Inc. has caused the filing of the State Petition deemed by the defendant and others as a SLAPP (Strategic Lawsuit Against Public Participation) litigation, has no bearing upon any alleged defamatory comments by the defendant.  The fact that lawsuits, especially those in Federal Courts are a matter of public record, does not entitle Chad Koehn or UCM or any other person to charge defamation.  IF NOT for the SLAPP styled state petition replete with racial slur as filed and approved as to form and substance by Chad M. Koehn and United Capital Management of Kansas Inc. removed hereto the US Federal Courts, then no information would appear online (internet or interwebs) relating to the denied allegations of Chad Mithcell Koehn and United Capital Management of Kansas Inc.  Given the fact that Chad Mitchell Koehn and United Capital Management of

=================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:  CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 3

Kansas Inc. did not previously enjoy name recognition nor known presence online or throughout the interwebs and given the fact there are now many hundreds of pages of documents entered into the public court records as a result directly of Chad M. Koehn's own doing does not, now allow for Chad M. Koehn to make a claim for defamation as he is alleged in his SLAPP State Petition which is now removed hereto the US Federal Courts. Chad M. Koehn has chosen to be represented at bar by numerous law firms, some who have made an appearance in the matter at bar and some who make appearances in the matter at bar, un announced, like "Mystic Law", having not made a formal appearance in the matter at bar as to the note and indication of the Docket in the matter.

Some attorneys working on behalf of Chad Mitchell Koehn and co plaintiffs jointly severally and collectively United Capital Management of Kansas Inc. have and continue to increase the size and scope of the litigation in direct contravention of the Federal Rules of Civil Procedure under Rule 1, which is often quoted by attorneys working on behalf of Chad Mitchell Koehn in this matter at bar. As a direct result of the "so-called" news media personalities which purported "officer of the court" Craig Alan Brand has brought to bear upon the matter at bar, the publicity and number of articles and intensity of the hundred of pages which Chad Mitchell Koehn and United Capital Management of Kansas Inc. has caused to be entered to the record, and the shear number

=================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 4

of times that Chad Mitchell Koehn's name and that of co plaintiff jointly, severally and collectively United Capital Management of Kansas Inc.'s collective and individual names must as a matter of rule, law, code, statute, case precedent be stated in the filings made in the matter causing the litigations and lawsuits to eventually be the predominant materials found in the public record, is the doing of Chad Mitchell Koehn, as it is he himself who has caused the SLAPP styled petition to be filed in February of 2021, and no attempts at service thereof for nearly a year as Chad M. Koehn and his gaggle of many differing lawyers laid in wait to spring upon the pro se proletarian, pedestrian, peon defendant a multitude of simultaneous legal entanglements, directly in line with the legal strategy exuded by Craig Alan Brand in his book "I don't care what Mom Says: LIFE SUCKS", where Craig Brand exclaims publicly: **"Lady Justice is truly blind, blind to justice."** Page 26; going on to claim that people are guilty when they run out of money, stating: "...wham, you are in court and **the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice, **we are all guilty until proven innocent, and we are all innocent until we run out of money**. Most falsely accused people wind up paying some form of legal extortion just to get out of the drama. **The bad guys and their shyster lawyers know it.**" id. page 97

Since the very first appearance at bar Craig Alan Brand, has "sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially

===============================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 5 -

to adjudicate a matter by improperly influencing the [trier of fact] or unfairly hampering the presentation of the opposing party's claim or defense." Cox, 706 So. 2d at 46 (quoting Aoude, 892 F. 2d at 1118)   Craig Alan Brand has a long and storied history of deliberate attempts to sabotage the administration of justice, and bring the wheels of justice to a grinding stand still with his own unique "brand of law" for which Craig Alan Brand is well known by law enforcement and Courts around the United States, some even referring to Brand as the "partner in deception" in sworn law enforcement affidavits.   Because of the actions and filings of the plaintiffs and their SLAPP styled state petition removed hereto the Federal Court, Craig Brand's finger prints and legal strategy he proclaims to the world in his book referenced herein above, has caused a multitude of motions, notices and filings by the pro se pedestrian, proletarian, peon insignificant defendant, who is without legal education nor experience on how to deal with Brand's well known legal strategy to harass and generally cause total chaos in legal proceedings as Brand has done since his very first appearance at bar, even before ruling upon his pro hac vice application and affidavit in documents 24 and 24-1 respectively, where Brand set forth an unconscionable scheme to influence the trier of fact, claiming to be defending actions involving "SEC and FINCEN", two federal resources, a commission and an intelligence group of the US Department of Treasury assigned to US Department of Homeland Security and dealing with money launderers.

   In order to bring forth the truth in this matter and to eliminate the SLAPP styled petition filed and approved as to form and substance by Chad Mitchell Koehn and United Capital

===============================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:  CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

Management of Kansas Inc. the pedestrian, peon defendant a member of the proletariat class of society without the means to afford nearly a half a dozen experienced attorneys like are in the representation of Chad Mitchell Koehn and United Capital Management of Kansas Inc., has at his disposal only basic commonsense and logic to present to the Court in hopes to defeat the SLAPP styled petition and judicial abuses set forth by Chad Koehn and UCM through their SLAPP petition, removed hereto the Federal Court for Cause. Keeping in mind the basic tenants of the Federal Rules of Civil Procedure and to reduce the costs and burdens upon the parties the pro se pedestrian defendant Mr. Nelson so submits only 10 (ten) search terms or phrases as results to prove the negative via proof in the positive that there appears not defamation upon the search engine Google, in regards to the name of the plaintiff Chad M. Koehn and his variations of names Chad Mitchell Koehn etc. Having already under separate motion for Judicial Notice demonstrated that no defamatory search results appear at present regarding United Capital Management of Kansas Inc. now the proletarian pro se defendant Mr. Nelson presents herein 10 randomized sampling of search phrases and terms and having done so and presentation hereof and annexed and attached herewith the Exhibits A through J as clearly demonstrated herein below and attached and thus incorporated herein and upon as evidence being supplied here and now to the US District of Kansas Federal Court pursuant with the Federal Rules of Civil Procedure and under the Federal Rules inclusive without limitation of Federal Rule 201. Believing the requests herein to be firmly anchored in the legal bedrock of the Federal Rules of Civil Procedure and believing the attached and thus annexed hereto and incorporated herein

===============================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 7

Exhibits A through J, provide the documented evidence necessary for the Honorable US Federal District of Kansas to do now as the Federal Rules intended to take said Judicial Notice now requested respectfully and formally by the pedestrian proletarian peon pro se defendant.

**SEARCH ENGINE: GOOGLE.com RESULTS for the Follow and attached herewith and incorporated herein by reference in each word, phrase, queries of words as shown herein below for JUDICIAL NOTICE, pursuant with Rule 201 of Federal Rules of Civil Procedure:**

1. Chad M. Koehn

   a. The attached herewith, annexed hereto and thus incorporated herein
      Exhibit A, is a copy of the Search Results for the Search "phrase"
      and/or name as used herein above; showing the only potentially
      negative result for plaintiff Chad M. Koehn's name as shown is a
      search engine result for Justia.com a website which tracks Federal
      Court Cases and filings made, though typically lagging by 60 to 90
      days from when filings are made in a case, it is one of the many
      search sites the pro se proletarian pedestrian impoverished peon

================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 8

defendant has been reduced to using in order to discovery what filings are made in the case at bar, considering the bar licensed attorneys appearing for United Capital Management of Kansas Inc. and Chad M. Koehn often file documents to the Court and do not notice nor send "hard copies" of what they file to the Court and Judge to the person of the pedestrian proletarian pro se defendant, in either case the search result for Justia listing this very case above herein referenced as the matter at bar, would not appear in the search results IF as the facts so dictate United Capital Management of Kansas Inc. and Chad M. Koehn did not collectively, severally and jointly so file the SLAPP styled state petition against the impoverished pedestrian defendant and the phrase for the name numbered so above can also be found at:

   i. https://www.google.com/search?q=Chad+M.+Koehn&ei=tWHl
      YuyvDuehiLMPgZWn6AI&ved=0ahUKEwis3p6xiaH5AhXnE
      GIAHYHKCS0Q4dUDCA4&uact=5&oq=Chad+M.+Koehn&g
      s_lcp=Cgdnd3Mtd2l6EANKBAhBGABKBAhGGABQAFgAY

=================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 9

PYEaABwAHgAgAFQiAFQkgEBMZgBAKABAcABAQ&scl

ient=gws-wiz

2. Chad Mitchell Koehn

    a. The attached herewith, annexed hereto and thus incorporated herein

Exhibit B, is a copy of the Search Results for the Search "phrase"

and/or name as used herein above; demonstrating as above no

negative information with the exception of a reference to this very

case above herein referenced the very case which is now at bar before

this Court, a search result from Justia, which happens to reference

document number 56 in the docket of the proceedings clearly showing

that Justia lacks or follows behind by 60 to 90 days or more the filings

in the Federal Court docket, as the filings made to a Federal Court

docket are public records and many many websites pick up these

filings to insure that nothing is secret that is filed to a Federal Court

apparently, in either case the search result for the name as stated

herein above would never have been found if not for the filing of the

================================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 10

case by Chad M. Koehn and jointly and severally and thus collectively

with United Capital Management of Kansas Inc.  the fact that there is

a search result for this very case so above herein referenced for the

full name as listed herein above goes to prove also that plaintiff Chad

M. Koehn does not enjoy name recognition on the internet except for

each of the public records which so appear as search results for his

presumed full legal name as according to records and once again

nothing appears which is defamatory, begging the question as to why

there is a litigation at all other than the obvious presumed SLAPP

styled litigation as filed, requiring a showing by the plaintiffs Chad M.

Koehn and United Capital Management of Kansas Inc. via prima facie

evidence why this case should not be dismissed for what it is a

SLAPP styled petition aimed at preventing shareholders from

knowledge of each other and communication with each other

regarding areas of mutual investment and areas of public concern and

the name/phrase referenced is also found at:

===============================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:  CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 11

b. https://www.google.com/search?q=Chad+Mitchell+Koehn&ei=S2PlY

pXtJ-KgiLMPqNaRmAw&ved=0ahUKEwjVvoTziqH5AhViEGIAHS

hrBMMQ4dUDCA4&uact=5&oq=Chad+Mitchell+Koehn&gs_lcp=C

gdnd3Mtd2l6EANKBQg8EgExSgQIQRgBSgQIRhgAUL4NWL4NY

OEUaAFwAHgAgAAFmiAFmkgEDMC4xmAEAoAECoAEBwAEB&

sclient=gws-wiz

3. Securities Irregularities Chad Koehn

    a. The attached herewith, annexed hereto and thus incorporated herein

       Exhibit C, is a copy of the Search Results for the Search "phrase"

       and/or name as used herein above, appears no negative or defamatory

       results, there does appear several results which directly link Chad

       Koehn to HERA SOFT and directly references Chad Koehn as

       president of United Capital Management in reference to HeraSoft and

       the phrase as listed is also found at:

    b. https://www.google.com/search?q=Securities+Irregularities+Chad+Ko

ehn&ei=7GPlYueXHZXm5NoPntu7iAc&ved=0ahUKEwjnvdy_i6H5

AhUVM1kFHZ7tDnEQ4dUDCA4&uact=5&oq=Securities+Irregulari

========================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 12

ties+Chad+Koehn&gs_lcp=Cgdnd3Mtd2l6EANKBAhBGABKBAhG

GABQAFgAYJgDaABwAHgAgAF0iAF0kgEDMC4xmAEAoAECo

AEBwAEB&sclient=gws-wiz

4. Chad Koehn United Capital Management Fraud

    a. The attached herewith, annexed hereto and thus incorporated herein

       Exhibit D, is a copy of the Search Results for the Search "phrase"

       and/or name as used herein above, finds no negative or defamatory

       listings other than the unfortunate or misfortune of the naming

       convention used by Chad Koehn in the creation of CRYPTO

       CURRENCY Hedge Fund named "RED NECK HIGH TECH

       YACHT FUND LP", which appears in the results as well as even the

       BBB (Better Business Bureau) which appears for United Capital

       Management of Kansas Inc. which at present this the 30th Day of July

       2022 currently does not show any rating or complaints as of the

       present day:

       https://www.bbb.org/us/ks/salina/profile/financial-planning-consultant

===============================================================================

Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 13

s/united-capital-management-of-kansas-inc-0714-30513 and also the

phrase listed above is found at:

    b. https://www.google.com/search?q=Chad+Koehn+United+Capital+Ma

       nagement+Fraud&ei=fGTlYsiKN-fk5NoPgo62-AI&ved=0ahUKEwjI

       uMuEjKH5AhVnMlkFHQKHDS8Q4dUDCA4&uact=5&oq=Chad+

       Koehn+United+Capital+Management+Fraud&gs_lcp=Cgdnd3Mtd2l6

       EANKBQg8EgExSgQIQRgBSgQIRhgAUABYAGDKAmgBcAB4AI

       ABAIgBAJIBAJgBAMABAQ&sclient=gws-wiz

5. Chad Koehn HeraSoft

    a. The attached herewith, annexed hereto and thus incorporated herein

       Exhibit E, is a copy of the Search Results for the Search "phrase"

       and/or name as used herein above; does not appear to have any

       defamatory results, it is requested and provided information for

       JUDICIAL NOTICE: Chad Koehn is listed in search engine results as:

       **"Chad Koehn is on the Board of Directors at HeraSoft. Roles**

       **at HeraSoft. Director";** the above referenced search phrase is also

       found at:

================================================================

Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 14

b. https://www.google.com/search?q=Chad+Koehn+HeraSoft&ei=fGTl
YsiKN-fk5NoPgo62-AI&ved=0ahUKEwjIuMuEjKH5AhVnMlkFHQ
KHDS8Q4dUDCA4&uact=5&oq=Chad+Koehn+HeraSoft&gs_lcp=C
gdnd3Mtd2l6EANKBAhBGABKBAhGGABQAFgAYIgDaABwAHg
AgAGXAYgBlwGSAQMwLjGYAQCgAQKgAQHAAQE&sclient=g
ws-wiz

6. chad koehn litigation

   a. The attached herewith, annexed hereto and thus incorporated herein

      Exhibit F, is a copy of the Search Results for the Search "phrase"

      and/or name as used herein above, obviously results demonstrate the

      case here at bar as well as other well as a "Chad Koehn" that applied

      for a Writ of Mandamus not to be confused with the Writ of

      Mandamus applied for here in this matter above herein referenced

      where the impoverished pro se proletarian peon Mr. Nelson the

      defendant here also requested a Writ of Mandamus in this here

      litigation; there is also yet another reference here in these search

      results to that of HeraSoft and Chad Koehn stating: **"Chad Koehn,**

======================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 15

**president and founder of United Capital Management"** and the

referenced search phrase is also found at:

    b. https://www.google.com/search?q=chad+koehn+litigation&ei=wGTl

       YvjNAdKt5NoPxbuTmAM&ved=0ahUKEwj4rcykjKH5AhXSFlkFH

       cXdBDMQ4dUDCA4&uact=5&oq=chad+koehn+litigation&gs_lcp=

       Cgdnd3Mtd2l6EANKBAhBGABKBAhGGABQAFgAYJUDaABwA

       HgAgAFRiAFRkgEBMZgBAKABAqABAcABAQ&sclient=gws-wi

       z

7. Chad Koehn Fraud

    a. The attached herewith, annexed hereto and thus incorporated herein

       Exhibit G, is a copy of the Search Results for the Search "phrase"

       and/or name as used herein above again no defamatory results just

       some more the same as referenced herein above public filings for this

       like Chad Koehn's **"RED NECK HIGH TECH YACHT FUND",**

       not surprisingly since Chad M. Koehn has had his name attached to

       RED NECK HIGH TECH YACHT FUND and has attached thereto

       United Capital Management of Kansas and Chad Mitchell Koehn's

===================================================================

Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 16 -

other businesses are also referenced on those public SEC documents

filed for Red Neck High Tech Yacht Fund, the purported CRYPTO

CURRENCY hedge fund filed for with the SEC by Chad M. Koehn,

again nothing defamatory at the PRESENT MOMENT this day 30

July 2022 and the above phrase is also found at:

    b. https://www.google.com/search?q=Chad+Koehn+Fraud&ei=-WTlYoi
sHMuo5NoPgOe96A8&ved=0ahUKEwjIjP6_jKH5AhVLFFkFHYBz
D_0Q4dUDCA4&uact=5&oq=Chad+Koehn+Fraud&gs_lcp=Cgdnd3
Mtd2l6EANKBAhBGABKBAhGGABQAFgAYLsDaABwAHgAgA
FRiAFRkgEBMZgBAKABAqABAcABAQ&sclient=gws-wiz

8. Chad Koehn investment fraud

    a. The attached herewith, annexed hereto and thus incorporated herein

Exhibit H, is a copy of the Search Results for the Search "phrase"

and/or name as used herein above again demonstrates more of the

same with the number one listing result that for RED NECK High

Tech Yacht Fund, and some other results for public documents

referencing Chad Koehn, again nothing defamatory and also found at:

================================================================

Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:  CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 17

b. https://www.google.com/search?q=Chad+Koehn+investment+fraud&
ei=N2XlYqz7ItOliLMPguGngAs&ved=0ahUKEwjs8szdjKH5AhXTE
mIAHYLwCbAQ4dUDCA4&uact=5&oq=Chad+Koehn+investment+
fraud&gs_lcp=Cgdnd3Mtd2l6EANKBQg8EgExSgQIQRgBSgQIRhg
AUABYAGDqAmgBcAB4AIABAIgBAJIBAJgBAMABAQ&sclient
=gws-wiz

9. Chad Koehn Bitcoin investment

   a. The attached herewith, annexed hereto and thus incorporated herein
Exhibit I, is a copy of the Search Results for the Search "phrase"
and/or name as used herein above; again nothing in the results is
defamatory, though for Additional JUDICIAL NOTICE, is the FACT
that the search results clearly show Benzinga showing results: **"Chad
Koehn, president and founder of United Capital Management and
a recent addition to the HeraSoft board"**; AND also results show
on greensheet of NEWSWIRE: **"Chad Koehn, president and
founder of United Capital Management and a recent addition to
the HeraSoft board**" and also the search phrase referenced found at:

====================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 18

b. https://www.google.com/search?q=Chad+Koehn+Bitcoin+investment&ei=pmjlYouWLfWHptQP3qOScA&ved=0ahUKEwiLgemAkKH5AhX1g4kEHd6RBA4Q4dUDCA4&uact=5&oq=Chad+Koehn+Bitcoin+investment&gs_lcp=Cgdnd3Mtd2l6EAMyBwgAEEcQsAMyBwgAEEcQsAMyBwgAEEcQsAMyBwgAEEcQsANKBQg8EgExSgQIQRgASgQIRhgAUABYAGDiA2gBcAF4AIABAIgBAJIBAJgBAMgBBAMgBBMABAQ&sclient=gws-wiz

10. Chad Koehn Anthem Holdings Company

    a. The attached herewith, annexed hereto and thus incorporated herein Exhibit J, is a copy of the Search Results for the Search "phrase" and/or name as used herein above again demonstrating no defamatory search results though attention is drawn to the fact that "Anthem Holdings Company" is directly referenced in search results linking to disclosure document referenced from June 2021 found at:

    https://static.fmgsuite.com/media/documents/6c9c702c-f1da-437b-a466-cceab07e50d8.pdf in search result number 2, and also the phrase listed can be found at:

    b. https://www.google.com/search?q=Chad+Koehn+Anthem+Holdings+Company&ei=72jlYqjtGIWkptQPrq25uAU&ved=0ahUKEwjooLyjkKH5AhUFkokEHa5WDlcQ4dUDCA4&uact=5&oq=Chad+Koehn+Anthem+Holdings+Company&gs_lcp=Cgdnd3Mtd2l6EAN

===========================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 19

KBQg8EgExSgQIQRgBSgQIRhgAUABYAGD_AmgBcAB4AIABAIgBAJIBAJgBAM
ABAQ&sclient=gws-wiz

The Above 10 example randomized names and phrases as they related to Chad

Mitchell Koehn, are provided as a randomized sampling of search engine results of

the search Engine Google as they related to the person of plaintiff Chad M. Koehn.

IN the interests of Conservation of Judicial Resources and to lessen the burdens

upon the parties and the Courts with the request for Judicial Notice as made herein

given the information as so provided herewith, annexed hereto and attached thus

herewith to be incorporated herein fully by reference in the Exhibits A through J.

Whilst the pedestrian peon defendant could go into great length providing dozens

or hundreds of said examples of search engine words and or phrases as they

reference the person of Chad Mitchell Koehn or his other aliases or variations of

his name Chad Koehn and/or Chad M. Koehn the pro se proletarian defendant so

submits just this random sampling of just 10 phrases relating to Chad M. Koehn,

thus conserving the judicial resources of the Court and the burdens upon the parties

to examine the various search engine results to hundreds or thousands of various

examples that could have been herein provided, and instead provides just this

================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 20

randomized sampling of nth records provided for Judicial Notice, demonstrating as

the randomized sampling does that no "defamatory" listings appear in the search

results as they relate to the person Chad Koehn AT PRESENT this Day 30 July

2022, therefore it is difficult to understand as to what defamation that either Chad

Mitchell Koehn or United Capital Management of Kansas Inc. claims in their

SLAPP Styled state petition which was removed hereto the US Federal Court for

cause and continues to sit before the US Federal Court for expedited resolution in

accordance with the Federal Rules of Civil Procedure and as such under FRCP

Rule 1, for the inexpensive, and speedy determination of every action. Wherein

here the pro se proletarian, simpleton layman insignificant peon defendant has filed

motions to dismiss the SLAPP styled petition filed and approved as to form and

substance by United Capital Management of Kansas and Chad M. Koehn against

Mr. Michael Nelson, the proletarian pedestrian citizen whom while is insignificant

in the greater scheme of the Country or the World is a significant equity interest

holder in a number of companies which Chad M. Koehn is a minority shareholder

and sits upon the board of directors therefore owing a fiduciary responsibility to

Mr. Nelson, which is of significance. The litigation as filed is bad faith in nature as

================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;

- 21

is well documented in the docket to date, especially now given here the request and information so supplied for Judicial Notice that no defamatory phrases or results appear in search engine results as of PRESENT this date of 30 July 2022, as they relate to a variety of different search phrases as presented herein and attached herewith thus incorporated hereupon as information so supplied for the Court to do as it should now take Judicial Notice of the same, thus providing proof in the negative and thus proof in the positive beyond any prima facie evidence that there appear no defamatory search engine listings relating to the person of Chad Mitchell Koehn or his other names thus bringing forth the question as to why the SLAPP styled petition should even be allowed to continue, as noted by the pro se proletarian pedestrian peon Mr. Nelson in the pending motion to dismiss the SLAPP styled State petition removed hereto the US Federal Court.

Under Federal Rules 201c(2), it the Rule and thus law codified by the Congress of these the United States of America and amended per law under the Rules Enabling Act, as promulgated by the United States Supreme Court, with the final approval by the

=================================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:  CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 22

Congress of the United States of America therefore codified law of these the United States of America under Constitutional Authority states, when a Federal Court:

"must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts, including without limitation the search results and search phrases as the randomized sampling of ten (10) said search phrases presented herein is presented for Judicial Notice of the Court given the information as supplied and attached and incorporated herein by reference as Exhibits A through J, demonstrating the search engine GOOGLE results for each of the phrases and facts so herein listed above in enumerated numbers 1 through 10 and those associated sub parts A & B as to each of the enumerated numbers 1 through 10 above, which in turn reference each of the exhibits annexed hereto and thus attached herewith and incorporated herein by reference as Exhibits A through J, referenced in enumerated numbers 1 through 10 above.

================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 23

Having as now formally "requests" made and the court here being now, herein, herewith, incorporated in and attached Exhibits A through J, so "supplied with the necessary information", "must take judicial notice", as now having been so requested, and thus should do now.

WHEREFORE it is the pro se defendant's prayer for relief:

That this Honorable Court take Judicial Notice of the FACTS as referenced and incorporated herein as true, issuing an order demonstrating the Court has taken Judicial NOTICE as to the facts rendered herein and referenced by the annexed hereto and attached herewith, incorporated hereupon Exhibits"A" through "J" and the facts as referenced in enumerated 1 through 10 and the sub parts A & B as to each of the enumerated numbering 1 through 10 herein above.

Having now formally requested Judicial Notice under Federal Rule 201 without limitation and having laid forth the facts for the Court to provide Judicial Notice and supplied the materials and informations to do so in the form of Links to the Search Engine Google and the supplied information as made in each enumerated search phrase so listed herein above numbered sequentially 1 through 10 and each as to sub-parts A and B and which incorporate and so reference as to each the Exhibits made as informations to the Court Exhibits A through J.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers,"

========================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

- 24

ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Motion for Judicial Notice and Order of the Same and requesting this motion, notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. Makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 31st day of July 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

===================================================================
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results **as of PRESENT: 30 July 2022**;

1

2      **<u>Certificate of Service:</u>**

3

4

5        The undersigned hereby certifies that, on this same date, I electronically filed the

foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka**

6 <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically

7 to the attorneys of record, as per the local rules and FRCP, and as to all future filings and

8 pleadings of whatever nature are necessary in this above herein captured matter, per Local

9 Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or

10 provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of

Saline County Court Judge Paul J. Hickman.

11

12 Respectfully Submitted, this 31st day of July 2022.

13

14

15

16

17

18 <u>Michael Nelson - Pro Se</u>

19 Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
20 P: 702.932.3434 Email: oklahomaremote @ gmail.com

21

=================================================================
22
Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD
23    MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear
anywhere within the results **as of PRESENT: 30 July 2022**;
24