# EXHIBIT

# "A"

# To Follow . . .

==========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*



About 581,000 results (0.35 seconds)

https://www.ucmofkansas.com › team › chad-koehn

### Chad Koehn - United Capital Management
**Chad** is CEO and primary shareholder of United Capital Management of Kansas, Inc. He has worked in the investment industry since 1991 after graduating from ...

https://www.linkedin.com › chad-m-koehn-8967b536

### Chad M Koehn - United Capital Management of Kansas, Inc.
Owner and CEO of United Capital Trust. Trust services to protect multigenerational wealth for our clients. My goal is to educate and motivate my clients ...

https://www.wealthminder.com › chad-koehn

### Chad M. Koehn at United Capital Management Of Kansas, Inc.
**Chad Koehn** (CRD# 2216169) is an Investment Advisor Representative working at United Capital Management Of Kansas, Inc. in Salina, KS and has over 30 years of ...

https://www.crunchbase.com › person › chad-koehn

### Chad Koehn - President and Founder @ United Capital ...
**Chad Koehn** is the President and Founder of United Capital Management.

Investor Type: Investment Partner          LinkedIn: View on LinkedIn

https://www.facebook.com › chad.koehn.7

### Chad Koehn | Facebook
**Chad Koehn** is on Facebook. Join Facebook to connect with **Chad Koehn** and others you may know. Facebook gives people the power to share and makes the world...
Missing: M. | Must include: M.

https://www.yellowbook.com › ... › Koehmstedt to Koehn

### Chad Koehn Address, Phone Number, Email Address - YellowBook
**Chad M Koehn**. 51 years old. Salina, Kansas, 67401 ; Chad B Koehn. 44 years old. Halstead, Kansas, 67056 ; Chad C Koehn. 48 years old. Galva, Kansas, 67443 ; Chad A ...

https://dockets.justia.com › ... › Kansas › District Court

### United Capital Management of Kansas, Inc. et al v. Nelson
Feb 1, 2022 — Docket Report ; March 3, 2022, Opinion or Order Filing 28 ORDER granting #24 Motion to Appear Pro Hac Vice of Craig Alan Brand for **Chad M**. **Koehn** ...

https://www.leadcandy.io › chad-m-email

### Chad M Koehn's email & phone | United Capital Management of ...
**Chad M Koehn's** email address: xxxx@xxx.com | Find Chad's Email, Social Profiles, and Mutual Contacts both you and Chad know.

### Images for Chad M. Koehn

 linkedin     united capital    



Feedback

View all →

https://www.apollo.io › people › Chad › Koehn

# Chad Koehn - United Capital Management of Kansas, Inc.

**Chad Koehn's** role at United Capital Management of Kansas, Inc. is President & Founder. What is **Chad Koehn's** email address? **Chad Koehn's** email address is c**@ ...

1  2  3  4  5  6    Next