# EXHIBIT

# "B"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*



**Chad Mitchell Koehn - Investment Adviser Public Disclosure**
https://sec.report › AdviserInfo › Individuals
**CHAD MITCHELL KOEHN** is a registered investment advisor.

**CHAD MITCHELL KOEHN - BrokerCheck**
https://brokercheck.finra.org › Individual › Summary
**CHAD MITCHELL KOEHN**. CRD#: 2216169. IA. Investment Adviser. PR. Previously Registered Broker. The representative was previously registered as a broker and ...

**Chad Koehn - United Capital Management**
https://www.ucmofkansas.com › team › chad-koehn
**Chad** is CEO and primary shareholder of United Capital Management of Kansas, Inc. He has worked in the investment industry since 1991 after graduating from ...

**CHAD MITCHELL KOEHN | Avoid Fraud, Get The Facts, And Find ...**
https://investingreview.org › control-person-by-name › ch...
**CHAD MITCHELL KOEHN** owns 75% or more and is the OWNER, CHIEF COMPLIANCE OFFICER of United Capital Management of Kansas Inc ...

**chad mitchell koehn - Reports | BrokerSearch**
https://brokersearch.info › chad-koehn › salina-ks-67401
**CHAD MITCHELL KOEHN** is currently employed as a Broker and/or Investment Adviser at SA STONE WEALTH MANAGEMENT INC. located at 104 E. IRON AVE, SUITE 206, ...

**United Capital Management of Kansas, Inc. et al v. Nelson**
https://dockets.justia.com › ... › Kansas › District Court
Feb 1, 2022 — April 1, 2022, Filing 56 NOTICE of Spoliation of Evidence by **Chad Mitchell Koehn** at direction of Craig Alan Brand by Michael E. Nelson ( ...

### Images for Chad Mitchell Koehn



Feedback

View all →

**https://unmask.com › Koehn**

# Chad Koehn (22 public records) - Address, Email, Phone ...

22 matches — 100% Free Records for Chad Koehn! ... Chad Koehn found with addresses in Kansas, California, South Dakota and 11 ... Aliases:**Chad Mitchell Koehn**.

**https://information.com › Last Name (K)**

# Chad Koehn - Free Public Records for 19 People | Phone Number ...

Results 1 - 19 of 19 — Get Chad Koehn's home address, phone numbers, background check, social media profiles, ... Also goes by: **Chad Mitchell Koehn**.

**https://zosearch.com › People Search**

# Chad Koehn | Phone, Address, Email and More (25 Records Found)

25 Records — AKA: Alias, Nicknames, alternate spellings, misspellings, married and maiden names for Chad Koehn in Salina, KS. Chad M Koehn,**Chad Mitchell Koehn** ...

### Related searches

chad koehn

1  2  3  4  5  6  7  8  9  10            Next

02879, South Kingstown, RI - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms