# EXHIBIT

# "C"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*



https://www.tumgir.com › tag › thank you for the com...

#thank you for the commission chad it was a pleasure to work ...

**Chad Koehn**, president and founder of United Capital Management, said he was ... with the **security** solution like gamification solutions, enterprise **security**, ...

https://mms.businesswire.com › media › Complaint_... PDF

lawsuit - Business Wire

Dec 3, 2019 — CASENO. 1. COMPLAINT FOR: 1. AIDING AND ABETTING. **SECURITIES FRAUD**;. 2.
262 pages

1  2  3  4  5  6  7  8  9  10　　　Next

**02879, South Kingstown, RI** - Based on your past activity - Update location

Help　　Send feedback　　Privacy　　Terms