# EXHIBIT

# "D"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:
CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings
appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*

Google  |  Chad Koehn United Capital Management Fraud  ✕  🔍          ⚙  ⋮⋮⋮  Sign in

All  📰 News  🖼 Images  ▶ Videos  📍 Maps  ⋯ More          Tools

About 58,100 results (0.39 seconds)

https://www.ucmofkansas.com › team › chad-koehn  ⋮
### Chad Koehn - United Capital Management
**Chad** is CEO and primary shareholder of **United Capital Management** of Kansas, Inc. He has worked in the investment industry since 1991 after graduating from ...
Missing: ~~Fraud~~ | Must include: Fraud

https://investingreview.org › firm › united-capital-mana...  ⋮
### United Capital Management of Kansas Inc - InvestingReview.org
Many people have been burned by **frauds** and Ponzi schemes. So we created this website to help you, the potential investor, get the facts, find the best, and ...

https://investingreview.org › control-person-by-name › ch...  ⋮
### CHAD MITCHELL KOEHN | Avoid Fraud, Get The Facts, And Find ...
**United Capital Management** of Kansas Inc ... Many people have been burned by **frauds** and Ponzi schemes. So we created this website to help you, the potential ...

https://www.linkedin.com › chad-m-koehn-8967b536  ⋮
### Chad M Koehn - United Capital Management of Kansas, Inc.
Owner and CEO of **United Capital** Trust. Trust services to protect multigenerational **wealth** for our clients. My goal is to educate and motivate my clients ...
Missing: ~~Fraud~~ | Must include: Fraud

https://static.fmgsuite.com › media › documents  PDF  ⋮
### Item 1 – Cover Page
**United**. **Capital Management's** president, owner, and Chief Compliance Officer is **Chad Koehn**. Description of Primary Advisory Services.

http://pdf.secdatabase.com › ...  PDF  ⋮
### Red Neck High Tech Yacht Fund, LP Form D/A Filed 2022-01-07
Jan 7, 2022 — Middle Name. **Koehn**. **Chad**. Street Address 1. Street Address 2. 227 N. Santa Fe Ave. ... **United Capital Management** of Kansas, Inc.
6 pages

https://www.bbb.org › financial-planning-consultants  ⋮
### Business Profile for - United Capital Management of Kansas, Inc.
See BBB rating, reviews, **complaints**, & more. ... **United Capital Management**-Ks. Contact Information. Principal. **Chad Koehn**, Owner.

https://sec.report › AdviserInfo › Individuals  ⋮
### Chad Mitchell Koehn - Investment Adviser Public Disclosure
**CHAD** MITCHELL **KOEHN** is a registered investment advisor. ... **UNITED CAPITAL MANAGEMENT** OF KANSAS, INC. CRD#: 157755. 2012 - Present(>10).
Missing: ~~Fraud~~ | Must include: Fraud

https://reports.adviserinfo.sec.gov › ADV › PDF  PDF

### FORM ADV - SEC.gov

UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION AND REPORT BY EXEMPT REPORTING ADVISERS. Primary Business Name: **UNITED CAPITAL**…

http://www.greensheet.com › newswire

### Newswire - The Green Sheet

**Chad Koehn**, president and founder of **United Capital Management** and a recent addition to the HeraSoft board shared, "The importance of cybersecurity is ...

Ad · http://www.truthfinder.com/

### Chad Koehn Been Arrested? - 1-Search Name. 2-Select State.

Search for **Chad koehn's** Arrests, Traffic Tickets, Addresses & More! Find People Now. Public Records. Reverse Phone Lookup. Easy People Search. DUI Records Search.

Related searches

capital management

1  2  3  4  5  6  7  8  9  10     Next

**02879, South Kingstown, RI** - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

https://www.google.com/search?client=safari&rls=en&q=Chad+Koehn+United+Capital+Management+Fraud&ie=UTF-8&oe=UTF-8       Page 2 of 2