# EXHIBIT

# "E"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff:
CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings
appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*

Chad Koehn HeraSoft - Google Search — 7/30/22, 2:32 PM

Google — Chad Koehn HeraSoft

All · News · Images · Videos · Maps · More · Tools

About 286 results (0.36 seconds)

**https://herasoft.com › human-resources**
**Human Resources - Herasoft**
CHAD KOEHN. President and Founder of United Capital Management, Inc. Almost 30 years of investment industry experience; Entrenched in the world's largest ...

**https://herasoft.com › our-mission-gamification-enterpri...**
**Our mission | gamification | enterprise | government organization**
At **HeraSoft**, we apply distributed cloud, ransomware-proof software (RPS$^{TM}$) to solve the world's toughest enterprise and cyber security, finance, ...

**https://theorg.com › it-consulting-rautenkranz › org-chart**
**Chad Koehn - Director at HeraSoft | The Org**
**Chad Koehn** is on the Board of Directors at **HeraSoft**. Roles at **HeraSoft**. Director. Current role. Sign up to view role ...

**https://news.crunchbase.com › fintech-ecommerce › her...**
**HeraSoft Looks To Stop Ransomware Attacks After $5M ...**
Mar 12, 2021 — Data and security. **Chad Koehn**, president and founder of United Capital Management, said he was referred to Blanchard by a friend for a software ...

**https://www.crunchbase.com › person › chad-koehn**
**Chad Koehn - President and Founder @ United Capital ...**
**Chad Koehn** is the President and Founder of United Capital Management. ... Mar 12, 2021. **HeraSoft** Logo. **HeraSoft** ... Series A - **HeraSoft**.
Investor Type: Investment Partner     LinkedIn: View on LinkedIn

**https://www.vcbay.news › Breaking News**
**Houston based cybersecurity provider Herasoft raises US $ 5 ...**
Mar 13, 2021 — Investors: The lead investor, United Capital Management of Kansas, is a financial planning firm that was founded in 2003 by **Chad Koehn**.

Images for Chad Koehn HeraSoft



Feedback

View all →

https://ca.linkedin.com › chad-koehn

### Chad Koehn - Genesis Robotics & Motion Technologies

Richmond, British Columbia, Canada · Concept Design Team Leader · Genesis Robotics & Motion Technologies

View **Chad Koehn's** profile on LinkedIn, the world's largest professional community. Chad has 2 jobs listed on their profile. See the complete profile on ...

Missing: ~~HeraSoft~~ | Must include: HeraSoft

https://www.prweb.com › releases › prweb17791859

### HeraSoft, the Premiere Ransomware-Proof Solution for ...

Mar 12, 2021 — **HeraSoft's** ransomware-proof solution for cloud systems can be ... **Chad Koehn**, president and founder of United Capital Management and a ...

https://www.tumgir.com › tag › thank you for the com...

### #thank you for the commission chad it was a pleasure to work ...

**Chad Koehn**, president and founder of United Capital Management, ... Anthem Blanchard, CEO of **HeraSoft**, also serves as a member of the Board of Directors.

1  2  3      Next

02879, South Kingstown, RI - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms