# EXHIBIT

# "F"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*





*Feedback*

View all →

**HNW - Simmons Perrine Moyer Bergman PLC**
https://www.spmblaw.com › download_file › view PDF

estate **litigation** matters. ... Van Houten Margaret Davis, Brown, **Koehn**, Shors. Up-and-coming individuals ... **Chad** Tramp, Partner. Travis Fell, Partner.

Ad · https://www.publicrecordsreviews.com/

**Lawsuits Lookup - Just Enter Name & State**

Find Anyones Lawsuits Lookup. Enter Name & Search Risk Free. View Anyone's Arrests, Addresses, Phone Numbers, Aliases, Hidden Records & More. Official records. Mugshots.

Lawsuit Records · Search Public Records · Offender Records · Court Records

Ad · https://www.publicrecordssearcher.com/

**Litigation Court Records - Enter Any Name To Search**

Rhode Island Court Records Search. Unlimited Searches With Fast & Accurate Results. See Full Court Records & Case Histories (All States). Type Any Name & Search Now!

See Public Records · View Criminal Records · Court Records · Marital History · Truth Finder

Ad · http://www.truthfinder.com/

**Chad Koehn Been Arrested? - 1-Search Name. 2-Select State.**

Search for **Chad koehn's** Arrests, Traffic Tickets, Addresses & More! Public Records. Background Search. Easy People Search. DUI Records Search. Reverse Phone Lookup. Find People Now. Find The Truth. Traffic Citations Search.

1  2  3  4  5  6  7  8  9  10 Next