# EXHIBIT

# "G"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*



About 144,000 results (0.40 seconds)

https://investingreview.org › control-person-by-name › ch...

### CHAD MITCHELL KOEHN | Avoid Fraud, Get The Facts, And Find ...

Many people have been burned by **frauds** and Ponzi schemes. So we created this website to help you, the potential investor, get the facts, find the best, and ...

https://www.gofundme.com › joaquin-alonso-rivero-mem...

### Joaquin Alonso Rivero Memorial - GoFundMe

Nov 6, 2017 — **Chad Koehn** is organizing this fundraiser on behalf of Alondra Rivero. It is with great sadness that Joaquin Alonso Rivero passed away Sunday ...

https://www.pppdetective.com › Mississippi › Macon

### Chad Koehn of Macon, MS's PPP Loan Details - PPP Detective

**Chad Koehn** is a Finfish Farming and Fish Hatcheries Self-Employed Individuals located at 917 Boswell Rd N Macon, MS 39341-4505 with 1 employee.

https://www.linkedin.com › chad-m-koehn-8967b536

### Chad M Koehn - United Capital Management of Kansas, Inc.

Owner and CEO of United Capital Trust. Trust services to protect multigenerational wealth for our clients. My goal is to educate and motivate my clients ...

http://pdf.secdatabase.com › ... PDF

### Red Neck High Tech Yacht Fund, LP Form D/A Filed 2022-01-07

Jan 7, 2022 — Middle Name. **Koehn**. **Chad**. Street Address 1. Street Address 2 ... them to do so under NSMIA's preservation of their anti-**fraud** authority.
6 pages

https://static.fmgsuite.com › media › documents PDF

### Item 1 – Cover Page

**Chad Koehn** at 785-823-7900 or ckoehn@unitedcapitalgroup.net. ... Instances of mispriced portfolios, due to **fraud** or negligence, have occurred in the.

https://www.dnb.com › ... › ARIZONA › COCHISE

### Koehn Farm LLC Company Profile | Cochise, AZ

A D&B Hoovers Subscription is your foot in the door to Koehn Farm LLC contact information. **Chad Koehn**. Principal.

https://www.dea.gov › press-releases › 2014/10/16 › mi...

### Milwaukee Area Pharmaceutical Controlled Substance ...

Oct 16, 2014 — **Koehn**, Christopher, age 46, Palmyra, WI ... targeted a loosely organized group responsible for manufacturing **fraudulent** prescriptions, ...

https://m.soundcloud.com › braxton-chad-koehn › the-...

**Stream The basics by Braxton Chad Koehn | Listen online for free on ...**

Ensure security, prevent **fraud**, and debug. Always Active. Your data can be used to monitor for and prevent **fraudulent** activity, and ensure systems and ...

http://www.greensheet.com › newswire

**Newswire - The Green Sheet**

... because of the severe repercussions caused by ransomware and phishing **scams**. ... **Chad Koehn**, president and founder of United Capital Management and a ...

Ad · http://www.truthfinder.com/

**Chad Koehn Been Arrested? - 1-Search Name. 2-Select State.**

Search for **Chad koehn's** Arrests, Traffic Tickets, Addresses & More! DUI Records Search. Find The Truth. Background Search. Reverse Phone Lookup. Public Records.

1  2  3  4  5  6  7  8  9  10          Next

02879, South Kingstown, RI  -  Based on your past activity  -  Update location

Help    Send feedback    Privacy    Terms