# EXHIBIT

# "H"

# To Follow . . .

==========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*

Google    Chad Koehn investment fraud                                   Sign in

All    News    Images    Videos    Maps    More                         Tools

About 103,000 results (0.37 seconds)

http://pdf.secdatabase.com › ... PDF
### Red Neck High Tech Yacht Fund, LP Form D/A Filed 2022-01-07
Jan 7, 2022 — Official notice of an offering of **securities** that is made without ... Middle Name. **Koehn**. **Chad**. Street Address 1. Street Address 2.
6 pages

https://www.pppdetective.com › Mississippi › Macon
### Chad Koehn of Macon, MS's PPP Loan Details - PPP Detective
**Chad Koehn** is a Finfish Farming and Fish Hatcheries Self-Employed Individuals located at 917 Boswell Rd N Macon, MS 39341-4505 with 1 employee.

https://static.fmgsuite.com › media › documents PDF
### Item 1 – Cover Page
**Chad Koehn** at 785-823-7900 or ckoehn@unitedcapitalgroup.net. ... *Registration as an **investment** advisor does not imply a certain level of skill or training.

https://sec.report › AdviserInfo › Individuals
### Chad Mitchell Koehn - Investment Adviser Public Disclosure
**CHAD** MITCHELL **KOEHN** is a registered **investment** advisor. ... **KOEHN** PROPERTY AND DEVELOPMENT II 2010, LLC; NOT **INVESTMENT** RELATED; OWNER OF HOUSES FOR...
Missing: ~~fraud~~ | Must include: fraud

https://www.linkedin.com › chad-m-koehn-8967b536
### Chad M Koehn - United Capital Management of Kansas, Inc.
Owner and CEO of United Capital Trust. Trust services to protect multigenerational wealth for our clients. My goal is to educate and motivate my clients ...
Missing: ~~investment~~ | Must include: investment

https://www.ucmofkansas.com › team › chad-koehn
### Chad Koehn - United Capital Management
**Chad** is CEO and primary shareholder of United Capital Management of Kansas, Inc. He has worked in the **investment** industry since 1991 after graduating from ...
Missing: ~~fraud~~ | Must include: fraud

https://mms.businesswire.com › media › Complaint_... PDF
### lawsuit - Business Wire
Dec 3, 2019 — CASENO. 1. COMPLAINT FOR: 1. AIDING AND ABETTING. **SECURITIES FRAUD**;. 2.
262 pages

https://www.sec.gov › comments PDF
### JSIERRA · CLUB - SEC.gov
Jun 16, 2022 — Comments on S7-10-22 Climate-Related Disclosures for **Investors** ... allow **fraud** to exist instead be the ... A **Chad** Alvarez.
902 pages

https://www.crunchbase.com › person › chad-koehn

### Chad Koehn - President and Founder @ United Capital ...

**Investor** Type **Investment** Partner. LinkedIn View on LinkedIn. **Chad Koehn** is the President and Founder of United Capital Management.

Missing: ~~fraud~~ | Must include: fraud

https://casetext.com › ... › SD TX › 2010 › December

### In re Enron Corporation Securities, 762 F. Supp. 2d 942

Dec 8, 2010 — According to the complaint **Koehn** is "an internationally ... In the context of federal **securities fraud**, scienter is "defined as `an intent ...

Ad · http://www.truthfinder.com/

### Chad Koehn Been Arrested? - 1-Search Name. 2-Select State.

Search for **Chad koehn's** Arrests, Traffic Tickets, Addresses & More! Find People Now. Easy People Search. Public Records. Background Search. Traffic Citations Search. Find The Truth.

1  2  3  4  5  6  7  8  9  10        Next

02879, South Kingstown, RI  -  Based on your past activity  -  Update location

Help        Send feedback        Privacy        Terms