# EXHIBIT

# "I"

# To Follow . . .

==========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*



All   News   Images   Videos   Shopping   More   Tools

Chad Koehn Bitcoin investment

About 155,000 results (0.28 seconds)

https://news.crunchbase.com › fintech-ecommerce
### HeraSoft Looks To Stop Ransomware Attacks After $5M ...
Mar 12, 2021 — The platform is anchored to **Bitcoin** and can help provide both data and ... **Chad Koehn**, president and founder of United Capital Management, ...

https://herasoft.com › ...
### News: HeraSoft Looks To Stop Ransomware Attacks After $5 ...
Jul 16, 2021 — **Chad Koehn**, president and founder of United Capital Management, ... With the new **investment**, HeraSoft is looking forward to a bright future ...

https://herasoft.com › is-cryptocurrency-the-future-of-p...
### Is cryptocurrency the future of payments - Herasoft
Aug 3, 2021 — Until **cryptocurrency** expands into more practical use and is not being held solely as an **investment**, merchants will be slow to adopt it. That all ...

https://www.topionetworks.com › companies
### Company HeraSoft News, Employees and Funding ...
The platform is anchored to **Bitcoin** and can help provide both data and ... Raises $5 Million in its Series A **Investment** Round to Combat Trillions in Yearly ...

https://www.benzinga.com › amp › content
### HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises ...
ENTER TO WIN $500 IN STOCK OR **CRYPTO** ... **Chad Koehn**, president and founder of United Capital Management and a recent addition to the HeraSoft board shared, ...

https://www.theguardian.com › news › sep › disastrous-...
### The disastrous voyage of Satoshi, the world's ... - The Guardian
Sep 7, 2021 — The long read: Last year, three **cryptocurrency** enthusiasts bought a ... Grant Romundt, Rüdiger Koch and **Chad** Elwartowski planned to sail the ...

http://www.greensheet.com › newswire
### Newswire - The Green Sheet
**Chad Koehn**, president and founder of United Capital Management and a recent addition to the HeraSoft board shared, "The importance of cybersecurity is ...

https://podcasts.apple.com › podcast › the-industrial-rea...
### The Industrial Real Estate Podcast Trên Apple Podcast
Join host **Chad** Griffiths as he interviews industry experts on a variety of ... Over the course of a real estate **investment** career that began in 1989, ...

https://www.business2community.com › page
### Sales & Marketing - Business 2 Community
by **Chad** Wiebesick - Your site may have content that is the greatest thing since the ... by David **Koehn** - Today, more B2B customers rely on the Internet and ...

https://www.infosys.com › insights › authors

# Insights Journal Contributing Authors - Infosys

**Chad** Watt is a veteran business journalist who most recently anchored ... SOX, internal audit, **investor** relations, global taxation, revenue assurance, ...

## Related searches

**invest in** bitcoin **now**

**when to buy** bitcoin **2021**

**who owns the most** bitcoin

**future of cryptocurrency 2021**

1  2    Next

02879, South Kingstown, RI - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms