# EXHIBIT

# "J"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice regarding Search Engine GOOGLE Results for Plaintiff: CHAD MITCHELL KOEHN a/k/a Chad M. Koehn as to fact no "defamatory" listings appear anywhere within the results <u>as of PRESENT: 30 July 2022</u>;*



Google

Chad Koehn Anthem Holdings Company

Sign in

All News Videos Images Maps More Tools

About 24,800 results (0.30 seconds)

https://www.linkedin.com › chad-m-koehn-8967b536

### Chad M Koehn - United Capital Management of Kansas, Inc.

Owner and CEO of United Capital Trust. Trust services to protect multigenerational wealth for our clients. My goal is to educate and motivate my clients ...

Missing: ~~Anthem~~ | Must include: Anthem

https://static.fmgsuite.com › media › documents PDF

### Item 1 – Cover Page

**Chad Koehn** at 785-823-7900 or ckoehn@unitedcapitalgroup.net. ... a “second opinion” before investing in **Anthem Holdings Company** . The client will be solely ...

https://herasoft.com › meet-the-disruptors-anthem-blanc...

### Anthem On The Three Things You Need To Shake Up Your Industry

Meet The Disruptors: As a part of our series about **business** leaders, I had pleasure of interviewing the **Anthem** Blanchard CEO of HeraSoft.

https://www.ucmofkansas.com › team › chad-koehn

### Chad Koehn - United Capital Management

**Chad** is CEO and primary shareholder of United Capital Management of Kansas, **Inc**. He has worked in the investment industry since 1991 after graduating from ...

Missing: ~~Anthem Holdings~~

https://www.tumgir.com › tag › thank you for the com...

### #thank you for the commission chad it was a pleasure to work ...

**Chad Koehn**, president and founder of United Capital Management, ... and nominating committee at Pernix Therapeutics **Holdings Inc**. (ticker symbol: PTX, ...

https://mss.anthem.com › vava_ccc_providerdirector... PDF

### Provider Directory Commonwealth Coordinated Care Plus

**ANTHEM** is a registered trademark of **Anthem** Insurance **Companies**, **Inc**. The Blue ... Your primary care provider (PCP) may refer you to a specific **group** you're ...

https://sec.report › AdviserInfo › Individuals

### Chad Mitchell Koehn - Investment Adviser Public Disclosure

**CHAD** MITCHELL **KOEHN** is a registered investment advisor. ... UNITED CAPITAL **GROUP** OF **COMPANIES**;NOT INVESTMENT RELATED; 104 E IRON, SALINA, KS.

Missing: ~~Anthem~~ | Must include: Anthem

https://friendsofrondesantis.com › fordcont-051222 PDF

### Friends of Ron DeSantis Contributions

United **Group** Underwriters, **Inc**. 1313 N.W. 167th Street ... **CO**. 80203 oil/gas exploration. 10,000.00. 03/30/18. Charles B. Johnson ... **Chad** C. Sweet.

https://registry.faa.gov › microfiche › aramfp80  PDF

### aramfp80.pdf - FAA: Aircraft Registration

Jul 2, 2022 — GAINESVILLE AIRCRAFT SALES **INC**. 10905 SW 27TH AVE. 06001A7 3 V ...
RAVENS **HOLDINGS** AVIATION LLC ... **ANTHEM** AZ 85086-6072. 10VR 139/13 DF.

### Images for Chad Koehn Anthem Holdings Company



Feedback

View all →

1  2  3  4  5  6  7  8  9  10    Next

**02879, South Kingstown, RI** - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms