## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. [UCM] and CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | DOCKET NO.: 5:22-CV-04008-JWB-GEB<br>**CIVIL ACTION**<br><br>**Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)**<br><br>**[Jury Trial Demanded]** |
|---|---|

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of filing **Motion for Judicial Notice as to Regulatory Filings made by Chad Mitchell Koehn under PENALTY of PERJURY** and filings of those companies related to Chad M. Koehn and **LAWSUIT involving companies to which Chad Mitchell Koehn owes fiduciary responsibilities** and those public documents referencing Chad Mitchell Koeh; UCM and Chad M. Koehn and affiliates (conspirators), collectively without limitation the attached herewith, annexed hereto and thus incorporated herein EXHIBITS A through L, referenced herein below as to the points for which JUDICIAL NOTICE is now so herein requested with the information so provided for Judicial Notice, defendant states:

This Request for Judicial Notice is made firmly within the rights under FRCP (Federal Rules), as codified into law by the Congress of these the United States of America, together with all amendments thereto under the Rules Enabling Act,

===================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 1

promulgated by the United States Supreme Court and approved as law by Congress, in accordance with the Act, under the Constitutional Authority granted; specifically under Rule 201, which states in part:

Rule 201. Judicial Notice of Adjudicative Facts

(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) Taking Notice. The court:

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

As his, Chad Mitchell Koehn's name in variations of Chad Koehn, Chad M. Koehn, Chad Mitchell Koehn, and other aliases appears on a variety of websites inclusive without limitation of [www.HERASOFT.com](www.HERASOFT.com) a purported division of underlying merger subs created via self dealing of creation of targeted acquisition merger subs, to the business combination merger via the so-called triangular reverse short-form merger creating Anthem Holding Company, which Chad M. Koehn claims as a direct conflict of interest between himself, Chad Mitchell Koehn and co plaintiff United Capital Management of Kansas Inc.  See Attached Exhibit "A", one of many

===================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

disclosure documents publicly available, the attached annexed hereto and thus incorporated herein by reference Exhibit "A" which directly references Anthem Holdings Company and Chad Mitchell Koehn as a "director", though previous filings and those included herein are void of Chad Mitchell Koehn's disclosure regarding his directorships with Anthem Holdings Company and Hera Software Development Inc. as they relate to those required public disclosures for which Chad Mitchell Koehn is required under rule, law, statute, code and regulation to divulge and so list and reference as to his business affiliations as noted in the Judicial Notice below.

Chad Mitchell Koehn has also produced, written, and signed under the penalties of perjury a many multitude of documents, regulatory forms, disclosure statements and voluntary free acts by Chad Mitchell Koehn those affidavits signed and filed under the pains and penalties of PERJURY, inclusive without limitation of the affidavit signed and filed by Chad Mitchell Koehn on 26 January 2022, less than three weeks after he was Criminally Charged for a fire or series of fires, which an informant in the matter at bar claims is a fire or series of fires at the direction of Chad Mitchell Koehn's attorneys to destroy evidence, including "burn boxes" of office files, and computers (hard drives), the fire as noted to the Court in request previously made for Judicial Notice, of only the facts of the issued CRIMINAL Citation of a fire or series thereof on 8 January 2022, at just before 3:00pm in the afternoon, just less than 48 hours before Chad M. Koehn knew the defendant in this matter was to be served with the SLAPP styled State Petition which Chad M. Koehn and United Capital Management of Kansas Inc. filed in February 2021, and laid in wait nearly one year, planning and plotting with Chad M. Koehn and United Capital Management of Kansas Inc.'s co-conspirators the persons and employees of Hera

==================================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 3

Software Development Inc. a company which Chad M. Koehn also sits upon the board of directors to as is well documented in multiple requests for Judicial Notice with the information concerning such board seat and the fact he Chad Mitchell Koehn is a director and sometimes listed as an officer of and to Hera Software Development Inc., also known as Hera Labs and HeraSoft or Hera Soft, at [www.herasoft.com](www.herasoft.com)

Hera Software Development Inc. is an underlying company of Anthem Holdings Company, which is referenced by Chad Mitchell Koehn in a multitude of public disclosure documents one of which is referenced herein above as Exhibit A hereto. Anthem Holdings Company, a purported Delaware corporation was created from at least three self created targeted acquisition companies created via what Chad Koehn and his colleagues reference as a triangular reverse short-form merger of those merger subs which they themselves created the targeted acquisition corporations to affect the "business combination merger" creating the new Delaware corporation known as Anthem Holdings Company, referenced by Chad M. Koehn under penalties of perjury in the disclosure document attached herewith as Exhibit "A".

The attached herewith as Exhibit "B" is the true and correct copy of SEC regulatory filing for Anthem Holdings Co., which clearly is signed under penalty of perjury on 10 November 2020, request is made for Judicial Notice of the date this document is signed and for the following information in regards to the SEC Regulatory D filing made for Anthem Holdings Co. as attached herewith as Exhibit "B"

1. Anthem Holdings Co. filed SEC regulatory D filing, signed by its then general counsel on 10 November 2020

==================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 4

2. At the time the Regulation D filing was made for Anthem Holdings Co. the report to the SEC states $1,525,000 had been sold of stock in Anthem Holdings Co. per the attached Regulatory form Exhibit "B"

3. Under Section 12, of the regulatory SEC form D as attached herewith as Exhibit "B", it was reported there was NO associated broker dealer or associated CRD number

4. Under Section 10 of attached Exhibit "B" the regulatory filing for Anthem Holdings Co. they reported and checked the box "NO" in answer to the query made:  ***"Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?";*** additional EMPHASIS is requested for Judicial Notice of the answer "NO" and to the fact the query asked by the SEC states <u>"a business combination transaction, such as a merger, acquisition or exchange offer"</u>.

5. Under Section 7. Type of Filing the notice in Regulatory Form D for Anthem Holdings Co. states:  "NEW NOTICE" and Date of First Sale 2020-10-27; is to say the first sale ocurred 27 October 2020

6. The claim in Issuer Size states REVENUE in the range of $1 - $1,000,000

7. The Form States "Related Persons".  Blanchard, Anthem, Hayek, Executive Officer and Director; Cynthia, Blanchard, Executive Officer and Director; Collins, Cooper, Hayek, Director; Heatwole, Mark, Hayek, Director; thus so stating under penalties of PERJURY that out of the presumed three (3) male directors, one of who is an executive officer as well, that ALL three males listed as directors share among other things in common the IDENTICAL Middle Name: "HAYEK".  The statistical probabilities of all three male directors sharing the

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 5

exact same middle name are astronomical. This appears done PURPOSEFULLY to hide, conceal, mask, and otherwise obsurfacate the true identity and ability of the Securities and Exchange Commission (SEC) and other regulatory and law enforcement officials from using Regulatory Technology to search the EDGAR (Electronic Data Gathering Analysis Retrieval) systems of the SEC's EDGAR software platform, thus enabling the regulatory filing to hide amongst others so filed, and avoid any scrutiny as to the plethora of other regulatory filings filed by the same "actors".

In reference to Anthem Holdings Co. being created via a series of "triangular reverse short-form mergers" of the merger subs as targeted acquisition corporations all under the same control, though the regulatory form filed by Anthem Holdings Co., which as noted in Exhibit "A" has Chad Mitchell Koehn claiming a conflict of interest between himself Chad Mitchell Koehn and Anthem Holdings Co. and that of co plaintiff United Capital Management of Kansas Inc., it is obvious and evident to a reasoned mind that the SEC regulatory filing made by Anthem Holdings Co. not only is absent and thus void of Chad Mitchell Koehn's name but it contains certain false information as to the source of persons involved, and it is Chad Mitchell Koehn that filed disclosure documents he is in fact a member of the board of directors to Anthem Holdings Co. and has a conflict regarding that membership. Though in the Attached herewith Exhibit "C" Chad Mitchell Koehn FAILS to provide notice to the regulatory authorities of either his position on Anthem Holdings Co. nor his position as a director and at times an officer of Hera Software Development Inc. Please see Exhibit "C" a true and correct copy of the report of IAPD generated on CHAD MITCHELL KOEHN. The IAPD Report of CHAD MITCHELL KOEHN CRD # 2216169 states among other things the following which is requested the Court now take

===============================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 6

JUDICIAL NOTICE concerning the IAPD Report attached herewith and incorporated by

Reference as Exhibit "C":

1. Name on the IAPD Report attached and incorporated by reference for the Judicial

   Notice is: CHAD MITCHELL KOEHN

   a. CRD # 2216169

2. States that he, CHAD MITCHELL KOEHN works for UNITED CAPITAL

   MANAGEMENT OF KANSAS INC.

   a. CRD # 157755

3. Disclosure Information Shows 3 (three) Customer Disputes

4. "Registration & Employment History"; States he, Chad Mitchell Koehn, was

   previously registered with SA STONE WEALTH MANAGEMENT INC. CRD #

   18456 until 10/30/2020 [30 October 2020]

5. Under heading "Employment History"; It states Chad Mitchell Koehn is

   employed in the positions of: ***Chief Compliance Officer and Investment***

   ***Adviser Representative for United Capital Management of Kansas Inc.*** from

   "07/2011 to present".

6. Under the Heading "Other Business Activities"; the Extensive list is **VOID** of any

   mention of either: **ANTHEM HOLDINGS CO.** or **HERA SOFTWARE**

   **DEVELOPMENT INC.**

FORM ADV: "UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION

AND REPORT BY EXEMPT REPORTING ADVISERS for the Primary Business Name:

====================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures
and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 7

UNITED CAPITAL MANAGEMENT OF KANSAS, INC. CRD Number: 157755 under Rev. 10/2021 filed: "7/20/2022 12:40:28 PM" is attached herewith as Exhibit "D"; Please take Judicial Notice this document is signed under penalties of perjury by "CHAD KOEHN" who prints his name as "CHAD KOEHN" dating the form "07/20/2022" and listing "Adviser CRD Number: 157755" with the title: "OWNER".

Exhibit "E" attached hereto and incorporated herein by reference is the true and correct EDGAR [Electronic Data Gathering Analysis Retrieval] document in XML format from the data analytics for the Securities and Exchange Commission (SEC); for the filing of Anthem Holdings Co. Regulatory Form D with the SEC. The Form XML is also found online at:

https://sec.report/Document/0001830762-20-000001/primary_doc.xml

The attached herewith and incorporated herein by reference of Exhibit F, is the true and correct "Screen Print" of information on CHAD MITCHELL KOEHN from Broker Check, made on 29 July 2022, as noted on the printed document pages annexed hereto and so attached and incorporated herein as Exhibit F. The Document referenced states the name: "CHAD MITCHELL KOEHN" and "CRD# 2216169"; noting that Chad Mitchell Koehn is a "Previously Registered Broker" and indicating he, Chad Mitchell Koehn is a currently registered "Investment Adviser"; this document also demonstrates at least 3 Disclosure notices; Under previous registrations it lists: SA STONE WEALTH MANAGEMENT INC. (CRD#18456).

Exhibit G, attached herewith, annexed hereto and incorporated herein by reference demonstrates the cover of the BUSINESS COMBINATION MERGER document for Anthem Holdings Co. demonstrating clearly it is created via the business combination merger discussed

==================================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 8

herein above. The obvious reason for all the self created "targeted acquisition" corporations, which the attached herewith Exhibit G states are as follows:

1. AV Acquisition Corporation, a Nevada corporation [presumably for genesis corporation ANTHEM VAULT INC.]

2. AGLD Acquisition Corporation, a Texas Corporation [presumably for masked and hidden company Anthem Gold Inc.]

3. AGH Acquisition Corporation, a Delaware corporation [presumably for AG HERC Inc. and Hercules SECZ and Hercules LLC the crypto currency HERC stock coin (ICO = Initial Coin Offering)]

the ("Merger Subs")

If the Court would please take JUDICIAL NOTICE as to the references made herein above as to enumerated numbers 1 through 3 as to the self-created acquisition corporations as per the attached and thus incorporated herein by reference Exhibit G, the private placement memorandum for Anthem Holdings Co. the targeted acquisition corporations self created by the group attempting the "coup" of the underlying corporations via what they claim is a so-called "triangular reverse short-form mergers" of the "merger subs". IF the Court would additionally please take Judicial Notice of the statements made therein the offering memorandum and documentation: *Under (I) the offering (the "EXCHANGE OFFERING") Deep within the fine print the "merger-subs" are then referenced to Anthem Vault Inc. (NEVADA genesis corporation) ("AV"), AnthemGold Inc. a Texas corporation ("AG") and AG HERC INc. a*

==================================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 9

*Delaware corporation ("AGH" and collectively with AV and AG, the "Exchange Subsidiaries")*

Please see the Exhibit "G"

Evidentially the reason to create such far fetched merger subs and those self created targeted acquisition corporations is for no other reason than to launder the true source of funds and intellectual property so created, by the employees and investors of the originating and genesis corporation ANTHEM VAULT INC. As it is evident and noted that the proletarian defendant in this matter together with others INVESTED in the origin corporation Anthem Vault Inc. of the US State of NEVADA, where the defendant in this matter served on the Board of Directors for Anthem Vault Inc. and then also worked in various roles as an Officer of the NEVADA corporation Anthem Vault Inc. Including recommending the relocation of an acquired collectible coin and bullion company, AMAGI METALS, to Bartlesville, Oklahoma in 2015. From 2015 to 2019, the defendant had regular daily contact with the satellite office in Bartlesville, Oklahoma. Even though all employees worked for Anthem Vault Inc. of NEVADA, no matter where employees were located, unbeknownst to the employees nor the INVESTORS and alleged at and under the direction and supervision of CHAD MITCHELL KOEHN and others in the roles and positions of influence to do so including those attorneys of CHAD MITCHELL KOEHN, a series of corporations were established pulling the intellectual property, assets, and software platforms created by the defendant into a multitude of different directions and corporations, which were then combined via the business combination merger and funds then raised upon the business combination merger under the name Anthem Holding

=================================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 10

Company as stated by Chad Mitchell Koehn he sits upon the board of directors and therefore has a direct conflict of interest with United Capital Management of Kansas Inc.

The cryptographic CRYPTO CURRENCY Contract address listed above for HERC crypto currency stock coin has MORE THAN 14,500 individual investor addresses listed, as shown on the contract, in addition to the 1,000's of investors in a vast number of companies all connected to CHAD MITCHELL KOEHN and thus to United Capital Management of Kansas Inc. IF NOT for the filing of the State Petition made by Chad Mitchell Koehn and by Chad M. Koehn on behalf of and together with jointly and severally and now without limitation collectively United Capital Management of Kansas Inc. then the information which is alleged by each, Chad M. Koehn and United Capital Management of Kansas Inc. would not have been made here on the public Federal Record of the US District of Kansas Federal Court.

The attorneys for Chad M. Koehn and co plaintiff jointly severally and/or collectively in this matter causation of publicity and as the result of publicity in this matter caused by Craig Alan Brand's so-called news media, or as a result of the plethora of interest from dissatisfied investors, made aware of allegations regarding a vast array of different investment vehicles claimed by Chad M. Koehn to be in conflict of interest with co plaintiff jointly severally and/or collectively United Capital Management of Kansas Inc. the plaintiffs as a direct result of their business operation, considering that at present 29 July 2022, **the CRYPTO CURRENCY stock COIN created from an ICO (Initial Coin Offering) HERC also known as Hercules**, which has the contract address of: **0x2e91E3e54C5788e9FdD6A181497FDcEa1De1bcc1**

====================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

lists publicly more than 14,500 individual INVESTOR addresses, in addition to the hundreds if

not thousands of investors to the series of underlying companies many of which Chad M. Koehn

serves as a member of the board of directors, or as an officer or director as has been publicly

made aware via various websites, and self dealing in the self created press releases made and

distributed by Chad M. Koehn himself and on behalf of United Capital Management of Kansas

Inc.  Inclusive without limitation of Chad M. Koehn's name and photograph appear on news

press releases he himself has made, written, caused to be sent and curated.  As well as Chad M.

Koehn's name appears on websites and in publicly available disclosure documents.  As his, Chad

Mitchell Koehn's name in variations of Chad Koehn, Chad M. Koehn, Chad Mitchell Koehn, and

other aliases appears on a variety of websites inclusive without limitation of

[www.HERASOFT.com](www.HERASOFT.com) a purported division of underlying merger subs created via self dealing

of creation of targeted acquisition merger subs, to the business combination merger via the

so-called triangular reverse short-form merger creating Anthem Holding Company, which Chad

M. Koehn claims as a direct conflict of interest between himself, Chad Mitchell Koehn and co

plaintiff United Capital Management of Kansas Inc.  Chad Mitchell Koehn has also produced,

written, and signed under the penalties of perjury a many multitude of documents, regulatory

forms, disclosure statements and voluntary free acts by Chad Mitchell Koehn those affidavits

signed and filed under the pains and penalties of PERJURY, inclusive without limitation of the

affidavit signed and filed by Chad Mitchell Koehn on 26 January 2022, less than three weeks

after he was Criminally Charged for a fire or series of fires, which an informant in the matter at

bar claims is a fire or series of fires at the direction of Chad Mitchell Koehn's attorneys to

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures
and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 12

destroy evidence, including "burn boxes" of office files, and computers (hard drives), the fire as noted to the Court in request previously made for Judicial Notice, of only the facts of the issued CRIMINAL Citation of a fire or series thereof on 8 January 2022, at just before 3:00pm in the afternoon, just less than 48 hours before Chad M. Koehn knew the defendant in this matter was to be served with the State Petition which Chad M. Koehn and United Capital Management of Kansas Inc. filed in February 2021, and laid in wait nearly one year, planning and plotting with Chad M. Koehn and United Capital Management of Kansas Inc.'s co-conspirators the persons and employees of Hera Software Development Inc. the CRIMINAL citation against Chad M. Koehn which was only discovered through the helpful work of an informant given the fact the docket for the Criminal Matter against Chad Mitchell Koehn has been altered by the Court in Saline County to read: "01/01/1901", it is noted the current year is 2022, and the CRIMINAL citation against Chad Mitchell Koehn was issued in 2022, see the previous requests for Judicial Notice under Rule 201 without limitation, as previously filed in this matter with formal request for the Court to take Judicial Notice of the CRIMINAL Citation and the dates thereupon and the copy of the docket in that Criminal Matter against Chad Mitchell Koehn.

Hera Software Development Inc. a/k/a HeraSoft and HeraLabs found online at www.herasoft.com is an underlying company of Anthem Holding Company, which was created via the business combination merger discussed herein above. The obvious reason for all the self created "targeted acquisition" corporations and so-called triangular reverse short-form mergers, was and is to launder the true source of funds and intellectual property so created. As it is evident and noted that the defendant in this matter together with others INVESTED in the origin

==================================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 13

corporation Anthem Vault Inc. of the US State of NEVADA, where the defendant in this matter

served on the Board of Directors for Anthem Vault Inc. and then also worked in various roles as

an Officer of the NEVADA corporation Anthem Vault Inc. Including recommending the

relocation of an acquired collectible coin and bullion company to Bartlesville, Oklahoma in

2015. From 2015 to 2019, the defendant had regular daily contact with the satellite office in

Bartlesville, Oklahoma. Even though all employees worked for Anthem Vault Inc. of

NEVADA, no matter where employees were located, unbeknownst to the employees nor the

INVESTORS and alleged at and under the direction and supervision of CHAD MITCHELL

KOEHN and others in the roles and positions of influence to do so including those attorneys of

CHAD MITCHELL KOEHN, a series of corporations were established pulling the intellectual

property, assets, and software platforms created by the defendant into a multitude of different

directions and corporations, which were then combined via the business combination merger and

funds then raised upon the business combination merger under the name Anthem Holding

Company as stated by Chad Mitchell Koehn he sits upon the board of directors and therefore has

a direct conflict of interest with United Capital Management of Kansas Inc.

Unbeknownst to "new" investors brought into Anthem Holdings Co. was the apparently

fact the underlying merger subs, were never voted upon by the shareholders to each of the

merger subs, and in at least the US States of NEVADA and TEXAS the requirement of 90+%

shareholder acceptance of an exchange offer is necessary. Despite the fact the documents

reference an Exchange Offer and that of a business combination merger and subsequent reverse

triangular acquisitions of the acquisition corporations the REGULATION D regulatory filing

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures
and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 14

made for Anthem Holdings Co. which Chad Mitchell Koehn then solicited funds into it is alleged far prior to the dates as stated in those regulatory filings, those filings which are VOID of the mention or fact of the business combination merger or the "exchange offer" which is well stated in Exhibit G, the Court having already taken Judicial Notice thereof as requested and so provided for herein above as compared to the Judicial Notice the Court has now taken as it relates to Exhibit "B" and the references made to Anthem Holdings Co. by Chad Mitchell Koehn under PENALTY of PERJURY in the sworn documents he himself Chad Mitchell Koehn filed referencing Anthem Holdings Co. see Exhibit "A"

The attached herewith, thus annexed hereto and incorporated hereupon Exhibit H, is a true and correct copy of a LAWSUIT filed against Anthem Vault Inc. filed by AMERICAN EXPRESS BANK, NORTH AMERICA.  See the Exhibit H, litigation filed in Texas, listing as the plaintiff in the action:  AMERICAN EXPRESS NATIONAL BANK and as the defendants in the titled action:  Anthem Vault Inc. and Anthem H. Blanchard as Defendants.   JUDICIAL NOTICE regarding the Lawsuit filed by AMERICAN EXPRESS NATIONAL BANK against Anthem H. Blanchard and Anthem Vault Inc. is requested as to the attached herewith and thus incorporated herein Exhibit "H" and as to the following facts:

1.  Date Filed: 9/28/2020 10:23 AM

2.  District Clerk:  Velva L. Price   District Clerk

3.  Filed in Travis County [the State of Texas]

4.  Case Number:  D-1-GN-20-005322

5.  Signed by:  Victoria Benavides

====================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 15

6. The Case identifier is Case No.: D-1-GN-20-005322

7. In the District Court of Travis County, TEXAS, 261st Judicial District

8. Defendants are listed as:

    a. Defendant ANTHEM H. BLANCHARD (SSN: ***-**-*353) is a resident of TRAVIS County, Texas, and may be served with process at 2407 S CONGRESS AVE, STE E287, AUSTIN TX 78704 or at any other address where Defendant may be found.

AND

    b. Defendant ANTHEM VAULT INC. is a For-Profit Corporation on which service of process can be effectuated by serving its Registered Agent, CYNTHIA DIANE BLANCHARD, at 1333 SHORE DISTRICT DRIVE #1463, AUSTIN, TX 78741.

This request for Judicial Notice as to the Search Engine results AND as to the Conflict of interest by and between Chad Mitchell Koehn and United Capital Management of Kansas Inc. as disclosed on public disclosure documents which were the result of filings made by Chad Mitchell Koehn under the penalties of perjury as a free and voluntary act, demonstrating that even he Chad Mitchell Koehn knew that a conflict of interest exists between himself and United Capital Management of Kansas Inc. and that of Anthem Holdings Company, the claimed holding company formed via the series of self created targeted acquisition companies to create Anthem Holding Company via the series of triangular reverse short-form mergers in the business combination merger towhich INVESTORS to the underlying merger subs, acquired via the self

===============================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 16

created targeted acquisition companies WERE NEVER NOTICED; and as to the Exhibits

Judicial Notice is so herein now requested referencing here Exhibits A through H attached

herewith and incorporated herein by reference.

Annexed hereto and incorporated herein by reference if it pleases the Court please find a

true and correct Texas Secretary of State recital demonstrating an entity called: "ANTHEM

VAULT BUNKER LLC", on register and file with the Texas Secretary of State, this is made for

judicial notice demonstrable by the attached and thus annexed herewith and incorporated herein

Exhibit "I", demonstrating the EXACT SAME address as previously so herein noticed to the

Court for judicial notice regarding Anthem Holdings Company and its SEC regulatory filings

under Regulation D among others. Wherein this Exhibit "I" provides the following: "Anthem

Vault Bunker, LLC   Address: 550 CLUB DR STE 445 MONTGOMERY, TX 77316-3096

USA", request is herein so made for Judicial Notice as to Exhibit "I" and the information

contained therein.

The annexed hereto and thus attached and incorporated herein Exhibit "J" is offered and

so requested for Judicial Notice regarding the Texas Secretary of State information as to

"Anthem Gold Inc.". Especially given the address used for Anthem Gold Inc. being one and the

same as herein noticed for judicial notice as to the identical addressing used for BOTH Anthem

Holdings Company AND for Anthem Bunker LLC. Demonstrable by the attached herewith and

thus incorporated hereupon Exhibit "J", lists the following information within the Exhibit "J"

therefore the Court here now being so requested  for Judicial Notice and so provided with the

information to so take the Judicial Notice as requested including without limitation as to:

====================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures
and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 17

"AnthemGold, Inc.  Address:  550 CLUB DR STE 445  MONTGOMERY, TX 77316 USA";

additional and SPECIAL EMPHASIS as to Judicial Notice within Exhibit "J" attached herewith

is requested as to, the "history" and "prior use" as to the alternative name or rather name prior

use of the SAME legal entity being:  **HayekGold, Inc."** and as to the Date upon which the

**Exhibit "J" so dictates via the Texas Secretary of State as the date when HAYEKGOLD**

**Inc. became "inactive":  "August 17, 2016".**  Together with the requests made herein above

and given the information so provided as to Exhibit "J" it is additionally requested within the

order of the Court that the Court take Judicial Notice of the Tax ID Number:  "32060868604"; as

well as to the filing ID Number:  "802486716"; and as to:  "Original Date of Filing: June 23,

2016", especially as the "ORIGINAL DATE OF FILING" relates to the date of "INACTIVE"

use of the prior name.

The attached hereto and thus annexed herewith and incorporated herein by reference

Exhibit "K", from the Texas Secretary of State for the foreign registration of the Corporation

known as:  "ANTHEM VAULT INC." is so requested for Judicial Notice and as to the document

in Exhibit "K", together with the emphasis provided in requested Order of the same in regards to

the information so provide and upon Judicial Notice so requested as to:  "Filing Number:

802471043", stated in Exhibit "K"; Original Filing Date:  "Original Date of Filing: June 2,

2016"; as to " Name: Anthem Vault, Inc., Address: 2375 E Tropicana Ave #416, Las Vegas, NV

89119 USA"; EMPHASIS as to the address used and the name for the registered agent in Texas

thereof ANTHEM VAULT INC. "Paul Aubert 550 Club Dr., Suite 445 Montgomery, TX 77316

USA", the address is the IDENTICAL address used for Anthem Holdings Company, Anthem

===================================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures
and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

Bunker LLC, Anthem Gold Inc., and thus also formerly HAYEKGOLD Inc. having provided the information and so now herein and therefore aforementioned requested that Judicial Notice be so taken by this Honorable Court and that the said information has been so provided in Exhibit "K" attached herewith and referenced for the Court to do now as it should in accordance with Federal Rules of Civil Procedure to take said requested Judicial Notice and file an order of the same. Because of the importance to the case at bar in the tracking of the mess of corporations, self created merger subs, the origination corporations the Exhibit "K" does contain a Federal Employer Identification Number, so stating: "FEIN: 274988721", which Judicial Notice is also so requested as to the information provided in Exhibit "K" as to the "FEIN" so provided, in Exhibit "K" which references: "Filing Number: 802471043".

In demonstration of the "merger subs" so requested for Judicial Notice Exhibit "L" is so herein provided annexed hereto and thus attached herewith and incorporated herein by reference from the Texas Secretary of State, as to AnthemGold Inc. and "AGLD Acquisition Corporation", demonstrating a filing date of "October 10, 2019", see Exhibit "L". As to the IDENTICAL address as so stated and used herein above as to AnthemGold Inc., HayekGold Inc., Anthem Bunker LLC, Anthem Holdings Company, and now as to "AGLD Acquisition Corporation", being: "AnthemGold, Inc. Address: 550 CLUB DR STE 445 MONTGOMERY, TX 77316 USA", request so made for judicial notice and to the information as so provided within Exhibit "L". The date upon which of filing number as stated in Exhibit "L": "Filing Number: 802486716", which bears therewith the Tax Identification Number: "Tax ID: 32060868604"; and together with Judicial Notice as to the fact within Exhibit "L" for the filing thereof it is

==================================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

VOID of a "FEIN", as to this acquisition corporation, filed to hide, obsurfacate and otherwise

conceal the underlying AnthemGold Inc. corporation within the Texas State Records.

It is noted and request is therefore herein so made for the Court to take

Judicial Notice of the FACT that Chad Mitchell Koehn is an educated investment

professional, who has at times held a variety of "licenses" in the financial services

industry AND as to each of the requested items for Judicial Notice as made herein

and having now hereupon provided information for in the attached Exhibits A

through L, annexed hereto, and thus attached herewith and incorporated hereupon

by reference as to the above aforementioned in the request for Judicial Notice as to

each and to the information so provided and thus so referenced in this pleading.  It

is upon this information together with the Judicial Notices already on file with the

Court which materially supports the "Motion to Dismiss" the SLAPP (Strategic

Lawsuit Against Public Participation) as first filed by the plaintiffs CHAD M.

KOEHN, known formally as "CHAD MITCHELL KOEHN" as per the

information so provided for herein the exhibits annexed hereto and thus attached

herewith and incorporated hereupon and to that of coplaintiff UNITED CAPITAL

===================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures
and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 20

MANAGEMENT OF KANSAS INC. who both did jointly, collectively and severally review as to form and substance the originating state petition filed as an alleged SLAPP styled petition in the State Court for Saline County Kansas, in February of 2021 and both did conspire and lay in wait nearly one year, conducting a plethora of reviews and hearings and NEVER once attempting service of the petition nor making any attempt thereof to notice the proletarian, pedestrian, peon pro se defendant of the pendency of the action, as they laid in wait to spring a multitude of legal entanglements upon the pro se defendant simultaneously under the direction and orchestration of purported attorney Craig Alan Brand.

The certain insistence of the plaintiff's severally and collectively by and through their nearly half a dozen different law firms ranging from those who have made formal appearance before the Court to those who are simply listed attached and so connected to the lawyers appearing before the Court in the matter, who to date have included: Quinn Robert Kendrick, Larry Gene Michel, Christopher Kellogg, and pro hac vice purported counsel Craig Alan Brand, though other persons have appeared though are not licensed before the Court, and a number of law firms ranging from The Brand Law Firm, wherein Craig Alan Brand publicly by and through affidavits and public advertisements claims he is the "SENIOR PARTNER" for the firm, thus indicating that there are OTHER Lawyers with the firm, as Mister Brand cannot be a "senior partner" of the firm, if the firm is not a partnership and he is the only person who is employed by

===================================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 21

the firm, to say otherwise as Mister Brand does is to reference that there are multiple lawyers with the firm, and the firm of Kennedy Berkley Yarnevich and Williamson Chartered, as well as "Mystic Law" appearing at times before the Court in hearings, and those other firms connected to those above herein mentioned GANJA LAW (Ganja is a word used in "slang" for the drug DOPE), as well a variety of other variations of the above, inclusive without limitation of KenBerk etc.

IF not for the frivolous and incongruous SLAPP (strategic lawsuit against public participation) state petition filed in this matter, where the plaintiffs collectively laid in wait nearly one year plotting and planning a "shock and awe" legal entanglements attack upon the impoverished, pro se, pedestrian proletarian peon, defendant in this matter, the plaintiff's tried not a single time to attempt any service of process in the matter of the State petition and instead laid in wait conspiring with others to entrap unlawfully the defendant and wrestle "significant equity interest" in a number of companies from the person of the pro se, pedestrian proletarian defendant, who has not legal education nor experience as is evident from the pleadings and filings so made herein this matter. The pedestrian proletarian pro se defendant must rely upon reading for the first time the rules of the Court and searching for the documents for the Court to Take Judicial Notice making the requests as made herein and thus hereupon and in the providing of said information for the Court to do so in the taking of the Judicial Notice as so requested and provided with the information as the Court is now via the attached, incorporated and thus annexed Exhibits A through L.

=================================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 22

Craig Alan Brand is orchestrating the horrific litigation strategy as will become evident through phone, electronic mail (email) and other communication records which shall be sought as discoverable materials, if it is necessary that this particular matter of the SLAPP styled petition originating here and now so removed hereto the US Federal Courts, must continue, without the immediate Dismissal with prejudice as requested to have the SLAPP styled petition so dismissed as is proper, thus providing for the swift and immediate, inexpensive and certainly just determination via termination of Chad M. Koehn and United Capital Management of Kansas Inc.'s SLAPP styled legal assault. Thus being in conformity with conservation of judicial resources and providing for judicial economy given the numerous points and the requests for judicial notice as made herein together with those previously made motions for judicial notice and upon the finding as is proper that the SLAPP style petition warrants not litigation and is done to harass, intimidate BOTH the pedestrian, proletarian pro se defendant peon here and other similarly situated citizens who may dare to speak out as investors in the myriad of corporations orchestrated by Chad Mitchell Koehn.

Craig Alan Brand is also using "so-called" news media personalities to harass the person of the pro se proletarian pedestrian defendant, claiming a variety of news stories to be authored from direct attacks on the defendant's background, ethnicity, family origin, DNA, gender, sexual oreintation, socio-economic status, to attacks based upon Christopher Kellogg and pro se proletarian, defendant Michael Nelson both being EagleScouts and this year 2022 is the 50th anniversary of NESA the National Eagle Scout Association, towhich many EagleScouts belong, including the pro se pedestrian defendant who is a LIFE MEMBER of the organization NESA,

====================================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 23

These types of attacks orchestrated by Craig Alan Brand via his so-called news media personalities, are part of Mr. Brand's well known and long and storied history of questionable ethics in litigation, as any person who reaches out to any counsel who has opposed Mr. Brand in the past will come to realize Mr. Brand's reputation in the legal community is one, which has landed him before many bar associations, has seen him fined tens of thousands of dollars in the Federal Courts in New York, and made Mr. Brand the center of numerous State and Federal investigations, no different than he is now, stemming from actions in this case at bar and those actions taken in direct physical attacks against the pro se defendant just before the first ever attempt at service of the underlying petition.

Judicial Notice has already been requested regarding **CRIMINAL CHARGES levied against plaintiff CHAD MITCHELL KOEHN,** levied just less than 48 hours prior to service of process in this matter, where at least one informant claims Chad Mitchell Koehn was cited CRIMINALLY for a large "fire" or perhaps as reported a series of fires, which **the informant claims was orchestrated by Chad M. Koehn to DESTROY evidence,** including office files, and harddrives (computers), and was at the direction of Chad M. Koehn's attorneys, presumably all the above herein mentioned with the exception of Christopher Kellogg who did not make an appearance nor make it known he was working with Craig Alan Brand nor acting as an attorney for Chad Mitchell Koehn until February of 2022, and after the pro se pedestrian defendant removed the SLAPP styled State Petition from the hands of the Judge in Saline County which Chad M. Koehn claims is "in his pocket", and which the informant claims Koehn brags the judge is "bought and paid for".   Separate Judicial Notice shall be filed outlining all cases which Koehn

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 24

has had in State Court **and the miraculous coincidences surrounding those cases**, including having the same attorneys and the same judge assigned.

In fact if not for the removal here to the US Federal Court, both this matter currently at bar and the protective order sought by Chad M. Koehn, seeking protection from having sexual relations with the pro se defendant here in this matter at bar, when he, Chad M. Koehn is "incapable of giving consent" to sexual relations, where Chad M. Koehn filed a sworn affidavit under the penalties of perjury on 26 January 2022, BOTH the protective order case filed by Koehn and the SLAPP styled state petition would have miraculously found their way before the exact same Judge also seemingly assigned Chad Mitchell Koehn's other civil cases.   This case at bar appears the first time one of Chad M. Koehn's many many  civil cases has been removed from having the exact same County Judge.

In order to set the facts and requests for Judicial Notice as done so herein above, the pro se proletarian, pedestrian non-legally educated defendant so has made the proper requests for Judicial Notice and has provided the information to the Court to do so in accordance with Federal Rule 201, so now and above herein before making such formal request to the Court to do so in material support of pending motion(s) to dismiss the frivolous, incongruous SLAPP styled originating petition so removed hereto the US Federal Courts, and for the first time out of the hands of the same Judge that has heard all Chad M. Koehn's other civil cases.

Under Federal Rules 201c(2), it the Rule and thus law codified by the Congress of these the United States of America and amended per law under the

====================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

Rules Enabling Act, as promulgated by the United States Supreme Court, with the final approval by the Congress of the United States of America therefore codified law of these the United States of America under Constitutional Authority states:

"must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts, given the information as supplied and attached and incorporated herein by reference as Exhibits.

Having as now formally "requests" made and the court here being now, herein, herewith, incorporated with and attached Exhibits "supplied with the necessary information", "must take judicial notice", as now having been so requested.

**WHEREFORE it is the pro se defendant's prayer for relief:**

That this Honorable Court take Judicial Notice of the FACTS as referenced and incorporated herein above as true, issuing an order demonstrating the Court has taken Judicial NOTICE as to the facts rendered herein and referenced by the annexed hereto and attached herewith, incorporated hereupon Exhibits "A" through "L" as made alphabetically A, B,

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 26

C, D, E, F, G, H, I, J, K, L, attached, and now provided to this Honorable Court the US Federal District Court for the US District of Kansas.  Having now formally requested Judicial Notice under Federal Rule 201 without limitation and having laid forth the facts as to each of the attached herewith Exhibits referenced "A" through "L" and for the specified Judicial Notice as requested herein as to each, for the Court to provide Judicial Notice and supplied the materials and information to do so, as the Court should now so properly in conformity to the Federal Rules make such Judicial Notice thereof.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Motion for Judicial Notice and Order of the Same and requesting this motion, notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition.  Makes this appearance together with all previous filings now before

====================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 27

the Court, without voluntarily submitting to the jurisdiction of this Court with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous SLAPP Styled petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 31st day of July 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

===========================================================================

Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 28

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Judge Paul J. Hickman, Saline County Kansas.

Respectfully Submitted, this 31st day of July 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===================================================================
Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)

- 29