# EXHIBIT

# "C"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)*



**IAPD Report**

# CHAD MITCHELL KOEHN

CRD# 2216169

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Qualifications | 2 - 3 |
| Registration and Employment History | 4 - 6 |
| Disclosure Information | 7 |

 Please be aware that fraudsters may link to Investment Adviser Public Disclosure from phishing and similar scam websites, trying to steal your personal information or your money. Make sure you know who you're dealing with when investing, and contact FINRA with any concerns.

For more information read our investor alert on imposters.



# IAPD Information About Representatives

IAPD offers information on all current-and many former representatives. Investors are strongly encouraged to use IAPD to check the background of representatives before deciding to conduct, or continue to conduct, business with them.

**What is included in a IAPD report?**

IAPD reports for individual representatives include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards.

It is important to note that the information contained in an IAPD report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the representative, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

**Where did this information come from?**

The information contained in IAPD comes from the Investment Adviser Registration Depository (IARD) and FINRA's Central Registration Depository, or CRD, (see more on CRD below) and is a combination of:

- information the states require representatives and firms to submit as part of the registration and licensing process, and
- information that state regulators report regarding disciplinary actions or allegations against representatives.

**How current is this information?**

Generally, representatives are required to update their professional and disciplinary information in IARD within 30 days.

**Need help interpreting this report?**

For help understanding how to read this report, please consult NASAA's IAPD Tips page
http://www.nasaa.org/IAPD/IARReports.cfm

**What if I want to check the background of an Individual Broker or Brokerage Firm?**

To check the background of an Individual Broker or Brokerage firm, you can search for the firm or individual in IAPD. If your search is successful, click on the link provided to view the available licensing and registration information in FINRA's BrokerCheck website.

**Are there other resources I can use to check the background of investment professionals?**

It is recommended that you learn as much as possible about an individual representative or Investment Adviser firm before deciding to work with them. Your state securities regulator can help you research individuals and certain firms doing business in your state. The contact information for state securities regulators can be found on the website of the North American Securities Administrators Association http://www.nasaa.org



# Report Summary

## CHAD MITCHELL KOEHN (CRD# 2216169)

The report summary provides an overview of the representative's professional background and conduct. The information contained in this report has been provided by the representative, investment adviser and/or securities firms, and/or securities regulators as part of the states' investment adviser registration and licensing process. The information contained in this report was last updated by the representative, a previous employing firm, or a securities regulator on **11/02/2020**.

### CURRENT EMPLOYERS

| | Firm | CRD# | Registered Since |
|---|---|---|---|
| IA | UNITED CAPITAL MANAGEMENT OF KANSAS, INC. | CRD# 157755 | 01/20/2012 |

### QUALIFICATIONS

This representative is currently registered in **0** SRO(s) and **2** jurisdiction(s).

Is this representative currently Inactive or Suspended with any regulator? **No**

**Note:** Not all jurisdictions require IAR registration or may have an exemption from registration.
Additional information including this individual's qualification examinations and professional designations is available in the Detailed Report.

### REGISTRATION HISTORY

This representative was previously registered with the following firm(s):

| | FIRM | CRD# | LOCATION | REGISTRATION DATES |
|---|---|---|---|---|
| B | SA STONE WEALTH MANAGEMENT INC. | 18456 | SALINA, KS | 01/22/2004 - 10/30/2020 |
| IA | STERNE AGEE ASSET MANAGEMENT, INC. | 130888 | SALINA, KS | 10/25/2005 - 09/09/2015 |
| IA | STERNE AGEE & LEACH, INC. CAPITAL MANAGEMENT | 791 | SALINA, KS | 01/27/2004 - 02/27/2004 |

For additional registration and employment history details as reported by the individual, refer to the Registration and Employment History section of the Detailed Report.

### DISCLOSURE INFORMATION

Disclosure events include certain criminal charges and convictions, formal investigations and disciplinary actions initiated by regulators, customer disputes and arbitrations, and financial disclosures such as bankruptcies and unpaid judgments or liens.

Are there events disclosed about this representative? **Yes**

The following types of events are disclosed about this representative:

| Type | Count |
|---|---|
| Customer Dispute | 3 |


# Qualifications

## REGISTRATIONS

This section provides the SRO, states and U.S. territories in which the representative is currently registered and licensed, the category of each registration, and the date on which the registration becomes effective. This section also provides, for each firm with which the representative is currently employed, the address of each location where the representative works.
This individual is currently registered with **2** jurisdiction(s) and **0** SRO(s) through his or her employer(s).

### Employment 1 of 1

Firm Name: **UNITED CAPITAL MANAGEMENT OF KANSAS, INC.**
Main Address: 227 NORTH SANTA FE
SALINA, KS 67401
Firm ID#: 157755

| | Regulator | Registration | Status | Date |
|---|---|---|---|---|
| IA | Kansas | Investment Adviser Representative | Approved | 01/20/2012 |
| IA | Texas | Investment Adviser Representative | Approved | 02/27/2014 |

### Branch Office Locations

This individual does not have any registered Branch Office where the individual is located.



# Qualifications

## PASSED INDUSTRY EXAMS

This section includes all industry exams that the representative has passed. Under limited circumstances, a representative may attain registration after receiving an exam waiver based on a combination of exams the representative has passed and qualifying work experience. Likewise a new exam requirement may be grandfathered based on a representative's specific qualifying work experience. Exam waivers and grandfathering are not included below.

**This individual has passed 0 principal/supervisory exams, 3 general industry/product exams, and 2 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| | Exam | Category | Date |
|---|---|---|---|
| B | Securities Industry Essentials Examination (SIE) | SIE | 10/01/2018 |
| B | General Securities Representative Examination (S7) | Series 7 | 09/03/2003 |
| B | Investment Company Products/Variable Contracts Representative Examination (S6) | Series 6 | 03/19/1992 |

### State Securities Law Exams

| | Exam | Category | Date |
|---|---|---|---|
| IA | Uniform Investment Adviser Law Examination (S65) | Series 65 | 05/06/2005 |
| B | Uniform Securities Agent State Law Examination (S63) | Series 63 | 03/19/1992 |

## PROFESSIONAL DESIGNATIONS

This section details that the representative has reported **0** professional designation(s).

No information reported.


# Registration & Employment History

## 🏢 PREVIOUSLY REGISTERED WITH THE FOLLOWING FIRMS

This representative held registrations with the following firms:

| | Registration Dates | Firm Name | ID# | Branch Location |
|---|---|---|---|---|
| B | 01/22/2004 - 10/30/2020 | SA STONE WEALTH MANAGEMENT INC. | CRD# 18456 | SALINA, KS |
| IA | 10/25/2005 - 09/09/2015 | STERNE AGEE ASSET MANAGEMENT, INC. | CRD# 130888 | SALINA, KS |
| IA | 01/27/2004 - 02/27/2004 | STERNE AGEE & LEACH, INC. CAPITAL MANAGEMENT | CRD# 791 | SALINA, KS |
| IA | 07/01/1997 - 01/26/2004 | WADDELL & REED, INC. | CRD# 866 | SALINA, KS |
| B | 03/23/1992 - 01/26/2004 | WADDELL & REED, INC. | CRD# 866 | OVERLAND PARK, KS |

## 🏢 EMPLOYMENT HISTORY

Below is the representative's employment history for up to the last 10 years.

| Employment Dates | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 07/2011 - Present | UNITED CAPITAL MANAGEMENT OF KANSAS, INC. | CHIEF COMPLIANCE OFFICER AND INVESTMENT ADVISER REPRESENTATIVE | Y | SALINA, KS, United States |
| 01/2004 - Present | UNITED CAPITAL MANAGEMENT OF KANSAS, INC. | PRESIDENT, OWNER AND MANAGING MEMBER | Y | SALINA, KS, United States |
| 04/1992 - Present | VARIOUS INSURANCE CARRIERS | INSURANCE AGENT | Y | SALINA, KS, United States |
| 01/2004 - 10/2020 | STERNE AGEE FINANCIAL SERVICES, INC | REGISTERED REPRESENATIVE | Y | GREAT BEND, KS, United States |

## 🏢 OTHER BUSINESS ACTIVITIES

This section includes information, if any, as provided by the representative regarding other business activities the representative is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent, or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious, or fraternal and is recognized as tax exempt.

1. KOEHN PROPERTY AND DEVELOPMENT, LLC; NOT INVESTMENT RELATED; OWNER AND OPERATOR; 104 E. IRON, SALINA, KS 67401; 01/2001 - PRESENT.

2. KOEHN PROPERTY AND DEVELOPMENT II 2010, LLC; NOT INVESTMENT RELATED; OWNER OF HOUSES FOR FARM HANDS; SALINA, KS; 12/2010 - PRESENT.



# Registration & Employment History

 **OTHER BUSINESS ACTIVITIES**

3. 1 KOEHN FARMS, LLC; NOT INVESTMENT RELATED; OWNER AND OPERATOR; SALINA, KS; 01/1998 - PRESENT.

4. IQUAD, LLC; NOT INVESTMENT RELATED; MEMBER, 49% OWNER; SALINA, KS; 2010 - PRESENT.

5. UNITED CAPITAL INSURANCE; YES INVESTMENT RELATED; 104 E. IRON SALINA, KS 67401; INSURANCE, OWNER AND AGENT; 2004 - PRESENT; APPROXIMATELY 5 HOURS PER MONTH AND DURING SECURITY TRADING HOURS.

6. UNITED CAPITAL TRUST; YES, INVESTMENT RELATED; 104 E. IRON AVE., SALINA, KS 67401; TRUST SERVICES; TRUST RELATIONSHIP MANAGER; 07/24/14 - PRESENT; 20 HOURS PER WEEK INCLUDING DURING SECURITY TRADING HOURS; MANAGING TRUST RELATIONSHIPS FOR UNITED CAPITAL TRUST A TRO OF NATIONAL ADVISORS TRUST COMPANY, FSB WILL NOT SERVE IN ANY FIDUCIARY WAY AS TTEE OR TRUST OFFICER.

7. UNITED CAPITAL GROUP OF COMPANIES;NOT INVESTMENT RELATED; 104 E IRON, SALINA, KS. 67401; USED FOR MARKETING PURPOSES; OWNER; 1/2012; 0 HOURS PER MONTH; MARKETING OF AFFILIATED UNITED CAPITAL COMPANIES.

8. KOEHN RANCH TRUCKING; NOT INVESTMENT RELATED; 259 S. CUNNINGHAM RD. SALINA, KS. 67401; LLC TO TITLE FARM TRUCKS AND SEMIS; OWNER; 2012; 0 HOURS PER MONTH; LLC TO OWN FARM VEHICLES.

9.UNITED CAPITAL FARM MANAGEMENT; NOT INVESTMENT RELATED; 104 EAST IRON AVE. SALINA, KS. 67401; MANAGE TENANT RELATIONSHIPS AND MANAGE/DELEGATE THE UPKEEP OF FARM PROPERTY. ALSO MANAGE THE SELLING OF ANY GRAIN OWNED BY THE TRUST; OWNER; 07/30/2013; 3 HOURS PER MONTH AND DURING SECURITY TRADING HOURS.

10. KOEHN-BUSCH, LLC.; NOT INVESTMENT RELATED; 104 E. IRON SALINA, KS. 67401; BUILDING OWNERSHIP; 51% MEMBER/PARTNER; 11/15/2014; 5 HOURS PER MONTH AND DURING SECURITY TRADING HOURS; LAND-LORD RESPONSIBILITIES.

11. PEEK SHELTON KOEHN, LLC; NOT INVESTMENT RELATED; 104 E. IRON, SALINA, KS 67401; CATTLE FARMING; 34% MEMBER; 10/15/14 TO PRESENT; 10 HOURS PER MONTH; 0 DURING SECURITY TRADING HOURS; OVERSEE PURCHASE AND SALE OF CATTLE.

12. SANTA FE I, LLC; NOT INVESTMENT RELATED; 104 E. IRON, SALINA, KS 67401; OWNS BUILDING FOR UNITED CAPITAL MANAGEMENT; OWNER; 0 HOURS PER MONTH.

13. SANTA FE II, LLC; NOT INVESTMENT RELATED; 104 E. IRON AVE., SALINA, KS 67401; OWNS BUILDING FOR BUSINESS; OWNER; 8/19/2007 TO PRESENT; 0 HOURS PER MONTH.

14. HOPKINS - SCHRAEDER LEASE LLC; NOT INVESTMENT RELATED; 709 HAROLD AVE., SALINA KS 67401; OIL WELL; MEMBER; 2011 OR 2012 TO PRESENT; 0 HOURS SPENT.

15. BROOKEFIELD AT HIGHLAND CROSSING, LLC; YES, INVESTMENT RELATED; #3 HIGHLAND CROSSING DRIVE, BELLA VISTA, AZ 72715; ASSISTED LIVING FACILITY; INVESTOR; 2006 TO PRESENT; 0 HOURS.

16. PETRO ONE ENERGY CORP.; NOT INVESTMENT RELATED; 104 E. IRON STREET, SALINA, KS 67401; PRIVATE PLACEMENT; INVESTOR; 05/2012 TO PRESENT; 0 HOURS PER MONTH.

17. BROOKFIELD AT FIANNA OAKS, LLC; NOT INVESTMENT RELATED; 2300 FIANNA OAKS DRIVE, FORT SMITH, AZ 72908; ASSISTED LIVING FACILITY; INVESTOR; 0 HOURS.



# Registration & Employment History

##  OTHER BUSINESS ACTIVITIES

18. UNITED CAPITAL MGMT RIA, INVESTMENT RELATED; 104 E. IRON AVE, SALINA, KS 67401; PRESIDENT/CCO; 100 HRS PER MONTH, 5 HRS PER DAY DURING MARKET

19. NORTON FRIENDS, LLC; 104 E. IRON, SALINA, KS 67401; REAL ESTATE OWNERSHIP; OWNER; 01/01/1992; 0 HRS SPENT DURING MONTH OR MARKET HRS

20. Chad & Susan Koehn Marital Property Trust
Trustee
NON-Investment Related

21. Chad Koehn Living Trust
Trustee
NON-Investment Related

22. Susan Koehn Living Trust
Trustee
NON-Investment Related

23. Exit Technologies LLC
9440 South Kipp Road Gypsum, KS 67448
Nature of Business: Fire Safety Egress Windows
Investment Related: Non-Investment Related
Title: Individual Investor
Duties: N/A - just an investor
Start Date: 08/01/1998
Approximate Hours Devoted to Business: 0
Approximate Hours Devoted to Business during Market Hours: 0


# Disclosure Summary

## Disclosure Information

**What you should know about reported disclosure events:**

**(1) Certain thresholds must be met before an event is reported to IARD, for example:**

- A law enforcement agency must file formal charges before an Investment Adviser Representative is required to report a particular criminal event.;

- A customer dispute must involve allegations that an Investment Adviser Representative engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.

**(2) Disclosure events in IAPD reports come from different sources:**

As mentioned in the "About IAPD" section on page 1 of this report, information contained in IAPD comes from Investment Adviser Representatives, firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the IAPD report. The different versions will be separated by a solid line with the reporting source labeled.

**(3) There are different statuses and dispositions for disclosure events:**

- A disclosure event may have a status of *pending, on appeal,* or *final*.

    - A "pending" disclosure event involves allegations that have not been proven or formally adjudicated.

    - A disclosure event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.

    - A "final" disclosure event has been concluded and its resolution is not subject to change.

- A final disclosure event generally has a disposition of *adjudicated, settled* or *otherwise resolved*.

    - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.

    - A "settled" matter generally represents a disposition wherein the parties involved in a dispute reach an agreement to resolve the matter. Please note that Investment Adviser Representatives and firms may choose to settle customer disputes or regulatory matters for business or other reasons.

    - A "resolved" matter usually includes a disposition wherein no payment is made to the customer or there is no finding of wrongdoing on the part of the Investment Adviser Representative. Such matters generally involve customer disputes.

**(4) You may wish to contact the Investment Adviser Representatives to obtain further information regarding any of the disclosure events contained in this IAPD report.**




User Guidance

www.adviserinfo.sec.gov

## DISCLOSURE EVENT DETAILS

When evaluating this information, please keep in mind that some items may involve pending actions or allegations that may be contested and have not been resolved or proven. The event may, in the end, be withdrawn, dismissed, resolved in favor of the Investment Adviser Representative, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to the Investment Adviser Registration Depository. Some of the specific data fields contained in the report may be blank if the information was not provided.

The following types of events are disclosed about this representative:

| Type | Count |
| --- | --- |
| Customer Dispute | 3 |

### Customer Dispute

This section provides information regarding a customer dispute that was reported to the Investment Adviser Registration Depository (IARD) by the Investment Adviser Representative (IAR), an investment adviser and/or securities firm, and/or a securities regulator. The event may include a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit that contains allegations of sales practice violations against the individual.

The customer dispute may be pending or may have resulted in a civil judgment, arbitration award, monetary settlement, closure without action, withdrawal, dismissal, denial, or other outcome.

#### Disclosure 1 of 3

| | |
| --- | --- |
| **Reporting Source:** | Individual |
| **Employing firm when activities occurred which led to the complaint:** | Sterne Agee Financial Services, Inc. |
| **Allegations:** | Client alleges the rep mishandled her account by placing her investments into a traditional IRA 1/8/2009 & 2/3/2009 rather than a ROTH IRA. Therefore, resulting in an increase of federal and state taxes. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $5,916.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

#### Customer Complaint Information

| | |
| --- | --- |
| **Date Complaint Received:** | 01/09/2017 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 01/24/2017 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |


User Guidance

www.adviserinfo.sec.gov

### Disclosure 2 of 3

| | |
|---|---|
| **Reporting Source:** | Individual |
| **Employing firm when activities occurred which led to the complaint:** | STERNE AGEE FINANCIAL SERVICES, INC. |
| **Allegations:** | COMPLAINTANT ALLEGES THAT REP FAILED TO FOLLOW HIS INSTRUCTIONS AND CHECK THE BOX FOR A GUARANTEED INCOME RIDER ON A VARIABLE ANNUITY APPLICATION IN APRIL OF 2007. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $238,581.71 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 10/05/2009 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 09/21/2010 |
| **Settlement Amount:** | $0.00 |
| **Individual Contribution Amount:** | $0.00 |
| **Broker Statement** | SETTLEMENT IS AGREEMENT TO PROVIDE CUSTOMER WITH FULL BENEFIT ELECTED. EXACT DOLLAR AMOUNT OF SETTLEMENT CANNOT BE DETERMINED UNTIL CUSTOMER BEGINS RECEIVING LIFE INCOME PAYMENTS UNDER ANNUITY CONTACT AT SOME FUTURE DATE. |

### Disclosure 3 of 3

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | WADDELL & REED, INC |
| **Allegations:** | ON 6/25/01, CLIENT INVESTED IN VARIABLE ANNUITY AND ALLEGES THAT RR DID NOT DISCLOSE SURRENDER CHARGES. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $6,850.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

### Customer Complaint Information



| | |
|---|---|
| **Date Complaint Received:** | 04/26/2004 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 07/30/2004 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

| | |
|---|---|
| **Reporting Source:** | Individual |
| **Employing firm when activities occurred which led to the complaint:** | WADDELL & REED, INC. |
| **Allegations:** | ON 6/25/01, CLIENT INVESTED IN VARIABLE ANNUITY AND ALLEGES THAT RR DID NOT DISCLOSE SURRENDER CHARGES |
| **Product Type:** | Annuity(ies) - Variable |
| **Alleged Damages:** | $6,850.00 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 04/26/2004 |
| **Complaint Pending?** | Yes |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |
| **Broker Statement** | THERE IS NO SUBSTANCE TO THIS COMPLAINT.[CUSTOMER] ALLEGES THAT SHE WAS NOT INFORMED THAT WITHDRAWALS WOULD INCUR CONTINGENT DEFERRED SALES CHARGES. IN FACT, SHE SIGNED A DISCLOSURE FORM THAT SHOWED THERE WOULD BE CDSC. IN ADDITION, ANOTHER WADDELL & REED SALESPERSON HANDLED THIS PURCHASE FOR [CUSTOMER]. |

User Guidance

www.adviserinfo.sec.gov


 

**End of Report**

This page is intentionally left blank.

©2021 FINRA. All rights reserved. Report about CHAD MITCHELL KOEHN.