# EXHIBIT

# "E"

# To Follow . . .

==========================================================================
*Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)*

This XML file does not appear to have any style information associated with it. The document tree is shown below.

```xml
<edgarSubmission>
  <schemaVersion>X0708</schemaVersion>
  <submissionType>D</submissionType>
  <testOrLive>LIVE</testOrLive>
  <primaryIssuer>
    <cik>0001830762</cik>
    <entityName>Anthem Holdings Co</entityName>
    <issuerAddress>
      <street1>550 CLUB DR.</street1>
      <street2>SUITE 445</street2>
      <city>MONTGOMERY</city>
      <stateOrCountry>TX</stateOrCountry>
      <stateOrCountryDescription>TEXAS</stateOrCountryDescription>
      <zipCode>77316</zipCode>
    </issuerAddress>
    <issuerPhoneNumber>713-516-2670</issuerPhoneNumber>
    <jurisdictionOfInc>DELAWARE</jurisdictionOfInc>
    <issuerPreviousNameList>
      <value>None</value>
    </issuerPreviousNameList>
    <edgarPreviousNameList>
      <value>None</value>
    </edgarPreviousNameList>
    <entityType>Corporation</entityType>
    <yearOfInc>
      <withinFiveYears>true</withinFiveYears>
      <value>2019</value>
    </yearOfInc>
  </primaryIssuer>
  <relatedPersonsList>
    <relatedPersonInfo>
      <relatedPersonName>
        <firstName>Anthem</firstName>
        <middleName>Hayek</middleName>
        <lastName>Blanchard</lastName>
      </relatedPersonName>
      <relatedPersonAddress>
        <street1>550 Club Dr</street1>
        <street2>Suite 445</street2>
        <city>Montgomery</city>
        <stateOrCountry>TX</stateOrCountry>
        <stateOrCountryDescription>TEXAS</stateOrCountryDescription>
        <zipCode>77316</zipCode>
      </relatedPersonAddress>
      <relatedPersonRelationshipList>
        <relationship>Executive Officer</relationship>
        <relationship>Director</relationship>
      </relatedPersonRelationshipList>
      <relationshipClarification/>
    </relatedPersonInfo>
    <relatedPersonInfo>
      <relatedPersonName>
        <firstName>Cynthia</firstName>
        <lastName>Blanchard</lastName>
      </relatedPersonName>
      <relatedPersonAddress>
        <street1>550 Club Dr</street1>
        <street2>Suite 445</street2>
        <city>Montgomery</city>
        <stateOrCountry>TX</stateOrCountry>
        <stateOrCountryDescription>TEXAS</stateOrCountryDescription>
```

```xml
            <zipCode>77316</zipCode>
          </relatedPersonAddress>
          <relatedPersonRelationshipList>
            <relationship>Executive Officer</relationship>
            <relationship>Director</relationship>
          </relatedPersonRelationshipList>
          <relationshipClarification/>
        </relatedPersonInfo>
        <relatedPersonInfo>
          <relatedPersonName>
            <firstName>Cooper</firstName>
            <middleName>Hayek</middleName>
            <lastName>Collins</lastName>
          </relatedPersonName>
          <relatedPersonAddress>
            <street1>550 Club Dr</street1>
            <street2>Suite 445</street2>
            <city>Montgomery</city>
            <stateOrCountry>TX</stateOrCountry>
            <stateOrCountryDescription>TEXAS</stateOrCountryDescription>
            <zipCode>77316</zipCode>
          </relatedPersonAddress>
          <relatedPersonRelationshipList>
            <relationship>Director</relationship>
          </relatedPersonRelationshipList>
          <relationshipClarification/>
        </relatedPersonInfo>
        <relatedPersonInfo>
          <relatedPersonName>
            <firstName>Mark</firstName>
            <middleName>Hayek</middleName>
            <lastName>Heatwole</lastName>
          </relatedPersonName>
          <relatedPersonAddress>
            <street1>550 Club Dr</street1>
            <street2>Suite 445</street2>
            <city>Montgomery</city>
            <stateOrCountry>TX</stateOrCountry>
            <stateOrCountryDescription>TEXAS</stateOrCountryDescription>
            <zipCode>77316</zipCode>
          </relatedPersonAddress>
          <relatedPersonRelationshipList>
            <relationship>Director</relationship>
          </relatedPersonRelationshipList>
          <relationshipClarification/>
        </relatedPersonInfo>
      </relatedPersonsList>
      <offeringData>
        <industryGroup>
          <industryGroupType>Other Technology</industryGroupType>
        </industryGroup>
        <issuerSize>
          <revenueRange>$1 - $1,000,000</revenueRange>
        </issuerSize>
        <federalExemptionsExclusions>
          <item>06b</item>
        </federalExemptionsExclusions>
        <typeOfFiling>
          <newOrAmendment>
            <isAmendment>false</isAmendment>
          </newOrAmendment>
          <dateOfFirstSale>
            <value>2020-10-27</value>
          </dateOfFirstSale>
        </typeOfFiling>
```

```xml
      ▼<durationOfOffering>
          <moreThanOneYear>false</moreThanOneYear>
       </durationOfOffering>
      ▼<typesOfSecuritiesOffered>
          <isEquityType>true</isEquityType>
       </typesOfSecuritiesOffered>
      ▼<businessCombinationTransaction>
          <isBusinessCombinationTransaction>false</isBusinessCombinationTransaction>
          <clarificationOfResponse/>
       </businessCombinationTransaction>
       <minimumInvestmentAccepted>25000</minimumInvestmentAccepted>
       <salesCompensationList/>
      ▼<offeringSalesAmounts>
          <totalOfferingAmount>5000000</totalOfferingAmount>
          <totalAmountSold>1525000</totalAmountSold>
          <totalRemaining>3475000</totalRemaining>
          <clarificationOfResponse/>
       </offeringSalesAmounts>
      ▼<investors>
          <hasNonAccreditedInvestors>false</hasNonAccreditedInvestors>
          <totalNumberAlreadyInvested>61</totalNumberAlreadyInvested>
       </investors>
      ▼<salesCommissionsFindersFees>
         ▼<salesCommissions>
             <dollarAmount>0</dollarAmount>
          </salesCommissions>
         ▼<findersFees>
             <dollarAmount>0</dollarAmount>
          </findersFees>
          <clarificationOfResponse/>
       </salesCommissionsFindersFees>
      ▼<useOfProceeds>
         ▼<grossProceedsUsed>
             <dollarAmount>0</dollarAmount>
          </grossProceedsUsed>
          <clarificationOfResponse>Employees and officers will be paid their standard salaries
          from the gross proceeds.</clarificationOfResponse>
       </useOfProceeds>
      ▼<signatureBlock>
          <authorizedRepresentative>false</authorizedRepresentative>
         ▼<signature>
             <issuerName>Anthem Holdings Co</issuerName>
             <signatureName>Paul Aubert</signatureName>
             <nameOfSigner>Paul Aubert</nameOfSigner>
             <signatureTitle>General Counsel</signatureTitle>
             <signatureDate>2020-11-10</signatureDate>
          </signature>
       </signatureBlock>
    </offeringData>
 </edgarSubmission>
```