# EXHIBIT

# "J"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)*

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802486716 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 23, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32060868604 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** AnthemGold, Inc.
**Address:** 550 CLUB DR STE 445
MONTGOMERY, TX 77316 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Name Status** | **Name Type** | **Name Inactive Date** | **Consent Filing #** |
| HayekGold, Inc. | | Prior | Legal | August 17, 2016 | 0 |
| AnthemGold, Inc. | | In use | Legal | | 0 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.