# EXHIBIT

# "K"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)*

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802471043 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | June 2, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32060639120 | **FEIN:** | 274988721 |

| | |
|---|---|
| **Name:** | Anthem Vault, Inc |
| **Address:** | 2375 E Tropicana Ave #416<br>Las Vegas, NV 89119 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | NV, USA |
| **Foreign Formation Date:** | February 22, 2011 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | | **Inactive Date** |
| Paul Aubert | 550 Club Dr., Suite 445<br>Montgomery, TX 77316 USA | | | | |

[Order]  [Return to Search]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?:Sfi…em_type_id=10&:Ncorp_type_id=&:Nfiling_type_id=&:Nunder_lp_entity_type=										Page 1 of 1