# EXHIBIT

# "L"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice as to Regulatory Filings, Secretary of State Filings, Disclosures and LAWSUITS regarding UCM and Chad M. Koehn and their affiliates (conspirators)*

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802486716 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 23, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32060868604 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | AnthemGold, Inc. |
| **Address:** | 550 CLUB DR STE 445<br>MONTGOMERY, TX 77316 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Entity Type** | **Document Description** | **Filing Date** | **Entity Filing Number** | **Jurisdiction** | **Capacity** |
| AGLD Acquisition Corporation | Domestic For-Profit Corporation | | October 10, 2019 | 803339010 | | Non-Survivor |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.