# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**.<br><br><u>and</u><br><br>**CHAD M. KOEHN**<br><br>       Plaintiffs, counter-defendants<br>    v.<br>Michael Nelson<br>       Defendant; Counter-Plaintiff PRO-Se. | <mark>DOCKET NO.: 5:22-CV-04008-JWB-GEB</mark><br><u>CIVIL ACTION</u><br><br>**EMERGENCY Subpoena Request as to Depositions, Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female, INSTANTER**<br><br>**[Jury Trial Demanded]** |

<u>Defendant</u>, makes "**SPECIAL & LIMITED APPEARANCE**" here and now for the purposes of filing **EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against**

================================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

**presiding Federal Magistrate Birzer who is identifiable as a female, INSTANTER** defendant states:

Pursuant with Federal Rules of Civil Procedure, Rule 45 without limitation, the pro se proletarian pedestrian peon defendant, hereby and now so requests humbly for the assistance of the United States Federal Court for the US District of Kansas, to assist in obtaining information including without limitation the following items, which exist in the possession of a member of the Kansas Bar Association [KBA], who is a well known and honorable member of the KBA and sits as a Trustee of the KBF (Kansas Bar Foundation).

It is upon information and belief, after personal conversation with **Mr. Donald F. Hoffman** is a named partner of the Law Firm: [Dreiling Bieker & Hoffman](Dreiling Bieker & Hoffman) located at: 111 W 13th St Hays. Kansas 67601-3613 United States, that he and his firm possess discoverable information, depositions, settlements, interrogatories and other files of interest to current motions and interest in general as to discoverable information in the above herein referenced proceedings, initiated as a SLAPP style state petition by the plaintiffs Chad Mitchell Koehn and United Capital Management of Kansas Inc. It is believed the following information has

======================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 2

direct bearing upon BOTH the matter at bar and the "Motion for Recusal" which has been filed in the matter at bar, a copy of which opposing counsel has not sent to the person of the pro se defendant, however, it is upon information and belief, having received on 1 August 2022, a copy of the docket in the matter at bar, demonstrating clearly opposing counsel has filed a number of pleadings, motions, notices, objections, filings in general which opposing counsel has not delivered a copy of to the person of the pro se defendant pursuant with ORDER of the Court and in accordance with Federal Rules of Civil Procedure Rule 5 without limitation. The last two (2) entries in the docket report demonstrate a "Recusal Motion" filed, which the undersigned is told is a motion to recuse the presiding Federal Magistrate. Having not been provided a copy of the motion the undersigned pro se defendant is of the opinion and belief the motion for recusal is directed at the presiding Jurist United States Federal Magistrate Birzer. The undersigned pedestrian pro se defendant, Mr. Nelson, is further of the opinion the motion filed must be directed at recusal of the Federal Magistrate due to gender and ethnicity, with emphasis upon the fact the Federal Magistrate appears to identify as a woman, and upon information and belief that Chad Mitchell Koehn one of the plaintiffs in

================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 3 -

the above herein referenced matter, has been described as a misogynist, having a hatred and disregard for females (woman).  In order to prevent manifest injustice and further erosion of the Judiciary by the immoral and unethical actions of the attorneys and the plaintiffs in this above herein referenced matter currently at bar, and to prevent manifest injustice in the removal of all females from the matter before the Court it is IMPERATIVE that the pro se pedestrian defendant, Mr. Nelson, be granted this EMERGENCY motion for subpoena of the records, files and depositions which are in the custody and control of Mr. Donald F. Hoffman, a respected member of the Kansas Bar Association.

  The files, sexual harassment settlements, depositions, interrogatories and other case files which relate to BOTH plaintiffs in this above herein captioned matter, relate directly to a case which Chad Mitchell Koehn and United Capital Management of Kansas Inc. filed against a man known as: "Christopher M. Giroux", in Saline County District Court Case:   2017-CV-000321 | Chad Koehn, et al. vs. Christopher M Giroux

  It is believed based upon brief intercourse with Mr. Donald Hoffman, that the depositions of BOTH, Chad Mitchell Koehn and Christopher M. Giroux will

================================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 4 -

materially lead to discoverable information in this matter at bar and will materially provide proof in the positive regarding the true reasons Chad Mitchell Koehn and United Capital Management of Kansas Inc. seek the recusal of the FEMALE presiding Jurist in the current matter at bar.

Therefore it is the humble and respectful request of the pedestrian Pro Se Defendant, here, Mr. Nelson, that this Honorable United States Federal Court issue immediate subpoena for Mr. Donald F. Hoffman, to deliver at ounce to the Court and the person of the defendant all case files, inclusive without limitation of depositions, of Christopher M. Giroux and Chad Mitchell Koehn, as well as all interrogatories, case files, settlements, sexual harassment investigations, those sexual harassment settlements for use in discovery in the matter at bar and for use in the formulation of a formal response regarding the reasons Chad Mitchell Koehn has to seek the recusal of a FEMALE Judicial Officer, due to extreme hostilities Chad Mitchell Koehn harbors towards persons of the female gender.  Gender is a protected class, as is race, socio economic status, religion, even sexual orientation, therefore for an underlying motivation to rid the Federal Judiciary of FEMALES sitting in judgment or recommendation over cases involving Chad Mitchell Koehn

========================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 5 -

or United Capital Management of Kansas Inc. SCREAMS to the public at large and therefore within the public doctrine as to illegal, unethical and immoral conduct aimed at unfairly influencing the administration of justice, by seeking the removal of a Judicial Officer and other court personnel based upon gender. To given the impression as it does that Chad Mitchell Koehn etAl. does not believe females are capable of executing the duties of their office and adhering to the sworn oaths of office they take in matters of the Judiciary which are the very matters upon which they are so employed to handle, and so appointed, hired, and/or elected to execute in accordance with OATHS of office they take to execute those occupations to which they have been entrusted, simply because they are "female" and given the extreme misogyny believed exuded by Chad Mitchell Koehn as is believed proof in the positive contained within the case files, depositions, interrogatories and other case file materials regarding the case herein above requested obtainment of pursuant with a subpoena of this Court the US District of Kansas Federal Court.

    Therefore inclusive of all the following is now herein sought via this EMERGENCY requested subpoena, issued to Donald F. Hoffman:

==================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

1. All Case files in his possession regarding: Case Number 2017-CV-000321 in the matter 2017-CV-000321 | Chad Koehn, et al. vs. Christopher M Giroux; which was settled and dismissed 02/25/2022 (THIS YEAR), as it is certainly current facts:
    a. Depositions of Christopher M. Giroux
    b. Depsoitions of Chad Mitchell Koehn
    c. Interrogatories of Chad M. Koehn
    d. Interrogatories of Christopher M. Giroux
    e. All and any settlements referencing sexaul harassment of women
    f. All discovery referencing misogyny or other immoral and unethical actions against women
    g. All discovery materials as they relate to securities irregularities
    h. All discovery materials as they relate to Chad M. Koehn's mistreatment of employees

**PRAYER for RELIEF:**

WHEREFORE in order to prevent manifest injustice and prevent a miscarriage of Justice regarding the "recusal motion" filed by Chad M. Koehn on behalf of himself and believed that of co plaintiff United Capital Management of Kansas Inc. and for other

===============================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

discoverable information as it relates to this matter at bar or may reasonably lead to additional discoverable information and evidence, especially given allegations that Chad M. Koehn destroyed evidence via fire less than 48 hours before he knew the pro se pedestrian defendant was to be served notice of the SLAPP styled state petition for the first ever attempted service.   It is therefore herein so requested that a Subpoena issue immediately as to Donald F. Hoffman and all materials in his possession as outlined herein above without limitation be so provided to the person of the defendant and to the COURT, as the defendant hopes to prevent a miscarriage of justice and prevent manifest injustice sought by Chad Mitchell Koehn in his attempts to remove all females from sitting in judgment or even in recommended reports as in the case of Magistrate Judge Birzer in the matter at bar.  That said subpoena issue immediately commanding **Mr. Donald F. Hoffman** is a named partner of the Law Firm: [Dreiling Bieker & Hoffman](Dreiling Bieker & Hoffman) located at:  111 W 13th St  Hays. Kansas  67601-3613  United States, to present forthwith the information described herein above and present the same to both the Court and the person of the pro se defendant.

    A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do

===========================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 8

substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Respectfully Submitted, this 1st day of August 2022.

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

=================================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 9

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 1st day of August 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===========================================================================
EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female

- 10

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21 ================================================================================
22 EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual
   Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL
23 KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage
   of Justice involving a Recusal Motion filed by Chad M. Koehn and UCM against
24 presiding Federal Magistrate Birzer who is identifiable as a female
25                                    - 11
```