## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. <br><br> and <br><br> **CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | <span style="background:yellow">DOCKET NO.:    5:22-CV-04008-JWB-GEB</span> <br> <u>CIVIL ACTION</u> <br><br> **Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft** <br><br> **[Jury Trial Demanded]** |

<u>Defendant, makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing **Motion for Judicial Notice regarding IRREFUTABLE Deliberate Acts "HIDING" and Concealing of Material FACTS of Evidence, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft www.herasoft.com and https://herasoft.com/company/** defendant states:

This motion for Judicial Notice, provides IRREFUTABLE evidence, proof positive, of pro hac vice attorney Craig Alan Brand and plaintiff Chad Mitchell Koehn hiding of material facts, already presented in EVIDENCE of the matter at bar, for the purposes to hide, conceal, obsurfacate the facts in the matter at bar. Taken along with prior requests for Judicial Notice, of regulatory filings made under penalty of PERJURY by Chad Mitchell Koehn, demonstrate clear irrefutable evidence in VIOLATION of State

=================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 1

and Federal Laws and certain direct violations to the Rules of Professional Conduct governing the conduct of attorneys at bar in the US District of Kansas.

The memorandum of law shall set forth numerous violations Criminal and Civil committed by Chad Mitchell Koehn, inclusive without limitation of PERJURY on State and Federal regulatory filings. The memorandum of law shall also outline clear violations to the Rules of Professional Conduct committed by Craig Alan Brand in the "hiding" and concealment of evidence and facts in this matter at bar.

This Request for Judicial Notice is made firmly within the rights under FRCP (Federal Rules), as codified into law by the Congress of these the United States of America, together with all amendments thereto under the Rules Enabling Act, promulgated by the United States Supreme Court and approved as law by Congress, in accordance with the Act, under the Constitutional Authority granted; specifically under Rule 201, which states in part:

Rule 201. Judicial Notice of Adjudicative Facts

**(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.**

**(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:**

**(1) is generally known within the trial court's territorial jurisdiction; or**

==================================================================

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 2

**(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.**

**(c) Taking Notice. The court:**

**(1) may take judicial notice on its own; or**

**(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.**


Based upon prior filings made in this above herein referenced matter, including without limitation Exhibits presented to the Court, and statements made regarding the following FACTS, made available to the public on the website www.HeraSoft.com concerning Craig Alan Brand and Chad Mitchell Koehn, the website www.HeraSoft.com contained the following information concerning each the aforementioned individuals on the Company page of HeraSoft: https://herasoft.com/company/, the attached herewith Exhibit "A" is a true and correct copy of the coding currently existing for the website page referenced as of 1 August 2022, demonstrating clear attempts to "HIDE" material facts:

1. **On coding lines 1371 through 1375, the code shows, multiple points:**

   aria-hidden="true" demonstrating clear intent and actual action to HIDE the code referencing Craig Alan Brand on the referenced site:

====================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 3

```
<div
class="pop-s
">
```

<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />

<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />

<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>

</div>

**Proof Positive provided in attached herewith Exhibit "A"**

2. Code line 1384 states: "<h2 class="orange">CRAIG ALAN BRAND, ESQ.</h2>"

   a. In (2) above with h2 (headline title: 2 emphasis coding tag), clearly states: CRAIG ALAN BRAND, ESQ.

3. Code Line 1385 states: "<h3>Special Cyber &amp; Legal Counsel HeraSoft/Hercules</h3>"; clearly showing "Craig Alan Brand as "Special Cyber Legal Counsel HeraSoft/Hercules", with a headline h3 coding tag

4. Coding Lines 1386 and 1387 demonstrate:

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 4 -

`<h4 class="orange">`30+ Year Global Legal and Policy Expert With Disciplines Surrounding All Aspects Of Crypto-Currencies, Cyber-Security, AI, Robotics, Blockchain and Other Emerging Technologies`</h4>`

`<ul>`

5. In (4) above it is clear that the "hidden" attributes of public statements concerning Craig Alan Brand states: "30+ Year Global Legal and Policy Expert With Disciplines Surround All Aspects Of Crypto-Currencies, Cyber-Security, AI, Robotics, Blockchain and Other Emerging Technologies" using a headline code tag "h4".

6. Code Lines 1388 and 1389 state:

`<li>`Senior Partner at the Brand Law Firm P.A., Mystic Law, P.A., and Mystic Enterprises, Inc.

`</li>`

7. In (6) above it is clear that the "hidden" attributes once appearing as provided for in prior Exhibits, pleadings, motions and notices, states in reference to Craig Alan Brand: "Senior Partner at Brand Law Firm P.A., Mystic Law, P.A., and Mystic Enterprises, Inc."

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 5

8. In (7) above Emphasis as to Judicial Notice is requested as to the averment made by Craig Alan Brand that he is "SENIOR PARTNER", of two (2) separate and distinct Law Firms and a third company not identified as to its naming convention as a Law firm or practices, but is inferred as such based on the statement.

9. d

10. On code lines 1390 and 1391 it states:

```
<li>Shareholder &amp; Special Counsel for HeraSoft. Specializing in Crypto
and Cyber laws and technologies
                                                                        </li
                                                                        >
```

11. In (10) above the code states clearly that Craig Alan Brand is:

"Shareholder and Special Counsel for Herasoft. Specializing in Crypto and Cyber laws and technologies"

12. As to code lines numbers: 1392 and 1393 it states:

```
<li>Practiced within multiple State and Federal Courts throughout the USA.
Member of the Trial Bar
```

====================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material
FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA
SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 6 -

</li
>

13. As to (12) herein above it states that Craig Alan Brand: "Practiced within multiple State and Federal Courts throughout the USA. Member of the Trial Bar"

14. Additional note for Judicial Notice that Craig Alan Brand, has stated in affidavits and follow up pleadings that he Craig Alan Brand is a member of a single bar, that of the US State of Florida and provided a certificate of good standing good for the day it was issued, back in February of 2022.

15. That code lines 1394 through 1400 state:

<li>Vice-President
and board member,
Los Sueños, Del
Mar: Jaco, Costa
Rica

</li>

=================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 7

<li>Former CEO of Farmacia Express, Rx, Ltd; Florida Office of the State Attorney; Corporate Counsel for Larkin Community Hospital and its subsidiaries; Chief General Counsel for Whole Hemp Company, LLC d/ba/ Folium Biosciences and Folium Equity Holding, LLC

</li>

<li>Expert legal areas of practice include: Cyber-Security, Blue Gas Technologies, Crypto, Pharmaceutical, Financial/ White-collar crimes and/or torts, RICO, Regulatory practices such as FINRA, SEC, IRS, Complex Litigation and Intellectual Property laws. International Practice with heavy Trial Skills in all Courts

</li>

</ul>


16. That code lines 1599 through 1614 state:


<div class="pum-content popmake-content" tabindex="0">

<h2 class="orange">CHAD KOEHN</h2>

<h3>President and Founder of United Capital Management, Inc.</h3>

<ul>

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 8

<li>Almost 30 years of investment industry experience</li>

<li>Entrenched in the world's largest barter system (Bitcoin) for the past five years</li>

<li>Business Economics degree with an emphasis in accounting from Tabor College</li>

</ul>

<div class="pop-s">

<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />

<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />

<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>

</div>

</div>

<button type="button" class="pum-close popmake-close" aria-label="Close">

CLOSE </button>

====================================================================

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 9

17. That as of (16) herein above the code demonstrates that "Chad Koehn"
    listing on HeraSoft.com and the fact the content is now "hidden" as to
    multiple lines showing:

```
<a
href="https://herasoft.com/"
rel="noopener"
target="_blank"><i
class="fa fa-envelope"
aria-hidden="true"></i></a
><br />

<a
href="https://herasoft.com/"
rel="noopener"
target="_blank"><i
class="fa fa-linkedin"
aria-hidden="true"></i></a
><br />

<a
href="https://herasoft.com/"
rel="noopener"
target="_blank"><i
class="fa fa-twitter"
aria-hidden="true"></i></a
>
```

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material
FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA
SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 10

18. That as to (16) above that the website www.herasoft.com to the page as

directed for judicial notice herein above and as to the attached herewith

Exhibit "A" demonstrates the website stating the following for Chad Koehn

who is a plaintiff in the above herein titled action:

&lt;h2
class="orange"&gt;CHAD
KOEHN&lt;/h2&gt;

&lt;h3&gt;President and Founder
of United Capital
Management, Inc.&lt;/h3&gt;

&lt;ul&gt;

&lt;li&gt;Almost 30 years of
investment industry
experience&lt;/li&gt;

&lt;li&gt;Entrenched in the
world's largest barter
system (Bitcoin) for the
past five years&lt;/li&gt;

&lt;li&gt;Business Economics
degree with an emphasis in
accounting from Tabor
College&lt;/li&gt;

========================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material
FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA
SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 11

After evidence was submitted to the Court, and exhibits outlining the publicly available information on the website [www.HeraSoft.com](www.HeraSoft.com) was submitted in motions, notices, pleadings and filings of the above herein referenced matter at bar. BOTH jointly and severally and collectively CHAD MITCHELL KOEHN and CRAIG ALAN BRAND, believed upon information and belief under the direction of Craig Alan Brand, who knowingly, purposefully and wrongfully sought to conceal, hide, obsurfacate EVIDENCE, in violation of the Rules of Professional Conduct and in violation of the rights of the parties and the Court to make a just, speedy, fair and inexpensive determination of the matter at bar, did cause the unlawful, concealment, masking and as evidenced herein above for Judicial Notice and to the relevant existing source code as of this date 1 August 2022, which is attached herewith, incorporated hereupon and annexed thus hereto for reference as having provided the information necessary for the Court to issue Order regarding the "hidden" nature and status of the evidence having been and appearing upon the website [www.HeraSoft.com](www.HeraSoft.com) wherein Chad Mitchell Koehn and Craig Alan Brand have sought unethically, immorally, and quite possibly illegally to hide, obsurfacate and otherwise conceal the fact of the content which was existing on the website: [www.HeraSoft.com](www.HeraSoft.com) from the public and as the code base to the website reveals the code of the website existing even through todays date of filings Monday, 1 August

===============================================================

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website [www.HeraSoft.com](www.HeraSoft.com)

- 12

2022, that the content is within the code base of the website though the attributes are now coded to "HIDDEN" allowing Chad Mitchell Koehn and Craig Alan Brand to hide the evidence from public view and attempt to hide the evidence from the Court proceedings.

Under Federal Rules 201c(2), it the Rule and thus law codified by the Congress of these the United States of America and amended per law under the Rules Enabling Act, as promulgated by the United States Supreme Court, with the final approval by the Congress of the United States of America therefore codified law of these the United States of America under Constitutional Authority states:

"must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts,

===============================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 13

given the information as supplied and attached and incorporated herein by reference as Exhibits.

Having as now formally "requests" made and the court here being now, herein, herewith, incorporated with and attached Exhibits "supplied with the necessary information", "must take judicial notice", as now having been so requested.

After the Court here for the US District of Kansas Federal Court having taken Judicial Notice, as above and herein so requested as to the Federal Rules inclusive without limitation of Rule 201, and for such as the prayer for relief requests and as to the attached herewith Exhibit "A" providing the information upon which for the Court to take the said Judicial Notice as requested. That together with prior motions for Judicial Notice made and sent to the Court to take for Judicial Notice and provided information upon which the Court must take the Judicial Notice as requested therein those motions to do the same as here, and being so provided with the information to do so, demonstrates clearly violations to

===============================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 14

State and Federal Law with regards to Chad Mitchell Koehn and regulatory filings

made by Chad Mitchell Koehn signed under the penalties of perjury, thereby

requiring the Federal Court to transmit notice of the same to the authorities.

Additionally as the memorandum of law shall outline, the fact that the information

first demonstrated to the Court via separate pleadings, exhibits and motions,

demonstrates clearly that in the hiding, masking and concealment of the content to

the website www.HeraSoft.com that Craig Alan Brand has now committed a

travesty of Justice before the Court in the destruction and attempted concealment

of evidence before the Court a tribunal, thus clearly violating the Rules of

Professional Conduct which govern the actions of attorneys at bar. The hiding,

concealment and masking performed by Brand is consistent with his proclamation

to the world that he, Craig Alan Brand, "intentionally provides people with false

information" after Craig Brand has announced to the world he, Craig Alan Brand

has "championed the art of disinformation". The code base as attached herewith

and thus hereto as annexed to and incorporated hereupon demonstrates clear

violations to the rules of Professional Conduct as will be expounded upon in a

memorandum of law on the same.

=================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material
FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA
SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

WHEREFORE it is the pro se defendant's prayer for relief:

That this Honorable Court take Judicial Notice of the FACTS as referenced and incorporated herein as true, issuing an ORDER demonstrating the Court has taken Judicial NOTICE as to the facts rendered herein and referenced by the annexed hereto and attached herewith, incorporated hereupon Exhibit "A", attached, and now provided to this Honorable Court the US Federal District Court for the US District of Kansas. Having now formally requested Judicial Notice under Federal Rule 201 without limitation and having laid forth the facts for the Court to provide Judicial Notice and supplied the materials and information in the form of the attached, annexed and thus incorporated hereupon Exhibit "A" the Court here the Honorable US Federal District Court for the District of Kansas must as a matter of law take the Judicial Notice and issue an order of the same, as intended by the US Congress according to the Federal Rules of Civil Procedure, as this Honorable Court should do now.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency

======================================================================
Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

- 16 -

due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Motion for Judicial Notice and Order of the Same and requesting this motion, notice and all other filings as in all previously filed motions and requests, responses, ojections, notices and/or any pleadings whatsoever the Defendant does not waive and reserves all rights as to any available defenses it may assert against the petition. Makes this appearance together with all previous filings now before the Court, without voluntarily submitting to the jurisdiction of this Court with this and all prior motions and filings are made via "special appearance", as well stated in the "Notice of Removal" in paper 1, filed on 1 Feburary 2022, removing the malicious, frivolous and incongruous petition to this US Federal Court for the district of Kansas.

Respectfully Submitted, this 1st day of August 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

===============================================================

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 1st day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

=====================================================================

Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com