# EXHIBIT

# "A"

# To Follow . . .

==========================================================================

***Motion for Judicial Notice regarding Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as they relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft and the website www.HeraSoft.com***

Line wrap

```
<!doctype html>
<html lang="en-US" class="no-js">
<head>
<meta charset="UTF-8">
<script type="text/javascript">
var gform;gform||(document.addEventListener("gform_main_scripts_loaded",function(){gform.scriptsLoaded=!0}),window.addEventListener("DOMContentLoaded",function(){gform.domLoaded=!0}),g
</script>
<meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1, user-scalable=0" /><meta name='robots' content='index, nofollow, max-image-preview:large, max-snipp

<title>Company - Herasoft</title>
<meta name="description" content="HeraSoft eliminates single points of failure that make traditional, centralized cloud-based cyber security, finance, gamification logistical." />
<link rel="canonical" href="https://herasoft.com/company/" />
<meta property="og:locale" content="en_US" />
<meta property="og:type" content="article" />
<meta property="og:title" content="Company" />
<meta property="og:description" content="HeraSoft eliminates single points of failure that make traditional, centralized cloud-based cyber security, finance, gamification logistical." 
<meta property="og:url" content="https://herasoft.com/company/" />
<meta property="og:site_name" content="Herasoft" />
<meta property="article:publisher" content="https://www.facebook.com/HeraSoftUSA" />
<meta property="article:modified_time" content="2022-07-15T18:54:31+00:00" />
<meta property="og:image" content="https://herasoft.com/wp-content/uploads/2021/07/Screen-Shot-2021-04-08-at-6.30.30-PM-980x496-1-1.png" />
<meta property="og:image:width" content="980" />
<meta property="og:image:height" content="496" />
<meta property="og:image:type" content="image/png" />
<meta name="twitter:card" content="summary_large_image" />
<meta name="twitter:site" content="@hera_software" />
<meta name="twitter:label1" content="Est. reading time" />
<meta name="twitter:data1" content="8 minutes" />
<script type="application/ld+json" class="yoast-schema-graph">{"@context":"https://schema.org","@graph":[{"@type":["Organization","Place","ComputerStore"],"@id":"https://herasoft.com/#
<meta name="geo.placename" content="Bartlesville" />
<meta name="geo.position" content="36.75063019670542;-95.97165401590276" />
<meta name="geo.region" content="United States (US)" />

<link rel='dns-prefetch' href='//www.googletagmanager.com' />
<link rel='dns-prefetch' href='//fonts.googleapis.com' />
<link href='https://fonts.gstatic.com' crossorigin rel='preconnect' />
<link rel="alternate" type="application/rss+xml" title="Herasoft &raquo; Feed" href="https://herasoft.com/feed/" />
<link rel="alternate" type="application/rss+xml" title="Herasoft &raquo; Comments Feed" href="https://herasoft.com/comments/feed/" />
<style type="text/css">
img.wp-smiley,
img.emoji {
    display: inline !important;
    border: none !important;
    box-shadow: none !important;
    height: 1em !important;
    width: 1em !important;
    margin: 0 0.07em !important;
    vertical-align: -0.1em !important;
    background: none !important;
    padding: 0 !important;
}
</style>
<link rel='stylesheet' id='wp-block-library-css' href='https://herasoft.com/wp-includes/css/dist/block-library/style.min.css?ver=6.0.1' type='text/css' media='all' />
<style id='global-styles-inline-css' type='text/css'>
body{--wp--preset--color--black: #000000;--wp--preset--color--cyan-bluish-gray: #abb8c3;--wp--preset--color--white: #ffffff;--wp--preset--color--pale-pink: #f78da7;--wp--preset--color-
</style>
<link rel='stylesheet' id='salient-social-css' href='https://herasoft.com/wp-content/plugins/salient-social/css/style.css?ver=1.2' type='text/css' media='all' />
<style id='salient-social-inline-css' type='text/css'>

  .sharing-default-minimal .nectar-love.loved,
  body .nectar-social[data-color-override="override"].fixed > a:before,
  body .nectar-social[data-color-override="override"].fixed .nectar-social-inner a,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a:hover {
    background-color: #d83800;
  }
  .nectar-social.hover .nectar-love.loved,
  .nectar-social.hover > .nectar-love-button a:hover,
  .nectar-social[data-color-override="override"].hover > div a:hover,
  #single-below-header .nectar-social[data-color-override="override"].hover > div a:hover,
  .nectar-social[data-color-override="override"].hover .share-btn:hover,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a {
    border-color: #d83800;
```

```
  }
  #single-below-header .nectar-social.hover .nectar-love.loved i,
  #single-below-header .nectar-social.hover[data-color-override="override"] a:hover,
  #single-below-header .nectar-social.hover[data-color-override="override"] a:hover i,
  #single-below-header .nectar-social.hover .nectar-love-button a:hover i,
  .nectar-love:hover i,
  .hover .nectar-love:hover .total_loves,
  .nectar-love.loved i,
  .nectar-social.hover .nectar-love.loved .total_loves,
  .nectar-social.hover .share-btn:hover,
  .nectar-social[data-color-override="override"].hover .nectar-social-inner a:hover,
  .nectar-social[data-color-override="override"].hover > div:hover span,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a:not(:hover) i,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a:not(:hover) {
    color: #d83800;
  }
</style>
<link rel='stylesheet' id='uaf_client_css-css' href='https://herasoft.com/wp-content/uploads/useanyfont/uaf.css?ver=1656073018' type='text/css' media='all' />
<link rel='stylesheet' id='font-awesome-css' href='https://herasoft.com/wp-content/themes/salient/css/font-awesome-legacy.min.css?ver=4.7.1' type='text/css' media='all' />
<link rel='stylesheet' id='salient-grid-system-css' href='https://herasoft.com/wp-content/themes/salient/css/grid-system.css?ver=13.0.5' type='text/css' media='all' />
<link rel='stylesheet' id='main-styles-css' href='https://herasoft.com/wp-content/themes/salient/css/style.css?ver=13.0.5' type='text/css' media='all' />
<style id='main-styles-inline-css' type='text/css'>
html body[data-header-resize="1"] .container-wrap, html body[data-header-format="left-header"][data-header-resize="0"] .container-wrap, html body[data-header-resize="0"] .container-wra
</style>
<link rel='stylesheet' id='nectar_default_font_open_sans-css' href='https://fonts.googleapis.com/css?family=Open+Sans%3A300%2C400%2C600%2C700&#038;subset=latin%2Clatin-ext' type='text/
<link rel='stylesheet' id='responsive-css' href='https://herasoft.com/wp-content/themes/salient/css/responsive.css?ver=13.0.5' type='text/css' media='all' />
<link rel='stylesheet' id='skin-material-css' href='https://herasoft.com/wp-content/themes/salient/css/skin-material.css?ver=13.0.5' type='text/css' media='all' />
<link rel='stylesheet' id='salient-wp-menu-dynamic-css' href='https://herasoft.com/wp-content/uploads/salient/menu-dynamic.css?ver=28139' type='text/css' media='all' />
<link rel='stylesheet' id='js_composer_front-css' href='https://herasoft.com/wp-content/plugins/js_composer_salient/assets/css/js_composer.min.css?ver=6.6.0' type='text/css' media='all
<link rel='stylesheet' id='popup-maker-site-css' href='https://herasoft.com/wp-content/plugins/popup-maker/assets/css/pum-site.min.css?ver=1.16.7' type='text/css' media='all' />
<style id='popup-maker-site-inline-css' type='text/css'>
/* Popup Google Fonts */
@import url('//fonts.googleapis.com/css?family=Montserrat:100');

/* Popup Theme 2605: Content Only - For use with page builders or block editor */
.pum-theme-2605, .pum-theme-content-only { background-color: rgba( 0, 0, 0, 0.70 ) }
.pum-theme-2605 .pum-container, .pum-theme-content-only .pum-container { padding: 0px; border-radius: 0px; border: 1px none #000000; box-shadow: 0px 0px 0px 0px rgba( 2, 2, 2, 0.00 ) }
.pum-theme-2605 .pum-title, .pum-theme-content-only .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: inherit; font-weight: 40
.pum-theme-2605 .pum-content, .pum-theme-content-only .pum-content { color: #8c8c8c; font-family: inherit; font-weight: 400 }
.pum-theme-2605 .pum-content + .pum-close, .pum-theme-content-only .pum-content + .pum-close { position: absolute; height: 18px; width: 18px; left: auto; right: 7px; bottom: auto; top:

/* Popup Theme 2601: Hello Box */
.pum-theme-2601, .pum-theme-hello-box { background-color: rgba( 0, 0, 0, 0.75 ) }
.pum-theme-2601 .pum-container, .pum-theme-hello-box .pum-container { padding: 30px; border-radius: 80px; border: 14px solid #81d742; box-shadow: 0px 0px 0px 0px rgba( 2, 2, 2, 0.00 );
.pum-theme-2601 .pum-title, .pum-theme-hello-box .pum-title { color: #2d2d2d; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: Montserrat; font-weight: 10
.pum-theme-2601 .pum-content, .pum-theme-hello-box .pum-content { color: #2d2d2d; font-family: inherit; font-weight: 100 }
.pum-theme-2601 .pum-content + .pum-close, .pum-theme-hello-box .pum-content + .pum-close { position: absolute; height: auto; width: auto; left: auto; right: -30px; bottom: auto; top: 

/* Popup Theme 2602: Cutting Edge */
.pum-theme-2602, .pum-theme-cutting-edge { background-color: rgba( 0, 0, 0, 0.50 ) }
.pum-theme-2602 .pum-container, .pum-theme-cutting-edge .pum-container { padding: 18px; border-radius: 0px; border: 1px none #000000; box-shadow: 0px 10px 25px 0px rgba( 2, 2, 2, 0.50
.pum-theme-2602 .pum-title, .pum-theme-cutting-edge .pum-title { color: #ffffff; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: Sans-Serif; font-weight:
.pum-theme-2602 .pum-content, .pum-theme-cutting-edge .pum-content { color: #ffffff; font-family: inherit; font-weight: 100 }
.pum-theme-2602 .pum-content + .pum-close, .pum-theme-cutting-edge .pum-content + .pum-close { position: absolute; height: 24px; width: 24px; left: auto; right: 0px; bottom: auto; top:

/* Popup Theme 2603: Framed Border */
.pum-theme-2603, .pum-theme-framed-border { background-color: rgba( 255, 255, 255, 0.50 ) }
.pum-theme-2603 .pum-container, .pum-theme-framed-border .pum-container { padding: 18px; border-radius: 0px; border: 20px outset #dd3333; box-shadow: 1px 1px 3px 0px rgba( 2, 2, 2, 0.9
.pum-theme-2603 .pum-title, .pum-theme-framed-border .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: inherit; font-weight: 1
.pum-theme-2603 .pum-content, .pum-theme-framed-border .pum-content { color: #2d2d2d; font-family: inherit; font-weight: 100 }
.pum-theme-2603 .pum-content + .pum-close, .pum-theme-framed-border .pum-content + .pum-close { position: absolute; height: 20px; width: 20px; left: auto; right: -20px; bottom: auto; t

/* Popup Theme 2604: Floating Bar - Soft Blue */
.pum-theme-2604, .pum-theme-floating-bar { background-color: rgba( 255, 255, 255, 0.00 ) }
.pum-theme-2604 .pum-container, .pum-theme-floating-bar .pum-container { padding: 8px; border-radius: 0px; border: 1px none #000000; box-shadow: 1px 1px 3px 0px rgba( 2, 2, 2, 0.23 ); 
.pum-theme-2604 .pum-title, .pum-theme-floating-bar .pum-title { color: #505050; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: inherit; font-weight: 40
.pum-theme-2604 .pum-content, .pum-theme-floating-bar .pum-content { color: #505050; font-family: inherit; font-weight: 400 }
.pum-theme-2604 .pum-content + .pum-close, .pum-theme-floating-bar .pum-content + .pum-close { position: absolute; height: 18px; width: 18px; left: auto; right: 5px; bottom: auto; top:

/* Popup Theme 2599: Light Box */
.pum-theme-2599, .pum-theme-lightbox { background-color: rgba( 0, 0, 0, 0.60 ) }
.pum-theme-2599 .pum-container, .pum-theme-lightbox .pum-container { padding: 18px; border-radius: 3px; border: 8px solid #000000; box-shadow: 0px 0px 30px 0px rgba( 2, 2, 2, 1.00 ); b
.pum-theme-2599 .pum-title, .pum-theme-lightbox .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: inherit; font-weight: 100; f
.pum-theme-2599 .pum-content, .pum-theme-lightbox .pum-content { color: #000000; font-family: inherit; font-weight: 100 }
```

```
.pum-theme-2599 .pum-content + .pum-close, .pum-theme-lightbox .pum-content + .pum-close { position: absolute; height: 26px; width: 26px; left: auto; right: -13px; bottom: auto; top: -

/* Popup Theme 2600: Enterprise Blue */
.pum-theme-2600, .pum-theme-enterprise-blue { background-color: rgba( 0, 0, 0, 0.70 ) }
.pum-theme-2600 .pum-container, .pum-theme-enterprise-blue .pum-container { padding: 28px; border-radius: 5px; border: 1px none #000000; box-shadow: 0px 10px 25px 4px rgba( 2, 2, 2, 0.
.pum-theme-2600 .pum-title, .pum-theme-enterprise-blue .pum-title { color: #315b7c; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: inherit; font-weight:
.pum-theme-2600 .pum-content, .pum-theme-enterprise-blue .pum-content { color: #2d2d2d; font-family: inherit; font-weight: 100 }
.pum-theme-2600 .pum-content + .pum-close, .pum-theme-enterprise-blue .pum-content + .pum-close { position: absolute; height: 28px; width: 28px; left: auto; right: 8px; bottom: auto; t

/* Popup Theme 2598: Default Theme */
.pum-theme-2598, .pum-theme-default-theme { background-color: rgba( 255, 255, 255, 1.00 ) }
.pum-theme-2598 .pum-container, .pum-theme-default-theme .pum-container { padding: 18px; border-radius: 0px; border: 1px none #000000; box-shadow: 1px 1px 3px 0px rgba( 2, 2, 2, 0.23 )
.pum-theme-2598 .pum-title, .pum-theme-default-theme .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.23 ); font-family: inherit; font-weight: 4
.pum-theme-2598 .pum-content, .pum-theme-default-theme .pum-content { color: #8c8c8c; font-family: inherit; font-weight: 400; font-style: inherit }
.pum-theme-2598 .pum-content + .pum-close, .pum-theme-default-theme .pum-content + .pum-close { position: absolute; height: auto; width: auto; left: auto; right: 0px; bottom: auto; top

#pum-5803 {z-index: 1999999999}
#pum-5810 {z-index: 1999999999}
#pum-5533 {z-index: 1999999999}
#pum-5518 {z-index: 1999999999}
#pum-5435 {z-index: 1999999999}
#pum-2687 {z-index: 1999999999}
#pum-2690 {z-index: 1999999999}
#pum-2697 {z-index: 1999999999}
#pum-2702 {z-index: 1999999999}
#pum-2705 {z-index: 1999999999}
#pum-2708 {z-index: 1999999999}
#pum-2711 {z-index: 1999999999}
#pum-2714 {z-index: 1999999999}
#pum-2717 {z-index: 1999999999}
#pum-2720 {z-index: 1999999999}
#pum-2723 {z-index: 1999999999}
#pum-2726 {z-index: 1999999999}
#pum-2607 {z-index: 1999999999}
#pum-2606 {z-index: 1999999999}

</style>
<link rel='stylesheet' id='gform_basic-css' href='https://herasoft.com/wp-content/plugins/gravityforms/css/basic.min.css?ver=2.5.16' type='text/css' media='all' />
<link rel='stylesheet' id='gform_theme_ie11-css' href='https://herasoft.com/wp-content/plugins/gravityforms/css/theme-ie11.min.css?ver=2.5.16' type='text/css' media='all' />
<link rel='stylesheet' id='gform_theme-css' href='https://herasoft.com/wp-content/plugins/gravityforms/css/theme.min.css?ver=2.5.16' type='text/css' media='all' />
<link rel='stylesheet' id='dynamic-css-css' href='https://herasoft.com/wp-content/themes/salient/css/salient-dynamic-styles.css?ver=50255' type='text/css' media='all' />
<style id='dynamic-css-inline-css' type='text/css'>
#header-space{background-color:#ffffff}@media only screen and (min-width:1000px){body #ajax-content-wrap.no-scroll{min-height:calc(100vh - 135px);height:calc(100vh - 135px)!important;}
</style>
<link rel='stylesheet' id='salient-child-style-css' href='https://herasoft.com/wp-content/themes/salient-child/style.css?ver=13.0.5' type='text/css' media='all' />
<link rel='stylesheet' id='moove_gdpr_frontend-css' href='https://herasoft.com/wp-content/plugins/gdpr-cookie-compliance/dist/styles/gdpr-main.css?ver=4.8.7' type='text/css' media='all
<style id='moove_gdpr_frontend-inline-css' type='text/css'>
#moove_gdpr_cookie_modal,#moove_gdpr_cookie_info_bar,.gdpr_cookie_settings_shortcode_content{font-family:Nunito,sans-serif}#moove_gdpr_save_popup_settings_button{background-color:#3737
</style>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/jquery/jquery.min.js?ver=3.6.0' id='jquery-core-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/jquery/jquery-migrate.min.js?ver=3.3.2' id='jquery-migrate-js'></script>

<script type='text/javascript' src='https://www.googletagmanager.com/gtag/js?id=UA-199818641-1' id='google_gtagjs-js' async></script>
<script type='text/javascript' id='google_gtagjs-js-after'>
window.dataLayer = window.dataLayer || [];function gtag(){dataLayer.push(arguments);}
gtag('set', 'linker', {"domains":["herasoft.com"]} );
gtag("js", new Date());
gtag("set", "developer_id.dZTNiMT", true);
gtag("config", "UA-199818641-1", {"anonymize_ip":true});
gtag("config", "G-PXD6MMC95S");
</script>

<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/jquery.json.min.js?ver=2.5.16' id='gform_json-js'></script>
<script type='text/javascript' id='gform_gravityforms-js-extra'>
/* <![CDATA[ */
var gform_i18n = {"datepicker":{"days":{"monday":"Mon","tuesday":"Tue","wednesday":"Wed","thursday":"Thu","friday":"Fri","saturday":"Sat","sunday":"Sun"},"months":{"january":"January",
var gf_global = {"gf_currency_config":{"name":"U.S. Dollar","symbol_left":"$","symbol_right":"","symbol_padding":"","thousand_separator":",","decimal_separator":".","decimals":2,"code"
var gf_legacy_multi = {"7":""};
var gf_global = {"gf_currency_config":{"name":"U.S. Dollar","symbol_left":"$","symbol_right":"","symbol_padding":"","thousand_separator":",","decimal_separator":".","decimals":2,"code"
var gf_legacy_multi = {"7":""};
var gf_global = {"gf_currency_config":{"name":"U.S. Dollar","symbol_left":"$","symbol_right":"","symbol_padding":"","thousand_separator":",","decimal_separator":".","decimals":2,"code"
var gf_legacy_multi = {"7":""};
/* ]]> */
</script>
```

```
<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/gravityforms.min.js?ver=2.5.16' id='gform_gravityforms-js'></script>
<link rel="https://api.w.org/" href="https://herasoft.com/wp-json/" /><link rel="alternate" type="application/json" href="https://herasoft.com/wp-json/wp/v2/pages/1770" /><link rel="Ed
<link rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://herasoft.com/wp-includes/wlwmanifest.xml" />
<meta name="generator" content="WordPress 6.0.1" />
<link rel='shortlink' href='https://herasoft.com/?p=1770' />
<link rel="alternate" type="application/json+oembed" href="https://herasoft.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fherasoft.com%2Fcompany%2F" />
<link rel="alternate" type="text/xml+oembed" href="https://herasoft.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fherasoft.com%2Fcompany%2F&#038;format=xml" />
<meta name="generator" content="Site Kit by Google 1.77.0" /><meta name="keywords" content="cloud computing solutions companies, gamification solutions, finance solutions, logistics so
: <script type="text/javascript" src="https://secure.pump8walk.com/js/221007.js"></script>
<noscript><img alt="" src="https://secure.pump8walk.com/221007.png" style="display:none;" /></noscript><script type="text/javascript"> var root = document.getElementsByTagName( "html"
<script async src="https://www.googletagmanager.com/gtag/js?id=G-NQ6Z16XL0X"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());

  gtag('config', 'G-NQ6Z16XL0X');
</script>

<meta name="google-adsense-platform-account" content="ca-host-pub-2644536267352236">
<meta name="google-adsense-platform-domain" content="sitekit.withgoogle.com">

<style type="text/css">.recentcomments a{display:inline !important;padding:0 !important;margin:0 !important;}</style><meta name="generator" content="Powered by WPBakery Page Builder - 
<style type="text/css">.broken_link, a.broken_link {
    text-decoration: line-through;
}</style><meta name="generator" content="Powered by Slider Revolution 6.5.25 - responsive, Mobile-Friendly Slider Plugin for WordPress with comfortable drag and drop interface." />
<link rel="icon" href="https://herasoft.com/wp-content/uploads/2021/07/Icon-2-100x100.jpg" sizes="32x32" />
<link rel="icon" href="https://herasoft.com/wp-content/uploads/2021/07/Icon-2.jpg" sizes="192x192" />
<link rel="apple-touch-icon" href="https://herasoft.com/wp-content/uploads/2021/07/Icon-2.jpg" />
<meta name="msapplication-TileImage" content="https://herasoft.com/wp-content/uploads/2021/07/Icon-2.jpg" />
<script>function setREVStartSize(e){
            //window.requestAnimationFrame(function() {
                window.RSIW = window.RSIW===undefined ? window.innerWidth : window.RSIW;
                window.RSIH = window.RSIH===undefined ? window.innerHeight : window.RSIH;
                try {
                    var pw = document.getElementById(e.c).parentNode.offsetWidth,
                        newh;
                    pw = pw===0 || isNaN(pw) || (e.l=="fullwidth" || e.layout=="fullwidth") ? window.RSIW : pw;
                    e.tabw = e.tabw===undefined ? 0 : parseInt(e.tabw);
                    e.thumbw = e.thumbw===undefined ? 0 : parseInt(e.thumbw);
                    e.tabh = e.tabh===undefined ? 0 : parseInt(e.tabh);
                    e.thumbh = e.thumbh===undefined ? 0 : parseInt(e.thumbh);
                    e.tabhide = e.tabhide===undefined ? 0 : parseInt(e.tabhide);
                    e.thumbhide = e.thumbhide===undefined ? 0 : parseInt(e.thumbhide);
                    e.mh = e.mh===undefined || e.mh=="" || e.mh==="auto" ? 0 : parseInt(e.mh,0);
                    if(e.layout==="fullscreen" || e.l==="fullscreen")
                        newh = Math.max(e.mh,window.RSIH);
                    else{
                        e.gw = Array.isArray(e.gw) ? e.gw : [e.gw];
                        for (var i in e.rl) if (e.gw[i]===undefined || e.gw[i]===0) e.gw[i] = e.gw[i-1];
                        e.gh = e.el===undefined || e.el==="" || (Array.isArray(e.el) && e.el.length==0)? e.gh : e.el;
                        e.gh = Array.isArray(e.gh) ? e.gh : [e.gh];
                        for (var i in e.rl) if (e.gh[i]===undefined || e.gh[i]===0) e.gh[i] = e.gh[i-1];

                        var nl = new Array(e.rl.length),
                            ix = 0,
                            sl;
                        e.tabw = e.tabhide>=pw ? 0 : e.tabw;
                        e.thumbw = e.thumbhide>=pw ? 0 : e.thumbw;
                        e.tabh = e.tabhide>=pw ? 0 : e.tabh;
                        e.thumbh = e.thumbhide>=pw ? 0 : e.thumbh;
                        for (var i in e.rl) nl[i] = e.rl[i]<window.RSIW ? 0 : e.rl[i];
                        sl = nl[0];
                        for (var i in nl) if (sl>nl[i] && nl[i]>0) { sl = nl[i]; ix=i;}
                        var m = pw>(e.gw[ix]+e.tabw+e.thumbw) ? 1 : (pw-(e.tabw+e.thumbw)) / (e.gw[ix]);
                        newh =  (e.gh[ix] * m) + (e.tabh + e.thumbh);
                    }
                    var el = document.getElementById(e.c);
                    if (el!==null && el) el.style.height = newh+"px";
                    el = document.getElementById(e.c+"_wrapper");
                    if (el!==null && el) {
                        el.style.height = newh+"px";
                        el.style.display = "block";
                    }
```

```
                } catch(e){
                    console.log("Failure at Presize of Slider:" + e)
                }
            //});
        };</script>
<style type="text/css" id="wp-custom-css">
            .gf_google_sms_otp {display: flex; margin-bottom: 20px;}
body.material .page-header-no-bg { padding-top: 60px;}
.firebaseui-card-header {display: none;}
button.firebaseui-id-submit.firebaseui-button.mdl-button.mdl-js-button.mdl-button--raised.mdl-button--colored {
padding: 0px 25px!important;}
.full-width-section img {display: inline-block;}
label.gfield_label {font-size: 16px!important;color: #000;}
body:not(.nectar-no-flex-height) {min-height: calc(100vh - 32px);top: -27px; position: relative;margin-bottom: -27px;}
#header-space {height: 90px!important;}
div#popmake-5533 {background: #000;}
body.material #header-outer #top nav > ul #social-in-menu a { display: inherit!important;}
body.material #header-outer #top nav > ul #social-in-menu a:after {
content: unset!important;}
.ginput_container.ginput_recaptcha.gform-initialized {justify-content: center; width: 100%; display: inline-flex;}
input.gform_button.button { margin: 0 auto!important; display: block!important;}
.blog_next_prev_buttons {margin-top: 0px;}
.post .content-inner {padding-bottom: 10px;}
h1.section-heading.xl {font-size: 5.5rem;line-height: 3.5rem;}
.main-content > .row > #breadcrumbs.yoast {padding: 20px 0;display: none;}
.comments-section {display: none;}
h1.entry-title {color: #e74c2e;}
div#single-below-header span {
color: #000!important;}
.blog-title #single-meta .nectar-social.hover .share-btn, .blog-title #single-meta .nectar-social.hover>div a, .single .blog-title #single-meta>div>a, .single .blog-title #single-meta
.single #page-header-bg .blog-title #single-meta .nectar-social.hover > div a, .single #page-header-bg .blog-title #single-meta > div a, .single #page-header-bg .blog-title #single-met
.single #page-header-bg #single-meta div span, .single #page-header-bg #single-meta > div a, .single #page-header-bg #single-meta > div i {color: #eb4c2f!important;}
.article-content-wrap {padding: 5%!important;}
.blog-recent[data-style*="classic_enhanced"][data-color-scheme="light"] h3.title {
font-size: 16px;color: #eb4c2f!important;}
.excerpt{font-size: 16px;color: #000;}
.orange {color: #d83800!important;}
.section-heading.xl {font-size: 5.5rem;line-height: 4.5rem;}
h2.section-heading.xl.cs {font-size: 64px;}
a.nectar-button.n-sc-button.medium.\#fff span {color: #fff;}
ul.ftl li{font-size: 16px;}
.nectar-fancy-box .inner {padding-bottom: 0%;}
p.popup.pum-trigger {background: #eb4c2f;color: #fff;text-align: center;width: 50%;line-height: 45px;font-size: 18px;margin: 0 auto;}
.pop-s a {margin: 0 7px;}
.pop-s{display: flex;}
.pum-content.popmake-content ul li {color: #000;}
.pum-container.pum-responsive.pum-responsive-medium {border: 1px solid #eb4c2f;}
.page-header-bg-image {background: #f2f2f2!important;}
#page-header-bg h1 {color: #eb4c2f!important;}
.soc a, .add p, ul.fts li a {font-size: 16px;}
input#input_7_1_3, input#input_7_1_6, input#input_7_2, input#input_7_3, textarea#input_7_4 {border-bottom: 2px solid #d83800;font-weight: bold;}
a.p-btn, input#gform_submit_button_7 {font-size: 20px;color: #fff; background: #d83800;padding: 1.5% 10% 2% 10%!important;border-radius: 4px!important; font-weight: bold;}
@media only screen and (max-width: 768px) {
.firebaseui-recaptcha-container iframe {
    width: 70%;
    overflow: hidden;
    border-right: 1px solid #d7d7d7;
}
body:not(.nectar-no-flex-height) {min-height: calc(100vh - 32px);top: -46px;position: relative;margin-bottom: -46px;}
.top-row {display: block;}
.top-col {width: 100%;}
.top-col li a {font-size: 12px!important;line-height: 22px!important;text-transform: capitalize;}
#slide-out-widget-area .secondary-header-text, body #slide-out-widget-area .inner-wrap .inner .nectar-header-text-content {padding: 30px 15px!important;}
ul.top-ul li {margin: 0px!important;}
ul.soc-l {float: left!important;}
ul.soc-l li a i::after {display: none;}
h1.section-heading.xl {font-size: 3.5rem;line-height: 3.5rem;}
.section-heading.xl {font-size: 30px;line-height: 2rem;}
h2.section-heading.xl.cs {font-size: 56px;line-height: 0.9;}
header#top {border-bottom: 0;}}     </style>
<style type="text/css" data-type="vc_custom-css">.col{background-image: url(https://herasoft.com/wp-content/uploads/2021/07/intro-bg-2-3.jpg);
background-size: cover;
background-position-x: right;
background-position-y: bottom left;
```

```
background-repeat: no-repeat;}
.cbg{background-color: rgba(33,33,33,0.85);}

.co2 {
background-color: #e8e5dc;
background-size: initial;background-repeat: no-repeat;
background-position: top right;
background-image: url(https://herasoft.com/wp-content/uploads/2021/07/b-3.png);}

.co3 {
background-color: #e8e5dc;
background-size: initial;background-repeat: no-repeat;
background-position: top right;
background-image: url(https://herasoft.com/wp-content/uploads/2021/07/intro-bg-2-3.jpg);}

.co4{background-image: url(https://herasoft.com/wp-content/uploads/2021/07/world-1.jpg);
background-color: #df492c;
background-size: cover;
background-position-x: center;
background-position-y: center;
height: 650px;
width: 90%;
left: 38px;}

p.cp::after {content: "▪";color: rgb(235, 76, 47);display: contents;position: absolute;right: -0.7em;top: 0.7em;font-size: 0.6em;font-family: monospace;}
.sh{text-shadow: 0px 3px 7px #000; font-size: 30px;width: 90%;}
img.img-with-animation.skip-lazy.rad.animated-in {border-radius: 100%;}
.pum-content.popmake-content p {color: #000;padding-bottom: 0px;}</style><style type="text/css" data-type="vc_shortcodes-custom-css">.vc_custom_1638539395274{margin-bottom: 0px !import
<script type="text/javascript">
     (function(window, document) {

         if(navigator.userAgent.match(/(Android|iPod|iPhone|iPad|BlackBerry|IEMobile|Opera Mini)/)) {
             document.body.className += " using-mobile-browser ";
         }

         if( !("ontouchstart" in window) ) {

             var body = document.querySelector("body");
             var winW = window.innerWidth;
             var bodyW = body.clientWidth;

             if (winW > bodyW + 4) {
                 body.setAttribute("style", "--scroll-bar-w: " + (winW - bodyW - 4) + "px");
             } else {
                 body.setAttribute("style", "--scroll-bar-w: 0px");
             }
         }

     })(window, document);
   </script><a href="#ajax-content-wrap" class="nectar-skip-to-content">Skip to main content</a><div class="ocm-effect-wrap"><div class="ocm-effect-wrap-inner">
<div id="header-space" data-header-mobile-fixed='1'></div>
<div id="header-outer" data-has-menu="true" data-has-buttons="no" data-header-button_style="default" data-using-pr-menu="false" data-mobile-fixed="1" data-ptnm="false" data-lhe="animat
<div id="search-outer" class="nectar">
<div id="search">
<div class="container">
<div id="search-box">
<div class="inner-wrap">
<div class="col span_12">
<form role="search" action="https://herasoft.com/" method="GET">
<input type="text" name="s" value="" aria-label="Search" placeholder="Search" />
<span>Hit enter to search or ESC to close</span>
</form>
</div>
</div>
</div>
<div id="close"><a href="#"><span class="screen-reader-text">Close Search</span>
<span class="close-wrap"> <span class="close-line close-line1"></span> <span class="close-line close-line2"></span> </span> </a></div>
</div>
</div>
</div>
<header id="top">
<div class="container">
<div class="row">
<div class="col span_3">
```

```
<a id="logo" href="https://herasoft.com" data-supplied-ml-starting-dark="false" data-supplied-ml-starting="false" data-supplied-ml="false">
<img class="stnd skip-lazy dark-version" width="1344" height="291" alt="Herasoft" src="https://herasoft.com/wp-content/uploads/2021/07/herasoft.lockup.white_-1.png" /> </a>
</div>
<div class="col span_9 col_last">
<div class="slide-out-widget-area-toggle mobile-icon slide-out-from-right" data-custom-color="false" data-icon-animation="simple-transform">
<div> <a href="#sidewidgetarea" aria-label="Navigation Menu" aria-expanded="false" class="closed">
<span class="screen-reader-text">Menu</span><span aria-hidden="true"> <i class="lines-button x2"> <i class="lines"></i> </i> </span>
</a></div>
</div>
<nav>
<ul class="sf-menu">
<li id="menu-item-4250" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-home nectar-regular-menu-item menu-item-4250"><a href="https://herasoft.com/"><span cl
<li id="menu-item-1873" class="menu-item menu-item-type-post_type menu-item-object-page current-menu-item page_item page-item-1770 current_page_item menu-item-has-children nectar-regul
<ul class="sub-menu">
<li id="menu-item-5847" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-5847"><a href="https://herasoft.com/about-us/"><span class="m
<li id="menu-item-5844" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-5844"><a href="https://herasoft.com/team/"><span class="menu-
<li id="menu-item-5507" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-5507"><a href="https://herasoft.com/custom-software-developme
</ul>
</li>
<li id="menu-item-1943" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children nectar-regular-menu-item menu-item-1943"><a href="https://herasoft.com/di
<ul class="sub-menu">
<li id="menu-item-2157" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2157"><a href="https://herasoft.com/enterprise-security-solut
<li id="menu-item-2217" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2217"><a href="https://herasoft.com/finance-solutions/"><span
<li id="menu-item-2230" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2230"><a href="https://herasoft.com/logistics-solutions/"><sp
<li id="menu-item-2238" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2238"><a href="https://herasoft.com/gamification-solutions/">
</ul>
</li>
<li id="menu-item-4438" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children nectar-regular-menu-item menu-item-4438"><a href="https://herasoft.com/pr
<ul class="sub-menu">
<li id="menu-item-4302" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4302"><a href="https://herasoft.com/herastamp/"><span class="
<li id="menu-item-4287" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4287"><a href="https://herasoft.com/herapass-user-management/
<li id="menu-item-4309" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4309"><a href="https://herasoft.com/heraflow/"><span class="m
<li id="menu-item-4306" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4306"><a href="https://herasoft.com/heravault-blockchain/"><s
</ul>
</li>
<li id="menu-item-2012" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2012"><a href="https://herasoft.com/learn/"><span class="menu
<li id="menu-item-2379" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children nectar-regular-menu-item menu-item-2379"><a href="https://herasoft.com/co
<ul class="sub-menu">
<li id="menu-item-3099" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-3099"><a href="https://herasoft.com/sales/"><span class="menu
<li id="menu-item-3100" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-3100"><a href="https://herasoft.com/press-and-media-enquires/
<li id="menu-item-3101" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-3101"><a href="https://herasoft.com/human-resources/"><span c
</ul>
</li>
</ul>
<ul class="buttons sf-menu" data-user-set-ocm="off">
</ul>
</nav>
</div>
</div>
</div>
</header>
</div>
<div id="ajax-content-wrap">
<div class="container-wrap">
<div class="container main-content">
<div class="row">
<p id="breadcrumbs" class="yoast"><span><span><a href="https://herasoft.com/">Home</a> » <span class="breadcrumb_last" aria-current="page">Company</span></span></span></p>
<div id="fws_62e458fba23b7" data-column-margin="default" data-midnight="light" data-top-percent="13%" data-bottom-percent="13%" class="wpb_row vc_row-fluid vc_row top-level full-width-
<div class="vc_col-sm-2 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-8 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="section-heading xl cs">Our Company<span class="orange" style="font-size: 28px;">•</span></h2>
</div>
</div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInRight fadeInRight">
<div class="wpb_wrapper">
```

<h3 class="orange">Our mission is advancing yours</h3>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-2 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_62e458fba2e33" data-column-margin="default" data-midnight="dark" data-top-percent="7%" data-bottom-percent="5%" class="wpb_row vc_row-fluid vc_row full-width-content  vc_r
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding-pos="left-right" data-has-bg-color="false" da
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<p style="font-weight: bold;">At <a href="https://www.linkedin.com/company/hera-software-development/">HeraSoft<sup>TM</sup></a>, we apply distributed cloud, ransomware-proof software
<p style="font-weight: bold;">HeraSoft eliminates single points of failure that make traditional, centralized cloud-based systems vulnerable to cyber attacks. Our software works as bot
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 25px;" class="divider"></div></div><div id="fws_62e458fba3ecb" data-midnight="" data-column-margin="default" clas
<div class="vc_col-sm-3 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-in-from-left">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="112" width="112" data-animation="fade-in-from-left" src="https://herasoft.com/wp-content/uploads/2021/07/Untitled-20.p
</div>
</div>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-9 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet padding-3-percent_phone " data-padding-pos="all" data-has-bg-co
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInRight fadeInRight">
<div class="wpb_wrapper">
<h3 style="color: #fff; line-height: 44px;">We empower a growing range of industries, including <span class="orange">banking</span>, <span class="orange">healthcare</span>, <span class
</div>
</div>
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_62e458fba4b4e" data-column-margin="default" data-midnight="dark" data-top-percent="7%" data-bottom-percent="5%" class="wpb_row vc_row-fluid vc_row full-width-content  vc_r
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>

```
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding-pos="left-right" data-has-bg-color="false" da
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="left-stripes1 section-heading xl cs">Timeline<span class="orange" style="font-size: 20px; bottom: -2px; position: relative;">•</span></h2>
</div>
</div>
<div class="img-with-aniamtion-wrap " data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-in">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="720" width="1280" data-animation="fade-in" src="https://herasoft.com/wp-content/uploads/2022/07/Timeline.png" alt="" s
</div>
</div>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_62e458fba55bf" data-column-margin="default" data-midnight="dark" data-top-percent="3%" data-bottom-percent="3%" class="wpb_row vc_row-fluid vc_row full-width-content  vc_r
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding-pos="left-right" data-has-bg-color="false" da
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="left-stripes1 section-heading xl cs">Team<span class="orange" style="font-size: 20px; bottom: -2px; position: relative;">•</span></h2>
</div>
</div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h3 class="orange">Meet our leadership team</h3>
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 50px;" class="divider"></div></div><div id="fws_62e458fba5b94" data-midnight="" data-column-margin="20px" class="
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/anthem-1.png" alt="Our mis
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">ANTHEM BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder and CEO</strong></p>
<p id="#anthem" class="anthem popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
```

```
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/cynthia.png" alt="Our miss
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">CYNTHIA BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder/President of HeraSoft</strong></p>
<p id="#cynthia" class="cynthia popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-in">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-content/uploads/2022/07/tonny-img.png" alt="" s
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">TONY ZIRNOON</h3>
<p style="text-align: center;"><strong>Strategic Advisor</strong></p>
<p id="#tony" class="tony popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_62e458fba71c3" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-equal-height vc_row-flex " style="padding-top:
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy rad" data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2022/04/Bret-Hartman-ConvertIma
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">Bret Hartman</h3>
<p style="text-align: center;"><strong>Security Expert</strong></p>
<p id="#bret" class="bret popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/gil-1.png" alt="Our missio
</div>
</div>
</div>
```

```
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div><div class="divider-wrap" data-alignment="default"><div style="height: 1
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">GIL GILLIAM</h3>
<p style="text-align: center;"><strong>Chief Customer Officer</strong></p>
<p id="#gil" class="gil popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-in">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-content/uploads/2021/07/austin.png" alt="Our mi
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">AUSTIN DAVIS</h3>
<p style="text-align: center;"><strong>Chief Revenue Officer</strong></p>
<p id="#austin" class="austin popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_62e458fba86db" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-equal-height vc_row-flex " style="padding-top:
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/logan-2.png" alt="Our miss
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">LOGAN GOLEMA</h3>
<p style="text-align: center;"><strong>Chief Technology officer</strong></p>
<p id="#logan" class="logan popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/josh.png" alt="Our mission
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">JOSH GUNTER</h3>
<p style="text-align: center;"><strong>Chief Administrative Officer</strong></p>
<p id="#josh" class="josh popup">View More</p>
</div>
```

```
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/Dale-Head-Shot.png" alt="O
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">DALE D. TAKIO</h3>
<p style="text-align: center;"><strong>Special Cyber Projects and Business Development Advisor</strong></p>
<p id="#dale" class="dale popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_62e458fba9b58" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-equal-height vc_row-flex " style="padding-top:
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="223" width="223" data-animation="none" src="https://herasoft.com/wp-content/uploads/2022/07/WhatsApp-Image-2022-07-13-
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">DONOVAN FARROW</h3>
<p style="text-align: center;"><strong>CISO &#8211; Chief Information Security Officer</strong></p>
<p id="#donovan" class="donovan popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column boxed no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color=
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column boxed no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color=
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_62e458fbaa7e2" data-column-margin="default" data-midnight="dark" data-top-percent="3%" data-bottom-percent="3%" class="wpb_row vc_row-fluid vc_row full-width-content  vc_r
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
```

```
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding-pos="left-right" data-has-bg-color="false" da
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="left-stripes1 section-heading xl cs">Board of Directors<span class="orange" style="font-size: 20px; bottom: -2px; position: relative;">•</span></h2>
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 50px;" class="divider"></div></div><div id="fws_62e458fbaac57" data-midnight="" data-column-margin="20px" class="
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/anthem-1.png" alt="Our mis
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">ANTHEM BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder and CEO</strong></p>
<p id="#anthem" class="anthem popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-content/uploads/2021/07/cynthia.png" alt="Our miss
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">CYNTHIA BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder/President of HeraSoft</strong></p>
<p id="#cynthia" class="cynthia popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-in">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-content/uploads/2021/07/mark.png" alt="Our miss
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">MARK HEATWOLE</h3>
<p style="text-align: center;"><strong>Co-Founder and the President/Chief Operating Officer of TheraMind Services</strong></p>
```

```
<p id="#mark" class="mark popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_62e458fbabc4e" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-equal-height vc_row-flex " style="padding-top:
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_phone " data-using-bg="true" data-shadow="sma
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1; background-color: #c6beab;"></div></div>
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-in">
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-content/uploads/2021/07/mark-1.png" alt="Our mi
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">COOPER COLLINS</h3>
<p style="text-align: center;"><strong>CEO of Dominion Aesthetic Technologies </strong></p>
<p id="#cooper" class="cooper popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column boxed no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color=
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_62e458fbac66b" data-column-margin="default" data-midnight="light" class="wpb_row vc_row-fluid vc_row full-width-content  vc_row-o-equal-height vc_row-flex  vc_row-o-conten
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false" data-bg-col
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-11 co4 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-overlay-color="true" data-padding-pos="all" data-h
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay"></div><div class="column-overlay-layer" style="background-color
<div class="wpb_wrapper">
<div id="fws_62e458fbac9fc" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " style=""><div class="row-bg-wrap"> <div class="row-bg"></div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-9 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet padding-2-percent_phone " data-padding-pos="all" data-has-bg-co
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element ">
<div class="wpb_wrapper">
<h2 class="sh">We help enterprise and government organizations be more secure and gamification function faster at less cost.</h2>
</div>
</div>
</div>
</div>
</div>
```

```
<div class="vc_col-sm-2 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
</div></div>
<div id="contact" data-column-margin="default" data-midnight="dark" data-top-percent="3%" data-bottom-percent="3%" class="wpb_row vc_row-fluid vc_row full-width-section parallax_sectio
<div class="vc_col-sm-12 wpb_column column_container vc_column_container col centered-text padding-6-percent inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="fa
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div id="fws_62e458fbad3d4" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " style=""><div class="row-bg-wrap"> <div class="row-bg"></div>
<div class="vc_col-sm-12 wpb_column column_container vc_column_container col child_column has-animation no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  vc_custom_1638539395274" style=" max-width: 700px; display: inline-block;">
<div class="wpb_wrapper">
<h1 class="hs1">Contact Us<span class="orange">.</span></h1>
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div><div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-wid
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="40" width="29" data-animation="fade-in" src="https://herasoft.com/wp-content/uploads/2021/12/btn_orange-10-e1638533466
</div>
</div>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_62e458fbad9f2" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " style=""><div class="row-bg-wrap"> <div class="row
<div class="vc_col-sm-12 wpb_column column_container vc_column_container col child_column has-animation no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  vc_custom_1638533728453">
<div class="wpb_wrapper">
<p>Thank you for your interest in <strong><a href="https://herasoft.com/">HeraSoft</a></strong>. To speak with a sales representative, please email us or use the contact form below.</p
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_62e458fbadce2" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " style=""><div class="row-bg-wrap"> <div class="row
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col child_column has-animation no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-b
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="fals
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class='gf_browser_unknown gform_wrapper gravity-theme' id='gform_wrapper_7'><form method='post' enctype='multipart/form-data' id='gform_7' action='/company/'>
<input type='hidden' class='gforms-pum' value='{"closepopup":false,"closedelay":0,"openpopup":false,"openpopup_id":0}' />
<div class='gform_body gform-body'><div id='gform_fields_7' class='gform_fields top_label form_sublabel_below description_below'><fieldset id="field_7_1" class="gfield field_sublabel_h
<span id='input_7_1_3_container' class='name_first'>
<input type='text' name='input_1.3' id='input_7_1_3' value='' aria-required='false' placeholder='First Name' />
<label for='input_7_1_3' class='hidden_sub_label screen-reader-text'>First</label>
</span>
<span id='input_7_1_6_container' class='name_last'>
<input type='text' name='input_1.6' id='input_7_1_6' value='' aria-required='false' placeholder='Last Name' />
<label for='input_7_1_6' class='hidden_sub_label screen-reader-text'>Last</label>
</span>
</div></fieldset><div id="field_7_2" class="gfield gf_left_half gfield--width-half gfield_contains_required field_sublabel_below field_description_below hidden_label gfield_visibility_
<input name='input_2' id='input_7_2' type='text' value='' class='large' placeholder='Email' aria-required="true" aria-invalid="false" />
</div></div><div id="field_7_3" class="gfield gf_right_half gfield--width-half field_sublabel_below field_description_below hidden_label gfield_visibility_visible"><label class='gfield
<div class='gform_footer top_label'> <input type='submit' id='gform_submit_button_7' class='gform_button button' value='SUBMIT' onclick='if(window["gf_submitting_7"]){return false;}  w
<input type='hidden' class='gform_hidden' name='is_submit_7' value='1' />
```

```
<input type='hidden' class='gform_hidden' name='gform_submit' value='7' />
<input type='hidden' class='gform_hidden' name='gform_unique_id' value='' />
<input type='hidden' class='gform_hidden' name='state_7' value='WyJbXSIsIjRmNmM2ZjQxYzk4MGY1MzhhMmYyY2QyYzM0MDkxYzM3Il0=' />
<input type='hidden' class='gform_hidden' name='gform_target_page_number_7' id='gform_target_page_number_7' value='0' />
<input type='hidden' class='gform_hidden' name='gform_source_page_number_7' id='gform_source_page_number_7' value='1' />
<input type='hidden' name='gform_field_values' value='' />
</div>
</form>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " data-padding-pos="all" data-has-bg-color="false
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>

<div id="footer-outer" data-midnight="light" data-cols="3" data-custom-color="true" data-disable-copyright="false" data-matching-section-color="false" data-copyright-line="false" data-
<div id="footer-widgets" data-has-widgets="true" data-cols="3">
<div class="container">
<div class="row">
<div class="col span_4">
<div id="custom_html-3" class="widget_text widget widget_custom_html"><div class="textwidget custom-html-widget"><div style="width: 85%;">
<h3 style="letter-spacing: 1px;font-size: 20px; ">ABOUT<span class="orange" style="font-size: 16px;bottom: -2px;
position: relative;">•</span>
</h3>
<p style="font-size: 16px;">
At HeraSoftTM, we apply distributed cloud, ransomware-proof software (RPSTM) to solve the world’s toughest enterprise and cyber security, finance, gamification and logistical challenge
<img src="https://herasoft.com/wp-content/uploads/2021/07/herasoft.lockup.white_-1.png" alt="logo">
</div></div></div> </div>
<div class="col span_4">
<div id="custom_html-4" class="widget_text widget widget_custom_html"><div class="textwidget custom-html-widget"><h3 style="letter-spacing: 1px;font-size: 20px; ">EXPLORE<span class="o
position: relative;">•</span>
</h3>
<br>
<ul class="ftl">
<li><a href="https://herasoft.com/">HOME</a></li>
<li><a href="https://herasoft.com/company/">COMPANY</a></li>
<li><a href="https://herasoft.com/solutions/">SOLUTIONS</a></li>
<li><a href="https://herasoft.com/products/">PRODUCTS</a></li>
<li><a href="https://herasoft.com/learn/">LEARN</a></li>
<li><a href="https://herasoft.com/privacy-policy/">PRIVACY POLICY</a></li>
<li><a href="https://herasoft.com/contact-us/">CONTACT US</a></li>
</ul></div></div>
</div>
<div class="col span_4">
<div id="custom_html-5" class="widget_text widget widget_custom_html"><div class="textwidget custom-html-widget"><h3 style="letter-spacing: 1px;font-size: 20px;">CONTACT INFO<span clas
position: relative;">•</span>
</h3></div></div><div id="block-3" class="widget widget_block"><div class="soc">
<a href="https://herasoft.com/sales/"><i class="far fa-angle-double-right"></i> Sales Enquiry</a><br>
<a href="https://herasoft.com/human-resources/"><i class="far fa-angle-double-right"></i> Corporate Enquiry</a><br>
<a href="https://herasoft.com/press-and-media-enquires/"><i class="far fa-angle-double-right"></i> Media Enquiry</a><p></p>
<p><a href="https://www.linkedin.com/company/hera-software-development/"><i class="fa fa-linkedin" aria-hidden="true"></i>
LinkedIn</a><br>
<a href="https://www.facebook.com/HeraSoftUSA"><i class="fa fa-facebook-square" aria-hidden="true"></i>
Facebook</a><br>
<a href="https://instagram.com/herasoft"><i class="fa fa-instagram" aria-hidden="true"></i>
Instagram</a><br>
<a href="https://g.page/r/Ce8JaDWAfUBOEAE"><i class="fa fa-google" aria-hidden="true"></i>
Google</a><br>
<a href="https://vimeo.com/herasoft"><i class="fa fa-vimeo" aria-hidden="true"></i>
Vimeo</a><br>
<a href="https://www.youtube.com/channel/UClXlNisQuwdMahHkEENNNtg"><i class="fa fa-youtube" aria-hidden="true"></i>
Youtube</a>
```

```
</p>
</div></div>
</div>

</div>
</div>
</div>
<div class="row" id="copyright" data-layout="default">
<div class="container">
<div class="col span_5">
<p>© 2021. All Rights Reserved. | HeraSoft<span style="font-size: 30px" class="orange">.</span></p>
</div>
<div class="col span_7 col_last">
<ul class="social">
</ul>
</div>
</div>
</div>
</div>
<div id="slide-out-widget-area-bg" class="slide-out-from-right dark">
</div>
<div id="slide-out-widget-area" class="slide-out-from-right" data-dropdown-func="separate-dropdown-parent-link" data-back-txt="Back">
<div class="inner-wrap">
<div class="inner" data-prepend-menu-mobile="false">
<a class="slide_out_area_close" href="#"><span class="screen-reader-text">Close Menu</span>
<span class="close-wrap"> <span class="close-line close-line1"></span> <span class="close-line close-line2"></span> </span> </a>
<div class="off-canvas-menu-container mobile-only">
<ul class="menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-home menu-item-4250"><a href="https://herasoft.com/">Home</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page current-menu-item page_item page-item-1770 current_page_item menu-item-has-children menu-item-1873"><a href="https:/
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-5847"><a href="https://herasoft.com/about-us/">About Us</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-5844"><a href="https://herasoft.com/team/">Team</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-5507"><a href="https://herasoft.com/custom-software-development/">Hera Labs</a></li>
</ul>
</li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children menu-item-1943"><a href="https://herasoft.com/distributed-cloud-solutions/">Solutions</a>
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2157"><a href="https://herasoft.com/enterprise-security-solutions/">Enterprise Security</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2217"><a href="https://herasoft.com/finance-solutions/">Finance</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2230"><a href="https://herasoft.com/logistics-solutions/">Logistics</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2238"><a href="https://herasoft.com/gamification-solutions/">Gamification</a></li>
</ul>
</li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children menu-item-4438"><a href="https://herasoft.com/product/">Product</a>
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4302"><a href="https://herasoft.com/herastamp/">HeraStamp</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4287"><a href="https://herasoft.com/herapass-user-management/">HeraPass</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4309"><a href="https://herasoft.com/heraflow/">HeraFlow</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4306"><a href="https://herasoft.com/heravault-blockchain/">HeraVault</a></li>
</ul>
</li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2012"><a href="https://herasoft.com/learn/">Learn</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children menu-item-2379"><a href="https://herasoft.com/contact-us/">Contact</a>
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-3099"><a href="https://herasoft.com/sales/">Sales</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-3100"><a href="https://herasoft.com/press-and-media-enquires/">Media / Analyst</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-3101"><a href="https://herasoft.com/human-resources/">Corporate</a></li>
</ul>
</li>
</ul>
<ul class="menu secondary-header-items">
</ul>
</div>
</div>
<div class="bottom-meta-wrap"></div></div>
</div>
</div>
<a id="to-top" class="
        "><i class="fa fa-angle-up"></i></a>
</div></div>
<script>
            window.RS_MODULES = window.RS_MODULES || {};
            window.RS_MODULES.modules = window.RS_MODULES.modules || {};
```

```
            window.RS_MODULES.waiting = window.RS_MODULES.waiting || [];
            window.RS_MODULES.defered = true;
            window.RS_MODULES.moduleWaiting = window.RS_MODULES.moduleWaiting || {};
            window.RS_MODULES.type = 'compiled';
        </script>
<div id="pum-5803" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:5803,&quot;slug&quot;:&quot;donovan&quot;,&qu
<div id="popmake-5803" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">DONOVAN FARROW</h2>
<h3>CISO &#8211; Chief Information Security Officer</h3>
<p><P>He brings over twenty years of experience working for Schlumberger Oilfield Services, Loves Travel Stops, Chesapeake Energy and NTT Security in the fields of Information Technolo
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://www.linkedin.com/in/donovan-farrow" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-5810" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:5810,&quot;slug&quot;:&quot;tony-zirnoon&quot
<div id="popmake-5810" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">TONY ZIRNOON</h2>
<h3>Strategic Advisor</h3>
<p><P>Tony is a trusted advisor to cybersecurity startups, incubators, and accelerators in Silicon Valley with extensive experience defining growth strategies and building and nurturin
<p>Tony has proven track record defining security strategies, OEM and GTM plans while exceeding goals as security sales overlay leader, delivering solutions and consulting services acr
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://www.linkedin.com/in/zirnoon/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-5518" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:5518,&quot;slug&quot;:&quot;enquiy-form&quot;
<div id="popmake-5518" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<div class="ef">
<img src="https://herasoft.com/wp-content/uploads/2022/01/heralab-logo.png" alt="heralabs" width="200" height=""></p>
<h3 style="color: #fff;padding-bottom: 20px;">Fill out the form below to be contacted by a <span class="orange">HeraLabs</span> representative.</h3>
<script type="text/javascript"></script>
<div class='gf_browser_unknown gform_wrapper gravity-theme' id='gform_wrapper_7'><form method='post' enctype='multipart/form-data' id='gform_7' action='/company/'>
<input type='hidden' class='gforms-pum' value='{"closepopup":false,"closedelay":0,"openpopup":false,"openpopup_id":0}' />
<div class='gform_body gform-body'><div id='gform_fields_7' class='gform_fields top_label form_sublabel_below description_below'><fieldset id="field_7_1" class="gfield field_sublabel_h
<span id='input_7_1_3_container' class='name_first'>
<input type='text' name='input_1.3' id='input_7_1_3' value='' aria-required='false' placeholder='First Name' />
<label for='input_7_1_3' class='hidden_sub_label screen-reader-text'>First</label>
 </span>
<span id='input_7_1_6_container' class='name_last'>
<input type='text' name='input_1.6' id='input_7_1_6' value='' aria-required='false' placeholder='Last Name' />
<label for='input_7_1_6' class='hidden_sub_label screen-reader-text'>Last</label>
</span>
</div></fieldset><div id="field_7_2" class="gfield gf_left_half gfield--width-half gfield_contains_required field_sublabel_below field_description_below hidden_label gfield_visibility_
<input name='input_2' id='input_7_2' type='text' value='' class='large' placeholder='Email' aria-required="true" aria-invalid="false" />
</div></div><div id="field_7_3" class="gfield gf_right_half gfield--width-half field_sublabel_below field_description_below hidden_label gfield_visibility_visible"><label class='gfield
<div class='gform_footer top_label'> <input type='submit' id='gform_submit_button_7' class='gform_button button' value='SUBMIT' onclick='if(window["gf_submitting_7"]){return false;}  w
<input type='hidden' class='gform_hidden' name='is_submit_7' value='1' />
<input type='hidden' class='gform_hidden' name='gform_submit' value='7' />
<input type='hidden' class='gform_hidden' name='gform_unique_id' value='' />
<input type='hidden' class='gform_hidden' name='state_7' value='WyJbXSIsIjRmNmM2ZjQxYzk4MGY1MzhhMmYyY2QyYzM0MDkxYzM3Il0=' />
<input type='hidden' class='gform_hidden' name='gform_target_page_number_7' id='gform_target_page_number_7' value='0' />
<input type='hidden' class='gform_hidden' name='gform_source_page_number_7' id='gform_source_page_number_7' value='1' />
<input type='hidden' name='gform_field_values' value='' />
</div>
</form>
</div></div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
```

```
</div>
<div id="pum-5435" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:5435,&quot;slug&quot;:&quot;bret&quot;,&quot;
<div id="popmake-5435" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">BRET HARTMAN</h2>
<h3>Security Expert</h3>
<p><P>Bret Hartman has over thirty years of experience building information security solutions for major enterprises. His expertise includes cloud, virtualization, Service Oriented Arcl
<P>As Vice President and Chief Technology Officer, Bret Hartman was responsible for defining the corporate security technology strategy for Cisco, as implemented by the Security Busine:
<P>Bret Hartman’s previous roles include Director of Technical Services for SOA Appliances at IBM Corporation; Vice President of Technology Solutions at DataPower Technology Inc. (acqu.
<P>Bret Hartman holds a B.S. in Computer Science &#038; Engineering from the Massachusetts Institute of Technology and an M.S. in Computer Science from the University of Maryland.</P><
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://www.linkedin.com/in/bret-hartman-6313a/%20" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2687" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2687,&quot;slug&quot;:&quot;cynthia&quot;,&quo
<div id="popmake-2687" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">CYNTHIA BLANCHARD</h2>
<h3>Co-Founder/President of HeraSoft</h3>
<h4 class="orange">Noted business leader, entrepreneur, author and artist</h4>
<ul>
<li>
<div>Co-founder of Anthem Vault and board member, Anthem Holding Company</div>
</li>
<li>
<div>Formerly owned Harry Max Music Publishing Company</div>
</li>
<li>
<div>Authored the novel <i>Humanville</i> and sang background vocals on numerous albums, including for Reba McEntire and Mindy McCready</div>
</li>
<li>
<div>Bachelor of Science from Oklahoma State University and master’s studies in Arts Administration</div>
</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2690" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2690,&quot;slug&quot;:&quot;craig&quot;,&quot
<div id="popmake-2690" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">CRAIG ALAN BRAND, ESQ.</h2>
<h3>Special Cyber &amp; Legal Counsel HeraSoft/Hercules</h3>
<h4 class="orange">30+ Year Global Legal and Policy Expert With Disciplines Surrounding All Aspects Of Crypto-Currencies, Cyber-Security, AI, Robotics, Blockchain and Other Emerging Te
<ul>
<li>Senior Partner at the Brand Law Firm P.A., Mystic Law, P.A., and Mystic Enterprises, Inc.
</li>
<li>Shareholder &amp; Special Counsel for HeraSoft. Specializing in Crypto and Cyber laws and technologies
</li>
<li>Practiced within multiple State and Federal Courts throughout the USA.  Member of the Trial Bar
</li>
<li>Vice-President and board member, Los Sueños, Del Mar: Jaco, Costa Rica
</li>
<li>Former CEO of Farmacia Express, Rx, Ltd;  Florida Office of the State Attorney; Corporate Counsel for Larkin Community Hospital and its subsidiaries; Chief General Counsel for Whol
</li>
<li>Expert legal areas of practice include: Cyber-Security, Blue Gas Technologies, Crypto, Pharmaceutical, Financial/ White-collar crimes and/or torts, RICO, Regulatory practices such .
</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
```

```
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2697" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2697,&quot;slug&quot;:&quot;shira&quot;,&quot
<div id="popmake-2697" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">SHIRA RUBINOFF</h2>
<h3>Chief Strategy Officer</h3>
<h4 class="orange">Recognized cybersecurity and blockchain executive/advisor/author</h4>
<ul>
<li>Global keynote speaker and influencer who has built two cybersecurity product companies and led multiple women-in-technology efforts</li>
<li>Published author (<i>Cyber Minds</i> – Packt Publishing) and articles on cybersecurity, blockchain and related topics</li>
<li>Holds patents in areas related to the application of psychology to improve information technology and cybersecurity</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2702" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2702,&quot;slug&quot;:&quot;ubi&quot;,&quot;t
<div id="popmake-2702" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">UBI NETO</h2>
<h3>Chief Technology Officer</h3>
<h4 class="orange">Open source software contributor and technologist enthusiast, helping companies build, scale and deliver software solutions</h4>
<ul>
<li>Software engineer experience across gaming, banking, mobility and cybersecurity</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2705" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2705,&quot;slug&quot;:&quot;gil&quot;,&quot;t
<div id="popmake-2705" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">GIL GILLIAM</h2>
<h3>Chief Customer Officer</h3>
<h4 class="orange">30+ year veteran of major telecom, cable, internet and cybersecurity companies</h4>
<ul>
<li>Early innovator in the development and launch of internet services</li>
<li>Decades of technology-focused product and customer management experience</li>
<li>Seasoned start-up business operations executive</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2708" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2708,&quot;slug&quot;:&quot;austin&quot;,&quo
<div id="popmake-2708" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">AUSTIN DAVIS</h2>
<h3>Chief Revenue Officer</h3>
<h4 class="orange">Expertise in building technology companies; engineering, consulting and education in digital media and blockchain technologies, energy and decarbonization; Bitcoin p
<ul>
```

```
<li>Founder of CommunityElectricity.io, Plouton Group Renewable Datacenter and Blockchain Beach and other technology ventures</li>
<li>Strategic advisor to top companies such as MeWe.com and CasperLabs</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2711" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2711,&quot;slug&quot;:&quot;logan&quot;,&quot
<div id="popmake-2711" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">LOGAN GOLEMA</h2>
<h3>Chief Innovation Officer</h3>
<h4 class="orange">Provider of innovative digital solutions for platforms operating on the cutting edge of blockchain technology</h4>
<ul>
<li>Founding CTO of Hercules protocol</li>
<li>Decade-long Bitcoin and blockchain entrepreneur</li>
<li>Partner of MetaverseMinds Web3 Research Accelerator &amp; Think Tank</li>
<li>Chairman and head coach, Cayman Islands Olympic Fencing Federation</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2714" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2714,&quot;slug&quot;:&quot;josh&quot;,&quot;
<div id="popmake-2714" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">JOSH GUNTER</h2>
<h3>Chief Administrative Officer</h3>
<h4 class="orange">Experienced operations manager with a demonstrated history of working in the precious metals and blockchain industries</h4>
<ul>
<li>Blockchain innovator since 2010</li>
<li>20 years of sales experience</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2717" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2717,&quot;slug&quot;:&quot;dale&quot;,&quot;
<div id="popmake-2717" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">DALE D. TAKIO</h2>
<h3>Special Cyber Projects and Business Development Advisor</h3>
<h4 class="orange">Entrepreneur and senior-level sales and marketing executive with 20+ year proven track record</h4>
<ul>
<li>Founder and CEO, Taktik Enterprises, Inc., THAT Travel Solution, LLC, THAT Travel Solution Mobile, LLC d/b/s SmartSIM USA, Circle Concepts, LLC and Circle Management, LLC</li>
<li>CMO, Mystic Enterprises, Inc.</li>
<li>Former senior sales director at the fastest growing company in history, Groupon, where he initiated and led the launch of Groupon Getaways in partnership with Expedia</li>
<li>Former national director of sales and operations at Sysco, Inc. and Sysco Brand Ventures, where he developed a new technology division with an integrated fulfillment process levera
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
```

```
CLOSE </button>
</div>
</div>
<div id="pum-2720" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2720,&quot;slug&quot;:&quot;mark&quot;,&quot;
<div id="popmake-2720" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">MARK HEATWOLE</h2>
<h3>Co-Founder and the President/Chief Operating Officer of TheraMind Services</h3>
<ul>
<li>Formerly served as president of Priva Technologies, a technology company engaged in the design and development of a unique platform for securely accessing and transferring confiden
<li>Formerly a capital partner at Winston &amp; Strawn, LLP, specializing in corporate finance and mergers and acquisitions in high technology industries, including pharmaceuticals and
<li>Graduate of Washington &amp; Lee University in Lexington, VA, with a Bachelor of Arts and a Doctor of Law, specializing in banking, corporate, finance and securities law</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2723" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2723,&quot;slug&quot;:&quot;cooper&quot;,&quo
<div id="popmake-2723" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">COOPER COLLINS</h2>
<h3>CEO of Dominion Aesthetic Technologies</h3>
<ul>
<li>Biotech hedge fund manager for Sigma Bleyzer</li>
<li>Chairman of the board for Fortis BioPharma</li>
<li>Formerly CEO and president of Pernix Therapeutics</li>
<li>Member of YPO Houston</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2726" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2726,&quot;slug&quot;:&quot;chad&quot;,&quot;
<div id="popmake-2726" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">CHAD KOEHN</h2>
<h3>President and Founder of United Capital Management, Inc.</h3>
<ul>
<li>Almost 30 years of investment industry experience</li>
<li>Entrenched in the world’s largest barter system (Bitcoin) for the past five years</li>
<li>Business Economics degree with an emphasis in accounting from Tabor College</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2607" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;:2607,&quot;slug&quot;:&quot;anthem&quot;,&quo
<div id="popmake-2607" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">ANTHEM BLANCHARD</h2>
<h3>Co-Founder and CEO</h3>
<h4 class="orange">Entrepreneur and pioneer in utilizing public blockchain protocols to solve business problems</h4>
<ul>
<li>Board member of Pernix Therapeutics</li>
<li>Director of strategy and marketing, GoldMoney; increasing total value held from $1M to $400M</li>
<li>Rare coin and bullion in his family, Blanchard &amp; Company was once the world’s largest</li>
```

```
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>

<aside id="moove_gdpr_cookie_info_bar" class="moove-gdpr-info-bar-hidden moove-gdpr-align-center moove-gdpr-dark-scheme gdpr_infobar_postion_bottom" role="note" aria-label="GDPR Cookie
<div class="moove-gdpr-info-bar-container">
<div class="moove-gdpr-info-bar-content">
<div class="moove-gdpr-cookie-notice">
<p>We are using cookies to give you the best experience on our website.</p>
<p>You can find out more about which cookies we are using or switch them off in <span role="link" tabindex="1" data-href="#moove_gdpr_cookie_modal" class="change-settings-button">setti
</div>

<div class="moove-gdpr-button-holder">
<button class="mgbutton moove-gdpr-infobar-allow-all gdpr-fbo-0" aria-label="Accept" tabindex="1" role="button">Accept</button>
</div>
 </div>

</div>

</aside>

<script type="text/html" id="wpb-modifications"></script><link rel='stylesheet' id='vc_animate-css-css' href='https://herasoft.com/wp-content/plugins/js_composer_salient/assets/lib/bow
<link rel='stylesheet' id='fancyBox-css' href='https://herasoft.com/wp-content/themes/salient/css/plugins/jquery.fancybox.css?ver=3.3.1' type='text/css' media='all' />
<link rel='stylesheet' id='nectar-ocm-core-css' href='https://herasoft.com/wp-content/themes/salient/css/off-canvas/core.css?ver=13.0.5' type='text/css' media='all' />
<link rel='stylesheet' id='nectar-ocm-slide-out-right-material-css' href='https://herasoft.com/wp-content/themes/salient/css/off-canvas/slide-out-right-material.css?ver=13.0.5' type='t
<link rel='stylesheet' id='rs-plugin-settings-css' href='https://herasoft.com/wp-content/plugins/revslider/public/assets/css/rs6.css?ver=6.5.25' type='text/css' media='all' />
<style id='rs-plugin-settings-inline-css' type='text/css'>
#rs-demo-id {}
</style>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/revslider/public/assets/js/rbtools.min.js?ver=6.5.18' defer async id='tp-tools-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/revslider/public/assets/js/rs6.min.js?ver=6.5.25' defer async id='revmin-js'></script>
<script type='text/javascript' id='salient-social-js-extra'>
/* <![CDATA[ */
var nectarLove = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","postID":"1770","rooturl":"https:\/\/herasoft.com","loveNonce":"86ade2fa49"};
/* ]]> */
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/salient-social/js/salient-social.js?ver=1.2' id='salient-social-js'></script>
<script type='text/javascript' id='rocket-browser-checker-js-after'>
"use strict";var _createClass=function(){function defineProperties(target,props){for(var i=0;i<props.length;i++){var descriptor=props[i];descriptor.enumerable=descriptor.enumerable||!1
</script>
<script type='text/javascript' id='rocket-preload-links-js-extra'>
/* <![CDATA[ */
var RocketPreloadLinksConfig = {"excludeUris":"\/(?:.+\/)?feed(?:\/(?:.+\/?)?)?$|\/(?:.+\/)?embed\/|\/(index\\.php\/)?wp\\-json(\/.*|$)|\/bfgd-ezd-8n7e\/|\/wp-admin\/|\/logout\/|\/bfgd-
/* ]]> */
</script>
<script type='text/javascript' id='rocket-preload-links-js-after'>
(function() {
"use strict";var r="function"==typeof Symbol&&"symbol"==typeof Symbol.iterator?function(e){return typeof e}:function(e){return e&&"function"==typeof Symbol&&e.constructor===Symbol&&e!=
}());
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/jquery.easing.js?ver=1.3' id='jquery-easing-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/jquery.mousewheel.js?ver=3.1.13' id='jquery-mousewheel-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/priority.js?ver=13.0.5' id='nectar_priority-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/transit.js?ver=0.9.9' id='nectar-transit-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/waypoints.js?ver=4.0.2' id='nectar-waypoints-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/salient-portfolio/js/third-party/imagesLoaded.min.js?ver=4.1.4' id='imagesLoaded-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/hoverintent.js?ver=1.9' id='hoverintent-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/jquery.fancybox.min.js?ver=3.3.8' id='fancyBox-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/superfish.js?ver=1.5.8' id='superfish-js'></script>
<script type='text/javascript' id='nectar-frontend-js-extra'>
/* <![CDATA[ */
var nectarLove = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","postID":"1770","rooturl":"https:\/\/herasoft.com","disqusComments":"false","loveNonce":"86ade2fa49","map
var nectarOptions = {"quick_search":"false","mobile_header_format":"default","left_header_dropdown_func":"default","ajax_add_to_cart":"0","ocm_remove_ext_menu_items":"remove_images","w
var nectar_front_i18n = {"next":"Next","previous":"Previous"};
/* ]]> */
```

```
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/init.js?ver=13.0.5' id='nectar-frontend-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/salient-core/js/third-party/touchswipe.min.js?ver=1.0' id='touchswipe-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/jquery/ui/core.min.js?ver=1.13.1' id='jquery-ui-core-js'></script>
<script type='text/javascript' id='popup-maker-site-js-extra'>
/* <![CDATA[ */
var pum_vars = {"version":"1.16.7","pm_dir_url":"https:\/\/herasoft.com\/wp-content\/plugins\/popup-maker\/","ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","restapi":"htt
var pum_sub_vars = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","message_position":"top"};
var pum_popups = {"pum-5803":{"triggers":[{"type":"click_open","settings":{"cookie_name":["pum-2607"],"extra_selectors":"#donovan, .donovan"}}],"cookies":[{"event":"on_popup_open","set
/* ]]> */
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/popup-maker/assets/js/site.min.js?defer&#038;ver=1.16.7' id='popup-maker-site-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/vendor/regenerator-runtime.min.js?ver=0.13.9' id='regenerator-runtime-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/vendor/wp-polyfill.min.js?ver=3.15.0' id='wp-polyfill-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/dom-ready.min.js?ver=d996b53411d1533a84951212ab6ac4ff' id='wp-dom-ready-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/hooks.min.js?ver=c6d64f2cb8f5c6bb49caca37f8828ce3' id='wp-hooks-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/i18n.min.js?ver=ebee46757c6a411e38fd079a7ac71d94' id='wp-i18n-js'></script>
<script type='text/javascript' id='wp-i18n-js-after'>
wp.i18n.setLocaleData( { 'text direction\u0004ltr': [ 'ltr' ] } );
</script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/a11y.min.js?ver=a38319d7ba46c6e60f7f9d4c371222c5' id='wp-a11y-js'></script>
<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/jquery.maskedinput.min.js?ver=2.5.16' id='gform_masked_input-js'></script>
<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/placeholders.jquery.min.js?ver=2.5.16' id='gform_placeholder-js'></script>
<script type='text/javascript' id='moove_gdpr_frontend-js-extra'>
/* <![CDATA[ */
var moove_frontend_gdpr_scripts = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","post_id":"1770","plugin_dir":"https:\/\/herasoft.com\/wp-content\/plugins\/gdpr-cookie-
/* ]]> */
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/gdpr-cookie-compliance/dist/scripts/main.js?ver=4.8.7' id='moove_gdpr_frontend-js'></script>
<script type='text/javascript' id='moove_gdpr_frontend-js-after'>
var gdpr_consent__strict = "false"
var gdpr_consent__thirdparty = "false"
var gdpr_consent__advanced = "false"
var gdpr_consent__cookies = ""
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/js_composer_salient/assets/js/dist/js_composer_front.min.js?ver=6.6.0' id='wpb_composer_front_js-js'></scrip

<div id="moove_gdpr_cookie_modal" class="gdpr_lightbox-hide" role="complementary" aria-label="GDPR Settings Screen">
<div class="moove-gdpr-modal-content moove-clearfix logo-position-left moove_gdpr_modal_theme_v1">
<button class="moove-gdpr-modal-close" aria-label="Close GDPR Cookie Settings">
<span class="gdpr-sr-only">Close GDPR Cookie Settings</span>
<span class="gdpr-icon moovegdpr-arrow-close"></span>
</button>
<div class="moove-gdpr-modal-left-content">
<div class="moove-gdpr-company-logo-holder">
<img src="https://herasoft.com/wp-content/plugins/gdpr-cookie-compliance/dist/images/gdpr-logo.png" alt="Herasoft" width="350" height="233" class="img-responsive" />
</div>
 <ul id="moove-gdpr-menu">
<li class="menu-item-on menu-item-privacy_overview menu-item-selected">
<button data-href="#privacy_overview" class="moove-gdpr-tab-nav" aria-label="Privacy Overview">
<span class="gdpr-svg-icon">
<svg class="icon icon-privacy-overview" viewBox="0 0 26 32">
<path d="M11.082 27.443l1.536 0.666 1.715-0.717c5.018-2.099 8.294-7.014 8.294-12.442v-5.734l-9.958-5.325-9.702 5.325v5.862c0 5.376 3.2 10.24 8.115 12.365zM4.502 10.138l8.166-4.506 8.39
</svg>
</span>
<span class="gdpr-nav-tab-title">Privacy Overview</span>
</button>
</li>
<li class="menu-item-strict-necessary-cookies menu-item-off">
<button data-href="#strict-necessary-cookies" class="moove-gdpr-tab-nav" aria-label="Strictly Necessary Cookies">
<span class="gdpr-svg-icon">
<svg class="icon icon-strict-necessary" viewBox="0 0 26 32">
<path d="M22.685 5.478l-9.984 10.752-2.97-4.070c-0.333-0.461-0.973-0.538-1.434-0.205-0.435 0.333-0.538 0.947-0.23 1.408l3.686 5.094c0.179 0.256 0.461 0.41 0.768 0.435h0.051c0.282 0 0.5
</svg>
</span>
<span class="gdpr-nav-tab-title">Strictly Necessary Cookies</span>
</button>
</li>
<li class="menu-item-moreinfo menu-item-off">
<button data-href="#cookie_policy_modal" class="moove-gdpr-tab-nav" aria-label="Cookie Policy">
<span class="gdpr-svg-icon">
<svg class="icon icon-policy" viewBox="0 0 26 32">
<path d="M21.936 10.816c0-0.205-0.077-0.384-0.23-0.538l-5.862-5.99c-0.154-0.154-0.333-0.23-0.538-0.23h-9.088c-1.408 0-2.56 1.152-2.56 2.56v18.765c0 1.408 1.152 2.56 2.56 2.56h13.158c1.
```

```
</svg>
</span>
<span class="gdpr-nav-tab-title">Cookie Policy</span>
</button>
</li>
</ul>
<div class="moove-gdpr-branding-cnt">
<a href="https://wordpress.org/plugins/gdpr-cookie-compliance/" target="_blank" rel="noopener noreferrer nofollow" class='moove-gdpr-branding'>Powered by  <span>GDPR Cookie Compli
</div>
 </div>

<div class="moove-gdpr-modal-right-content">
<div class="moove-gdpr-modal-title">
</div>

<div class="main-modal-content">
<div class="moove-gdpr-tab-content">
<div id="privacy_overview" class="moove-gdpr-tab-main">
<span class="tab-title">Privacy Overview</span>
<div class="moove-gdpr-tab-main-content">
<p>This website uses cookies so that we can provide you with the best user experience possible. Cookie information is stored in your browser and performs functions such as recognising
</div>

</div>

<div id="strict-necessary-cookies" class="moove-gdpr-tab-main" style="display:none">
<span class="tab-title">Strictly Necessary Cookies</span>
<div class="moove-gdpr-tab-main-content">
<p>Strictly Necessary Cookie should be enabled at all times so that we can save your preferences for cookie settings.</p>
<div class="moove-gdpr-status-bar ">
<div class="gdpr-cc-form-wrap">
<div class="gdpr-cc-form-fieldset">
<label class="cookie-switch" for="moove_gdpr_strict_cookies">
<span class="gdpr-sr-only">Enable or Disable Cookies</span>
<input type="checkbox" aria-label="Strictly Necessary Cookies" value="check" name="moove_gdpr_strict_cookies" id="moove_gdpr_strict_cookies">
<span class="cookie-slider cookie-round" data-text-enable="Enabled" data-text-disabled="Disabled"></span>
</label>
</div>

</div>

</div>

<div class="moove-gdpr-strict-warning-message" style="margin-top: 10px;">
<p>If you disable this cookie, we will not be able to save your preferences. This means that every time you visit this website you will need to enable or disable cookies again.</p>
</div>

</div>

</div>

<div id="cookie_policy_modal" class="moove-gdpr-tab-main" style="display:none">
<span class="tab-title">Cookie Policy</span>
<div class="moove-gdpr-tab-main-content">
<p>More information about our <a href="https://herasoft.com/privacy-policy/" target="_blank" rel="noopener">Cookie Policy</a></p>
</div>

</div>
</div>

</div>

<div class="moove-gdpr-modal-footer-content">
<div class="moove-gdpr-button-holder">
<button class="mgbutton moove-gdpr-modal-allow-all button-visible" role="button" title="Enable All" aria-label="Enable All">Enable All</button>
<button class="mgbutton moove-gdpr-modal-save-settings button-visible" role="button" title="Save Settings" aria-label="Save Settings">Save Settings</button>
</div>
 </div>

</div>

<div class="moove-clearfix"></div>
</div>

```

```
</div>

<script type="text/javascript">
gform.initializeOnLoaded( function() { jQuery(document).on('gform_post_render', function(event, formId, currentPage){if(formId == 7) {if(typeof Placeholders != 'undefined'){
                        Placeholders.enable();
                    }jQuery('#input_7_3').mask('(999) 999-9999').bind('keypress', function(e){if(e.which == 13){jQuery(this).blur();} } );} } );jQuery(document).bind('gform_post_condit
</script>
<script type="text/javascript">
gform.initializeOnLoaded( function() { jQuery(document).trigger('gform_post_render', [7, 1]) } );
</script>
</body>
</html>
```