# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc.<br><br>and<br><br>CHAD M. KOEHN<br><br>      Plaintiffs, counter-defendants<br>      v.<br>Michael Nelson<br>      Defendant; Counter-Plaintiff PRO-Se. | DOCKET NO.: 5:22-CV-04008-JWB-GEB<br>CIVIL ACTION<br><br>**EMERGENCY Subpoena Request as to CRIMINAL RECORDS of CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire<br>REQUEST for Subpoena Issuance INSTANTER**<br><br>[Jury Trial Demanded] |

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of filing **EMERGENCY Subpoena Request as to CRIMINAL RECORDS of CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire, Request for Subpoena issuance INSTANTER** defendant states:

    Pursuant with Federal Rules of Civil Procedure, Rule 45 without limitation, the pro se proletarian pedestrian peon defendant hereby and now so requests humbly for the assistance of the United States Federal Court for the US District of Kansas, to assist in the preservation of whatever evidence may be remaining at issue in the CRIMINAL case against Chad Mitchell Koehn. Wherein Chad

========================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged
Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER
- 1

Mitchell Koehn was criminally cited to appear before a judicial officer to answer charges of having an unauthorized fire, and that the unauthorized fire is upon information and belief to have been held at the instructions of Chad Mitchell Koehn's attorneys for the purposes to destroy evidence, which could relate to evidence including without limitation office files and computers (harddrives) in this case and other cases, which were pending at the time involving BOTH plaintiff's to this above herein referenced matter: CHAD MITCHELL KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS INC.

The pro se defendant having already sought as proper and dutiful for Judicial Notice of the Court regarding a CRIMINAL citation issued on 8 January 2022, against the person of CHAD MITCHELL KOEHN; having entered the same into the request for Judicial Notice, providing both a copy of the CRIMINAL Citation issued and a copy of the docket as it appears now in the County of Saline Kansas.

Based upon the close proximity of the unauthorized fire, and subsequent CRIMINAL prosecution of Chad Mitchell Koehn to the date and time when the pro se defendant was served with improper service of the above herein referenced litigation, and the fact the knowledge of the existence of the CRIMINAL CITATION being issued against Chad Mitchell Koehn could not have been

=================================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER
- 2

discovered by any other means except for a mysterious informant, who obviously had knowledge of both its existence and the nature of the CRIMINAL CHARGES, given the fact the docket in the CRIMINAL Matter against Chad Mitchell Koehn has been ALTERED, doctored, wherein the docket for the Criminal Matter against Chad Mitchell Koehn now states an erroneous date, make discovery of the docket in the Criminal Matter an impossibility absent direct knowledge of its existence. See attached herewith Exhibit "A" a copy of the docket to Criminal Case Number: 2022-CR-000043 | State of Kansas vs. Chad Mitchell Koehn

Because of the nebulous nature of the notes included in the docket report and the unwillingness of the Saline County District Court to provide copies of State of Kansas Records, in violation of the Kansas Open Records Act, and due directly to the fact the pro se pedestrian defendant is not a citizen of Kansas, and therefore according to the Court not entitled to access Kansas Open Records requests. It is necessary and exigent circumstances present themselves needing EMERGENCY Issuance of Subpoena to secure whatever documents may still be within the record of the CRIMINAL matter against Chad Mitchell Koehn.

As stated the attached herewith and thus incorporated herein the annexed hereto true and correct docket of the CRIMINAL matter against Chad Mitchell

===================================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER

- 3

Koehn relating to the fire or fires, alleged to have been created to DESTROY EVIDENCE, demonstrates clearly that the date(s) have been changed, allowing the referenced docket which is attached herewith as Exhibit "A" to have been changed wherein it now reads: "01/01/1901 Clerk's Notes "

Because as shown in the exhibit "A" attached and referenced herein above that dates have been changed to reflect: 01/01/1901, and the pro se defendant having previously requested Judicial Notice, as to the date change and the fact that the current year is 2022, yet the docket report was changed to state "1901", a date more than 120 years in the past, it is evident that the knowledge of this CRIMINAL CASE against Chad Mitchell Koehn would not have been identified had it not been for the informant who alleges this case was dismissed without proper hearings and dismissed due to illegal judicial influence within the Saline County Court. Without precise knowledge of the facts which surround the "dismissal" of the Criminal Charges against Chad Mitchell Koehn, in this matter of the CRIMINAL CHARGES, and the fact the Prosecutor assigned the Criminal Case against Chad Mitchell Koehn has also been dismissed from his prosecutorial role within the District Attorney's Office, and do to the date change in the docket as evidenced by the attached Exhibit "A", requires immediate issuance of a

===============================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER
- 4 -

FEDERAL SUBPEONA as to ALL Judicial Records of Saline County District Court, relating to the Criminal Matter referenced above and attached herewith as Exhibit "A".

The request is so herein made for the the US Federal Court for the US District of Kansas to issue, INSTANTER, subpoena for all CRIMINAL RECORDS relating to Chad Mitchell Koehn inclusive without limitation of:

1. All Case Documents
2. Incident Reports
3. The nature of the Call which was responded to by Sheriffs
4. The full identity of the person identified only as "Ella"
5. The full identity of the person identified as "a friend of the def"
6. For the Citation and notices issued
7. For the "email" stated in the docket from "ella" which authorized dismissal of the CRIMINAL ACTION prior to being heard before a Criminal Court
8. And all and any other files relating thereto

===============================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged
Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER

- 5

**PRAYER for Relief:**

The pro se defendant so here and now so requests and prays for relief of this the Honorable US Federal District Court for the District of Kansas to provide a Federal Subpoena to the Saline County District Court for the CRIMINAL RECORDS relating to CRIMINAL CHARGES against Chad Mitchell Koehn, stemming from an incident recorded on the record as having occurred 8 January 2022, despite the fact the docket report has been altered to hide the docket within the public records and due to the fact the Saline County Court refuses to provide records absent a subpoena.

In the interests of substantial Justice and to prevent manifest injustice it is therefore so here and now requested under FRCP Rule 45 inclusive for the immediate issuance of said subpoena sought herein, INSTANTER.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency

===============================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER
- 6

due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Respectfully Submitted, this 1st day of August 2022.

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

===============================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged
Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER

- 7

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 1st day of August 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===============================================================================
EMERGENCY Subpoena Request as to CRIMINAL RECORDS of
CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged
Destruction of Evidence via fire REQUEST for Subpoena Issuance INSTANTER

- 8 -