# EXHIBIT

# "A"

# To Follow . . .

===========================================================================
*EMERGENCY Subpoena Request as to CRIMINAL RECORDS of CHAD MITCHELL KOEHN relating to alleged incident 8 January 2022 involving alleged Destruction of Evidence via fire REQUEST for <u>Subpoena Issuance INSTANTER</u>*

# Case Information

**2022-CR-000043 | State of Kansas vs. Chad Mitchell Koehn**

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 2022-CR-000043 | Saline County | Hellmer, Jerome P |
| File Date | Case Type | Case Status |
| 01/08/2022 | CR Misdemeanor | Closed |

# Party

Prosecutor
**State of Kansas**

Active Attorneys ▼
Lead Attorney
Coberly, Chaz Andrew
Retained

Defendant
**Koehn, Chad Mitchell**

DOB
XX/XX/1970

# Charge

Charges
Koehn, Chad Mitchell

| | Description | Citation | Statute | Level | Date |
|---|---|---|---|---|---|
| 1 | Unknown Statute (Misdemeanor) | 0000225246 | 00.0001 | Misdemeanor Unclassified | 01/08/2022 |

# Disposition Events

02/18/2022 Disposition ▾

| 1 | Unknown Statute (Misdemeanor) | Dismissal |

# Events and Hearings

01/01/1901 Clerk's Notes ▾

Comment
MUST APPEAR 2/16/22 10:00 BURN PERMIT DISM CC $158

01/11/2022 Prosecutor of Record ▾

Comment
Prosecutor of Record Chaz A Coberly

01/11/2022 Hearing Scheduled ▾

Comment
Hearing Scheduled (Must Appear 02/16/2022 10:00 AM)

01/11/2022 PET: Citation and Notice to Appear ▾

Comment
Citation and Notice to Appear

01/27/2022 Clerk's Notes ▾

Comment
Friend of the Defendant called wanting to know if def has to appear or if he can just pay a fine. I advised he will need to appear, referred to CA's office to get information about appearing by video.

02/01/2022 Clerk's Notes ▾

Comment
Per email from Ella - To be dismissed once $158 CC paid / Notify Ella when paid Document ID #: 1799801

02/01/2022 Hearing canceled; documents filed ▾

Comment
Hearing result for Must Appear held on 02/16/2022 10:00 AM: Hearing canceled; documents filed - Per email from Ella / To be dismissed

> **02/18/2022 Order** ▾
>
> **Comment**
> Motion / Order of Dismissal - Count 1 with CC to be paid by Defendant

## Financial

Koehn, Chad Mitchell
| | | | | |
|---|---|---|---|---:|
| | Total Financial Assessment | | | $158.00 |
| | Total Payments and Credits | | | $158.00 |
| 2/18/2022 | Transaction Assessment | | | $0.00 |
| 2/18/2022 | Transaction Assessment | | | $113.00 |
| 2/18/2022 | Transaction Assessment | | | $6.00 |
| 2/18/2022 | Transaction Assessment | | | $15.00 |
| 2/18/2022 | Transaction Assessment | | | $2.00 |
| 2/18/2022 | Transaction Assessment | | | $22.00 |
| 2/18/2022 | Case Payment | Receipt # 432841 | Koehn, Chad Mitchell | ($158.00) |