KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFF/COUNTER-DEFENDANTS' MEMORANDUM IN OPPOSITION TO DEFENDANT/ COUNTER-PLAINTIFF'S EMERGENCY SUBPOENA REQUEST FOR CRIMINAL RECORDS OF CHAD MITCHELL KOEHN RELATING TO ALLEGED JANUARY 8, 2022, INCIDENT (DOCKET NO. 120 THROUGH 120-1)

Plaintiffs/Counter-Defendants, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant/Counter-Plaintiff Michael Nelson's ("Mr. Nelson") Emergency Subpoena Request relating to criminal records Chad Mitchell Koehn involving alleged destruction of evidence via fire (Docket No. 120 through 120-1), and say:

On August 1, 2022, Mr. Nelson filed his Emergency Subpoena Request for what he argues in bad faith, <u>without any supporting facts</u>, was some nefarious plan to prevent disclosure of facts relating to the Saline County District Court's records of the Class C misdemeanor violation of a burn permit charge against Chad Koehn which resulted in Mr. Koehn paying a $156.00 fine. Regardless of the Defendant Nelson's ill-placed argument, even in the light most favorable to his opinion, still has his ask completely irrelevant to the case at issue and cannot possibly lead to the discovery of admissible evidence.

*Chad M. Koehn, et al vs. Michael Nelson*
*Plaintiffs' Memorandum in Opposition to Defendant's Request for Emergency Subpoena*
Case No.  22-CV-04088-JWB-GEB
Page 2

During the August 2, 2022, Scheduling Conference, Defendant Nelson stated that the Federal Rules of Civil Procedure are the only thing he has to protect his rights.  At the August 2, 2022, zoom hearing, the Court started the clock on discovery.  The Federal Rules of Civil Procedure, as supplemented by the United States District Court of Kansas local rules, contain the proper method of obtaining discovery from third-parties, including a pro se party obtaining the issuance of a subpoena for records only or for a deposition, the requirements of notifying Mr. Nelson's opposing counsel of the contents of any subpoena he has issued, and the requirement for Mr. Nelson to coordinate in advance the name of the deponent, the date, time, location, and method of recording of deposition testimony by a certified court reporter for any proposed deposition Mr. Nelson intends to undertake.  To date, Mr. Nelson has made no such issuance and provided no such notice to Plaintiff's counsel.  Mr. Nelson appears to be attempting to circumvent the proper use and procedure of subpoena usage and the opposing parties' rights to challenge the same.

**There is no basis, lawful entitlement or necessity for the Court to grant Mr. Nelson's Emergency request for a Subpoena to the Saline County District Court and the Plaintiffs pray that this Honorable Court deny Defendant Nelson's motion as well as any and all other relief deemed just and proper**.

WHEREFORE, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., respectfully pray that this Court will deny Mr. Nelson's Emergency Subpoena Request.

/s/ Chris J. Kellogg     #21651
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   ckellogg@kenberk.com
*Attorneys for Plaintiffs*

*Chad M. Koehn, et al vs. Michael Nelson*
*Plaintiffs' Memorandum in Opposition to Defendant's Request for Emergency Subpoena*
*Case No. 22-CV-04088-JWB-GEB*
*Page 3*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 3, 2022, the foregoing document was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com

                                       /s/ Chris J. Kellogg

*Chad M. Koehn, et al vs. Michael Nelson*
*Plaintiffs' Memorandum in Opposition to Defendant's Request for Emergency Subpoena*
*Case No. 22-CV-04088-JWB-GEB*
*Page 3*