KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| **Defendant** ) | |
| ) | |

### NOTICE OF SERVICE OF DISCOVERY REQUESTS

Plaintiffs/Counter-Defendants hereby certify that on August 4, 2022, Plaintiffs/Counter-Defendants' First Interrogatories to Defendant/Counter-Plaintiff were served upon Michael Nelson pursuant to this Court's Order [Doc. 123] by U.S. Mail and by and electronic email at:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

/s/ Chris J. Kellogg   #21651
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T: (785) 825-4674
F: (785) 825-5936
E: ckellogg@kenberk.com
*Attorney for Plaintiff/Counter-Defendants*

*Chad M. Koehn, et al. vs. Michael Nelson*
*Notice of Service of Discovery Requests*
*Case No. 22-CV-04008-JWB-GEB*
*Page 2*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2022, the foregoing *Notice of Service of Discovery Requests* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com


/s/ Larry G. Michel