# EXHIBIT

# "A"

# To Follow . . .

===========================================================================
*Sur-Reply to Doc 108 Memo in Opposition to Doc 94*
*Motion to Disqualify*
*Craig Alan Brand*

# Quotes of purported attorney Craig Alan Brand, from the book he authored "I don't Care What Mom Says: LIFE SUCKS" by Craig A. Brand, ESQ.

Book: "I Don't Care What Mom Says: LIFE SUCKS"
Printed by Abbott Press a division of Writers Digest
Library of Congress Control Number: 2013911308
Copyright and Authorship: Craig A. Brand, Esq.

<u>I [CRAIG ALAN BRAND], for instance, have championed the art of disinformation.</u> I [Craig Alan Brand] intentionally provide people [courts] with false information…" pages 118 and 119 id.

**"You can basically accuse anyone of anything, and that poor schlep now has to defend him or herself against a lie. Defending a lie can be one of the hardest defenses ever."** page 114 id.

"The truth asserted is irrelevant. People just love to believe the story, the lies, and the gossip. **If the lie is said and repeated, it must be true."** id Page 16

"Right, wrong, yes, no, questions, and answers are all blurry. <u>Laws no longer provide justice</u>." id Page 141

**"Lady Justice is truly blind. Blind to justice."** id. Page 26

==========================================================================
QUOTES From Book: "I Don't Care What Mom Says: LIFE SUCKS"
Printed by Abbott Press a division of Writers Digest
Library of Congress Control Number: 2013911308
Copyright and Authorship: Craig A. Brand, Esq.

1

"Life contains **more bad, evil, and unfairness** than it does goodness and justice, so accept this and face reality." id Page 145

"We need desperate ways to right wrongs, as our system does not work. We should not be limited to supposed help from others or the so-called justice system, especially when Life didn't provide us with sufficient resources to utilize those routes or wait them out." id Page 26

**"If the justice system does not work or does not work for those short of money,** it is a travesty that our society does not allow you to take control over your own problems." id Page 27

"Today's society has no honor, no conviction, and no true sense of right. **Today's legal system protects the wicked and taxes the innocent.**" id. Page 26

"**Lady Justice is not only blind but corrupt and susceptible to biased pressures.** The legal system, different than a justice system, works best for the wrongdoers, liars, exorcists, blackmailers, the wealthy, criminals and the insane." page 98 id.

"This so-called legal system makes and enforces the rules making *The Days of Our Lives* always a drama, horror, and trauma. Don't tread on me!" id. page 98

===========================================================================
QUOTES From Book: "I Don't Care What Mom Says: LIFE SUCKS"
Printed by Abbott Press a division of Writers Digest
Library of Congress Control Number: 2013911308
Copyright and Authorship: Craig A. Brand, Esq.

"Our system of justice gives everyone an audience without the need or necessity to first submit sufficient proof of his or her claim. **All that is required is the mere filing of a legal document called a "complaint". Then, wham, you are in court and the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice, **we are all guilty until proven innocent, and we are all innocent until we run out of money.** Most falsely accused people wind up paying some form of legal extortion just to get out of the drama. **The bad guys and their shyster lawyers know it.**" id. page 97

"What is worse is that we reward these people (liars, cheats and extortionists) with book deals and money." id Page 16

"I would tell clients of my law practice that we are all guilty until proven innocent and that we are all innocent until we run out of money." Page 59

==========================================================================
QUOTES From Book: "I Don't Care What Mom Says: LIFE SUCKS"
Printed by Abbott Press a division of Writers Digest
Library of Congress Control Number: 2013911308
Copyright and Authorship: Craig A. Brand, Esq.

"For instance, I can tell your wife that I saw you with a stripper in a hotel when in fact you were playing poker with your buddies–the same poker game that your wire had earlier said you couldn't go to and therefore you had told her you were working late.  You are now stuck between some big lies and are going to get shit no matter what.  The bottom line is that you are now in lots of trouble.  It gets better, as I can tell this lie to your wire in such a way that her friends overhear it.  The lie then spreads through rumor and gossip mills, and soon the entire community thinks you are  cheating a piece of shit.  Soon, your friends abandon you, as per their wives' instructions, your wire is embarrassed and angry, you are given dirty looks at your son's soccer games, and you have to hire a lawyer, all because of someone's viciousness against you." id. page 114

========================================================================
QUOTES From Book:  "I Don't Care What Mom Says:  LIFE SUCKS"
Printed by Abbott Press a division of Writers Digest
Library of Congress Control Number:   2013911308
Copyright and Authorship:  Craig A. Brand, Esq.