# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN | DOCKET NO.:  5:22-CV-04008-JWB-GEB |
|---|---|
| Plaintiffs, counter-defendants v. Michael Nelson Defendant; Counter-Plaintiff PRO-Se. | CIVIL ACTION Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft **[Jury Trial Demanded]** |

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the

purposes of filing **Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice;**

**this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in**

**doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan**

**Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE**

**DEVELOPMENT INC. a/k/a Hera Soft**  defendant states:

The Motion for Judicial Notice is well founded within the Federal Rules of Civil

Procedure and the recognition of a material fact by the Court itself, as the Court itself is a

reasonable entity upon which the Court itself can make the observation as to the facts as

propounded within the Request for Judicial Notice.  As the Court itself is "capable of

accurate and ready determination by resorting to sources whose accuracy cannot reasonably

=================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 1

be questioned." As the Court itself should not be reasonably questioned as to the accuracy of the information which the Court itself can observe as can any other person the information upon which is so propounded upon within the public domain, and therefore the regional or so "known within the territorial jurisdiction of the trial court".

The Pro Se defendant provided the true and correct "source-code" creating the HTML code for the WordPress website for www.HeraSoft.com specifically to the page: https://herasoft.com/company/ and from a Google Chrome or Brave Browser the functionality exists for even the Court itself to view the source code of the website, by seeking such code under basic computer functionality or within the URL (Universal Resource Locator) address: **view-source:https://herasoft.com/company/**

Thereby the pro se peon defendant so submits that the Court should do now to observe as all other persons are ready and able to do through either Google Chrome or Brave Browser the function, of the following without the quote, placed in the URL bar of the browser referenced the following: "view-source:https://herasoft.com/company/"

### **Rebuttal as to "Discussion" made in Plaintiffs Reply:**

First, there is nothing "obvious" as propounded by the Chad Mitchell Koehn and UCM in their opposition to a routine request for Judicial Notice under Rule 201.

Craig Brand does not provide a sworn affidavit nor any substance of denial, besides Craig Alan Brand's words in a denial or affirmative statement must be viewed with

================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 2

tremendous skepticism given the fact, Craig A. Brand has proclaimed to the world in the book he himself, Craig A. Brand authored, "I don't Care What Mom Says: LIFE SUCKS", where Brand states: **"In our "justice" system there is always lying." page 97**. Here the lies told are those of Craig Alan Brand, as is evident given the fact Craig Brand proclaims to the world: "People intentionally spin information in ways that best suits themselves or their stories. I [CRAIG ALAN BRAND], for instance **have championed the art of disinformation. I [Craig Alan Brand] intentionally provide people [courts] with false information…"** pages 118 and 119 id. The Court MUST take what is claimed by Craig Alan Brand, whether in sworn affidavit, or as hearsay made herein the response signed by Christopher Kellogg with extreme skepticism and most likely "disinformation" if not a straight unadulterated LIE to the Court, as the Court record and docket has shown to date of Craig Alan Brand LYING in writing, submitting Affidavits riddled with PERJURY, regardless of Brand's claim as an officer of the Court, Craig Brand publicly declares he [Craig Alan Brand] "**intentionally provide people [courts] with false information…"** pages 118 and 119 id. Therefore the assertion by Brand that " 100% denied by Craig Brand, Esq." cannot be taken at face value nor can or should the Court believe anything which is attributed to Craig Alan Brand, as he has proven before the Court time and time again he is incapable of telling the truth about anything.

===================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 3

"**Lady Justice is not only blind but corrupt and susceptible to biased pressures.**

The legal system, different than a justice system, works best for the wrongdoers, liars, exorcists, blackmailers, the wealthy, criminals and the insane." page 98 id. This is exactly what Craig Alan Brand now wants the Court to do is to cause Lady Justice to become not only blind but corrupted to susceptible biased pressures, he and his cohorts force upon the Court in their shameless attempts to deny what is plain as day the truth.

The Plaintiff's shameful assertion HeraSoft has nothing to do with the matter at bar, is just another LIE in a long, long line of LIES, told by the plaintiffs in this litigation. As Craig A. Brand exclaims in his book, referenced: "You can basically accuse anyone of anything, and that poor schlep now has to defend him or herself against a lie. Defending a lie can be one of the hardest defenses ever." page 114 id. This is precisely what the plaintiffs have done and now the pro se pedestrian proletarian peon defendant is the "poor schlep" who "has to defend him{self} against a lie." in the words of Craig Alan Brand.

Mr. Nelson, appearing pro se, here is at the mercy of the Court, to see through the LIES of Koehn and UCM and Craig Alan Brand's global litigation strategy to destroy and ruin others lives. Brand even exclaims in his book: "Life allows a simple, unsupported allegation to ruin someone's life and the lives of their family members." page 62 id. The entire litigation is built upon a SLAPP lawsuit designed to ruin the life of Mr. Nelson and his family, now Brand seeks to further this by HIDING and CONCEALING material facts.

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 4

Chad Mitchell Koehn and UCM are literally taking Craig Brand's litigation strategy right down to the literal word, as they proclaim "Lady Justice is Blind.  Blind to Justice." In their claim the case here at bar has " Herasoft being a non-party to this litigation and having no bearing hereto."  When in actuality the reason for any litigation at all is only because of HERASOFT, the moniker of the Delaware Corporation:  Hera Software Development Inc., which the plaintiff Chad Mitchell Koehn sits upon the Board of Directors to, and which Chad Mitchell Koehn created and distributed press releases concerning, claiming to have co plaintiff United Capital Management of Kansas Inc. led a financing "Series A" investment for HeraSoft.  To propound further upon HeraSoft's involvement in the matter at bar, the disclosures provided by Chad Mitchell Koehn and UCM, list SEVEN (7) separate witnesses, in sequential numbering of numbers 4, 5, 6, 7, 8, 9 and 10 of their initial disclosure document, and each of those persons are listed as employees, officers and management of HeraSoft on the website [www.HeraSoft.com](www.HeraSoft.com) and on the very page in question with request for Judicial Notice.   Each of those witnesses so identified lists the same physical address: 501 E. Frank Phillips, Suite 102, Bartlesville OK, 74003; which is a physical address covered specifically by a protective order in the underlying and parallel hereto criminal matters in Oklahoma.  For the plaintiffs to claim HeraSoft is not directly at issue here in this matter at bar is for Chad M. Keohn and UCM to literally believe the Court in the US District of

=================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft
- 5

Kansas is BOTH Blind and Ignorant to the facts of the case at bar.   Thus exuding Craig

Brand's public mantra:  **"Lady Justice is Blind.  Blind to Justice."**

        Not only is the case here in Kansas set up with strategic multitude of simultaneous

legal entanglements all orchestrated by Craig Alan Brand, but it is Craig Alan Brand who has

a multitude of simultaneous legal representations to each of the witnesses proposed in the

initial disclosures, provided by Chad Mitchell Koehn and UCM to the corporations of Chad

Mitchell Koehn and UCM and that of Anthem Holdings Company which has conflicts with

Chad Mitchell Koehn and United Capital Management of Kansas Inc. (UCM) as stated under

penalties of perjury by Chad Mitchell Koehn and conflicts to the more than 14,500

INVESTORS in the HERC crypto currency stock COIN, issued via the questionable Initial

Coin Offering (ICO) of the CRYPTO CURRENCY monikered HERC, towhich the Judicial

Notice sought here demonstrates where Craig Alan Brand is stated as the "Special Counsel to

Hercules/HeraSoft", though as the source code publicly available on the website as

referenced here for Judicial Notice demonstrates clearly coding files tags setting the content

of the web page to "HIDDEN" allowing the content to remain within the code but now be

hidden from public view on the website itself.   Exhibit "A" attached herewith again

demonstrates the PUBLICLY Available Source-Code to the web page:

https://herasoft.com/company/ which again is viewed via browsers Brave or Google Chrome

by entering the command in the URL bar:   view-source:https://herasoft.com/company/

===============================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 6

It is Craig Alan Brand's unique brand of legal strategy to have the pro se impoverished defendant served so many multitudes of protective orders not to people but rather to USPS mail addresses for instance the address for the law firm representing the plaintiffs, for the plaintiffs locations, for the address which is then used for at least 7 of their disclosed witnesses who are all also employed by Hera Software Development Inc. that address being: 501 E. Frank Phillips, Suite 102, Bartlesville OK, 74003 Thereby making it impossible for the pro se peon defendant to propound any discovery absent refiling the case currently pending here in the US District of Kansas, to a plethora of other US Federal District Courts both in and outside the 10th Circuit, in order to have discovery therefore served within each of those districts, territorial courts and/or tribal courts in addition to the numerous letters rogatory to foreign nations and the service of legal process to their Counselors and Ambassadors present on US Soil.

The plaintiff's literally are attempting to pull the colloquial and/or proverbial wool over the Courts eyes, in order to proclaim as Craig Brand does in writing often: "Lady Justice is Blind. Blind to Justice." Everything concerning the matter at bar has to do with HeraSoft, in fact the website www.herasoft.com might as well just be Chad Mitchell Koehn and UCM themselves as Chad Mitchell Koehn is a director, officer and board member of HeraSoft and it is Chad Mitchell Koehn that has authored and forcibly sent press releases around the globe relating to Hera Software Development Inc. claiming a "Series A" funding

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 7

led by United CapitalManagement of Kansas Inc. [UCM], despite the FACT, as requested for Judicial Notice previously and done so again herein this response; "HERA SOFTWARE DEVELOPMENT INC. **IS NOT REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION (SEC)".**

**IN RESPONSE to the Ridiculous Assertions of Chad M. Koehn and UCM**

**AND FURTHER REQUEST for JUDICIAL NOTICE as to the following FACTS:**

1.  The Souce-Code of the website www.herasoft.com is pertinent to the litigation specifically proving the S.L.A.P.P. (Strategic Lawsuit Against Public Participation) status of the complaint filed by Chad M. Koehn and UCM

2.  The Source-code provided in the attached Exhibit "A" continues to list Chad Koehn and Craig A. Brand, Esq. through this day 6 August 2022

3.  The Source-code for the webpage on www.HeraSoft.com specifically: https://herasoft.com/company/ is the page requested for Judicial Notice

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 8

4. The webpage:  https://herasoft.com/company/ as it appears today to the public without viewing the underlying source-code is attached herewith as Ex. "B"

5. The "Source-code" is easily and readily viewed in Brave or Google Chrome Browsers by typing or copying and pasting the following into the URL bar: view-source:https://herasoft.com/company/  the code attached as Ex. "A"

6. The function "view-source:" allows the Browser for example Brave or Google Chrome, to view the "SOURCE CODE" for any website publicly available online.

7. In the case of the Requested Judicial Notice the source code demonstrates the HIDDEN files and content which Chad Mitchell Koehn and Craig Alan Brand DELIBERATELY caused to be hidden from public view on the website page.

8. The "HIDDEN" file tags demonstrate clearly where the content has now been hidden, by Craig Alan Brand and Chad Mitchell Koehn working in concert with each other to HIDE and CONCEAL material facts after they were first published in Exhibits to Document 52, filed on 1 April 2022 in this litigation.

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 9

9. Chad Mitchell Koehn and Craig Alan Brand have neither objected to the inclusion of previous Exhibits well demonstrating Chad Mitchell Koehn's Facial Photograph (Doc. 52 Ex. D), the exact same descriptions appearing publicly on the website www.HeraSoft.com and the the specified page: https://herasoft.com/company/

10. IN document Number 52 of this litigation, filed 1 April 2022, the exhibits contained therein provide "screen shots" and captures of the web page Found at: https://herasoft.com/our-mission-gamification-enterprise-government-organization-2021/ as stated within the exhibits to Document Number 52 of this litigation, listing the web address which appears herein Number (9) directly above "With materially misleading "long tail" search optimized keyword rich string dated 2021"; this web page URL (Uniform Resource Locator), now redirects to: https://herasoft.com/company/

11. As attached herewith as Exhibit "C" is a true and correct copy of Exhibit "C" of Document 52 of this litigation filed on 1 April 2022, wherein the

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 10

documented evidence demonstrates clearly all the identical content referencing Craig Alan Brand, Esq. having appeared publicly on the Internet, whereas now the content relating to Craig Alan Brand now has been hidden from public view, and the web page as referenced in Document 52's Exhibit "C" which is attached herewith as Exhibit "C" to this pleading, was public.

12. Attached Exhibit "D" is a true and correct copy of Exhibit "D" of Document 52 of this litigation filed 1 April 2022, referencing CHAD MITCHELL KOEHN and how he appeared on the web page prior to CHAD MITCHELL KOEHN and CRAIG ALAN BRAND causing their images and information they publicly advertised to the public to be hidden from regular public view, however still appears to this date 6 August 2022, within the hidden Source-Code files of the webpage and readily and easily verifiable by the Court given the above information on how to view the source-code for the page. Though CRAIG ALAN BRAND and CHAD MITCHELL KOEHN have a long and storied history of LYING and practicing arts of DECEPTION before the Court, as the supplied evidence dictates both have committed multiple acts of perjury in SWORN documents filed under the penalties of PERJURY during this litigation.

================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 11

13. It is evident and reasonable to any reasoned mind that Craig Alan Brand is using the litigation here to ferret out the EXTENSIVE Web of LIES and DECEIT he has spun alongside Chad Mitchell Koehn as it relates to HeraSoft the moniker of Hera Software Development Inc. a Delaware Corporation. Craig Alan Brand is often referenced by the Courts and Law Enforcement as the "PARTNER IN DECEPTION", as referenced in this litigation, previously. The information contained herein the exhibits attached herewith and those exhibits already appearing in this litigation in Document 52, demonstrate clearly where Craig Alan Brand and Chad Mitchell Koehn are materially altering and changing information which appears on HeraSoft.com as the source-code demonstrates they have used "hidden" tags to hide the grossly narcissistic utterly untrue overly flattering biographies which they have spun about themselves.

14. Craig A. Brand's biography is well stated to this day 6 August 2022, within the source-code publicly available by using view-source functionality, as described herein above.   In that "biography" Craig A. Brand states:  "

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 12

```html
<h2
class="orange">CRAIG
ALAN BRAND,
ESQ.</h2>
```

```html
<h3>Special Cyber &amp; Legal Counsel
HeraSoft/Hercules</h3>
```

```html
<h4 class="orange">30+ Year Global Legal and Policy
Expert With Disciplines Surrounding All Aspects Of
Crypto-Currencies, Cyber-Security, AI, Robotics,
Blockchain and Other Emerging Technologies</h4>
```

```html
<ul>
```

```html
<li>Senior Partner at the Brand Law Firm P.A., Mystic
Law, P.A., and Mystic Enterprises, Inc.
```

```html
</li>
```

```html
<li>Shareholder &amp; Special Counsel for HeraSoft.
Specializing in Crypto and Cyber laws and technologies
```

```html
</li>
```

```html
<li>Practiced within multiple State and Federal Courts
throughout the USA.  Member of the Trial Bar
```

```html
</li>
```

```html
<li>Vice-President and board member, Los Sueños, Del Mar:
Jaco, Costa Rica
```

=================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 13

<li>Former CEO of Farmacia Express, Rx, Ltd;  **Florida Office of the State Attorney**; Corporate Counsel for Larkin Community Hospital and its subsidiaries; Chief General Counsel for Whole Hemp Company, LLC d/ba/ Folium Biosciences and Folium Equity Holding, LLC

</li>

<li>**Expert legal areas of practice include: Cyber-Security, Blue Gas Technologies, Crypto, Pharmaceutical, Financial/ White-collar crimes and/or torts, RICO, Regulatory practices such as FINRA, SEC, IRS, Complex Litigation and Intellectual Property laws. International Practice with heavy Trial Skills in all Courts**"

15. **See Code line 1381 of the Attached Exhibit "A"** for the hidden command, wherein Craig Alan Brand purposefully now hides his information on the HeraSoft.com website:

role="dialog"
aria-hidden="true">

&lt;div id="popmake-2690" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">

========================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 14 -

16. Attached herewith please find Exhibit E, which is a true and correct copy of Exhibit "E" to Document 52, filed 1 April 2022, a news article appearing in a regional newspaper, obviously readily available for JUDICIAL NOTICE by the US District of Kansas Federal Court.

17. The News article referenced in number (16) herein above, attached herewith as Ex. "E" is in regards to HeraSoft the moniker of Hera Software Development Inc. which references United Capital Management of Kansas (UCM) by stating:

   a. "In March of 2021 HeraSoft announced **receipt of $5 million** in Series A financing led by United Capital Management of Kansas, using the funding to scale the company, add to its sales and marketing and continue software development via its teams in Brazil, Europe, Grand Cayman, Kansas City, New York, Houston, Orlando, Oklahoma City and other locations.

   b. "So far 10 employees have quietly relocated to Bartlesville, with an additional 10-50 employees expected to be Bartlesville-based within the next two years."

   c. "The company is actively building relationships with government and private sector clients worldwide," said BDA President David Wood

   d. "HeraSoft principals Anthem and Cynthia Blanchard, who is a graduate of Dewey High School and Oklahoma State University and whose father and grandfather had lifelong careers at Phillips Petroleum Company, recently

Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 15

acquired the historic former Washington County Courthouse building (pictured left) to serve as the company's corporate headquarters."

    e.   "HeraSoft represents what could be a dream opportunity for Bartlesville: a growing need and market in cybersecurity and inbound young, bright and diverse global talent, as well as a substantial financial investment in the community with the purchase of the former county courthouse building by principals with Bartlesville roots who have consciously chosen our community for their permanent home and global headquarters," Wood said.

18. Exhibit "F" attached herewith is a true and correct copy of Exhibit "F" of Document 52, filed 1 April 2022, in this litigation, demonstrating the LinkedIn profile for HeraSoft as appearing on the date referenced in the attached herewith Exhibit "F", wherein HeraSoft claims:  Locations in Bartlesville, Oklahoma; Orlando, Florida; London, GB; Riyadh, Saudi Arabia … and more

19. The LinkedIn profile for Hera Software Development Inc. (HeraSoft) as referenced herein above in (18) is found online at:

www.Linkedin.com/company/hera-software-development

==================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 16

20. The Current Listing for the LinkedIn address as referenced herein above as (18 and 19), is attached herewith as Exhibit "G", demonstrating the information available regarding HeraSoft on LinkedIn today

21. Attached Herewith as Exhibit "H" is the Crunchbase website URL as referenced in the LinkedIN profile for HeraSoft which is referenced herein above at: (20)

    https://www.crunchbase.com/organization/herasoft/company_financials

    Clearly identifying UCM and Chad Koehn who is the same Chad Mitchell Koehn as the plaintiff and counter-defendant in this litigation, the true and correct copy of the listed URL is attached herewith as Ex. "H"

22. As identified herein above with the Attached hereto Exhibit "C" and the code from source-code appearing now hidden as referenced in Both (11) and (14) herein above in reference to CRAIG ALAN BRAND being "Special Counsel to Hercules/Herasoft" attached herewith find Ex. "I" a true and correct copy of Exhibit "L" to document 52, filed on 1 April 2022, of this litigation, so directly referencing legal actions taken by the Country of the Grand Cayman Islands

================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 17

against Hercules SEZC (represented by Craig Alan Brand) and against AG
Herc Inc. (also, represented by Craig Alan Brand).

23. Attached herewith is Exhibit "J" which is a true and correct copy of Exhibit
"O" of document 52, filed 1 April 2022, of this litigation, representing the true
and correct copy of the SEC regulation D filed for Hercules SEZC another of
the many multitude of conflicting representations of Craig Alan Brand
involved in the tangled web of companies which Brand represents and directly
connected to Chad M. Koehn and UCM

24. The URL or Uniform Resource Locator to the document referenced in (23)
above which is also attached as Exhibit "O" of document 52, and attached
hereto as Exhibit "J" referencing Exhibit "O" of Doc. 52 is also found readily
on line at the URL:

https://www.sec.gov/Archives/edgar/data/0001736447/000173644718000001/
xslFormDX01/primary_doc.xml

25. Exhibit "K" attached herewith is a true and correct copy of Exhibit "N" of
document 52, filed 1 April 2022, depicting the true and correct copy of the

==================================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 18

SEC regulatory filing for Anthem Holdings Company, which is also referenced as a conflict of interest between CHAD MITCHELL KOEHN and UCM in disclosure documents already noticed for JUDICIAL NOTICE in this litigation

26. Though all documents contain "hyperlinks" allowing the Court to take quick confirmation of the documents contained in Exhibits and thus take JUDICIAL NOTICE as to the facts as attested to herein, the Regulatory filing for Anthem Holdings Company referenced herein above at (25) which also references the attached Exhibit "K" which is a true and correct copy of Exhibit "N" of document # 52 the regulatory filing can also be found at:

https://www.sec.gov/Archives/edgar/data/0001830762/000183076220000001/xslFormDX01/primary_doc.xml

**JUDICIAL NOTICE is requested** as to all of the above FACTS and to the Attached herewith Exhibits as well as the material changes to web addresses of the previously submitted exhibits where it is alleged upon information and belief that CRAIG ALAN BRAND is actively using the litigation here and information he is able to gleam and/or ferret out to actively HIDE, CONCEAL and Misdirect the opposing party, DEFRAUD the Court of discovering the TRUTH in the Tangled Web of DECEPTION orchestrated by Craig Alan

Brand on behalf of Chad Mitchell Koehn as it relates to HeraSoft and Anthem Holdings Company and all their respective subsidiaries. Certainly the FACT that Craig Alan Brand makes such wild stories and narcissistic biographies of pure fiction in order to bolster his fragile"ego" and assist in entrapping unsuspecting clients into his tangled web of companies, tax evasion jurisdictions, inclusive without limitation of the GRAND CAYMAN ISLANDS and Luxembourg and Costa Rica as referenced in the litigation against Craig Alan Brand client AG HERC Inc. and Hercules SEZC (the CryptoCurrency Stock Coin, distributed from an ICO [Initial Coin Offering] to more than 14,500 investor addresses) given the lawsuits as referenced herein above and the fact as outlined herein above and the Exhibits previously made as they relate to claims by **Chad Mitchell Koehn to be involved in the worlds largest barter network and be a BITCOIN investment advisor**, demonstrates clearly why the IRS CI is so interested in CHAD MITCHELL KOEHN and his name appearing connected with so many barter transactions, BILLIONS in BITCOIN and Bitclub and so many tangled web of companies as referenced herein above and connected along with Craig Alan Brand, those BARTER transactions of Chad Mithcell Koehn and his Bitcoin Billions involvement of Chad Mitchell Koehn's suspected burning of evidence given the suspicious fires, and hidden criminal charges. Koehn's long and storied history as a Klansman, and his staunch support of the Westboro Baptist Church and the Patriot Front, give pause as to why it is essential that the information contained in the public files as referenced by so noticed by this Court for use

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 20

here in this litigation and the dozens of litigations to follow and be so pursued

simultaneously hereto.  Chad Mitchell Koehn's long and storied history of sexual

aggressions as outlined within the pages of this litigation and as charged by his multitudes of

victims as described in the litigation files of Chad Mitchell Koehn's attack against

Christopher Giroux and those litigation files so properly and necessarily sought outlining

Chad Mitchell Koehn's long and storied history forcing employees into untenable situations

and then forcing confidential settlements upon them so that Chad Mitchell Koehn can avoid

going to the Judge he claims is "bought and paid for" if those victims were ever to bring

forth charges from the sexual aggressions made.  It is essential for the Court here to issue the

subpoenas as sought especially in light of Chad Mitchell Koehn's attack along side Craig

Alan Brand against yet another Black Female Judge, wherein Chad Mitchell Koehn now sees

the recusal of the second consecutive black female judge in substantially similar cases also

involving Craig Alan Brand, the last black female judge sought recusal and certain reprisal

by Craig Alan Brand have disfavorable rulings whilst Craig Alan Brand represented then

Anthem Vault Inc. which has a defacto conflict of interest with Chad Mitchell Koehn,

Anthem Holdings Company, UCM each conflicting interests to the other and only tied

together through their common representation through Craig Alan Brand.  There is no

wonder that the files of the sexual aggressions of Chad Mitchell Koehn are so necessary in

===============================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 21

face of the racist, misogynistic tendencies of Koehn and Brand to seek recusal of the Black

Female Federal Judge here and now in the US District of Kansas.

There can be no question that Craig Alan Brand, not only orchestrating the series of

legal entanglements against Nelson, seeks to hide, conceal and obsurfacate his connections to

a multitude of different clients in their tax EVASION schemes.

The proletarian pedestrian pro se defendant, proceeding on good faith, and armed

with information as presented herein and attached seeks JUDICIAL NOTICE of the facts so

that the truth may be ascertained by US and Foreign law enforcement in relation to many

multitudes of citizens from around the world that have lost everything to the criminal

investment schemes represented, created, curated and promoted by Chad Mitchell Koehn by

and through Craig Alan Brand and his multitude of simultaneous representations.

Let the Courts of the US work with foreign Courts around the world to track the

money, crypto currencies and investment schemes, outing the truth along the way. Let there

not be any more people who are forced into Taking their own LIVES. There have been too

many suicides from investment fraud losses connected to Chad Mitchell Koehn. Too many

deaths of opposing parties in cases involving Craig Alan Brand, stop the carnage, end the

deaths of innocent people who have had their lives destroyed by a man who exclaims to the

world:  "You can basically accuse anyone of anything, and that poor schlep now has to

defend him or herself against a lie. Defending a lie can be one of the hardest defenses ever."

===============================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 22

page 114 id. Craig A. Brand Esq. book: Life Sucks! Now Chad Mitchell Koehn wants that poor schlep to be the presiding black female federal judge.

Let there not be any more SUICIDES as a result of people having lost everything to Chad Mitchell Koehn and his tangled webs of deception in all the Tax Evasion Nations and Bitcoin and Crypto Currencies he has involved himself from BITCLUB to Anthem Holdings Company, Hercules SEZC, Westboro Baptist Church, Hercules LLC, AG Herc Inc., Anthem Gold, the Patriot Front, Lunargistics, CisLunar Exchange, Anthem Station (Space Station).

## PRAYER for Relief:

The pro se defendant so here and now so requests and prays for relief of this the Honorable US Federal District Court for the District of Kansas to provide Judicial Notice as previously requested and for the Federal Subpoenas as needed and necessary to prove the case of the SLAPP (Strategic Lawsuit Against Public Participation) petition filed by Chad Mitchell Koehn, now that Koehn has been forced by Orders of the Court to remove the RACIAL SLUR he had included therein and hurled at the pro se pedestrian proletarian counter-plaintiff. The facts sought for Judicial Notice are needed to materially advance this matter to its rightful ultimate conclusion without further homophobic rants, of the Westboro Baptist Church supporter Chad Mitchell Koehn and his evident white supremacy

bleiefs as a supporter of the Patriot Front in Kansas. There can be no doubt as to

Chad Mitchell Koehn's true feelings and the real intent behind his recusal demand

aimed at an African American Female Judicial Officer, a Federal Judge. It is

necessary to ascertain the truth via Judicial Notices combined with those other

notices so sought in good faith to have the logical truth be so exposed and expose

unto the world the SLAPP nature of the petition filed by Koehn, who seeks at

every turn to silence critics of his Bitcoin investment schemes. SLAPP litigation is

the scourge upon the face of the American Judiciary, Chad Mitchell Koehn's

hatred, bigotry, homofobia, and small mindedness cannot be allowed to grow

further and further containimate society with his beliefs that the RICH are all

powerful and the Courts are owned and run by the Rich to the detriment of the poor

who are destined to be enslaved, tortured and murdered at the hands of the Rich.

Chad Mitchell Koehn's obvious extreme egotistical beliefs of himself and his

money is exuded further in his sense of entitlement demanding his way or he will

use his money and hired mouth pieces (lawyers) to demand the recusal of Judges

that dare to Deny his wishes as he has procrastinated in filing of ordered reports

and he thinks together with Craig Alan Brand there can be no other reason for the

================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

- 24

denial of his motions other than the black FEMALE Federal Judge, must harbor

bias against him, cause she is black and therefore according to Craig Brand must

be poor therefore will have bias against the rich in favor of the poor, as Chad

Mitchell Koehn challenges the Federal Judiciaries commitment to the oaths of

office they take in order to execute the job positions to which they have risen and

are entrusted with the public trust.  As it is evident given the requests made for

Judicial Notice and those facts so entered upon the record together with the Federal

subpoenas so lawfully and dutifully requested in order to prevent manifest injustice

as now Craig Alan Brand seeks the recusal of the third African American (black)

judicial officer in a row, and the second African American (Black) FEMALE Judge

in a row, consecutively in case after case, demonstrating his material support and

commitment to Chad Mitchell Koehn's former Klansman days and his now support

of the Patriot Front and as a supporting member of the Westboro Baptist Church.

In the interests of substantial Justice and to prevent manifest injustice it is

therefore so here and now requested under Rule 201 for Judicial Notice of the

**Above referenced FACTS as enumerated herein and attached herewith,**

**INSTANTER.**

====================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc.
125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate
"HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell
Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft
- 25

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

<u>Respectfully Submitted, this 8th day of August 2022.</u>



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

===============================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft

## Certificate of Service:

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 8th day of August 2022.

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com |

==================================================================
Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft