# EXHIBIT

# "B"

# To Follow . . .

========================================================================
*Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this*
*sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice*
*made in doc. 119  Deliberate "HIDING" and Concealing of Material*
*FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to*
*HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft*







# HeraSoft.

HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT

HeraSoft.

## Company Timeline.

**2010**
First real-world
Bitcoin transaction

**2012**
Launch of gold
vaulting
facility

**2014**
Blockchain 2.0 is born,
referring to applications
beyond currency
Ethereum funded

**2016**
DAO launches,
raising an
Ether value of
more than
$150M

**2018**
Launch of earliest-known,
ransomware-proof supply chain
software application

**DECEMBER**
**2020**
Closing of $5.0M
Series A funding

**AUGUST**
**2019**
Completion of supply
chain pilot; launches first
catering company to use
blockchain to verify food
from farm-to-mouth

**APRIL**
**2021**
Launch of GoldFlorin
platform and
gold-backed asset
token; first European
government-
backed digital gold

**2011**
Formation of
online-based,
fractional-
ownership
gold vaulting
company

**2014**
Creation of first gold
cryptocurrency

**2015**
NASDAQ begins
blockchain trial
First Ethereum
block created

**APRIL**
**2019**
Launch of first
gold-backed
cryptocurrency
in the U.S.

**OCTOBER**
**2019**
Launch of first
enterprise
blockchain
solution to utilize
ERC-1155 in the
form of an
ERC-20 token

**MARCH**
**2021**
Launch of VIAFONE mall
sweepstakes; First
provably incorruptible
sweepstakes and chat
application

**2013**
Bitcoin marketplace
breaks $1B

**2017**
Raising of $630K seed capital
Development begins of
blockchain-based supply
chain software



HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT









HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT





HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT









HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT



We help enterprise and government organizations be more secure and gamification function faster at less cost.



HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT

First Name

Last Name

Email

Number

How Can We Help?

**SUBMIT**

## ABOUT.

At HeraSoftTM, we apply
distributed cloud,
ransomware-proof software
(RPSTM) to solve the world's
toughest enterprise and cyber

## EXPLORE.

HOME

COMPANY

SOLUTIONS

## CONTACT INFO.

≫ Sales Enquiry

≫ Corporate Enquiry

≫ Media Enquiry

in LinkedIn



more secure and function
faster at less cost.



CONTACT US

 Youtube

© 2021. All Rights Reserved. | HeraSoft.