# EXHIBIT

# "C"

# To Follow . . .

===============================================================================

*Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft*

# EXHIBIT

# "C"

# TO FOLLOW . . .

**Found at:**

https://herasoft.com/our-mission-gamification-enterprise-government-organization-2021/

With materially misleading "long tail" search optimized keyword rich string dated 2021



