# EXHIBIT

# "F"

# To Follow . . .

===============================================================================
*Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119  Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft*

# EXHIBIT

# "F"

# TO FOLLOW . . .

## Locations

**Primary**
501 SE Frank Phillips Blvd
Suite 102
Bartlesville, Oklahoma 74003, US
Get directions

Orlando, FL 32819, US
Get directions

London, GB
Get directions

Riyadh, SA
Get directions

Show more locations

## Employees at HeraSoft


**Gil Gilliam**
Chief Client Officer at HeraSoft


**Anthem Hayek Blanchard**
Chief Executive Officer at Hera Software Development


**Mike Moran**
Advanced Digital Project Management


**Austin Davis**
Bitcoin & Blockchain, Sustainability & Decarbonization.

See all employees