# EXHIBIT

# "G"

# To Follow . . .

===============================================================================
*Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft*

       

Home   My Network   Jobs   Messaging   Notifications   Me



# HeraSoft

Zero-failure, ransomware-proof data applications that ensure perfect data integrity through blockchain protocols.

Software Development · Bartlesville, Oklahoma · 278 followers

See all 37 employees on LinkedIn

+ Follow     Visit website ↗     More



Home   About   Posts   Jobs   People   Videos

## About

HeraSoft™ has solved the ransomware crisis by anchoring to the unhackable blockchain. Our SaaS suite secures any type of data, and works with existing cloud software to protect current systems. HeraStamp™ Tamper-Proof Time Stamp. The integrity of any type of data can be verified with absolute certainty! Proprietary tech... see more

Contact info

   Home    My Network    Jobs    Messaging    Notifications    Me

Funding via Crunchbase
Series A
US$ 5M

See all details

## Page posts

 

**HeraSoft**
278 followers
3mo • Edited •

"Train personnel across the organization against possible phishing, email and weblink att ...see more





**HeraSoft**
278 followers
4mo •

Smart contracts are far m traditional contracts and



**15 Smart Ways to Optimize Your Tech Investments as an SME**
herasoft.com • 2 min read

👍 6



**Timestamping & Smart C Traceable, and Irreversib**
herasoft.com • 3 min read

👍 5

       

Home  My Network  Jobs  Messaging  Notifications  Me

See all posts

**PREMIUM**

### Insights on HeraSoft



**Total employees**

30
15

Aug 2020   Feb 2021   Aug 2021

▲ **54%**
Total headcount growth
6 months

🕒 **1.4 year**
Median tenure

### Unlock more organization insights

Access employee, hiring, and job opening insights with Premium

**Try Premium for free**

### Pages people also viewed

       

Home
My Network
Jobs
Messaging
Notifications
Me

173 followers

Follow

**Anthem Vault, Inc.**
Mining & Metals
206 followers

Follow

**AeroVision.io**
Information Technology & Services
121 followers

Follow

See all similar pages

# People also follow

**BlackRifle Co**
Marketing & Advertising
516,963 followers

Follow

**The Democratic Coalition**
Political Organization

       

Home　　My Network　　Jobs　　Messaging　　Notifications　　Me

+ Follow



USA Unify 501(c)(4), Liberal Resistance, Progressive Power
Political Organization
55,417 followers

+ Follow

See all recommended pages