# EXHIBIT

# "H"

# To Follow . . .

===============================================================================
*Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft*

# crunchbase

## HeraSoft

⚡ CONNECT TO CRM     ⊕ SAVE

| Summary | **Financials** | People | Technology | Signals & News | Similar Companies |

## Highlights

**Funding Rounds**
1

**Total Funding Amount**
$5M

**Lead Investors**
1

**Investors**
1

## Funding

HeraSoft has raised a total of **$5M** in funding over **1** round. This was a **Series A** round raised on **Mar 12, 2021**.

HeraSoft is funded by **United Capital Management of Kansas**.

## Funding Rounds

**Number of Funding Rounds**
1

**Total Funding Amount**
$5M

HeraSoft has raised a total of **$5M** in funding over **1** round. This was a **Series A** round raised on **Mar 12, 2021**.

Which funding types raised the most money?    SHOW

# HeraSoft

CONNECT TO CRM     SAVE

| Summary | **Financials** | People | Technology | Signals & News | Similar Companies |

| Announced Date | Transaction Name | Number of Investors | Money Raised | Lead |
|---|---|---|---|---|
| Mar 12, 2021 | Series A - HeraSoft | 1 | $5M | United Capital Management |

## Investors

**Number of Lead Investors**
1

**Number of Investors**
1

HeraSoft is funded by **United Capital Management of Kansas**.

Which investors participated in the most funding rounds?    SHOW

| Investor Name | Lead Investor | Funding Round | Partners |
|---|---|---|---|
| United Capital Management of Kansas | Yes | Series A - HeraSoft | Chad Koehn |



| HeraSoft | CONNECT TO CRM | SAVE |

| Summary | **Financials** | People | Technology | Signals & News | Similar Companies |

New funding for us means more premium prospecting features for you. Try them out now!

START FREE TRIAL

© 2022 Crunchbase Inc. All Rights Reserved.





# HeraSoft

CONNECT TO CRM     SAVE

| Summary | **Financials** | People | Technology | Signals & News | Similar Companies |

