# EXHIBIT

# "I"

# To Follow . . .

===========================================================================
*Sur-Reply to Response Regarding HeraSoft Coding for Judicial Notice; this sur-reply is to doc. 125 a response to initially Filed Request for Judicial Notice made in doc. 119 Deliberate "HIDING" and Concealing of Material FACTS, by Craig Alan Brand and Chad Mitchell Koehn as the relate to HERA SOFTWARE DEVELOPMENT INC. a/k/a Hera Soft*

# EXHIBIT

# "L"

# To Follow . . .



354946

**PLAINT**



To the First Defendant:

HERCULES SEZC
McGrath Tonner Corporate Services Limited
5th Floor Genesis Building
Genesis Close
George Town
Grand Cayman

To the Second Defendant:

AG HERC, INC
Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle
Delaware 19808
USA

**THIS PLAINT** has been issued against you by the above-named Plaintiff in respect of