# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN | DOCKET NO.: 5:22-CV-04008-JWB-GEB |
|---|---|
| Plaintiffs, Counter-defendants v. Michael Nelson Defendant, Counter-Plaintiff PRO-Se. | CIVIL ACTION RESPONSE to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114 [Jury Trial Demanded] |

Defendant Counter-Plaintiff ("Nelson"), makes "SPECIAL & LIMITED

APPEARANCE" here and now for the purposes of filing **Response to Motion for Recusal of**

**Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital**

**Management of Kansas Inc.** and does now here so state:

Defendant and Counter-Plaintiff, Nelson, was neither consulted (conferred) with prior to

the filing of the motion for recusal filed by Chad Mitchell Koehn ["Koehn"] and United Capital

Management of Kansas Inc. ["UCM"], NOR was Nelson provided with a copy of the recusal

motion when filed. In fact Nelson had the need to write to opposing counsel and "beg" for a

copy of the recusal motion. Opposing counsel proffered excuses as to why he had neither

consulted with Nelson prior to filing and why Nelson was NOT provided a copy despite a

certification opposing counsel had provided a copy, when in fact he did not. Opposing Counsel

Christopher Kellogg had to send a letter with apologies for not sending the recusal motion, as has

been a common theme in the litigation where opposing counsel does not confer prior to making

=================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell
Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 1

motions and does not provide copies of documents, pleadings, motions, and other filings they make to the Court to the person of Nelson, thereby de facto having ex parte communication with the Court, and denying Nelson all basic fundamental fairness under due process rights in the litigation. Opposing Counsel Christopher Kellogg had to write on this occasion: "My apologies that these did not get sent to you on Friday." sending the recusal motion many days later after it was filed, indicating that his certification on the motion, he had sent a copy, was a fraudulent certification, as has been an ongoing persistent issue in the litigation.

**This document on the record of this public court proceeding in Federal Court, is neither a memorandum in opposition nor a memorandum joining the insidious ill placed metally defective, bigotry, misogynistic motion of Chad Mitchell Koehn and UCM demanding a sitting Federal Magistrate Judge recuse herself thereby effectively attacking the Federal Magistrates ability to uphold the OATH of the Office in which she has been selected, appointed and sits upon with the trust of the public in her ability to execute her position in accordance with the OATH by which she has entered the office and risen to the position in which she (Judge Birzer) now holds.**

Nelson as the opposing party towhich the insidious machinations are directed by the certainly misogynistic, homofobic, bigot Chad Mitchell Koehn as a legal strategy to attempt to rattle the Federal Magistrate to bring down the wrath of the Court, upon the proletarian pedestrian, pro se, peon, Nelson. IN order to further bury Nelson in meaningless paperwork and legal entanglements, as is evident from the beginning of Chad Mitchell Koehn's insidious machinations in his SLAPP lawsuit he filed replete with RACIAL SLUR of hate,

========================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 2

Chad Mitchell Koehn and his extensive armies of lawyers, attorneys and hired mouth pieces seek improper use of the Courts in order to silence any critic that dares exercise First Amendment Rights, in order to send a clear message to the world that if you choose to criticize the holder of your investments, or exercise public participation in public debate, you do so at your own peril. Chad Mitchell Koehn's entire recusal motion is aimed at a single factor, and that is simply put Koehn accuses the Federal Magistrate of violating the heart of her oath, as Koehn pulls the "wealth card", in believing he as the wealthy overlord can both do no wrong and is entitled as his wealth dictates to have Judges do his bidding.

The recusal motion comes on the heels of a denial of a motion for extension of time, a motion neither provided to Nelson nor discussed with him prior to its filing, a motion whose very timing of filing SCREAMS from the highest of mountains: PROCRASTINATION. Not surprisingly the Federal Magistrate DENIED the motion, Chad Mitchell Koehn is used to getting his way and believing the Federal Magistrate is nothing more than a slave. A SLAVE who is wearing borrowed robes, as Chad M. Koehn believes he is entitled to ONLY a MALE Judge who is a WHITE MAN, not a woman, not a minority, Chad Koehn DEMANDS a WHITE MAN to serve at his beck and call, as he is the wealthy tyrant who demands Judges shall do his bidding, as he is accustomed to with his "bought and paid for judge" of Saline County. Chad Koehn exudes his bigotry, misogyny and certain disdain for women in power, as is evident from the multitudes of sexual aggression settlements he has been forced to entered into, in order to avoid criminal charges. Chad Mitchell Koehn in his

unwavering support of the Patriot Front and a supporter of Fred Phleps Westboro Baptist Church seeks to remove from his path any minority who he unilaterally sees as less than human, demanding any person who is not a white anglo saxon male (WASP) be immediately dismissed from his seat of honor in his mind.   Chad Mitchell Koehn has not a problem using words of division and HATE in legal pleadings, even in naming conventions of companies.

Chad Mitchell Koehn as described in court records exudes hatred of women and minorities, it's no wonder he seeks the recusal of an African American female Federal Judge. It is curious this is the **SECOND CONSECUTIVE Black Female Judge**, in substantially similar cases involving **Craig Alan Brand**, where Brand has been involved claiming a Black Female Judge is "incapable and/or unwilling" to control proceedings and demonstrates bias towards the poor.  It is uncanny that precisely the same, exact phrases are used in the recusal motion here, against Federal Magistrate Birzer, and the precisely same phrases are used by Craig Alan Brand seeking the removal of a Black Female Judge in the NEVADA case. Brand seeking appeal from the African American judicial officer in Nevada, made precisely the same argument with the same phrases as used in Chad Mitchell Koehn's recusal demand of Federal Judge Birzer.  Where Craig A. Brand sought to recuse a NEVADA Black Female Judge in the same manner in the same phrases, claiming she is "incapable and/or unwilling" to be impartial, and now in Kansas Craig Alan Brand is involved and seeks the same against the African American Female Judicial Officer not in Administrative or State Court, but now in FEDERAL COURT in Kansas.   Brand and Chad Koehn look at Kansas the same, as a

stomping ground for hate groups they support, from the Westboro Baptist Church (WBC) to

the Patriot Front, nothing less than a White Anglo Saxon Protestant (WASP) MALE will

serve their bidding.   Certainly there is a patterned history of attacking the credibility of

African American Female Judicial Officers, in cases involving Craig Alan Brand history

demonstrates this fact.   It is remarkably scary to believe Chad Mitchell Koehn with his

obvious and evident extreme views against minorities and other protected classes of people is

able to make such an insidious attack using such fantastical imagination as to challenge a

sitting United States Federal Judge's integrity and sacred honor in upholding the office to

which she has been appointed, entrusted with public trust to execute according to her oath.

      The Motion for Recusal made by Chad Mitchell Koehn and UCM strikes at the heart

of challenging the presiding Federal Jurist, Federal Magistrate Judge Gwynne E. Birzer's

ability to execute the oath of the position to which she has been appointed and entrusted by the

public to execute upon the OATH of her office.  As it is a scary prospect that on the heels of

demanding the recusal of the Federal Judge, Chad Mitchell Koehn states through Craig Alan

Brand he also seeks not just protective orders in the case, but now seeks to "SEAL" the entire

record, asking for leave to file motion to Seal an entire already currently public Federal Record.

The fact that Chad Mitchell Koehn launched a SLAPP (Strategic Lawsuit Against Public

Participation) **state petition replete with racial slur**, and now after attempting at every filing to

violate the long standing laws created by the US Congress under constitutional authority as

embodied in the Federal Rules of Civil Procedure, after having a motion denied, which was

neither conferred with nor provided to the opposing party, Chad Mitchell Koehn jumps up to say

===============================================================================

Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell
Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 5

the denial of the motion for extension of time to file a report, which as filed is no different than it was the last day it was discussed in Rule 26(f) conference, to be some sort of proof that the Federal Magistrate harbors bias. **To all reasonable persons viewing the same set of facts, it is evident and obvious even to a fifth grader that the reason for denial of Chad M. Koehn's motion is that the Federal Court <u>was not about to reward PROCRASTINATION</u>.** Koehn <u>asked for an extension of time after having two and a half months to prepare a report</u>, which his own attorneys treated as a "drive-by perfunctory event" in direct contravention of Court Orders.

Recusal is ultimately a personal decision of the Federal Magistrate, as referred by the presiding District Court Judge to her personally to rule. As the opposing litigant in the matter Nelson does so herein and now submit his opinion and recitation of the facts of the case, **to be placed as part of the public record of this litigation,** prior to a decision by the Federal Magistrate. **<u>Who is the only person to speak for herself and her integrity, honor, soul, oath.</u>**

This case was originally filed as a State Petition, the petition is alleged to be a SLAPP petition (SLAPP = Strategic Lawsuit Against Public Participation), the original SLAPP state petition included a known Racial SLUR, aimed directly at Nelson, titling Nelson as the name of the RACIAL SLUR. Nelson removed the case hereto the United States Federal Courts, for cause, involving Federal Questions, and under diversity of citizenship as pursuant with Federal Law. The case was RANDOMLY assigned the Federal Magistrate and the District Court Judge as per the protocols of the US District of Kansas. Opposing counsel from the moment the case was properly removed hereto the US District Federal Court for the US District of Kansas, first saw one of the two licensed attorneys who authored and signed the originating petition replete

================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 6

with a known RACIAL SLUR included in the originating SLAPP styled state petition, **withdraw immediately as a mea culpa with mens rea for the inclusion of the Racial Slur in the SLAPP styled state petition**, that attorney QUINN ROBERT KENDRICK, filed his motion for withdrawal, a de facto mea culpa withdrawing from the case; just one day after Nelson filed a Motion aimed at receiving relief from the Civil Rights Violation, the purposeful use of a RACIAL SLUR in place of his given name.  The petition replete with racial slur was filed and authored by Quinn Robert Kendrick, who knew what he and Larry Gene Michel had written and immediately Quinn Robert Kendrick performed a mea culpa via his withdrawal from representation and his colleague Larry Gene Michel, started firing back at a rapid pace, repetitive motions to the Court without first complying with FRCP Rule 7.1(a) nor 7.1(b).

Larry Gene Michel continued with rapid paced motions to the Court, and purposefully did not send copies of those motions to opposing party Nelson!   Larry G. Michel's litigation strategy from the beginning of the litigation **was to first violate Federal Rules of Civil Procedure,**  Rule 5, and then to violate Rule 7.1 ad nauseam both violating 7.1(a) and (b) in a multitude of filings and then purposefully violate Federal Rules of Civil Procedure Rule 5, by purposefully, knowingly, willfully, wrongfully and illegally not noticing nor providing copies of the filings he was making to the Court to the person of Nelson, the opposing party.

Having licensed attorneys for Koehn and UCM directly violate multiple Federal Rules of Civil Procedure from the very first filings after removal, and continue to do so repeatedly making a multitude of repetitive woefully deficient filings not in conformity with either the Local Rules of the Court, the Federal Rules of Civil Procedure, certainly violating the tenants of the Pillars of

Professionalism and absolutely violating many multitude of Rules of Professional Conduct, is how this litigation began from the very moment the SLAPP styled State petition was removed to the US Federal Courts.  Judge Birzer has attempted with grace to tolerate the willful, purposeful, wrongful, illegal filings of the attorneys who are licensed before the Court.

Opposing Counsel continued to try to fight the removal of the SLAPP styled state petition, replete with RACIAL SLUR, to Federal Court.  Finally after nearly 3 weeks, Larry Michel finally agreed the case was removed to Federal Court.  Federal Magistrate Birzer, set a hearing and then entered an order, requiring Nelson to provide statements to the Court, after which Federal Magistrate Birzer, **found the case to be properly REMOVED to the US Federal Courts**.  Opposing Counsel did not stop their flagrant disregard for the Federal Rules of Civil Procedure, by constantly filing documents to the Court and neither notifying nor providing copies of what they filed to the Court to Nelson.  Attorney Craig Alan Brand was proffered as pro hac vice counsel, via a deficient motion which lacked in verification as to truthfulness and accuracy of **an affidavit proved as perjury riddled** filed by Craig Brand, the court recognized the "played fast and loose at number six", and instead relied upon the then good reputation of the law firm of the opposing counsel, **ignoring the perjury riddled affidavit of Craig Alan Brand.** Though Federal Judge Birzer did comment on the record that Craig A. Brand "played fast and loose at number 6" of the affidavit he filed under the pains and penalties of perjury.  Later the US District Court Judge, relied upon a certificate of good standing good for the day it was issued in February 2022, in granting the pro hac vice status of Craig Brand in the matter at bar, effectively throwing out the Court's own rules with regards to application of pro hac vice counsel in the US

================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell
Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 8

District of Kansas.   Having the Court through both Judge Birzer and US District Court Judge Broomes ignore in its entirety the Local Rules of the Court and instead allow an alternative "made up set of rules" as the means of allowing Craig Brand to appear pro hac vice.  This established what opposing counsel believed would be its strategy in the litigation going forward. To continue to ignore all Local Rules and Federal Rules of Civil Procedure and as opposing counsel well demonstrated from the very first filings in the matter, that opposing counsel would be allowed to ignore Local Rules, the Federal Rules of Civil Procedure, the Pillars of Professionalism and ignore all tenants of the Rules of Professional Conduct all in their entirety!

The case continued at rapid pace with opposing counsel, well positioned in their collective belief that the Local Rules, Rules of Professional Conduct, Federal Rules of Civil Procedure, Pillars of Professionalism all matter not to them!   They need not follow any of their obligations or Rules, as they are the elite and their opposition is nothing but a poor, impoverished, proletarian, pedestrian PEON, as they were successful in skirting the rules regarding admission of Craig Brand pro hac vice, no rule, statute, code or law applies to their representation or client.  Yet, opposing counsel sought to hold the pro se pedestrian, proletarian, non-legally educated nor experienced Nelson to the letter of the law and the rules which they themselves need not follow as they were successful in not complying with the Local Rules, Federal Rules of Civil Procedure or Rules of Professional Conduct nor Pillars of Professionalism since the onset of the removal of the case to the Federal Courts.

Opposing counsel demanded Nelson be admonished to follow rules, which Nelson had read for the first time ever, and the Federal Magistrate Birzer bowed her head in compliance and

did their bidding at their beck and call, admonishing Nelson, whilst deliberately NOT admonishing any of Larry Michel, Quinn Kendrick, Craig Brand or Chris Kellogg's improper behaviors. Nelson was reading for the first time complex rules and counsel continued to berate Nelson, by filing motions and pleadings and not providing copies to Nelson, violating all fundamental rules of fairness and due process. All Nelson received from Federal Judge Birzer, was for Judge Birzer to "SUSTAIN" his objection to not receiving copies of what opposing counsel filed with the Court. Judge Birzer had the necessity to ORDER opposing counsel to send copies of what they file with the Court to Nelson, something which the FEDERAL RULES OF CIVIL PROCEDURE ALREADY REQUIRES. This further instilled in Chad Mitchell Koehn the belief his money could buy any result he wished.

Koehn and UCM continued their legal shenanigans continuing in flouting the Federal Rules of Civil Procedure, Local Rules of the Court, **the pro hac vice attorney Craig Alan Brand, took it upon himself to deliberately, knowingly, unethically, immorally, and illegally mislead the Chambers of presiding Jurist Federal Magistrate Birzer and opposing party Nelson, by** responding to an email from Chambers, not from the email address of record for Brand with the Court, which Judge Birzer Chamber's had sent an email to the parties, as well articulated and described in Documents 52 and 57. Craig A. Brand replied from an email address not on record with the court and an email address which **Craig A. Brand knew** the defendant Nelson should have no contact with whatsoever, due to an erroneous standing order at the time of an inferior court in another state. Craig Alan Brand DELIBERATELY used DECEPTION as an attempt to have Nelson, violated for communicating with "HERASOFT",

===============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 10

because of Craig A. Brand's DELIBERATE DECEPTION, Nelson must remain on heightened

guard and alert for further DECEPTIVE acts by Craig Brand and the other lawyers representing

Koehn and UCM.   Craig A. Brand responded to the email from Chambers with the email

address craig.brand@herasoft.com as **Brand's ill conceived plan was to get Nelson to**

**inadvertently violate an order in another court** by responding to the email address.

None-the-less Craig Brand attempted to get Nelson violated for having communication with the

@HERASOFT.com TLD (top level domain) through the fraudulent email sent by Brand, even

though Nelson NEVER responded to the TRAP.  Because of Craig Brand's deliberate deception

he, Brand continues to cause increasing consternation and because of Brand's MISCONDUCT

the costs to the parties and the Courts continues to spiral out of control not in conformity with

FRCP Rule 1, therefore because of Craig Brand's MISCONDUCT in his purposeful

DECEPTION the parties are disadvantaged, as Brand violated with impunity FRCP Rule 1.

The sending of this email cemented in the mind of Nelson, his advisors, law enforcement

and others that under no circumstance can Nelson receive electronic service of pleadings,

motions or any other filings in the matter.  Nelson had previously withdrawn Motion in

Document 3, a motion for electronic service, by filing Document 35 a withdrawal of document 3,

prior to it being ruled upon by the Court.  The involvement of Craig A. Brand in the matter at

bar, and Brand's purposeful misleading of Chambers and Nelson in the fraudulent email response

sent by Brand as complained of in documents 52 and 57, continues to cause extreme emotional

damage and increasing costs to the litigation.  Nelson may now NEVER receive electronic

notice, communicate with substantial communications with opposing attorneys or parties, all

===============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell
Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114
- 11

because of Craig Alan Brand's purposeful DECEPTION and MISCONDUCT at bar. Nelson has NEVER consented to electronic service under Rule 5 of FRCP in this matter, and because of Craig Alan Brand, Nelson now can NEVER accept electronic service as long as Craig A. Brand is involved. The involvement of Craig Brand in the litigation has caused this litigation to be neither speedy nor inexpensive and certainly not just, as Nelson's due process rights are persistently flouted by opposing counsel, Craig Brand's MISCONDUCT through his purposeful DECEPTION has violated the rights of Nelson and the rights of his purported clients.

Opposing counsel continued with their harassing litigation strategies both at bar and extra judicially harassing and antagonizing Nelson, into possible violations of the complex rules of the Court. O**pposing Counsel was ORDERED by the Court, as no Court should ever have the need to ORDER licensed professionals as attorneys, to obey and follow FRCP in regards to Rule 5**. The **Federal Magistrate had to file an ORDER, directly ORDERING opposing counsel to follow FRCP,** wherein opposing counsel was and is still under the mistaken belief they need not follow Local Rules, Federal Rules of Civil Procedure, Rules of Professional Conduct and can ignore the Pillars of Professionalism in their entirety.

Opposing counsel filed a motion to have Nelson held for sanctions, and sought an evidentiary hearing to force Nelson to accept an attorney of their choosing, appointed to represent Nelson, so they can effectively lynch Nelson, by passing as they have done throughout the proceedings all basic and fundamental rights to due process of law. In opposing counsel's motion for sanctions, opposing counsel requested **as NO COURT HAS EVER DONE**, for the total elimination of all safe harbor provisions of law, suspension of due process rights,

=================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 12

suspension of all Constitutional Rights, elimination of the Rules of the Court, as if to retroactively make it ok that Brand, Kellogg, Kendrick and Michel violated with impunity every rule of the Federal Rule so Civil Procedure, Local Rules and Rules of Professional Conduct. Koehn and UCM through their counsel have sought as NO COURT HAS EVER DONE, to hold emergency sanctions "instanter" against a pro se proletarian, pedestrian, peon defendant, seeking unfair and certainly illegal actions, where they need not follow any rules but hold Nelson to complexities of law outside of the Rules.

**It is noted here that the term "peon" is defined by Oxford Dictionary as a "noun" for "a Spanish American day laborer or unskilled farm worker", Nelson so submits that he can use the term peon in description of self, and it is NOT a racial slur, it is actually found in the dictionary. Unlike the KNOWN RACIAL SLUR used in the originating SLAPP Styled petition reviewed for form and substance by Chad Mitchell Koehn and UCM and authored and signed by two Kansas State licensed attorneys.**

Chad Mitchell Koehn and UCM did cause a known racial slur "BEAN" to be directed at Nelson in the originating SLAPP styled State Petition. The term "bean" or "beaner" is the equivalent of a non african american person calling a african american (black person) NIGGER. The term "Bean" in place of the name of "Nelson " has no place in litigation and as used by UCM and Koehn in the underlying SLAPP styled state petition was objected to vehemently as it should. In fact, presiding Judge Birzer had the necessity to ORDER the term "bean" be removed from the underlying SLAPP Styled State petition. Judge Birzer had to take the <u>unusual steps finding the necessity to ORDER that opposing counsel,</u> and Chad Mitchell Keohn and UCM now

===============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 13

counter-defendants refer at all times to Nelson, by his given name "Nelson" and to never again refer to Nelson by derogatory racial slurs in legal pleadings. Counsel who actually follow the rules and have basic human decency and ethics, would have IMMEDIATELY moved to correct and amend the SLAPP petition removing the RACIAL SLUR from the pleadings thereby minimizing the damages done by their wreckless purposeful inclusion of a RACIAL SLUR in legal proceedings. Counsel did no such thing, instead to add further insult and injury to already severe injured parties who were damaged by the Racial SLUR, the opposing attorneys, Chad Mitchell Koehn and UCM, flat out REFUSED to do the decent action and refused to file immediately to amend and correct the SLAPP styled petition, acting with indifference and direct defiance, as to say they can call anyone by any name they want in official Court documents! It took multiple hearings, and even an ORDER of the Court for Koehn, UCM and their attorneys to finally be FORCED by ORDER of the Court to remove the racial slur! Normal law adbiding attorneys, would have immediately removed the racial slur, if it were determined they made a mistake, or committed gross negligence. But not here, in the US District of Kansas, Chad M. Koehn, UCM, Larry G. Michel, Christopher Kellogg and pro hac vice attorney Craig A. Brand ALL did NOTHING, they never once moved on their own to REMOVE the racial slur from the SLAPP styled petition, instead the Court through the lawful actions of Judge Birzer had the necessity to ORDER the Racial SLUR removed from the pleadings. Because of the failure of Larry Michel to act immediately during the month of February and remove the Racial Slur, filings had to continue, during March, both Larry Michel and Chistopher Kellogg were attorneys for Koehn and UCM and NEITHER moved to remove the racial slur, as to say in Kansas, brown

================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 14

and black people are considered less than human and not worthy of basic human decency by those who privileged white people.   Througout most of April the slur remained, in April Judge Birzer had to ORDER it removed, finally on 26 April 2022, after the KNOWN racial SLUR remained in the removed action to FEDERAL COURT, for all of February, March and practically all of April, finally Chad M. Koehn and UCM were FORCED to remove the SLUR.

   The parties were ordered to conduct a Rule 26(f) conference in the matter, where Nelson prepared heavily for the conference, suggesting agenda items, preparing in advance reports, filing privately briefs on ESI (Electronically Stored Information) with opposing counsel, requesting a detailed and serious meet and confer as envisioned in the Federal Rules of Civil Procedure and in accordance with the guidelines created, produced, curated and promulgated by the US District of Kansas Federal Court.  **Opposing Counsel, Chrsitopher Kellogg kept referring to the meet and confer under Rule 26(f) as a perfunctory event, of no consequence nor importance, and takes simply half an hour to an hour to plug in some dates and is meaningless.**  Opposing Counsel kept stating they were "giving" an hour to the project, the meet and confer lasted one hour each day for two days the 11th and 12th of July, 2022, opposing counsel refused to participate in good faith as envisioned by the Federal Rules of Civil Procedure, Local Rules of the Court, Pillars of Professionalism and Rules of Professional Conduct. The report Koehn and UCM finally turned in was no different than it was 12 July 2022.

   Opposing party Koehn and UCM were responsible for submitting a report of the parties meet and confer under Rule 26(f), due on 26 July 2022, on Monday 25 July 2022, just one day prior to the due date of the report and **without conferring with Nelson, as required** and

================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 15

**previously ordered,** Koehn and UCM filed a motion for extension of time to file the report, **the motion that was also never provided to Nelson as per Federal Rules of Civil Procedure** so **requiring the motion to be provided to Nelson**. Federal Magistrate Judge Birzer DENIED the motion for an extension of time, as any reasonable person would surmise the motion filed by Koehn and UCM cries out PROCRASTINATION. The Chambers of Federal Magistrate Judge Birzer emailed Nelson a copy of the denial, stating the motion asking for more time was document 97 and the order denying the motion was document 100. Nelson was immediately alarmed by the numbering provided of the documents, and objected as is his right and is dutiful, as Nelson once again had not been provided a vast number of documents which apparently have been filed by Koehn and UCM and once again in direct contravention of the Courts Orders and in direct contravention of the Federal Rules of Civil Procedure have not been provided to Nelson.

      **On Friday 29 July 2022, Chad Mitchell Koehn filed a verified affidavit, filing under the pains and penalties of perjury on behalf of himself Chad Mitchell Koehn and UCM as its chief executive officer**, a change from previous positions alleged as the Chief Compliance Officer and owner of UCM, charging that he (Chad Mitchell Koehn) feels Federal Magistrate Judge Birzer is not impartial. Chad Koehn essentially charges that Federal Magistrate Judge **Birzer lacks in integrity and honor worthy of serving before the US District of Kansas Federal Court**. Chad Mitchell Koehn's direct attack against the integrity and honor of the Federal Magistrate, appears founded upon Chad Mitchell Koehn's belief that the Federal Magistrate Judge harbors partiality in the proceedings, and cites among his reasons the Federal Magistrate Judge's Denial of the motion for extension of time to complete the report of the

===================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 16

parties, which was filed just one day prior to its due date, was neither discussed with Nelson nor provided to Nelson, and screams to the Court and the public at large PROCRASTINATION and now entitlement wherein Chad Mitchell Koehn, and his wealth did not get what he demanded of the Court due to his procrastination.   Koehn immediately jumps to say the Federal Magistrate must be biased because the Magistrate did not rule in his favor, even knowing of his extreme wealth, Koehn believes there are rules and laws for the poor, however, Koehn believes his money BUYS Justice.  Just as Chad Mitchell Keohn **proclaims to have a judge in his pocket** and informants say **Koehn brags he has "judges bought and paid for.".**

   No other attribute is more hated and met with more disgust in litigation than PROCRASTINATION, the obvious and evident procrastination of Koehn and UCM combined with the violations to the Federal Rules and direct contravention of the Orders of the Court by Koehn and UCM neither providing a copy of their motion nor discussing the motion prior to filing with Nelson, demonstrates clear violations to due process rights of Nelson.   It appears Chad Mitchell Koehn believes every filing, motion and demand he and UCM has placed upon the Court must be granted, due to his overwhelming wealth as compared to the impoverished pro se proletarian pedestrian, peon, Nelson.  **Koehn blames the Federal Magistrate for not allowing Koehn and UCM's collective litigation tactics and wealth to dictate how the Court rules.**  The Court erred NOT in denial of the motion for extension of time, nor did the Court error in denying the motion for sanctions, wherein **Koehn and UCM asked for the Court to do as NO COURT HAS EVER DONE,** to eliminate all safe harbor provisions of law and rule and to attack Nelson's ability to represent himself at bar at present, demanding Koehn and UCM

=================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 17

unilaterally appoint an attorney to Nelson so he can be lynched without due process like in the days past, where a mob could just lynch a minority man slinging a rope around a tree branch, dispensing with any form of justice.  Koehn's demand for recusal is situated to pit rich against poor, directly attacking the Oath of Office which the Federal Magistrate swore upon.

Chad Mitchell Koehn in his perjury riddled affidavit supporting his motion for recusal states Document 19 should never have been filed yet it was withdrawn even before it was ruled upon, as it was moot.  It is Chad Mitchell Koehn who is shamelessly increasing costs to the litigation, by the excessive filings, harassment thus necessitating the inability for Nelson to participate in electronic filing and electronic notices in the action, due directly to the bad faith and misconduct of purported attorney Craig Alan Brand, deliberately, knowingly and purposefully and illegally sending erroneous and misleading email to Nelson and Chambers of presiding Jurist Federal Magistrate Birzer attempting to mislead the Court and Nelson replying from Craig.brand@herasoft.com to attempt to have Nelson violate an underlying inferior Court's order, see documents 52 and 57 and their attachments, which also happen to be documents that Chad Mitchell Koehn claims as examples in his laundry list of feeble complained of filings, including complaining of filings made by Nelson which are aimed at conservation of judicial resources and lessening the burdens upon the parties for example:  Document 37 a notice of withdrawal in the interests of conservation of judicial resources.   Koehn even takes aim at Nelson filing motions to dismiss the SLAPP styled litigation, as to say the Court should prevent Nelson from defending and prevent filings made by Nelson which would materially lead the matter to swift determination in compliance with FRCP Rule 1.   Chad Mitchell Koehn proclaims

both **his ignorance of the proceedings and demonstrates clear willful PERJURY in violation of the sworn oath he affixed his signature; wherein Koehn claims Documents:   47, 48, 51, and 51-6 are before the Federal Magistrate,** when in fact those documents are in response to APPEALS to the District Court**,** and are absent any involvement of th**e** Federal Magistrate **at all. In fact Chad Mitchell Koehn and UCM have not appealed a single ruling or recommendation of the Federal Magistrate**.  Koehn instead misuses the mechanism of recusal as a replacement for an appeal of a recommendation or order.  **Utilization of a motion for recusal when the record is absent a single appeal demonstrates clear willful bad faith and certain judicial misconduct questioning the integrity and honor of the Court itself.**

"Magistrate Birzer has ruled multiple times that the Parties shall refrain from the filing of Motions", whilst true in part, Koehn attempts to mislead, misdirect the Court and **commit perjury** in doing so by claiming that the moratorium on motions has continued uninterrupted during the litigation, which is neither accurate nor true.   Chad Mitchell Koehn, the "rich" person against the "poor" impoverished pro se Nelson, has a multitude of attorneys who are presumed knowledgeable in the law, and nothing in the docket reflects Koehn's assertion to be true at all.

At numbers 8 and 9 of page 6, of the presumed complete affidavit of Chad Mitchell Koehn, he complains regarding a motion he had filed on behalf of himself Chad Mitchell Koehn and UCM, which was neither provided to Nelson nor was Nelson conferred prior to its filing.  In fact Nelson was totally caught by surprise as to the filing of the document, seeking at the 11th hour the day before the report of the parties was due from the rule 26(f) conferences for an extension of time to file, **demonstrating clear procrastination** if not outright judicial

===============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 19

misconduct and certain inability of time management on the part of Koehn's multitude of attorneys hired in this frivolous SLAPP petition cause.   The fact the Federal Magistrate Judge Birzer, was not inclined to extend time to file the report, wherein Koehn's attorneys filed a report which was no different than was completed on 12 July 2022, demonstrates clearly where the motion for extension of time was nothing more than a delay tactic, demonstrating via clear and convincing evidence that it is Koehn and UCM who continue to increase the cost of the litigation and seek untoward delay and consternation, making the litigation neither just, speedy nor inexpensive, as the now proof positive with preponderance of clear and convincing evidence now on the record proves, it is Koehn and UCM who continue to cause unnecessary delays, increasing costs and not providing for the just, inexpensive and speedy determination of the matter at bar, in violation of FRCP Rule 1, just as now they seek judicial abuses of process and malicious filings seeking the recusal of a Federal Judge by challenging her integrity and honor.

Chad Mitchell Koehn shamelessly attempts to claim that a defendant should be barred from Objecting to pleadings and unethical actions at bar, and should even be barred from defending the action by filing a motion to dismiss in his laundry list of so-called examples of filings the defendant should not be allowed to make.   Chad Koehn seems to state to the court in his feeble attempts at citing examples, to believe simply because the defendant is pro se, he should be barred by the Court from filing motions, should be barred from filing withdrawals of motions, should be barred from filing Motions to Dismiss, and seeking relief from the court.

Only the Federal Rules of Civil Procedure provide any possibility of fairness and due process, and as such the Federal Rules have been flagrantly flouted at every turn by Chad Mitchell Koehn and UCM, purposefully denying Nelson basic fundamental rights of due process of law, constantly violating FRCP, Local Rules, Pillars of Professionalism and Rules of Professional Conduct.   Chad Mitchell Koehn, knowing he is wealthy, believes incorrectly in

Craig Alan Brand's mantra that everyone is guilty until proven innocent and innocent only until they run out of money, therefore Chad M. Koehn believes since he has more money, he automatically should be granted every motion he demands and since Nelson is impoverished he should lose.   This belief which Chad Koehn exudes in his affidavit demanding recusal of Judge Birzer, directly attacks the VERY OATH of Office which Judge Birzer took upon her appointment 1 July 2015, to the current position she holds of public trust; wherein Judge Birzer SWORE on her sacred honor and integrity which Koehn now challenges, that she "Judge Birzer" would **"solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me";** Chad Mitchell Koehn's entire case for recusal is built upon pitting his wealth against that of the impoverished (poor) pro se proletarian pedestrian peon, Nelson.  It is exactly this that Judge Birzer took an oath to uphold the law regardless of wealth or poverty, thus being in direct contravention to Craig Alan Brand's proclaimed belief that the poor are automatically guilty and should be executed.

## DISCUSSION on RECUSAL
## of the Federal Magistrate Birzer from the Proceedings:

1. Federal Magistrate Birzer must decide the issue of recusal on her own, for only Federal Magistrate Birzer can know her thoughts of heart and conscience and know if she is no longer capable of executing her Oath of Office and executing her position of trust which the public has de facto entrusted her to provide guidance and judgment pursuant with the OATH she took to perform her profession upon which she was selected and appointed to serve the public.

2. **IF Federal Magistrate Birzer is unable to execute her profession pursuant** with her Oath of Office, wherein she is entrusted with the public trust in her profession and current position within the Federal Judiciary, then as Chad Mitchell Koehn and UCM have so charged that Judge Birzer lacks in the integrity and honor to adhere to her OATH of Office and the trust placed in her by the

public; **then simple recusal in this matter protects not the public**. *Judge Birzer must tender forthwith her resignation from the position of trust she holds before the public in the role as a United States Federal Magistrate.*

3. The charges levied by Chad Mitchell Koehn against Judge Birzer are aimed squarely and directly at challenging Judge Birzer's integrity as a judicial officer, and honor in upholding the office to which she has been selected. The charges as stated strike directly at the OATH of Judge Birzer's office and directly question Judge Birzer's integrity and honor under the OATH, as stated below.

4. The Charges as made by Chad Mitchell Koehn and UCM if found to be true by Judge Birzer's own heart and conscience then dictates Judge Birzer must as a matter of law, judicial conduct and for the protection of the Judiciary and the public at large immediately tender her resignation from the Federal Bench, as she will be ipso facto declaring she is incapable of adhering to her OATH of the office in which she has been selected to serve.

5. It is herein so respectfully reminded of the Federal Magistrate, and to be forever henceforth known by all who have the necessity in the public and media to read before this Honorable United States Federal Court, the pleadings and documents contained here, that the OATH of Office for a United States Federal Judge is embodied within Federal Law, as subscribed under the US Constitutional authority and made law by the United States Congress in accordance with the US Constitution: **28 U.S. Code § 453** **[note in law "his" is gender nonspecific]** *"Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office:"*

a. ***"I, \_\_\_\_ \_\_\_\_, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as \_\_\_\_ under the Constitution and laws of the United States. So help me G-d."***

      i. (June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)

6. Of paramount importance in the administration of Justice and the machinery of the American Judicial system is the integrity of the Judicial Officers upon which the highest order of public trust is so entrusted. As human beings we have no other means than the OATHs which we subscribe to in our heart and conscience. The perception of the public and the litigants in all cases before the Courts which Judge Birzer sits can be nothing other than a belief if Judge Birzer sees recusal according to the charges made by Chad Mitchell Koehn then Judge Birzer MUST as a matter of Judicial integrity immediately tender her resignation from the position to which she has risen.

7. Chad Mitchell Koehn on behalf of himself and UCM make not a charge that Judge Birzer is related to any of the parties, nor do Koehn and UCM make a charge that Judge Birzer stands to financially gain from the outcome of the proceedings, rather Chad Mitchell Koehn and UCM make a charge, embodied

============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 23

solely and squarely at the very OATH of office which Judge Birzer has sworn her sacred honor and integrity in the administration of justice.

8. The OATH of the Office for which Judge Birzer holds specifically requires of her to SWEAR and/or Affirm to: ***"administer justice without respect to persons, and do equal right to the poor and to the rich"***; it is this phrase in the OATH which Chad Mitchell Koehn directly challenges the impartiality of Judge Birzer. In the case at bar Nelson is impoverished (poor) and proceeding pro se, having not the financial might to hire the multitudes of law firms and lawyers which the multi-millionaire (rich) Chad Mitchell Koehn and UCM have hired. The charges made by Chad Mitchell Koehn and the form and procedure used to demand recusal, the recusal is not a simple recusal allowing Judge Birzer to simply recuse herself from the single case presented here at bar, but rather in the minds of the public and the public trust Judge Birzer choosing recusal, MUST immediately tender her resignation from the Federal Judiciary as a recusal here is acknowledgment she is unwilling and incapable as charged by Chad Koehn to execute the OATH of her office <u>"do equal right to the poor and to the rich".</u>

9. Chad Mitchell Koehn and UCM's charges against Judge Birzer attempt to challenge her impartiality, however, they do so by challenging it in respect to the differences between POOR and RICH, claiming Judge Birzer has formulated partiality based upon, the impoverished (poor) Nelson proceeding pro se, and Koehn and UCM proceeding with multitudes of attorneys and law firms (rich) this is the flaw of the recusal motion. Requiring Judge Birzer to resign from the

Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 24

Federal Bench for having violated her OATH as to "do equal right to the poor and to the rich".

## OPINIONS and FACTS

10. FACT: MAGISTRATE JUDGE BIRZER IDENTIFIES AS FEMALE

11. FACTS: The Honorable Gwynne E. Birzer, the sixth United States Magistrate Judge sitting in Wichita, Kansas, appointed to the bench on July 1, 2015. Judge Birzer was born in Kansas City, Missouri, raised in Kansas City, Wyandotte County, Kansas. She holds two degrees from Washburn University; a Bachelor of Arts in Criminal Justice received in 1989, and a law degree received in 1992.

12. Opinion: Chad Mitchell Koehn and Craig Alan Brand are both known misogynists who have regularly attacked women with hatred, as demonstrated herein below and in the plethora of cases they have been involved.

13. FACT: Magistrate Judge Birzer appears to be African American (Black)

14. FACT: Judge Birzer is the second consecutive Female Judge which Craig Alan Brand has been involved in substantially similar matters in NEVADA and now Kansas, involving the same parties, which has been attacked via a recusal motion and/or appeal demanding a replacement Judicial Officer.

15. FACT: Judge Birzer is the THIRD african american (Black) consecutive judicial officer that Craig Brand has been involved in substantially similar matters in NEVADA and Kansas, with the same parties, which has been attacked questioning their integrity and honor. IF recused Birzer will be the first in the long line of African Americans attacked by Craig Brand, to grant his wish to never deal with a Black person in a position of power over him.

16. Opinion: Craig Alan Brand has exuded statements of his personal belief that "blacks are less intelligent than whites" and Craig Alan Brand has made statements that women should not be allowed to serve as Judges in judicial proceedings, because women are "irrational and emotional".

17. FACT: Chad Koehn has a long and storied history of hatred towards women. Upon information and belief contained in the case files of Chad Mitchell Koehn and UCM vs. Christopher Giroux, which formal motion for subpoena of the records has been made, wherein those records should be reviewed in light of the recusal motion made by Chad Mitchell Koehn and UCM, document number: 118, titled: *"EMERGENCY Subpoena Request as to Depositions; Discovery Files and Sexual Settlements which are belived demonstrate misogyny tendencies of: CHAD MITCHELL KOEHN being a misogynist; these records are needed immediately to avoid a miscarriage of Justice involving a*

====================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 25

*Recusal Motion filed by Chad M. Koehn and UCM against presiding Federal Magistrate Birzer who is identifiable as a female, INSTANTER."*

18. Opinion: Craig Alan Brand has exclaimed orally that blacks (african americans) are less intelligent than whites, females are "irrational and emotional" and blacks should never be in any other position within the Judiciary than that of a defendant in criminal proceedings.

19. Opinion: The Motion for recusal is a shameless attempt to sway the favor and partiality of the Federal Magistrate, seeking to de facto cause the Federal Magistrate to act against the interests of law, rules, procedures and attack the pro se pedestrian proletarian peon Nelson, based solely upon his lack of financial resources to afford legal counsel thus forcing him to appear pro se in the matter, thus pitting the impoverished (poor) against the wealthy (rich), challenging the integrity and honor of a sitting US Federal Magistrate Judge. To say the recusal is not aimed at the Magistrate due to the fact she is a Black Woman in power over white men is to literally put the blinders on, and allow Craig Alan Brand to further proclaim as he does in his book "I Don't Care What Mom Says: LIFE SUCKS" by Craig A. Brand Esq. that **"Lady Justice is Blind. Blind to Justice."**

20. Fact: In addition to her judicial responsibilities, Judge Birzer is an adjunct professor in the School of Community Affairs at Wichita State University. She is an active member of the Wichita, Kansas, and American Bar Associations and a member of the ABA Fellows.

**The Recusal Motion contains Deficiencies of Procedure and is filed in DIRECT CONTRAVENTION of Standing Orders of the Court, of Federal Rules of Civil Procedure rising to to willful Misconduct in violation of the Rules of Professional conduct.**

1. The recusal Motion bears an inaccurate, false, certification signed by Christopher Kellogg a presumed attorney, the fraudulent Certification deems the pleading not lawfully before the Court.

2. Attorney Christopher Kellogg "CERTIFICATE OF SERVICE" is deficient.

    i. Kellogg did NOT send the recusal motion to Nelson on the day which he signed stating he had.

    ii. No order of the Court permitted Kellogg or any other attorney to seek any other service of the motion other than the service as stated in FRCP Rule 5(b), towhich Nelson has NEVER consented in writing to receive electronic service.

    iii. Kellogg's false swearing in the "CERTIFICATE of SERVICE" deems the filing made incomplete, not lawfully before the Court.

================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 26

3. Document 113-1, as submitted, is an incomplete document, as the page numbering is numbered: 1, 3, 5, 7, thereby being void of pages 2, 4, and 6.

4. Document 113-1, a sworn affidavit under the pains and penalties of perjury is obviously incorrectly states the name of "United Capital Management of Kansas Inc." stating the name as "Intited", the misnomer of "Initied" should be corrected to be "United" under the sworn under penalties of perjury declaration, which also bares what is recognized as one of the many, many trademark typos of Craig Alan Brand, indicating it is Craig Alan Brand who authored the document, wherein Craig A. Brand is incapable of using either spell check or just doesn't know the word "PURSUANT" is spelled with a "S" after the "R" of : "DECLARATION OF CHAD M. KOEHN PURUANT TO 28 U.S.C. § 1746"

5. Craig Alan Brand is obviously and evidentially the author of the document signed under the penalties of Perjury by Chad Mitchell Koehn, not surprisingly considering his long and storied history of attacking the Judicial integrity of Female Judicial Officers and Black Judicial Officers. The numerous typos in the document and phrases are precisely the same as in Brand's plethora of other actions against Female and Black Judicial Officers.

## RACE, GENDER, SOCIO-ECONOMIC STATUS - INTEGRITY - HONOR & OATHS

It is tremendously unfortunate that in society, those persons who are considered members of minority classes based primarily upon their race, color or creed are picked upon in inordinate numbers. It is unfortunate that the American Judiciary lacks an equal number of men and women in the positions of Judges, it is equally frustrating for minorities to learn they are overwhelmingly under-represented within the higher offices as Judicial Officers as compared to the numbers of which they make the population as a whole in the United States.

Minorities, inclusive without limitation of Native Americans, Blacks (African Americans), Spanish (Hispanics) and Asians (Asian Americans), must fight even harder when placed, selected and/or appointed to positions of power within our society. The fact that females are picked upon and aggressed towards within the Judiciary as Judges at a far greater rate than

==================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 27

men, as compared to the relative number of Judicial Officers is a travesty. The fact that

minorities as outlined herein above are attacked after they have overcome all the odds stacked

against them to rise to positions of power, influence, respect and HONOR within the Judiciary is

a travesty of our current society. Minorities having overcome the odds and risen to places of

distinction and honor within our government and systems of Justice have a moral and ethical

obligation to all others to be above reproach in their words, actions and deeds. It is evident and

obvious to the reasoned mind that Chad Mitchell Koehn's affidavit seeking the recusal of Federal

Magistrate Judge Birzer is an attack upon Judge Birzer based upon the color of her skin and her

gender, as a woman, as no reasonable person would believe given the docket of the matter at bar

that Judge Birzer is incapable or unwilling to uphold the OATH of the Office inwhich she has

been appointed. In fact Judge Birzer has sat upon the Federal Bench since the 1st of July 2015,

for more than seven (7) years, personally Nelson ponders how many times Judge Birzer's

integrity and sacred honor has been questioned demanding she recuse herself, during her more

than SEVEN (7) years upholding her Oath of Office and executing to the best of her ability.

**"Lady Justice is Blind. Blind to Justice."** says attorney Craig A. Brand in his book.

<u>Brand seeks to defame, and brand the Federal Magistrate Judge Birzer, a traitor to her OATH of</u>

<u>Office and lacking in all integrity to hold impartiality in the face of rich vs. poor</u>, as the recusal

motion obviously authored and orchestrated by Brand strikes squarely at the very OATH of

Office which Judge Birzer took 1 July 2015, upon being appointed to serve this great Nation

these the United States of America as the sixth United States Federal Magistrate in Wichita

Kansas of the United States District of Kansas Federal Courts. Brand goes on to exclaim in his

========================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell
Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114
- 28

book: **"You can basically accuse anyone of anything, and that poor schlep now has to defend him or herself against a lie. Defending a lie can be one of the hardest defenses ever."** Koehn and team see Judge Birzer now as the "poor schlep" forced by their shameless recusal motion to defend her honor and integrity against their lies propped up by their money.

Chad M. Koehn, Craig Brand, UCM, Larry Michel and Chirstopher Kellogg, a corporation consisting of all white people, and four white men seek through obvious and evident lies, to defame, disgrace, attack the moral character and integrity of the sitting United States Federal Magistrate, Judge Birzer, forcing her into the untenable position to choose recusal and thus mandating her immediate resignation or choose to refuse recusal and provide inordinate punishment against the pro se proletarian pedestrian peon Nelson, impoverished by the actions of Koehn and Brand where the Federal Magistrate may feel the need to overcompensate and provide inordinate punishment against the poor in order to appear impartial in the eyes of the wealthy who demand total control of the Courts and its Judges, who they, the wealthy believe are already bought and paid for as their servants to do their bidding and must rule in their favor at every turn, the wealthy believe their wealth gives them more rights than the poor slaves.

The decision thrust upon the Federal Magistrate in an untenable one, which no honorable Federal Judge should ever be forced to make, in the face of such outrageous and intolerable lies and deception spun from a tangled web of deceit by a team of lawyers assembled through tremendous wealth led by an attorney who proclaims to the world he Craig Alan Brand has "championed the art of disinformation" and that he Craig Alan Brand "intentionally provides people with false information." It is no wonder that Craig Alan Brand has been branded by the legal and law enforcement community as the "partner in deception" as referenced in arrest affidavits of his then law partner. The fact Craig A. Brand sets forth at length and in writing the exact method to accuse someone of a crime or of lacking in integrity and how it affects that "poor schlep" demonstrates clearly how Craig Brand's crafty incongruous recusal motion has been strategically filed to forever defame, disgrace and cause the public to question the judicial integrity of the presiding Federal Magistrate Judge Birzer, absent her refusal to recuse and strong

===============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 29

motion setting forth at length and in writing that she will not be subject to the lies and deceit of Chad Mitchell Koehn nor Craig Alan Brand and their cohorts and will not be bullied and stronarmed into tendering her resignation from the Federal Bench, for inability to uphold the OATH of office she swore to uphold by stating under sworn affirmation that she Judge Birzer will *"**administer justice without respect to persons, <u>and do equal right to the poor and to the rich</u>"**.

The recusal motion wants to punish Magistrate Judge Birzer for having integrity and seek to punish the pro se impoverished proletarian pedestrian peon defendant and Counter-Plaintiff Nelson, for simply the crime of being innocent and poor; as Craig Brand says: "**Today's legal system protects the wicked and taxes the innocent.**" id. Page 26

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285,* and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

<u>Respectfully Submitted, this 9th day of August 2022.</u>



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
==================================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114

- 30 -

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 9th day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===============================================================================
Response to Motion for Recusal of Federal Magistrate Birzer as demanded by Chad Mitchell Koehn and United Capital Management of Kansas Inc. in Documents 113, 113-1 and 114