# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc.** <br><br> and <br><br> **CHAD M. KOEHN** <br><br>     Plaintiffs, counter-defendants <br>v. <br>Michael Nelson <br><br>    Defendant; Counter-Plaintiff PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-GEB <br> **CIVIL ACTION** <br><br> **OBJECTION to Notice of Service of Process filed 4 August 2022** <br> **filed as:** <br> **"NOTICE OF SERVICE OF DISCOVERY REQUESTS"** Document 128 <br><br> **[Jury Trial Demanded]** |

Counter-Plaintiff and Defendant ("Nelson"), makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of filing **OBJECTION to Notice of Service of Process filed 4 August 2022** filed as: **"NOTICE OF SERVICE OF DISCOVERY REQUESTS", maked as document number 128** and does so state in Response to Chad Mitchell Koehn ("KOEHN") and United Capital Management of Kansas Inc. (UCMK):

On 4 August 2022, one week ago, Attorney Christopher J. Kellogg filed a FALSE notice to the Court, document 128, titling his FALSE and Fraudulent Notice: "Notice of Service of Discovery Requests". As of close of business today 11 August 2022, having now been noticed NOT by Christopher J. Kellogg of his

================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
**filed as:**
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS"** Document 128
- 1

filing of "Notice of Service of Discovery Requests", but rather being so noticed by a THIRD PARTY non-profit regarding the filing made by Christopher J. Kellogg to the Court, and NOT provided to the person of Nelson in **clear violation and thus DIRECT CONTRAVENTION of the Federal Rules of Civil Procedure and Local Rules of the Court.** The pedestrian pro se opposing party, should not have any need to rely upon third party non-profits to be noticed of filings made by attorneys who are licensed to appear before the Court, as they are presumably Court Officers, as the presiding Federal Magistrate has often opined that the attorney appearing before the Court in the matter at bar are ipso facto Court Officers, when a Court Officer LIES in Writing requiring a pro se, pedestrian, proletarian, non-legally educated, peon, citizen to complain and file formal OBJECTION as is now herein being made in these lines with this formal OBJECTION to the filing of Christopher J. Kellogg in document number 128, this screams at the public at large that in the US District of Kansas, pro se parties will be treated as less than human, and that basic and fundamental rights to due process of law will be ignored, the Federal Rules of Civil Procedure and Local Rules of the Court will be ignored. The rights of pedestrian, proletarian citizens of these United States of America, will be suspended and fairness in judicial equality will not be

===============================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 2

recognized of the pedestrian proletarians in these the United States of America, within the Judiciary of the US District of Kansas Federal Courts.

The proletarian pedestrian pro se, peon, Nelson, proceeding on good faith, and armed with information provided by THIRD parties, who are non-profits who monitor public Federal Court records, especially in matters of grave public health and safety concern as we have here in this matter now before the bar, having now been provided today 11 August 2022, with notice that Christopher J. Kellogg made an erroneous filing AGAIN, demonstrating further FRAUD upon the Court making false swearing and false certification of the same, claiming that on 4 August 2022, he, Christopher J. Kellogg a presumed licensed attorney in the State of Kansas, and licensed to appear before the US Federal Court for the US District of Kansas and thus to act as an officer of the Court, has made yet ANOTHER false statement in writing and signed by him Christopher J. Kellogg, claiming to have:

*"Plaintiffs/Counter-Defendants hereby certify that on August 4, 2022, Plaintiffs/CounterDefendants' First Interrogatories to Defendant/Counter-Plaintiff were served upon Michael Nelson pursuant to this Court's Order [Doc. 123] by U.S. Mail and by and electronic email at: Michael Nelson 9450 S.W. Gemini Drive PMB 90924 Beaverton, OR 97008-7105 oklahomaremote@gmail.com "* WHEN

=================================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
**filed as:**
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 3

in FACT, the pro se proletarian pedestrian, peon, Nelson has NOT received any such discovery requests, now a WEEK after the filing made by Christopher Kellogg.  NO Request as stated by Kellogg has been received via either electronic mail (email) nor been received via United States Postal Mail.

    IN FACT, Christopher Kellogg has NOT returned emails sent to him by the undersigned, Nelson, who has dutifully sought to confer prior to making motions, and requested a telephone conference with Mr. Kellogg, doing so in writing, last week, on 4 August 2022, one week ago, ending that short communication to Mr. Kellogg with the statement:  "When might be a good time we can confer via phone?"

    Mister **Christopher J. Kellogg now one week later has neither replied to that electronic mail request to meet and confer, NOR has Christopher J. Kellogg emailed ANY disclosure requests to Nelson, NOR has Nelson now one week later received ANYTHING via United States Postal Mail**.  The statements made by Christopher J. Kellogg are FALSE, they constitute false swearing, fraud upon the Court, they continue in a long and patterned history of fraud upon the Court, where Kellogg often claims to send copies

===============================================================================
**<u>OBJECTION to Notice of Service of Process filed 4 August 2022</u>**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS"  Document 128**
- 4 -

of what he files to the Court to the person of Nelson, yet Kellogg does no such thing. Here Christopher J. Kellogg makes a statement of fact to the Court one week ago claiming to have both "emailed" sent via electronic mail and having sent via USPS mail as all documents, pleadings and answers should be sent since the onset of the litigation pursuant with Federal Rules of Civil Procedure under Rule 5, without limitation.

Because of the persistent false swearing Christopher J. Kellogg is engaged in before the Court, he has now made and is making a mockery of the court proceedings, and himself as an Officer of the Court, as Court Officers should not LIE to a Court, especially LIE in writing to the Court.

Chris J. Kellogg #21651 has now herein document number 128, the OBJECTED to and complained herein "Notice of Service of Discovery Requests", Kellogg has now sought to purposefully, knowingly, wrongfully and illegally VIOLATE the Federal Rules of Civil Procedure, by affixing his signature to a false declaration. In direct CONTRAVENTION to standing Orders of the Court, in direct contravention to the Federal Rules of Civil Procedure Chris J. Kellogg commits multiple acts in defiance of standing Orders of the Court, multiple acts in

===========================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 5

violation of the Local Rules of the Court and the Federal Rules of Civil Procedure, the FALSE swearing and thus FALSE Certification regarding BOTH notice of the filing by filing document 128 to the Court, and the fact no "discovery requests" have been sent via either email (electronic mail) NOR United States Postal Mail, being it now one week later and nothing has been received, via email nor United States Postal Mail.

These gross violations of not only the RULES, Federal and Local continue ad nauseam without relief by the Court. Kellogg violates the Pillars of Professionalism worst yet is the FALSE swearing and False Certification is a now patterned history established by Chris J. Kellogg to purposefully, knowingly, willfully, maliciously, abuse legal processes, as an Officer of the Court to have now illegally LIED in writing to a Court of Law on multiple legal filings REPEATEDLY and CONSECUTIVELY.

When an officer of the Court LIES to the Court in writing, that Officer has committed FRAUD upon the Court. When an Officer of the Court commits FRAUD upon the Court the entire Judicial machinery must stop and pause, seeking to remove the "Court Officer" who would dare make a mockery of the Judicial Machinery by committing FRAUD upon the Court as Chris J. Kellogg has done

===============================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
**filed as:**
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 6 -

here, in the filing of the materially misleading "Notice", wherein no "discovery requests" have been sent by Christopher J. Kellogg via email nor has any discovery requests been received by United States Postal Mail.

The pedestrian, proletarian, pro se, peon, Nelson does hereby formally OBJECT to the filing of "Notice" made by Christopher Kellogg in document 128, as per the above herein receitations and does so here and now demand recourse by this Honourable United States Federal Court for the US District of Kansas. The time to answer discovery requests should atoll and not begin until the requests, of the limited nature as envisioned by the legislature in regards to the filed Motion to Dismiss the SLAPP (Strategic Lawsuit Against Public Participation) so does being.

The Court should further provide sanctions against the FALSE swearing and certifications made to the Court and make immediate referral to the Disciplinary Counsels office for DISCIPLINARY proceedings, as Christopher J. Kellogg both refuses to return email correspondence, engage in productive meet and confer as requested in writing, and now is found to have been filing yet MORE fraudulent notices and filings to the Court and not noticing the opposing party in violation of the Rules.

===================================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 7

**Not only does Christopher J. Kellogg file the materially false and misleading filing of "Notice of Service of Discovery Requests" on 4 August 2022, marked now document number 128, but also on 4 August 2022, Nelson, appearing pro se filed a formal kindly written letter via email to the email address for Mister Kellogg, imploring Mister Christopher J. Kellogg to follow the RULES and the ORDERS of the Court. In part that communication to Christopher J. Kellogg read:**

> *"Mister Kellogg you are an EagleScout, as such like myself we must hold each other to a higher standard of conduct in society. You are already held to a higher standard of conduct as your profession, what you profess to do in society is to be a lawyer or attorney, as such you took an OATH, you practice your profession pursuant with that OATH, which is in addition to your BoyScout OATH and our BoyScout LAW. I do not understand why you continue to purposefully violate the orders of the Court, purposefully violate my rights under the Federal Rules of Civil Procedure, violate my rights to due process, violate my rights under Local*

===============================================================================

*Rules, and certainly violate the Pillars of Professionalism. I am imploring you and beggin you to be an honorable man, according to all things you have sworn an oath upon, I am not as of this date filing against you to the disciplinary counsel for the Federal Bar, though I have been advised I should, and advised that not doing so instanter is allowing you to trample upon the integrity of the American Judicial System, allowing you to be corrupted by Craig Brand whom is behind every motion and dirty legal tactic and trick you are playing. I was told you must be brought before the disciplinary counsel to prevent a miscarriage of Justice, I spoke up for you and said you had the upbringing of an honorable person as an Eagle Scout, and you have recently lost your father, a well known mediator in Kansas, you just need to rethink what you are doing and make the corrective actions which I am certain your father would expect of you in being honorable to the profession to which you profess to do your duty to G-d and our Country, inaccordance with our Scout Law and Oath and the Oaths you have taken as a legal professional.*

*==I am begging you to do the right thing== and not force me to go to the disciplinary counsel and procedures of the Federal Court, or that of the Kansas Supreme Court. You are an attorney, you are an Eagle Scout, please Mister Kellogg rise to the occasion to be the better man, refuse to file pleadings you know are wrong, refuse to violate the laws, refuse to compromise your personal integrity at the hand and pressures of Craig Brand. I know and you know Craig Alan Brand is writing the documents you are submitting to the Court, but when you affix your signature to those documents you are in effect signing those documents as your own words, all the typos and erroneous statements, violations to the Rules of Professional Conduct and violations of the Federal Rules of Civil Procedure and direct violations of the Standing Orders of the Court are your acts, not Brand's as you will take the punishments and take the responsibility for each and every filing.*

---

**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 10 -

*PLEASE do not force me to seek redress by filing a complaint to the disciplinary counsel office for the Federal Court, such a filing will be drafted by attorneys and not be one you will escape severe consequences given what you have already done to date. I would take no joy or pleasure in having to do that simply to get you to follow the Court's orders and the rules of your profession, your a better man than this, please I beg you to stand up and refuse continual violations of the rules.*

*The Pillars of Professionalism do not provide any substance of protection to me as they are only directed to attorneys, none-the-less I as I am unprofessional in everything I do at bar, because this is not what I profess to do and am forced by circumstance or happenstance into the position where I must attempt to defend the onslaught of legal entanglements orchestrated by Brand. I am trying to implore you to act in the manner which your position and profession so requires of you, PLEASE I beg you not to continue to walk the path Mister Brand is forcing you down,*

---

<u>**OBJECTION to Notice of Service of Process filed 4 August 2022**</u>
**filed as:**
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS"  Document 128**
- 11

*as I do not want to take the advice I was given to file multiple serious career altering complaints against you a fellow Eagle Scout.*

*==When might be a good time we can confer via phone?==*

*Respectfully Yours,*

*Michael Nelson*

*Pro Se"*

**Mister Kellogg has to this date 11 August 2022, a week later refused any reply whatsoever to this email, as partially shown herein above, yet the same day he Christopher J. Kellogg received the email (electronic mail), he Chris J. Kellogg did file document number 128, which is neither noticed nor received by the opposing party in direct contravention of the Federal Rules.** Not only do the actions of Mister Christopher J. Kellogg violated the Local Rules and Federal Rules of Civil Procedure under Rule 5, but his actions at bar in the false statements violate his Oath to the Court and thus to the public at large. These false and thus fraudulent acts are not just against the parties interests, but the Courts and the Public At Large, wherein Christopher J. Kellogg's behavior and false statements as made

repetitively consecutively and repeatedly bring discredit and disgrace upon the Judiciary and the practice of law. There cannot be fair litigation if those who are supposed "Officers of the Court" refuse to follow the very Rules of Procedure which allow the Court to function for the benefit of the parties and the public at large.

The fact that this OBJECTION formally needs to be made at all demonstrates clearly where Christopher J. Kellogg's actions are not in conformity with and are in violation of Federal Rules of Civil Procedure under Rule 1, as his actions made repeatedly in this matter, provide for neither a just, nor speedy and especially not inexpensive determination of the action.

**EVEN WORSE YET, a CERTIFICATE of SERVICE to the Notice filed by Christopher J. Kellogg filed 4 August 2022, carries a Certificate upon the document from another attorney, who the Court and the parties have laid witness to repeatedly violating the Federal Rules of Civil Procedure, violating many different rules with impunity from persistent violations to FRCP Rule 5, Rule 7.1(a), Rule 7.1(b), constantly violating Rule 1, as Larry Michel**

constantly since the removal of the State SLAPP petition has shamelessly increased the costs of this litigation to both parties, the Court and the Public at Large, in his willful malicious conduct at bar rising to MISCONDUCT in the eyes of the public, certainly in the Rules of Professional Conduct and under the Local Rules, the persistent violations to the Federal Rules of Civil Procedure, the certain violations to the Rules of Professional Conduct warrants disciplinary action at this point.

Here Larry Michel's name appears absent a bar number, absent anything but "/s/ Larry Michel", a signature which is neither in compliance with the rules nor correct filing of documents, <u>perhaps in an effort to "play fast and loose"</u> with the Rules in order to violate the rights to the opposing party, but certainly giving rise to the necessity to file formal OBJECTION, and compliant, requesting referral to the DISCIPLINARY COUNSEL for prosecution of the ongoing attempts and successes in violating the Rules of Professional Conduct, governing attorneys conduct at bar, certain violations to the Local Rules of the Court and absolute violations to the Federal Rules of Civil Procedure, Larry Michel's conduct rises to MISCONDUCT in the eyes of the public and brings shame and discredit and disrepute upon the

**reputations of all attorneys who practice before the US District of Kansas Federal Court.**

**The Certificate of Service as stated in document 128, which is deficient and not received nor provided to Nelson, the opposing party, requiring now one week later a non-profit to so notice Nelson of the filing made in Document 128 and inquire if Nelson has received any such "discovery requests", which to this date 11 August 2022, Nelson has not and is now the first time hearing such a notice was filed before the court.**

*"CERTIFICATE OF SERVICE The undersigned hereby certifies that on August 4, 2022, the foregoing Notice of Service of Discovery Requests was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below: Michael Nelson 9450 S.W. Gemini Drive PMB 90924 Beaverton, OR 97008-7105 oklahomaremote@gmail.com /s/ Larry G. Michel"*

**Larry G. Michel's "Certificate of Service" is further deficient and Larry G. Michel violates yet other aspects to the Federal Rules of Civil Procedure, as**

===============================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 15

embodied in the Federal Rules under Rule 11. Wherein Larry G. Michel's signature is simply:

Page 2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2022, the foregoing *Notice of Service of Discovery Requests* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel

===============================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 16

**Please see "CERTIFICATE OF SERVICE" on page 2, of document 128, of the above herein referenced litigation.**

**Rule 11 of the Federal Rules of Civil Procedure states in part Rule 11(a):**

*(a) Signature. Every pleading, written motion, and ==other paper== must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the ==signer's address, e-mail address, and telephone number.== Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. ==The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.==*

ERGO the signature of Larry G. Michel on the "CERTIFICATE OF SERVICE" as filed in document 128, is deficient, and it is evident that attorney Larry G. Michel is seeking to "play fast and loose" with the laws and Rules, by signing the Certificate of Service with simply /s/ and a printed name, without email

===============================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
**filed as:**
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 17

address, phone number, physical address or other statements as required by the Rules.

## **PRAYER FOR RELIEF:**

TO THE DISTRICT COURT. FORMAL OBJECTION IS MADE, as stated herein above. The pro se, proletarian, pedestrian, ordinary, peon Nelson so respectfully requests whatever relief is possible to restore dignity, honor, and integrity to the US District of Kansas Federal Court and provide for fairness and equity in the proceedings before it including without limitation for basic fundamental rights to due process of law, and to STOP at once the insidious machinations by the purported licensed attorneys appearing in the matter at bar who have and continue to VIOLATE the Local Rules, Federal Rules of Civil Procedure, Pillars of Professionalism and certainly the Rules of Professional Conduct which govern the actions of attorneys before the Courts. AND FOR ALL AND ANY OTHER RELIEF as the COURT MAY SEE PROPER and FIT IN ORDER TO PREVENT THE ONGOING FRAUD UPON THE COURT AS committed REPEATEDLY and REPETITIVELY against all interests of Justice by

Christopher J. Kellogg and Larry G. Michel in their presentation of false swearing and false statements before the Court.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Respectfully Submitted, this 11th day of August 2022.



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

=================================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS" Document 128**
- 19

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;  filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 11th day of August 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

====================================================================
**OBJECTION to Notice of Service of Process filed 4 August 2022**
filed as:
**"NOTICE OF SERVICE OF DISCOVERY REQUESTS"  Document 128**
- 20