# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**.<br><br><u>and</u><br><br>**CHAD M. KOEHN**<br><br>        Plaintiffs, counter-defendants<br><br>       v.<br>Michael Nelson<br><br>        Defendant; Counter-Plaintiff<br>PRO-Se. | <mark>**DOCKET NO.:** 5:22-CV-04008-JWB-GEB</mark><br>**CIVIL ACTION**<br>**Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201**<br>**[Jury Trial Demanded]** |

    <u>Counter-Plaintiff and Defendant ("Nelson"), makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing **Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of**

===============================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 1

**himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to**

**other statements of FACT concerning the attached Exhibits A through G**

**incorporated herein Request for Judicial Notice under Rule 201** and does so state in

Response to Chad Mitchell Koehn ("KOEHN") and United Capital Management of

Kansas Inc. (UCMK):

Of Course yet again Christopher J. Kellogg files an Oppositions Memorandum not

in good faith and in attempts to deny basic due process rights to opposing party Nelson.

The filing of document number 129, a Memorandum in Opposition to Document 96, a

request with attachments for Judicial Notice of public records and the facts contained

therein those public records, is a filing in Opposition made by Kellogg not in conformity

to existing ORDERS of the COURT nor in conformity with the Federal Rules of Civil

Procedure, as has become a common theme in the litigation to this date. Christopher

Kellogg seeks unfairly to deny Mister Nelson, the opposing party the opportunity to

respond to filings made by Kellogg, wherein Kellogg neither confers, nor notices nor

even provides a copy of what he files to the Court to the Person of Nelson, fundamentally

changing the dynamics of litigation to one where Nelson must remain hypervigilant of

filings and is constantly noticed via THIRD PARTY NOT FOR PROFIT entities of

===============================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 2

filings made on the PUBLIC RECORD of the proceedings, if not for the NON-Profits

monitoring this important case of grave public concern Nelson would once again be

denied the basic and fundamental rights to due process of law as envisioned by the

Congress of these United States of America, when the Congress established under

Constitutional Authority the Federal Rules of Civil Procedure which Christopher J.

Kellogg continues to violate with impunity.  Although Christopher J. Kellogg sets forth a

certificate of compliance stating he has provided a copy of his memorandum in

opposition to document 96, upon his filing of document 129, made on 4 August 2022, to

this date one week later 11 August 2022, Mister Nelson has yet to receive any copy

thereof, and of course no copy was either emailed nor sent via USPS mail and received

after one week, Mister Nelson is only noticed of the filing made 4 August 2022, by

THIRD PARTY NON PROFITS monitoring this PUBLIC Case file, which has garnered

much public debate and has seen to date the public publicly participating in the resolution

of the matter, in that informants and others have stepped forward with evidence and

information which assists greatly in this case of grave public concern, the SLAPP styled

petition filed by Chad Mitchell Koehn and UCMK against a single pro se impoverished

defendant.   If not for the tremendous public interest in this case and the public

================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice*
*under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without*
*limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under*
*PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED*
*CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the*
*attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 3

participation in providing of evidence and reports to authorities, the not for profits

engaged in monitoring the case would not have the opportunity to warn the pro se

pedestrian proletarian Mister Nelson, of the fact of various filings made by the supposed

licensed professionals who are supposed to NEVER LIE to the Court, yet appear to lie in

writing repeatedly and consecutively in the filings they make to the Court.

The proletarian pedestrian pro se, peon, Nelson, proceeding on good faith,

requested Motion for Judicial Notice in order to limit the scope and costs upon the parties

with regards as the legislature had envisioned for the limited discovery necessary to rule

upon the Motion to Dismiss the frivolous SLAPP (Strategic Lawsuit Against Public

Participation) petition as filed by Chad Mitchell Koehn and UCMK, though the

originating petition was replete with racial slur hurled at Nelson, the Court having

ORDERED the removal of the racial slur from the SLAPP styled petition, saw Chad M.

Koehn and UCMK file their once in a course amended petition, wherein they

substantially changed their SLAPP state petition, though in those material changes they

made changes making the State SLAPP styled petition even more so a SLAPP suit

designed against public participation and aimed at whistleblowers in general to both out

the identify of a whistleblower or multiple as written, and as a means to threaten harass

===================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 4

and INTIMIDATE any other would be whistleblower from cooperating with law enforcement or regulators regarding issues of grave concern to public health and safety.

In Response to Koehn and UCMK's "DISCUSSION" section in their Opposition Memorandum filing which is Document 129, in Opposition to Document 96; Koehn and UCMK attempt to call into question various issues, first with Social Secuirty Numbers and then with the CRD numbering system.

FIRST, as to Social Security Numbers: Mister Chad M. Koehn and UCMK state the motion for Judicial Notice incorrectly made assertions regarding "the social security numbering system"; which Nelson does now herein reply and say: The Social Security Numbering system in the United States of America has within it three (3) distinct parts, each collectively comprising or totaling a total number of NINE (9) Digits as per the IRS and Social Security Administration in the United States: The nine-digit SSN is composed of three parts: **The first set of three digits is called the Area Number**. **The second set of two digits is called the Group Number**. **The final set of four digits is the Serial Number**.

The nine-digit SSN is composed of three parts:

- The first set of three digits is called the **Area Number**

========================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- The second set of two digits is called the **Group Number**

- The final set of four digits is the **Serial Number**

**Area Number**

The Area Number is assigned by the geographical region. Prior to 1972, cards were issued in local Social Security offices around the country and the Area Number represented the State in which the card was issued. This did not necessarily have to be the State where the applicant lived, since a person could apply for their card in any Social Security office. Since 1972, when SSA began assigning SSNs and issuing cards centrally from Baltimore, the area number assigned has been based on the ZIP code in the mailing address provided on the application for the original Social Security card. The applicant's mailing address does not have to be the same as their place of residence. Thus, the Area Number does not necessarily represent the State of residence of the applicant, either prior to 1972 or since.

Generally, numbers were assigned beginning in the northeast and moving westward. So people on the east coast have the lowest numbers and those on the west coast have the highest numbers.

===================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 6

*Note: One should not make too much of the "geographical code." It is not meant to be any kind of useable geographical information. The numbering scheme was designed in 1936 (before computers) to make it easier for SSA to store the applications in our files in Baltimore since the files were organized by regions as well as alphabetically. It was really just a bookkeeping device for our own internal use and was never intended to be anything more than that.*

## Group Number

Within each area, the group number (middle two (2) digits) range from 01 to 99 but are not assigned in consecutive order. For administrative reasons, group numbers issued first consist of the ODD numbers from 01 through 09 and then EVEN numbers from 10 through 98, within each area number allocated to a State. After all numbers in group 98 of a particular area have been issued, the EVEN Groups 02 through 08 are used, followed by ODD Groups 11 through 99.

> **Group numbers are assigned as follows:**

==================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 7

```
ODD - 01, 03, 05, 07, 09------EVEN - 10 to 98
EVEN - 02, 04, 06, 08------ODD - 11 to 99
```

See the latest Social Security Number Monthly Issuance Table for the latest SSN area ranges issued to date. Alleged Social Security numbers containing area numbers other than those found on that table are impossible.

**Serial Number**

Within each group, the serial numbers (last four (4) digits) run consecutively from 0001 through 9999.

**If it pleases the Court the above information can be confirmed from the Social Security Administration** by visiting the following URL (Uniform Resource Locator) or better known as web address, the Court can click on the following link to confirm the above information and it is so herein and now requested for Judicial Notice

========================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

of the fact that Social Security Numbers contain just NINE (9) DIGITS and therefore the

Seven (7) digit number for Chad Mitchell Koehn's new replacement for himself as the

Chief Compliance Officer for UCM, cannot be a Social Security Number as previously

stated in Document 96 which Chad Mitchell Koehn and UCM file objection and

memorandum in opposition to in their document 129, regarding the Social Security

Numbering System.

https://www.ssa.gov/history/ssn/geocard.html#:~:text=The%20nine%2Ddigit%20

SSN%20is,digits%20is%20the%20Serial%20Number

Chad Mitchell Koehn and UCM also seemingly take offense and opposition to the

statements concerning "the CRD numbering system", while Nelson is unable to at present

provide the information, <u>Nelson has taken the unusual step to have the entire litigation as

of</u> **this date, bound, and delivered to be presented into and therefore upon the

Federal Register of the United States Senate** for entry upon the <u>US Senate

Congressional Record</u> together with formal questions unto the United States Senators

who comprise the Senate Sub-Committee overseeing the US Securities and Exchange

Commission (SEC), with the proposed question as formulated in part by Chad Mitchell

Koehn and UCMK as to the questioning of the "CRD Numbering system" as stated in the

========================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice
under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without
limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under
PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED
CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the
attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 9

Opposition Memorandum of the referenced litigation herein above, the Opposition is filed as Document Number 129 as to Opposition to Document Number 96. Upon the results of the questions and those answers forthcoming from the United States Senate after having the entire record as it exists herein this docket of the above entitled litigation bound and enter upon the Congressional Docket and within the Congressional Record and related thereto the specified question as to the CRD numbering system as objected to by Chad Mitchell Koehn the response from the US Senate shall be so recorded in the Federal Register and reference herein back to the bound version of the entire docket report including each and every filing, pleading, notice, memorandum, complaint, answer together with all documents, orders and exhibits hereto entered and so referenced to the United States Senate in accordance with Congressional Procedure, and so Nelson does herein now so reserve the right to report back to the Court here the US Federal District Court for the District of Kansas regarding the answers as and when obtained regarding the objections raised by Chad Mitchell Koehn and UCM as to the "CRD Numbering System".

**DISCUSSION as to the Further Objections of CHAD MITCHELL KOEHN and UCMK as to the Request for Judicial Notice of the documents contained in the**

==============================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 10

**attached Exhibits to Document 96, which CHAD MITCHELL KOEHN and UCMK**

**so enter their objection to in their document in opposition Document 129:**

Nelson so herein and now states further for the record as follows: This matter is currently proceeding in the US District of Kansas Federal Court, the US District of Kansas is located within the 10th Circuit, not the Ninth Circuit as propounded by Koehn and UCMK who are fond of citing the Khoja Case, as they reference in their opposition.

The doctrine of judicial notice is broadly construed in the Tenth Circuit. "The scope and reach of the doctrine of judicial notice has been enlarged over the years until today it includes those matters that are verifiable with certainty. *St. Louis Baptist Temple, Inc. v. FDIC,* 605 F.2d 1169, 1172 (10th Cir. 1979)

While the Khoja case is often cited the filings requested for Judicial Notice are well within the Courts ability to make the Judicial Notice so therein requested in document 96 of this litigation. What we have here are licensed attorneys looking for any available out for their clients UCMK and Chad Mitchell Koehn. It is no wonder Chad Mitchell Koehn is now represented by controversial CRIMINAL DEFENSE Attorney Craig Alan Brand, given the facts requested for Judicial Notice in Document 96, which

==================================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

demonstrates clear violations of BOTH Civil and CRIMINAL Laws by Chad Mitchell

Koehn.

In *Khoja v. Orexigen Therapeutics*, the Ninth Circuit clarified the judicial notice

rule and incorporation by reference doctrine. *See* 899 F.3d 988 (9th Cir. 2018). Under

Federal Rule of Evidence 201, a court may take judicial notice of a fact "not subject to

reasonable dispute because it … can be accurately and readily determined from sources

whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b)(2). Accordingly, a

court may take "judicial notice of matters of public record, " but "cannot take judicial

notice of disputed facts contained in such public records." *Khoja*, 899 F.3d at 999

(citation and quotations omitted). The Ninth Circuit has clarified that if a court takes

judicial notice of a document, **it must specify what facts it judicially noticed from the**

**document.** *Id*. at 999. As an example, the Ninth Circuit held that for a transcript of a

conference call, the court may take judicial notice of the fact that there was a conference

call on the specified date, but  may not take judicial notice of a fact mentioned in the

transcript, because the substance "is subject to varying interpretations, and there is a

reasonable dispute as to what the [document] establishes." *Id*. at 999-1000.

==================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice*
*under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without*
*limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under*
*PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED*
*CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the*
*attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 12

THE IRREFUTABLE FACTS as spelled out with precision on pages 4 through 17 of document 96, are essential to the Motion to Dismiss the SLAPP styled petition even after the once in a Course amendment made whilst Chad M. Koehn and UCMK removed the racial slur from the originating SLAPP petition per the Order of the Court. The petition filed by Koehn and UCMK, remains what it is a SLAPP styled petition, the fact the pro se, proletarian, pedestrian non legally educated Mister Nelson, has laid forth before this Honorable United States Federal Court irrefutable PROOF in the positive singed under the hand of Chad Mitchell Koehn under the penalties of perjury certain obvious gregarious statements, on a public document, though within the request for Judicial Notice, Mister Nelson makes neither an inference that the statements as made by Mister Koehn on behalf of himself and UCMK, are in fact perjury, rather Mister Nelson seeks only the Judicial Notice as referenced in the Khoja Case, such that on a specified date, Mister Chad Mitchell Koehn filed a document, and that Mister Chad Mitchell Koehn filed and signed that document under the penalties of perjury, and that on the specified dates and together with the PUBLIC documents presented for the Court to take Judicial Notice of the relevant facts contained in those PUBLIC Documents.

===================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 13

Chad Mitchell Koehn and UCMK though their attorneys now wish to pull the proverbial wool over the Courts eyes, pushing the Court here to be susceptible to corruption, as Craig Alan Brand puts it in his book, "I Don't Care What Mom Says: LIFE SUCKS" where Brand states: "**Lady Justice is not only blind but corrupt and susceptible to biased pressures.** The legal system, different than a justice system, works best for the wrongdoers, liars, exorcists, blackmailers, the wealthy, criminals and the insane." page 98 id   The Honorable US District Court for the District of Kansas is not insane, and can read plainly that the objection or rather opposition of Chad Mitchell Koehn and UCMK, is nothing more than a distraction attempt as Chad Mitchell Koehn knows first hand and well he has now committed perjury.  Though the perjury committed is not requested of the Court to take Judicial Notice, as the fact of the perjury committed by Chad Mitchell Koehn in the documents attached therewith Document 96 of the referenced litigation is for a Criminal Court to decide and/or regulators charged with the enforcement of the laws pertaining thereto.  The Judicial Notice sought by Mister Nelson is exactly as opined in the Kohja Case where there are facts which appear upon the public record in public documents and specific facts as stated therein should be so noticed by the Court, when as here and now and in document 96, the Court is so requested and therefore

=================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 14

so moved to make Judicial Notice thereof and is so supplied therewith the public filings and records therein so made and so attached therewith to document 96, the formal request for Judicial Notice.

The argument of Chad Mitchell Koehn and UCMK in their opposition memorandum is faulty as the fact that Judicial Notice is sought of the facts listed in a public document, which they do not argue that documents submitted as the proof to the Court as to Judicial Facts to be so made in Judicial Notice thereof in Exibits A and B of document 96, are in fact Public documents and that the Court should take judicial notice thereof, the argument as made by Koehn and UCMK is faulty in that they claim the Exigbiths A and B of document 96, should not have Judicial Notice taken of the statements pointed out therein, is made in double speak by Koehn and UCMK, because they obviously now realize the statements as made therein the public documents filed by and signed by and under the pains and penalties of perjury by Chad Mitchell Koehn dictate that Koehn may have in fact committed PERJURY in writing within those public documents does not then confer a reason for this Honorable United States Federal Court to deny the request to take Judicial Notice of the FACTS contained within the Public Documents as presented in Exhibits A and B of document 96. To do otherwise is for this

=================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 15

Honorable United States Federal Court to turn a blind eye or both eyes blind and corrupt and susceptible to pressures as Mister Craig Alan Brand states and is referenced herein above. To do so is to commit Judicial abuse, wherein the Court chooses to ignore the evidence which is now before it to take the Judicial Notice so necessary to move this case swiftly towards resolution and thus determination with speed and efficiency of judicial economy and certain conservation of the Judicial Resources, as not to waste further the Courts precious time with the SLAPP petition as filed and even as amended by Koehn and UCMK.

There can be no question that Chad Mitchell Koehn filed the form as presented for Judicial Notice, nor that Chad Mitchell Koehn did sign the form under the pains and penalties of PERJURY, nor of the FACT of the "WARNING" carried on the top of the Public Document which Chad Mitchell Koehn signed under the pains and penalties of perjury nor the report filed by Chad Mitchell Koehn wherein he himself Chad Mitchell Koehn names specifically two individuals as "directors" of United Capital Management of Kansas Inc. (UCMK), specifically so naming:

a. Jared Schamberger - 527 Winn Rd, Salina, KS 67401

b. Ryan Kolzow - 2203 Hillside Dr., Salina, KS 67401

===============================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 16

Chad Mitchell Koehn did name two individuals as "DIRECTORS" for UCMK, as pointed out for Judicial Notice, and pointed out is the requirements for Chad Mitchell Koehn to file as appropriate the information as required in the ADV document attached therewith to Document 96, none of these points are in refute by Chad Mitchell Koehn or UCMK in their Memorandum in Opposition, quite the opposite they recognize the public documents as filed and now ask that the Court ignore both the LAW and the RULES, since Koehn and UCMK as the docket so reflects have persistently ignored all the Federal Rules of Civil Procedure, Local Rules of the Court and the Pillars of Professionalism and Rules of Professional Conduct for those licensed attorneys appearing before the Court as Officers of the Court since the inception of this matter removed hereto the United States Federal Courts.

With the one exception of the CRD Numbering system, which will be remedied as stated with the entire case being bound and entered upon the Congressional Record with formal questions posed before the Senate Sub-Committee overseeing the Securities and Exchange Commission, for the answer as to CRD Numbering system. Mister Nelson, appearing pro se does here and now withdraw the request for Judicial Notice as tho the CRD numbering system, with leave requested to refile once the records of these

===================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

proceedings are entered to the Congressional Record and the answer to the query posed is

returned from the Senate Sub-Committee, in addition to this entire record of these

proceedings being entered upon the SEC (Securities and Exchange Commission) public

docket for public queries and questions posed thus unto the Commissioners of the

Securities Exchange Commission (SEC) for answer thereto the posed questions made by

Chad Mitchell Koehn and UCMK as to the CRD numbering system. Other than the

objection in opposition filed by Chad Mitchell Koehn and UCMK as to the CRD

numbering system as presented, all other facts so requested for Judicial Notice with the

attachments made thereto in Document 96, are squarely and properly made and before the

Court. The questions as made in opposition as to the Social Security Number system is

made herein above with the proper links in the form of URL's [Uniform Resource

Locators] directly to those pages for the Internal Revenue Service, for this Honorable

United States Federal Court to take those Judicial Notices as so therein requested in

document 96 and its attached therewith Exhibits and the URL's as placed there within the

document 96.

Mister Nelson does NOT expound on the content of the documents, in fact Mister

Nelson does the opposite, by simply laying out the specified portions of the documents

========================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

which the Court should focus its attention and provide the Judicial Notice thereof in order

to provide judicial economy and for conservation of Judicial Resources thus in

conformity to Federal Rules of Civil Procedure Rule 1, providing for the JUST and

SPEEDY and certainly inexpensive determination of the matter at bar.  Judicial Notice of

the document as a whole, would just require additional filing to be made to drill down to

the details needed to substantially move this matter at bar toward determination and thus

resolution.  Therefore it is certainly within the purview of the Court and for the reduction

in costs to the parties and for Judicial Conservation of Resources for the Court to take the

Judicial Notice of the Facts so well articulated and laid out in document 96, thus being in

conformity with FRCP Rule 1, providing for inexpensive and speedy determination

which therefore will be JUST.

      While the Khoja case, points out many ideas as to Judicial Notice, the 10th Circuit

as pointed to herein above BROADLY construes Judicial Notice under Rule 201.   The

document requested for Judicial Notice, bears the signature and the fact that the

documents as attached therewith Document 96 as exhibits have the Signature under the

PAINS and PENALTIES of PERJURY by none-other-than CHAD MITCHELL KOEHN,

therefore the Court taking Judicial Notice of the fact Chad Mitchell Koehn signed the

==================================================================================

*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 19

documents under the pains and penalties of Perjury and then taking Judicial Notice of the

specific FACTS which Chad Mitchell Koehn states under the pains and penalties of

perjury is not only just, but it is proper in this case as it materially leads the matter to just,

speedy and inexpensive determination in light of the Motion to Dismiss the SLAPP

petition filed by Chad Mitchell Koehn and UCMK.


WHEREFORE, Mister Nelson, respectfully pray that this Court will GRANT Docket No.

96 through 96-7, and take the Judicial Notice so therein lawfully and dutifully requested,

with the exception of "CRD Numbering" found at Number (28) of Document 96, and

reserve Judicial Notice regarding "CRD Numbering" schema until such time as the

United States Senate Sub-committee and SEC (Securities and Exchange Commission)

can comment and provide insight as to the numbering system of the CRD Numbers and

their lengths, none-the-less the judicial notice so sought demonstrates clearly that no

number as contemplated under the pains and penalties of PERJURY by Chad Mitchell

Koehn for "Chief Compliance Officer", POMBRA, MANOJ, KUMAR; so listing

number:  The number: "1993850", listed for POMBRA, MANOJ, KUMAR, is NOT

found in the CRD registration depository or system, see: a.

===============================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice*
*under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without*
*limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under*
*PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED*
*CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the*
*attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

https://adviserinfo.sec.gov/search/genericsearch/grid None-the-less in deference to Chad Mitchell Koehn and UCMK this entire record is now being bound and delivered to the Congressional Record with formal inquiry.

Therefore and now WHEREFORE the pro se, pedestrian, proletarian, non-legally educated, ordinary, peon Mister Nelson does so herein now request this Honorable United States Federal District Court for the District of Kansas make and thus so take Judicial Notice as to the requests and materials supplied thereupon in Document 96 and its attachments with the exception as made herein above to number (28) regarding the CRD Numbering system, to which leave to later amend is requested once this entire case file is bound and presented thereupon the public Congressional Record for answer sufficient to overcome of the objections in opposition as so made by Chad Mitchell Koehn and UCMK as it relates to the "CRD Numbering System".

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to

===================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 21

less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule

Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the

interests of substantial justice and to prevent manifest injustice the Courts generally

reviewed "filings generously and with the leniency due pro se litigants", see Erickson v.

Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Respectfully Submitted, this 11th day of August 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

=================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice
under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without
limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under
PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED
CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the
attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*

- 22

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 11th day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

========================================================================
*Sur-Reply to Document 129 Memo in Opposition to Document 96; Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits A through G incorporated herein Request for Judicial Notice under Rule 201*