KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE IN OPPOSITION TO DEFENDANT/ COUNTER-PLAINTIFF'S AUGUST 11, 2022 (DOCKET NO. 138) OBJECTION TO PLAINTIFFS' NOTICE OF SERVICE OF PROCESS FILED AUGUST 4, 2022 (DOCKET NO. 128)

Plaintiffs/Counter-Defendants, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant/Counter-Plaintiff Michael Nelson's ("Mr. Nelson") August 11, 2022 ((Docket No. 138) Plaintiffs' August 4, 2022, Notice of Service (D. 128), and say:

Docket No. 123 contains the Magistrate Judge's Order requiring "Plaintiffs shall serve hard copies of all pleadings filed with the Court as well as all discovery and disclosures identified by D. Kan. R. 26.2(a) on Defendant via U.S. Mail at the address Defendant provided to the court and certify same to the Court per D. Kan. R. 5.1(c) and 26.3(c)."

Attached hereto as Exhibit "A" is a true copy of the Plaintiffs'/Counter-Defendants' First Interrogatories mailed by prepaid First Class U.S. Mail to Mr. Nelson at Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005. Assuming that Mr. Nelson will

*Chad M. Koehn, et al vs. Michael Nelson*
*Plaintiffs' Response in Opposition to Doc. 138 Nelson's Objection to Doc. 128*
Case No. 22-CV-04088-JWB-GEB
Page 2

again attempt to delay this matter, on August 16, 2022, the undersigned counsel mailed an additional copy of the First Interrogatories to Mr. Nelson by prepaid UPS second-day overnight service at Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005.

Previously, Mr. Nelson has taken the position that he receives hundreds of thousands of junk emails at his email address and later says that the reason why he has not registered as a filing user with the Court is because Attorney Brand has not been disqualified from the case. Either way, the issue does not support an objection by Mr. Nelson to the Notice of Service of Discovery Requests."

WHEREFORE, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., respectfully pray that this Court will deny Mr. Nelson's Objection to Notice of Service.

Dated August 17, 2022.

    Respectfully Submitted,

/s/ Chris J. Kellogg    #21651
KENNEDY BERKLEY
119 W. Iron St. - 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T:    (785) 825-4674
F:    (785) 825-5936
E:    ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

*Chad M. Koehn, et al vs. Michael Nelson*
*Plaintiffs' Response in Opposition to Doc. 138 Nelson's Objection to Doc. 128*
*Case No. 22-CV-04088-JWB-GEB*
*Page 3*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2022, the foregoing *Plaintiff/Counter-Defendant's Response in Opposition to Defendant/Counter-Plaintiff's August 11, 2022 (Docket No. 138) Objection to Plaintiffs' Notice of Service of Process Filed August 4, 2022 (Docket No. 128)* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 123, mailed this same date by prepaid U.S. First Class Mail to Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005 and also emailed to the following email address: oklahomaremote@gmail.com.



/s/ Chris J. Kellogg