# EXHIBIT "A"

KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., | ) |
| | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| Defendant | ) |

## PLAINTIFF/COUNTER-DEFENDANTS' FIRST INTERROGATORIES
## TO DEFENDANT/COUNTER-PLAINTIFF, MICHAEL NELSON

Pursuant to Rule 33, Federal Rules of Civil Procedure, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herein propound the following interrogatories to the Defendant/Counter-Plaintiff Michael Nelson, the Responding Party ("Mr. Nelson" or "You"). The Responding Party must serve its answer and any objections within 30 days after being served with the interrogatories. Pursuant to the order of Magistrate Judge Birzer, service upon the Responding Party is effective upon mailing this discovery request to Mr. Nelson. Each interrogatory, including subpart, must, to the extent not objected to, be answered separately and fully in writing and under oath. The grounds for objecting to an interrogatory must be stated with specificity. Objections: Any ground not stated in a timely objection is waived unless the court, for good cause, excuses the failure. Signature: The person who makes the answers must sign them, and the attorney who objects must sign any objections.

## INTERROGATORIES TO MICHAEL NELSON

1.    For each of the claims that You are making against Chad M. Koehn and United Capital Management of Kansas, Inc., describe in detail:

      a.    The physical pain which each specific claim has caused to you;
      b.    the date you began suffering the physical pain;
      c.    whether you still suffer from the physical pain;

1

d. The name and address of each hospital, clinic, medical facility, health care provider and pharmacy you consulted and/or received any treatment for physical pain, including a description of the treatment and name and strength of any prescription drug.
e. The mental anguish which each specific claim has caused to you. the date you began suffering the mental anguish and whether you still suffer from the mental anguish;
f. The date you began suffering the mental anguish;
g. Whether you still suffer from the mental anguish;
h. The name and address of each hospital, clinic, medical facility, health care provider and pharmacy you consulted and/or received any treatment, for mental anguish, including a description of the treatment and name and strength of any prescription drug.

ANSWER:

2. List the complete street address, city, state and zip code where you physically maintained a presence at any time on or after the date you first began experiencing the pain and/or suffering described in any subpart of Interrogatory Number 1 above

ANSWER:

3. List each name or pseudonym you have used to send emails, text messages, social media posts or to post comments over the World Wide Web, including what is known as the "dark web" on or after the date you were no longer employed by Anthem Vault, Inc.

ANSWER:

/s/
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

# VERIFICATION

STATE OF OREGON, COUNTY OF                         , ss:

Michael Nelson, of lawful age, being first duly sworn upon oath, states: That I am the Defendant/Counter-Plaintiff in the above-captioned matter; that I have read the above and foregoing Interrogatories and my answers thereto; and that all the information contained in the answers and responses are true and correct to the best of my knowledge and information.

                                                Michael Nelson

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2022, by MICHAEL NELSON.

                                                Notary Public

# CERTIFICATE OF SERVICE

Michael Nelson hereby certifies that on _____, 2022, he served his answers to Plaintiff/Counter-Defendants' First Interrogatories to Defendant/Counter-Plaintiff Michael Nelson on counsel for Plaintiff/Counter-Defendants by U.S Mail at:

Chris J. Kellogg
KENNEDY BERKLEY
PO Box 2567
Salina, KS 67402-2567

and/or by electronic means at:

ckellogg@kenberk.com

                                                Michael Nelson