KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , | ) |
| | ) |
| **Plaintiffs** | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| **Defendant** | ) |
| | ) |

### PLAINTIFF'/COUNTER-DEFNDANTS' OBJECTION TO DEFENDANTS'/COUNTER-PLAINTIFFS' IMPROPERLY EMAILED JULY 26, 2022, FIRST LIMITED REQUEST FOR ADMISSIONS, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR STATEMENTS AS TO PLAINTIFF, UNITED CAPITAL MANAGEMENT OF KANSAS, INC.

Plaintiffs/Counter-Defendants, Chad M. Koehn, and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith object to Defendant/Counter-Plaintiff Michael Nelson's ("Mr. Nelson") improperly emailed July 26, 2022, First Limited Request for Admissions, Requests for Production of Documents and Request for Statements as to Plaintiff, United Capital Management of Kansas, Inc..

The Scheduling Conference occurred on August 2, 2022.

On August 3, 2022 (Document 122), the Magistrate Judge ordered: "**Defendant shall serve a hard copy of his initial requests for admission and requests for production of documents to United Capital Management of Kansas, Inc. on counsel via U.S. Mail. He shall file a Certificate of Service as discussed during the conference. Per Fed. R. Civ. P. 5(b)(2)(C),**

*Chad M. Koehn, et al vs. Michael Nelson*
*Plaintiffs' Objection to Defendant's Improperly Filed Discovery Requests*
Case No.  22-CV-04088-JWB-GEB
Page 2

**United Capital Management of Kansas, Inc.'s 30-day response time will begin to run on the date the discovery requests are mailed."**

Plaintiffs/Counter-Defendants have neither received any discovery from Mr. Nelson by United States Mail, nor has Mr. Nelson filed his Certificate of Service of any discovery request.

Wherefore, Plaintiffs/Counter-Defendants respectfully pray that this Court will uphold their objection to improperly emailed July 26, 2022, First Limited Request for Admissions, Requests for Production of Documents and Request for Statements as to Plaintiff, United Capital Management of Kansas, Inc.

Dated August 18, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg     #21651
KENNEDY BERKLEY
119 W. Iron St. - 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936
E: ckellog@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2022, the foregoing *Plaintiffs' Objection to Defendant's/Counter-Plaintiff's July 26, 2022, Improperly Served Email* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 123, mailed this same date by prepaid U.S. First Class Mail to Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005 and a copy was also emailed to Mr. Nelson at the following email address: oklahomaremote@gmail.com.

/s/ Chris J. Kellogg