# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. ["UCMK"] <br><br> **& CHAD M. KOEHN** ["Koehn"] <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:  5:22-CV-04008-JWB-GEB** <br> <u>CIVIL ACTION</u> <br><br> NOTICE of Violations to Rule 83.6.1 <br><br> committed ad nauseum by <br><br> attorney: <br> Lawrence ("Larry") Gene Michel <br> Bar # 14067 <br><br><br> [Jury Trial Demanded] |

<u>Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE"</u> to file

**NOTICE of Violations to Rule 83.6.1 committed ad nauseam by Larry Gene Michel**

Larry G. Michel's MISCONDUCT before the US District of Kansas Federal Court, constitutes a multitude of direct violations of the Rules under 83.6.1 of the Court rules and constitutes MISCONDUCT, Requiring the District Court to forward complaint to the Disciplinary Counsel for disciplinary proceedings AND hold Larry Gene Michel for SANCTIONS Under Rule 11 without limitation. <u>Absent suspension and/or disbarment Larry G. Michel presents a clear and present danger to the fair administration of justice within the US District of Kansas Federal Court.</u> The public

===============================================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

at large is prejudiced in a way which taints the merits of any action involving Larry G. Michel. The continued representation of Larry G. Michel before the Courts of the US District of Kansas Federal Courts creates manifest injustice unto the public at large, depriving the public and the litigants before the Court of substantial justice in accordance with due process rights and the Federal Rules of Civil Procedure.

RULE 83.6.1 PROFESSIONAL RESPONSIBILITY

(c) Standards of Conduct.

(1) Acts or omissions that violate the standards of professional conduct adopted by this court;

(2) Conduct violating applicable rules of professional conduct of another jurisdiction;

(3) Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

(6) Destroying, secreting, fraudulently withdrawing, mutilating, or altering any paper, record, or exhibit belonging to the files or records in any action or proceeding;

(7) Willful violations of a valid order of the court, the Disciplinary Panel, or a hearing panel;

Attorney Larry G. Michel has willfully wrongfully in violation of direct ORDER of the Court and the Federal Rules of Civil Procedure sought to illegally, unfairly, unethically deprive the undersigned complainant of due process of law, culminating in a Rule 55 application for default judgment, now stripping from this

===========================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

3

Court jurisdiction over the counter and cross complaint. Wherein Larry G. Michel in consecutive multitude of filings refusing to provide copies and notices of pleadings to the opposing party, the undersigned, **in direct contravention of a standing order of the Court in Document 63,** by deliberately miss-stating that he Larry G. Michel sent emails to the undersigned complainant supposedly in compliance with Document 67, another Order, <u>wherein no such order permitted Larry G. Michel to deviate from the prior Order of the Court in Document 63</u>, nor <u>his responsibilities under Federal Rules of Civil Procedure Rule 5.</u> Wherein the undersigned does not receive electronic notice, has never consented in writing to receive any alternative means of service, within the meaning of FRCP Rule 5. In TEN (10) separate filings <u>Larry G. Michel deliberately with malice of forethought sought to deprive the opposing party of due process rights,</u> by <u>directly acting in contravention of a standing lawful order of the Court</u>, and in direct contravention of the Federal Rules of Civil Procedure under Rule 5, without limitation, thus **violating ad nauseam Rule 83.6.1(c)(3) and (7)**.

===============================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

4

**RULE 83.6.1** (c) Standards of Conduct.

**Any of the following acts or omissions** by an attorney **constitute misconduct** and **are grounds for discipline:**

(1) Acts or omissions that violate the standards of professional conduct adopted by this court;

(3) Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

(7) Willful violations of a valid order of the court, the Disciplinary Panel, or a hearing panel;

    The presiding Federal Magistrate, Judge Birzer, had the necessity to **SUSTAIN the Objection** of the undersigned, made in Document 42, of the referenced litigation, regarding not receiving copies of the filings made, but Larry G. Michel, purposefully, knowingly, willfully, wrongfully not noticing nor providing copies of what Larry G. Michel filed to the Court to the opposing party. See ORDER of the Court in the referenced case, Document Number 63, ORDER of the Court, where the Court had to state:

===============================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

5

a. **"IT IS FURTHER ORDERED that after further discussion with the Court Clerk's office regarding service of pleadings, the Court SUSTAINS Objection Defendant Not Receiving Filings Made by Opposing Counsel (ECF No. 42)."**

b. **"the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via U.S. mail and to certify service of same."**

c. **The PUBLIC at large and the parties in legal proceedings which involve Larry G. Michel are not just disadvantaged but are denied basic protections of law, given the willful, malicious knowingly Misconduct committed by Larry G. Michel in direct contravention of his Oath, Rules of Professional Conduct, ORDERS of the Court and the basic rules of civil procedure. Absent immediate action Counsel, Larry G. Michel continues to present a clear and present danger to the Administration of**

6

**Justice, creating manifest injustice before the Court, with the falsehoods presented by Larry G. Michel.**

<u>Even after ORDER of the Court in Document 63</u>, where the Federal Magistrate <u>Sustained the Objection</u> of the undersigned as made in Document 42; **<u>Larry G. Michel in willful, purposeful, knowing disregard to a standing lawful ORDER of the Court,</u>** which should never have had to have been made considering the Federal Rules of Civil Procedure REQUIRE under Rule 5, for proper notice and service of pleadings to opposing parties, Larry G. Michel <u>refused to obey the Courts specific instructions in the Court's ORDER</u> as made in Document 63, **a lawful Court Order**, **essentially ordering a member of the Federal Court,** a supposed 'Officer of the Court', <u>to essentially comply with Federal Rules of Civil Procedure.</u> **Larry G. Michel in Direct CONTRAVENTION of the Order IGNORED the Order in its entirety, thus demonstrating MISCONDUCT!**

Larry G. Michel then **in direct contravention of the Federal Magistrate's Order,** began filing additional <u>false swearing and false statements</u>, again and again

===============================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

7

violating the DUE PROCESS RIGHTS of the undersigned, and AGAIN violating the Federal Rules of Civil Procedure and Local Rules of the Court and certainly Rules of Professional Conduct. Larry G. Michel's MISCONDUCT flies in the face of the Pillars of Professionalism and creates a situation where the Public at Large loses faith in the ability of the US District of Kansas to provide a platform for resolution of disputes.

Document 63 of the above referenced litigation, stated MULTIPLE times in the Order of the Court: **"the Court SUSTAINS Defendant's objection in ECF No. 42."** and stated: **"IT IS FURTHER ORDERED that after further discussion with the Court Clerk's office regarding service of pleadings, the Court SUSTAINS Objection Defendant Not Receiving Filings Made by Opposing Counsel (ECF No. 42)"** the Court went on to state: ", the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via U.S. mail and to certify service of same."

On May 18th 2022, beginning with filing of Document Number: 75, Larry G. Michel in DIRECT CONTRAVENTION of a standing lawful ORDER of the

8

Court began adding the following, **fraudulent certification** to pleadings he would file to the Court and <u>not provide notice nor a copy to the opposing party</u>, in doing so Larry G. Michel again continued to violate Federal Rules of Civil Procedure, Local Rules of the Court and DISOBEY a STANDING ORDER of the Court:

a. "CERTIFICATE OF SERVICE The undersigned hereby certifies that on May 18, 2022, the foregoing Plaintiffs' Response in Opposition to Defendant's Appeal of Magistrate Judge's April 18, 2022 Order was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com."

b. <u>NO email was ever received from Larry Michel, nor was there an email received from Christopher Jon Kellogg, the ONLY attorney for the plaintiffs authorized to communicate via email, and was authorized to communicate via email ONLY for purposes of discovery related issues and to conduct Rule 26(f) conference!</u>

===================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

9

    c. The **Certificate of Service signed by Larry Michel constitutes both Fraud upon the Court and False swearing, a demonstrable FALSEHOOD** therefore violating truthfulness in statements to others, truthfulness in statements to a Tribunal or Court and <u>violating his OATH, violating Federal Rules of Civil Procedure & Local Rules,</u> in direct **contravention of a STANDING ORDER of the Court in document 63.**

Larry G. Michel's actions are a clear, absolute violation of <u>RULE 83.6.1(c)(3) "Willful disobedience of a court order requiring the attorney to do</u> or forebear <u>an act connected with or in the course of the practice of law;"</u>

On May 23rd 2022, Larry G. Michel, AGAIN violates the Rules and Orders of the Court filing document 76, violating the standing Order of the Court, acting in direct DEFIANCE and DISOBEDIENCE to the ORDER, and in direct contravention of the Federal Rules of Civil Procedure, Local Rules and certainly Rules of Professional Conduct, by again <u>affixing a fraudulent, and false declaration</u> to a pleading he made in the referenced litigation.

10

On May 26th 2022, Larry G. Michel AGAIN violates the standing Order of the Court, acting in direct DEFIANCE and DISOBEDIENCE the Federal Rules of Civil Procedure, Local Rules and certainly Rules of Professional Conduct, <u>by again affixing a fraudulent</u>, and **false declaration** <u>to multiple pleadings he made</u> in the referenced litigation, **falsely swearing**, <u>violating a Standing Order of the Court</u>, **violating due process rights,** <u>violating Federal Rules of Civil Procedure</u>, **violating Local Rules**, **violating Rules of Professional Conduct,** <u>**REPEATEDLY in filing Documents 79 and 80! Making TWO separate filings BOTH in direct DEFIANCE of a standing order, acting with indifference and absolute DISOBEDIENCE to a lawful Court Order, violating 83.6.1(c)(3) and (7).**</u>

==**<mark>In the interests of saving time, and for the CONSERVATION of Judicial Resources</mark>**== of the Federal Court, the assigned Magistrate Judge Birzer, the District Court Judge Broomes, the various Supreme Courts, **<u>the public at large including the news media</u>** and bar associations; Larry G. Michel <u>**continued with the filing of a total of 10 (ten) pleadings to the Court**</u> and PURPOSEFULLY, Willfully, Knowingly, Wrongfully <u>affixing FALSE</u>

---

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

11

**swearing, committing FALSEHOODS to the Court, in his false swearing** in these documents and knowingly not noticing nor providing copies of the filings to opposing party which he, Larry G. Michel provides to the Court, <u>in DIRECT CONTRAVENTION</u> to **Standing Orders of the Court**, demonstrating clear DISOBEDIENCE of a Standing Court Order, acting in direct contravention of <u>the Federal Rules of Civil Procedure</u>, Local Rules of the Court, Rules of Professional Conduct. Such indifference in direct defiance acting with DISOBEDIENCE to standing lawful Court Orders, essentially ORDERING that Larry G. Michel adhere to the known Federal Rules of Civil Procedure, Larry G. Michel demonstrates clearly to the Court, the public and the parties, that Larry G. Michel refuses to OBEY the Courts Standing Orders, and Larry G. Michel deliberately ignores the lawful ORDERS of the Court, willing to act in direct contravention to the Federal Rules of Civil Procedure in order to deprive due process of law from the opposing party and act as no Attorney should ever, by passing FALSEHOODS in writing to the Court, thereby violating his OATH before the Court, in repeatedly fashion.

Larry G. Michel's MISCONDUCT, acting in DIRECT CONTRAVENTION to standing Orders of the Court and purposefully making deficient filings which

12

woefully violate the rights of due process of law, and the aforementioned Rules and Orders of the Court are document numbers:

**75, 76, 79, 80, 82, 85, 86, 92, 93, and 97.**

Due directly to Larry G. Michel's purposeful, knowing, direct disobedience to Standing Orders of the Court, the opposing party was denied basic due process, creating irreversible error. Larry G. Michel's willful MISCONDUCT, has caused notice and application of Default Judgment to be issued to the Clerks of the Court, now depriving the District Court of jurisdiction, in the counter and cross complaints, wherein now pending are application for Default Judgments pursuant with Rule 55 of the Federal Rules of Civil Procedure and the ample case law and precedents.

The Rules of the Court and the Oath which attorneys take to be "Officers of the Court" are both CLEAR, they are written in plain English. Larry G. Michel's willful, purposeful, wanton actions are in violation of the Rules which govern his profession, and warrant immediate disciplinary

===========================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

actions, as Larry Michel has now deprived the parties of resolution before the Court, in part due to Larry Michel's **WILLFUL DISOBEDIENCE** of Standing Lawful **ORDERS** of the Court and **WILLFUL** flouting of the Federal Rules of Civil Procedure.

**RULE 83.6.1**

(c) Standards of Conduct.

**Any of the following acts or omissions** by an attorney **constitute misconduct** and **are grounds for discipline:**

(1) Acts or omissions that violate the standards of professional conduct adopted by this court;

(3) Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

(7) Willful violations of a valid order of the court, the Disciplinary Panel, or a hearing panel;

===========================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

<u>Larry G. Michel, acted in direct</u> "<u>Willful DISOBEDIENCE</u> of a court order requiring the attorney to do … an act connected with or in the course of the practice of law." **Clear violation to Rule 83.6.1(c)(3) Larry G. Michel's actions constitute, "Willful violations of a valid order of the court", clearly violating Rule 83.6.1(c)(7)** Larry G. Michel's actions constitute FALSEHOODS upon the Court and are **"Willful violation of the attorney's oath prescribed by these rules" clearly in violation of Rule 83.6.1(c)(4), wherein the OATH of attorneys appearing and as members of the US District of Kansas Federal Court states under Rule 83.5.2(c) Oath or Affirmation: "The following oath or affirmation must be administered to the applicants by or at the direction of a judge or magistrate judge of this district:"**

> **"You do solemnly swear/affirm that you <u>will support the Constitution of the United States; that you will do no falsehood, nor consent to the doing of any in court</u>; that you will not wittingly or willfully promote or sue any false groundless, or unlawful suit, nor give aid or consent to do the same; that you will delay no person for lucre or malice, but you will conduct yourself in the office of an attorney within the courts according to the best of your knowledge and discretion, and with good fidelity, as well to the court as to your clients."**

==================================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

**Larry G. Michel's actions in 10 (ten) separate filings and pleadings before the US District of Kansas Federal Court, contain false certifications, constituting "FALSEHOODS", wherein the Oath of Attorneys appearing as members of the Court states clearly: "that you will do no falsehood, nor consent to the doing of any in court", wherein Larry G. Michel as the proof positive evidence so proves beyond the shadow of a doubt, with overwhelming preponderance of evidence beyond a reasonable doubt that Larry G. Michel not only violated standing orders of the Court, acting in direct DISOBEDIENCE of the Court's ORDERS, but he passed upon the Court known falsehoods violating his Oath before the Court, and in direct violation by "Willful violation of the attorney's oath prescribed by these rules" clearly in violation of Rule 83.6.1(c)(4) of the Rules.**

**IN ADDITION without limitation, Larry G. Michel violates the Rules of Professional Conduct ad nauseam, including without limitation.**

**Rules of Professional Conduct state:**

Rule 3.4 - Advocate: Fairness to Opposing Party and Counsel

A Lawyer SHALL NOT:

===============================================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

16

**(c) knowingly disobey an obligation under the rules of a tribunal except for an open refusal based on an assertion that no valid obligation exists;**

**The US DISTRICT OF KANSAS Federal court is herein placed on NOTICE of the willful violations and direct DISOBEDIENCE to lawful ORDERS of the Court, defiance of the Rules of the Court, acting in direct contravention thereof which has now created irreversible error and manifest injustice before the Court due to the purposeful, willful, knowing, wrongful MISCONDUCT of Larry G. Michel. ACTION by the US District of Kansas Federal Court is necessary to prevent the public at large from being further prejudiced as Larry G. Michel, presents a CLEAR and PRESENT DANGER to the administration of Justice in the US District of Kansas Federal Court.**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

===================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

Respectfully Submitted, this 22nd day of August 2022.



<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==============================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:*
*Lawrence ("Larry") Gene Michel Bar # 14067*

18

**Certificate of Service as to:**

**NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Larry Gene Michel**

The undersigned hereby certifies that, on this same date, I electronically filed the **NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Larry Gene Michel** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 22nd day of August 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==============================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney:
Lawrence ("Larry") Gene Michel Bar # 14067*