# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

## Formal Written Complaint under Rule 83.6.3
## RULE 83.6.3 PROCEDURE IN DISCIPLINARY CASES

### This document is written, NOTARIZED, Signed and sent via USPS Certified Mail

COMPLAINT Filed against:
**Larry G. Michel**
**Christopher J. Kellogg and**
**Quinn Robert Kendrick**
[Larry G. Michel #14067; Chris J. Kellogg #21651; Quinn R. Kendrick, #28455]

*Regarding MISCONDUCT before the US Federal Court for the US District of Kansas in Case 5:22-cv-04008-JWB-GEB*

This is a formal written complaint regarding conduct at bar, in filings and conduct in communications and false statements to a Federal Court, False Swearing on Certificates of Service, Violations of Federal Rules of Civil Procedures, Violations to the Local Rules of the Court, Violations of the Rules of Professional Conduct, violations of the Pillars of Professionalism, which are stated by Judges of the US District of Kansas Federal Court to be coveted by the Court.

The US District of Kansas has jurisdiction in this formal complaint process under 83.6.3(a)(1) and (2) without limitation; wherein Larry G. Michel, Quinn R. Kendrick, and Christopher J. Kellogg are licensed to appear before the US District of Kansas Federal Court and are believed licensed by the Kansas Supreme Court.

Wherefore, for just cause in the interests of substantial justice in the prevention of manifest injustice before the US District of Kansas Federal Court, and in the interests of protection of the public from the deceptive, materially misleading acts, truthfulness in

statements to others, truthfulness in statements to the Federal Court, false swearing, violations to due process, violations of the Federal Rules of Civil Procedure, Violations of the Rules of Professional Conduct, violations of the Local Rules of the Court, the above herein referenced purported "Officers of the Court" all have committed, knowingly, willfully, wrongfully, purposefully with intent to defraud the Court, the parties and the Public at Large of substantial justice in the administration of justice, striking an imbalance in fairness and due process of the procedures of the Court, Larry G. Michel, Quinn R. Kendrick and Christopher J. Kellogg, have committed MISCONDUCT with malice of forethought seeking to unfairly deprive litigants of a fair and balanced administration of Justice, thereby causing the public at large to lose faith in the ability of the US District of Kansas Federal Court to fairly administer Justice. The following enumerated acts of MISCONDUCT have been committed ad nauseam now mandating this formal complaint, which is signed under oath in front of a Notary Public and submitted here to the Disciplinary Counsel for immediate action in the protection of the Court and the Public at Large:

FACTUAL HISTORY Case *5:22-cv-04008-JWB-GEB* US District of Kansas

1. On 22 February 2021, Larry Gene Michel and Quinn Robert Kendrick, co-authored and Larry G. Michel signed a SLAPP [Strategic Lawsuit Against Public Participation] state petition against the undersigned.

2. No attempt to notice or otherwise serve the SLAPP state petition was made between the time it was filed 22 February 2021 and improper service occurring in Essex County, New Jersey, 10 January 2022.

3. The frivolous SLAPP (Strategic Lawsuit Against Public Participation) petition, co-authored by Larry G. Michel and Quinn R. Kendrick, proof read and approved in accordance with law as to form and substance by

3

Chad Mitchell Koehn and UCM contained within the SLAPP petition a
**known Racial Slur.**

4. On 1 February 2022, **the SLAPP State Petition, replete with RACIAL SLUR,**
   was REMOVED via proper removal procedures to the United States Federal Court
   for the US District of Kansas, in a pro se filing by the undersigned, complainant.

5. The RACIAL SLUR included in the removed SLAPP state petition, was not
   immediately remedied by either attorney who authored the petition.

6. **Neither Larry G. Michel nor Quinn Robert Kendrick, immediately moved to
   correct the petition and remove the known Racial SLUR.** Any attorney who
   has caused a racial slur to appear in a legal pleading or state petition has an
   obligation ETHICAL and MORAL to immediately move to correct and amend a
   pleading which contains VULGARITIES directed at a citizen which they seek to
   hail before a Court. Absent immediate strong discipline the fact Larry G. Michel
   and Quinn R. Kendrick filed a legal document containing a known Racial Slur and
   REFUSED to move immediately to correct the pleading, gives pause to every
   member of the public, the Courts and certainly provides the ability for other
   Attorneys and Lawyers in Kansas appearing before the US District of Kansas
   FEDERAL COURTS to use VULGARITIES and RACIAL SLURS in their Legal
   Pleadings.

7. Quinn Robert Kendrick and Larry Gene Michel sat upon the SLAPP state petition
   for nearly a year, without attempting a single time to effect any service of the
   SLAPP petition upon Nelson. Instead BOTH Quinn R. Kendrick and Larry G.
   Michel laid in wait nearly one year, plotting and planning to use the SLAPP state
   petition as a **WEAPON of hatred,** replete **with Racial Slur, to cause maximum
   damage to their opposition, in their go to immoral and unethical legal strategy to
   litigate via ambush.**

8.  Larry Gene Michel and Quinn R. Kendrick did knowingly, purposefully, willfully, and wrongfully in violation of the Civil Rights of the undersigned aim and called the person of the undersigned not by proper name but instead the name: "BEAN" which is a known racial slur aimed at Spanish Americans.

9.  Instead of moving to remove the known RACIAL SLUR, from the petition, attorney **Quinn Robert Kendrick, made a mea culpa, with certain mens rea of guilt and immediately filed Motion to withdraw from the case,** the day after Document 5, was filed in Federal Court aimed at Justice regarding the known RACIAL SLUR existing within the SLAPP styled State Petition.

==================================================

*This effectively ended Quinn Robert Kendrick's MISCONDUCT at bar, ending with his mea culpa with mens rea of guilt in withdrawal from the matter, initiated by SLAPP Styled state petition he co-authored, thus signing as a licensed Attorney in the State of Kansas. Quinn R. Kendrick's involvement in the matter at bar is much deeper, he married United Capital Management of Kansas Inc.'s [UCM] Chief Financial Officer, Carlee Jo Kendrick, formerly known as Miss Carlee Jo Overturf, who is sought as a witness in the matter.*

==================================================

10. Rather than admit the known Racial Slur should NOT appear in a legal document and swiftly act to remove the known Racial Slur, from the SLAPP state petition, **Larry G. Michel, in direct contravention to the Federal Rules of Civil Procedure** violating Rule 7.1(a) and 7.1(b), filed a motion in opposition of the Motion Concerning the HATE SPEECH (RACIAL SLUR) existing in the SLAPP state petition.

11. Larry G. Michel REFUSED to remove the RACIAL SLUR, from the SLAPP petition, causing many multitude of additional filings and now protracted further litigations in other Districts.

12. Rather than move to correct and amend the SLAPP state petition, removing the known RACIAL SLUR, <u>Larry G. Michel continued to refuse to remove the racial slur from the petition</u>, instead continually filed woefully deficient and illegal motions not in compliance with FRCP Rule 7.1(a) and Rule 7.1(b)

**13.    It took an ORDER of the COURT, from an African American Female Federal Magistrate who had out of necessity to ORDER Larry G. Michel and his colleagues <u>to Order REMOVAL the known RACIAL SLUR from the petition.</u>**

14. It took **nearly 3 (three) months for Larry Michel and his colleagues to be FORCED by ORDER of the Court to <u>comply with basic human decency</u>** and remove the known RACIAL SLUR from the SLAPP (Strategic Lawsuit Against Public Participation) lawsuit they filed, laying in wait to use as a <u>**WEAPON in order to cause maximum physical and emotional damage.**</u>

6

15. Larry G. Michel filed repetitive woefully deficient filings; filing and directing the filing of at least 5 (five) distinct pleadings prior to compliance with Rule 7.1(a) and 7.1(b) of the Federal Rules of Civil Procedure:

    a. Direct defiance of the Federal Rules of Civil Procedure, caused a motion compelling Larry G. Michel's compliance with the Federal Rules of Civil Procedure, specifically Rule 7.1(a) and 7.1(b)

    b. The failure of Michel's compliance with Local Rules of the US District of Kansas and the Federal Rules of Civil Procedure has had immense costs to the parties, THE PUBLIC and the US District of Kansas. Certainly violating the Rules of Professional Conduct, Local Rules and Federal Rules of Civil Procedure.

    c. The violation of the Federal Rules of Civil Procedure by Larry Gene Michel in not complying with Rule 7.1, by filing multiple filings to the Court without filing the required "Disclosures" constitutes a willful and purposeful, knowing violation to Federal Rules of Civil Procedure, which states under **Rule 7.1(a)**: "Who Must File; Contents. A nongovernmental corporate party must file 2 copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

(2) states that there is no such corporation."

**FRCP Rule 7.1(b) states:** "Time to File; Supplemental Filing. A party must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes."

The facts and the docket of the referenced litigation support the FACT, Larry G. Michel did, knowingly, willfully, wrongfully, and illegally purposefully violate the Federal Rules of Civil Procedure by failing to file a statement per FRCP Rule 7.1(a) and failing to do so pursuant with instructions of FRCP Rule 7.1(b) as stated herein above.

16. In making eight (8) different filings to the US District of Kansas Federal Court, Larry G. Michel, acting as lead counsel, signing each pleading, only mailed 2 (two) of those 8 (eight) pleadings to the undersigned, who was the opposing party. This **violates Constitutional Rights to due process**, is in **direct contravention of the Federal Rules of Civil Procedure** under Rule 5, certainly is **against the general principles of the Rules of Professional Conduct and the Pillars of Professionalism.**

17. **False Swearing:** Larry Gene Michel in the filing of multiple pleadings to the Court, and purposefully, knowingly, willfully and wrongfully not providing copies or notice of the filings he made to the Court to the person of the undersigned **violated Federal Rules of Civil Procedure at Rule 5(b)**. Larry Michel's violations violate not only the Federal Rules of Civil Procedure, Local Rules, but also violate his OATH and the Rules of Professional Conduct, wherein Larry Michel affixed a false oath, defrauding the Court, opposing party, his client and the public by affixing an electronic signature to a statement which stated: *"The undersigned hereby certifies that on February 4, 2022, the foregoing Motion to Strike was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the eFlex efiling system, and was forwarded via U.S. Mail first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses show below who do not receive notice electronically via eFlex:"* YET, Larry Michel did no such thing, he

filed <u>SECRETIVE ex parte pleadings to the Court</u>, **neither noticing opposing party nor providing copies of the filings he made to the Court,** thereby violating his OATH, the Rules of Professional Conduct, the Local Rules of the Court and the Federal Rules of Civil Procedure. <u>By falsely swearing</u> Larry Michel defrauded the Court, his clients, opposing party (the undersigned) and the public at large of basic fundamental fairness, respect for the Judiciary and certain due process rights to the parties. The negative effects of Larry Michel's false swearing have and continue to have dire consequences to the Court, in that the public has lost faith in the US District of Kansas' ability to resolve disputes, **and discipline attorneys who act as "Officers of the Court" and deliberately strip the Court of honor** and integrity with <u>Michel's MISCONDUCT before the Court in writing.</u> The results of Michel's illegal immoral and unethical conduct have continuing negative effects on Kansas as a whole throughout its economy and its standing in the world in which we all live.

18. Larry G. Michel's deliberate violations of the Federal Rules of Civil Procedure, Local Rules of the Court and certainly the Rules of Professional conduct in **not noticing nor providing copies of what he files in pleadings to the Court to the opposing party violates the fundamental fairness in litigation,** and <u>violates the due process rights of the opposing party</u>. The Federal Rules of Civil Procedure exist to protect parties, the Court and the **public** against unfair, unjust secretive legal proceedings. **The public has been irreversibly damaged by Larry Michel's MISCONDUCT.**

19. Larry G. Michel, provided a materially false Motion to the Court in the US District of Kansas, providing a Motion and attaching an affidavit for Pro Hac Vice admission of Florida, Criminal Defense Attorney Craig Alan Brand.

20. Larry G. Michel knew the motion he made in Document 24 was false, materially misleading, Larry Michel knew the statement he signed stating: "***I have attached***

***the required affidavit in support of this motion. I <u>have verified that the</u> <u>information contained in the affidavit is true and accurate.</u>"***

21. Larry Michel neither verified nor confirmed that the affidavit he submitted to the Court was "true and accurate", thereby **certifying a FALSE statement in writing to the Court.**

22. The affidavit filed by Larry Michel, in Document 24-1, which he references in his sworn statements to the Court in Document 24, was signed twice under the penalties of perjury by Florida Criminal Defense Attorney Craig Alan Brand, see Document 24-1 of the referenced litigation.

23. The US District of Kansas Federal Court provides detailed rules and instructions for parties to follow who wish to appear Pro Hac Vice before the US District of Kansas Federal Court, those rules and instructions are found at: https://ksd.uscourts.gov/index.php/attorney-resources-practice/

24. <u>Instructions for admitting an attorney Pro Hac Vice in the US District of Kansas:</u> *Pro Hac Vice Admission: see D. Kan. Rules <u>83.5.4</u> and <u>5.4.2</u>*
*A member in good standing of the bar of another state may, <u>upon motion made by a</u> <u>member in good standing of the bar of this court, be admitted for the purpose of a</u> <u>particular case only.</u>*

*<u>Local counsel must file the following documents:</u>*

- *a <u>written motion for admission of the attorney seeking admission</u>*
- *an <u>affidavit executed by the attorney seeking admission</u> (must be signed with a "wet" signature; no s/signatures allowed on affidavit)*
- *a <u>Pro Hac Vice Attorney Registration Form</u> (must be signed with a "wet" signature; no s/signatures allowed on registration form)*

- *a $50.00 pro hac vice fee per attorney must be paid through Pay.gov during the filing of the motion in CM/ECF either by credit card or DirectDebit (using a checking or savings account)*

*Note: pro hac vice attorneys receive electronic filing notifications but do not receive electronic filing privileges; local counsel must sign and file all documents in the case)*

*If you have any questions or concerns, please contact the court at 913-735-2229, or ksd_attorney_registration@ksd.uscourts.gov*

25. The Affidavit for Pro Hac Vice before the US District of Kansas is precise, titled: **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE** even carrying a statement that reads: "Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:"

26. The affidavit was submitted by Florida Criminal Defense Attorney Craig Alan Brand, which is also found at Document 24-1 of the referenced litigation.

27. EMPHASIS is requested as to the information provided by Craig Alan Brand, at (1) Craig Alan Brand and at (2) "I practice under the following firm name or letterhead:" Wherein Craig Alan Brand states: "The Brand Law Firm, P.A." providing an address in Loveland Colorado.

28. Further emphasis is drawn to Craig Alan Brand listing the email address: craig@thebrandlawfirm.com Yet, Craig Alan Brand has replied from an email address other than the email address used by the Chambers of Judge Birzer to communicate with him, doing so Brand attempted to materially mislead and defraud the opposing party and the US District Court Chambers of Judge Birzer.

29. During representation at bar, Craig Alan Brand has appeared under other firm names and letterhead, specifically "Mystic Law", causing the presiding Jurist Federal Magistrate Judge Birzer, to question who is "Mystic Law".

30. Separate formal complaint will be filed regarding the MISCONDUCT of Craig Alan Brand, once the Bar Association in Florida, has received an acknowledge receipt of actions pending against Brand around the US and in foreign jurisdictions, as he is appearing pro hac vice, and formal complaint must be received by each bar association to which his license originates prior to filing with Kansas. Numerous news media organisations have news stories prepared regarding Craig Alan Brand's appearance in the US District of Kansas, as the Court and Disciplinary Counsel know, Craig Alan Brand is **famed for his public disdain for the American Judiciary**, as outlined in his book "I Don't Care What Mom Says: LIFE SUCKS", where Brand exclaims, to the detriment of the Judiciary and bringing disgrace upon all "officers of the court":

   a. *"You can basically accuse anyone of anything, and that poor schlep now has to defend him or herself against a lie. Defending a lie can be one of the hardest defenses ever." page 114 id.*

   b. *"The truth asserted is irrelevant. If the lie is said and repeated, it must be true." id Page 16*

   c. *I [CRAIG ALAN BRAND], for instance, have championed the art of disinformation. **I intentionally provide people with false information...**" pages 118 and 119 id.*

    *d. "Today's legal system protects the wicked and taxes the*
       *innocent." id. Page 26*

    *e.* **"Lady Justice is not only blind but corrupt and susceptible to**
       **biased pressures.** *The legal system, different than a justice*
       *system, works best for the wrongdoers, liars, exorcists,*
       *blackmailers, the wealthy, criminals and the insane." page 98 id*

    *f.* *"...***wham,** *you are in court and* **the accused must go through a**
       **long, lengthy, tiring, stressful and expensive process merely to**
       **prove his or her innocence.** *In spite of what you have read about*
       *our system of justice,* *we are all guilty until proven innocent,* *and*
       **we are all innocent until we run out of money.** **Most falsely**
       **accused people wind up paying some form of legal extortion** *just*
       *to get out of the drama.* **The bad guys and their shyster lawyers**
       **know it.** *" id. page 97*

    *g.* **"Lady Justice is truly blind. Blind to justice."** *id. Page 26*

31. Larry G. Michel, filing document 24, of the referenced litigation to "sponsor" a
man as controversial as Craig Alan Brand who **exposes such disdain for the**

**American Judicial System** and <u>publicly exclaims such vitriol against the very</u> <u>machine of Justice which the US District of Kansas is a part, demonstrates clearly</u> <u>poor choices by Larry G. Michel,</u> as is evident the **case referenced as become a "Circus Act"** with constant disruptions caused by Craig Alan Brand both at bar and extra judicial, as shall be further so complained of in the global news media and eventually to the US District of Kansas Disciplinary Counsel Office, if the Disciplinary Counsel does not take action on its own accord prior thereto formal complaint, **as the Disciplinary Counsel should** given the misleading emails and certain ***DECEPTION*** of Chambers of Judges and opposing parties **committed by Craig Alan Brand in the referenced litigation.**

32. At (3) of the Affidavit signed under penalties of perjury by Craig Alan Brand he states, just two "Courts", stating Florida and USDC-Colorado, listing the same Bar Number for both, however, Brand was issued a bar number for USDC-Colorado which is known to the Court and to Larry G. Michel but not stated on the Affidavit, additionally Brand has appeared in other Courts, where he has been fined in excess of $31k and had a multitude of various complaints filed against him for everything from FRAUD, to unjust enrichment, bankruptcy fraud, he was even imprisoned in Costa Rica and attorneys there had to obtain an order preventing his escape from Costa Rica pending a fraud trial, as all referenced in the matter at bar:

3.  I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Florida | September 27, 1991 | 896111 |
| USDC-Colorado | April 10, 2017 | 896111 |

4.  I have reviewed D. Kan. Rule 83.5.4. Pursuant to that Rule. I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings and participate meaningfully in the preparation and trial of the

33. A cursory search of the USDC-Colorado attorneys listings found at:
https://www.cod.uscourts.gov/CMECF/AttorneyStatus.aspx reveals the following:

> **Craig A. Brand**
> Mystic Law P.A.
> 4650 Indian Creek Road
> Loveland, CO 80538
>
> Email: Craig@Ganjalaw.com
> Phone: 305-878-1477
> Admission Status: In Good Standing
> Date of Admission: 4/10/2017
> 2020 Fee Paid

34. Craig Alan Brand, provided materially misleading information in the affidavit, sworn under the penalties of perjury, he practices law under another law firm name: Mystic Law P.A. in Colorado, yet uses the same physical address and a different email address: craig@GanjaLaw.com

35. During a hearing in the referenced matter the Federal Magistrate Judge Birzer had the need to comment regarding the affidavit signed by Craig Alan Brand, stating to Brand on the record: **"you know you played fast and loose at number six"**; wherein Craig Alan Brand did NOT follow the instructions of the US District of Kansas Court, and instead in freudian slip fashion, reworded the fixed words of the Affidavit provided by the Clerks of the US District of Kansas Federal Court for use in Pro Hac Vice admissions, wherein Craig Alan Brand stated: "I am in good standing **in the all the bars** of which I am a member." Brand committed certain DECEPTION and fraud in the affidavit as filed to the Court and Larry Michel filed a motion document 24, supposedly verifying the truth and accuracy of the obviously misleading and perjury riddled affidavit of Brand.

36. Craig Brand purposefully misled the Court **committing PERJURY** on the Federal Record in the Affidavit he filed with the US District of Kansas Federal Court, thus

attorney <u>Larry G. Michel also committed false swearing</u> in his Motion filed as document 24 of the referenced litigation.

37. Neither the Motion of Larry Michel in Document 24, or either attachment 24-1 or 24-2 were sent to the opposing party, **in direct contravention of the Federal Rules of Civil Procedure, specifically Rule 5**

38. At (7) Craig Alan Brand stated: "No disciplinary or grievance proceedings have previously been filed against me." **This is a False statement.**

39. Craig Alan Brand's affidavit is riddled with untrue statements, not at all accurate, not in conformity to the Rules set forth by the US District of Kansas Federal Court. Document 24 of the referenced litigation, which bears a certification by Larry G. Michel, which constitutes false swearing, fraud upon the Court, and certainly violations to his OATH and the Rules of Professional Conduct.

40. See Document Number: 24, of the referenced litigation, wherein Larry G. Michel files and signs a Motion carrying the following statement:
    a. "Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate."
    b. https://storage.courtlistener.com/recap/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.24.0.pdf
    c. https://ia601509.us.archive.org/35/items/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.24.1.pdf
    d. The affidavit was submitted as an attachment to the following motion:
    e. https://storage.courtlistener.com/recap/gov.uscourts.ksd.140013/gov.uscourts.ksd.140013.24.0.pdf

41. **Larry G. Michel's persistent violations of the Federal Rules of Civil Procedure,** Local Rules of the Court, caused the opposing party to file a formal

Objection to not receiving copies nor notice of filings made by Larry G. Michel in the referenced litigation. See Document Number 42, of the litigation referenced.

42. The presiding Federal Magistrate, Judge Birzer, <u>had the necessity to **SUSTAIN the Objection** of the undersigned</u>, made in Document 42, of the referenced litigation, regarding not receiving copies of the filings made by Larry G. Michel, and purposefully, knowingly, willfully, wrongfully not noticing nor providing copies of what Larry G. Michel filed to the Court to the opposing party. See ORDER of the Court in the referenced case, Document Number 63, ORDER of the Court, where the Court had to state:

    a. **"IT IS FURTHER ORDERED that after further discussion with the Court Clerk's office regarding service of pleadings, the Court SUSTAINS Objection Defendant Not Receiving Filings Made by Opposing Counsel (ECF No. 42)."**

    b. **"the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via U.S. mail and to certify service of same."**

    c. **The PUBLIC at large and the parties in legal proceedings which involve Larry G. Michel are not just disadvantaged but are denied basic protections of law, given the willful, malicious knowingly Misconduct committed by Larry G. Michel in direct contravention of his Oath, Rules of Professional Conduct and the basic rules of civil procedure. Absent immediate action by the Disciplinary Counsel, Larry G. Michel continues to present a clear and present danger to the Administration of Justice.**

43. <u>Even after ORDER of the Court in Document 63</u>, where the Federal Magistrate <u>Sustained the Objection</u> of the undersigned as made in Document

42. **Larry G. Michel in willful, purposeful, knowing disregard to a standing lawful ORDER of the Court,** which should never have had to have been made considering the Federal Rules of Civil Procedure REQUIRE under Rule 5, for proper notice and service of pleadings to opposing parties, Larry G. Michel refused to obey the Courts specific instructions in the Court's ORDER as made in Document 63, **a lawful Court Order, essentially ordering a member of the Federal Court,** a supposed 'Officer of the Court', to essentially comply with Federal Rules of Civil Procedure. **Larry G. Michel in Direct CONTRAVENTION of the Order IGNORED the Order in its entirety, thus demonstrating MISCONDUCT!**

44. Larry G. Michel then **in direct contravention of the Federal Magistrate's Order,** began filing additional false swearing and false statements, again and again violating the DUE PROCESS RIGHTS of the undersigned, and AGAIN violating the Federal Rules of Civil Procedure and Local Rules of the Court and certainly Rules of Professional Conduct. Larry G. Michel's MISCONDUCT flies in the face of the Pillars of Professionalism and creates a situation where the Public at Large loses faith in the ability of the US District of Kansas to provide a platform for resolution of disputes.

45. Document 63 of the above referenced litigation, stated MULTIPLE times in the Order of the Court: **"the Court SUSTAINS Defendant's objection in ECF No. 42."** and stated: **"IT IS FURTHER ORDERED that after**

**further discussion with the Court Clerk's office regarding service of pleadings, the Court SUSTAINS Objection Defendant Not Receiving Filings Made by Opposing Counsel (ECF No. 42)"** the Court went on to state: "<u>, the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via U.S. mail and to certify service of same.</u>"

46. On May 18th 2022, beginning with filing of Document Number: 75, Larry G. Michel <u>in DIRECT CONTRAVENTION of a standing lawful ORDER</u> of the Court began adding the following, **fraudulent certification** to pleadings he would file to the Court and <u>not provide notice nor a copy to the opposing party</u>, in doing so Larry G. Michel again continued to violate Federal Rules of Civil Procedure, Local Rules of the Court and a STANDING ORDER of the Court:

    a. "CERTIFICATE OF SERVICE The undersigned hereby certifies that on May 18, 2022, the foregoing Plaintiffs' Response in Opposition to Defendant's Appeal of Magistrate Judge's April 18, 2022 Order was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com."

    b. <u>NO email was ever received from Larry Michel</u>

    c. The **Certificate of Service signed by Larry Michel constitutes both Fraud upon the Court and False swearing** therefore violating truthfulness in statements to others, truthfulness in statements to a Tribunal or Court and violating his OATH, violating Federal Rules of Civil Procedure & Local Rules, in direct contravention of a STANDING ORDER of the Court in document 63.

47. On May 23rd 2022, Larry G. Michel, AGAIN violates the Rules and Orders of the Court filing document 76, violating the standing Order of the Court, the Federal Rules of Civil Procedure, Local Rules and certainly Rules of Professional

Conduct, by again <u>affixing a fraudulent, and false declaration</u> to a pleading he made in the referenced litigation, by stating:

    a. "CERTIFICATE OF SERVICE The undersigned hereby certifies that on May 23, 2022, the foregoing Plaintiff's Memorandum in Opposition to Docket No. 69, Defendant's Motion to Dismiss was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 67, the undersigned emailed a true copy to Michael Nelson, <u>oklahomaremote@gmail.com</u>"

    b. Again no email was received, from Larry Michel

    c. The **Certificate of Service signed by Larry Michel constitutes both Fraud upon the Court and False swearing** therefore violating truthfulness in statements to others and violating his OATH, Federal Rules of Civil Procedure, Local Rules, and STANDING ORDER of the Court in document 63, of the referenced litigation.

48. On May 26th 2022, Larry G. Michel AGAIN violates the standing Order of the Court, the Federal Rules of Civil Procedure, Local Rules and certainly Rules of Professional Conduct, <u>by again affixing a fraudulent</u>, and **false declaration** <u>to multiple pleadings he made</u> in the referenced litigation, **falsely swearing,** <u>**violating**</u> <u>**a Standing Order of the Court**</u>, **violating due process rights,** <u>violating Federal</u> <u>Rules of Civil Procedure</u>, **violating Local Rules, violating Rules of Professional Conduct,** <u>**REPEATEDLY in filing Documents 79 and 80!**</u>

49.   **In the interests of saving time, Judicial Resources** of the Federal Court's Disciplinary Counsel, the various Supreme Courts, who are copied this formal complaint, **the news media** and bar associations noticed; Larry G. Michel **continued with the filing of a total of 10 (ten) additional pleadings to the Court and PURPOSEFULLY, Willfully,**

**Knowingly, Wrongfully affixing FALSE swearing** to these documents and knowing not noticing nor providing copies of the filings to opposing party which he, Larry G. Michel provides to the Court, <u>in DIRECT CONTRAVENTION</u> to **Standing Orders of the Court**, <u>the Federal Rules of Civil Procedure,</u> Local Rules of the Court, Rules of Professional Conduct, Larry G. Michel's MISCONDUCT and deficient filings which woefully violate the rights of due process of law, and the aforementioned <u>Rules and Orders</u> of the Court are document numbers: **75, 76, 79, 80, 82, 85, 86, 92, 93, and 97**

50.     Despite the fact that ALL attorneys opposing the undersigned being fully noticed the undersigned is not receiving notices nor copies **in DIRECT Contravention of a Standing Order of the Court,** <u>in direct Contravention of Federal Rules of Civil Procedure</u> & **Local Rules** and <u>woeful violations of Rules of Professional Conduct,</u> Larry G. Michel ceases affixing his signature to the false swearing of documents filed and **instead, knowingly, willfully, purposefully, beginning  on 27 July 2022, attorney Christopher Kellogg,** picks up where Larry G.

Michel left off, and <u>attorney Christopher Kellogg armed with the</u>

<u>knowledge the undersigned is not receiving notice nor copies of</u>

<u>pleadings, and</u> **in direct Contravention of Standing Orders** of the

**Court, <u>in direct violation to the Rules of Professional Conduct</u>, in**

**<u>direct contravention of the Federal Rules of Civil Procedure</u> and**

**Local Rules, <u>Christopher Kellogg makes false swearing, fraudulent</u>**

**<u>representations to the Court,</u>** beginning with Document 106, and then

again Document 107, and again in Document 108 and again in

document 111, FOUR separate filings Christopher J. Kellogg

DEFRAUDS the US District of Kansas, opposing party, and the public

at large in his unlawful, illegal, immoral, unethical conduct **<u>in direct</u>**

**<u>contravention of his OATH, in violation of the Rules of Professional</u>**

**<u>Conduct,</u>** costing the parties and Court incredible expense of resources,

having not any care for conservation of judicial resources and violating

everything it means to be an attorney!

51.    On **29 July 2022, <u>Christopher J. Kellogg files a directed attack
against presiding Federal Magistrate,</u>** Judge Birzer, <u>demanding
recusal</u> and again <u>violates Federal Rules of Civil Procedure, Local
Rules, Standing Orders of the Court and Rules of Professional Conduct,</u>
by **making the de facto ex parte, formal Motion for Recusal of the
Federal Magistrate**, <u>challenging the integrity and sacred honor of the
Federal Magistrate</u>, challenging her that she is "incapable and/or
unwilling" to execute the OATH of the Office to which she has been
appointed to serve the public, on the basis that the Federal Magistrate
harbors partiality to the impoverished pro se opposing party (the
undersigned), <u>by not granting the demands of the wealthy represented
by Craig Brand, Larry Michel and Christopher Kellogg.</u>

    a.   In filings of Documents 113, 113-1 and 114, attorney Christopher J.
Kellogg <u>again violates the Standing Orders of the Court</u>, the Federal Rules
of Civil Procedure, the Local Rules, the Rules of Professional Conduct and
Pillars of Professionalism, by making filings to the Court and not either
noticing nor providing copies of those filings to the opposing party, thus
violating due process of law.

It should be noted that though Christopher Kellogg signs and files the official recusal
motion it is Larry Michel's name which appears, alone in the UNSIGNED signature
block of the attached "verified affidavit" of Chad Mitchell Keohn, see document 113-1

**The disgusting horrific misogynistic recusal demand made by Christopher J. Kellogg on behalf of his clients Chad Mitchell Koehn and UCM,** it is quite evident the recusal motion as many of the motions have been drafted by pro hac vice attorney Craig Alan Brand, though **in direct contravention of the rules Craig Alan Brand's name appears not on any document filed** in the matter, other than the perjury riddled affidavit he filed to achieve pro hac vice status.

The Court relied not upon the PERJURY riddled affidavit nor Larry Michel's motion in document 24, **also false,** the Court instead relied upon Craig Alan Brand's certificate of good standing issued by the Florida Bar Association good for just the day it was issued in February of 2022, granting Craig A. Brand's pro hac vice status in the matter at bar, **thus the PERJURY of the affidavit filed in Document 24-1 has escaped Judicial review,** and eventually it shall be up to the Disciplinary Counsels of the bar associations and Courts to address the PERJURY in the affidavit and the false swearing in Larry Michel's motion document 24.

The news media WORLD WIDE has already had legions of reporters seeking comments and preparing stories regarding the happenings in the US State of Kansas. The dire negative effects of the actions of Christopher J. Kellogg and Larry G. Michel and their cohorts at Kennedy Berkley Yarnevich and Williamson Chartered will be felt in the BILLIONS of dollars to the Public companies which call Kansas their home. **The Disciplinary Counsel MUST as a matter of law and for the protection of the Citizens of Kansas and the several States, provide swift and immediate disciplinary action**

**against the MISCONDUCT of Christopher J. Kellogg and Larry G. Michel,** to do otherwise is to invite catastrophe to the State of Kansas, its economy and the reputation of the Kansas Federal Court.

DISCIPLINARY COUNSEL for the US District of KANSAS MUST as a matter of law and in the protection of the citizenry provide SWIFT and JUST punishment removing these bad actors from further negative publicity directed to the US District of Kansas. The public and the global news media carrying these stories of certain fraud existing upon filings made by "Officers of the Court" in the US District of Kansas Federal Court, **must hear from the DISCIPLINARY COUNSEL loudly and "STRONGLY" that the behavior and actions of these attorneys are not in line with the behavior, morals and ethics of Kansas Attorneys as a whole.** Kansas is home to a number of large PUBLIC companies who rely upon investment from partners around the world, these investors and sovereign wealth funds MUST feel confidant that their investments are sound and not subjected to FRAUD, DECEPTION, UNDUE influence by Court Officials, that the investment in companies in Kansas is not subject to unethical immoral and illegal actions by attorneys in Kansas.

Though the undersigned deeply believes in his heart, mind and soul the **recusal motion filed by Christopher J. Kellogg, has more to do with the COLOR of the Judge's SKIN** and the Fact she identifies as a FEMALE, and **is believed to be FEMALE,** than it does with any supposed claim of her partiality in the proceedings, and inability and unwillingness to adhere to her Oath of the Office to which she has been duly appointed, as charged in the recusal motion, obviously drafted by and not signed by Craig

Alan Brand. **Considering Judge Birzer is the SECOND consecutive African American (Black) Female Judicial Officer** in sequential <u>CONSECUTIVE cases in Nevada and now Kansas</u> involving Craig A. Brand, where a BLACK FEMALE JUDGE has been sought for recusal and the SECOND consecutive Black Female Judge whose honor and integrity have been attacked by a legal team headed by Craig Brand. **It cannot be a coincidence!**

**Considering neither Larry G. Michel nor Christopher Kellogg have appealed a single ruling of the Federal Magistrate**, <u>the recusal motion is being used for improper purposes and demonstrates clear violations to the Rules of Professional Conduct, wherein "Officers of the Court" should not abuse Judicial processes demanding recusal directly attacking a sitting Federal Judge charging she is both "unwilling and incapable" of executing the Oath upon which she has taken when appointed to the Office she holds.</u> **<u>The RECUSAL of the Black Female Federal Judge is sought in lieu of Appeal of her rulings.</u>**

The recusal motion came on the heels of the Federal Magistrate DENYING the Motion for an Extension of time, filed by Larry Michel, to complete a report from the parties Rule 26(f) conference(s), held on 11 and 12 July 2022, for just one hour each day. The Motion for an Extension of Time filed by Larry G. Michel on 25 July 2022, **was neither discussed with (as required by law, rule and order)**

**the opposing party, nor was it ever noticed nor provided to the opposing party,** all in direct contravention of the Rules of Professional Conduct, Local Rules, Federal Rules of Civil Procedure AND ORDERS of the Court. Certainly the **legal shenanigans make a mockery of the Judicial System in Kansas as a whole,** bringing horrific discredit and public disrepute against the US District of Kansas Federal Courts.

Larry G. Michel in horrific purposeful maliciousness changes up his fraudulent Certification of Service of process in document 97, the Motion for Extension of time, filed just one day prior to the due date of the report, which the parties had TWO and a HALF MONTHS to complete, and as filed by Christopher J. Kellogg is no different than it was on 12 July 2022, demonstrating PROCRASTINATION by Kellogg and Michel. Larry G. Michel's "Certificate of Service this time, in Direct CONTRAVENTION of FRCP Rule 5, and standing Orders of the Court reads:

*"CERTIFICATE OF SERVICE I, Larry G. Michel, hereby certify that on the 25th day of July 2022, I electronically filed the forgoing Motion for Extension of Time with the Clerk of the Court by using the electronic system which will send notice of filing to the following: Michael Nelson 9450 S.W. Gemini Drive PMB 90924 Beaverton, OR 97008-7105 oklahomaremote@gmail.com I further certify that I emailed a copy of the forgoing Motion to the Defendant at the above-listed email address."*

**No email was ever received from Larry Michel.** No email address could have been used by Larry Michel or any opposing attorney "Officer of the Court" other than the

authorized email address of Christoper J. Kellogg ckellogg@kenberk.com per the Court's Order regarding ONLY the issue of "discovery".

Larry G. Michel **knew** from the previous **"SUSTAINING" of Objection** made by the undersigned in document 42, that he, Larry Michel could not use email to send notice of service, and Larry Michel as a supposed "Court Officer" knows the Federal Rules of Civil Procedure (FRCP), certainly knows the FRCP Rule 5(b)(E), wherein the undersigned has NEVER consented to receiving service of process in electronic format.

Larry Michel further knows from ORDER of the Court that the Court researched with the Clerks of the Court the service of process in accordance with the rules, as the **Court placed these statements in an ORDER of the Court.** Larry G. Michel, knows that the "electronic system does NOT send USPS mail of filings made", **Larry Michel files AGAIN a False and Fraudulent statement** as Certificate of Service, demonstrating clear indifference to his constant **MISCONDUCT** in direct **Contravention of FRCP and Standing Orders of the Court wherein Michel states**: *"I electronically filed the forgoing Motion for Extension of Time with the Clerk of the Court by using the electronic system which will send notice of filing to the following: Michael Nelson 9450 S.W. Gemini Drive PMB 90924 Beaverton, OR 97008-7105"*

The challenge which Kellogg and Michel and their clients make against the Federal Magistrate, demanding recusal in a way which mandates resignation, of her appointed position as a US Federal Magistrate, claiming she harbors bias based upon one party being pro se and impoverished, however, they do not stop there, the **motion for**

**recusal is squarely aimed at the differences in WEALTH between the two parties.**
EMPHASIS is requested of the Disciplinary Counsel, the Supreme Courts, the news
media, bar associations and public at large to the established FACT in US Law that the
OATH of Office which Federal Judges take is embodied in **28 U.S. Code § 453** [note in
law "his" is gender nonspecific] "Each justice or judge of the United States shall take the
following oath or affirmation before performing the duties of his office:"

       a.  *"I, ___ ___, do solemnly swear (or affirm) that I will administer*
            *justice without respect to persons, and do equal right to the poor*
            *and to the rich, and that I will faithfully and impartially discharge*
            *and perform all the duties incumbent upon me as ___ under the*
            *Constitution and laws of the United States. So help me G-d."*

           i.   (June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title
                IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)

    The recusal motion as made by Kellogg and Michel on behalf of their clients Chad
Mitchell Koehn and UCM, upon information and belief to be written by pro hac vice
attorney **Craig Alan Brand,** takes direct aim at the differences in wealth between, an
impoverished pro se party, representing themselves due to lack of resources and money
and an extremely wealthy multi-millionaire, Chad M. Koehn and Koehn self-proclaimed
large financial services company United Capital Management of Kansas Inc. [UCMK],
who are represented by numerous attorneys, from multiple law firms including a pro hac

vice Criminal Defense attorney from out of state.   **The fact the chosen issue to**

**complain and demand recusal is formulated as a direct attack against the very**

**OATH** of Office which the Federal Magistrate is so sworn, **pursuant with Federal Law**

**under Constitutional Authority, strikes _fear_ in the hearts and minds of every citizen**

**and member of the public.**


    The recusal motion as written directly attacks an Honorable Member of the

Federal Judiciary charging she is incapable and unwilling to execute the OATH of her

office specifically:  _**"solemnly swear (or affirm) that I will administer justice without**_

_**respect to persons, and do equal right to the poor and to the rich"**_.   Kellogg & Michel

expect scales of justice to tip in favor of their clients, the rich.  When those scales do not

tip in their favor, rewarding their obvious and evident PROCRASTINATION, regarding

the filing made by Larry Michel in document 97, demanding an extension of time to file a

report, which they had two and half months to file, the immediate response by Kellogg

and Michel is to NOT appeal, but instead misuse and abuse the judicial processes

demanding recusal, not based upon the Judge being related to one of the parties, nor

based on the Judge standing to financially gain from the outcome, both of which are well

settled reasons for recusal but instead of filing an appeal of a ruling they disagree,

Kellogg and Michel invent a hypothesis to support their clients bigotry and misogyny in order to directly attack the integrity of the Court and the OATH upon which the Federal Judge serves the Public at large in the position towhich she is appointed.   Placing **the Federal Judge in the untenable positions to choose recusal thus mandating resignation** from the position towhich she is appointed to serve the Public, or to choose not to recuse and thus be forced to provide inordinate punishment and bias against the pro se, non-legally educated, pedestrian, peon, member of the proletariat, who struggles to read the complex rules, orders, and defend against the SLAPP (Strategic Lawsuit Against Public Participation) petition filed by Kellogg and Michel, seeking as no litigation should ever, to silence public debate using the Courts as a WEAPON against the free exercise of First Amendment liberties.


   Of extreme concern to all is the fact Kellogg, Michel, Brand and their clients who are extremely wealthy, point out that the pro se opposing party is pro se due to lack of resources (money) and they feel the Federal Magistrate is incapable and unwilling to execute the OATH of her office in administering justice **"without respect to persons, and do equal right to the poor and to the rich"**.

In litigation the "rich" tend to believe, as Chad M. Koehn and his attorneys assert, **every motion and filing they make MUST be granted for they are "rich" and have at their disposal many brigades of attorneys and lawyers, and the "poor" should automatically lose as they are without money.** Larry Michel and Chirstopher Kellogg essentially worship at the altar of Craig A. Brand, the pro hac vice counsel they "sponsored", Brand is a controversial criminal defense attorney, who represents many types of criminals from pedophiles (some who are now fugitives) to OJ Simpson, claiming everyone knows OJ Simpson was acquitted of Murdering Nicole Brown Simpson and Ronald Lyle Goldman, thats the kind of people I represent, the innocent, says Craig Alan Brand, pointing to OJ Simpson as a long term criminal client. Brand has authored a book on how to destroy other people, Craig A. Brand's book titled: "I Don't Care What Mom Says: LIFE SUCKS" authored and copyright to Craig A. Brand, Esq. wherein Brand states:

"Our system of justice gives everyone an audience without the need or necessity to first submit sufficient proof of his or her claim. All that is required **is the mere filing of a legal document called a "complaint".** Then, wham, **you are in court and the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice, we are all guilty until proven innocent, and **we are all innocent until we run out of**

money. Most <u>falsely accused people</u> **wind up paying some form of legal extortion** just to get out of the drama. **<u>The bad guys and their shyster lawyers know it.</u>**" id. page 97

"**Lady Justice is truly blind. Blind to justice.**" id. Page 26

"**Today's legal system protects the wicked and taxes the innocent.**" id. Page 26

"**You can basically accuse anyone of anything,** <u>and that poor schlep now has to</u> <u>defend him or herself against a lie.</u> **Defending a lie can be one of the hardest defenses ever.**" id. page 114

I [CRAIG BRAND], for instance, <u>have championed the art of disinformation</u>. **I intentionally provide people with false information...**" pages 118 and 119 id.

**Craig Alan Brand proclaims as a CRIMINAL DEFENSE attorney that if he can't get the case thrown out or destroyed he will HELP you escape justice to his private compound in Costa Rica. It should be noted to the Court that at least one case <u>with a pedophile remains open and the pedophile is on the run, a fugitive from justice,</u> consistent with Craig A. Brand's advertisements that he will help his CRIMINAL clients escape justice.**

33

The undersigned is neither a lawyer nor attorney, having never studied the law formally, and simply a layman pedestrian, peon member of the proletariat class, just public citizen who by socio-economic circumstances of the investment fraud committed in part by those who are suing the undersigned, must present himself pro se before the Court. The undersigned self taught in reading and writing, has continued in self representation at bar, and has regularly objected, filed motions and received back ORDERS of the Court which attorney Larry G. Michel and Christopher J. Kellogg has continued in DIRECT CONTRAVENTION of the Lawful ORDERS of the Court, thereby needlessly increasing the costs to litigation, providing not for Judicial Conservation of Resources, thus forcing the litigation to become protracted, with constant need to object to Larry G. Michel and Christopher J. Kellogg's purposeful, knowing, willful, wrongful and at times illegal conduct at bar. These so-called "officers of the court" have continually violated the Federal Rules of Civil Procedure, the Due Process Rights of the undersigned, the Local Rules of the Court, the Rules of Professional Conduct and certainly persistent violations of the Pillars of Professionalism said to be coveted by this Court, the US District of Kansas Federal Court.

The public at large is unfairly prejudiced by the DECEPTIVE, willful, wrongful, purposeful actions in material misrepresentations, rising to the most serious forms of MISCONDUCT at bar, though the false swearing on pleadings, persistent violations to the Federal Rules of Civil Procedure, Local Rules of the Court, Rules of Professional Conduct and Pillars of Professionalism, committed by Larry G. Michel and Christopher J. Kellogg in their woefully fraudulent representation at bar.

Quinn Robert Kendrick together with Larry Gene Michel, authored and Larry G. Michel signed the incongruous frivolous SLAPP state petition which was replete with a known racial slur of hate, directed at and in place of the name of the undersigned. Quinn R. Kendrick, simply withdrew from representation as a mea culpa with mens rea of guilt, rather than apologize, seek to correct and amend, or offer any other remorse for the willful purposeful racial slur hurled in the SLAPP state petition, removed hereto the US Federal Court. Larry G. Michel, has simply stated the racial slur was a "misnomer" and tried to play it off that although the SLAPP state petition is only 3 and half pages long, consisting of few than 350 words total, that the racial slur, was not intended as a slur, but rather the result of Larry Michel reusing a petition previously used and the slur, is actually the last name of the previous victim he sued. Regardless of whether or not Larry Michel and Quinn R. Kendrick reused a petition, that is just 3 and half pages long, and regardless if the slur is actually deemed a remnant of the prior case that they have reused the petition in order to file a SLAPP petition to the State Court which is now removed hereto the US Federal District Court, lawyers/attorneys and the law firms which they are employed, MUST as a matter of law, rule, code and the public demands they be held to a higher standard. This higher standard includes REVIEWING and PROOFREADING their legal work, prior to filing it in a Court of Law, especially a short less than 400 word 3 and half page SLAPP state petition, there can be no justifiable excuse for the inclusion of a slur of HATE, in a publicly filed SLAPP petition. Especially here where the SLAPP petition is being used for the improper purposes of attacking protected speech covered under the US and Kansas Constitutions as freedom of speech, right to assembly and right to be free in association, among other well established freedoms and rights.

Law firms must have "find and replace" functionality within their legal software, even IF the "excuse" of reusing a SLAPP petition is proffered as it is and taken by the Disciplinary Counsel to mitigate the level of punishment and corrective action in the interests of protecting the public, there can be NO Excuse for not employing the basic and fundamental protections of using "find and replace" functionality of Word Processing software, in order to prevent such horrific language targeting other persons based on ethnic identity. Not only do word processing platforms have "find and replace" functionality, but Attorneys/lawyers are required to proofread their work, here not one but TWO (2) licensed professionals acting as "Officers of the Court", BOTH had to proof read the work prior to filing, and in accordance with the law they had to have their proofread work, approved as to form and substance, meaning additional proofreading by their clients who are legally liable for Civil Rights violations, hate crime, defamation, libel, slander, reckless endangerment, professional malpractice, and other intentional torts as a result of a legal document in the form of a SLAPP state petition being filed to a public Court record and then served across the country into another US State, into a county with a high minority population, and into a facility which is highly racially divided, wherein the racial slur had maximum physical and mental damage.

The US Supreme Court has recently seen cases where the Justices have commented and the Courts have commented about how many times a racial slur can be used before it is damaging, overwhelmingly the Courts and society as a whole have echoed back that ONCE is too many. Meaning that even using a racial slur a single time is ONCE too many! As a society we the people, will not tolerate professionals who are licensed to act as "Court Officers" to proffer excuses to mitigate their use of RACIAL

SLUR(s) in legal pleadings, especially using a slur in the very foundation document filed in a litigation.

Perhaps IF the excuse for use of the slur is to be given any level of credibility, then the actions and behavior of those who dared use the slur in legal pleadings needs to be examined. IN this respect rather than apologize and motion on his own for removal of the slur from the SLAPP petition, Quinn R. Kendrick, performing what the public at large and the global community have now dubbed a mea culpa, Kendrick, ignored the problem and instead with mens rea of guilt filed a motion to withdraw as counsel in the matter, this sort of close your eyes, pretend the racial slur was not included in the SLAPP petition filed, is not only further insulting and disrespectful but it demonstrates clearly that the inclusion of the slur was not simply error as the excuse proffered. When humans commit errors especially such grave and serious errors as utilizing a known racial slur in legal pleadings then humans have the decency to humbling apologize and immediately on their own accord MOVE quickly and swiftly to correct and amend their error, offering humble apologies, seeking forgiveness, and loudly proclaiming that racial slurs find no place within the Judiciary.

Here instead of all things which create the feeling of human decency, and respect for fellow man, **Quinn R. Kendrick offers no apology, he does not move for the removal of the racial slur, he simply turns a blind eye and performs a mea culpa with mens rea of guilt and withdraws from the proceedings**, still to this day never once apologizing nor seeking to correct what is called an error, in doing so he says loudly that minorities everywhere that he as a privileged white man, need never apologize for

use of racial slurs, not even when used in legal pleadings. This cannot and should not be the impression the public has about Attorneys in the US State of Kansas nor before the US District of Kansas Federal Courts.

Even worse than the mea culpa and certain withdrawal with mens rea by Quinn R. Kendrick a day after the racial slur was pointed out in formal complaint to the US District of Kansas Federal Court, is the behavior and actions of Larry Gene Michel before the court.

**Perhaps this complaint would not have been necessary if either Quinn R. Kendrick or Larry G. Michel acted with any sort of remorse, issued an apology or as <u>any decent human who had made a mistake would have on their own accord immediately sought to correct the mistake and take responsibility for the suffering it caused</u>.**

Yet, here in this case after Quinn R. Kendrick's mea culpa withdrawing with mens rea of guilt over the use of the racial slur a day after formal complaint to the Court was tendered by way of motion. Larry G. Michel, offered not an apology, he did not move on his own to remove the racial slur from the SLAPP petition, as any decent human being would have done, to mitigate the damage this actions has on others.

Larry G. Michel simply filed a motion in opposition to make an argument about the use of the racial slur, knowing in doing so it would cause further pain and suffering towards the ethnic minority the slur had been directed at. Larry Michel filed the formal

Memorandum in Opposition attacking and proffering excuses for the use of the racial slur, without even an apologetic word, simply an excuse drive filing formally in opposition, filed as a pleading to the Court, which would have first required Larry G. Michel to adhere to Local Rules and Federal Rules of Civil Procedure in following those requirements as laid out in FRCP Rule 7.1 Larry Michel did no such thing as to adhere to FRCP Rule 7.1(a) or 7.1(b). Instead Larry Michel swung into attack mode, never once to this day apologizing for the RACIAL SLUR, he instead filed repetitive woefully deficient motions seeking to attack, and in doing so he made the filings illegally not in compliance with FRCP Rule 7.1 and seeking to circumvent basic and fundamental fairness in litigation knowing he, Larry Michel was wrong for the use of the Racial Slur, Larry Michel made filings to the Court and neither noticed nor provided copies of what he filed to the Court to the opposing party who was the targeted victim of the racial slur of hate. Larry Michel did not file just one or two filings, Larry Michel filed repeated attacking motions, never pausing once in reflection as to how the racial slur being included in the SLAPP petition would be felt by those minorities it attacks.

For 17 days, Larry Michel makes filing after filing going on the attack, never once pausing for reflection, never once apologizing for the Racial Slur of hate included in the underlying SLAPP petition. Larry Michel files Document 9 and then 10, 15, and 21 before finally complying with FRCP Rule 7.1 filing document number 22. Whilst still not apologizing for the racial slur, and NEVER once moving on his own to remove or correct and amend by seeking to remove the racial slur from the SLAPP petition removed to the Federal Court, Larry Michel demonstrates indifference to the plight of minorities, his actions at bar are detrimental to the administration of justice they fly in the face of all

things human and decent in a civilized society.  Not only does Larry Michel violate FRCP

Rule 7.1 repeatedly, he does so whilst purposefully, knowingly violating FRCP Rule 5, by

knowingly making filings to the Court and committing false swearing on filing after

filing, not sending copies and notice of what he files to the Court to the opposing party

who was the victim of his racial slur attack, and at a minimum deserved no less than an

apology and for Larry Michel to act with common decency, respect for the Court, the

public, the parties, the law, and all things basic in ethics and morals upholding the

profession of attorneys.  IT Took an ORDER of the Court and nearly three months before

the racial slur was removed from the SLAPP petition, removed to Federal Court!


**The public at large is prejudiced by the MISCONDUCT of Larry G. Michel false swearing in the submission of a perjury riddled affidavit, seeking the admission pro hac vice of an out of State Criminal Defense attorney Craig Alan Brand.**


**The public at large is prejudiced by Larry G. Michel and and Christopher J. Kellogg's collective false swearing makes submissions to the Court which are neither noticed to nor provided to the opposing party as a result the Judiciary is viewed in poor light and tainted by the MISCONDUCT of Larry G. Michel and Christopher J. Kellogg's deliberate violations to due process of law, the Federal Rules of Civil Procedure, the Local Rules of the US District of Kansas, the wanton and gross violations to the Rules of Professional**

Conduct and the certain unprofessional conduct at bar in direct contravention of the Pillars of Professionalism said to be coveted by the Court in the US District of Kansas.

This COMPLAINT is also sent to by both email and USPS mail:

**Commission on Judicial Conduct**
**Kansas Judicial Center**
**301 SW 10th Ave., Room 115**
**Topeka, KS  66612-1507**

tips@wichitaeagle.com
judgeconduct@kscourts.org
news@kwch.com
editorial@nytimes.com
kwilhelm@kwch.com
egazette@valu-line.com
news@kake.com
newsdesk@kctv5.com
tips@parsonspd.com   DRobinson@lawyerscommittee.org   news@koamtv.com
spotlight@globe.com  tips@ajc.com  news@kake.com  letters@washpost.com
newsdesk@kctv5.com  tips@MiamiHerald.com  tips@chicagotribune.com
wsjcontact@wsj.com  news@fox4kc.com  reporters@lavanguardia.es
newstip@globe.com

The Associated Press c/o Ron Nixon, global investigations editor 1100 13th Street NW Suite 500 Washington, DC 20005

I have filed this with a group that says they will send this to 10,000 investigative reporters and news media outlets around the world.   I have also been contacted by authors and publishers seeking information about this case.

===================================================================

US DISTRICT COURT - DISTRICT OF KANSAS Formal Written Complaint under Rule 83.6.3
Attn: Disciplinary Counsel Attorney Registration  500 State Avenue Room 259  Kansas City, KS 66101 tel: 913-735-2229
Complaint against: Larry Michel, Quinn Kendrick & Chris Kellogg Case 5:22-cv-04008-JWB-GEB

I anticipate the Disciplinary Counsel will take swift action against this culprits preventing miscarriages of justice throughout Kansas. Protecting investments in Kansas, public companies who operate in Kansas, protecting the INTEGRITY and HONOR of the US District of Kansas Federal Court and protecting the citizenry as a whole, who look towards the Federal Courts under constitutional authority to resolve disputes according to the ipso facto statutes of Congress under the Federal Rules of Civil Procedure.

When attorneys flagrantly flout the Federal Rules of Civil Procedure and Local Rules, violating their oaths and violating the Rules of Professional Conduct, the entire legal system is ashamed, placed in disrepute losing the trust of the public at large. When attorneys purposefully DISOBEY standing Court Orders, refuse to follow the Federal Rules of Civil Procedure and publicly exclaim disdain for the Judiciary System which they are de facto "officers of the court", the entire system of justice falls, the public at large is prejudiced by bad actors as described herein above and the public loses hope and TRUST that the System of Justice is governed by any rules at all.

Disciplinary Counsel: ksd_attorney_registration@ksd.uscourts.gov

US DISTRICT COURT - DISTRICT OF KANSAS Formal Written Complaint under Rule 83.6.3
Attn: Disciplinary Counsel Attorney Registration 500 State Avenue Room 259 Kansas City, KS 66101 tel: 913-735-2229
Complaint against: Larry Michel, Quinn Kendrick & Chris Kellogg Case 5:22-cv-04008-JWB-GEB

Respectfully Submitted, this /8th day of August 2022.

**Michael Nelson - Pro Se**

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

ON THIS DATE >>>>> /8th August 2022,

According to 28 U.S.C. 1746(1), that I, MICHAEL ERIC NELSON, declare under the penalties of perjury under the Laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Michael Eric Nelson

NOTARIZED

AARON GLASBERG
Notary Public, State of Rhode Island
My Commission Expires Nov. 07. 2022

US DISTRICT COURT - DISTRICT OF KANSAS Formal Written Complaint under Rule 83.6.3

Attn: Disciplinary Counsel Attorney Registration  500 State Avenue Room 259  Kansas City. KS 66101 tel: 913-735-2229

Complaint against: Larry Michel, Quinn Kendrick & Chris Kellogg Case 5:22-cv-04008-JWB-GEB