**UNITED STATES POSTAL SERVICE** — Retail

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**P** — US POSTAGE PAID — **$12.60**
Origin: 02879
08/18/22
4382600880-13

PRIORITY MAIL®

0 Lb 11.20 Oz

1004

EXPECTED DELIVERY DAY: 08/22/22

C048

SHIP TO:

500 STATE AVE
KANSAS CITY KS 66101-2448

USPS SIGNATURE® TRACKING #

9510 8102 9637 2230 6506 65



■ INSURED



EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

FROM:

Attn: Disciplinary Counsel
Attorney Registration
500 State Avenue
Room 259
Kansas City, KS 66101
tel: 913-735-2229