## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. ["UCMK"] **& CHAD M. KOEHN** ["Koehn"] <br><br> Plaintiffs, counter-defendants <br><br>      v. <br><br> Michael Nelson <br><br>    Defendant; Counter-Plaintiff    PRO-Se. | <mark>DOCKET NO.:    5:22-CV-04008-JWB-GEB</mark> <br> <u>CIVIL ACTION</u> <br><br> **NOTICE of Violations to Rule 83.6.1** <br><br> **committed ad nauseum by** <br><br> **attorney: Christopher Jon Kellogg** <br> **Bar # 21651** <br><br><br> **[Jury Trial Demanded]** |

<u>Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE"</u> to file

**<u>NOTICE Violations to Rule 83.6.1 committed ad nauseam by Christopher Kellogg</u>**

      Christopher Kellogg's MISCONDUCT before the US District of Kansas

Federal Court, constitutes a multitude of direct violations of the Rules under 83.6.1

of the Court and constitutes MISCONDUCT.   Requiring the District Court to

forward complaint to the Disciplinary Counsel for disciplinary proceedings AND

hold Christopher Jon Kellogg for SANCTIONS Under Rule 11 without limitation.

<u>Absent suspension and/or disbarment Christopher Jon Kellogg presents a clear and</u>

<u>present danger to the fair administration of justice within the US District of Kansas</u>

<u>Federal Court.</u>  The public at large is prejudiced in a way which taints the merits of

=================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher*
*Jon Kellogg  Bar # 21651  in* Case 5:22-cv-04008-JWB-GEB

any action involving Christopher Jon Kellogg.  The continued representation of

Christopher Jon Kellogg before the Courts of the US District of Kansas Federal

Courts creates manifest injustice unto the public at large, depriving the public and

the litigants before the Court of substantial justice in accordance with due process

rights and the Federal Rules of Civil Procedure.

RULE 83.6.1 PROFESSIONAL RESPONSIBILITY

(c) Standards of Conduct.

(1) Acts or omissions that violate the standards of professional conduct adopted by this court;

(2) Conduct violating applicable rules of professional conduct of another jurisdiction;

(3)  Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

(6) Destroying, secreting, fraudulently withdrawing, mutilating, or altering any paper, record, or exhibit belonging to the files or records in any action or proceeding;

(7) Willful violations of a valid order of the court, the Disciplinary Panel, or a hearing panel;

Attorney Christopher Jon Kellogg has willfully wrongfully in violation of

direct ORDERS of the Court and the Federal Rules of Civil Procedure sought to

illegally, unfairly, unethically deprive the undersigned complainant of due process

of law.  Wherein Christopher Jon Kellogg in consecutive multitude of filings

==================================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in* Case 5:22-cv-04008-JWB-GEB

refused to provide copies and notices of pleadings to the opposing party, **in direct contravention of a standing order of the Court in Document 63,** by deliberately miss-stating that he Christopher Jon Kellogg sent emails to the undersigned complaint supposedly in compliance with Document 67, another Order, <u>wherein no such order permitted Christopher Jon Kellogg to deviate from the prior Order of the Court in Document 63</u>, nor <u>his responsibilities under Federal Rules of Civil Procedure Rule 5.</u>   The Federal Rules of Civil Procedure are clear in Rule 5, as to how service of process of notices, pleadings, motions or any filing to the Court is to be both noticed and provided to opposing parties in litigation before the US Federal Courts.  Christopher Kellogg, knows how to read plain English, as the Federal Rules of Civil Procedure are written in plain English, and unlike the pro se opposing party Christopher Kellogg, attended advanced intensive educational training for a period of at least THREE (3) years and further has decades of experience working within the Federal Rules of Civil Procedure, whereas conversely the pro se opposing party is reading this new rules for the first time. Worse yet no emails were EVER received with the documents filed by Kellogg, indicating both false swearing and false declarations of certificates, therefore **committing falsehoods** REPEATEDLY against the Court and the opposing party,

=================================================================

violating the OATH which Christopher Jon Kellogg took before the US District of Kansas Federal Court.   Wherein the undersigned does not receive electronic notice, has never consented in writing to receive any alternative means of service, within the meaning of FRCP Rule 5, Christopher Jon Kellogg filed materially misleading, absolutely false certifications and declarations, in direct contravention to the Federal Rules of Civil Procedure and in direct DISOBEDIENCE of standing lawful ORDERS of the Court.  The Orders of the Court had to essentially ORDER compliance with the Federal Rules of Civil Procedure under Rule 5, the fact the Court had the unusual necessity to ORDER the Attorneys who appear as "officers of the Court" to follow the Rules of the Federal Rules of Civil Procedure is most unusual, as it is the contention of Christopher J. Kellogg that the Court has powers it does not and cannot usurp the rights of due process of parties in litigation before it, as Christopher J. Kellogg knew that no Order of the Court could usurp nor replace his obligations under Federal Rule of Civil Procedure Rule 5, as to the opposing party in litigation.

Despite the fact that ALL attorneys opposing the undersigned being fully noticed the undersigned is not receiving notices nor copies **in DIRECT Contravention of a Standing Order of the Court,** <u>in direct Contravention</u>

===============================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in* Case 5:22-cv-04008-JWB-GEB

of Federal Rules of Civil Procedure & **Local Rules a**nd woeful violations of Rules of Professional Conduct, Christopher Jon Kellogg **knowingly, willfully, purposefully, beginning on 27 July 2022, attorney Christopher Jon Kellogg,** picks up where attorney Michel left off, making multitude of filings to the Court and neither noticing nor providing copies of what he filed to the Court to the opposing party, nor even sending the same via email though false declaring certifications he had, when he had not! Kellogg repeatedly violated his OATH, in direct DISOBEDIENCE of standing ORDERS of the Court, in direct contravention to the Federal Rules of Civil Procedure and Local Rules and woefully violating the Kansas Rules of Professional Conduct, thereby repeatedly causing MISCONDUCT and actions unbecoming of an attorney who has taken an OATH before the very Court which Christopher Jon Kellogg's MISCONDUCT is directed.

Attorney Christopher Kellogg armed with the knowledge the undersigned is not receiving notice nor copies of pleadings, and **in direct Contravention of Standing Orders** of the Court, **in direct violation to the Rules of Professional Conduct,** in **direct contravention of the Federal**

===================================================================
***NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg Bar # 21651 in*** *Case 5:22-cv-04008-JWB-GEB*

**Rules of Civil Procedure** and Local Rules, **Christopher Kellogg makes**

**false swearing, fraudulent representations to the Court,** beginning with

Document 106, and then again Document 107, and again in Document 108

and again in document 111, FOUR separate filings Christopher J. Kellogg

DEFRAUDS the US District of Kansas, opposing party, filing

FALSEHOODS to the Court in direct contravention of his OATH to do no

falsehoods upon the Court or opposing parties and the public at large in his

unlawful, illegal, immoral, unethical conduct **in direct contravention of his**

**OATH, in violation of the Rules of Professional Conduct,** costing the

parties and Court incredible expense of resources, having not any care for

conservation of judicial resources and violating everything it means to be an

attorney!   Christopher Jon Kellogg's conduct is not just unbecoming of an

attorney but his conduct deprives the litigants of due process of law,

Kellogg's conduct is in direct contravention to the Federal Rules of Civil

Procedure, the MISCONDUCT of Kellogg violates Rule 83.6.1 of the Court.

   Christopher Jon Kellogg, in direct contravention of standing ORDERS

of the Court, his obligations under the Federal Rules of Civil Procedure filed

documents 106, 107, and 108, violating the opposing parties due process rights. Christopher Jon Kellogg sent NOT a single document referenced via email as he stated he had, <u>constituting falsehoods upon the Court,</u> in violation of his OATH and the Rules. In document 111, Christopher Kellogg changes the wording slightly and continues with FALSEHOODS upon the Court in direct contravention of Standing Orders of the Court in direct contravention of the Federal Rules of Civil Procedure, wherein Kellogg states: "NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES Counsel for Plaintiffs Chad M. Koehn and United Capital Management of Kansas, Inc., hereby notifies the Court that on July 26, 2022, Plaintiffs' Initial Disclosures to Defendant were electronically served on Michel Nelson at oklahomaremote@gmail.com pursuant to the Order of this Court [Doc. 67]." Not only does Document 67, not permit service of any document pursuant with FRCP Rule 5, any order which would be construed as the Court unilaterally waiving the requirements under FRCP Rule 5, would have been an illegal order, violating FRCP and constitute a violation to the Judges Oath, therefore any attorney reading into any order of the Court any violation to the

Federal Rules of Civil Procedure as a violation to due process, or a violation

to the OATH of the Judge presiding, the attorneys would know is not a lawful

order, ergo any attempt to claim an Order violates an opposing parties rights

under due process of law, is not an order which Kellogg can rely upon

claiming that the opposing parties rights had been stripped by Order of the

Court, because as Kellogg knows as an "officer of the Court" no Court Order

has the power to overrule the ipso facto laws of Congress embodied in the

Federal Rules of Civil Procedure.   As Kellogg swore an OATH to the US

Constitution, the document upon which the Court derives its power as a US

Federal Court, means that Kellogg swore to uphold the US Constitution and

thus the Rules and Orders of the Court.  Kellogg acted in direct contravention

of the US Constitution and the Federal Rules of Civil Procedure violating his

OATH before the Court in his unilateral usurpation of the rights of the

opposing party denying due process of law to the opposing party.

The fact attorney Christopher Kellogg attempts to rely upon another

order to say the previous order is no longer of consequence demonstrates

clear FALSEHOOD on the part of Christopher Kellogg, worse yet, FRCP

===============================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in Case 5:22-cv-04008-JWB-GEB*

Rule 5 is clear in plain English, and Kellogg knew the opposing party neither

is registered to receive electronic service nor has ever consented in writing to

electronic service.  Worse yet, Kellogg NEVER emailed the documents,

demonstrating clearly that Kellogg not only attempted to defraud the Court in

acting in direct Contravention of Standing Orders of the Court in his filing of

documents 106, 107, 108 and, but Kellogg directly LIED in writing as he,

Kellogg NEVER performed the act of emailing any of the documents to the

opposing party, therefore demonstrating Kellogg was SUCCESSFUL in his

FRAUD against the Court and opposing party!

Kellogg has knowingly, willfully, wrongfully LIED in writing to the

Court.  Worse yet, than the obvious and evident violations of Federal Rules of

Civil Procedure, Kellogg's action in contravention to Standing Orders of the

Court, thus Disobedience of a Court Order, his false certificate, his false

action of emailing the opposing party when he did not, within document 111,

Kellogg states:  *"CERTIFICATE OF SERVICE The undersigned hereby*

*certifies that on July 29, 2022, the foregoing Notice of Service of Plaintiffs'*

*Initial Disclosures was electronically filed with the Court using the CM/ECF*

===========================================================

**NOTICE of Violations to Rule 83.6.1 committed ad nauseam by attorney: Christopher**
**Jon Kellogg  Bar # 21651  in** *Case 5:22-cv-04008-JWB-GEB*

*System, which sent notification to all parties of interest participating in the*

*CM/ECF System, and was forwarded via U.S. Mail first class, postage*

*prepaid and properly addressed to the parties' and/or counsel's addresses*

*show below who do not receive notice electronically via the CM/ECF System:*

*/s/ Chris J. Kellogg".* NO ADDRESS WAS SHOWN BELOW. As

document 111, is a single page document and has been confirmed as a single

page document by Judicial Watch and Free.law

Kellogg in addition to the FALSEHOODS made in Document 111,

affixed a false swearing and false declaration to the "CERTIFICATE of

SERVICE" wherein no mailing address is shown below on the single page

Kellogg submits to the Court, demonstrating clearly Kellogg had no intention

of providing the document(s) to the opposing party, and clearly violating his

OATH, the RULES, the FRCP, by filing the single page document in 111,

without any address listed for the opposing party.

Kellogg's actions deliberately with malice of forethought sought to deprive

the opposing party of due process rights, by directly acting in contravention of a

standing lawful order of the Court, thus **violating ad nauseam Rule 83.6.1(c)(3) and (7)**.

**RULE 83.6.1** (c) Standards of Conduct.

**Any of the following acts or omissions** by an attorney **constitute misconduct** and **are grounds for discipline:**

(1) Acts or omissions that violate the standards of professional conduct adopted by this court;

(3) Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

(7) Willful violations of a valid order of the court, the Disciplinary Panel, or a hearing panel;

The presiding Federal Magistrate, Judge Birzer, had the necessity to **SUSTAIN the Objection** of the undersigned, made in Document 42, of the referenced litigation, regarding not receiving copies of the filings made.

Document Number 63, ORDER of the Court, where the Court had to state:

==================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in Case 5:22-cv-04008-JWB-GEB*

a. **"IT IS FURTHER ORDERED that after further discussion with the Court Clerk's office regarding service of pleadings, the Court SUSTAINS Objection Defendant Not Receiving Filings Made by Opposing Counsel (ECF No. 42)."**

b. **"the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via U.S. mail and to certify service of same."**

Document 63 of the above referenced litigation, stated MULTIPLE times in the Order of the Court: **"the Court SUSTAINS Defendant's objection in ECF No. 42."** and stated: **"IT IS FURTHER ORDERED that after further discussion with the Court Clerk's office regarding service of pleadings, the Court SUSTAINS Objection Defendant Not Receiving Filings Made by Opposing Counsel (ECF No. 42)"** the Court went on to state: "**, the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via U.S. mail and to certify service of same.**"

===============================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg Bar # 21651 in* Case 5:22-cv-04008-JWB-GEB

The Rules of the Court and the Oath which attorneys take to be "Officers of the Court" are both CLEAR, they are written in plain English. Christopher Jon Kellogg's willful, purposeful, wanton actions are in violation of the Rules which govern his profession, and warrant immediate disciplinary actions, as Christopher Jon Kellogg has now deprived the parties of fair resolution before the Court. Christopher Jon Kellogg's WILLFUL DISOBEDIENCE of Standing Lawful ORDERS of the Court and WILLFUL flouting of the Federal Rules of Civil Procedure, in addition to the purposeful flagrant FALSEHOODS Kellogg has made in writing to the Court.

**RULE 83.6.1**

(c) Standards of Conduct.

**Any of the following acts or omissions** by an attorney **constitute misconduct** and **are grounds for discipline:**

(1) Acts or omissions that violate the standards of professional conduct adopted by this court;

(3) Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

(7) Willful violations of a valid order of the court, the Disciplinary Panel, or a hearing panel;

Kellogg, acted in direct "Willful DISOBEDIENCE of a Court Order requiring the attorney to do … an act connected with or in the course of the practice of law." **Clear violation to Rule 83.6.1(c)(3) Christopher Jon Kellogg's actions constitute, "Willful violations of a valid order of the court", clearly violating Rule 83.6.1(c)(7)** Christopher Jon Kellogg's actions constitute FALSEHOODS upon the Court and are **"Willful violation of the attorney's oath prescribed by these rules" clearly in violation of Rule 83.6.1(c)(4), wherein the OATH of attorneys appearing and as members of the US District of Kansas Federal Court states under Rule 83.5.2(c) Oath or Affirmation: "The following oath or affirmation must be administered to the applicants by or at the direction of a judge or magistrate judge of this district:"**

> **"You do solemnly swear/affirm that you will support the Constitution of the United States; that you will do no falsehood, nor consent to the doing of any in court; that you will not wittingly or willfully promote or sue any false groundless, or unlawful suit, nor give aid or consent to do the same; that you will**

delay no person for lucre or malice, but you will conduct yourself in the office of an attorney within the courts according to the best of your knowledge and discretion, and with good fidelity, as well to the court as to your clients."

Christopher Jon Kellogg's actions in FALSE Certifications and CERTIFICATES in filings and pleadings before the US District of Kansas Federal Court, contain false certifications, constituting "FALSEHOODS", wherein the Oath of Attorneys appearing as members of the Court states clearly: <u>"that you will do no falsehood, nor consent to the doing of any in court"</u>, wherein Christopher Jon Kellogg as the proof positive evidence so proves beyond the shadow of a doubt, with overwhelming preponderance of evidence beyond a reasonable doubt that Christopher Jon Kellogg not only violated standing orders of the Court, but he passed upon the Court known falsehoods violating his Oath before the Court, and in direct violation by "Willful violation of the attorney's oath prescribed by these rules" clearly in violation of Rule 83.6.1(c)(4) of the Rules.

IN ADDITION without limitation, Christopher Jon Kellogg violates the Rules of Professional Conduct ad nauseam, including without limitation.

<u>Rules of Professional Conduct state:</u>

=====================================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseam by attorney: Christopher Jon Kellogg  Bar # 21651  in Case 5:22-cv-04008-JWB-GEB*

Rule 3.4 - Advocate: Fairness to Opposing Party and Counsel

A Lawyer SHALL NOT:

**(c) knowingly disobey an obligation under the rules of a tribunal except for an open refusal based on an assertion that no valid obligation exists;**

Christopher J. Kellogg did knowingly, wrongfully, illegally, purposefully, commit willful disobedience of a court order requiring him to do a specified act, in the sending of "hard copies" of filings he made to the Court to the opposing party. In doing so Christopher J. Kellogg willfully, knowingly violated Rule 83.6.1(C)(3) and (7), because Christopher Kellogg's action were in "willful disobedience of a court order requiring" Christopher Kellogg to provide "hard copies" of the filings he made to the Court to the opposing party. Kellogg went on to willfully violate the valid orders of the Court, by willfully, knowingly, purposefully, wrongfully, falsely swearing "certificates" and "declarations" in writing before a Court of the US District of Kansas Federal Court.

**WILLFUL DISOBEDIENCE of COURT ORDER in filing Document 140**

The Rules of the Court under 83.6.1 make it clear that attorneys that are in direct disobedience of Standing Orders of the Court, must stand charged with DISOBEDIENCE to the Court. The Court authorized the filing of document 140 to the Court, in doing so the Court authorized its filing contingent upon specified instructions, specifically the Court stated, at 5(a)(2), of Document 124 an ORDER of the Court: "Plaintiffs' motion for leave to seal. Plaintiffs' motion for leave to seal shall be filed no later than August 12, 2022 with responsive pleadings served as per local rule. **The motion and response are limited to ten pages**,"

IN DIRECT CONTRAVENTION of the ORDER of the Court, on 12 August 2022, Christopher Kellogg not only provided FALSEHOOD as to Certificate of Conferral on page 17 of the Motion, but the Motion itself is SEVENTEEN PAGES (17 pages), wherein the ORDER of the Court was specific, in stating: "**The motion and response are limited to ten pages**," This demonstrates clearly that Christopher Kellogg, deliberately in direct contravention of the Courts Order, continually ignores all instructions and all Orders of the Court. There appears no Order of the Court which Christopher Kellogg has NOT acted in direct CONTRAVENTION. Kellogg literally violates all the Courts Orders, and simply

===================================================================

with forethought IGNORES the Orders of the Court, as to demonstrate to the Public at Large, the Court, the parties and all who enter upon to read the filings that Christopher Kellogg, Larry Michel and Craig A. Brand need not heed the instructions of the Court in any Order.  That they need not follow any Order of the Court in any meaningful sense, nor must they adhere to a single instruction or lawful Order made in any Order of the Court.

There can be no excuse nor mistake when the Court is explicit as the Court was in an ORDER directly providing plain English instructions as to the filing of a motion.  Kellogg cannot possibly proffer an excuse he does not know how to count to ten (10).  The motion passed to the Court in document 140, is SEVEN (7) pages greater than ten pages authorized.   Kellogg acts again in DIRECT CONTRAVENTION of an ORDER of the Court. Directly violating  **RULE 83.6.1** (c) Standards of Conduct.  **Any of the following acts or omissions** by an attorney **constitute misconduct** and **are grounds for discipline:**

(3) Willful disobedience of a court order requiring the attorney to do or forebear an act connected with or in the course of the practice of law;

(4) Willful violation of the attorney's oath prescribed by these rules;

===============================================================

(7) <u>Willful violations of a valid order of the court</u>, the Disciplinary Panel, or a hearing panel;

There can be no mistake the Court was explicit in its instructions, the Court authorized the filing of a motion which came with explicit instructions stating: "<u>The motion</u> and response <u>are limited to ten pages</u>" see page 9, of document 124, at 5(a)(2)     **RULE 83.6.1** <u>(c) Standards of Conduct, is equally as clear: At 83.6.1(c)</u> "**Any of the following acts or omissions** by an attorney **constitute misconduct** and **are grounds for discipline:**" (3) it states: "<u>Willful disobedience of a court order requiring the attorney to do</u> **or forebear** <u>an act connected with or in the course of the practice of law;</u>" The Court was clear that "The motion and response are limited to ten pages", this is an ORDER of the Court, Kellogg willfully disobeyed the ORDER of the Court passing in a SEVENTEEN (17) page Motion, Kellogg's action is in disobedience to the Court Order, the Order is requiring a limitation on a filing of an authorized motion, the act is connected with or in the course of the practice of law.   AND again in 83.6.1(c)(7), the act by Kellogg in exceeding the page limit is willful disobedience of a Court Order:  "(7) <u>Willful violations of a valid order of the court</u>,"   Kellogg's actions are willful, they are in violation of a valid court order, on the limitations of an authorized motion.

=================================================================

Wherein Christopher Kellogg, had personal confirmed knowledge as of 2 August 2022, that the opposing party receives no communication from any email (electronic mail) address other than that of Christopher Kellogg, none-the-less Christopher Kellogg affixed his signature to a statement as a **"Certificate"** of Compliance with Federal Rules, specifically on 12 August 2022, Christopher J. Kellogg Bar #21651 affixed his signature and filed a statement that states:

*"CERTIFICATE OF CONFERRAL <u>The undersigned counsel</u> hereby **certifies** that on August 12, 2022, Mr. Brand has attempted to confer with Michael Nelson, but has been unable to contact him prior to the filing of this motion."*

Christopher J. Kellogg knows that the statement which he himself **"certified"**, by stating <u>"The undersigned counsel hereby certifies that on August 12, 2022, Mr. Brand has attempted to confer"</u> is a statement which is categorically FALSE. Absent Christopher Kellogg providing to the Federal Magistrate, the District Court and the Bar Disciplinary Counsel proof in the positive of attempts to contact the opposing party "Michael Nelson" made by Craig Alan Brand an attorney appearing "pro hac vice", the Court must as a matter of law, **in the interest of protecting the integrity of the Courts** and the general public from Judicial MISCONDUCT, recommend and refer Christopher Kellogg for

====================================================================

***NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg Bar # 21651*** *in Case 5:22-cv-04008-JWB-GEB*

adjudication before the Court in the suspension and/or disbarment from the

practice of law, for Christopher Kellogg's willful disobedience of court orders and

for Kellogg's violations to the OATH of his profession as an attorney practicing

before the US District of Kansas and for passing FALSEHOODS before the Court,

present a clear and present danger to the administration of Justice in the US District

of Kansas Federal Courts, and wherein the District of Kansas Federal Court

requires attorneys to take the following oath:

> "_____do solemnly swear/affirm that you will support the Constitution of the United States; that you will do no falsehood, nor consent to the doing of any in court; that you will not wittingly or willfully promote or sue any false, groundless, or unlawful suit, nor give aid or consent to do the same; that you will delay no person for lucre or malice, but you will conduct yourself in the office of an attorney within the courts according to the best of your knowledge and discretion, and with good fidelity, as well to the court as to your clients."

### Thus violating ad nauseum RULE 83.5.2 (c) Oath or Affirmation.

The OATH of the US District of Kansas requires attorneys to state they will

"do no falsehood", yet here Christopher Kellogg has committed a multitude of

FALSEHOODS upon the Court!   The Rules of this Court in 83.6.1(c)(4) states:

"Willful violation of the attorney's oath prescribed by these rules;"  Kellogg's

=================================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in Case 5:22-cv-04008-JWB-GEB*

certificate is a willful violation of the "oath prescribed by these rules", under the oath in 83.5.2(c).

Craig Alan Brand MUST produce proof in the positive of attempts to confer prior to the filing of document 140. **Those attempts cannot be in the form of EMAIL,** BECAUSE attorney Christopher J. Kellogg knew and confirmed his knowledge that the opposing party receives only email from Kellogg, and no emails were sent by Kellogg on behalf of Brand. Kellogg knew and confirmed his knowledge on 2 August 2022, that the opposing party receives no email from any other email address associated with Kellogg or the plaintiffs other than his own, that of Christopher J. Kellogg, ergo armed with this knowledge Mister Craig Alan Brand who had previously sought to DECEIVE and MISLEAD the Court and opposing party with DECEPTIVE emails, also knew the opposing party would not receive any email from Mister Brand.

Therefore the only possibility is that **Brand MUST produce telephonic records proving attempts to confer prior to filing the motion in document 140,** since no caller identification records show any attempted phone calls to the number on file with the Court, the Court and the Disciplinary Counsel must conclude that **Craig Alan Brand LIED to another attorney with the Court** and the two

attorneys CRAIG ALAN BRAND and CHRISTOPHER JON KELLOGG committed a FALSEHOOD upon the Court in the false certification of the "Certificate of Conferral", signed by Kellogg.   The Kansas Rules of Professional Conduct make it a crime and violation of the Conduct of Attorneys, for one attorney to influence another to violate the Rules.  Here Craig Alan Brand made no conferral attempt or otherwise and thus has influenced another member of the Court to LIE in writing to the Court, creating falsehoods to the Court.

For the public at large and news media in possession of this Notice the definition of "FALSEHOOD" is a noun, meaning <u>"the state of being untrue."</u> Which is exactly what the declarations and "Certified" statements of Christopher Kellogg are FALSEHOODs, against the interests of Justice and in support of Craig Alan Brand, a man who has passed an affidavit of PERJURY before the US District of Kansas Federal Court, wherein the Federal Judge Birzer, exclaimed to Craig Alan Brand, "you know you played fast and loose with number six", referencing the affidavit of perjury filed by Craig Alan Brand to the Court. According to Merriam-Webster Dictionary to "play fast and loose" is "to behave in a clever and dishonest way", certainly the OATH of Attorneys and the Kansas Rules of Professional Conduct are meant to dissuade and make it illegal for Attorneys to

behave in a "dishonest way", thereby violating the Rules of Professional Conduct,

when an attorney "plays fast and loose" especially with a sworn affidavit.

Craig Alan Brand since his very first appearance before the Court, has

continually made a series of DECEPTIONS before the Court, from his affidavit

filed to the Court, to gain access to the Court, to his false and materially

DECEPTIVE misleading email to Chambers of Judge Birzer and the opposing

party as complained of in documents 52 and 57, detailing the DECEPTION made

by Craig Alan Brand in false email addressing. **Now we have Craig Alan Brand**

**influencing another member of the Court to LIE in writing passing yet**

**another FALSEHOOD to the Court,** this time regarding attempts at Conferral,

wherein no attempts to confer were ever attempted.

If the Rules of the US District of Kansas are meant to be broken by attorneys

who have taken the oath of the Court, then why would the US District of Kansas

have any rules at all.  IF as shown the Standing Orders of the Court are meant to be

ignored in their entirety, as they have been by the attorneys appearing before the

Court, then who must follow the Orders of the Court?

IF as is shown, the rules are a moving target to any citizen that appears

before the Court, what is written as the RULES of the Court are subject to

=================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher*
*Jon Kellogg  Bar # 21651  in* Case 5:22-cv-04008-JWB-GEB

immediate change by the Federal Magistrates and Judges of the Court, and the Federal Rules of Civil Procedure are not meant to be followed at all, by those licensed and having taken an OATH to serve as "Officers of the Court", then how is the Court to provide any meaningful platform for the resolution of disputes?

In the US District of Kansas, the attorneys having taken an OATH to the Court and appear as stated "officers of the Court" are willing to LIE, CHEAT, file FALSEHOODS, **PLAY FAST AND LOOSE**, VIOLATE the Rules, VIOLATE the Code of Professional Conduct, directly DISOBEY Orders of the Court, act with material deception towards opposing parties and the Chambers of the presiding judges then how is the Court to derive any power in the resolution of disputes, when citizens come forth to ask the Court for its wisdom and adjudication of matters before the Court?   Who then must follow the rules and Orders of the Court, since obviously the attorneys taking an OATH to the Court do not.

When the lawyers licensed and appearing as members of the Court acting as supposed "Officers of the Court" violate ad nauseum the Federal Rules of Civil Procedure, act in direct contravention and DISOBEDIENCE to Standing ORDERS of the Court, the entire Court system breaks down and the Courts no longer derive power to provide a platform for resolution of disputes.

=================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in* Case 5:22-cv-04008-JWB-GEB

As here Christopher Jon Kellogg flagrantly flouts the very Federal Rules of Civil Procedure, created to provide the Court with the power to adjudicate matters before the Court. Kellogg acts in direct defiance, in contravention and DISOBEDIENCE to the lawful ORDERS and instructions of the Court. When the parties are deprived of DUE PROCESS through the FALSEHOODS perpetrated upon the Court by Attorneys acting in direct contravention of the Standing Orders of the Court and in direct contravention of the Rules of Professional Conduct **the parties are deprived of the Federal Resource of the US Federal Courts to resolve disputes.** The Court no longer provides a platform for fair resolution of disputes, and its power is stripped when its own ORDERS and Rules are violated with impunity by the persons who swear an OATH to the Court.

Therefore the Rules of the US District of Kansas VIOLATE the United States Constitution, as they are not uniformly applied nor are they applied to all who enter upon the Court for Judicial decision. IF the rules of the US District of Kansas are solely for the slave/serf class of citizens and do not apply equally to all who enter upon the Court for its guidance and wisdom, the the Court loses it power to resolve disputes, the Court therefore violates the US Constitution.

========================================================================

*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in* Case 5:22-cv-04008-JWB-GEB

**Absent the most strongly held and meaningful disciplinary actions**

including minimally suspension and possibly disbarment, the general public at

large will be unfairly prejudiced against the Courts themselves, as the evidence

which has come to bear upon the Court demonstrates clearly the attorneys taking

an OATH to uphold the US Constitution and thus the RULES of the Court,

continually flagrantly flout the very rules of the Court and the Courts ORDERS

which allow the Court to Operate.

Kellogg's direct defiance in purposeful DISOBEDIENCE to the COURT'S

ORDERS demonstrates clearly **Kellogg believes he does not have to adhere to**

**the instructions nor ORDERS of the Court.** **Kellogg's actions amount to**

**malicious willful MISCONDUCT, lying, falsehoods, false declarations, false**

**certificates, false certifications, the actions of Kellogg are in direct**

**contravention of the RULES of the Court, in disobedience of Court Orders, in**

**contravention of his OATH and support untruthful statement of Craig Alan**

**Brand in violation of the 83.6.1 of the Rules of this Court.**

**Under Kansas Rules of Professional Conduct it states:**

**Rule 3.3 - Advocate: Candor Toward the Tribunal**

(a) A lawyer shall not knowingly:(1) <u>make a false statement of fact</u> or law to a <u>tribunal or fail to correct a false statement of material fact</u> or law previously <u>made to the tribunal by the lawyer;</u>

 

**The US DISTRICT OF KANSAS Federal court is herein placed on NOTICE of the willful violations and direct DISOBEDIENCE to the Rules of the Court, actions by Kellogg and Brand in direct CONTRAVENTION of Standing ORDERS of the Court, which has now created irreversible error and <u>manifest injustice</u> before the Court due to the <u>purposeful, willful, knowing, wrongful MISCONDUCT of Christopher Jon Kellogg.</u>**

 

**ACTION by the US District of Kansas Federal Court and Disciplinary Counsel are BOTH necessary to prevent the public at large from being further prejudiced as Christopher Jon Kellogg, <u>presents a CLEAR and PRESENT DANGER to the administration of Justice in the US District of Kansas Federal Court.</u>**

=================================================================

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 23rd day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

**NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher Jon Kellogg  Bar # 21651  in** *Case 5:22-cv-04008-JWB-GEB*

**Certificate of Service as to:**

**NOTICE of Violations to Rule 83.6.1**
**committed ad nauseum by**
**attorney: Christopher Jon Kellogg**
**Bar # 21651**

The undersigned hereby certifies that, on this same date, the foregoing as cited herein above **NOTICE of Violations to Rule 83.6.1 committed ad nauseum** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 23rd day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

========================================================================
*NOTICE of Violations to Rule 83.6.1 committed ad nauseum by attorney: Christopher*
*Jon Kellogg  Bar # 21651  in Case 5:22-cv-04008-JWB-GEB*