# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. **& CHAD M. KOEHN** Plaintiffs, counter-defendants v. Michael Nelson Defendant; Counter-Plaintiff   PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** **CIVIL ACTION** **Objections to Motion to Seal Future Filings Document 140** **[Jury Trial Demanded]** |
|---|---|

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **Objections to Motion to Seal Future Filings Document 140, Nelson states:**

### FORMAL OBJECTIONS ARE MADE TO THE MOTION FILED IN DOC. # 140

1. Federal Judge Birzer, stated in Order of the Court, explicitly, under (5) Miscellaneous at (5)(a)(2) on page 9: *"Plaintiffs' motion for leave to seal shall be filed no later than August 12, 2022 with responsive pleadings served as per local rule. **The motion and response are limited to ten pages…"*** The motion was filed by Chad M. Koehn ("Koehn") and United Capital Management of Kansas Inc. ("UCMK") **is filed in direct contravention of the ORDER of the Court, limiting the motion to ten pages,** the motion filed by Koehn and UCMK is Seventeen (17) pages in length.   Koehn's motion should be DENIED, both on the merits and for **disobedience of the Courts Order, with referral to Disciplinary Counsel for obvious and evident violations of Rule 83.6.1 of this Court, in direct DISOBEDIENCE of ORDERS.**

2.  On page FIFTHTEEN (15) of the ten page limit, Koehn and UCMK make a false statement stating:   *"Plaintiffs have already been contacted by clients who received emails from Mr. Nelson containing the inflammatory, demeaning, accusatory, defamatory, derogatory and heinous language set forth in his filings quoted above."*   **Nelson absolutely 100% DENIES** sending anyone emails other than the Court, Clerks, non-profits, advistors, attorneys and

========================================================================

Christopher J. Kellogg, regarding any matter regarding this litigation since this litigation was served 10 January 2022, the **statement made in the motion is 100% DENIED, it is FALSE! KOEHN and UCMK MUST produce PROOF of this allegation forthwith.** Absent proof Kellogg should be referred to Disciplinary Counsel for FRAUD upon the Court violating with impunity Rule 83.6.1 of this Courts rules and the Kansas Rules of Professional Conduct.

    3. Attorney Christopher J. Kellogg filed the following "certification" as an Officer of the Court, it is OBJECTED to as it is believed to be UNTRUE, FALSE and demonstrable FRAUD upon the Court, ESPECIALLY since attorney Christopher J. Kellogg has previously had communication with Mister Nelson wherein Mister Kellogg acknowledges that ALL emails of Craig Alan Brand's law firm www.thebrandlawfirm.com have been blocked and set to automatic deletion, especially considering the VULGAR and DEROGATORY descriptive nature of the email harassment that has come from the TLD (Top Level Domain) for The Brand Law Firm: @thebrandlawfirm.com, requiring Mister Nelson to BLOCK and set for deletion a multitude of VULGAR, HORRIFIC, DEROGATORY, SHAMEFUL, HEINOUS email addresses, presumably of Craig Alan Brand and **his army of minions who have been harassing Mister Nelson extra judicially for many months** since the removal of this case to the Federal Court, see attached herewith email sent to Christopher J. Kellogg with the response of Mister Kellogg, as Exhibit "A", the email exchange with Christopher Jon Kellogg, outlining that Kellogg's email address specifically is noted as "important", whereas many other email addresses are set for automatic deletion and bounce, including the VULGAR, HEINOUS, HORRIFIC, SHAMEFUL, DEROGATORY email addresses which Mister Nelson has been bombarded with from pro hac vice Craig Alan Brand's TLD (Top Level Domain) thebrandlawfirm.com including without limitation, See attached herewith **EXHIBIT "B":**

==========================================================================

niggerlipsnelson@thebrandlawfirm.com

faggotniggerlover@thebrandlawfirm.com

NLNfaggot@thebrandlawfirm.com

Mister Nelson, totally frustrated **by the "juvenile games" of Craig Alan Brand and cohorts,** had the necessity to strongly state to Mister Kellogg:

"**Can I have your word??** you will tell your clients and colleagues including Larry Michel **to "cut the shit" literally and stop with the juvenile games? That would be a professional start to this simple litigation.**" See Exhibit "A"

Part of the email to Mister Kellogg, had to strongly state that the "juvenile games" are to STOP, as this is a simple litigation and the extra judicial harassment by Craig Alan Brand and his "army of techno minions" needs to stop:

"*Your colleagues fool no person with their email tricks.* **The fact that the emails say things like "nigger lips nelson" and "NLN" means conversations were had with Anthem and Cynthia Blanchard who I confided in as to things said to me when I was a child, when I was bullied on the playground.** *In many instances for several years because I had large lips (still do) the kids would pick on me and call me "NIGGER LIPS NELSON" for which "NLN" stands for when the teachers would stop their bullying of me calling me "NIGGER LIPS NELSON" they chaned to "NLN" the fact that* Mr. Brand and his army of techno minions even knows this fact from my child hood **speaks directly to the juvenile shenanigans for which Mr. Brand is so well known** in the legal community

*through his long and storied history of harassing those he opposes. I am not about to let em get my "goat", I have simply set all the harassing email addresses and virtually any other email I receive other than ones authorized by the Court to automatic DELETE. So there Mr. Brand and/or his army of minions have won nothing with their harassment."*

**BOTH Mister Kellogg and Craig Alan Brand MUST produce PROOF of the claimed contact attempts by Craig Alan Brand** which must include "PIN" reports from telephone carriers identifying the telephone number CNAM and Full NPA-NXX-AAAA used by Craig Alan Brand and the call to number with full "PIN" Report NPA-NXX identifying the date and time stamp as provided by the RBOC (Regional Bell Operating Company) demonstrating that the Certification made by Attorney Christopher J. Kellogg is not <u>FRAUD upon the Court</u> **and** <u>is made in good faith with substantiating PROOF positive supporting his, Christopher J. Kellogg's "certificate"</u>:

<u>CERTIFICATE OF CONFERRAL</u>

<u>The undersigned counsel hereby certifies</u> that on August 12, 2022, Mr. Brand has attempted to confer with Michael Nelson, but has been unable to contact him prior to the filing of this motion.

Respectfully Submitted,

/s/ Chris J. Kellogg

Chris J. Kellogg, #21651

*[See Page 17 of the Motion made Doc. 140 which was supposed to be limited to ten pages]*

<u>Absent PROOF positive of attempted conferral as "certified" by Kellogg</u>**, then Kellogg MUST be referred to Disciplinary Counsel for US District of Kansas for sanctions and**

**disbarment, for directly committing FRAUD upon the Court and <u>LYING again in writing,</u>**

**<u>filing a "CERTIFICATE".</u>** The Federal Rules are clear: "A "reasonable effort to confer"

means more than mailing or faxing a letter to the opposing party. It requires that the parties in

good faith converse, confer, compare views, consult, and deliberate, or in good faith attempt to do

so." **<u>Kellogg MUST provide PROOF of multiple attempts at conferral and that PROOF</u>**

**<u>cannot be email as Kellogg already KNEW as of 2 August 2022, that the ONLY email</u>**

**<u>address which Mister Nelson would conceivably receive any email from is his own,</u>**

[ckellogg@kenberk.com](mailto:ckellogg@kenberk.com) **Phone Records MUST be produced, otherwise Christopher J.**

**Kellogg is in violation of Rule 37.2 of the Rules of this Court, requiring disciplinary counsel**

**involvement, for Kellogg deliberate LYING in writing filing false certification!**

**<u>"Rule 8.4 - Maintaining the Integrity of the Profession: Misconduct</u>**

**<u>It is professional misconduct for a lawyer to:</u>**

**(a) <u>Violate or attempt to violate the rules of professional conduct, knowingly assist</u> or**

**<u>induce another to do so, or do so through the acts of another;"</u>**

On 2 August 2022, Mister Kellogg acknowledged he knows Mister Nelson, ONLY receive

emails sent by him (Kellogg) and ALL other emails of anyone else associated with CRAIG

ALAN BRAND and Christopher J. Kellogg has marked any other emails from his colleagues and

cohorts, witnesses, etc. to delete, therefore when **<u>Attorney Christopher J. Kellogg signed a</u>**

**<u>"Certificate of Conferral" on 12 August 2022, TEN (10) days later, he knew personally that</u>**

**<u>any attempt by Mr. Brand "to confer with Michael Nelson, HAD to have been via in person</u>**

**<u>knocking on a door OR via Telephonic means. As any other form of communication from</u>**

**<u>Craig Alan Brand had been blocked, and this was KNOWN to Christopher J. Kellogg.</u>**

**Telephonic means, meaning via telephone or cellular phone.** ALL telephone calls generate PIN reports, indicating from the RBOC (Regional Bell Operating Company) level an attempted phone call, including CNAM within those PIN reports.

Absent this proof positive of an attempt, which would also be logged to Mister Nelson's phone line, the "CERTIFICATE" by attorney Christopher J. Kellogg constitutes WILLFUL, KNOWING, WRONGFUL FRAUD upon the Court. Mister Kellogg MUST as a matter of law produce the PROOF that his statement is not fraud: **"The undersigned counsel hereby certifies that on August 12, 2022, Mr. Brand has attempted to confer with Michael Nelson, but has been unable to contact him prior to the filing of this motion."** Especially since Christopher J. Kellogg confirmed on the SECOND of August 2022, ten (10) days earlier that he knows, Mister Nelson receives NO emails from Mister Brand. The fraud and purposeful willful LIES in writing in the filing of false Certificates, by Mister Kellogg, must not only cease but absent PROOF positive of the "hereby certifies", Mister Kellogg MUST as a matter of Judicial Integrity be immediately referred to the Disciplinary Counsel, who must conduct an investigation and MUST issue appropriate disciplinary measures to protect the COURT, the PUBLIC and the parties from further FALSE declarations and FALSE Certificates and/or certifications made by attorney Christopher J. Kellogg.

<u>Mister Kellogg's continual and persistent false swearing</u> upon the legal documents he files are so outrageous, Kellogg's false "Certificates" and false swearing ***"could give an aspirin a headache".*** Especially wherein it is Christopher J. Kellogg who repeatedly referred to **Craig Alan Brand in the rule 26(f) conferences as being a "JACKASS".** Therefore, if Christopher J. Kellogg believes so strongly that Mister **Craig Alan Brand is a "JACKASS"**, to the point Christopher J. Kellogg needed to

repeatedly over the course of two (2) days, an hour each day of rule 26(f) conferences refer to the pro hac vice counsel that his law firm Kennedy Berkley Yarnevich and Williamson Chartered "sponsored" as pro hac vice counsel, **Craig Alan Brand as being a "JACKASS"**, then Christopher J. Kellogg did not simply take Brand's word that he, *"Mr. Brand has attempted to confer with Michael Nelson, but has been unable to contact him prior to the filing of this motion."* <u>Kellogg MUST have documented evidence of prior attempted conferral, not simply Craig Alan Brand's "word", because we know Christopher J. Kellogg refers to Craig Alan Brand as being a "JACKASS", Christopher J. Kellogg MUST have some form of PROOF of the Conferral prior to Christopher J. Kellogg affixing his signature to the CERTIFICATE and "CERTIFYING" the prior conferral as Christopher J. Kellogg did in writing to the Court.</u> CHRISTOPHER J. KELLOGG, is an attorney registered, therefore licenses with the Court and having taken an OATH as prescribed by the Rules, as such Kellogg knows and understands the Federal Rules of Civil Procedure, especially those basic rules under FRCP Rule 5, which states FRCP 5(b)(2)(E): "…or sending it by other electronic means **that the person consented to in writing**", Mister Nelson has consented NOT ever in writing to "electronic means" of service, even wherein Kellogg proferrs to challenge the "that the person consented to in writing" meaning under FRCP 5(b)(2)(E), the rules are clear: "<u>but is not effective</u> if the filer or sender <u>learns that it did not reach the person to be served</u>", wherein Kellogg KNOWS Mister Nelson has not consented in writing NOR has received said process.

4.  <u>TWO separate times Koehn and UCMK **prove they cannot count.**</u>  On two (2) separate occasions in the motion, document 140, Koehn and UCMK make claims Nelson filed 100+ documents in the matter, when in fact, an accounting of every document, 1 through 140 was made and is broken down as follows with document numbers from the docket:

**Filed documents:**
**Nelson:**
1, 2, 3, 4, 5, 8, 11, 12, 13, 14, 16, 17, 18, 19, 20, 23, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 47, 48, 49, 50, 51, 52, 56, 57, 58, 59, 60, 61, 68, 69, 71, 72, 73, 74, 77, 81, 83, 84, 87, 89, 90, 91, 94, 95, 96,  99, 101, 102, 103, 104, 105, 109, 110, 116, 117, 118, 119, 120, 133, 134, 135, 136, 137, 138, 139  **Total: 76** {including all compliance docs, removal, appeals, supplementals, responses}

**Court:**
7, 25, 27, 32, 43, 62, 66, 121, 124
**Total: 9**

**Orders:**
28, 29, 31, 63, 67, 70, 78, 88, 98, 100, 112, 115, 122, 123 = **Total: 14**

**KOEHN:**

Documents: 6, 9, 10, 15, 21, 22, 24, 26, 44, 45, 46, 53, 54, 55, 64, 65, 75, 76, 79, 80, 82, 85, 86, 92, 93, 97, 106, 107, 108, 111, 113, 114, 125, 126, 127, 128, 129, 130, 131, 132, 140

**Total: 41**

**Even adding ALL documents filed by *the Court, ORDERS by the Judges and Nelson* Combined, is NOT even 100 documents filed!**

**Koehn and UCMK cannot do math**, demonstrating clearly the motion in document 140, contains multiple **EXAGGERATIONS**, *EMBELLISHMENTS*, EGOCENTRIC RAMBLINGS, of **spiteful derogatory, commentary**, which finds no place in articulating factual assertions, collectively the statements by Chad Mitchell Koehn and UCMK are utterly FALSE and FRAUD upon the Court, as has been their common litigation strategy of defamatory per se filings, which flout Federal Rules of Civil Procedure, Rules of Professional Conduct, Pillars of Professionalism.

**The fact that Koehn and UCMK are incapable or unwilling to perform basic arithmetic** functions of adding up the number of documents in the case, totaling at the time of filing 140, including their motion, and performing the simple task of counting the number of documents that each party, the Court and the Judges Orders amount to and yet somehow claim Mister Nelson filed 100+ documents is utterly false, shameful and inflammatory statements of pure literary fiction aimed at setting a tone **which is neither true nor accurate** a common theme in Koehn and UCMK's filings.   Fraud upon the Court in the Motion should be sanctioned.

Certainly if Koehn and UCMK claim they are in the "financial consulting business" as they make the claim, **then basic arithmetic skills are essential in that field,** therefore only one conclusion is the plausible explanation, that Koehn and UCMK can perform basic rudimentary arithmetic **and choose not to perform basic rudimentary arithmetic**, in favor of filing an inflammatory, shameful, demeaning, accusatory, defamatory, derogatory and heinously FALSE motion not in compliance with the Orders of the Court.  Removing all doubt as to the lengths at which Koehn and UCMK will go to exaggerate and embellish facts in order to serve their spiteful

vengence as retaliation for <u>Mister Nelson delivering logic and truth unto the Court record</u> and

these legal proceedings, in **Mister Nelson's thoughtful factual assertions.**

 

5. Attorney Christopher J. Kellogg makes yet another FALSE certification

at the end of the filing in document **140 the Motion to seal, which was to be**

**limited to ten pages per Court ORDER, yet is 17 pages in length;** Kellogg

<u>makes the false declaration stating:</u>

*"CERTIFICATE OF SERVICE The undersigned hereby certifies that on August 12, 2022, the foregoing Plaintiffs' Motion to Seal Future Court Filings Made by Defendant/Counter-Plaintiff, Michael Nelson, was electronically filed with the Court using the CM/ECF System, and, pursuant to the Order of the Court, the undersigned caused to be mailed a true copy of the foregoing motion to Michael Nelson, by prepaid First Class United States Mail addressed to Michael Nelson, 9450 SW Gemini Dr PMB 90924, Beaverton, OR 97008-7105 and caused to be emailed a true copy of the foregoing motion to Michael Nelson at oklahomaremote@gmail.com."*

Attorney Christopher J. Kellogg, knows he has not sent filings he makes to the

Court to the person of Nelson, as per the Federal Rules of Civil Procedure, and as Rule

5 requires of him. Kellogg further knows and has confirmed his understanding of the

fact, that all email addresses involving his law firm and especially pro hac vice

purported lawyer Craig Alan Brand and Brand's legal associates like Logan Ryan

Golema, Intl. Lawyer ESQUIRE are blocked, set for auto delete and bounce; therefore

ONLY the email address for Christopher J. Kellogg which is [ckellogg@kenberk.com](mailto:ckellogg@kenberk.com) is

an email address which Nelson could conceivably receive email from, yet Kellogg now

changes up language from previous certifications where he has stated: "the

undersigned emailed a true copy to Michael Nelson, oklahomaremote@gmail.com";
when in fact Kellogg NEVER sent an email with the attached filings he makes to the
Court to the opposing party, Nelson.

Kellogg now struggles to find new language to attempt to get away with the
FACT he and his cohorts have been having ex parte communication to the Court and
**purposefully and intentionally not sending copies of what they file to the Court to
the opposing party**, as they have done since the onset of the removal of the SLAPP
petition to Federal Court.  ONLY now in this filing Document 140 Kellogg now
changes the wording to read:  "and caused to be emailed a true copy of the foregoing
motion to Michael Nelson at oklahomaremote@gmail.com."  **Kellogg cannot have
"caused to be" because Kellogg is fully aware all other email addresses other than
his own ckellogg@kenberk.com have been blocked and set for deletion**, in order
for Nelson to avoid further shenanigans like complained of in documents 52 and 57,
where Craig Alan Brand deliberately with tremendous MISCONDUCT emailed
Chambers of Judge Birzer and Nelson from an email address @herasoft.com a TLD
(Top Level Domain) which, he, Craig Alan Brand, knew Nelson could not have
contact, as Craig Alan Brand's intention was to have Nelson violated for an underlying
Court Order.  **Craig Alan Brand has proceeded at bar at every instance through
TRICKERY, and certain DECEPTION** in attempts to cause further legal
entanglements for Nelson, and to cause further untoward delay and increased

consternation and costs to the parties, the public and the Courts, in the matters before the Court.  Craig Alan Brand's MISCONDUCT is untenable and must be sanctioned!

## Federal Rules of Civil Procedure Rule 5(b)(2)(E) is CLEAR:

> *"sending it to a <u>registered user</u> by filing it with the court's electronic-filing system or sending it by other electronic means that <u>the person consented to in writing</u>—in either of which events service is complete upon filing or sending, <u>but is not effective if the filer or sender learns that it did not reach the person to be served;"</u>*

<u>Nelson is NOT</u> a registered user <u>"with the court's electronic-filing system",</u> this is well known to Christopher J. Kellogg.  Equally well known by Kellogg is that **Nelson has NOT** <u>"consented in writing"</u> as FRCP Rule 5(b)(2)(E) goes on to state: "sending it by other electronic means that the **person consented to in writing**" as a licensed professional authorized as an "Officer of the Court" before the US District of Kansas FEDERAL COURT, <u>Christopher J. Kellogg has abused his oath and position before the Court as his colleague Larry G. Michel has before him,</u> **BOTH collectively and individually VIOLATING the Federal Rules of Civil Procedure, Local Rules** and <u>making a mockery of the Federal Rules of Civil Procedure, Local Rules and the Judiciary in the US District of Kansas generally,</u> as BOTH presumed licensed persons KNOW what Federal Rules of Civil Procedure state in Rule 5(b)(2)(E), which go on to state:  **"<u>but is not effective if the filer or sender learns that it did not reach the person to be served;"</u>**  Here is the **EMPHASIS,** Christopher J. Kellogg **has not only learned**, Nelson does not receive any emails (electronic mail) **from any email address other than** ckellogg@kenberk.com, which was the ONLY email address Ordered by the Court to have communication with Nelson, as it relates to the professional association of Kennedy Berkley Yarnevich and Williamson Chartered, and all domains of purported lawyer Craig Alan Brand, but **Christopher J. Kellogg and before him**

==========================================================================
**Objections to Motion to Seal Future Filings Document 140**

12

**Larry G. Michel BOTH know the Rules**, and **BOTH know that Craig Alan Brand has been trying to imprison Nelson for simply receiving an email** as <u>Brand has attempted to do in his purposeful knowing willful DECEPTION</u> to Chambers of Judge Birzer and Nelson as complained and well articulated in Documents 52 and 57 of the matter at bar. Kellogg armed with the KNOWLEDGE Nelson receives no other emails other than from KELLOGG, knowing Nelson has NOT consented in writing as per FRCP Rule 5(b)(2)(E), KELLOGG now tries to claim a new series of wording, that he, KELLOGG "caused to be", as if to say Kellogg did not email Nelson, but caused another, in direct CONTRAVENTION of the Rules.

Kellogg now in deliberate fashion to materially mislead the Court, the public, Nelson and to <u>defraud the Judicial System of substantial justice</u>, and attempt to create a retroactive means of excuse, though Kellogg KNOWS that he "caused" an email to be sent, means that Nelson will NOT receive the email, **this directly violates Kellogg's OATH and violates the Rules of Professional Conduct,** necessitating further complaints to the Disciplinary Counsel under US District of Kansas Rules 83.6.2.

Kellogg is now actively involved trying to force Nelson to receive emails other than from ckellogg@kenberk.com this means that Kellogg is now actively engaged following the direction of purported lawyer Craig Alan Brand to attempt to have Nelson inadvertently violate another order, so that Brand can get Nelson locked up and complete the MURDER of Nelson, as is evident from the lengths at which the attorneys are going to have Nelson inadvertently violate another order as Craig Alan Brand most certainly attempted as articulated in documents 52 and 57. Because of **Christopher J. Kellogg's DIRECT DEFIANCE in direct disobedience of Court Orders** and his actions in direct contravention of the Federal Rules of Civil Procedure,

Nelson cannot have further interaction with Christopher J. Kellogg, the same as Larry G. Michel and certainly Craig Alan Brand.

This forces Chad M. Koehn to employ yet another attorney who perhaps can OBEY the Courts Orders and who will not operate in direct contravention of the Federal Rules of Civil Procedure and Local Rules of the Court, who does not have pending ethics charges and violations of Rules of Professional Conduct. Whereas now yet another formal complaint must be filed against Christopher J. Kellogg. Larry G. Michel shouldn't be continuing at bar at all given the fact of his purposeful, willful racial slur hurled in the originating SLAPP petition which Michel now will face litigation in the US District of New Jersey, and his continued representation here will taint the merits of this case given the SLAPP petition he filed against the US and Kansas Constitutions. As soon as the Court here decides the matter of subject matter and personal jurisdiction, Nelson has the right to enter as an interpleader in other Civil Rights cases currently being pursued by Michel.

The public and the Courts should know of Michel's obvious and evident racial biases and support of Craig Brands beliefs as articulated in his book: "I don't care what Mom Says: LIFE SUCKS!", where Michel sponsored Brand and supports **Brand's public hatred of the American Judicial System:** "Our system of justice gives everyone an audience without the need or necessity to first submit sufficient proof of his or her claim. All that is required is the mere filing of a legal document called a "complaint". **Then, wham, you are in court and the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice, **we are all guilty until proven innocent, and we are all innocent until** we run out of money. Most falsely accused people wind up paying some form of legal extortion just to get out of the drama. **The bad guys**

**and their shyster lawyers know it.**" id. page 97  **"Lady Justice is not only blind but corrupt and susceptible to biased pressures.**" page 98 id "**Lady Justice is truly blind. Blind to justice."** id. Page 26  "You can basically accuse anyone of anything, and t**hat poor schlep now has to defend him or herself against a lie."** page 114 id.  I [CRAIG BRAND], for instance, have championed the art of disinformation **I intentionally provide people [courts] with false information…"** pages 118 and 119 id.  **"The truth asserted is irrelevant.**" id Page 16   Laws no longer provide justice." id Page 141  Today's legal system **protects the wicked and taxes the innocent**." id. Page 26

Kellogg's attempts here are unconscionable, unethical, immoral, should be illegal and most certainly are in violation of the Rules of Professional Conduct, Federal Rules of Civil Procedure, Local Rules, are amongst the most UNPROFESSIONAL behavior to date by presumed licensed persons before the Court.   Kellogg's new trickery and certain DECEPTION should have an immediate referral by this Honorable United States Federal Court to the Office of Disciplinary Counsel for immediate SANCTIONS and temporary disbarment pending formal investigation and perhaps mental examination as to why Christopher J. Kellogg needlessly increase both the costs of this litigation and deliberately seeking to VIOLATE the Federal Rules of Civil Procedure.   Kellogg KNOWS that any "caused to be emailed", statement leaves Kellogg to claim he asked someone else to do the emailing rather than sending it himself which ONLY he Christopher J. Kellogg is authorized by the Court with the specific email address of ckellogg@kenberk.com to have communication via email with Nelson regarding discovery.

**Therefore Kellogg is knowingly acting in DIRECT DISOBEDIENCE of a STANDING COURT ORDER,** knowingly VIOLATING the Federal Rules and knowingly seeking to DECEIVE the Court and opposing party through his speech.  Kellogg's actions here in DIRECT

CONTRAVENTION to the Federal Rules of Civil Procedure, in direct CONTRAVENTION of the ORDERS of the COURT <u>(like his 17 page motion is in direct contravention of the authorized limit on pages)</u>, in direct contravention to the Local Rules, in direct contravention of the Pillars of Professionalism, in direct contravention to the Rules of Professional Conduct governing his profession, which seek to **eliminate the very type of MISCONDUCT at bar which Christopher J. Kellogg is now engaged actively before the Court.** SEE ATTACHED HEREWITH Exhibit "A" demonstrating <u>the knowledge of Christopher J. Kellogg</u> **<u>that only his email address as authorized by the Court</u>** in Document 67, and that ONLY Kellogg's email address which Nelson can conceivably receive any email communication from those representing CHAD MITCHELL KOEHN and UCMK. Kellogg's MISCONDUCT here and now MUST in the interests of substantial justice in the prevention of manifest injustice be strongly held to account for his immoral unethical MISCONDUCT he is deliberately laying before this Honorable US Federal Court for the US District of Kansas.

The current case at bar here in the US District of Kansas Federal Court, is just the first of many multitude of litigations in the Federal, State, County and Territorial Courts of these the United States of America, involving the parties hereto. The current case at bar here in the US District of Kansas should not have the need for some many motions, pleadings, filings concerning simple procedures to litigation. The collective actions of Chad M. Koehn and UCMK by and through their purported attorneys have and continue to cause needless consternation and certain untoward delay in litigating, are collectively in violation of Federal Rules of Civil Procedure Rule 1, wherein attorneys should be acting in the interests of "JUST", "SPEEDY" and "INEXPENSIVE" determination of every action, <u>conversely Kellogg and his cohorts are doing everything possible complicate litigation and make it anything but just, speedy or inexpensive.</u>

These deliberate, willful, knowing, acts of DECEPTION and certain willful purposeful MISCONDUCT creates a situation before the Court where the great work of the Court is constantly disrupted through legal shenanigans, trickery and certain DECEPTION by the persons who are supposed to be "Officers of the Court" and are presumably licensed to perform work before the Court have and continue to deliberately increase the size, scope and need for filings to the Court. The behavior and deliberate actions of DECEPTION and EVASION of the Local Rules, Federal Rules of Civil Procedure, and Rules of Professional Conduct have and continue to have dire consequences to the parties, the Court and the public at large. The Court needs to step in and DEMAND with "Sanctions", AND absolute referrals to the Disciplinary Counsel Office and other such relief as it deems just and proper to curb the constant DECEPTION and certain MISCONDUCT being displayed and acted upon by those persons which the Court has previously identified as "Officers of the Court".

To allow the persons who the Court has identified as "Officers of the Court" to continue to engage in behavior and practices which are detrimental to the administration of Justice and has and continues to have dire consequences creating manifest injustice in the matter at bar, screams from the highest mountains to the public at large that the Courts, at least in the US District of Kansas no longer provide for the right to due process, constitutional protections nor provide structured mandated adherence to the Local Rules and Federal Rules of Civil Procedure. The actions of MISCONDUCT by Michel, Kellogg and Brand demonstrate clearly that the US District of Kansas Federal Court no longer provides a platform for citizens to resolve disputes, and has like Craig A. Brand's long and storied history of litigation, become another of Brand's "Circus Acts", of constant disruptions, purposeful flouting of the Rules of the Court, the Federal Rules of Civil Procedure, where the "Officers of the Court" constantly and purposefully flout in

**total disobedience the ORDERS of the Court.**   If the public is to have respect for the Courts, and the Orders of the Court, **what does it say when the supposed "Court Officers", the attorneys licensed before the Court constantly and persistently DISOBEY the Orders of the Court.**

  **The fact that the Orders of the Court are deliberately flouted and purposefully ignored by those persons identified as "Officers of the Court" makes a mockery of the Courts, their procedures and a mockery of the administration of justice.**  As such the public at large <u>loses faith in the ability of the Courts to provide any form of Justice</u>, to those who enter upon the halls of the Court to seek its guidance and wisdom.   The public at large is further disenfranchised from the belief the Courts hold any sound judgment or ability to resolve their differences.  When, as now those persons who the Court has previously identified, as its "Officers of the Court" those presumed licensed persons, who act as attorneys and lawyers before the Court willfully, purposefully, wrongfully, knowingly FLOUT the Rules of the Court, Federal Laws and the Orders issued by the Court which identifies them as "Officers of the Court".   **If the Officers of the Court, need not OBEY the Orders of the Court, then how is the Court to administer Justice** and have members of the citizenry obey Court Orders, when members of the public (citizenry) look to the "Officers of the Court" for guidance to lead by example, and those "Officers of the Court" DELIBERATELY, consistently, purposefully DISOBEY Court Orders!


  6.  Mister Nelson is held to just 10 pages, per Court Order, in **disobedience Koehn's Motion is 17 pages!!     As such KOEHN's Motion should be summarily DENIED.**

**PRAYER for RELIEF, WHEREFORE** given the aforementioned OBJECTIONS to the document filed as a motion by Chad Mitchell Koehn and UCMK, as referenced in the docket of this matter at bar as document number 140, that document number 140 be so summarily DENIED with Prejudice, for failure to follow the ORDERS of the Court, and for direct DISOBEDIENCE of Orders of the Court.  The Court set specified conditions for filing, which included among others:  "***The motion and response are limited to ten pages…***" and whereas Christopher J. Kellogg has now filed the authorized motion filing a motion of SEVENTEEN (17) pages, 1.7 Times Larger than authorized or 170% longer and larger than authorized by ORDER of this Court.  By Kellogg failing to follow the instructions of the Court, acting in willful disobedience to the Court, he as a licensed person before the Court, acting as an "officer of the court", provides the leadership to those non-legally educated, like the pro se party, and the public at large, that if allowed demonstrates to the pro se opposing party and the public at large that ORDERS of the Court need not be followed, as here they are totally ignored by "Court Officers".

IF a party can unilaterally choose to not follow Orders and instructions and not be held liable by the Court for failure to follow Orders and instructions of the Court, this causes society as a whole to break down, as society no longer is governed by rules and order.  When society establishes Courts, as society here in these the United States of America, has instituted Courts under Constitutional Authority and those Courts have within them established rules and those rules are continually flagrantly flouted by the very persons who are licensed before the institutions (the Courts) to be and act as "Officers of the Courts", the institutions of the Courts of the United States of America which should be inviolate, become laughing stalks of society and certainly bring disrepute upon the American Judicial System by people all over the Earth.

It is further requested that the Court ORDER that Christopher J. Kellogg immediately produce PROOF of his "Certificate of Conferral", which is believed to be FRAUD upon the Court. For Christopher J. Kellogg to immediately produce emails sent to persons by Nelson, since the time when Nelson was served the SLAPP petition on 10 January 2022, as Kellogg states people have received emails concerning this litigation and the content of filings made here. For the Court to Order Stricken from the Motion all references to Nelson having filed "100+ documents" when the FACTS do not support the assertion made by Kellogg, that Kellogg be referred to Disciplinary Counsel for fraud upon the Court. That the Court conclude **Chad Mitchell Koehn and UCMK are incapable or unwilling to perform rudimentary arithmetic** in adding up the number of documents each party, the Court, the Judges filed in documents 1 through 140. **Given the fact Koehn and UCMK claim to be in the financial services business yet proof positive now exists neither can perform basic rudimentary arithmetic,** the Court must as a matter of public service protect citizens that may have their life savings with a company and a man (Chad Mitchell Koehn) who as the evidence suggests are either incapable or unwilling to perform rudimentary arithmetic and as a result many citizens may be at financial peril due to the incompetence of Koehn and UCMK to perform basic math skills.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 24th day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

<u>**Certificate of Service:**</u>

**Objections to Motion to Seal Future Filings Document 140**

The undersigned hereby certifies that, on this same date, filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 24th day of August 2022.



<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: <u>oklahomaremote</u> @ gmail.com