# EXHIBIT

# "A"

# To Follow . . .

===========================================================================
*Objections to Motion to Seal Future Filings Document 140*

   Michael Nelson <oklahomaremote@gmail.com>

# Having Not heard from you since 26 July 2022, Why no responses? Why all the filings without notice to me

**Chris Kellogg** <ckellogg@kenberk.com>                                                                                 Tue, Aug 2, 2022 at 10:21 AM
To: Michael Nelson <oklahomaremote@gmail.com>

Mr. Nelson,

The reason you have not been receiving copies of documents is now clear. You have set all messages from lbergman@kenberk.com to be deleted. Laura is one of my legal assistants (secretary in the old vernacular). She is the one that sends copies of documents to your email address. So, it is your actions that have prevented you from getting the documents we have sent. If you want to block my secretary's emails, you are going to continue not receiving emails that contain copies of our filings.

Further, if you have evidence that my clients, Mr. Michel, and Mr. Brand are personally disparaging you, I would like to see it. I have simply seen no such evidence, despite your assertions that they are doing this to you. Are you speaking of evidence outside the pleadings, the pleadings themselves, or something else entirely?

Finally, you have a tendency to take everything way too far and read into filings and other communications that simply are not there. Such as the reasons we requested that Judge Birzer recuse herself. You insist that it must be because we are all misogynistic. However, there is nothing in the motion or memo that would even hint at such a thing. You reading that into the motion and memo doesn't help anyone and continues to reinforce our belief that you twist everything we do and say.

Sincerely,

Chris J. Kellogg
KENNEDY BERKLEY

119 W. Iron, 7th Floor
P.O. Box 2567
Salina, Kansas  67402-2567
Main Number (785) 825-4674

Fax (785) 825-5936

website:www.kenberk.com



*************************************************
CONFIDENTIALITY NOTICE:
The information contained in this electronic message and any files or attachments is a communication from the law firm of KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED. This information is intended solely for the use of the individual or entity to which it is addressed. It is private and confidential, and may be protected by the attorney-client privilege. If you are not the designated recipient, you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you have received this message in error, please immediately notify us at 785-825-4674 or by responding to the sender's e-mail address, and promptly destroy the original and all copies of this message and attachments. Thank you.

**From:** Michael Nelson <oklahomaremote@gmail.com>
**Sent:** Monday, August 1, 2022 5:12 PM
**To:** Chris Kellogg <ckellogg@kenberk.com>
**Subject:** Re: Having Not heard from you since 26 July 2022, Why no responses? Why all the filings without notice to me

Mister Kellogg:

Thank you for your response, I am still pondering the recusal motion you filed and trying hard to see your point of view, it is hard given the fact you have not appealed a single ruling of the Federal Magistrate, yet I have appealed several of the ruling of the Magistrate, its hard for you to say she is partial to me when everything has gone your way, with the exception of the motion for extension of time which you neither consulted with me on nor provided a copy of and still as of this date I have yet to receive a copy of the motion, as I will note here for the record between us, and if necessary shall also reference back to this statement later, you are required under FRCP Rule 5 to mail me copies of whatever you file to the Court, additionally the Court ORDERED you to provide "hard copies" of whatever you file to the court, therefore your statement here: "If you would like, I can also start mailing you copies of the documents. It will take longer to get to you, but the USPS may be more reliable." Is just hogwash, what do you mean if I would like? You were ORDERED to do exactly this and the Federal Rules of Civil Procedure REQUIRE you under Rule 5 without limitation to do exactly that to send copies of whatever you file with the Court to me, in fact the Court ORDERED you to send "hard copies" of whatever you file to the Court to my person.

As to emails, as you know the court stated we were to communicate through the specified email addresses listed, yours and mine.  I am showing a screen shot below to demonstrate to you I have had your email marked to "NEVER go to SPAM" and as "IMPORTANT" ... I have found it necessary to block any other email addresses and have many I have had to block for obvious reasons.  Mister Kellogg, this is not an attack on Mr. Brand its a fact of the hell I have had to endure for months now!  I have the Court's email addresses and yours marked as important, I have the rest of your colleagues blocked and set for delete automatically, as I do dozens and dozens of harassment emails.  And if you want to get into what is considered disparagement, it is the FACT I have had the need to block so many disgusting horrible emails I have received.

Your colleagues fool no person with their email tricks.   The fact that the emails say things like "nigger lips nelson" and "NLN" means conversations were had with Anthem and Cynthia Blanchard who I confided in as to things said to me when I was a child, when I was bullied on the playground.   In many instances for several years because I had large lips (still do) the kids would pick on me and call me "NIGGER LIPS NELSON" for which "NLN" stands for when the teachers would stop their bullying of me calling me "NIGGER LIPS NELSON" they chaned to "NLN" the fact that Mr. Brand and his army of techno minions even knows this fact from my child hood speaks directly to the juvenile shenanigans for which Mr. Brand is so well known in the legal community through his long and storied history of harassing those he opposes.  I am not about to let me get my "goat", I have simply set all the harssing email addresses and virtually any other email I receive other than ones authorized by the Court to automatic DELETE.  So there Mr. Brand and/or his army of minions have won nothing with their harassment.


Mister Kellogg, litigation does not have to be something which causes this many problems, the matter here is quite simple and does not have to cause this much consternation.  Nothing that is being done to me is going to work out well or in the financial interests of your clients in either the long term nor the short term, the sooner they realize that the better off we all will be.  Equally said the sooner they realize attacking people for gender, sexual oreintation, race, religion, socio economic class or any other protected class will get them no where.   Can we all please grow out of the fifth grade?    Seriously enough juvenile games, the games are not hurting me, they are hurting your clients both short term and long term!


Can I have your word??   you will tell your clients and colleagues including Larry Michel to "cut the shit" literally and stop with the juvenile games?   That would be a professional start to this simple litigation.



[Quoted text hidden]