# EXHIBIT

# "B"

# To Follow . . .

===========================================================================
*Objections to Motion to Seal Future Filings Document 140*

# Settings

General | Labels | Inbox | Accounts and Import | **Filters and Blocked Addresses** | Forwarding and POP/IMAP | Add-ons | Chat and Meet | Advanced
Offline | Themes

**The following filters are applied to all incoming mail:**

| | | | |
|---|---|---|---|
| ☐ | Matches: **from:(_lmichel@kenberk.com)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(lbergman@kenberk.com)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(craig.brand@herasoft.com)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(craig@thebrandlawfirm.com)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(ckellogg@kenberk.com)**<br>Do this: Never send it to Spam, Mark it as important | edit | delete |
| ☐ | Matches: **from:(niggerlipsnelson@thebrandlawfirm.com)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(faggotniggerlover@thebrandlawfirm.com)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(anthem@herc.one)**<br>Do this: Delete it | edit | delete |
| ☐ | Matches: **from:(NLNfaggot@thebrandlawfirm.com)**<br>Do this: Delete it | edit | delete |