# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc.<br><br>**& CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br><br>v.<br><br>Michael Nelson<br><br>    Defendant; Counter-Plaintiff     PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**NOTICE OF CORRECTION**<br>**Defendant, Counter-Plaintiff Nelson may have visited Kansas 45 plus years in the past when either an infant or of gestational age as a human still within the womb, the visit would have been to his Grandfather having resided in Kansas City, Kansas**<br><br>**[Jury Trial Demanded]** |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file

**NOTICE OF CORRECTION  Defendant, Counter-Plaintiff Nelson may have visited Kansas FORTY-FIVE plus years in the past, when either an infant OR of gestational age as a human still within the womb, the visit would have been to his Grandfather, who was at the time a resident of Kansas City, Kansas**:

1.  Defendant and Counter-Plaintiff Nelson, has recently learned from his parents who raised him, that he may possibly have been in the US State of Kansas when an infant and/or while carried in his mothers womb and of gestational age as a human being.

2. Nelson has previously stated he has "never stepped foot in Kansas", there is a possibility that 45 plus years in the past, in the early or mid 1970's, while either an infant or within the womb of gestational age, he was present in Kansas City, Kansas, where his Grandfather lived and worked at the time.

3. Ongoing research is being conducted to determine the precise dates when and IF Nelson has ever been physically within the borders of the US State of Kansas, either as an infant or of gestational age as a human though still in the womb.

-----------------------------------------------------------------------------------------------------------------------------
NOTICE of CORRECTION:  Nelson may have visited Kansas City, Kansas, 45 plus years in the past as either an infant or of *GESTATIONAL age* as a Human being according to law, still within the confines of the womb

4.   This Notice of Correction to the official record is being tendered in good faith as ongoing research is conducted regarding dates of travel in the early and possibly mid 1970's and whether or not Nelson was an infant or if Nelson was of a gestational age as a human within his mothers womb considered a human by law, during a visit to Kansas City Kansas.

WHEREFORE this Notice of Correction, is tendered as to former statements regarding Nelson having never stepped in Kansas.  Though Nelson would have had no control over physical presence in Kansas, even though of a gestational age in the womb, or as an infant incapable of physical movement.  Ongoing research is being conducted to determine dates IF true.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 26th day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---------------------------------------------------------------------------------------------------------------------------
NOTICE of CORRECTION:  Nelson may have visited Kansas City, Kansas, 45 plus years in the past as either an infant or of *GESTATIONAL age* as a Human being according to law, still within the confines of the womb

**Certificate of Service as to:**

**NOTICE OF CORRECTIONDefendant, Counter-Plaintiff Nelson may have visited Kansas 45 plus years in the past when either an infant or of gestational age as a human still within the womb, the visit would have been to his Grandfather having resided in Kansas City, Kansas**

The undersigned hereby certifies that, on this same date, filed the **above Notice** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 26th day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

NOTICE of CORRECTION: Nelson may have visited Kansas City, Kansas, 45 plus years in the past as either an infant or of *GESTATIONAL age* as a Human being according to law, still within the confines of the womb