# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. ("UCMK") <br><br> **& CHAD M. KOEHN** ("Koehn") <br><br> Plaintiffs, counter-defendants <br><br> v. <br><br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.: 5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **NOTICE of Request for Production of all communications with FINCEN or any other State or Federal Regulatory or Law Enforcement Body or entity in the proceeding 5 years from this date as to Chad M. Koehn and UCMK and/or any agent, employee, officer, director, affiliate, contractor, attorney, vendor** <br><br> [Jury Trial Demanded] |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **NOTICE of Request for Production of all communications with FINCEN or any other State or Federal Regulatory or Law Enforcement Body or entity in the proceeding 5 years from this date as to Chad M. Koehn and UCMK and/or any agent, employee, officer, director, affiliate, contractor, attorney, vendor to United Capital Management of Kansas Inc. (UCMK) and Chad M. Koehn ("Koehn") and their attorneys, all collectively referred to as "Koehn":**

1. Pursuant with the procedures followed by attorney Christopher J. Kellogg filing Rule 33 interrogatories to the Federal Court Record this formal request is so herein forth tendered under Federal Rules of Civil Procedure Rule 34 without limitation.

2. It is therefore here and now requested that Chad Mitchell Koehn and United Capital Management of Kansas Inc. produce and therefore tender forthwith, this formal **NOTICE of Request for Production of all communications with**

FINCEN or any other State or Federal Regulatory or Law Enforcement Body or entity in the proceeding 5 years from this date as to Chad M. Koehn and UCMK and/or any agent, employee, officer, director, affiliate, contractor, attorney, vendor

**WHEREFORE, Mister Nelson** requests that the time to begin the 30 days for response to the discovery propounded, began on the date which this Notice of Request is so herein now made to BOTH UMCK and Chad Mitchell Koehn to produce the **NOTICE of Request for Production of all communications with FINCEN or any other State or Federal Regulatory or Law Enforcement Body or entity in the proceeding 5 years from this date as to Chad M. Koehn and UCMK and/or any agent, employee, officer, director, affiliate, contractor, attorney, vendor**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice**"). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 28th day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

## Certificate of Service:

**NOTICE of Request for Production of all communications with FINCEN or any other State or Federal Regulatory or Law Enforcement Body or entity in the proceeding 5 years from this date as to Chad M. Koehn and UCMK and/or any agent, employee, officer, director, affiliate, contractor, attorney, vendor**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman, except wherein Chad Mitchell Koehn must be notified by his legal counsels from the nearly half a dozen different firms representing him in this matter that he be commanded to produce the requested documents pursuant with law.

Respectfully Submitted, this 28th day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com