# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc.** **& CHAD M. KOEHN** Plaintiffs, counter-defendants v. Michael Nelson   Defendant; Counter-Plaintiff   PRO-Se. | **DOCKET NO.:   5:22-CV-04008-JWB-GEB** <u>CIVIL ACTION</u> NOTICE OF CORRECTION To document 156 NOTICE to CEASE and DESIST as to tortfeasors CHAD MITCHELL KOEHN and UCMK Having been noticed that upon the docket the title Reads:  *"Chad Mitchell Koeh" (sic)* and the "n" has been inadvertently left off therefore this is a NOTICE to Correct the Title and the Legal Notice as to CHAD MICTHELL KOEHN **[Jury Trial Demanded]** |

<u>Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE"</u> to file **NOTICE OF CORRECTION To document 156 NOTICE to CEASE and DESIST as to tortfeasors CHAD MITCHELL KOEHN and UCMK, Having been noticed that upon the docket the title Reads:  "Chad Mitchell *Koeh" (sic)*; the "n" has been inadvertently left off therefore this is a NOTICE to Correct the Title and the Legal Notice as to CHAD MICTHELL KOEHN**:

1. Wherein Chad Mitchell Koehn is being legally so noticed to CEASE and DESIST his unlawful and illegal conduct aimed towards the person of Nelson, as articulated in Document 156 of the above herein referenced matter and is directed at Chad Mitchell Koehn and UCMK as to their bad conduct continuing through the date of the notice and still continuing by and through each of their respective employees, associates, contractors, officers, owners, directors, even now through the date of this corrective

---
NOTICE of CORRECTION:  in document 156 as to CEASE AND DESIST ORDER and COMMAND to UCMK and CHAD MITCHELL KOEHN wherein in two (2) instances the name Koehn appeared without the "n" at the end of the name reading:  *"Chad Mitchell Koeh" (sic)* and should read Chad Mitchell **KOEHN**

notice as to the name CHAD MITCHELL KOEHN being corrected as to the spelling in two instances being absent the "n" at the end of KOEHN.

2. Wherein now Chad Mitchell Koehn has attempted to claim with harassing precision contact that the notice to CEASE and DESIST is defective in that the name Chad Mitchell Koehn is read as *"Chad Mitchell Koeh" (sic)* and the surname KOEHN is absent or void of the "n" letter, which appears to be an inadvertent autocorrect to the document. The name should be corrected to read: "CHAD MICTHELL KOEHN"

3. The Document dutifully filed in Document 156, as to CEASE and DESIST Order to Chad Mitchell Koehn should have the name KOEHN spelled with the "N" at the end and should not have read *"Chad Mitchell Koeh" (sic)*

4. The name "KOEH" means: quick-minded, sensitive nature

5. Nelson did not mean for the title to read *Chad Mitchell "KOEH" (sic)*, certainly this is not correct and should have read within the title: "CHAD MITCHELL KOEHN"

6. It is requested that Chad Mitchell Koehn be so informed that the CEASE and DESIST Order and thus Command is directed at him as CHAD MITCHELL KOEHN, by legal name and as an employee, officer, director, owner, operator of United Capital Management of Kansas Inc. and to himself as a person.

7. It was not the intention for the title to read *"Chad Mitchell Koeh" (sic)* and the title should be so corrected as to read "CHAD MITCHELL KOEHN", **and be of full force and effect, as the Notice to CEASE and DESIST as so issued**, with the exception of the "misnomer" of *Chad Mitchell Koeh (sic)* is the person of Chad Mitchell Koehn

---
NOTICE of CORRECTION: in document 156 as to CEASE AND DESIST ORDER and COMMAND to UCMK and CHAD MITCHELL KOEHN wherein in two (2) instances the name Koehn appeared without the "n" at the end of the name reading: *"Chad Mitchell Koeh" (sic)* and should read Chad Mitchell **KOEHN**

**WHEREFORE this Notice of Correction,** is tendered as to correct the title and legal document to CHAD MITCHELL KOEHN, wherein the name CHAD MITCHELL *"KOEH"* (sic), apparently read in correct in both the Docket of the matter above herein referenced and in the actual legal notice to CEASE and DESIST, in the upper right corner, and in the third line of the introduction so reading: "Chad Mitchell *Koeh* (sic) and UCMK"; the titling of the Matter and later throughout the document a legal NOTICE for the same individual as named as plaintiff and counter-DEFENDANT, Chad Mitchell Koehn is whom the legal notice is directly so therein noticed. The correct named person that Document 156 is so directed appears 62 times in the document as to reference Chad Mitchell Koehn to whom the COMMAND to CEASE and DESIST is so therein directed, there are just two (2) instances of the name CHAD MITCHELL *"KOEH" (sic),* appearing or 1/32nd of the number of times the document is directed to CHAD MITCHELL KOEHN.

WHEREIN the precision harassment so noticing Mister Nelson of the error in spelling of KOEHN without the "n" appearing twice is a misnomer to the name KOEHN, and in both instances should be corrected to read CHAD MITCHELL KOEHN, and not *Chad Mitchell "Koeh" (sic)*. The <u>document should be considered of full force and effective Notice</u> unto the person of **Chad Mitchell Koehn** regardless of the misnomer in the spelling of KOEHN. None-the-less in order to correct the document and docket, with the humblest of apologies to the Court, and parties that the name KOEHN was inadvertently without the "n", now and therefore the name Chad Mitchell Koehn should be corrected within the document, docket and titling as to the person Chad Mitchell Koehn. In no case should or now can Chad Mitchell Koehn claim the document to CEASE and DESIST his unlawful conduct, not be of force and effect as to Chad Mitchell Koehn, having now propounded the correction of the error in the misnomer appearing a mere two times, as opposed to the 62 times KOEHN appears correctly as to the person of Chad Mitchell Koehn.

---
NOTICE of CORRECTION: in document 156 as to CEASE AND DESIST ORDER and COMMAND to UCMK and CHAD MITCHELL KOEHN wherein in two (2) instances the name Koehn appeared without the "n" at the end of the name reading: *"Chad Mitchell Koeh" (sic)* and should read Chad Mitchell **KOEHN**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 27th day of August 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---
NOTICE of CORRECTION:  in document 156 as to CEASE AND DESIST ORDER and COMMAND to UCMK and CHAD MITCHELL KOEHN wherein in two (2) instances the name Koehn appeared without the "n" at the end of the name reading:  *"Chad Mitchell Koeh" (sic)* and should read Chad Mitchell **KOEHN**


## Certificate of Service as to:

**NOTICE OF CORRECTION To document 156 NOTICE to CEASE and DESIST as to tortfeasors CHAD MITCHELL KOEHN and UCMK**
**Having been noticed that upon the docket the title Reads: "Chad Mitchell Koeh" (sic) and the "n" has been inadvertently left off therefore this is a NOTICE to Correct the Title and the Legal Notice as to CHAD MICTHELL KOEHN**

The undersigned hereby certifies that, on this same date, the foregoing NOTICE to CORRECT the CEASE AND DESIST, issued to CHAD MITCHELL KOEHN and UCMK was filed to the Clerk of the Court via electronic-mail: KSD_Clerks_Topeka which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; the Full Force and effect of the lawful CEASE and DESIST NOTICE to CHAD MITCHELL KOEHN AND UCMK is lawfully provided and sent as a legal NOTICE in a US Federal Court Docket, though an order by County Court Judge Paul J. Hickman was filed wherein Chad Mitchell Koehn seeks protection from engaging in sexual relations with Mister Nelson when, he Chad Mitchell Koehn is "incapable" of giving consent, and generally seeks that Mister Nelson not have contact with Mister Chad Mitchell Koehn, this notice of CEASE and DESIST directed to Chad Mitchell Koehn and UCMK is for a legitimate lawful purpose placing Chad Mitchell Koehn on legal notice, and is not in violation of any Saline County Court Order, as this Notice is so herein now provided to a United State Federal Court Docket, in accordance with US Federal Rules and Law, which supercedes the County Court order. The legions of attorneys representing Chad Mitchell Koehn therefore each have a fiduciary responsibility to ensure Chad Mitchell Koehn is in receipt hereof and understands its consequences.

Respectfully Submitted, this 27th day of August 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

NOTICE of CORRECTION: in document 156 as to CEASE AND DESIST ORDER and COMMAND to UCMK and CHAD MITCHELL KOEHN wherein in two (2) instances the name Koehn appeared without the "n" at the end of the name reading: *"Chad Mitchell Koeh" (sic)* and should read Chad Mitchell **KOEHN**