# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc.** **& CHAD M. KOEHN** Plaintiffs, counter-defendants v. Michael Nelson      Defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** **CIVIL ACTION** **NOTICE OF FEDERAL SUBPOENA** **To Issue to:** **STEPHEN PLOTT** **In accordance with FRCP According to the Clerks of the Court provided herewith Ex. "A" notice to opposing parties Fed. R. Civ. P. 45(a)(4)** **[Jury Trial Demanded]** |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **NOTICE of FEDERAL SUBPOENA to Issue to STEPHEN PLOTT**:

1. Pursuant with filings by attorney Christoperh J. Kellogg wherein Rule 33 interrogatories are filed to the Court docket in this matter, the attached herewith Exhibit "A" is so filed, providing said notice as required in Fed. R. Civ. P. 45(a)(4), having now so accomplished for the Clerk's of the Court can sign and the Federal Subpoena can then issue to the person it is directed.

2. The subpoena attached herewith as Exhibit "A" is being sought in good faith for information which is discoverable and/or information which may lead to evidence in the matter before the Court.

3. In accordance with instructions from the Clerks of the Court the attached herewith Subpoena is tendered here as Exhibit "A".

---

**NOTICE OF FEDERAL SUBPOENA TO ISSUE to the Herein Identified in accordance with Fed. R. Civ. P. 45(a)(4) Notice is so tendered, According to the Clerks of the Court having now so noticed and tendered a copy of Federal Subpoena provided herewith Ex. "A" said Subpoena can be signed and so issue to the so identified person made herein**

**WHEREFORE,** having provided the attached herewith FEDERAL SUBPOENA to issue **forthwith to: STEPHEN PLOTT, all Email communications concerning HeraSoft, Anthem Holdings Company, Hera Software Development Inc. or Michael Nelson** is now provided to the opposing party hereto and herewith the attached Exhibit "A" and therefore in accordance with instructions from the Clerk's of the Court, the Federal Subpoena can now issue with signature of the Clerk of the Court for service upon the individual so therein named.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 28th day of August 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---------------------------------------------------------------------------------------------------------------------

**NOTICE OF FEDERAL SUBPOENA TO ISSUE to the Herein Identified in accordance with Fed. R. Civ. P. 45(a)(4) Notice is so tendered, According to the Clerks of the Court having now so noticed and tendered a copy of Federal Subpoena provided herewith Ex. "A" said Subpoena can be signed and so issue to the so identified person made herein**

**Certificate of Service as to:**

NOTICE OF FEDERAL SUBPOENA
To Issue to:
# STEPHEN PLOTT
**In accordance with FRCP**

**According to the Clerks of the Court provided herewith Ex. "A" notice to opposing parties Fed. R. Civ. P. 45(a)(4)**

The undersigned hereby certifies that, on this same date, filed the **above Notice and Exhibit "A", Federal Subpoena** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, for the opposing parties as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman, expect wherein permitted by law wherein Chad Mitchell Koehn is the subject of a Federal Subpoena or other Legal Notice permitted by law to be so noticed upon Chad Mitchell Koehn

Respectfully Submitted, this 28th day of August 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

**NOTICE OF FEDERAL SUBPOENA TO ISSUE to the Herein Identified in accordance with Fed. R. Civ. P. 45(a)(4) Notice is so tendered, According to the Clerks of the Court having now so noticed and tendered a copy of Federal Subpoena provided herewith Ex. "A" said Subpoena can be signed and so issue to the so identified person made herein**