# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**.<br>**& CHAD M. KOEHN**<br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br>  Defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**NOTICE OF Update on Notice of Correction regarding Nelson being possibly in Kansas 45 plus years in the past; also correction as to visit was NOT Nelson's Grandfather, but rather his GREAT Grandfather, a statesman, attorney and banker who was dying in a hospital in Kansas City, Kansas, while Nelson was of a gestational age, the gestational age is not yet determined if considered life under Kansas Law**<br><br>**[Jury Trial Demanded]** |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file

**NOTICE OF Update on Notice of Correction regarding Nelson being in Kansas 45 plus years in the past; Nelson has not been in Kansas while outside of the womb, dates confirm a trip in 1974, while Nelson may have been of a gestational age though not having yet achieved live birth, which as conducted in New England, also note of correction it was NOT Nelson's Grandfather, but rather his GREAT Grandfather, a statesman, attorney and banker who was dying in a hospital in Kansas City, Kansas, possibly while Nelson was of a gestational age, the gestational age is not yet determined if considered life under Kansas Law:**

1. Ongoing research is being conducted regarding Kansas Law and gestational age to be considered human life, or of gestational age after contraception or other medical procedure to form human life.  Kansas Gestational age as to be considered human life is undetermined at present though human life is thought to begin at conception.

---
NOTICE of CORRECTION:  Nelson may have visited Kansas City, Kansas, 45 plus years in the past of undetermined *GESTATIONAL age* as a Human being according to law research continues

2. Nelson believes human life begins at conception of sperm and egg, especially in the case wherein a human life is later birthed via natural occurring birthing of human life after a gestational period, and the life continues.

3. Where nearly half a century later the human life continues, the human life must be considered to have begun at the point of the miracle or scientific medical breakthrough of creation of the embryo state of life.

4. Whether or not Kansas recognizes life and at what stage of embryonic existence Kansas considers a human life to have formed, from conception of sperm and egg or from a specified number of minutes, hours, days, weeks, or months, this gestational period is yet to be determined, as to when Nelson was if ever in the State of Kansas.

5. It can be said upon the information and belief of Nelson, that he has not stepped foot inside Kansas knowingly, nor to the best of his knowledge when outside of the womb after natural childbirth as recognized by US Birth certificates of live birth.

6. Nelson's live birth was recorded by Harvard Medical researchers at the former Womens Laying Hospital of Boston under the care and guidance of the Harvard Medical Research team.

7. Whether or not Nelson was in a gestational period carried in a womb during a trip to Kansas City, Kansas, may never be known, due to various complications in medical records and sealing authorities by US law regarding those Harvard University Medical files and experiments.

8. What is known is while outside the womb, to the best of Mister Nelson's knowledge he has never stepped foot inside the district known now as the US State of Kansas.

---

NOTICE of CORRECTION: Nelson may have visited Kansas City, Kansas, 45 plus years in the past of undetermined *GESTATIONAL age* as a Human being according to law research continues

9. If at some point Mister Nelson was located inside a womb which did travel to his GREAT grandfather's bedside in a hospital, in Kansas City, Kansas is a medical mystery as the files concerning precise contraception are inaccessible.

WHEREFORE this Notice of Correction, is tendered as to former statements regarding Nelson having never stepped in Kansas. Though Nelson would have had no control over physical presence in Kansas, even though of a gestational age in the womb, if is somehow confirmed. TO the best of knowledge and belief Nelson has never stepped foot inside the US State of Kansas. knowingly. Ongoing research is being conducted to determine dates, however, access to the files of Harvard University Medical experiments are restricted until 75 years after the death of each subject.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 30th day of August 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

NOTICE of CORRECTION: Nelson may have visited Kansas City, Kansas, 45 plus years in the past of undetermined *GESTATIONAL age* as a Human being according to law research continues

### Certificate of Service as to:

**NOTICE OF Update on Notice of Correction regarding Nelson being in Kansas 45 plus years in the past; also correction as to visit was NOT Nelson's Grandfather, but rather his GREAT Grandfather, a statesman, attorney and banker who was dying in a hospital in Kansas City, Kansas while Nelson was of a gestational age, the gestational age is not yet determined if considered life under Kansas Law**

The undersigned hereby certifies that, on this same date, filed the **above Notice** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman.

Respectfully Submitted, this 30th day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434  Email: oklahomaremote @ gmail.com

------------------------------------------------------------------------------------------------------------------------
NOTICE of CORRECTION: Nelson may have visited Kansas City, Kansas, 45 plus years in the past of undetermined *GESTATIONAL age* as a Human being according to law research continues