# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. ["UCMK"] <br><br> **& CHAD M. KOEHN** ["Koehn"] <br><br><br> Plaintiffs, counter-defendants <br><br> v. <br><br> Michael Nelson <br><br><br> Defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **Notice to CEASE and DESIST slander, defamation, libel and famacide** <br><br>      **Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors** <br> **[Jury Trial Demanded]** |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file

**Notice to CEASE and DESIST slander, defamation, libel and famacide directed at**

**Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech**

**Yacht Fund, HeraSoft, Anthem Holdings Company and UCM Advisors LLC and their**

**employees, agents, directors, officers, affiliates, attorneys, and contractors, Mister**

**Nelson so states and directs: United Capital Management of Kansas Inc. (UCMK) and**

**Chad M. Koehn ("Koehn") and their attorneys, all collectively referred to as "Koehn":**

     Mister Nelson has been made aware of continual SLANDER and DEFAMATION via

so-called "Seminars" being conducted by CHAD MITCHELL KOEHN, on behalf of himself,

===============================================================

*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

RED NECK High Tech Yacht Fund LP, UCM Advisors LLC, United Capital Management of Kansas Inc., Hera Software Development Inc. a/k/a HeraSoft and other individuals and entities connected with CHAD MITCHELL KOEHN. HEAR THIS NOW, CHAD MITCHELL KOEHN and his associated corporations and their respective employees, agents, contractors, officers, directors, attorneys of each UCM Advisors LLC, RED NECK High Tech Yacht Fund LP, HeraSoft a/k/a Hera Software Development Inc. Anthem Holdings Company, or any other entity or person affiliated with or used during those "seminars" being conducted to "high networth individuals" by CHAD MITCHELL KOEHN and his employees, agents, contractors, attorneys, affiliates, officers and directors without limitation, are herein and NOW COMMANDED to CEASE and DESIST their campaign of hate, ridicule, contempt, defamation, slander, libel, general famicide, directed at Michael Nelson, his profession, trade, his family, associates. CHAD MITCHELL KOEHN is herein so ORDERED and COMMANDED to CEASE and DESIST his unlawful conduct and that to each the aforementioned entities and their employees, owners, affiliates, directors, officers, contractors each individually and severally are so herein COMMANDED to CEASE their individual and collective UNLAWFUL behavior directed and aimed at Mister Michael Nelson.

Mister Nelson and his family will not tolerate the continued defamation, slander, assault, harassment, famicide, libel, tortious interference with rights to liberty, life and pursuit of happiness. The actions of CHAD MITCHELL KOEHN and/or all those above herein

=============================================================================

*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

mentioned and referenced has and continues to cause serious short term and long term damages which the RIGHT to litigation in seeking damages for both per quod and per se is so herein now and forever reserved. CHAD MITCHELL KOEHN and each individually and severally those herein above listed can mitigate the damages to be sought which now are well in to the 7 figures perhaps 8 figures in damages, well exceeding $5,000,000.00 caused by Chad Mitchell Koehn and each individually and severally but also collectively as listed herein above. Rights to litigation is so herein reserved and thus preserved to take instant action at anytime within the statute of limitation as provided for under law with regards to seeking litigation against CHAD MITCHELL KOEHN and/or any entity listed or any other entity controlled or affiliated with CHAD MITCHELL KOEHN during the Course of his unlawful conduct and behavior directed at Mister Michael Nelson and family.

CHAD MITCHELL KOEHN and the above so herein referenced entities have continued with the unlawful conduct contrary to law and the rights of Nelson and family and directed at persons, institutions, corporations and legal entities located in without limitation, though evidence is now being collected for prosecution and seeking of damages within the statute of limitations and as CHAD MITCHELL KOEHN himself or by and through his respective legal entities and their agents, employees, attorneys, officers, directors are all legally liable individually, severally and collectively for the damages caused to Mister Nelson, who will seek damages in excess of $15,000,000 in the following US Districts, and

========================================================================
 Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors

within District and Superior Courts within State, Municipal, Territorial and US District

Federal Courts WITHOUT LIMITATION:

      **Connecticut**

      **Massachusetts**

      **New Hampshire**

      **Puerto Rico**

      **Rhode Island**

      **Vermont**

**<u>KNOW THIS here and now</u>, that all the defamation, inclusive of slander and libel and tortious interference with the rights of Mister Michael Nelson, with earning a living or existing peacefully in the enjoyment of life, liberty and pursuit of happiness, is illegal and unwarranted. The willful wanton wrongful FAMICIDE against the person of Michael Nelson as continued through this instant NOTICE to CEASE and DESIST.**

**The bad conduct and illegal behaviors constituting libel, slander, famicide and general defamation aimed at Mister Michael Nelson by CHAD MITCHELL KOEHN and UCMK and their agents, employees, contractors, officers, directors MUST CEASE.**

**Chad Mitchell Koehn and UCMK and their respective employees, Officers, Directors, Contractors are hereby and herein COMMANDED to CEASE and DESIST your unlawful wrongful illegal Defamation of Mister Michael Nelson and family. The continued actions of Chad Mitchell Koehn and/or employees, agents, contractors,**

========================================================================

*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

officers, directors of UCMK are illegal and willful intentional torts which Mister Nelson reserves all rights to seek litigation and damages resulting from Chad Mitchell Koehn and UCMK's individual and collective continued defamation, slander, libel, famcide and tortious interference with Mister Nelson's rights including to live peacefully, in pursuit of life, liberty and happiness.

KNOW This Chad Mitchell Koehn and UCMK are directed herein to CEASE and DESIST their individual and collective illegal actions which amount to intentional torts and have and continue to cause damage in each of the aforementioned US Districts. Mister Nelson shall have and enjoy the right to separate litigation in each US District Federal Court, State or Municipal Superior and/or District Court where the damages have resulted from Chad Mitchell Koehn and/or UCMK's etAl. intentional, willful conduct which continues through the filing of this notice to CEASE and DESIST.

<u>Connecticut</u>

Connecticut has a **2 year** statute of limitations on slander and libel and famicide. Meaning that the suit needs only be filed now before 30th August 2024! *Niehaus v. Cowles Business Media, Inc., 263 Conn. 178, 188, 819 A.2d 765 (2003);* Slander is oral defamation." (Citation omitted; internal quotation marks omitted.) DeVito v. Schwartz, 66 Conn. App. 228, 234, 784 A.2d 376 (2001). Libel, which we are concerned with in the present case, is written defamation. Charles Parker Co. v. Silver City Crystal Co., 142 Conn. 605, 611, 116 A.2d 440 (1955). "While all libel was once actionable without proof of

===========================================================================

*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

special damages, a distinction arose between libel per se and libel per quod. . . . A libel per quod is not libelous on the face of the communication, but becomes libelous in light of extrinsic facts known by the recipient of the communication. . . . When a plaintiff brings an action in libel per quod, he must plead and prove actual damages in order to recover.... ''Libel per se, on the other hand, is a libel the defamatory meaning of which is apparent on the face of the statement and is actionable without proof of actual damages. . . . The distinction between libel per se and libel per quod is important because as here Mister Nelson may recover general damages where the defamation in question constitutes libel per se. . . . When the defamatory words are actionable per se, the law conclusively presumes the existence of injury to the plaintiff's reputation. <u>He is required neither to plead nor to prove it</u>. . . . The individual plaintiff is entitled to recover, as general damages, for the injury to his reputation and for the humiliation and mental suffering which the libel caused him.... Whether a publication is libelous per se is a question for the court. Battista v. United Illuminating Co., 10 Conn. App. 486, 491–92, 523 A.2d 1356, cert. denied, 204 Conn. 802, 803, 525 A.2d 1352 (1987). ''Two of the general classes of libel which, it is generally recognized, are actionable per se are (1) libels charging crimes and (2) libels which injure a man in his profession and <u>calling</u>. . . . To fall within the category of libels that are actionable per se because they charge crime, the libel must be one which charges a crime which involves moral turpitude or to which an infamous penalty is attached.'' (Citations omitted.) Proto v. Bridgeport Herald Corp., 136 Conn. 557, 565– 66, 72 A.2d 820 (1950). ''Moral turpitude, [the CT Supreme

========================================================================

*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

Court has] observed, is a vague and imprecise term to which no hard and fast definition can be given....A general definition applicable to the case before us is that moral turpitude involves an act of inherent baseness, vileness or depravity in the private and social duties which man does to his fellow man or to society in general, contrary to the accepted rule of right and duty between man and law.'' (Citations omitted.) Moriarty v. Lippe, 162 Conn. 371, 383, 294 A.2d 326 (1972). United States v. Gotti, 155 F.3d 144, 145 (2d Cir. 1998); United States v. Van Dorn, 925 F.2d 1331, 1333–38 (11th Cir. 1991); United States v. Eufrasio, 935 F.2d 553, 559–60 (3d Cir. 1991); United States v. Persico, 832 F.2d 705, 708 (2d Cir. 1987). Those are crimes, many of which, involve moral turpitude and are punishable by imprisonment. See Drazen v. New Haven Taxicab Co., 95 Conn. 500, 507–508, 111 A. 861 (1920).

CHAD MITCHELL KOEHN **MUST CEASE AND DESIST THE ILLEGAL ACTIONS HE IS TAKING!** MISTER NELSON HAS NOW TIL 22 AUGUST 2024, to bring forth Defamation and FAMICIDE CHARGES stemming form KOEHN and UCMK's malicious actions continuing through 31st of August of 2022.

### Massachusetts

The INTENTIONAL TORTS being perpetrated by CHAD MITCHELL KOEHN and his respective entities and their employees, contractors, agents, affiliates, attorneys, officers and directors which they are jointly and severally directing even during the course

==========================================================================
*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

of the present litigation a campaign of HATE aimed and targeted at Mister Nelson and aimed and targeted in the form State of Massachusetts, without limitation.

MASSACHUSETTS recognizes a wide variety of defamation statutes and terms as one of the oldest States of this Union of these the United States of America, as such the **lowest statute of limitations is just THREE YEARS, 260, § 4 Statute of limitations. Actions for slander or libel "shall be commenced only within three years next after the cause of action accrues."** "Defamation" is a comprehensive legal term and definition for the written **or spoken** communication/publication of a false fact to a third-party, which ultimately causes harm or injury to another person's reputation.

Specifically, defamation of character (aka the tort of defamation) may be classified into two core types: libel and slander.

- Libel: the written communication of a false statement of fact to a third-party or publication, which ultimately causes harm or injury to another person's reputation. Libel may also be published, meaning it can take form in that of a video, photograph, or other media.
- Slander: the spoken communication of a false statement of fact to a third-party, which ultimately causes harm or injury to another person's reputation.

Defamation also can go by many names in MASSACHUSETTS:

- Vilification,
- Traducement,

========================================================================
*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

- Calumny,
- Character assassination, and
- Disparagement.

**MASSACHUSETTS RECOGNIZES:   Famacide:** a rather archaic term in other newer jurisdictions in the United States, the State of Massachusetts formally known as the Commonwealth of Massachusetts is one of the first 13 Colonies, and has among its laws the most directly related to English Common Law, for persons who commit defamation of character, alleged here as the continued bad, wrongful, willful wanton acts of Chad Mitchell Koehn and UCMK without limitation;  Famacide literally means "to destroy another person's reputation." this can extend the Statute of Limitations far beyond the standard THREE YEARS which applies to most any defamation claim in Massachusetts. Which is exactly what Chad M. Koehn and UCMK etAl have been conducting even through this litigation and through the date of this notice the SECOND Notice to Cease and Desist.  Mister Nelson reserves all rights to file formal charges in the US District of Massachusetts, within the State and Municipal Superior and District Courts without limitation and as necessary in the Federal Courts of the US District of Massachusetts of the First Circuit; as well in attempts to stop the harassment, defamation, slander, libel and overall character destruction, FAMACIDE, being presently committed by Chad Mitchell Koehn and UCMK etAl. without limitation and has and continues through the date of this

==========================================================================
*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

CEASE and DESIST the second Cease and Desist formerly so sent and served upon

lawyers representing Chad Mitchell Koehn and UCMK individually and collectively.

CHAD MITCHELL KOEHN and UCMK etAl. MUST CEASE AND DESIST their

collective and several unlawful conduct, they are literally growing litigations against them

in a multitude of jurisdictions!

### New Hampshire

Personal actions for slander or libel, unless otherwise provided longer periods by

law, may be brought within **3 years** of any time the cause of action accrued. Chad

Mitchell Koehn and by default through Master Servant relationship to Koehn and others

continue through this date to commit CRIMINAL Defamation and give rise to both

CRIMINAL and Civil torts in State and Federal Court in the US State of New Hampshire.

This notice shall serve as formal notice to CEASE and DESIST the Criminal Acts that

continue committed by Chad Mitchell Koehn etAl. Inclusive of all employees, contractors,

officers and directors of UCMK:

**644:11 Criminal Defamation. –**
    I. A person is guilty of a class B misdemeanor if he purposely communicates to
any person, orally or in writing, any information which he knows to be false and knows will
tend to expose any other living person to public hatred, contempt or ridicule.
    II. As used in this section "public" includes any professional or social group of
which the victim of the defamation is a member.

Source. 1971, 518:1. 1992, 269:17, eff. July 1, 1992.

==========================================================================
 Notice to CEASE and DESIST slander, defamation, libel and famacide Directed
at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High
Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and
their employees, agents, directors, officers, and contractors

One of the unique aspects of New Hampshire's defamation laws is the state's view of employer and employee defamation claims. In most states, if an employer, as a job reference, provides information to a prospective employer, the referenced employer cannot be sued for defamation. As long as the information being provided is truthful, the employer is exempt from a defamation suit. However, in New Hampshire, employers are not protected by law from defamation suits. Whether or not the suit is successful depends on its own merits, but a defamation suit may be brought. The "employer" or person can also be held liable under CRIMINAL and Civil Statutes both in State and Municipal Courts as well as in separate and simultaneous action to Federal Court, meaning both litigations continue without direct removal of the underlying State Action.

## Puerto Rico a United States Territory and Commonwealth

Statute of Limitations can very and is typically not more than 20 years, though a Notice to Cease and Desist as so promulgated here and delivered here to Chad Mitchell Koehn and UCMK each jointly, collectively and severally, to Cease and Desist the unlawful conduct, so tolls the statute of limitations for effective complaint. In an opinion issued on August 19, 2019, the Puerto Rico Supreme Court ("PRSC") held that, for statute of limitations purposes, defamation cases shall be analyzed under the successive damages doctrine and that **each allegedly defamatory act triggers an individual limitations period.** This decision puts an end to a decades-old confusion caused by erroneous interpretations of the PRSC's decision in Galib Frangie v. El Vocero de P.R., 138 D.P.R. 560 (1995). **The PRSC also held that an extrajudicial**

==========================================================================
*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

**claim letter, as this NOTICE to CHAD MITCHELL KOEHN AND UCMK is effectively an extra judicial claim letter and notice to CEASE AND DESIST the unlawful conduct, this letter and thus NOTICE effectively tolls the statute of limitations**, even if it does not specify the dates of each allegedly defamatory publication.  *Ana Y. Cacho González, et al. v. Antulio "Kobbo" Santarrosa, et al*

**A Defamation Puerto Rico law claim provides compensation for the damage inflicted on the reputation and good name of the injured party. *Sociedad de Gananciales v. El Vocero de P.R.*, 135 DPR 122, 127, 1994 WL 909249 (1994). Defamation Puerto Rico law claims can come in the form of slander or libel. The former takes place when the defamation is oral; the latter (libel) is in the written form.  See, Art. II, sec. 8 of the Puerto Rico Constitution (the underlying basis for defamation claims) "Slander is a false and unprivileged publication other than libel, which imputes to any person the commission of a crime, or tends directly to injure him in respect to his office, profession, trade or business, or which by natural consequences causes actual damages." 32 L.P.R.A. § 3143.  Although there is a special libel & slander law in Puerto Rico since 1902, 32 L.P.R.A. § 3242, et. seq., Defamation claims are generally litigated pursuant to Article 1802 of the Puerto Rico Civil Code, 33 P.R. Laws Ann. § 5141.**

Pursuant to right of action against Chad Mitchell Koehn and/or UCMK etAl. in accordance with the precedents:  *195 US 138 Fred Dorr v. United States; 467 US 20 Seattle Times Company v. Rhinehart; 473 US 614 Mitsubishi Motors Corporation v. Soler Chrysler-Plymouth Inc Soler Chrysler-Plymouth Inc; 557 F2d 886 Vencedor*

======================================================================
*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

*Manufacturing Co Inc v. Gougler Industries Inc; 574 F2d 37 Jimenez Puig v. Avis Rent-a-Car System; 598 F2d 627 Federal Deposit Insurance Corporation v. Otero; 620 F2d 1 Prevor-Mayorsohn Caribbean Inc v. Puerto Rico Marine Management Inc; 636 F2d 876 United States v. Alcon Laboratories; 682 F2d 1 Jimenez-Nieves v. United States 701 F2d 470 Shawgo v. Spradlin*

**Vermont**

**THREE YEAR STATUTE OF LIMITATIONS:**

Vermont State Statutes Title 12 Court Procedure
Subchapter 002 : Actions Limited
Chapter 023 : Limitation Of Time For Commencement Of Actions
(Cited as: 12 V.S.A. § 512)

§ 512. Assault and battery; false imprisonment; slander and libel; injuries to person or property
Actions for the following causes shall be commenced within three years after the cause of action accrues, and not after:
(1) assault and battery;
(2) false imprisonment;
(3) slander and libel;
(4) except as otherwise provided in this chapter, injuries to the person suffered by the act or default of another person, provided that the cause of action shall be deemed to accrue as of the date of the discovery of the injury;
(5) damage to personal property suffered by the act or default of another. (Amended 1967, No. 32, § 2, eff. March 16, 1967; 1975, No. 248 (Adj. Sess.), § 2.)

However, where the defamation can be shown to be continual actions of the similar nature aimed at the individual in Vermont, the Statute of Limitations jumps to 6 years for the personal injury claim.

========================================================================
 *Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

**NOTICE to CHAD MITCHELL KOEHN, UCMK and each and every entity so herein listed and noticed to CHAD MITCHELL KOEHN,**

YOU EACH jointly, severally, collectively and individually are herein and hereby placed on NOTICE, that your continued actions of Slander, Libel, Defamation, Assault, Famicide have caused and continue during and throughout the month of August 2022, to cause personal injury to the person of Mister Michael Nelson.  Your slander, libel, defamation and general famicide serve no legitimate purpose, are not protected speech or expression and are aimed at tortiously interfering in Mister Nelson's rights to the pursuit of peace, love, life, and happiness.  Your defamation and horrific racial attacks find no place in a civilized society.   Your tortious interference across multiple state lines and into jurisdictions mentioned herein above without limitation is directed and aimed at employers, institutions, potential clients, people and educational resources to unlawfully interfere in Mister Nelson's right to employment, education and other protected rights.  CHAD KOEHN's unlawful actions appear in continuation by himself and through others acting on behalf of the legal entities above reference to attack Mister Nelson with untrue statements & racially based attacks.

=======================================================================
 Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors

Mister Nelson so herein reserves and thus preserve the right to take legal action and seek monetary damages from you each, CHAD MITCHELL KOEHN, UCMK, and each and every affiliated and or associated entity as listed without limitation, due to your bad conduct and purposeful, willful, wanton, wrongful personal smear campaign and attacks against Mister Nelson's character and ability for Mister Nelson to earn a lawful living.

**You each, CHAD MITCHELL KOEHN and listed entities** can reduce your liability by immediately CEASING your unlawful conduct and behaviors directed towards Mister Nelson.

Nothing contained herein shall be deemed a waiver of the rights of the undersigned to seek damages within the statute of limitations as prescribed by law, nor in the time period so atoll by the Statute of Limitations in providing this instant NOTICE to CEASE and DESIST the unlawful actions and conduct of Chad Mitchell Keohn etAl.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the

===========================================================================
*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007);*

*Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 31st day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7115
P: 702.932.3434 Email: oklahomaremote @ gmail.com

=========================================================================

 *Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*

## Certificate of Service:

The undersigned hereby certifies that, on this same date, the foregoing NOTICE to CEASE AND DESIST, issued to CHAD MITCHELL KOEHN and his respective legal entities as so herein noticed above as the foregoing CEASE and DESIST was filed to the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;  this lawful CEASE and DESIST NOTICE to CHAD MITCHELL KOEHN AND UCMK is lawfully provided and sent as a legal NOTICE in a US Federal Court Docket, though an order by County Court Judge Paul J. Hickman was filed wherein Chad Mitchell Koehn seeks protection from engaging in sexual relations with Mister Nelson when, he Chad Mitchell Koehn is "incapable" of giving consent, and generally seeks that Mister Nelson not have contact with Mister Chad Mitchell Koehn, this notice of CEASE and DESIST directed to Chad Mitchell Koehn and UCMK is for a legitimate lawful purpose placing Chad Mitchell Koehn on legal notice, and is not in violation of any Saline County Court Order, as this Notice is so herein now provided to a United State Federal Court Docket, in accordance with US Federal Rules and Law, which supercedes the County Court order regarding protection of Chad Mitchell Koehn from engaging in sexual relations when he Chad Mitchell Koehn is incapable of giving consent.  The foregoing is not served to Chad Mitchell Koehn but rather served upon a Federal Court Record and to the legions of attorneys representing Chad Mitchell Koehn therefore each have a fiduciary responsibility to ensure Chad Mitchell Koehn is in receipt hereof and understands its consequences.

Respectfully Submitted, this 31st day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com |

=======================================================================

*Notice to CEASE and DESIST slander, defamation, libel and famacide Directed at Michael Nelson by tortfeasors: Chad Mitchell Koehn, UCMK, Red Neck High Tech Yacht Fund, HeraSoft, Anthem Holdings Co. and UCM Advisors LLC and their employees, agents, directors, officers, and contractors*