# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. <br> **& CHAD M. KOEHN** <br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-GEB <br> **CIVIL ACTION** <br><br> **NOTICE of Tampering with Counsel and violation of the OATH of attorneys making for unfair and unjust litigation denying the pro se party ability to find legal representation or legal help in the litigation Notice of Subpoena Intent to issue as to ANDREA K. SWISHER, ESQ** <br><br> [Jury Trial Demanded] |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **NOTICE of Tampering with Counsel and violation of the OATH of attorneys making for unfair and unjust litigation denying the pro se party ability to find legal representation or legal help in the litigation** so states to counter-defendants, plaintiffs etAl. As Chad Koehn, United Capital Management of Kansas Inc. (UCMK) & lawyers collectively ("KOEHN") and to the COURT:

1. Mister Nelson, appearing pro se, has had the necessity to learn quickly the verbose and multitude of rules governing the procedures of the Court. In his feeble attempts to do so he has sought out guidance from the Clerks, Bar Associations, Courts, and has attempted to find legal counsel.

2. Mister Nelson contacted a local attorney in the Salina, Kansas area, who had agreed to assist Mister Nelson with some aspects of the litigation.

3. Approximately 36 hours after notice of intent to issue subpoenas was entered to the Court record and therefore notified to opposing counsel, the attorney who Mister Nelson found to assist named: Andrea K. Swisher suddenly withdrew her support to assist.

4. The Court for the US District of Kansas should conduct evidentiary hearings to determine the extent of the tampering occurring by opposing counsel, with regards to Mister Nelson being able to have basic legal assistance in the matter.

5. It cannot be a coincidence that an attorney contacted for legal assistance, and having had agreed to collect and process evidence sought via subpoena mysteriously sends a note:

    a. *"I hope this email finds you well. I have been thinking about our conversation regarding the mailing of documents connected to your current litigation. And while I understand that it is a fairly simple task, I regret to inform you that I just won't be able to assist. With my ongoing judicial application and accompanying interviews, and the*

=============================================================================
NOTICE of SUSPECTED TAMPERING with legal representation Andrea K. Swisher

2

> *possibility of closing my practice in the near future, I just can't add more work to my current load.*
> *Thank you for the consideration and I wish you the best of luck. "*

6. While attorneys like any professional can stop working with a client, the fact of the close proximity to the time of notice of intent to issue subpoenas to the time of withdrawal by Andrea K. Swisher, should give pause to the Court as it does the pro se party Mister Nelson, that Mister Nelson can neither obtain legal assistance, nor now take with any seriousness any of the other recommendations or other lawyers in Kansas to assist in this matter.

7. In the interests of Justice and the prevention of manifest injustice, the Court should be concerned with the inability of indigent pro se parties to obtain legal assistance, especially when they do obtain basic legal assistance that assistance is suddenly withdrawn 36 hours after notification to opposing counsel of that assistance.

8. How is the public at large never mind the parties to view fair and balanced litigation in the US District of Kansas when a party seeks out legal

===============================================================================
NOTICE of SUSPECTED TAMPERING with legal representation Andrea K. Swisher

3

assistance only to have it withdrawn a day and a half after opposing counsel is so notified.

9. Mister Nelson shall seek subpoenas for the phone records and email both personal and professional of Andrea K. Swisher as well as request the Court to allow inquiry to opposing counsel of any interaction which opposing counsel has had with Miss Swisher, as the fundamental rights to fairness in litigation should be investigated and upheld by the Court.

WHEREFORE, Mister Nelson so propounds and places on NOTICE, the Court and opposing Counsel of the belief opposing counsel has deliberately interfered and tampered with legal assistance which Mister Nelson has sought out. Included herein is notice that Mister Nelson intends to propound FEDERAL Subpoena for the phone and email records of Miss Andrea K. Swisher, and Mister Nelson so requests equal subpoena power to the opposing counsel and each of the attorneys and staff within Kennedy Berkley Yarnevich and Williamson Chartered, as the timing of withdrawal of Andrea K. Swisher, after notice of intent to subpoena was issued bearing her name and address was tendered to opposing counsel just a day and a half prior to Miss Andrea K. Swisher's untimely withdrawal. If there is to be fairness and equity within the US District of Kansas Federal Court there needs be an investigation of the undue

===============================================================================
NOTICE of SUSPECTED TAMPERING with legal representation Andrea K. Swisher

4

influences which opposing counsel has made in their suspected tampering and actions as have been so documented earlier in the case, where opposing counsel seeks to prevent Mister Nelson from securing any form of legal assistance in the matter at bar.

Andrea K. Swisher additionally through detailed conversations is believed to have first hand direct knowledge of Sexual Aggressions, and assaults committed by CHAD MITCHELL KOEHN, the fact that Miss Andrea K. Swisher has directed knowledge of sexual assualt/harassment and Sexual Molestations committed by CHAD MITCHELL KOEHN, also subpoena to issue to Andrea K. Swisher is necessary to bring forth additional evidence regarding those Sexual Misconduct charges and so-called "confidential settlements" entered into by CHAD MITCHELL KOEHN.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 31st day of August 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

## Certificate of Service:

**NOTICE of Tampering with Counsel and violation of the OATH of attorneys making for unfair and unjust litigation denying the pro se party ability to find legal representation or legal help in the litigation**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman, except wherein Chad Mitchell Koehn must be notified by his legal counsels from the nearly half a dozen different firms representing him in this matter that he be commanded to produce the requested documents pursuant with law.

Respectfully Submitted, this 28th day of August 2022.



<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==============================================================================
*NOTICE of SUSPECTED TAMPERING with legal representation Andrea K. Swisher*