# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. **& CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity**<br><br>**[Jury Trial Demanded]** |
|---|---|

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE"

to file **NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation** so states to counter-defendants, plaintiffs etAl. As Chad Koehn, United Capital Management of Kansas Inc. (UCMK) & lawyers collectively ("KOEHN") and to the COURT:

1.  Attorney Christopher Jon Kellogg has filed document 145, which propounds through the public court record discovery.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

*NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity*

2. Mister Nelson is pro se, as a pro se unrepresented party Mister Nelson is without formal legal training, in fact without any legal education at all as is evident by the filings of Mister Nelson.

3. Mister Nelson has only the actions and behavior towards the Court by those persons who are licensed before the Court as the "Court Officers", so identified as "Officers of the Court" by the Court itself, specifically speaking of Larry G. Michel, Craig Alan Brand and Chirstopher J. Kellogg.

4. Mister Nelson must "mirror" the actions and behavior of the opposing counsel where ever possible as to the correct decorum of the Court, its procedures, practices, rules and how Orders are to be followed.

5. Mister Nelson has observed that opposing counsel follow NOT a single Order of the Court, and regularly circumvent acting in direct contravention of the Courts Orders and Rules.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

*NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity*

6. Mister Nelson observed the filing made by Christopher Kellogg in the filing made to the public docket and court record in document number 145, wherein Christopher J. Kellogg files and so propagates Rule 33 interrogatories to the Federal Court Record.

7. When Mister Nelson makes a filing to the Court, he is stopped and directed to Local Rule 26.3, stating that the filing cannot be made as it violates Rule 26.3

8. ERGO HOW IS IT Christopher J. Kellogg can and HAS propounded discovery requests under FRCP Rule 33 into the Federal Court record in Document 145, which is apparently in direct contravention in direct disobedience of Local Rule 26.3

9. Are there really rules which are only for the pedestrian, proletarian citizens and the Local Rules of the Court are not meant to be read nor adhered to by those persons who took an OATH prescribed by the very same Local Rules?

━━--------------------------------------------------------------

*NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity*

10. Why are persons the Court identifies as "Court officers" able to continually flout the Federal Rules of Civil Procedure?

11. Why are there Local Rules of the Court which prescribe an OATH to be taken by attorneys appearing in the US District of Kansas Federal Court, yet those same persons taking the OATH prescribed by the Local Rules, need not follow a single one of the Local Rules?

12. Christopher Jon Kellogg, who signs pleadings he himself claims to have authored and signs and so affixed his signature bearing: "Chris J. Kellogg #21651", has deliberately willfully, purposefully, and certainly as a Licensed attorney in the State of Kansas, willingly, knowingly flouted the very Rules of the Court, by he, himself Christopher J. Kellogg DELIBERATELY Violating ad nauseam Local Rule 26.3

13. If the pro se, unrepresented party Mister Nelson, who has no legal education nor training as is evident must follow Local Rules of the Court

---

*NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity*

and is chastised by Court personnel when a filing appears to be a violation

of Local Rule 26.3 then certainly the LICENSED so-called Officer of the

Court Christopher Jon Kellogg should not just be admonished but

severely punished by the Disciplinary Counsel for not just attempting to

violate but actually succeeding in violation of the Rules of the Court

which Mister Nelson has no way of knowing them all and has not the

training nor expertise therefore everything which Mister Nelson does at

bar is UNprofessional, conversely the "PROFESSIONALS" who Mister

Nelson has to look towards for knowledge of what and how to act and

what to file FLOUT and DIRECTLY at in CONTRAVENTION of the

Very rules of the Court which their OATH is so prescribed by the RULES

and Christopher Jon Kellogg violates those rules with impunity.


WHEREFORE, opposing counsel continues to in direct contravention of the Federal

Rules of Civil Procedure, and now acts having succeeded in direct violation of the

Local Rules of the Court under Local Rule 26.3, wherein Mister Nelson unrepresented

and appearing pro se before the Court is stopped and held to account and chastised as

to the SAME RULES which apparently matter not and are of no consequence to

━━━────────────────────────────────────────────────────────

***NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG
continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation
negatively affecting and tainting the merits of the litigation being allowed to violate the
Local Rules of the Court with total impunity***

CHRISTOPHER JON KELLOGG in following, yet his very OATH to be an attorney is derived from those same rules which Christopher Jon Kellogg flouts and deliberately knowingly violates.  This screams loud and clear to the public at large, that the ORDERS of the Court, the Federal Rules of Civil Procedure, the Pillars of Professionalism, the Kansas State Rules of Professional Conduct are all violated constantly, persistently with total impunity by Christopher Jon Kellogg.  Yet, NOW the LOCAL RULES of the Court where the OATH of attorneys is derived to be so prescribed according to the LOCAL RULES of the Court, are violated with total success and with total impunity as Kellogg cares not to follow the Local Rules, which of course he should know.  The fact the Court has LOCAL RULES, where the attorneys OATH is so prescribed by those Local Rules yet those Local Rules are obviously and evidently there to for no other reason than to trip up an unrepresented pro se party, and the very persons who take an OATH prescribed by those same LOCAL RULES are able to violate them persistently with impunity says a lot about the US District of Kansas and the attorneys who act as its "Officers of the Court".

**Christopher Jon Kellogg is allowed to violate LOCAL RULES 26.3 and 83.6.1 with total impunity.**

━━-------------------------------------------------------------━━

***NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity***

**The District Court should now be involved and refer Christopher Jon Kellogg to the Disciplinary Counsel for immediate SUSPENSION pending DISBARMENT, as there are no rules or Orders which Christopher Jon Kellogg will not deliberately and knowingly go out of his way to VIOLATE with impunity.**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 31st day of August 2022.

Michael Nelson - Pro Se
Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

*NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity*

**Certificate of Service as to:**

**NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity**

The undersigned hereby certifies that, on this same date, filed the **above Notice Regarding Christopher Jon Kellogg violations of Local Rules 26.3 and 83.6.1 with total impunity** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, for the opposing parties as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman, expect wherein permitted by law wherein Chad Mitchell Koehn is the subject of a Federal Subpoena or other Legal Notice permitted by law to be so noticed upon Chad Mitchell Koehn.

Respectfully Submitted, this 31st day of August 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

*NOTICE of VIOLATIONS TO LOCAL RULES BY CHRISTOPHER JON KELLOGG continuing Violations of Rules of the Court under 26.3 and 83.6.1 without limitation negatively affecting and tainting the merits of the litigation being allowed to violate the Local Rules of the Court with total impunity*