# UNITED STATES FEDERAL DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc.** **& CHAD M. KOEHN** Plaintiffs, counter-defendants v. Michael Nelson Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-GEB **CIVIL ACTION** NOTICE OF INTENT TO ISSUE SUBPOENA TO: **Charlotte M Regan** [Jury Trial Demanded] |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **NOTICE OF INTENT TO ISSUE SUBPOENA TO INDIVIDUAL(S) LISTED** so states to counter-defendants, plaintiffs etAl. As Chad Koehn, United Capital Management of Kansas Inc. (UCMK) & lawyers collectively ("KOEHN") and to the COURT:

**NOTICE OF INTENT TO ISSUE SUBPOENA TO INDIVIDUAL OR INDIVIDUALS JOINTLY AS NOTICED HEREIN ATTACHED EXHIBIT "A"**

Please take notice that Mister Nelson, intends to issue the Subpoena attached herewith to the following individual or individuals as listed in the Attached Exhibit "A", if KOEHN or UCMK objects, such objection must be recorded on the record and

---

**NOTICE OF INTENT TO ISSUE SUBPOENA TO INDIVIDUAL OR INDIVIDUALS JOINTLY AS NOTICED HEREIN ATTACHED EXHIBIT "A"**

provided a copy to Mister Nelson within 7 days of this date of Notice of Intent, any objection not made is hereby now waived if Koehn and/or UCMK do not object now.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 1st day of September 2022.

*[signature: Michael Nelson]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

**NOTICE OF INTENT TO ISSUE SUBPOENA TO INDIVIDUAL OR INDIVIDUALS JOINTLY AS NOTICED HEREIN ATTACHED EXHIBIT "A"**

**Certificate of Service as to:**

**NOTICE of INTENT to ISSUE SUBPOENA(s) to the Individual or Individuals listed on the Attached herewith Exhibit "A", the individual or individuals are <u>presently</u> non-parties**

The undersigned hereby certifies that, on this same date, filed the **above Notice of INTENT TO ISSUE SUBPOENA or SUBPOENAS to the Individual or Individuals as listed on the Attached herewith Exhibit "A"** with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, for the opposing parties as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1; filed to the extent this filing is expressly not to be shared communicated to or provided in anyway shape or form to the person of Chad Mitchell Koehn, per Court order of Saline County Court Judge Paul J. Hickman, expect wherein permitted by law wherein Chad Mitchell Koehn is the subject of a Federal Subpoena or other Legal Notice permitted by law to be so noticed upon Chad Mitchell Koehn.

Respectfully Submitted, this 1st day of September 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

---

**NOTICE OF INTENT TO ISSUE SUBPOENA TO INDIVIDUAL OR INDIVIDUALS JOINTLY AS NOTICED HEREIN ATTACHED EXHIBIT "A"**