## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. ["UCMK"]<br><br>**& CHAD M. KOEHN** ["Koehn"]<br><br>Plaintiffs, counter-Defendants<br><br>v.<br>Michael Nelson<br><br>defendant; Counter-Plaintiff PRO-Se. | <mark>DOCKET NO.: 5:22-CV-04008-JWB-GEB</mark><br>**CIVIL ACTION**<br><br>Notice of Withdrawal of Subpoenas which do not comport with the Orders of Judge Birzer for having more than 1 name or not having the home address of person being Subpoenaed<br><br>**[Jury Trial Demanded]** |

Counter-Plaintiff / defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **Notice of Withdrawal of Subpoenas which do not comport with the Orders of Judge Birzer,** I (Michael Nelson), defendant and Counter-Plaintiff, *pro se* state:

1) I am pro se and do not understand all the rules and am learning as fast as humanly possible.

2) I hereby withdraw the following Document Numbers listed in (4) below as to Subpoenas which do not comport to the "rules", as they are absent, the home address for Subpoenaing the person, and those which request documents for subpoena of more than one person, which apparently is not proper as well, I will refile subpoenas for ONLY one person at a time in the future and will include the home address or other address where to find the person for service.

3) According to instructions from the Clerks I will attach a detailed list of specified documents and information I seek from each person individually as to those subpoenas I shall reissue Intent with all the pertinent information and only one person per subpoena.

4) The Following Document Numbers are hereby and herein withdrawn per the above: 164, 166 through 176, 184 through 193, 195 through 212.

================================================================================
 **Notice of Withdrawal of Subpoenas documents:** 164, 166 through 176, 184 through 193, 195 through 212

5) My apologies to the Court and especially the Clerks, as I do not know what I do not know.  I will ensure that future subpoenas comply with the Rules, and are only ONE person per subpoena, and show the home address or other address where the person can be located, as well as attaching with each subpoena a detailed list of precise documents to be subpoenaed.

6)  I dutifully called the Court Clerks and informed them not to file any other subpoenas until I can redo them.  I also note for the record that the attorney I hired Andrea K. Swisher was pressured by opposing counsel to withdraw her assistance previously offered and therefore many subpoenas are now wrong do to Andrea K. Swisher being pressured not to assist in this matter.

This notice of withdrawal is humbly so made here and now for the reasons as cited herein above, I shall ensure future subpoenas are to only one singular individual or one singular entity at a time, listing all addresses and contact information where each person can be found and attaching a precise listing of specified documents and records sought.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).* Respectfully Submitted, this 6th day of September 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com |

========================================================================

**Notice of Withdrawal of Subpoenas documents:** 164, 166 through 176, 184 through 193, 195 through 212

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I emailed the following email addresses, the foregoing to the Clerk of the Court and chambers via electronic-mail:

**KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> and

KSD_Birzer_Chambers@ksd.uscourts.gov I have been instructed when docketed, by the Clerks a notice of its filing shall be delivered to all attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 6th day of June 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

=====================================================================

**Notice of Withdrawal of Subpoenas documents:** 164, 166 through 176, 184 through 193, 195 through 212