# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. ["UCMK"] <br><br> **& CHAD M. KOEHN** ["Koehn"] <br><br> Plaintiffs, counter-Defendants <br><br> v. <br> Michael Nelson <br><br> defendant; Counter-Plaintiff    PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-GEB <br> **CIVIL ACTION** <br><br> **EMERGENCY REQUEST of WRIT of coram nobis, concerning Local Rule 83.6.3** <br><br> **[Jury Trial Demanded]** |
|---|---|

Counter-Plaintiff / defendant ("Nelson"), makes "LIMITED APPEARANCE" to file

**EMERGENCY REQUEST of  WRIT of coram nobis,** I (Michael Nelson), defendant and

Counter-Plaintiff, *pro se* submit this Request of "CORAM NOBIS" on these grounds:

UNCONTROVERTED FACTS:

1)  US District of Kansas Federal Court, has Local Rules.

2) Local Rules of the US District have within them Local Rule 83.6.1 through 83.6.3

3) Document 153, was sent OUTSIDE the Court pleadings, sent under the "confidentiality" provisions of Court Rules, not sent to the Clerks for docketing, it was sent pursuant with specified requirements of Local Rule 83.6.3, the Local Rules were followed precisely.  US District of Kansas Rules under 83.6.3(b)(1)(C) states: "The clerk must refer all complaints so-filed to the Disciplinary Panel."  The document was sent under the "confidentiality" provisions of Rule 83.6.3

4) Document 153 was filed erroneously to the docket and is subject of Court Order Doc. 183

5) I am pro se, with NO legal training or education, my humblest apologies to the Court, if I had known about the "secret" order of the Court regarding page limitations, I would have attempted to the best of my ability to comply with the Order.

===============================================================================
**EMERGENCY REQUEST of writ of coram nobis, concerning Local Rule 83.6.3**

6) Rules of the Court in Rule 83.6.1 through 83.6.3 speak nothing of page limitations.

7) I shall prepound documents 152, 155, 180, 181, via the rules of the Court under Rule 83.6.3 procedures, as I note they will be stricken from the record, I do, however, feel and believe a citizen, even a poor and uneducated in the law citizen forced by circumstance to present themselves before the Court has a RIGHT to have some sort of grievance process available when as here those who swear and oath before the Court commit grave MISCONDUCT before the Court to the point of causing such disruption, forcing the pro se to beg and plead for semblance of fairness in litigation.

8) Documents 152, 155, 180 and 181 are therefore stricken or otherwise hereby withdrawn.

## ARGUMENT

9) I MUST as a matter of right, law and rule have an avenue of filing a grievance when the MISCONDUCT before the Court is as great as it is here.

10) Document 153, being docketed to the matter at bar, is improper, it is against the Rules of the Court, it is an ERROR, in law and rule. It is not my error, it is an error in the documents handling.

11) Absent immediate Orders regarding Document 153 AND Orders allowing for the procedures to be followed according to the Rules of the Court, I do not know who I turn to, I have even sent a letter to the CHIEF JUDGE ERIC F. MELGREN, begging for some guidance and efforts to allow for a grievance process, see attached herewith Exhibit "A". I understand the Court will protect the attorneys at all costs, even when the attorneys have committed GRAVE MISCONDUCT against the machinery of justice, none-the-less a Citizen MUST have the right to have the Rules applied fairly and according to their intention. What if an attorney commits some other atrocity, not simply

===============================================================================
**EMERGENCY REQUEST of writ of coram nobis, concerning Local Rule 83.6.3**

disebedience to Court Orders, not simply willful violations to Local and Federal Rules, not simply LIES and FALSEHOODS before the Court, what if it is something else? WHERE does a layman, commoner turn to file a grievance if not according to Rule 83.6.1 through 83.6.3 of Court rules?

12) Absent immediate correction and Orders regarding Document 153 and Orders allowing a citizen, whether myself or ANY other Citizen in the United States to file grievances under the procedures of Local Rule 83.6.3, I haven't any idea who to turn to, whether it's the news media? The Internet? The Court of Appeals for the 10th Circuit? I was told seeking review to the 10th Circuit Court of Appeals is a "threat". I make NO threats, I am desperate for Craig Brand to leave me alone and DESPERATE for semblance of Order and to stop the LIES, disobedience of Orders, I am DESPERATE to have the attorneys act according to their OATH and the RULES! I HAVE NO ONE TO TURN TO when the Rules of the Court are not even followed under Rule 83.6.3

13) It appears there is ERROR in the Order 183, and ERROR in the docketing of document 153, prior to filing to the 10th Circuit Court of Appeals and the news media and whoever else will listen to my PLEAS for semblance of a way in which to file a grievance, about the LIES and horrific MISCONDUCT occurring by "officers of the Court", the attorneys who oppose me, **I do NOT KNOW WHERE TO TURN. I BEG AND PLEAD FOR THE COURT TO CORRECT THIS GRAVE ERROR, I BEG HUMBLY and BEG and PRAY** I have the outlet as do all citizens of a way to <u>HEAR our PRAYERS to the COURT</u> for a procedure like that laid out in Local Rule 83.6.3 to follow to hear our grievances. I BEG this Court to PLEASE, provide for correction.

15) Craig Brand is harassing me, I NEED HAVE SOMEONE TO TURN TO FOR HELP!

16) Craig Brand filed perjury before the Court, which has yet to be reviewed, there must be a review. Craig Alan Brand purposefully and intentionally misled Chambers of the Court and myself

purposefully seeking to have me violated on some erroneous order and thrown to jail to be murdered!  **I AM BEGGING FOR THE ABILITY TO HAVE MY  PLEAS HEARD BEFORE A GRIEVANCE PANEL!**  I am Begging for the Rules as written to be applied under Rule 83.6.3

17)  When I find an attorney to help me they are pressured not to assist in this matter, as to say it is ok for Attorneys to pressure others so that I am forever without legal assistance!

18)  The attorneys are making filings to the Court and not noticing nor providing me filings they are filing, against ALL RULES, both Federal and State.  This weekend, Labor Day weekend 2022, the attorneys LIED again in writing with such a BOLD faced LIE, they claim a Court Clerk told them I am filing documents using ECF and receiving notices via ECF.  **This is a BOLD FACED absolute LIE,** it can NEVER be true, and now the attorneys are saying the "Clerk of Courts" tells them this LIE, that too is a LIE, according to the CLERKS of the Court, NO Clerk could EVER have made the statement the attorneys made.  Now either the Clerk of Courts has LIED or the attorneys have LIED, there is no in between, there is no other alternative.  There is no way out of this LIE, either the attorneys have LIED or the Clerk of Courts has lied, there can be no mistake.   I HAVE NEVER had filings privileges apart from emailing the Clerks, I have NEVER received NOTICE electronically from this Court, or ANY court, EVER!  I have NEVER consented in writing under Rule 5 to electronic notice, EVER!  I must have an avenue for the LIES told by "officers of the Court" directly to the Court, to be reviewed.  I have responded back to every filing I am notified about.  Larry Michel a lawyer LIED in writing and now I am prevented from responding back about filings in this case.  The attorneys are led by Craig Alan Brand who publicly declares he **intentionally provides people with false information**, Brand <u>publicly declares he has championed</u>

===================================================================================
**EMERGENCY REQUEST of writ of coram nobis, concerning Local Rule 83.6.3**

this art of LYING!   How can there be justice when a person who is a "Court Officer" LIES in writing persistently and continually, and I have no means to file a grievance?

19) I can PROVE the Attorneys have LIED to the Court, I can PROVE the Attorneys have committed grave MISCONDUCT!   My RIGHTS are being stripped and I am INNOCENT!

20)  I MUST have an avenue to have the grievances heard, not simply dismissed, and have the very documents which I file even through a non-profit just wiped away like they were not filed in accordance with the Rules, when all we have to go by are the RULES, I followed rule 83.6.3 precisely, I had the documents mailed certified mail, to the "special room" in Kansas City.  There was no part of Rule 83.6.3 which was not followed precisely.  Rule 83.6.3 states NOTHING of page limits and Rule 83.6.3 is not supposed to have in the procedures any influence or interaction with any Judge, the procedures are supposed to be OUTSIDE of the Judges, outside of the pleadings.


**WHEREFORE to prevent miscarriage of Justice**, in the interests of Conservation of Judicial Resources I respectfully PRAY this Honorable United States Federal Court will restore the rights of citizens to file according to the Rules of the Court under Rule 83.6.3 procedures and that Document 153, NOT be sticken and that Document 153, be mandated back to the Clerk in Kansas City, for the **RULES of the Court and its procedures to be followed** in accordance with those Rules under Rule 83.6.3 procedures; and that this Court mandate via Order to Correct the grave injustice occurring that all future GRIEVANCES filed in accordance with Rule 83.6.1 though 83.6.3 be allowed to be followed OUTSIDE the pleaidngs and docket of the matter at bar, as they exist to ensure the integrity of the proceedings and to safe guard the Court and the parities from the MISCONDUCT of attorneys appearing before the Court.

=================================================================================
**EMERGENCY REQUEST of writ of coram nobis, concerning Local Rule 83.6.3**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 6th day of September 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I emailed the foregoing documents to the following email addresses, electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> and KSD_Birzer_Chambers@ksd.uscourts.gov I have been instructed when docketed, by the Clerks a notice of its filing shall be delivered to all attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 6th day of June 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==================================================================================
**EMERGENCY REQUEST of writ of coram nobis, concerning Local Rule 83.6.3**