# EXHIBIT

# "A"

# To Follow . . .

**Letter to Chief Judge Eric F. Melgren**

**Chief Judge ERIC F. MELGREN:**

My name is Michael Nelson, I am a pro se litigant in a case 5:22-cv-04008 proceeding in your District. I am the defendant and personally removed the SLAPP (Strategic Lawsuit Against Public Participation) petition, under diversity and Federal Questions. The SLAPP petition removed <u>was also replete with a known RACIAL SLUR, in place of my name!</u>

Opposing counsel rather than apologize and move on his own accord to amend the petition removing the SLUR, filed a multitude of repetitive woefully deficient filings, without first complying with FRCP Rule 7.1 <u>Opposing counsel purposefully made filings to the Court without noticing nor providing copies to me.</u> This litigation tactic of making filings to the Court and neither noticing nor providing me copies has continued throughout the case, violating my rights.

Opposing Counsel are being coached by <u>*pro hac vice* purportedly still licensed lawyer Craig Alan Brand, who passed a fraudulent affidavit riddled with PERJURY before the Court</u>. The Federal Magistrate even had to exclaim Brand **"played fast and loose", meaning he was DISHONEST!** Brand has been harassing me extra judicially and in the proceedings, including passing a misleading, fraudulent origin email to the Chambers and myself see docs 52 & 57.

Opposing counsel has filed false certifications to the Court, directly disobeyed court orders, flagrantly flouted the Federal Rules of Civil Procedure (FRCP), violated the Local Rules, the Pillars of Professionalism, the Kansas Rules of Professional Conduct all ad nauseum. **<u>The opposing counsel have generally acted unbecoming of attorneys.</u>** Frustrated that I cannot receive basic fundamental fairness, due process rights, that the attorneys opposing me disobey standing orders, and violate the Federal and Local Rules, I contacted the Court.

I was instructed to set forth a FORMAL COMPLAINT, under the procedures of Rule 83.6.3 of the Rules of the Court, I followed the instructions. I DID NOT FILE this FORMAL Complaint to the Court docket. I did not email the grievance, I had it mailed certified priority USPS mail, to the specified room number provided by the Court, thus delivering it to Kansas City per the rule.

After sending the grievance, via certified USPS mail, not email, the Clerk in Kansas City rather than follow the procedures set forth in Rule 83.6.3, my grievance was entered to the record of the proceedings, which I am a litigant, as document number 153.

I followed Rule 83.6.3(b) exactly and precisely, according to the Rules, I was instructed by the Court's personnel. Judge Broomes now says he is unilaterally throwing out my grievance, filed under the Rules, NOT sent to him or the docket by me. I respectfully direct your attention as the CHIEF JUDGE of the District to the Rules under 83.6.3(b)(1)(C) which state: **"The clerk must refer all complaints so-filed to the Disciplinary Panel."**

**<u>I literally do not understand what I did wrong.</u>** I do not understand who I can turn to now for help. **I removed a SLAPP petition that had a known SLUR in place of my given name!** The opposing attorneys are violating their OATHS, Craig Brand filed an affidavit of PERJURY, the

Federal Judge declared he "played fast and loose", meaning he was **DISHONEST.** Brand misled me and the Judges' Chambers in a fraudulent email see docs 52 and 57. Opposing counsel have made a mockery of the Court; filing dozens of filings to the Court and not noticing nor providing copies to me. They have filed false swearing, false certificates, false certifications, fraudulent conferrals they have violated the ORDERS of the Court, the Local and Federal Rules, many multitude of Rules under the Kansas Rules of Professional Conduct. Frustrated as a citizen forced by economic circumstance to defend against a SLAPP petition which was replete with SLUR of hate in place of my given name, I filed a grievance under the procedures of the Court. Now supposedly my complaint is not even treated according to the Rules. Somehow dismissed for page limits? Rule 83.6.3 says NOTHING of page limits, it is not my mistake if the procedures are not followed in Kansas City.

I am neither an attorney nor have any legal education in US law, I am self taught at reading and writing. I recognize the Court covets the Pillars of Professionalism to this end, I have been respectful of the Court, its Judges, opposing counsel, the clerks and all those who make the machinery of justice turn. The Pillars state: "Act with candor, honesty, and fairness toward the court." I am acting upon the Pillars of Professionalism writing to you, now in this hour of desperation for a shred of light in Constitutional Protections as guaranteed under the US Constitution from which the Court here derives its power under Article III. How do I have my grievance heard before the authorities of this Court? I followed Rule 83.6.3 and the Court personnel instructions. **Am I only left with the "Court of Public Opinion" under the First Amendment to hear my grievances?** Is there anything you can do as the Chief Judge to restore integrity, honor and order under Rule 83.6.3, securing my basic, fundamental, rudimentary rights during litigation in the US DIstrict of Kansas?

The attorneys who oppose me are many and led by Craig Alan Brand, *pro hac vice,* who declares publicly his dishonesty, and who has personal hatred and disdain for the American Judiciary as he writes in his book: *"I [CRAIG BRAND], for instance, have championed the art of disinformation. I intentionally provide people with false information…"* *"Lady Justice is not only blind but corrupt and susceptible to biased pressures." ""You can basically accuse anyone of anything, and that poor schlep now has to defend him or herself against a lie."*

I look forward to your prompt reply in the interests of Justice and restoration of integrity to the Courts procedures, policies, and rules.

Respectfully Yours, seeking fundamental Constitutional protections, & having grievances filed according to the rules cited under 83.6.3 of the Rules of the Court.

*[signature: Michael Nelson]*

Michael Nelson - *Pro Se*