# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. ["UCMK"] <br><br> **& CHAD M. KOEHN** ["Koehn"] <br><br> Plaintiffs, counter-Defendants <br> v. <br> Michael Nelson <br><br>  defendant; Counter-Plaintiff   PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** <br> <u>**CIVIL ACTION**</u> <br><br> **NOTICE of Compliance Refile of Document 104 & 105** <br><br> [Jury Trial Demanded] |

<u>Counter-Plaintiff / defendant ("Nelson"), makes "LIMITED APPEARANCE"</u> to file

**NOTICE of Compliance Refile of Document 104 & 105,** I (Michael Nelson), defendant and Counter-Plaintiff, *pro se* submit this NOTICE of Refile to Document 104 and 105:

1)  On 26 July 2022, in accordance with the meeting of the parties in Rule 26(f) conference which occurred for just a single hour on 11 July and another single hour on 12 July 2022, the disclosures pursuant with Rule 26 have now been so tendered and delivered, to ckellogg@kenberk.com and to the Chambers of the Presiding Jurist Federal Magistrate Judge Birzer this day 26 July 2022, pursuant with the ORDER of the Court to do so.

2) 26 July 2022, I also once again propounded early Rule 34 requests to opposing Counsel.

3) The Federal Rules of Civil Procedure have within them Rule 26(d)(2)

4)  The early rule 34 requests were made to opposing counsel directly after the Rule 26(f) conference.  Opposing counsel confirmed receipt and recited the requests in filings.

5) Rule 26D(2) of the Federal Rules of Civil Procedure identify that early rule 34 requests are considered served at or after the Rule 26(f) Conference

6) I provided a month in advance of the Rule 26(f) conference a detailed brief on ESI

================================================================================
**NOTICE of Compliance Refile of Document 104 & 105**

7) Statements by opposing counsel in their submission of report of the parties Rule 26(f) conference are untrue and made with malice against me, another example of opposing counsel abusing this litigation for purposes for which the Courts were not made.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 6th day of September 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 6th day of September 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==========================================================================================
**NOTICE of Compliance Refile of Document 104 & 105**