# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. ["UCMK"] <br><br> **& CHAD M. KOEHN** ["Koehn"] <br><br> Plaintiffs, counter-Defendants <br> v. <br> Michael Nelson <br> defendant; Counter-Plaintiff  PRO-Se. | **DOCKET NO.:  5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **Memorandum of Response to Document 183 Order from District Court Judge Broomes and Preliminary Request for Extension of Time to Respond with refiling of documents** <br><br> [Jury Trial Demanded] |
|---|---|

Counter-Plaintiff / defendant ("Nelson"), makes "LIMITED APPEARANCE" to file

**Memorandum of Response to Document 183 Order from District Court Judge Broomes and Preliminary Request for Extension of Time to Respond with refiling of documents,** I (Michael Nelson), defendant and Counter-Plaintiff, *pro se* submit preliminary response to Order in document 183, so state:

1) I respectfully and humbly beg forgiveness and apology to the Court, with regards to pleadings that are considered outside of the "Order" of Judge Broomes, IF I had known of the existence of this order I would have tried my best to comply. I had only the FRCP and Local Rules to draw from and all my filings were made in accordance with those rules then known to me.

2) Order of the Court in Document 183, is directed only and solely at me pro se, unrepresented party, and does not address the fact the vast number of filings are as a result of the multitude of attorneys continually flouting all Rules, Federal, Local and Professional.

======================================================================
**Memorandum of Response to Document 183 of Judge Broomes and Preliminary Notice of Appeal**

3) I have continually had the necessity to OBJECT to not receiving notice nor copies of what is filed to the Court, in direct contravention of Federal Rules of Civil Procedure (FRCP), as well as objecting to FALSEHOODS, false certifications, certificates and affidavits filed by so-called "Officers of the Court", attorneys who are supposed to be held to a higher standard, I have filed objection and even a supposed "confidential" filing under Rule 83.6.3 procedural complaint, which I address separately under a request for correction as error in rule and law.

4) I am literally now afraid to make filings to the Court, I am afraid to take appeal as seeking appeal is considered a "threat" and am told an appeal is not authorized. I feel my rights no longer exist and I am being unfairly denied basic fundamental constitutional rights. I feel bullied to an extent that my life is no longer worth living, the attorneys who oppose me violate every rule, order, law with total impunity and are even allowed to use a racial slur in place of my own given name. I feel absolutely worthless as a human being where not even the Courts provide semblance of protection.

5) <u>I seek to resolve some issues with this Memorandum and request of extension of time to examine and refile as appropriate specifically:</u>

1. I have filed a document which resolves documents 152, 155, 180, 181; AND which makes request regarding document 153, which was not even supposed to be filed to the docket pursuant with Rule 83.6.3 of the Court. Rule 83.6.3(b)(1)(c) states: "filed in the record office of the clerk at Kansas City. **The clerk must refer all complaints so-filed to the Disciplinary Panel."** I caused doc. 153 to be mailed certified per confidentiality provisions.

2. Document 156, was a notice as a Cease and Desist, and not meant for the Court to rule, however, it too is stricken, as to say I have NO rights to demand to live a normal life and is

stricken thus mandating separate litigation where I can have my rights exerted to be left alone to earn a living and provide for my family. There is nothing I can do but file new litigation seeking the same "notice" as I sought in Document 156, which now stricken

3. **Doc 110 and 116** Motions for Judicial Notice, stricken per order 183, were made in good faith and made to lessen the burdens of discovery upon the Court and the parties, I have no way of propounding within the page limitations so Ordered, they were made within the page limitations I knew of under Federal Rules of Civil Procedure and Local Rules.

4. **Doc 91** Objection to Order, this is now moot, sticken per order 183

5. **Doc 109** is now moot, sticken per order 183; shall be filed in accordance with procedures under Rule 83.6.3.

6. **Doc 119** stricken per order 183, made in good faith now included in new litigation

7. **Doc's 104 and 105** have been refiled as a single document number: 216

8. I intend to file a single motion to dismiss thus replacin documents 69, 71, 89 and 90 which will be sticken and replaced with the motion and memorandum I intend to file replacing. I am working on refiling this motion and memorandum of law right now.

This leaves the following that need be examined and refiled as appropriate, I am humbly requesting and begging for MORE time to refile the following, as I need to examine them closely and see where I can eliminate filings or reduce there size and scope as several are now moot and others could perhaps be consolidated. There is a parallel trial slotted to begin 12 Sepetember 2022, there are a host of other issues which need attention including sick family members and my personal health, in addition to the fact discovery continues with high demands upon me personally, I respectfully REQUEST an extension of time to refile or otherwise notify the Court I will not be

===============================================================================
**Memorandum of Response to Document 183 of Judge Broomes and Preliminary Notice of Appeal**

refiling documents, I have not the time to properly in the interests of justice go through the rest of the objections and appeals under rule 72 in the shortened period of time being so allotted. I do not want to further widen this dispute or cause further issues with the Court, having the need to file appeals to protect my rights if any rights are allowed. I humbly and respectfully PRAY in the interests of justice and for the savings of judicial resources and time to all concerned that the time to respond and refile or otherwise redo the filings is granted as to the remaining documents to be examined including without limitation:

**Doc. 68** Appeal of Order I will repropound shortening the appeal & eliminating sections which are now moot as the matter has progressed

**Doc 81** Objection to Order MOTION TO STAY

**Doc. 94** Motion to Disqualify Counsel for the obvious reasons, shall be shortened & refiled

**Doc 96** Motion for Judicial Notice - PERJURY by Koehn in Filings Directors etc.

**Doc 99** Motion for Judicial Notice - Criminal charges agaisnt Chad Koehn

**Doc 117** Motion for Judicial Notice, Lawsuit Perjury Koehn documents

**Doc 101** Motion for Default Judgment - APPLICATION FOR DEFAULT JUDGMENT … is incorrectly docketed as a "motion" as it was and is a pending "application" under Rule 55, to the extent a new filing is necessary it shall be filed in accordance with the instructions of the Court regarding page limitations.

**Doc 144** Objection to Scheduling Order Fail to adhere to Limited discovery in light of SLAPP litigation by plaintiff

      I have NEVER filed a pleading in this matter for "annoyance", which is what I find the word "vexatious" to mean. As to appearing in person, I would request ample time to appear, and most

likely will need to temporarily relocate myself and family to Wichita, Kansas, to this end I will begin research as to temporary housing, welfare assistance, and other governmental assistance with this order to relocate to Wichita Kansas for the indeterminate future. I request that the court provide resources regarding relocation, financial assistance for food, shelter, medicine, medical support, as I am still under medical care suffering immense pain, anguish and under psychiatric care from the racial attacks made against me by opposing counsel. There is a parallel trial beginnning and I have not the time available to properly re-propound the filings and re-read and shorten them as necessary I am BEGGING in the interests of justice and conservation of judicial resources for the Court to provide me until 15 October 2022 in order to respond and refile the documents which are necessary. I understand I must take interlocutatory appeal of any document I am unable to respond to within 10 days of the date of the Order Document 183, I understand the further complications and the necessity to take up other litigations to have the rights afforded me under law. I am PRAYING and BEGGING the Court in the interests of Justice and conservation of resources to grant me the time to properly respond.

    WHEREFORE in the interests of justice and for the reasons herein referenced I am PRAYING the Court will see to it in its wisodm that granting this extension of time to refile or decide not to refile a number of documents as listed herein is in the benefit of all concerned. Forcing the issues to interlocutatory appeal and other measures in order to have the ability to respond to the filings which document 183 is so aimed and directed does neither party any good and further makes the issues before the Court protracted necessitating growing litigation. I am PRAYING for the ability to have the time necessary to review the documents which document 183 is so directed and provide for the ample opportunity to respond as is appropriate. Requesting as

======================================================================================
**Memorandum of Response to Document 183 of Judge Broomes and Preliminary Notice of Appeal**

well a Stay of discovery until these documents can be so refiled. I have also talked with opposing counsel regarding settlement talks and by forcing this hard deadline as to refiling these documents as listed will most likely make those settlement talks non-existent, as there is a REAL possibility that this matter could be settled in advance of the 15 October deadline requested for refiling. Absent the request I do not know what to do and will do whatever I feel is appropriate regardless of the threats issued against me for asking about appeal. There is a REAL absolute possibility of settlement, I certainly am so directed to accept the settlement as discussed though it is up to the Court now to allow the settlement to continue negotiations and ability to settle, absent a stay and extension of time other filings must be made which makes settlement impossible. I humbling and respectfully PRAY the Court in all its wisdom will give settlement talks a chance and reduce the burdens to the Court and the parties and the public at large.

    A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*
Respectfully Submitted, this 7th day of September 2022.

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

==========================================================================================
**Memorandum of Response to Document 183 of Judge Broomes and Preliminary Notice of Appeal**

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, sent the foregoing to the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> upon filing which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1

Respectfully Submitted, this 7th day of September 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com