# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. ["UCMK"] <br><br> **& CHAD M. KOEHN** ["Koehn"] <br><br> Plaintiffs, counter-Defendants <br> v. <br> Michael Nelson <br> defendant; Counter-Plaintiff   PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **Notice of Service of Interrogatory Answers, Disclosures, Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard** <br><br> **[Jury Trial Demanded]** |

Counter-Plaintiff / defendant ("Nelson"), makes "LIMITED APPEARANCE" to file

**Notice of Service of Interrogatory Answers, Disclosures, Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard,** I (Michael Nelson), defendant and Counter-Plaintiff, *pro se* submit this notice:

On 10 September 2022, I caused to be mailed, postage paid, via USPS mail certified, the following, pursuant with Orders of the Court:

1. **Answers to first set of interrogatories**

2. **First Set of interrogatories, Requests for Admission, Requests for production as to United Capital Management of Kansas Inc.**

===========================================================================================
Notice of Service of Interrogatory Answers, Disclosures, Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard

3. **First Set of interrogatories, Requests for Admission, Requests for production as to Chad Mitchell Koehn**

4. **Disclosures available.**

5. **First Set of interrogatories, Requests for Admission, Requests for production as to Anthem Hayek Blanchard.**

6. **Copy of Document 159, with "Request for Production of all communications with FINCEN or any other State or Federal Regulatory or Law Enforcement Body or entity in the proceeding 5 years from this date as to Chad M. Koehn and UCMK and/or any agent, employee, officer, director, affiliate, contractor, attorney, vendor"**

7. **Copy of Document 160 with "REQUEST for Production of ALL FOIA Confidential Treatment Requests under Rule 83 of SEC's rules and regulations made by UCMK or Chad Mitchell Koehn in the preceding 5 years"**

8. **Copy of Document 161 with Request for Production of all SEC produced ESI with copies of all SEC subpoenas or other enforcement or regulatory requests**

===============================================================================
Notice of Service of Interrogatory Answers, Disclosures, Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard

**made for the production of all ESI relating to UCMK, Koehn, Anthem Holdings Company, HeraSoft, or Hera Software Development Inc, Anthem Vault Inc, Red N eek High Tech Yacht Fund, or any other entity affiliated with Chad Mitchell Koehn in the proceeding 5 years from this date including any and all agent, employee, officer, director, affiliate, contractor, attorney, vendors as to Chad M. Koehn and UCMK"**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S.* "pro se … however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so **construed as to do substantial justice"**). "filings generously and with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).*

Respectfully Submitted, this 12th day of September 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===============================================================================
Notice of Service of Interrogatory Answers, Disclosures, Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing; with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 12th day of September 2022,

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===========================================================================
Notice of Service of Interrogatory Answers, Disclosures, Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard