IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED CAPITAL MANAGEMENT OF KANSAS, INC. and
CHAD M. KOEHN,

      Plaintiffs,

v.                                                                  Case No. 22-4008-JWB

MICHAEL E. NELSON,

      Defendant.

**ORDER**

This matter is before the court on Defendant Michael E. Nelson's motion for extension of time to refile certain filings (Doc. 221) which were stricken by this court's previous order (Doc. 183). This court now DENIES in part and GRANTS in part Defendant's motion for extension of time as set forth in more detail below.

This court struck some of Defendant's numerous filings in its previous order for failing to follow this court's standing order regarding page limitations. (Doc. 183.) Defendant had 14 days from the date of that order, September 1, 2022, to refile any motions and supporting and/or responsive briefs that he felt were appropriate so long as those motions and briefs complied with the court's standing order on page limitations. (*Id.*) Defendant's deadline for refiling any of the stricken filings is September 15, 2022.

Defendant now requests an extension of time until October 15, 2022 to refile some of the motions and briefs which were stricken from the record. (Doc. 221.) Defendant asks for the extension of time because he must attend trial in another matter and because of various health issues. (*Id.*) There is no indication if Plaintiffs oppose the motion.

Defendant's request for an extension of time to refile certain motions for judicial notice (Docs. 96, 99, 117) is DENIED. Defendant's request for an extension of time is GRANTED as to the following: Defendant's Objection to Order of Magistrate Judge (Doc. 68), Defendant's Objection to Order of Magistrate Judge (Doc. 81), Defendant's Motion to Disqualify Counsel (Doc. 94), Defendant's Motion for Default Judgment (Doc. 101), and Defendant's Objection to Scheduling Order (Doc. 144). To the extent Defendant seeks any other relief in his rambling memorandum, all other such relief is DENIED.

IT IS SO ORDERED. Dated this 12th day of September 2022.

_s/ John W. Broomes_
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE
