# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> CHAD M. KOEHN<br><br>           plaintiffs,<br>Counter-Defendants<br>     v.<br>Michael Nelson<br><br>           defendant;<br>Counter-Plaintiff   PRO-Se. | **DOCKET NO.:**<br>**5:22-CV-04008-JWB-GEB**<br><br><u>CIVIL ACTION</u><br><br>**Motion for Judicial Notice under Federal Rule 201**<br>**(refile of Doc. 96)**<br><br>**[Jury Trial Demanded]** |

    <u>Defendant, Counter-Plaintiff makes "SPECIAL & LIMITED APPEARANCE"</u> here and now for the purposes of filing **Motion for Judicial Notice under Federal Rule 201, Filings made under penalty of PERJURY by CHAD MITCHELL KOEHN ("Koehn") on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. ("UCMK") and as to other statements of FACT concerning the attached Exhibits A through G**, Nelson states: **IRREFUTABLE FACTS upon each which JUDICIAL NOTICE, of FACT is now herein so requested by, defendant and Counter-Plaintiff Michael Nelson, with attached Exhibits:**

1. 13 April 2022, Koehn signed a document with the Kansas Secretary of State, under the penalties of PERJURY, Exhibit "A" attached.

    https://www.kansas.gov/bess/flow/main?execution=e2s3

2. Document signed in (1) above carried the following statement, prior to the signing of the document by: "Chad M. Koehn":

    a. "I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

  b. Executed on April 13, 2022

  c. Signature of Authorized Officer: Chad M. Koehn

  d. Title/Position of the signer: President

  See Attached and incorporated herein Exhibit "A"

3. The Document referenced in 1 and 2 above is titled: "For Profit Corporation Annual Report", and contains the following information:

  a. For Business Entity ID No.: 3266426

  b. Corporation Name: UNITEDCAPITALMANAGEMENT OF KANSAS, INC.

  c. This court provided that the name listed in (3)b above is also known as a/k/a UNITED CAPITAL MANAGEMENT OF KANSAS INC. as per Order of this Court the US District of Kansas Federal Court in Document Number: 31 Order signed by Federal Judge Birzer on 15th of March 2022

4. 20 July 2022 Koehn signed and filed an ADV form regarding the securities company, a registered Investment Advisor: UCMK, a true and correct copy is attached as Exhibit "B"

5. Koehn affixed his signature as the signer of the form referenced in (4) above [Exhibit B] stating the following information concerning his person:

  a. Signature: CHAD KOEHN

  b. Date: MM/DD/YYYY 07/20/2022

    c. Printed Name: CHAD KOEHN

    d. Title: OWNER

    e. Adviser CRD Number: 157755

6. Exhibit "B" as attached hereto is a true and correct copy of the form referenced in is also found online through the SEC (Securities and Exchange Commission) at: https://reports.adviserinfo.sec.gov/reports/ADV/157755/PDF/157755.pdf

*Wells Fargo Bank, N.A. v. Wrights Mill Holdings, 2 LLC, 127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015) (taking judicial notice of online government records)*

7. The For Profit Corporation Annual Report as referenced as Exhibit "A", references two individuals as "Directors" The Individuals referenced on Exhibit "A" as Directors are as follows:

    a. Jared Schamberger - 527 Winn Rd, Salina, KS 67401

    b. Ryan Kolzow - 2203 Hillside Dr., Salina, KS 67401

8. Individual Named: "Ryan Kolzow" is listed on SEC regulatory form as the person to contact, form found at and attached as Exhibit "C":

    a. https://files.adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=784311

9. The regulatory form filed and signed by Chad M. Koehn referenced as Exhibit "B" herein above carries on the first page a **"WARNING",** stating:

    a. "WARNING: Complete this form truthfully. False statements or omissions may result in denial of your application, revocation of your registration, or criminal prosecution. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4."

10. The "oath" as in Exhibit "B" Form "ADV" as attached herewith states:

    a. "I, the undersigned, sign this Form ADV on behalf of, and with the authority of, the investment adviser. The investment adviser and I both certify, under penalty of perjury under the laws of the United States of America, that the information and statements made in this ADV, including exhibits and any other information submitted, are true and correct, and that I am signing this Form ADV Execution Page as a free and voluntary act."

    b. "I certify that the adviser's books and records will be preserved and available for inspection as required by law. Finally, I authorize any person having custody or possession of these books and records to make them available to federal and state regulatory representatives."

    See Exhibit "B"

11. Form "ADV" referenced herein above and attached herewith being incorporated herein by reference as Exhibit "B", contains a statement of "No information filed" as to Schedules B, D, and R as well as making a statement of "No information

filed" as to Sections 1.L. and 1.M.  Exhibit "B", contains a statement "No information filed." as to DRP pages.

12. **Emphasis** as to additional Notice is brought forth as to Schedule "A(2)(a)":

    a. "each Chief Executive Officer, Chief Financial Officer, Chief Operations Officer, Chief Legal Officer, Chief Compliance Officer (Chief Compliance Officer is required if you are registered or applying for registration and cannot be more than one individual), director, and any other individuals with similar status or functions;"

    **See Exhibit "B"**

13. Schedule "A" of "ADV" form as attached herewith as Exhibit "B", carries only TWO (2) names listed, as:

    a. KOEHN, CHAD, MITCHELL
    b. POMBRA, MANOJ, KUMAR

14. Under 7(c), of the section Schedule "A" of the ADV form filed and signed under Penalty of Perjury by Chad Mitchell Koehn, referenced here as Exhibit "B", in the eighth (8th) column reads:

    a. "CRD No. If None: S.S. No. and Date of Birth, IRS Tax No. or Employer ID No."

15. The number filled in for the name: POMBRA, MANOJ, KUMAR; reads: "1993850", containing only 7 digits, Exhibit "B".

16. Exhibit D, is a true and correct copy of the plaintiff's website from the Internet Archives, capture taken 19 April 2021, which the 10th Circuit has found reliable in multiple cases; See *United States v. Kieffer*, 681 F.3d 1143, 1154 n.3 *(10th Cir. 2012)* (holding Wayback Machine downloads properly authenticated); see Legal Authorities for additional case precedents on "Internet Archives"

*https://web.archive.org/web/20210419193439/https://www.ucmofkansas.com/meet-the-team*

On page 6 of 12, of attached herewith Exhibit D, Carlee Kendrick, is listed as CFO for plaintiff UCMK, and that the email address associated with Carlese Kenrick is listed as carlee.overturf@

Carlee Kendrick
Chief Financial Officer
☎ 785-823-7900
📠 785-823-7913
✉ carlee.overturf@sasw…

17. All S.S. (Social Security) Numbers in the US are 9 digits in length following a form at of XXX-XX-XXXX

   a. See Social Security Administration: https://www.ssa.gov/history/ssn/geocard.html#:~:text=The%20nine%2Ddigit%20SSN%20is,digits%20is%20the%20Serial%20Number

18. All EIN (employer identification numbers) in the US are 9 digits following a format of XX-XXXXXXX

  a. See IRS: https://www.irs.gov/taxtopics/tc755#:~:text=An%20employer%20identification%20number%20(EIN,file%20various%20business%20tax%20returns

19. All ITIN or TIN (Tax Identification Numbers) which are available only to NON-US nationals who neither qualify for a Social Security Number or EIN for a business can receive a TIN from the Internal Revenue Service (IRS) per: "An ITIN, or Individual Taxpayer Identification Number, is a tax processing number only available for certain nonresident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN). It is **a 9-digit number, beginning with the number "9", formatted like an SSN (NNN-NN-NNNN)**"

   

   a. **Reference from:** https://www.irs.gov/individuals/international-taxpayers/taxpayer-identification-numbers-tin#:~:text=An%20ITIN%2C%20or%20Individual%20Taxpayer,NNN%2DNN%2DNNNN

**Legal Authority for the Court to Take Judicial Notice:**

As to taking judicial notice of online government records; as to Exhibits A through C *Wells Fargo Bank, N.A. v. Wrights Mill Holdings, 2 LLC, 127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015) (taking judicial notice of online government records)* Fed. R. Evid. 902(5), which provides that "official publications" are self-authenticating. Fed. R. Evid. 902(5) defines "official publications" to include "a book, pamphlet or other publication purporting to be issued by a public authority." Although electronically stored information ("ESI") is not specifically mentioned in the Rule, courts have held that ESI is included in the phrase "other publications." See, e.g., Williams v. Long, 585 F. Supp. 2d 679, 688 n. 4 (D. Md. 2008) (Rule 902(5) provides

for self-authentication of "other publications" and it is the act of posting information on the Internet by a qualifying public authority that is the act of publication). As a general rule, because records and information located on government websites are self-authenticating under Fed. R. Evid. 902, the courts will typically take judicial notice of the content on the government's website. Newton v. Holland, 2014 WL 318567 (E.D. Ky. Jan. 29, 2014). That includes judicial notice of the content on federal, state and municipal agencies', departments' and other entities', including government-owned corporations' websites. (citations omitted). Courts have also taken judicial notice of the content of foreign governments' websites, particularly to establish the law of the relevant foreign jurisdiction. United States v. Broxmeyer, 699 F. 3d 265, 296 (2d Cir. 2012). Courts commonly take judicial notice of website data compiled or generated by a governmental entity for the truth of the matters asserted, provided that the facts at issue are not subject to reasonable dispute.

As to internet archives (Exhibit D): See United States v. Kieffer, 681 F.3d 1143, 1154 n.3 **(10th Cir. 2012) (holding Wayback Machine downloads properly authenticated)**; Mojave Desert Holdings, LLC v. Crocs, Inc., 844 F. Appx. 343, 346 (Fed. Cir. 2021) (relying on patent examiner's analysis of "a collection of web pages" downloaded from the Wayback Machine). "routinely take judicial notice . . . of the Internet Archive's Wayback Machine as reliable evidence of how a particular website appeared on a particular date." Munn v. Hotchkiss School, 165 A.3d 1167, 1203 (Conn. 2017) (citing Perera v. Attorney General, 536 F. Appx. 240, 242 n.3 (3d Cir. 2013); Distributorsoutlet.com, LLC v. Glasstree, Inc., 2016 WL 3248310, at *2 (E.D.N.Y. June 10, 2016); Erickson v. Nebraska Machinery Co., 2015 WL 4089849, at *1 n.1 (N.D. Cal. July 6, 2015); Pond Guy, Inc. v. Aquascape Designs, Inc., 2014 WL 2863871, *4

(E.D. Mich. June 24, 2014)). "judicially noticing Wayback Machine material, or treating it as authoritative, see Monster Energy Co. v. City Beverages, LLC, 940 F.3d 1130, 1140 (9th Cir. 2019) Khan v. Bank of New York Mellon, 525 F. Appx. 778, 780 (10th Cir. 2013) ; Motor Vehicle Administration v. Geppert, 233 A.3d 102, 111 n.15 (Md. 2020) (relying on Wayback Machine material that the appellant left repealed regulations on its website for years);Ennabe v. Manosa, 319 P.3d 201, 214 n.15 (Cal. 2014) (treating as authoritative Wayback Machine copy of administrative materials that were "never reduced to hardcopy and existed as an online resource"); Irwin v. Commonwealth, 992 N.E.2d 275, 285 (Mass. 2013) (treating Wayback Machine material as authoritative); State v. Hutchings, 285 P.3d 1183, 1192 (Utah 2012; Burts v. Burts, 266 P.3d 337, 340 n.5 (Alaska 2011) (treating Wayback Machine material as authoritative); Cardona v. Kreamer, 235 P.3d 1026, 1029 n.3 (Ariz. 2010)

**WHEREFORE it is the pro se defendant's prayer for relief:**

That the Court take the Judicial Notice regarding 1 through 22 herein above and issue an order setting forth notice the Court has taken Judicial Notice pursuant with the Federal Rule to do so as now herein so requested with the information provided to do so as is now before the Court pursuant with Federal Rule 201 inclusive without limitation, with the attached herewith Exhibits A through D.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and

with the leniency due pro se litigants", *see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007);*

*Andrews v. Heaton, 483 F.3d (10th Cir.2007)*.

Respectfully Submitted, this 13th day of September 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing including All Exhibits A through G; with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 13th day of September 2022,

*[signature]*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com