# EXHIBIT

# "A"

# To Follow . . .

===========================================================================
*Motion for Judicial Notice under Federal Rule 201, pursuant with the codified law of Congress under Rule 201c(2) without limitation as to the Statements of Fact NOTICED HEREIN, regarding filings signed under PENALTY of PERJURY by CHAD MITCHELL KOEHN on behalf of himself and UNITED CAPITAL MANAGEMENT OF KANSAS INC. and as to other statements of FACT concerning the attached Exhibits incorporated herein formal Request; as Judicial NOTICE is necessary in material support of Motion to Dismiss under Kansas Rule § 60-5320(e)(2); and Federal Rules of Civil Procedure 81(d)(1) inclusive without limitation*

# For Profit Corporation Annual Report

1. Corporation Name:
   UNITEDCAPITALMANAGEMENT OF KANSAS, INC.
2. Business Entity ID No.: 3266426
3. Tax Closing Date: December 2021
4. State of Incorporation: KS
5. Official Mailing Address:
   United Capital Management of K, PO Box 2492 , Salina KS 67402
6. Location of Principal Office:
   227 N Santa Fe , Salina KS 67401



Electronic File Stamp Information:

Filed

- Date:04/13/2022
- Time: 10:53:10 AM

7. Officers:

Chad M Koehn - President or equivalent (This officer is also a director)
259 S Cunnigham Rd Salina, KS 67401

Chad M Koehn - Treasurer or equivalent (This officer is also a director)
259 S Cunnigham Rd Salina, KS 67401

Chad M Koehn - Secretary or equivalent (This officer is also a director)
259 S Cunningham Rd Salina, KS 67401

8. Directors:

Jared Schamberger - 527 Winn Rd Salina, KS 67401
Ryan Kolzow - 2203 Hillside Dr Salina, KS 67401

9. Nature and kind of business:

Financial Services

10. Total number of shares of capital stock issued: 500

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on April 13, 2022

Signature of Authorized Officer: Chad M Koehn

Title/Position of the signer: President

KANSAS SECRETARY OF STATE
NON-CERTIFIED WEB COPY
7/23/2022 8:38:55 AM