# EXHIBIT

# "D"

# To Follow . . .

===================================================================
From internet archives:
https://web.archive.org/web/20210419193439/https://www.ucmofkansas.com/meet-the-team





## At our firm, we have the client—and only the client—in mind.

Our reasons for becoming financial professionals are deeply personal. We repeatedly saw many friends and family struggling to find the help they needed to map out their financial future. We are confident that with our understanding of personal finance, coupled with our training as financial professionals, we can help people better prepare for the future. After years in the business, we have developed a reputation for educating individuals in an easy-to-understand manner so they can grasp personal finance and use those concepts to pursue their financial objectives. We feel a commitment to our community.





We invite you to discover and experience the power of our services. We believe it has far-reaching benefits for our clients to get opinions from several sources with diverse backgrounds, education, and experience.

No one strategy fits everyone, which is why every client gets our undivided attention—from planning to execution to follow-up. We take a proactive approach to helping you develop a strategy to address your financial goals and objectives, using the most efficient methods available.

# Home Office



Chad M. Koehn

President

📞 785-823-7900

📠 785-823-7913

✉ ckoehn@unitedcapital…







### Ryan Kolzow

Registered Principal

📞 785-823-7900

📠 785-823-7913

✉ ryan.kolzow@sasweal…

---

Jared Schamberger

### Jared Schamberger

Trust Relationship Manager & Investment Consultant

📞 785-823-7900

📠 785-823-7913

✉ jared.schamberger@s…

---

Kylee Kolzow

### Kylee Kolzow

Director of First Impressions

📞 785-823-7900

✉ kylee.kolzow@saswea…





top




### Ashley Howard

Director of Marketing

📞 785-823-7900

📠 785-669-2469

✉ ashley.howard@sasw…



### Kyle Gordon

Midwest Business Development Director

📞 785-823-7900

📠 785-714-0148

✉ kgordon@unitedcapit…



### Steven Plott

Investment Advisor Representative

✉ steven.plott@sasweal…



### Tresea Matney

Director of Client Services

📞 785-823-7900

📠 785-823-7913

✉ tresea.matney@sasw…



### Erica Jensen

Client Services Specialist

📞 785-823-7900

📠 785-823-7913

✉ erica.jensen@sasweal…



### Kristin Schamberger

Operations Assistant





### Susan Koehn

CFO Assistant

📞 785-823-7900



### Carlee Kendrick

Chief Financial Officer

📞 785-823-7900

📠 785-823-7913

✉ carlee.overturf@sasw…







### Jerry Harris

Managing Director

📞 205-948-7726

✉ jharris@unitedcapitalg…



### Alan Jilka

Investment Consultant

📞 785-823-7900

📠 785-823-7913

✉ alan.jilka@saswealth.c…

### Fred Singer

Fred Singer

Business Development Assistant

# Abilene Office

### Justin Schamberger

Justin Schamberger

Investment Consultant

📞 785-263-3640

✉ justin.schamberger@s…





# Alma, NE Office



Christopher Tripe

Christopher Tripe

Investment Consultant

📞 308-928-1002

✉ christopher.tripe@sas…

# Dodge City Office

April Dome

April Dome

Executive Assistant

📞 620-227-5115

✉ april.dome@saswealt…

Jerad Busch

Jerad Busch

Investment Consultant

📞 620-682-0958

✉ jerad.busch@sasweal…

Miranda Ellis

Miranda Ellis



 620-227-5115

 miranda.ellis@saswea…

Shannon Benish

Shannon Benish

Investment Consultant

 620-227-5115

 shannon.benish@sas…

# Gardner Office

Mark Halpin

Mark Halpin

Investment Consultant

 913-549-9578

 mark.halpin@saswealt…

Rachel Myers

Rachel Myers

Administrative Assistant

# Norton Office



Brad Blew

Investment Consultant

📞 785-874-3186

✉️ bradley.blew@saswea…

## Wichita Office

Kamie Conover

Kamie Conover

Executive Assistant

📞 316.854.3159

✉️ kameron.conover@sa…

Raymond Haskell

Raymond Haskell

Investment Consultant

📞 316-854-3159

✉️ raymond.haskell@sas…

Ron Lee

Ron Lee

Business Consultant

📞 316.854.3159





### Tina M. Lee

Investment Consultant

📞 316-842-4420

✉️ tina.lee@saswealth.com



## Client Centered

Whether you are investing to build wealth, protect your family, or preserve your assets, our personalized service focuses your needs, wants, and long-term goals.

Our team of professionals have years of experience in financial services. We can help you address your needs of today and for many years to come. We look forward to working with you.



## Contact

Office: 785-823-7900

Toll-Free: 800-887-2423

Fax: 785-823-7913

227 N Santa Fe Ave
Salina, KS 67401

ashley.howard@saswealth.com

 

## Quick Links

Retirement

Investment

Estate

Insurance

Tax

Money

Lifestyle

All Articles

All Videos

All Calculators

All Presentations

Check the background of your financial professional on FINRA's BrokerCheck.

The content is developed from sources believed to be providing accurate information. The information in this material is not intended as tax or legal advice. Please consult legal or tax professionals for specific information regarding your individual situation. Some of this material was developed and produced by FMG Suite to provide information on a topic that may be of interest. FMG Suite is not affiliated with the named representative, broker - dealer, state - or SEC - registered investment advisory firm. The opinions expressed and material provided are for general information, and should not be considered a solicitation for the purchase or sale of any security.

We take protecting your data and privacy very seriously. As of January 1, 2020 the California Consumer Privacy Act (CCPA) suggests the following link as an extra measure to safeguard your data: Do not sell my personal information.

Copyright 2021 FMG Suite.

Securities offered through SA Stone Wealth Management Inc., Member FINRA and SIPC

Investing involves risk, including the possible loss of principal invested.

Investment advisory services offered through United Capital Management of Kansas, Inc.

United Capital Management of Kansas, Inc., is independent of, not owned or operated by SA Stone Wealth Management Inc.

Click here to learn more about our Fee Schedule, Conflicts Disclosure, & the firm's narrative brochure required by part 2A of form ADV