# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and <br><br> **CHAD MITCHELL KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** <br> **5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **Motion for Judicial Notice under FRCP Rule 201 without limitation regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN Refile of Doc 99** <br><br> **[Jury Trial Demanded]** |

Defendant and Counter Plaintiff makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of filing **Motion for Judicial Notice under FRCP Rule 201 without limitation regarding CRIMINAL CHARGES against CHAD MITCHELL KOEHN Refile of Doc 99, and** states:

**I am pro se, out of necessity, I am learning as quickly as humanly possible to present requests clearly and concisely.** I pray and beg the Court's forgiveness as I attempt to bring forth the records which cannot be materially refuted, and are well within this Courts territorial jurisdiction to take Judicial Notice of FACTS, which appear in the inferior Courts of the Same US Federal District of this Court. Specifically:

1. Exhibit "A", a CRIMINAL CITATION issued 8 January 2022, issued to: CHAD MITCHELL KOEHN was cited with a CRIMINAL CITATION in Citation Number: 0000225246

    The attached herewith CRIMINAL CITATION is within the territorial jurisdiction of the Court, it is a copy of an Official Court Summons, it is even STAMPED TWICE, shown as FILED to a CRIMINAL Court Case in an inferior Court of the Same US

Federal District as this US Federal District Court. The Court has the Judicial Power to authenticate documents which are stamped filed in an inferior Court located within the exact same State and thus within the territorial jurisdiction of the Court. There can be no more basic fact to take Judicial Notice than the Court records of a Court inferior to the US District of Kansas Federal Court located within a County Court in the US State of Kansas thus the US District of Kansas.

2. Exhibit "B" a print out of the Court Docket of the CRIMINAL CASE, referenced by the CRIMINAL CITATION listed in (1) above and attached as Exhibit "A".

SPECIFICALLY the Court Docket for the Referenced Criminal Case, cannot be located any other way than by a person with personal knowledge of the cases existence and a reference to the CRIMINAL CITATION issued, the reason for this is the FACT that the Court Docket reads an erroneous date, of "01/01/1901"; it is FACT that the CRIMINAL DOCKET for the Case as referenced herein has been changed to read an erroneous date more than 120 years in the past! Whether this is purposeful or a mistake, it is a FACT which appears on the docket of the referenced Criminal Case against Chad Mitchell Koehn.

I am pro se, and am struggling to understand all the rules. The purpose of the Court taking Judicial Notice of Exhibit "A" the Criminal Summons issued to CHAD MITCHELL KOEHN and Exhibit "B" the Court Docket, will become evident if this case proceeds to trial. I simply provide copies of records from an inferior Court to the US District of Kansas Federal Court, and am requesting the Court to Take Judicial Notice of those documents and as to the Court Docket it is readily and easily verified by this Court via online records as provided for and that this Court can easily confirm the same, as the Court can certainly confirm the document in

Exhibit A is STAMPED as part of the Criminal Records. I provide ample case precedents and rules regarding this dutiful request. I am not "conflating" the destruction of evidence, nor making any other allegation other than requesting the Court to take Judicial Notice of legal documents which exist in the Court's own territorial jurisdiction. Court records more so than any other kind of record are susceptible to Judicial Notice and it is that notice which I now seek. There is no reason for denial of this request for judicial notice; it is made firmly within the territorial jurisdiction of the US District of Kansas Federal Court.

## REQUEST FOR JUDICIAL NOTICE

Rule 201. Judicial Notice of Adjudicative Facts

(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:

    (1) is generally known within the trial court's territorial jurisdiction; or

    (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) Taking Notice. The court:

    (1) may take judicial notice on its own; or

    (2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

Fed. R. Evid. 902(5), which provides that "official publications" are self-authenticating. Presumably so are COURT RECORDS, especially inferior Court Records located in the Same State as the Federal Court. Fed. R. Evid. 902(5) defines "official publications" to include "a book, pamphlet or other publication purporting to be issued by a public authority." Although electronically stored information ("ESI") is not specifically mentioned in the Rule, courts have held that ESI is included in the

phrase "other publications." See, e.g., Williams v. Long, 585 F. Supp. 2d 679, 688 n. 4 (D. Md. 2008) (Rule 902(5) provides for self-authentication of "other publications" and it is the act of posting information on the Internet by a qualifying public authority that is the act of publication). As a general rule, because records and information located on government websites are self-authenticating under Fed. R. Evid. 902, the courts will typically take judicial notice of the content on the government's website. Newton v. Holland, 2014 WL 318567 (E.D. Ky. Jan. 29, 2014). That includes judicial notice of the content on federal, state and municipal agencies', departments' and other entities', including government-owned corporations' websites. (citations omitted). Courts have also taken judicial notice of the content of foreign governments' websites, particularly to establish the law of the relevant foreign jurisdiction. United States v. Broxmeyer, 699 F. 3d 265, 296 (2d Cir. 2012). Courts commonly take judicial notice of website data compiled or generated by a governmental entity for the truth of the matters asserted, provided that the facts at issue are not subject to reasonable dispute.

https://prodportal.kscourts.org/prodportal Can be found using the CRIMINAL CITATION NUMBER, and would not be able to be found absent knowledge of its existence due to the date change as referenced.

Case Number: 2022-CR-000043 appearing in Saline County Kansas District Court lists as DEFENDANT: CHAD MITCHELL KOEHN see attached herewith and incorporated herein Docket of above herein referenced CRIMINAL case against CRIMINAL Defendant: CHAD MITCHELL KOEHN, see Exhibit "B"
https://prodportal.kscourts.org/ProdPortal/Home/WorkspaceMode?p=0

The annexed hereto and attached herewith and therefore incorporated herein Exhibit A, demonstrates clearly articulable fact that CHAD MITCHELL KOEHN was cited into COURT, on CRIMINAL CHARGES involving an unauthorized and thus illegal "burn", indicating he was in fact having a large unauthorized fire, see the charge noted on the attached herewith and incorporated herein Exhibit "A".

On 11 January 2022, Prosecutor of Record Chaz A Coberly, a Saline County District Attorney was assigned as prosecutor of the CRIMINAL case against CHAD MITCHELL KOEHN, see attached hereto, annexed and incorporated herein by reference Exhibit "B" for verification.

Also on 11 January 2022, while Nelson remained in custody in Washington County, Oklahoma, the docket in the CRIMINAL CASE against CHAD MITCHELL KOEHN notes: "Hearing Scheduled (Must Appear 02/16/2022 10:00 AM)"

## Legal Authority for the Court to Take Judicial Notice:

As to taking judicial notice of online government records; as to Exhibits A through C *Wells Fargo Bank, N.A. v. Wrights Mill Holdings, 2 LLC, 127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015) (taking judicial notice of online government records)* Fed. R. Evid. 902(5), which provides that "official publications" are self-authenticating. Fed. R. Evid. 902(5) defines "official publications" to include "a book, pamphlet or other publication purporting to be issued by a public authority." Although electronically stored information ("ESI") is not specifically mentioned in the Rule, courts have held that ESI is included in the phrase "other publications." See, e.g., Williams v. Long, 585 F. Supp. 2d 679, 688 n. 4 (D. Md. 2008) (Rule 902(5) provides for self-authentication of "other publications" and it is the act of posting information on the Internet by a qualifying public authority that is the act of publication). As a general rule, because records and information located on government websites are self-authenticating under Fed. R. Evid. 902, the courts will typically take judicial notice of the content on the government's

website. Newton v. Holland, 2014 WL 318567 (E.D. Ky. Jan. 29, 2014). That includes judicial notice of the content on federal, state and municipal agencies', departments' and other entities', including government-owned corporations' websites. (citations omitted). Courts have also taken judicial notice of the content of foreign governments' websites, particularly to establish the law of the relevant foreign jurisdiction. United States v. Broxmeyer, 699 F. 3d 265, 296 (2d Cir. 2012). Courts commonly take judicial notice of website data compiled or generated by a governmental entity for the truth of the matters asserted, provided that the facts at issue are not subject to reasonable dispute.Under Federal Rules 201c(2), it the Rule and thus law codified by the Congress of these the United States of America and amended per law under the Rules Enabling Act, as promulgated by the United States Supreme Court, with the final approval by the Congress of the United States of America therefore codified law of these the United States of America under Constitutional Authority states:

"must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendant and Counter-Plaintiff Michael Nelson, pro se, does hereby now and herein request pursuant with Federal Rule 201(c)(2), for the Court here the US District of Kansas Federal Court to take "Judicial Notice", as to the above irrefutable facts, given the information as supplied and attached and incorporated herein by reference as Exhibits A and B.

WHEREFORE it is the pro se defendant's prayer for relief:

That this Honorable Court take Judicial Notice of the FACTS as referenced and incorporated herein as true, issuing an order demonstrating the Court has taken Judicial NOTICE as the inferior Court documents as attached herewith as Exhibits A and B and examples, though

the Court has the power to authenticate the same as the Court here is a US Federal Court and the documents requested for judicial notice are documents of an inferior Court.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007).

Respectfully Submitted, this 13th day of September 2022.

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 13th day of September 2022.



Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com