# EXHIBIT

# "G"

# To Follow . . .

===================================================================
https://etherscan.io/token/0x2e91E3e54C5788e9FdD6A181497FDcEa1De1bcc1

🪙 Token Hercules

Supply Chain

Sponsored:  **CryptoSlots** - Where Crypto Rollers Come to Win. **Click for games!**

| Overview [ERC-20] | | Profile Summary [Edit] | |
|---|---|---|---|
| Max Total Supply: | 180,000,000 HERC ⓘ | Contract: | 0x2e91E3e54C5788e9FdD6A181497FDcE… |
| Holders: | 14,797 (0.00%) 📈 | Decimals: | 18 |
| Transfers: | 15,312 | Official Site: | https://herc.one/ ↗ |
| | | Social Profiles: | ✉ ✏ 🔴 f 🐦 ₿ 🐙 ✈ in 💬 📄 |



**Transfers**  Holders  Info  DEX Trades  Contract ✓  Analytics  Comments

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

| Txn Hash | Method ⓘ | Age | From | To | Qu |
|---|---|---|---|---|---|
| 0x423acd57b8254979df… | Remove Liquidity | 17 hrs 32 mins ago | 📄 Uniswap: HERC 2 | 0x0f2437ff38e032596f22… | 1,4 |
| 0xceec92351a132a5289… | Transfer | 12 days 11 hrs ago | 0x259374411181c30274… | 0x5851765a64b4d869e5… | 20 |
| 0x6eec7edde90da6f638… | Transfer | 15 days 7 hrs ago | 0x88ad1ea01e9635ecad… | 0xb633d9b6763b4c7d87… | 20 |
| 0x231bbd422a80111ff1f0… | Transfer | 71 days 7 hrs ago | 0x7bafc118c957cce22ea… | 0x57387c2838745d7a8f… | 20 |
| 0xf8eb1115b9c13794ee6… | Swap | 71 days 18 hrs ago | 📄 0x: Exchange Proxy Flas… | 📄 Uniswap: HERC 2 | 20 |
| 0xf8eb1115b9c13794ee6… | Swap | 71 days 18 hrs ago | 📄 0x74de5d4fcbf63e00296… | 📄 0x: Exchange Proxy Flas… | 20 |
| 0xf8eb1115b9c13794ee6… | Swap | 71 days 18 hrs ago | 0x2bd77ae4ad198cb552… | 📄 0x74de5d4fcbf63e00296… | 20 |
| 0x58c31593f434c2f2adc… | Transfer | 166 days 5 hrs ago | 0xbabe597c7aa8a05aff9… | 0x9a1989946ae4249aac… | 86 |
| 0x00532b248e800ed7c4… | Swap | 175 days 6 hrs ago | 📄 0x: Exchange Proxy Flas… | 📄 Uniswap: HERC 2 | 20 |
| 0x00532b248e800ed7c4… | Swap | 175 days 6 hrs ago | 📄 0x74de5d4fcbf63e00296… | 📄 0x: Exchange Proxy Flas… | 20 |
| 0x00532b248e800ed7c4… | Swap | 175 days 6 hrs ago | 0x4afea2e21104d2c859… | 📄 0x74de5d4fcbf63e00296… | 20 |
| 0x043f29c877ff6097f65e… | Transfer | 175 days 21 hrs ago | 0x4205bcfee68cf848294… | 0x2953c867c38155ca3f1… | 4,5 |
| 0x11174d18497a9bfeb64… | Transfer | 182 days 22 hrs ago | 0x6017b1885efab6b9a9… | 0xe3cf03b4ae69428560… | 30 |
| 0xdf1fc0e2007a8158ddc… | Transfer | 182 days 22 hrs ago | 0x6017b1885efab6b9a9… | 0xf99b21cbdab5023cd3c… | 30 |
| 0xcd42f7ad0c4d3c1a94c… | Transfer | 207 days 10 hrs ago | 0xbb42068041f09e5ddc… | 0x757417ea204424213e… | 1,0 |
| 0x68210c9d049353392b… | Transfer | 210 days 21 hrs ago | 0x68042b17dae6112648… | 0xc388cfa976eae75acab… | 18 |
| 0x825588917436beaff20… | Transfer | 224 days 1 hr ago | 0x4205bcfee68cf848294… | 0x68042b17dae6112648… | 60 |
| 0xe0e9e513691db99ede… | Swap | 249 days 5 hrs ago | 📄 0x: Exchange Proxy Flas… | 📄 Uniswap: HERC 2 | 20 |
| 0xe0e9e513691db99ede… | Swap | 249 days 5 hrs ago | 📄 0x74de5d4fcbf63e00296… | 📄 0x: Exchange Proxy Flas… | 20 |
| 0xe0e9e513691db99ede… | Swap | 249 days 5 hrs ago | 0xa3054515d24c1af942… | 📄 0x74de5d4fcbf63e00296… | 20 |
| 0x3f4d4745504994bef67… | Transfer | 253 days 3 hrs ago | 0x6017b1885efab6b9a9… | 0x68042b17dae6112648… | 0 |
| 0xda58a4083f62ab913d… | Transfer | 253 days 3 hrs ago | 0x4205bcfee68cf848294… | 0xbb235db7fa889ae7f56… | 50 |
| 0xb9d428af3da6265296… | Transfer | 253 days 3 hrs ago | 0x4205bcfee68cf848294… | 0x68042b17dae6112648… | 60 |
| 0x79405e9b765180ecfa… | Transfer | 256 days 10 hrs ago | 0x4205bcfee68cf848294… | 0x6f7d909fb961ccfe0e8… | 5,0 |
| 0x7181ddca9d26c32680… | Transfer | 256 days 10 hrs ago | 0x4205bcfee68cf848294… | 0xefaaf8a81214403160e… | 50 |

First ‹ Page 1 of 613 ›

[ Download CSV Export ⬇ ]

🛈 A token is a … Learn more about this pa…

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.