# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **& CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>defendant; Counter-Plaintiff   PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**NOTICE of DELIVERY of Answers to Interrogatories, Disclosures, Interrogatories, Requests for Admission and Production to Koehn and UCMK**<br><br>**[Jury Trial Demanded]** |

Counter-Plaintiff / Defendant ("Nelson"), makes "LIMITED APPEARANCE" to file **NOTICE of DELIVERY of Answers to Interrogatories, Disclosures, Interrogatories, Requests for Admission and Production to Koehn and UCMK:**

(1) On 10 September 2022 Answers to the Interrogatories together with Disclosures, Requests for Production, Admission and Interrogatories to Koehn, UCMK, and Anthem Blanchard were mailed USPS priority mail, via Certified Mail, number: 7021 0350 0001 6716 5257

(2) On 12 September 2022 Document Number 224 of the docket I so notified the Court via Notice:  "**Notice of Service of Interrogatory Answers, Disclosures,** Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard"

(3) The mailing via USPS Priority Certified Mail was delivered and picked up by an individual at the Post Office in Salina KS on 15 September 2022; from the USPS: "Delivered.  Delivered, Individual Picked Up at Post Office. SALINA, KS 67401 September 15, 2022, 10:09 am"

Delivered
Delivered, Individual Picked Up at Post Office

SALINA, KS 67401
September 15, 2022, 10:09 am
Arrived at Post Office

SALINA, KS 67401
September 15, 2022, 2:37 am
Departed USPS Regional Destination Facility

WICHITA KS DISTRIBUTION CENTER
September 14, 2022, 2:26 am
Arrived at USPS Regional Destination Facility

WICHITA KS DISTRIBUTION CENTER
September 14, 2022, 2:23 am
In Transit to Next Facility

September 13, 2022
Departed USPS Regional Origin Facility

NASHUA NH DISTRIBUTION CENTER
September 11, 2022, 9:38 pm
Arrived at USPS Regional Origin Facility

NASHUA NH DISTRIBUTION CENTER
September 11, 2022, 3:06 pm
Arrived at USPS Regional Origin Facility

BOSTON MA DISTRIBUTION CENTER
September 11, 2022, 2:57 am
Departed Post Office

WAKEFIELD, RI 02879
September 10, 2022, 4:56 pm
USPS in possession of item

WAKEFIELD, RI 02879
September 10, 2022, 12:59 pm

As per Document 224, of the docket, filed on 12 September 2022, answers to the interrogatories, together with disclosures, first interrogatories to Chad Koehn, UCMK, Anthem Hayek Blanchard, with Requests for Admission and Requests for Production inclusive of those requests so made and delivered AGAIN as to documents 159, 160 and 161 were placed in the custody of the United States Postal Service, postage paid in Full, and sent via USPS Priority Mail Certified with Certification Number:   7021 0350 0001 6716 5257

**The United States Postal Service confirms the package of documents was delivered and picked up by an individual at the Salina, Kansas, Post Office on 15 September 2022.**

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and 10 with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 21st day of September 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

### Certificate of Service:

The undersigned hereby certifies that, on this same date, sent the foregoing to the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> upon filing which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Michael Nelson - Pro Se