KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHAD M. KOEHN, ET AL. ,** ) | |
| ) | |
| **Plaintiffs** ) | |
| **vs.** ) | **Case No. 22-CV-04008-JWB-GEB** |
| ) | |
| **MICHAEL NELSON,** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to D. Kan. Rule 7.6(a), Plaintiffs, Chad M. Koehn and United Capital

Management of Kansas, Inc., by and through their undersigned counsel, herewith submit their

Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Second

Amended Complaint.

**STATEMENT OF THE MATTER BEFORE THE COURT AND THE QUESTION
PRESENTED**

Plaintiffs seek leave of Court to file a Second Amended Complaint, a copy of which is

attached to the Motion as Exhibit "A".

1

**PROCEDURAL AND FACTUAL HISTORY OF THE MATTER BEFORE THE COURT**

This case was removed to federal Court, by the Defendant, on February 1, 2022. D. 1[1]. On April 18, 2022, this Court ordered the Plaintiffs to file an Amended Complaint limited to substituting out the word "Bean" by May 3, 2022. D. 63. On April 26, 2022, Plaintiffs filed their First Amended Complaint. D. 64, abiding by the Court's order.  On May 16, 2022, Defendant filed his motion to Dismiss Plaintiffs' First Amended Complaint with accompanying memorandum of law. D. 69 and 70.  On September 1, 2022, the Court struck the Defendant's May 16, 2022, Motion to Dismiss and granted Defendant until September 15, 2022, leave to refile the Motion to Dismiss. D. 183. On September 9, 2022, Defendant refiled his Motion to Dismiss Plaintiffs' First Amended Complaint with accompanying memorandum of law. D. 222 and 223. Pursuant to D. Kan. Rule 6.1(d)(1), Plaintiffs' response to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is due September 23, 2022.

In Section 3 of the Court's August 3, 2022, Scheduling Order (D. 124), any motion for leave to amend must be filed by October 31, 2022. This motion is being timely file in accordance with the Scheduling Order.

**ARGUMENT**

Plaintiffs originally filed a simple, two count Complaint in State Court (D. 1-1) , and the Defendant removed the same to Federal Court February 1, 2022 (D. 1). Thereafter, multiple filings by the Defendant purported to claim that the Complaint contained the word "Bean" and that somehow the use of the word "Bean" constituted using a racial epithet when describing the Defendant Nelson.  Plaintiffs responded that the insertion of the use of the word "Bean" was

---

[1] From the content of Mr. Nelson's filing, it appears he is also referring to D. 124, another Scheduling Order entered by the Magistrate Judge August 3, 2022.

merely a secretarial error while drafting the Complaint as the Complaint's form came from a prior lawsuit where a Party had the name of "Bean" and that the name was not caught and substituted with the name "Nelson", in all the places, while completing the Complaint for filing. As a result, as discussed in the procedural history above, the Court directed Plaintiffs to refile the original action in a form identical to its original pleading (D. 1-1) as an Amended Complaint and correcting the name. On April 26, 2022, Plaintiffs filed their First Amended Complaint in the form directed by the Court. D. 64. As also reflected in the above-recited procedural history of the pleadings, Defendant filed his current Motion to Dismiss Plaintiffs' First Amended Complaint on September 9, 2022. As the Court has already directed Plaintiffs to file a First Amended Complaint, Fed. R. Civ. P. 15(a)(2) requires Plaintiffs to obtain leave of court before being allowed to amend any further pleadings.

"A district court should refuse leave to amend 'only [upon] a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment.'" *Wilkerson v. Shineski*, 606 F.3d 1256, 1267 (10th Cir. 2010)(citing *Duncan v. Manager, Dep't of Safety, City & County of Denv*, 397 F.3d 1300, 1315 (10th Cir. 2005).

Michael Nelson will not be prejudiced by the granting of Plaintiffs' Motion for Leave to File Second Amended Complaint, and no Court imposed Scheduling Order deadlines will be affected by the granting of Plaintiffs' motion. Plaintiffs ' proposed Second Amended Complaint provides the factual support for the original claims for defamation and the interference with advantageous business relationships and, additionally, adds claims which have only recently arisen since September 6, 2022.

"The Court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will grant them leave to file the Second Amended Complaint, a proposed copy of which is attached to Plaintiffs' Motion for Leave to File Second Amended Complaint as Exhibit "A" to the Motion.

Dated September 22, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg   #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
T:     (785) 825-4674
F:     (785) 825-5936
E:     ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

And

*/s/ Craig A. Brand, Esq.*
_____
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2022, the foregoing *Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint* was electronically filed with the Court using the CM/ECF System, and, pursuant to Docket No. 123, was caused to be mailed this same date by prepaid U.S. First Class Mail to Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005, and caused to be emailed a true copy of the foregoing motion to Michael Nelson at oklahomaremote@gmail.com.


/s/ Chris J. Kellogg