# EXHIBIT

# "E"

# TO FOLLOW . . .

VC BAY NEWS ARTICLE WRITTEN BY **Raghavendra Kudva**
QUOTES by CHAD MITCHELL KOEHN on behalf of UCMK
United Capital Management of Kansas Inc.

======================================================================
**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| United Capital Management of Kansas, Inc. & CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>      v.<br>Michael Nelson<br><br>  defendant; Counter-Plaintiff   PRO-Se. | <mark>DOCKET NO.:   5:22-CV-04008-JWB-GEB</mark><br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

# Houston based cybersecurity provider Herasoft raises US $ 5 million in Series A

By **Raghavendra Kudva** -  March 13, 2021



Herasoft, an American startup that seeks to provide ransomware-proof to organisations, announced in the 2nd week of March 2021 that it has raised US $ 5 million in its Series A round. The round was led by United Capital Management of Kansas.

**Investors:** The lead investor, United Capital Management of Kansas, is a financial planning firm that was founded in 2003 by Chad Koehn. It primarily offers advice on finances, asset management, trust services and insurance options to its customers.

"Our goal is to establish lifelong relationships not only with our clients but with their families and others that are important to them. We develop a community of clients that know and interact with each other. At United Capital Management we truly believe our business is one big family"— United Capital Management describing what makes it different.

**Purpose of the investment:** Herasoft plans on utilising the investment to further develop its software, scale up itself and focus on its sales and marketing.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.
Cookie settings    ACCEPT

On average a ransomware attack is estimated to occur in the world every 11 seconds, and the global ransomware costs are estimated to reach US $ 20 billion this year. Herasoft seeks to exploit this growing market which has during the previous year seen a lot of growth owing to the pandemic enforced remote working conditions. It enables organisations using cloud-based systems and software to shield themselves from all forms of cyberattacks

**What investors and the CEO have to say:**

"After understanding what Anthem had developed I said, 'forget your software, I want to send you as much as I can scrape up for shares in your company' "–Chad Keohn, founder of United Capital Management of Kansas.

"We focus on helping make governments and private enterprises really have trusted software and trusted communications"–Anthem Blanchard, CEO of Herasoft.

**For more extensive analysis and Market Intelligence reports feel free to approach us or visit our website:** Venture Capital Market Intelligence Reports | VCBay.

*We try our best to fact check and bring the best, well-researched and non-plagiarized content to you. Please let us know*

*-if there are any discrepancies in any of our published stories,*

*-how we can improve,*

*-what stories you would like us to cover and what information you are looking for, in the comments section below or through our contact form! We look forward to your feedback and thank you for stopping by!*

Next Article

**Raghavendra Kudva**

Raghavendra writes about the startup ecosystem on VC Bay. He is a final year undergrad at Indian Institute of Management and Commerce. Besides being a sports enthusiast, he is passionate about the world of finance and startups.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.

Cookie settings    ACCEPT

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.
Cookie settings    ACCEPT