# EXHIBIT

# "I"

# TO FOLLOW . . .

**ARTICLE:** "Helmsley Spear and Hercules SEZCCollaborate To Secure Commercial RealEstate Records With Blockchain Software"
https://newyork.citybizlist.com/article/523907/helmsley-spear-and-hercules-sezc-collaborate-to-secure-commercial-real-estate-records-with-blockchain-software

==================================================================

### UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. & CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>        v.<br>Michael Nelson<br><br>  defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

NEW YORK

 

(https://newyork.citybizlist.com/)

Contribute (https://newyork.citybizlist.com/contribute)   Advertise (https://newyork.citybizlist.com/advertise)
Promote (https://newyork.citybizlist.com/promote)

Sign up for:   Email Newsletter (https://newyork.citybizlist.com/sign-up/email)

 (https://www.linkedin.com/company/citybizlist)
 (https://www.facebook.com/citybizlistnewyork)
 (https://twitter.com/cblnewyork)



# Helmsley Spear and Hercules SEZC Collaborate To Secure Commercial Real Estate Records With Blockchain Software

*1/14/19*

**Helmsley Spear, LLC**, America's oldest continuously operating real estate company founded in 1866, is collaborating with **Hercules SEZC**, a cutting-edge, blockchain-based supply chain software company, in the initial phase of documenting rent rolls for Helmsley Spear's commercial leases and providing confidentiality and indisputable historical building documentation for two of its properties in Lower Manhattan.

The collaboration has the potential to transform rent roll processes through blockchain technology open approach to database management. This technology will improve security, privacy, interoperability and smart contract flow framework with an indisputable digital audit trail.

Of the precedent-setting move, Helmsley Spear President Kent M. Swig says, "Changing real estate trends, intense competition and increasingly complex financial considerations require an understanding of investment and management risk and rewards."

By adopting public blockchain-based protocols such as Hercules, real estate businesses can record property transactions, improve property search processes, speed up pre-lease due diligence and maintain leasing and property management information, all in real-time.

"Blockchain technology can be the critical connection between technology systems of real estate companies and other participants in leasing or property management transactions through the provision of a more open and shared database for all involved parties," Helmsley Spear Executive Oliver Swig also added.

"Incorporating these commands into the Hercules protocol will enhance data quality and also enable real-time recording and retrieval," Hercules SEZC CEO Anthem Blanchard explains.

Working blockchain protocols such as Hercules are continually augmented by an open source community, enabling seamless management of any value chain, providing adopters a competitive advantage in an increasing fast-evolving market. The pioneering Hercules supply chain management protocol enables data management to be trusted and exchanged in a global market at a set price of US$.32 per 10,000 data entries.

Additionally, Hercules software can be deployed as a lease and tenancy solution for secure ways of stabilizing and improving rental income in properties across a tenancy mix. Other future use goals include: streamlining expenditure control functions on rates and taxes, maintenance and capital improvements, recording lease documentation rules and strategies, risk management, and highlighting cash flow opportunities.

## About HelmsleySpear

Since 1866, Helmsley Spear has been a leader in commercial real estate creating legendary deals that are the cornerstones of the real estate industry, and is the oldest, continually operating real estate firm in America. Evolving from a real estate appraisal company to a full-service firm providing highly-skilled, professional performance and bottom-line profitability for its clients, Helmsley Spear provides property owners and users of real estate with a full array of services including: office and retail leasing; property and asset management; capital advisory services; investment sales and financing; project development and construction management; preventative maintenance and engineering; insurance services and appraisal. HelmsleySpear is independently owned and operated with offices in New York and San Francisco.

Posted in Commercial Real Estate (https://newyork.citybizlist.com/channel/cre)

**Recent Deals**    Interested in advertising your deals? Contact Edwin Warfield (mailto:edwin.warfield@citybizlist.com).

(https://newyork.citybizlist.com/article/638779/yardline-bursts-into-fintech-space-with-backing-from-thrasio)    (http://newyork.citybizlist.com/article/634879/rokt-closes-80m-series-d-investment-round)



(https://newyork.citybizlist.com/article/546687/kramer-levin-names-paul-schoeman-and-howard-spilko-co-managing-partners)



(https://newyork.citybizlist.com/article/509640/jegi-represents-fmav-in-sale-to-psav)

**TRUSTED BY THESE PARTNERS:**




(https://rubenstein.com/)



(http://sheacommunications.com/)



(https://maroonpr.com/)



(http://www.jmrconnect.net/)



(https://www.alexandermktg.com/)



(https://agwdesigncommunications.com/)



(http://www.krepspr.com/)



(http://greatink.com/)

(http://www.bermangrp.com/)

# Contact Our CEO, Edwin Warfield



For partnerships, content marketing or advertising inquiries, please contact Edwin through his LinkedIn Profile

Connect (https://www.linkedin.com/in/edwinwarfield)

© Copyright 2022 citybizlist