# EXHIBIT

# "K"

# TO FOLLOW . . .

Anthem Vault, Inc. **Raises $3.2 Million** Ahead of HayekGold Launch: Liquid, Spendable, Digital Gold

**https://www.prnewswire.com/news-releases/anthem-vault-inc-raises-32-million-ahead-of-hayekgold-launch-liquid-spendable-digital-gold-300092050.html**

==================================================================

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. & CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>   v.<br>Michael Nelson<br><br>   defendant; Counter-Plaintiff    PRO-Se. | DOCKET NO.:   5:22-CV-04008-JWB-GEB<br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

# Anthem Vault, Inc. Raises $3.2 Million Ahead of HayekGold Launch: Liquid, Spendable, Digital Gold

NEWS PROVIDED BY
**Anthem Vault** →
Jun 01, 2015, 05:08 ET

LAS VEGAS, June 1, 2015 /PRNewswire/ -- Anthem Vault, Inc. ("Anthem Vault" or "The Company"), a provider of retail gold and silver bullion and vaulting services, today announced that it has raised a combined $3.2 million — both a Founders' Seed Round of $1.6 million and matching Series A Financing of $1.6 million of its equity securities under Regulation D, Rule 506(c) from accredited investors in the pharmaceutical, healthcare, financial services, retail, datacenter, telecommunications, government and entertainment sectors - for the launch of HayekGold, a global open digital gold payment platform powered by the Bitcoin block chain.

Introduced on Memorial Day, HayekGold is a gold-backed digital currency with unparalleled stability and intrinsic value; each is backed by one gram of vaulted and insured gold bullion.

"Bitcoin was a trailblazer in the arena of global digital currency and HayekGold builds on that foundation," said Founder & CEO Anthem Hayek Blanchard. "Gold combined with a stable cryptocurrency forms a perfect union — a free, instant, secure and reliable payment system for goods and services anywhere in the world simply, swiftly and safely."

As a cryptographic receipt, it is simple to store hayeks ('a hayek' equals a gram of gold) in a digital wallet and spend them instantly in the global marketplace.

"Currency has outperformed gold as a means of exchange because of convenience," Blanchard added. "But HayekGold eliminates that advantage, allowing individuals worldwide to fundamentally rethink how they use money and protect their assets."

**Additional Financings Planned**

The Company, in accordance with its business plan, plans to raise additional funds in the future from accredited investors, investment banks, hedge funds and other financial services professionals and companies, in compliance with applicable federal and state securities laws relevant to said future offering.

"The first round of financing focused on strategic investors and angels that understand the promise of our technology and respect the founders' innate, hands on experience in the precious metals business," CFO John C. Dong said. "We expect that a strong launch of HayekGold will be the proof of concept to showcase that expertise to a broader population of investors across technology, payments, precious metals and retail platforms."

_____

**About Anthem Vault**

Anthem Vault provides individuals with an efficient and liquid way to buy, own and sell physical, 100% fine gold and silver bullion. All metals are securely stored with an independent world-class vaulting facility in Salt Lake City, Utah and are insured for loss by theft or natural disaster. Details of the coverage provided under the policy can be obtained upon request.

Anthem Vault's offices and experienced operations team are based in Las Vegas, Nevada. The company is incorporated as a Nevada corporation under the name of Anthem Vault, Inc. and is regulated under the U.S. Patriot Act as a precious metals dealer.

**Media** - Anthem Hayek Blanchard is a prominent advocate for gold and sound money principles, having been interviewed by Reuters, Bloomberg News, Business Insider, CNBC, Fox Business, MarketWatch, BusinessWeek, Hard Money Advisors, International Business Times,

Reuters, The Bullion Desk, The Financial Times, The Huffington Post, The Street, The Wall Street Journal and Yahoo! Finance.

**Accreditation -** Anthem Vault, Inc. is a financial technology U.S. corporation based in Las Vegas, Nevada offering fractional investment in one-kilo (32.15 oz. .9999 fine) gold bars and COMEX-approved 1,000 oz. (.9990 fine or higher) silver bars to provide metal with greater liquidity and fungibility. All bars are assayed by globally recognized LBMA-approved refiners.

All metal is vaulted in an independent professional world-class facility in Salt Lake City, UT, with full 100% insurance against loss from theft and natural disaster. All metal vaulted is counted and audited by an AICPA/PCAOB member compliant company.

Anthem Vault upholds best-practices protocols and systems to maintain compliance with all international, Federal, State and local laws and regulations, including provisions of the U.S. Patriot Act, Know Your Customer (KYC) and Anti-Money Laundering (AML), and is accredited with the Better Business Bureau (BBB) and member of the Industry Council for Tangible Assets (ICTA).

_____

**Contact - Sean Dougherty, Dukas Public Relations, 646-808-3575, sean@dukaspr.com.**

SOURCE Anthem Vault