# EXHIBIT

# "L"

# TO FOLLOW . . .

Anthem Vault, Inc. **Raises $3.2 Million** Ahead of HayekGold Launch: Liquid, Spendable, Digital Gold

http://bitcoinagile.com/2C6033/anthem-vault-raises-32m-digital-finance-news_stream

==================================================================

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **& CHAD M. KOEHN** Plaintiffs, counter-defendants       v. Michael Nelson    defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** **CIVIL ACTION** **Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants** [Jury Trial Demanded] |











