# EXHIBIT

# "N"

# TO FOLLOW . . .

HERC CRYPTO CURRENCY LISTING ON IDAX EXCHANGE making ipso facto SECURITY

**https://www.issuewire.com/hercules-highly-anticipated-supply-chain-protocol-lists-on-idax-1617141744500632**

==================================================================

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. & CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>    v.<br>Michael Nelson<br><br>   defendant; Counter-Plaintiff    PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-GEB<br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

# Hercules' Highly-Anticipated Supply Chain Protocol Lists On IDAX

**Ulaanbaatar, Mongolia Nov 14, 2018 (Issuewire.com (https://www.issuewire.com/))** - Hercules is here to stay. And make a difference. This is the message the supply chain software protocol solidified today by joining forces with IDAX. This ideal pairing comes on the heels of Hercules' public blockchain launch last week, when its supply chain software access keys, or HERC tokens, became available for purchase. By listing on IDAX, a global decentralized blockchain asset exchange, Hercules doubles down on its mission to provide secure, predictable and cost-efficient services.





Hercules Protocol is far from new to the blockchain scene. Indeed, an 18-month lead-in of testing ensured the commercial viability of the blockchain protocol that leverages Bitcoin, Ethereum and other public blockchains to lower volatility through layering and least cost routing techniques. The brainchild of CEO Anthem Hayek Blanchard came about during his search for solutions to improve supply chain inefficiencies in the metal vaulting business. Blanchard explains, "We quickly realized there was virtually no comprehensive supply chain optimization solution that could facilitate standardization of data between parties."

HERC tokens are expected to make the cost of using blockchain software more predictable and much more cost effective.

Hercules' mission to lead the development of open source software on the blockchain in the supply chain space is a personal one for Anthem Hayek Blanchard, CEO of Hercules, SEZC. Following in the footsteps of his father, legendary precious metals pioneer James U. Blanchard III (who helped restore the right of Americans to own gold) Blanchard has carried forth the family legacy through his leadership. "The generational experience of being at the forefront of advocating for smarter and more innovative ways to maximize and preserve wealth has definitely been advantageous," Blanchard says.

Several goals are achieved by the Hercules Protocol including making the process simpler, faster and much more cost-effective for onboarding new vendors and partners through digital identification. Beyond this, they sought to drastically reduce the costs of data storage to protect sensitive data on a transparent platform and make setting up a wide range of self-executing contracts possible. "Our decision to collaborate and partner with other blockchain organizations such as Factom and Storj to push the innovation frontiers in the blockchain space is what truly

makes Hercules transformational. Ultimately, we have launched a commercial supply chain software that the market truly needs as a solution that could help eradicate racketeering and collusion," Blanchard advised.

On the horizon for Hercules, according to Logan Golema, Chief Technology Officer for Hercules "the immediate focus is continuing to expertly build the best supply chain protocol by utilizing the best resources and tools available on the blockchain."

**About Herc.one**

Hercules, a Special Economic Zone Company (SEZC) develops supply chain management software that leverages fully decentralized blockchains with no single point of failure to ensure that the Hercules platform stores data securely and facilitates verification of data on an ongoing and on-demand basis. The Hercules platform is decentralized and powered by HERC tokens which are required to record and validate the supply chain data. Hercules software is a fully open source. A tailor-made protocol for supply chains, Hercules is designed to improve transparency, security, authenticity, and validity of supply chain data.

For more information about herc.one, please visit our website (https://herc.one/). Follow us on Telegram (https://t.me/anthemgold) for the latest updates.

**Media Contact**

— Hercules SEZC
— jgunter@herc.one (mailto:jgunter@herc.one)
— https://herc.one (https://herc.one)

**Categories :** Business **,** Human resources **,** Internet **,** Open source **,** Software
**Tags :** Supply chain **,** supply chain management **,** software **,** Dapp

View as PDF (https://www.issuewire.com/pdf/2018/11/hercules-highly-anticipated-supply-chain-protocol-lists-on-idax-IssueWire.pdf)

# Hercules SEZC

Software company specializing in Supply Chain Management built on Blockchain technology

jgunter@herc.one (mailto:jgunter@herc.one)

Grand Cayman

KY-1003

https://herc.one (https://herc.one)

Report Spam

## Share this article:

 

(https://www.issuewire.com/signup) (https://www.issuewire.com/about) (https://www.issuewire.com/newsroom)
(https://www.issuewire.com/userlogin)

(https://www.issuewire.com/signup/pricingdetails) (https://www.issuewire.com/how-to-work) (https://magazine.issuewire.com/?e=september)

(https://www.issuewire.com/writing) (https://www.issuewire.com/editorial-guideline) (https://www.issuewire.com/media)

(https://www.issuewire.com/press-release-distribution) (https://www.issuewire.com/testimonial)

(https://www.issuewire.com/blog) (https://www.issuewire.com/terms-of-service) (https://www.issuewire.com/faq)

(https://www.issuewire.com/privacy-policy) (https://www.issuewire.com/sitemaporg)

(https://www.issuewire.com/contact)

✉ **Have any questions?**

info@issuewire.com



(https://twitter.com/Issuewired) (https://www.facebook.com/IssueWire/) (https://issuewire.tumblr.com/) (https://www.linkedin.com/company/issuewire/) (https://www.instagram.com/issuewirepr/) (https://www.pinterest.com/issuewire/)

| Enter your Email | Subscribe |
|---|---|



(https://magazine.issuewire.com/?e=september)

 (https://www.issuewire.com/)

Copyright © 2022 IssueWire.