# EXHIBIT

# "O"



# TO FOLLOW . . .

HERC CRYPTO CURRENCY LISTING on SISTEM COIN EXCHANGE making ipso facto SECURITY

https://www.unlock-bc.com/news/2018-11-13/herc-token-listed-on-sistemkoin/

===========================================================================

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. & CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>      v.<br>Michael Nelson<br><br>   defendant; Counter-Plaintiff    PRO-Se. | <mark>DOCKET NO.:    5:22-CV-04008-JWB-GEB</mark><br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

Security Tokens

# HERC Token Listed on Sistemkoin


News Desk   •  13 November 2018    1 minute read



HERC, the software access key token used to power Hercules Supply Chain Protocol, is now listed on Sistemkoin. HERC's listing on Sistemkoin facilitates and finally brings to reality Hercules SEZC's goal of providing 100% visibility into all operations, processes and transactions through supply chain management on the blockchain.

Hercules supply chain software, the first commercially viable, decentralized, and fully open source blockchain-based software, is designed to improve transparency, security, authenticity, and validity of supply chain data. The decentralized protocol leverages Bitcoin, Ethereum and other public blockchains to lower volatility and make the cost of using blockchains more predictable.

Anthem Hayek Blanchard, CEO of Hercules SEZC, explains, "The Hercules Protocol makes the process simpler, faster and much more cost-effective for onboarding new vendors and partners through indisputable digital

Bitcoin(BTC)  $18,906.62  -2.83%    Ethereum(ETH)  $1,329.19  -2.48%    BNB(BNB)  $266.80  -1

storage, and protects sensitive data on a secure platform, which makes setting up a wide range of self-executing contracts possible."

Until now, the industry standard for supply chain management didn't offer a near real-time view of transactions to all the parties involved. This significant challenge is now addressed by the Hercules protocol, thus enabling indisputable data to be shared among network participants and updated to provide complete transparency.

Introducing distributed ledgers to supply chains means different parties can simultaneously look at digital and physical products in the supply chain, enabling them to eliminate inefficiencies in reconciliation processes. "Distributed electronic ledgers and data to connect suppliers, customers and intermediaries within a supply chain are truly valuable in the supply chain ecosystem," Hercules President Cynthia Blanchard explains.

"Our supply chain protocol creates extraordinary efficiency which, consequently, reduces counterfeits and increases trust among consumers and supply chain partners. HERC essentially Helps Eradicate Racketeering and Collusion," according to Hercules CTO, Logan Golema.

HERCs are accessible in US dollars (USD), euros (EUR) and turkish lira (TRY) through Sistemkoin.

Source  Business Wire                                           * Read our disclaimer

Tags  asset tokens   Blockchain in Turkey   Blockchain tokenization   DLT   HERC
Hercules SEZC

