# EXHIBIT

# "P"

# TO FOLLOW . . .

HERC CRYPTO CURRENCY LISTING on LATOKEN EXCHANGE making ipso facto SECURITY

**https://medium.com/@herc_token/herc-token-lists-on-la-token-deposits-now-open-eb539fb9b14c**

==================================================================

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| **United Capital Management of Kansas, Inc. & CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>       v.<br>Michael Nelson<br><br>  defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

                                                              Open in app         Get started

 **HERC Token**  Follow

Nov 9, 2018  ·  2 min read  ·  ▶ Listen

🔖 Save    🔗

# Herc Token Lists on LATOKEN — Deposits now open!



Open in app    Get started



LATOKEN opens deposits for Hercules (HERC)

Deposit HERC NOW: https://bit.ly/2EShiwQ

Please wait for further updates. Visit https://herc.one

LATOKEN is a rapidly growing crypto exchange for new tokens with more than 80,000 registered users, and 180+ crypto pairs available.

About Hercules





using blockchains more predictable. Hercules is decentralized and powered by HERC tokens which are required to record and validate supply chain data. Hercules software is fully open source and designed to improve transparency, security, authenticity, and validity of supply chain data.

The HERC Token

The HERC is a Software Access Token designed to provide access to universal, decentralized standardization and documentation for the verification of physical assets throughout a supply chain. In essence, the tokens allow access to the software which stores inventory information.

HERC tokens are available for sale at US$0.40 per token.
The HERC TOKEN SALE is now live at: https://purchase.herc.one/
Visit the official website: https://herc.one/
Learn about where to store HERC tokens at: https://herc.one/tokeninfo
Find out more about the team behind the project here.
Read the Hercules Supply Chain Protocol White Paper here and Research paper here.
Check out the code: https://github.com/hercone

Thanks for your support!
Hercules Team



About   Help   Terms   Privacy


