# EXHIBIT

# "Q"



# TO FOLLOW . . .

Trickery used to Make people believe HERC crypto currency stock coin and Anthem Vault etAl are different companies, as AnthemVault products the use case to HERC crypto currency stock coin

=====================================================================

## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <br> **& CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> defendant; Counter-Plaintiff   PRO-Se. | <mark>DOCKET NO.:   5:22-CV-04008-JWB-GEB</mark> <br> **CIVIL ACTION** <br><br> **Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants** <br> **[Jury Trial Demanded]** |

# Hercules Supply Chain Blockchain Protocol Announces First Use Case: AnthemGold



News Desk ✉   •   12 December 2018   🔖 1 minute read



Hercules SEZC announces that its first use case, AnthemGold, Inc., is using the Hercules Supply Chain Blockchain Protocol to validate the chain of custody of gold kilogram bars backing its gold-backed AGLD asset tokens with indisputable data integrity.

The Hercules Blockchain Platform makes AnthemGold's AGLD tokens one of the most innovative, transparent and useful ways of owning pure gold in history.

"The Hercules Protocol allows the public to verify that the gold bars backing AGLDs are real," AnthemGold, Inc. and Hercules SEZC CEO Anthem Hayek Blanchard explains. "Blockchain provides 100% assurance of transparency and strengthens trust variables. With Hercules Supply Chain Protocol, we are able to validate information 24 hours a day." He also adds, "AGLD tokens are

 **Bitcoin(BTC)** $18,906.62 ↓ -2.83%   ◆ **Ethereum(ETH)** $1,329.19 ↓ -2.48%   **BNB(BNB)** $266.80 ↓ -1

currently on Ethereum testnet and we are excited to announce that AnthemGold plans to go live in the first quarter of 2019."

By leveraging the strength and stability of Bitcoin, Ethereum and other public blockchains, Hercules Supply Chain Protocol—an open source software and decentralized blockchain protocol—provides decentralized proof of custody and verification for physical assets.

The Hercules platform enables AnthemGold to document–with pinpoint accuracy–the location of all indisputably verifiable information, proving the gold backing the AGLD is 100% real through data collection tools including spectrometer scans/x-rays, video and still images, sonic testing, and inventory logs.

"I believe the Hercules Protocol will differentiate and set apart AnthemGold from its competitors because of its ability to validate and verify, without question, that the gold that backs the AGLD token is 100% pure," Hercules SEZC CTO Logan Golema states. He adds: "The Hercules Protocol has the potential to change the way the world validates and creates together."

🔗 Source  |  Business Wire                    * Read our disclaimer

🏷 Tags  |  AnthemGold  |  Blockchain  |  Blockchain technology  |  crypto assets  |  Hercules  |  Hercules SEZC



Bitcoin(BTC) $18,906.62 ↓ -2.83%    Ethereum(ETH) $1,329.19 ↓ -2.48%    BNB(BNB) $266.80 ↓ -1