# EXHIBIT

# "R"

# TO FOLLOW . . .

Anthem Gold Inc. unlicensed unregistered stock sale on BnktotheFuture:

https://app.bnktothefuture.com/pitches/anthemgold

======================================================================

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. & CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>defendant; Counter-Plaintiff   PRO-Se. | **DOCKET NO.:   5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants**<br>[Jury Trial Demanded] |

(https://bnktothefuture.com)

- Our products
  - Start investing
    Invest in the latest FinTech & Crypto deals.

    (//app.bnktothefuture.com/search/pitches)
  - Raise Money
    Apply for funding now.

    (//app.bnktothefuture.com/apply-for-finance)
  - Start Trading
    Buy & sell shares in FinTech & Crypto companies.

    (//app.bnktothefuture.com/market)
  - RP₿™ Portfolio Builder
    Buy & lend crypto | Invest in crypto shares | Asset protected retirement plan

    (https://www.retirementplanb.com/pb)
  - RP₿™ Coaching Program
    Learn How To Build & Protect Your Wealth Using our Retirement Plan ₿™

    (https://www.retirementplanb.com/)
- About us
  - Portfolio Companies
    Learn more about the companies we have invested in.

    (//app.bnktothefuture.com/companies)
  - About Us
    Learn more about the world's first Crypto Securities business – ESt. 2010.

    (//app.bnktothefuture.com/about)
  - News
    Latest features, Announcements, Vlogs & more.

    (https://bnktothefuture.com/blog/)
  - BF Live
    Get your questions answered on our weekly live show.

    (https://www.youtube.com/banktothefuture%22?sub_confirmation=1)
  - Careers
    Join a fast-growing global virtual team building the future of finance.

    (https://bnktothefuture.com/careers)
- Announcements (https://bnktothefuture.com/blog/)
- Support (https://bnktothefuture.com/support)
- Join Us (//app.bnktothefuture.com/join)
- Sign in (//app.bnktothefuture.com/users/sign_in)

# AnthemGold - Making Precious Metal digital with the team behind Amagi Metals, Anthem

# Vault & GoldMoney

Raised so far

US$648,093 / US$500,000

Overfunded

- Time remaining **Finished**
- Investors **123**
- Minimum investment goal **US$250,000**
- TYPE **Convertible note** (/convertible_note_freshdesk)

Business info



(https://app.bnktothefuture.com/companies/anthemgold) **AnthemGold** (https://app.bnktothefuture.com/companies/anthemgold)

Visit website (http://www.anthemgold.com)

(https://www.facebook.com/AnthemGold)

(https://twitter.com/anthemgold)

(https://www.linkedin.com/company/anthemgold)

Pitch by

 Anthem Hayek Blanchard

United States

(https://www.facebook.com/app_scoped_user_id/1252516678198372/)

(https://twitter.com/anthemhayek)

Team member

 Bnk To The Future Team

Cayman Islands

(https://twitter.com/BankToTheFuture)

Team member

 Cynthia Blanchard

United States

(https://www.facebook.com/app_scoped_user_id/10155173821853023/)

(https://www.linkedin.com/profile/view?id=AAoAAAYB3TgBvqIGlzVQVvBRp-

ZHrOiFY9PUVxE&authType=name&authToken=P6pB&trk=api*a260443*s268217*)
Team member

 Bf Investor Relations

Isle of Man
Team member

 Bf Investor Relations

United Kingdom
Team member

 Bnk To The Future Team Member

Philippines
Team member

 Logan Golema

Cayman Islands

- Description
  (/pitches/anthemgold)
- Investor page
  (/pitches/anthemgold/investor)

- Forum (80)
  (/pitches/anthemgold/conversations)
- Investors (123)
  (/pitches/anthemgold/funders_tab)

AnthemGold Launches on BnkToTheFuture



 http://bit.ly/2mNRWnd

- Elevator
- Problem
- Solution
- Mission

Anthem Gold discusses Gold Backed Crypto Currency with Simon Dixon





# WHAT DO WE DO?

AnthemGold's team has created an innovative gold-backed cryptocurrency that easily and securely allows people to acquire, store and spend gold, and soon silver and other metals worldwide

# TEAM AND KEY ROLES:

Our team is led by financial technology precious metals veteran Anthem Blanchard (GoldMoney, Anthem Vault) and blockchain, security and UX veteran David Miller.



**Anthem Blanchard**
Precious Metals veteran, GoldMoney, AnthemVault.

# PARTNERS AND RESOURCES:

Our intellectual property was developed by Anthem Vault Inc. and contributed to AnthemGold. Physical coin and bar dealer, Amagi Metals, is the first outside vendor to accept anthems (AGLD).

AnthemGold is partnered with EasyBit BTM, the world's largest bitcoin ATM provider with over 35 Bitcoin ATMs, to accept and exchange anthems (AGLD) using their ATMs.



**David Miller CISSP**
Blockchain, Cybersecurity and Full stack UX designer.





Reuters July 2014, "Anthem Blanchard and team create INNCoin, Worlds first fully gold backed cryptocurrency"

Business Insider May 2015 "Anthem Anthem Blanchard and company announce the Hayek, a gold backed cryptocurrency named after Austrian economist Friedrich Hayek"

Pymnts November 2016 Anthem Blanchard Quoted in PYMNTS.com

NPR Marketplace December 2016 Anthem Blanchard Quoted in NPR Marketplace

On The Record #1 - Anthem Gold & AGLD Tokens





View Private Company Investment, Risk and Disclaimer Information

Investing **In Private Companies**

Any member of BnkToTheFuture.com is able to make a donation or back this pitch in exchange for any rewards listed on this page in accordance with our terms and conditions. However, this pitch may also be offering shares in the company to sophisticated, professional, accredited and high-net worth investors who register and pass our compliance process.

You can find out about investing by clicking the 'View Investment Page' button above and joining BnkToTheFuture.com as a free qualifying member or signing in.

You will need to pass a very quick one-off compliance process before you can view investor pages to make sure you understand what investing in private companies means and you are a qualifying investor if you are viewing an investment pitch for the first time.

Risk **Warnings**

Investing in private companies involves risks, including illiquidity, lack of dividends, loss of investment and dilution, and it should be done only as part of a diversified portfolio.

You can see a full risk warning click here (https://bnktothefuture.com/risk-warnings).

Disclaimer

THE MATERIALS YOU ARE SEEKING TO ACCESS ARE BEING MADE AVAILABLE BY THE COMPANY RAISING FINANCE AS IDENTIFIED ABOVE (THE "COMPANY") IN GOOD FAITH AND FOR INFORMATION PURPOSES ONLY AND SUBJECT TO OUR TERMS AND CONDITIONS.

This investment opportunity is not an offer to the public and is only available to registered members of BnkToTheFuture.com who have qualified and categorised themselves as able to invest. The investment opportunity is not directed at persons located in the United States. Any person who wishes to view these materials must first satisfy themselves that they are not subject to any local requirements that prohibit or restrict access.

You should read all the offering materials available to you regarding the pitch ("Offering Materials") with respect to a transaction prior to making an investment of any type. You should also understand that investments through BnkToTheFuture.com (BnkToTheFuture.com) may be direct or indirect investments to the underlying pitch as described more fully in the Offering Materials.

Read more

BnkToTheFuture

- About us (//app.bnktothefuture.com/about)
- Careers (https://bnktothefuture.com/careers)

In particular (https://bnktothefuture.com/blog), unless determined by the Company and permitted by applicable law and regulation, it is not intended to, and the contents hereof should not, in any way, constitute or form part of any offer or invitation to purchase any securities or an inducement to enter into investment activity in the United States, nor shall it, or the fact of its distribution, form the basis of, or be relied upon in connection with, any contract for the offering of the securities mentioned in such materials (the "Securities") by the Company would be made, or any documentation be sent in or into, the United States. There will be no public offering of the Securities in the United States.

In order to access the pitch, you must first become a qualified member of BnkToTheFuture.com on the basis of your status as either (i) self-certified 'high net worth investor', (ii) certified 'sophisticated investor', (iii) self-certified as a 'sophisticated investor' or (iv) certified as a 'professional/accredited' investor', in each case in accordance with the country in which you are domiciled. Investors are encouraged to "cross examine" the Company by interactive due diligence and use of the available online forums. Access the pitch also means you agree to BnkToTheFuture.com's most recent website terms and conditions available below.

If you are not permitted to view materials on this webpage or any products/solutions/folders/900106589 you are permitted to view these materials (step-by-step: link to the future support solutions/folders/900106589) it is on the basis of your acknowledgements and this information (app bnktothefuture.com/sell) is not to be construed as an offer to sell securities of the Company. Further, it does not constitute a recommendation by the Company, BnkToTheFuture.com or any other party to sell or buy securities in the Company.

By registering and logging into BnkToTheFuture.com to view this investment opportunity, you certify that you are legally entitled to view this investment opportunity as an authorised investor and you agree to all applicable terms and conditions (https://bnktothefuture.com/privacy).

THIS PITCH IS NOT AVAILABLE TO RESIDENTS OF THE UNITED STATES.

(https://www.facebook.com/banktothefuture) (https://twitter.com/banktothefuture) (https://www.linkedin.com/company/bnktothefuture/) (https://www.youtube.com/user/BankToTheFuture) (https://t.me/BF_Token) (https://t.me/BF_ANN)

### Blog (https://bnktothefuture.com/blog)
### Support (https://support.bnktothefuture.com/support)

### Our products
- Browse investments (//app.bnktothefuture.com/search/pitches)
- Apply for a pitch (//app.bnktothefuture.com/apply-for-finance)
- Become an Investor (//bnktothefuture.com/invest)
- BF Meta Portfolio Builder (https://www.bnktothefuture.com/bf)
- RBY Coaching Program (https://www.reinventedgroup.com)

### Learn
- FAQ (https://bnktothefuture.freshdesk.com/support/solutions)
- How to invest (https://bnktothefuture.freshdesk.com/support/solutions/folders/36000166590)
- How to trade (//app.bnktothefuture.com/sell)

### Legal
- Terms & conditions (https://bnktothefuture.com/terms-conditions)
- Risk warnings (https://bnktothefuture.com/risk-warnings)
- Privacy (https://bnktothefuture.com/privacy)
- Fees (https://bnktothefuture.com/fees)

 Copyright © 2011-2022 Bnk To The Future

USD* - All traditional currencies (Example USD, EUR, GBP, CNY, JPY and any other traditional currency) you send to Bnk To The Future are converted upon deposit into United States Dollars (USD) and held in a range of stablecoins that we call crypto USD (USD*). These stablecoins are primarily held in TUSD (TrueUSD) and USDT (Tether), with some held in other stablecoins which may include but will not be limited to DAI, PAX, USDC, GUSD, BUSD amongst others. Therefore, your USD* balance on BF* is backed by a mix of US Dollar fiat funds, stablecoins backed by USD and some decentralised stablecoins. Hence any transaction on the BF Platform will occur in USD* unless you are investing, for example, in a Primary Offering through one of our Third Party Escrow Providers or you are paying in Credit or Debit Cards for an investment. We have introduced USD* to make it easier for many of our investors to deposit and withdraw the type of USD/stablecoin they feel most comfortable with and is most convenient for them.

This website is owned and operated by BNK To The Future, a company incorporated in the Cayman Islands under the Companies Act (as revised) (Company No. 296093). BNK To The Future is regulated by the Cayman Islands Monetary Authority as a registered person under the Securities Investment Business Act (as revised) (CIMA No. 1601784).

Investing in private placements, Cryptocurrencies, security tokens and early stage businesses involves a high degree of risk, including, but not limited to, illiquidity, lack of dividends, loss of investment and dilution, and those investors who cannot afford to lose their entire investment should not invest. Purchases of Tokens and Cryptocurrencies are even higher risk including, but not limited to, complete loss of capital, regulatory & tax uncertainty, cyber-security attacks, Blockchain risks and no shareholder rights.

BnkToTheFuture.com is targeted exclusively at investors who are sufficiently sophisticated to understand these risks and make their own investment decisions. You will only be able to invest via BnkToTheFuture.com once you are registered as sufficiently sophisticated. Investments may lose value, there are no guarantees, securities and

investments are not FDIC Insured and neither BnkToTheFuture, its affiliated companies, nor our affiliated broker-dealers BMI Capital International LLC. offer investment, legal or tax advice.

Bnk To The Future does not guarantee the continued operability of this website and accepts no responsibility for its interruption or fault. Bnk To The Future may also make this website temporarily unavailable due to its maintenance or upgrade with or without notice, and accepts no liability for any interruption or loss of service. Other activities may involve engagements with Bnk To The Future Capital SPC (company number 298427) Incorporated and registered in Cayman Islands under the Companies Law 2013 and other affiliated companies depending on your country of residence including BMI Capital International LLC and other regulated companies.

US residents agree to register with BMI Capital International LLC, a registered US broker-dealer with FINRA and member of SIPC, who operate sections of BnkToTheFuture.com where Regulation D offerings filed with the SEC are conducted. Activities with respect to US resident investors are conducted by BMI Capital International LLC. Registration does not imply a certain level of skill or training. Individuals and firms may only transact business in a jurisdiction after satisfying its licensing and qualification requirements or after being excluded or exempted.

The information available on this website is not intended to be a substitute for independent professional advice and should not be relied upon. Bnk To The Future highly recommends all Users to seek advice from qualified professionals. Bnk To The Future shall not be liable for any losses suffered as a result of relying on such information. Pitches for investment are not offers to the public and investments can only be made by members of BnkToTheFuture.com on the basis of information provided in the pitches by the companies concerned.

By using BnkToTheFuture.com, you are indicating you have read, understood, and agree to the Bnk To The Future Terms & Conditions, Risk Warnings, Disclaimers and Privacy Policy. BnkToTheFuture.com is a registered trademark owned by BF Global and it's trading group.