# EXHIBIT

# "S"

# TO FOLLOW . . .

Email Received Regarding Chad Mitchell Koehn being a predator and listing investors or shareholders

======================================================================

## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <br><br> **& CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> defendant; Counter-Plaintiff    PRO-Se. | <mark>**DOCKET NO.:**    **5:22-CV-04008-JWB-GEB**</mark> <br> <u>**CIVIL ACTION**</u> <br><br> **Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants** <br> **[Jury Trial Demanded]** |



## INFO on CHADDY DADDY PERVERT Chad Koehn
2 messages

**Cassie Friend** <info@5ymail.me>                    Sun, Aug 21, 2022 at 9:47 PM
Reply-To: gYXOLYSymY1655518-630225-EN@5ymail.com
To: oklahomaremote@gmail.com

Been following the case you have.  Chad Koehn is a pervert who abused many of us when we were preteens.   I got friends still there in salina.  we have lots of inside dirt on Daddy Chaddy.   He put his penis in our mouths as young girls he is a disgusting pig that should be in prison he owns the whole fucking town the pig cops to the courts he is the big swinging dick literally esxcpet all us girls were abused by t=him know he has one of the smallest dicks you ever seen i inow now i am in my twenties he stole my childhood from me

here are some of the people he has screwed over with the case you have against him

we are going to bring him down we have lots more informations for you

we will find a way only thing Chaddy Daddy cares about more than his penis is his money.   if you can cost him all his money maybe you will save many more young girls Daddy Chaddy CHAD KOEHN He  is a PREDATOR

\ here the people he screwed.  I am on the team with caassie is on our team lets nail this fucking son of a bitch put him in prison so he can have a penis shoved down his face

Joe and Ladonna Newman

Email Address

joenewmanhoxie@gmail.com

Role(s)

Shareholder, Investor

_____

Logan Golema

Email Address

lrgeode@gmail.com

Role(s)

Shareholder

_____

William Cook Living Trust

Email Address

wwcokkconst@hotmail.com

Role(s)

Shareholder

_____

Walt H. Harris

Email Address

walts6589223@yahoo.com

Role(s)

Shareholder

_____

Tim and Jennifer Brush

Email Address

timbrush@brushart.com

Role(s)

Shareholder

_____

The Randy and Sue Ann Phillips Revocable Trust

Email Address

rmphillips1948@gmail.com

Role(s)

Shareholder

_____

Tara Nelson and Anita Volskay

Email Address

tmnelson41@gmail.com

Role(s)

Shareholder

_____

Steve and Leslie Hess

Email Address

shess@lesliehess.com

Role(s)

Shareholder

_____

Stan Byquist

Email Address

stancbyquist@gmail.com

Role(s)

Shareholder

_____

Rosa Boyles

Email Address


Role(s)

Shareholder

————————————————————

Kyle and Kade Management Services, Inc Defined Benefit Plan

Email Address

ken.mcelroy@mccompanies.com

Role(s)

Shareholder

————————————————————

Kyle and Kade Management Services, Inc Defined Benefit Plan

Email Address

ken.mcelroy@mccompanies.com

Role(s)

Shareholder

————————————————————

Richard L. Bieker Living Trust

Email Address

rbieker@cox.net

Role(s)

Shareholder

————————————————————————

Reed Koehn

Email Address

rtagalert@gmail.com

Role(s)

Shareholder

————————————————————————

Mark Lofing

Email Address

lofing1971@icloud.com

Role(s)

Shareholder

Laura Nelson

Email Address

lnelsdon43@kc.rr.com

Role(s)

Shareholder

LaDonna Busch

Email Address

s3jbusch@hotmail.com

Role(s)

Shareholder

Kelly and Rebecca Leon

Email Address

krleon@live.com

Role(s)

Shareholder

Joey and Alison Errington

Email Address

joe67410@yahoo.com

Role(s)

Shareholder

Jason Bach

Email Address

jbach@frontiernet.net

Role(s)

Shareholder

Edward Braun

Email Address

joh0307@hotmail.com

Role(s)

Shareholder

_____

Debra L. Shirack Trust

Email Address

dshirack@hotmail.com

Role(s)

Shareholder

_____

Brad and Trisha Hake

Email Address

bthake@hotmail.com

Role(s)

Shareholder

_____

Vince W Bengston Revocable Trust

Email Address

vince.bengston@chsinc.com

Role(s)

Shareholder

_____

Travis and Trisha Scott

Email Address

travis@waconaboats.com

Role(s)

Shareholder

_____

Toni Renfro Trust UA

Email Address

threnfro@gmail.com

Role(s)

Shareholder

_____

The Heather Jantz Trust No 1

Email Address

heather@jellc.net

Role(s)

Shareholder

_____

Tany S. Mills Trust

Email Address

tmilss@tctwireless.net

Role(s)

Shareholder

_____

Sylvia Sellard

Email Address

sylsellard@yahoo.com

Role(s)

Shareholder

_____

Susan Deges

Email Address

susanandjj2004@yahoo.com

Role(s)

Shareholder

_____

Ronald and Sandra Stanley

Email Address

rguystanley@yahoo.com

Role(s)

Shareholder

_____

Robert Sellard

Email Address

sellardfarms@yahoo.com

Role(s)

Shareholder

_____

Michael Lietz

Email Address

mdlietz@gmail.com

Role(s)

Shareholder

_____

Mark and Connie Cole

Email Address

TXGRL1@sbcglobal.net

Role(s)

Shareholder

_____

Kelly Dunn

Email Address

kdcinc31@cox.net

Role(s)

Shareholder

_____

John Horacek

Email Address

jonathan.horacek@gmail.com

Role(s)

Shareholder

_____

Jerry and Kalyn Diehl

Email Address

jerryddiehl@yahoo.com

Role(s)

Shareholder

_____

Jeff and Penny Montgomery

Email Address

jeffm41j@cox.net

Role(s)

Shareholder

_____

Darvin Strutt

Email Address

dtstrutt@st-tel.net

Role(s)

Shareholder

_____

Charles and Marsha Weaver

Email Address

charmarco@aol.com

Role(s)

Shareholder

_____

Brian L. and Sally Keeler Trust No. 1

Email Address

keeler.brian@gmail.com

Role(s)

Shareholder

_____

William Steinmetz

Email Address

jamboreebill@gmail.com

Role(s)

Shareholder, Investor

_____

The DAR Revocable Trust UAD

Email Address

danrapp@cox.net

Role(s)

Shareholder, Investor

_____

Steve Persinger Trust

Email Address

Role(s)

Shareholder, Investor

_____

Shanon Bengston

Email Address

sjbengston@gmail.com

Role(s)

Shareholder, Investor

_____

Russell and Glenda Smith

Email Address

smithnutrition@yahoo.com

Role(s)

Shareholder, Investor

_____

Ronald A. and Julie A. Stratman Revocable Trust

Email Address

ron@accurateelectric.com

Role(s)

Shareholder, Investor

_____

Name

Roger A. Anderson Revocable Trust

Email Address

rasalinarakansas@yahoo.com

Role(s)

Shareholder, Investor

_____

Robert and Debra Massey

Email Address

Role(s)

Shareholder, Investor

_____

Richard L. And Susan M. Helvey Trust

Email Address

rlhelvey@yahoo.com

Role(s)

Shareholder, Investor

_____

Rich Risewick

Email Address

sbibone@yahoo.com

Role(s)

Shareholder, Investor

_____

Rich Risewick

Email Address

sbibone@yahoo.com

Role(s)

Shareholder, Investor

_____

Michael and Vanessa Fechter

Email Address

mikefechter1989@gmail.com

Role(s)

Shareholder, Investor

_____

Michael and Rosie Braxmeyer

Email Address

braxmeyer@hotmail.com

Role(s)

Shareholder, Investor

_____

Mark Ritter

Email Address

rittermark794@gmail.com

Role(s)

Shareholder, Investor

_____

Marion and Susan Dome

Email Address

mrkstate1@gmail.com

Role(s)

Shareholder, Investor

Larry Summer

Email Address

nwksfarmer@hotmail.com

Role(s)

Shareholder, Investor

―――――――――――――――――――――――

KSEZ Financial, LLC

Email Address

u2gasdoc@gmail.com

Role(s)

Shareholder, Investor

―――――――――――――――――――――――

Name

Shanon Bengston

Email Address

sjbengston@gmail.com

Role(s)

Shareholder, Investor

―――――――――――――――――――――――

Joyce A. Barkman Living Trust

Email Address

joyce.barkman@gmail.com

Role(s)

Shareholder, Investor

―――――――――――――――――――――――

Jim and Sherri Fouts

Email Address

sfouts3318@gmail.com

Role(s)

Shareholder, Investor

―――――――――――――――――――――――

Ronald A. and Julie A. Stratman Revocable Trust

Email Address

ron@accurateelectric.com

Role(s)

Shareholder, Investor

———————————————————————————

Jerry Short

Email Address

jerry@salinahomes.com

Role(s)

Shareholder, Investor

———————————————————————————

Jerry and Diana Mihm

Email Address

jmihm@cox.net

Role(s)

Shareholder, Investor

———————————————————————————

JD and Paula Sanderson

Email Address

Role(s)

Shareholder, Investor

———————————————————————————

Glenn Brands

Email Address

glennbrands@ruraltel.net

Role(s)

Shareholder, Investor

———————————————————————————

Eric and Valorie Everhart

Email Address

ehartfish@yahoo.com

Role(s)

Shareholder, Investor

———————————————————————————

Douglas W. Rempp Trust

Email Address

drempp1@gmail.com

Role(s)

Shareholder, Investor

_____

Douglas and Sharon Loewen

Email Address

douglowen17@gmail.com

Role(s)

Shareholder, Investor

_____

David Huard

Email Address

drhuard@gmail.com

Role(s)

Shareholder, Investor

_____

Darrell and Norma Griffin

Email Address

hgriffin@ksbroadband.net

Role(s)

Shareholder, Investor

_____

Daniel Walter

Email Address

daniel@walterlawks.com

Role(s)

Shareholder, Investor

_____

Curtis and Lisa Weninger

Email Address


Role(s)

Shareholder, Investor

_____

Craig and Melissa Piercy Trust

Email Address

piercycraig@gmail.com

Role(s)

Shareholder, Investor

_____

Charlotte M. Regan

Email Address

Role(s)

Shareholder, Investor

_____

Charles and Sandra Worden

Email Address

Role(s)

Shareholder, Investor

_____

Brad and Christine Harding

Email Address

bcharding@ruraltel.net

Role(s)

Shareholder, Investor

_____

Bob Ott

Email Address

Role(s)

Shareholder, Investor

_____

Bill and Vickie Kern

Email Address

kernsales90@gmail.com

Role(s)

Shareholder, Investor

_____

Bik Wan Mar

Email Address

Role(s)

Shareholder, Investor

Ben Suing

Email Address

bensuing@live.com

Role(s)

Shareholder, Investor

---

Barry Madden

Email Addres

Role(s)

Shareholder, Investor

---

Adam and Jessica McMillin

Email Address

adammcmillin@hotmail.com

Role(s)

Shareholder, Investor

---

Aaron Jantz and Elizabeth Jantz

Email Address

Role(s)

Shareholder, Investor

---

Charles A Young and Claire D. Hanna

Email Address

Role(s)

Shareholder, Investor

---

Greg and Mary Plott Trust

Email Address

mgjsb@hotmail.com

Role(s)

Shareholder, Investor

---

John McMahon

Email Address

jmac6204@gmail.com

Role(s)

Shareholder

_____

Michael Venters

Email Address

mrv325@gmail.com

Role(s)

Shareholder

_____

MET Solutions LLC

Email Address

dj@metsolutionsllc.com

Role(s)

Shareholder

_____

Alexandra Blanchard

Email Address

lesiablanchard@cox.net

Role(s)

Shareholder

_____

Jobadiah Weeks

Email Address

jobyweeks@gmail.com

Role(s)

Shareholder

_____

Bill Barhydt

Email Address

bill@barhydt.net

Role(s)

Shareholder

_____

Brien Lundin

Email Address

blundin@jeffersoncompanies.com

Role(s)

Shareholder

_____

Robert Solomon

Email Address

Role(s)

Shareholder

_____

ANT Holdings, LLC

Email Address

Actually Lesia Blanchard and Anthem Blanchard this is the guy Daddy Chaddy is in bed with

_____

Anthony Fischler

Email Address

anthony.fischler@gmail.com

Role(s)

Shareholder

_____

Bnk to the Future AnthemGold SP

Email Address

simon@banktothefuture.com

Role(s)

Shareholder

_____

Cooper Collins

Email Address

coopercollins@yahoo.com

Role(s)

Shareholder

_____

Brandon Belanger

Email Address

brandonbelanger17@yahoo.com

Role(s)

Shareholder

_____

Guy Martin

Email Address

gnmartin@consolidated.net

Role(s)

Shareholder

_____

Mark Heatwole GST Exempt Trust

Email Address

Role(s)

Shareholder

_____

Paul Aubert

Email Address

paul@anthemvault.com

Role(s)

Manager, Legal, Shareholder

_____

_____

Tracy Henckel

Email Address

tlhenckel@outlook.com

Role(s)

Shareholder

_____

Raul Garcia

Email Address

raul.garcia@powerhousecopy.com

Role(s)

Shareholder

_____

Andrew Fentiman

Email Address

acfentiman@comcast.net

Role(s)

Shareholder

_____

Llavanva Fernando

Email Address

llavan@zone24x7.com

Role(s)

Shareholder

_____

StockVest Incorporated

Email Address

art@stockvest.com

Role(s)

Shareholder

_____

Entrust Group FBO Jason Carstensen

Email Address

jtcarstensen2@gmail.com

Role(s)

Shareholder

_____

Mark M. Heatwole

Email Address

mheatwole5651@gmail.com

Role(s)

Shareholder

_____

Robert Koss

Email Address

bobbykoss@icloud.com

Role(s)

Shareholder

Josh Peterson

Email Address

100yardgain@gmail.com

Role(s)

Shareholder

_____

Summit 7 Ventures LLC

Email Address

rickyfairchild@gmail.com

Role(s)

Shareholder

_____

Dianne Read Flippin

Email Address

sweetgadi@consolidated.net

Role(s)

Shareholder

_____

Jason Iacobucci

Email Address

jiacobucci77@gmail.com

Role(s)

Shareholder

_____

Steven Dakh

Email Address

steve@dakh.net

Role(s)

Shareholder

_____

Michael Nelson

Email Address

nelsontelco@gmail.com

Role(s)

Shareholder

_____

Joe and Ladonna Newman

Email Address

joenewmanhoxie@gmail.com

Role(s)

Shareholder, Investor

_____

Dominik Zynis

Email Address

dominik.zynis@gmail.com

Role(s)

Shareholder

_____

Michael Terpin

Email Address

michael@transform.pr

Role(s)

Shareholder

_____

Andrew Yashchuk

Email Address

andrew.yashchuk@gmail.com

Role(s)

Shareholder

_____

Alexander Lopera

Email Address

lex5847@mac.com

Role(s)

Shareholder

_____

Tom Wingert

Email Address

salestecom@aol.com

Role(s)

Shareholder

———————————————————————————————————————

Eric Do

Email Address

avu_98@yahoo.com

Role(s)

Shareholder

———————————————————————————————————————

**Michael Nelson** <oklahomaremote@gmail.com>                 Mon, Sep 12, 2022 at 7:49 PM
To: Chris Kellogg <ckellogg@kenberk.com>

Chris, I am forwarding this to you ahead of filings, as I am certain you must know that Craig Brand is under federal and state investigations.   I suggest you discuss this with your partners especially Lawerance Gene Michel as I understand he is also targeted in investigations having sponsored Craig Brand.

We don't know what to do with this email or any of the others received.   We have checked the information with several reputable sources and it appears legitimate.   I don't know the truth regarding any of the allegations made but they are SERIOUS!   I mention Craig Brand because he played email games earlier in the case and we have developed information in cooperation with authorities which leads us to believe the email may have originated from a person of interest in other investigations.

I understand your duty is to protect your client, but not to protect your client when there could be ongoing criminal activities.

I welcome your input on how to proceed and welcome your legal obligation under law to file the appropriate reports as you must.   As to Larry Michel, I believe he is a bigot and I believe he sought out of hatred to send the petition with a racial slur on purpose, this is my opinion, as such as my opinion it is not therefore a stretch to believe he knows of the allegations included herein and chooses to protect a predator.  I send it to you complete with all information received, we understand your legal obligations under law.

Let me know your thoughts before we file this to each of the Federal and State Courts where litigation continues.

Respectfully Yours in mutual cooperation in search for the truth.

Michael

[Quoted text hidden]