# EXHIBIT

# "T"

# TO FOLLOW . . .

Hercules HERC Crypto Stock Coin Crypto Currency represented by Craig Alan Brand
https://etherscan.io/token/0x2e91E3e54C5788e9FdD6A181497FDcEa1De1bcc1#balances

==========================================================================

### UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. & **CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br>   v. <br> Michael Nelson <br><br>   defendant; Counter-Plaintiff    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **Comparative Fault Identification and Analysis, Affirmative Defenses and Joinders of Involuntarily defendants** <br> [Jury Trial Demanded] |

## Token Hercules

Supply Chain

| Overview [ERC-20] | | Profile Summary [Edit] | |
|---|---|---|---|
| Max Total Supply: | 180,000,000 HERC ⓘ | Contract: | 0x2e91E3e54C5788e9FdD6A181497FDcE… |
| Holders: | 14,797 (0.00%) | Decimals: | 18 |
| Transfers: | 15,314 | Official Site: | https://herc.one/ |
| | | Social Profiles: | |

| Transfers | Holders | Info | DEX Trades | Contract ✓ | Analytics | Comments |

Top 1,000 holders (From a total of 14,797 holders)            First  <  Page 1 of 20  >

| Rank | Address | Quantity | Percentage | Analy |
|---|---|---|---|---|
| 1 | 0x4205bcfee68cf848294b0fa8b9e784bb32f5b92b | 58,900,524.08 | 32.7225% | |
| 2 | 0x73dff80862a3732e491359642b4b575f829283fd | 14,290,894.64 | 7.9394% | |
| 3 | 0xff08dde4f0825e65656b99e0802fed70325f363a | 8,000,010 | 4.4445% | |
| 4 | 0x6017b1885efab6b9a9df1b31d14cb3eb3e80afb8 | 7,153,203.21 | 3.9740% | |
| 5 | 0x9aad287f3727dfb5094102a91ecf03d76309af2e | 7,009,200 | 3.8940% | |
| 6 | 0x394053a6a3945b8c2061de0b4f2a1c7ac15e6bfa | 6,801,984.28 | 3.7789% | |
| 7 | 0x771628680f565bcf665041a385d6ae942c255116 | 5,953,203.21 | 3.3073% | |
| 8 | 0xe3cf03b4ae69428560c014b2f025ffab56b9256b | 5,764,455.94 | 3.2025% | |
| 9 | 0xcc6043dfd3a1b904a1944ec613793f6a40278090 | 5,234,999.38 | 2.9083% | |
| 10 | 0x8cbd6496c5defe4a4513f1dde3e6fa6878b1d85b | 5,228,820.68 | 2.9049% | |
| 11 | 0x6bc378ac51f961832a43b972653b36c74117910c | 4,771,656.24 | 2.6509% | |
| 12 | 0x2953c867c38155ca3f183930880e05e4b9c63610 | 4,500,000 | 2.5000% | |
| 13 | 0x08d1e8c7ce64d8952c82254a1e6536f3a1f7f52d | 4,435,431.63 | 2.4641% | |
| 14 | 0x0b215c0903f6143176d6f5b48393a47c19eceb40 | 3,890,095.67 | 2.1612% | |
| 15 | 0x7dffcfb2d965107a33d5dadd24e3684716bccfef | 3,272,261.24 | 1.8179% | |
| 16 | lunarverse.eth | 3,090,831.105073705004896916 | 1.7171% | |
| 17 | 0xf1cd1498ecaa4c40e370c762279219cb96d431e5 | 2,827,789.02 | 1.5710% | |

| | | | | |
|---|---|---|---|---|
| 18 | 0x2d72598656e05ac3b45feb9d2918ea1a050fbb79 | 2,468,550.11 | 1.3714% | |
| 19 | 0x95ee67d970c61e8e35d5e096c9b9518bd7335b1b | 1,702,047.25 | 0.9456% | |
| 20 | 0x3f436a68aedc2a9cc54dec9ba2f8107850386ef2 | 1,518,750 | 0.8438% | |
| 21 | 0x3461f539f14322e26d33d429a32456f1d6bf7093 | 1,300,000 | 0.7222% | |
| 22 | 0xf99b21cbdab5023cd3c73fe67ebc0998adca4731 | 1,200,000 | 0.6667% | |
| 23 | 0xfb9828b436a5b3f0e6282c018bb22f253ac512ac | 1,001,105.19 | 0.5562% | |
| 24 | 0x70de7acc9be479381717790a698de6acea49a416 | 1,000,249 | 0.5557% | |
| 25 | 0x0157cdb56b660ae1f9020d628086e4f750cb400f | 882,353 | 0.4902% | |
| 26 | 0x9a1989946ae4249aac19ac7a038d24aab03c3d8c | 869,395 | 0.4830% | |
| 27 | 0x99e7ca9cf1ba10881cc97b2dcae157e04ed6fce5 | 766,560.27 | 0.4259% | |
| 28 | 0x64a235ca802f361896baa13a3489c51df678a09e | 701,699.54 | 0.3898% | |
| 29 | 0x65e45b5ae1f3b388d3a6473ac15d65d81cc31682 | 683,922 | 0.3800% | |
| 30 | 0xa36c53a6e4c977e07d189f4ab80d35c910b9ad4d | 619,900 | 0.3444% | |
| 31 | 0xbabe597c7aa8a05aff953e1d92a54fb480ca608d | 562,019.47 | 0.3122% | |
| 32 | 0xa5e35a868d7249e72b4a5fa16833f84173076cf5 | 483,491.57 | 0.2686% | |
| 33 | 0x3409b99cb780f75b9adf933b2f09435873342a3d | 454,444.8 | 0.2525% | |
| 34 | 0x30f274f29dde7bf0ef4a15779e2b4e5ab505636a | 427,371.53 | 0.2374% | |
| 35 | 0xff64c53088b59696d039f2a1ec0f3a52d6258bf0 | 400,000 | 0.2222% | |
| 36 | Idax.global | 392,888.45 | 0.2183% | |
| 37 | 0xbb56a404723cff20d0685488b05a02cdc35aacaa | 377,770.7 | 0.2099% | |
| 38 | 0x7f266314c90f280255dfd3f239632f3919797e1b | 340,000 | 0.1889% | |
| 39 | 0xf88bfab728620a1b0f640618c560671bff1e6bec | 313,577.13 | 0.1742% | |
| 40 | 0x261dcb0c70dccf7c0ebdc3d9b6b26353a261178b | 300,020 | 0.1667% | |
| 41 | 0xb3b58a1a4a52effa71bde4828400198d9a3c584b | 300,000 | 0.1667% | |
| 42 | 0x698197c97c5bc8eda5a6ba558e621604e8045321 | 290,459 | 0.1614% | |
| 43 | 0x869fbb6414e88717923a681cf3c04321385230a2 | 240,000 | 0.1333% | |
| 44 | 0xa9668d08e322c1d671aca294b697defb38817b6a | 240,000 | 0.1333% | |
| 45 | 0xefaaf8a81214403160e88ad344b97635ab664f51 | 224,601.28 | 0.1248% | |
| 46 | 0xf6a1f7190999a374497a2d436332bb67bf409ab8 | 201,247 | 0.1118% | |
| 47 | 0xc388cfa976eae75acabd233789d67459b41afc5d | 180,000 | 0.1000% | |
| 48 | 0x25f65e783ee7dc9e23b450b741ecab970a127b38 | 175,000 | 0.0972% | |
| 49 | 0x2078a111b688214ff3de22a3d6bb0ffc48c120c4 | 156,023.53 | 0.0867% | |

| 50 | 0xbeab9f8133a0babc0de8a1de08327a7ca3aea6b4 | 155,995.38 | 0.0867% | |

First  <  Page 1 of 20  >

[ Download **CSV Export** ]

💡 A token is a representation of an on-chain or off-chain asset. The token page shows information such as price, total supply, holders, transfers and social links. Learn more about this page in our [Knowledge Base](Knowledge Base).