KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFFS/COUNTER-DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT'S (DOCUMENT 222) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to D. Kan, Rule 7.1(C)., Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., by and through their undersigned counsel, herewith submit their memorandum of law in response to Defendant/Counter-Plaintiff MICHAEL NELSON's Motion to Dismiss Plaintiffs' First Amended Complaint (Document 222).:

As the Court recalls, the Court ordered the Plaintiffs to replead the original Complaint (Petition) removed from state court amending only the word "Bean," which had been inserted in error in the original state filing. *See* Document 63. Plaintiffs/Counter-Defendants complied with the Court's order. *See* Document 64.

Mr. Nelson's motion is deficient in that it fails to recite the elements necessary to establish the claims for defamation and interference with prospective business relationships.

1

However, on September 22, 2022, in order to more factually support the original defamation and interference with prospective business relationships claims originally alleged, Plaintiffs filed their Motion for Leave to File Second Amended Complaint including the proposed Second Amended Complaint attached and an accompanying Memorandum of Law (Documents 242 and 243).

Additionally the proposed Second Amended Complaint contains additional factual claims arising on and after September 6, 2022, and includes a separate count against Peter M. Koehn for aiding and abetting the actions which have taken place on and after September 6, 2022. Without conceding that the First Amended Complaint is deficient, Plaintiffs/Counter-Defendants seek an order declaring Mr. Nelson's Motion to Dismiss the First Amended Complaint is moot should the Plaintiffs'/Counter-Defendants' Motion for Leave to File Second Amended Complaint be granted.

WHEREFORE, Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., respectfully pray that this Court will hold that Defendant MICHAEL NELSON's Motion to Dismiss is moot should the Court grant Plaintiffs' Motion for Leave to File Second Amended Complaint (Documents 242 and 243).

Dated September 23, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2022, the foregoing document was electronically filed with the Court using the CM/ECF System, and the undersigned caused to be mailed a true copy of the foregoing by Prepaid First Class U. S. Mail to Michael Nelson at 9450 SW Gemini Dr. PMB 90924 Beaverton OR 97008, and caused a courtesy copy to be emailed to: oklahomaremote@gmail.com.

/s/ Chris J. Kellogg
Chris J. Kellogg