# EXHIBIT

# "B"

# To Follow . . .

# Original Message

| | |
|---|---|
| Message ID | <f7d11f65884f09471ab76e95d70be839@5ymail.me> |
| Created at: | Sun, Aug 21, 2022 at 9:47 PM (Delivered after 9 seconds) |
| From: | Cassie Friend <info@5ymail.me> |
| To: | oklahomaremote@gmail.com |
| Subject: | INFO on CHADDY DADDY PERVERT Chad Koehn |
| SPF: | PASS with IP 198.54.114.235  Learn more |
| DKIM: | 'PASS' with domain 5ymail.me  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original                                         Copy to clipboard

```
Delivered-To: oklahomaremote@gmail.com
Received: by 2002:ac8:44d2:0:0:0:0:0 with SMTP id
b18csp1288260qto;
        Sun, 21 Aug 2022 18:47:53 -0700 (PDT)
X-Google-Smtp-Source:
AA6agR6WZV3bkQAwNubiduzRp6295qCtNpboiTCZ1R+184OCT2ezTWmv8Ci7IH5
1iuL2RTTw9ds0
X-Received: by 2002:a17:907:628a:b0:72f:678d:6047 with SMTP id
nd10-
20020a170907628a00b0072f678d6047mr11308808ejc.456.1661132873567
;
        Sun, 21 Aug 2022 18:47:53 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1661132873; cv=none;
        d=google.com; s=arc-20160816;

b=sZQStH/wHo1r0WV0w0AUWVHVp5Cn0xOucCZ8JH+GESoqPJpWny9hA2SEjni/3
Ei/cY

HFbU6cC07+7UvtGQ8+gD/+zzML2wrrltFcPYHbqHQBQViyOlWo3QdsiTXDd82MF
Nv5AW

3n9qLXhE+VUTane1ogfU98t0GS99wU6g5MezGi4hvEXj8b/hcv80rg5KKQL7/LD
Pk5it
```

kP2xJycRBlfnxZKOW0/CgfKHVXHoFJt1pD7Wr7efxEdeAeAPO9piPKthtXE659a
RDRKj

0Nj6YlRws8ozIfwlvQlWdUdEubUKBqUrQWXcFKjx5YH2jXn3qIlgB59gkJD1W5z
+oqYQ

        e0jQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20160816;
        h=message-id:user-agent:reply-
to:subject:to:from:date:mime-version
         :dkim-signature;
        bh=l0z1QB6XFOoQKMNzS0jUVPF7a1xmlj4adEFWJQFKtSg=;
b=MfecShiZJQkU83p2Tz14EX75cluEepLihioykIVZrUo8abzWj0XWFYMjv0Czd
7ySA+

31yu3jv4AHAbV7FmiL8zJT5i1t0wn9+d0ZQuJ++0nnhxkY0kR3F1BZ7uc6UO2Tm
luCnM

49rhSjV/M4kgxRm2sVddkkhr7pK5nnICMkYtvkByP6WNy7NbZT6rpVc271QP7vT
7caT1

c2dbfet9zOXzWAC2hHgf3+/miNdpcy4GCpkWQ87VxdXLRxtnL70zfXpELbjxr3Y
ZOmxb

roqmdnG2J4BdVyy9uhtGlpxF99fqQM6fz+8TkOuGBKO9RTC/Vm1Zef9gkJmctV4
6AguE

        Lq4Q==
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@5ymail.me header.s=default
header.b=GURDGWvs;
        spf=pass (google.com: domain of info@5ymail.me
designates 198.54.114.235 as permitted sender)
smtp.mailfrom=info@5ymail.me;
        dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=5ymail.me
Return-Path: <info@5ymail.me>
Received: from server96-1.web-hosting.com (server96-1.web-
hosting.com. [198.54.114.235])
        by mx.google.com with ESMTPS id ds7-
20020a170907724700b007317ad372a3si8988612ejc.557.2022.08.21.18.
47.52
        for <oklahomaremote@gmail.com>
        (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);
        Sun, 21 Aug 2022 18:47:53 -0700 (PDT)
Received-SPF: pass (google.com: domain of info@5ymail.me
designates 198.54.114.235 as permitted sender) client-
ip=198.54.114.235;
Authentication-Results: mx.google.com;
        dkim=pass header.i=@5ymail.me header.s=default
header.b=GURDGWvs;
        spf=pass (google.com: domain of info@5ymail.me
designates 198.54.114.235 as permitted sender)
smtp.mailfrom=info@5ymail.me;
        dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=5ymail.me
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt;
c=relaxed/relaxed; d=5ymail.me; s=default; h=Content-
Type:Message-ID:Reply-To:Subject:To:From:Date: MIME-
Version:Sender:Cc:Content-Transfer-Encoding:Content-ID:

Content-Description:Resent-Date:Resent-From:Resent-
Sender:Resent-To:Resent-Cc :Resent-Message-ID:In-Reply-
To:References:List-Id:List-Help:List-Unsubscribe: List-
Subscribe:List-Post:List-Owner:List-Archive;
bh=l0z1QB6XFOoQKMNzS0jUVPF7a1xmlj4adEFWJQFKtSg=;
b=GURDGWvsczMHBXa8ueDRY/u2AA
4shnD6m30P6N2L149xkhKBnV9xkEh00V+4ZF7WWAFvPQVZcwJ3KvN/bmJeXlnZS
ke+yMk4amOQriM
XK6hOQz91u9jm4MR6Es9ARx7hR61bZQdoUKd6mnnfy8QQhlnmJGtYJAN4Vc5yrS
8lu8AkhAdPhkAt
gNfDAuzATfNnDj3GXACstSiK8DisYQ676YwwBefbGIDg0JexpOHcgGWYpT2NZbJ
Ju0fZdVbXBSGpQ
6A/5smbwBMVESJWS98ZIVQBid9f4MOMyloMVIBQzrZpOdwpoiAGGAwIyyXzuz3Q
+WYKMsNrMvdR4o jg0xQhwg==;
Received: from [127.0.0.1] (port=52442 helo=server96.web-
hosting.com) by server96.web-hosting.com with esmtpa (Exim
4.95) (envelope-from <info@5ymail.me>) id 1oPwXY-001pNB-Q1 for
oklahomaremote@gmail.com; Sun, 21 Aug 2022 21:47:51 -0400
MIME-Version: 1.0
Date: Sun, 21 Aug 2022 20:47:44 -0500
From: Cassie Friend <info@5ymail.me>
To: oklahomaremote@gmail.com
Subject: INFO on CHADDY DADDY PERVERT Chad Koehn
Reply-To: gYXOLYSymY1655518-630225-EN@5ymail.com
User-Agent: Roundcube Webmail/1.4.12
Message-ID: <f7d11f65884f09471ab76e95d70be839@5ymail.me>
X-Sender: info@5ymail.me
Content-Type: multipart/alternative;
boundary="=_47ab18578410ae90b560f16c215316c3"
X-AntiAbuse: This header was added to track abuse, please
include it with any abuse report
X-AntiAbuse: Primary Hostname - server96.web-hosting.com
X-AntiAbuse: Original Domain - gmail.com
X-AntiAbuse: Originator/Caller UID/GID - [47 12] / [47 12]
X-AntiAbuse: Sender Address Domain - 5ymail.me
X-Get-Message-Sender-Via: server96.web-hosting.com:
authenticated_id: info@5ymail.me
X-Authenticated-Sender: server96.web-hosting.com:
info@5ymail.me
X-Source:
X-Source-Args:
X-Source-Dir:
X-From-Rewrite: unmodified, already matched

--=_47ab18578410ae90b560f16c215316c3
Content-Transfer-Encoding: 7bit
Content-Type: text/plain; charset=US-ASCII; format=flowed

Been following the case you have.  Chad Koehn is a pervert who
abused
many of us when we were preteens.   I got friends still there
in salina.
   we have lots of inside dirt on Daddy Chaddy.   He put his
penis in our
mouths as young girls he is a disgusting pig that should be in
prison he
owns the whole fucking town the pig cops to the courts he is
the big
swinging dick literally esxcpet all us girls were abused by
t=him know
he has one of the smallest dicks you ever seen i inow now i am

in my
twenties he stole my childhood from me

here are some of the people he has screwed over with the case
you have
against him

we are going to bring him down we have lots more informations
for you

we will find a way only thing Chaddy Daddy cares about more
than his
penis is his money.   if you can cost him all his money maybe
you will
save many more young girls Daddy Chaddy CHAD KOEHN He  is a
PREDATOR

\ here the people he screwed.  I am on the team with caassie is
on our
team lets nail this fucking son of a bitch put him in prison so
he can
have a penis shoved down his face

Joe and Ladonna Newman

Email Address

joenewmanhoxie@gmail.com

Role(s)

Shareholder, Investor

------------------------------------

Logan Golema

Email Address

lrgeode@gmail.com

Role(s)

Shareholder

---------------------------------

William Cook Living Trust

Email Address

wwcokkconst@hotmail.com

Role(s)

Shareholder

---------------------------------

Walt H. Harris

Email Address

walts6589223@yahoo.com

Role(s)

Shareholder

------------------------------------

Tim and Jennifer Brush

Email Address

timbrush@brushart.com

Role(s)

Shareholder

------------------------------------

The Randy and Sue Ann Phillips Revocable Trust

Email Address

rmphillips1948@gmail.com

Role(s)

Shareholder

------------------------------------

Tara Nelson and Anita Volskay

Email Address

tmnelson41@gmail.com

Role(s)

Shareholder

-------------------------------------

Steve and Leslie Hess

Email Address

shess@lesliehess.com

Role(s)

Shareholder

-------------------------------------

Stan Byquist

Email Address

stancbyquist@gmail.com

Role(s)

Shareholder

----------------------------------------

Rosa Boyles

Email Address

Role(s)

Shareholder

------------------------------------------

Kyle and Kade Management Services, Inc Defined Benefit Plan

Email Address

ken.mcelroy@mccompanies.com

Role(s)

Shareholder

-----------------------------------------------

Kyle and Kade Management Services, Inc Defined Benefit Plan

Email Address

ken.mcelroy@mccompanies.com

Role(s)

Shareholder

-----------------------------------------------

Richard L. Bieker Living Trust

Email Address

rbieker@cox.net

Role(s)

Shareholder

--------------------------------------------------

Reed Koehn

Email Address

rtagalert@gmail.com

Role(s)

Shareholder

-----------------------------------------------------

Mark Lofing

Email Address

lofing1971@icloud.com

Role(s)

Shareholder

---------------------------------------------------

Laura Nelson

Email Address

lnelsdon43@kc.rr.com

Role(s)

Shareholder

-----------------------------------------------------

LaDonna Busch

Email Address

s3jbusch@hotmail.com

Role(s)

Shareholder

-------------------------------------------------------

Kelly and Rebecca Leon

Email Address

krleon@live.com

Role(s)

Shareholder

----------------------------------------------------------

Joey and Alison Errington

Email Address

joe67410@yahoo.com

Role(s)

Shareholder

------------------------------------------------------------

Jason Bach

Email Address

jbach@frontiernet.net

Role(s)

Shareholder

----------------------------------------------------o--

Edward Braun

Email Address

joh0307@hotmail.com

Role(s)

Shareholder

-----------------------------------------------------------

Debra L. Shirack Trust

Email Address

dshirack@hotmail.com

Role(s)

Shareholder

------------------------------------------------------------

Brad and Trisha Hake

Email Address

bthake@hotmail.com

Role(s)

Shareholder

--------------------------------------------

Vince W Bengston Revocable Trust

Email Address

vince.bengston@chsinc.com

Role(s)

Shareholder

-------------------------------------------------

Travis and Trisha Scott

Email Address

travis@waconaboats.com

Role(s)

Shareholder

-------------------------------------------------

Toni Renfro Trust UA

Email Address

threnfro@gmail.com

Role(s)

Shareholder

-------------------------------------------------

The Heather Jantz Trust No 1

Email Address

heather@jellc.net

Role(s)

Shareholder

-------------------------------------------------

Tany S. Mills Trust

Email Address

tmilss@tctwireless.net

Role(s)

Shareholder

-------------------------------------------------

Sylvia Sellard

Email Address

sylsellard@yahoo.com

Role(s)

Shareholder

-------------------------------------------------------

Susan Deges

Email Address

susanandjj2004@yahoo.com

Role(s)

Shareholder

-------------------------------------------------------

Ronald and Sandra Stanley

Email Address

rguystanley@yahoo.com

Role(s)

Shareholder

-------------------------------------------------------

Robert Sellard

Email Address

sellardfarms@yahoo.com

Role(s)

Shareholder

---------------------------------------------------------

Michael Lietz

Email Address

mdlietz@gmail.com

Role(s)

Shareholder

-------------------------------------------------------

Mark and Connie Cole

Email Address

TXGRL1@sbcglobal.net

Role(s)

Shareholder

------------------------------------------------------------

Kelly Dunn

Email Address

kdcinc31@cox.net

Role(s)

Shareholder

------------------------------------------------------------
-

John Horacek

Email Address

jonathan.horacek@gmail.com

Role(s)

Shareholder

------------------------------------------------------------
-----

Jerry and Kalyn Diehl

Email Address

jerryddiehl@yahoo.com

Role(s)

Shareholder

------------------------------------------------------------
---

Jeff and Penny Montgomery

Email Address

jeffm41j@cox.net

Role(s)

Shareholder

------------------------------------------------------------
-----

Darvin Strutt

Email Address

dtstrutt@st-tel.net

Role(s)

Shareholder

------------------------------------------------------------
-----

Charles and Marsha Weaver

Email Address

charmarco@aol.com

Role(s)

Shareholder

------------------------------------------------------------
-------

Brian L. and Sally Keeler Trust No. 1

Email Address

keeler.brian@gmail.com

Role(s)

Shareholder

------------------------------------------------------------
-----------

William Steinmetz

Email Address

jamboreebill@gmail.com

Role(s)

Shareholder, Investor

------------------------------------------------------------
---------------

The DAR Revocable Trust UAD

Email Address

danrapp@cox.net

Role(s)

Shareholder, Investor

------------------------------------------------------------
---------------

Steve Persinger Trust

Email Address

Role(s)

Shareholder, Investor

--------------------------------------------------------------------
-------------------

Shanon Bengston

Email Address

sjbengston@gmail.com

Role(s)

Shareholder, Investor

--------------------------------------------------------------------
------------------------

Russell and Glenda Smith

Email Address

smithnutrition@yahoo.com

Role(s)

Shareholder, Investor

--------------------------------------------------------------------
-------------

Ronald A. and Julie A. Stratman Revocable Trust

Email Address

ron@accurateelectric.com

Role(s)

Shareholder, Investor

--------------------------------------------------------------------
---------------

Name

Roger A. Anderson Revocable Trust

Email Address

rasalinarakansas@yahoo.com

Role(s)

Shareholder, Investor

--------------------------------------------------------------------
---

Robert and Debra Massey

Email Address

Role(s)

Shareholder, Investor

-----------------------------------------------------------------
-------
Richard L. And Susan M. Helvey Trust

Email Address

rlhelvey@yahoo.com

Role(s)

Shareholder, Investor

-----------------------------------------------------------------
-----------
Rich Risewick

Email Address

sbibone@yahoo.com

Role(s)

Shareholder, Investor

-----------------------------------------------------------------
-----------------
Rich Risewick

Email Address

sbibone@yahoo.com

Role(s)

Shareholder, Investor

-----------------------------------------------------------------
-------------
Michael and Vanessa Fechter

Email Address

mikefechter1989@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
---------------

Michael and Rosie Braxmeyer

Email Address

braxmeyer@hotmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
---------------

Mark Ritter

Email Address

rittermark794@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
-------------------

Marion and Susan Dome

Email Address

mrkstate1@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
-------------------

Larry Summer

Email Address

nwksfarmer@hotmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
---------------

KSEZ Financial, LLC

Email Address

u2gasdoc@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
-----

Name

Shanon Bengston

Email Address

sjbengston@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
---

Joyce A. Barkman Living Trust

Email Address

joyce.barkman@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
-

Jim and Sherri Fouts

Email Address

sfouts3318@gmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
-

Ronald A. and Julie A. Stratman Revocable Trust

Email Address

ron@accurateelectric.com

Role(s)

Shareholder, Investor

-------------------------------------------------

Jerry Short

Email Address

jerry@salinahomes.com

Role(s)

Shareholder, Investor

--------------------------------------------------------

Jerry and Diana Mihm

Email Address

jmihm@cox.net

Role(s)

Shareholder, Investor

------------------------------------------------------

JD and Paula Sanderson

Email Address

Role(s)

Shareholder, Investor

----------------------------------------------------

Glenn Brands

Email Address

glennbrands@ruraltel.net

Role(s)

Shareholder, Investor

------------------------------------------------

Eric and Valorie Everhart

Email Address

ehartfish@yahoo.com

Role(s)

Shareholder, Investor

--------------------------------------------------

Douglas W. Rempp Trust

Email Address

drempp1@gmail.com

Role(s)

Shareholder, Investor

-------------------------------------------------------

Douglas and Sharon Loewen

Email Address

douglowen17@gmail.com

Role(s)

Shareholder, Investor

---------------------------------------------------------------

David Huard

Email Address

drhuard@gmail.com

Role(s)

Shareholder, Investor

-------------------------------------------------------

Darrell and Norma Griffin

Email Address

hgriffin@ksbroadband.net

Role(s)

Shareholder, Investor

---------------------------------------------------

Daniel Walter

Email Address

daniel@walterlawks.com

Role(s)

Shareholder, Investor

---------------------------------------------------

Curtis and Lisa Weninger

Email Address

Role(s)

Shareholder, Investor

--------------------------------------------------------

Craig and Melissa Piercy Trust

Email Address

piercycraig@gmail.com

Role(s)

Shareholder, Investor

---------------------------------------------------------

Charlotte M. Regan

Email Address

Role(s)

Shareholder, Investor

-----------------------------------------------------------

Charles and Sandra Worden

Email Address

Role(s)

Shareholder, Investor

---------------------------------------------------------------
---

Brad and Christine Harding

Email Address

bcharding@ruraltel.net

Role(s)

Shareholder, Investor

---------------------------------------------------------------
-----

Bob Ott

Email Address

Role(s)

Shareholder, Investor

---------------------------------------------------------------
-------

Bill and Vickie Kern

Email Address

kernsales90@gmail.com

Role(s)

Shareholder, Investor

-----------------------------------------------------------------------

Bik Wan Mar

Email Address

Role(s)

Shareholder, Investor

-----------------------------------------------------------------------

Ben Suing

Email Address

bensuing@live.com

Role(s)

Shareholder, Investor

-----------------------------------------------------------------------

Barry Madden

Email Addres

Role(s)

Shareholder, Investor

-----------------------------------------------------------------------

Adam and Jessica McMillin

Email Address

adammcmillin@hotmail.com

Role(s)

Shareholder, Investor

-----------------------------------------------------------------------

Aaron Jantz and Elizabeth Jantz

Email Address

Role(s)

Shareholder, Investor

----------------------------------------------------------------
----------------------------

Charles A Young and Claire D. Hanna

Email Address

Role(s)

Shareholder, Investor

----------------------------------------------------------------
--------------------

Greg and Mary Plott Trust

Email Address

mgjsb@hotmail.com

Role(s)

Shareholder, Investor

----------------------------------------------------------------
----------------------

John McMahon

Email Address

jmac6204@gmail.com

Role(s)

Shareholder

----------------------------------------------------------------
-------------

Michael Venters

Email Address

mrv325@gmail.com

Role(s)

Shareholder

----------------------------------------------------------------
---------

MET Solutions LLC

Email Address

dj@metsolutionsllc.com

Role(s)

Shareholder

------------------------------------------------------------
-----------

Alexandra Blanchard

Email Address

lesiablanchard@cox.net

Role(s)

Shareholder

------------------------------------------------------------
-----------

Jobadiah Weeks

Email Address

jobyweeks@gmail.com

Role(s)

Shareholder

------------------------------------------------------------
-------------

Bill Barhydt

Email Address

bill@barhydt.net

Role(s)

Shareholder

------------------------------------------------------------
-----------------

Brien Lundin

Email Address

blundin@jeffersoncompanies.com

Role(s)

Shareholder

--------------------------------------------------------------
------------------------

Robert Solomon

Email Address

Role(s)

Shareholder

--------------------------------------------------------------
--------------------

ANT Holdings, LLC

Email Address

Actually Lesia Blanchard and Anthem Blanchard this is the guy
Daddy
Chaddy is in bed with

--------------------------------------------------------------
------------------------

Anthony Fischler

Email Address

anthony.fischler@gmail.com

Role(s)

Shareholder

--------------------------------------------------------------
-------------------------

Bnk to the Future AnthemGold SP

Email Address

simon@banktothefuture.com

Role(s)

Shareholder

--------------------------------------------------------------
-------------------------

Cooper Collins

Email Address

coopercollins@yahoo.com

Role(s)

Shareholder

---------------------------------------------------------------
---------------------------

Brandon Belanger

Email Address

brandonbelanger17@yahoo.com

Role(s)

Shareholder

---------------------------------------------------------------
----------------------

Guy Martin

Email Address

gnmartin@consolidated.net

Role(s)

Shareholder

---------------------------------------------------------------
------------------------

Mark Heatwole GST Exempt Trust

Email Address

Role(s)

Shareholder

---------------------------------------------------------------
-----------

Paul Aubert

Email Address

paul@anthemvault.com

Role(s)

Manager, Legal, Shareholder

---------------------------------------------------------------
---------------------------------------------------------------
----------------------------------

Tracy Henckel

Email Address

tlhenckel@outlook.com

Role(s)

Shareholder

----------------------------------------------------------------
---------------------

Raul Garcia

Email Address

raul.garcia@powerhousecopy.com

Role(s)

Shareholder

----------------------------------------------------------------
-------

Andrew Fentiman

Email Address

acfentiman@comcast.net

Role(s)

Shareholder

----------------------------------------------------------------
---------

Llavanva Fernando

Email Address

llavan@zone24x7.com

Role(s)

Shareholder

----------------------------------------------------------------
-------------

StockVest Incorporated

Email Address

art@stockvest.com

Role(s)

Shareholder

----------------------------------------------------------------
---------------

Entrust Group FBO Jason Carstensen

Email Address

jtcarstensen2@gmail.com

Role(s)

Shareholder

-----------------------------------------------------------------
----------------

Mark M. Heatwole

Email Address

mheatwole5651@gmail.com

Role(s)

Shareholder

-----------------------------------------------------------------
------------------

Robert Koss

Email Address

bobbykoss@icloud.com

Role(s)

Shareholder

-----------------------------------------------------------------
-----------------

Josh Peterson

Email Address

100yardgain@gmail.com

Role(s)

Shareholder

-----------------------------------------------------------

Summit 7 Ventures LLC

Email Address

rickyfairchild@gmail.com

Role(s)

Shareholder

-----------------------------------------------------------

–

Dianne Read Flippin

Email Address

sweetgadi@consolidated.net

Role(s)

Shareholder

------------------------------------------------------------
-----

Jason Iacobucci

Email Address

jiacobucci77@gmail.com

Role(s)

Shareholder

------------------------------------------------------------
---------

Steven Dakh

Email Address

steve@dakh.net

Role(s)

Shareholder

------------------------------------------------------------
-----------

Michael Nelson

Email Address

nelsontelco@gmail.com

Role(s)

Shareholder

------------------------------------------------------------
---------------

Joe and Ladonna Newman

Email Address

joenewmanhoxie@gmail.com

Role(s)

Shareholder, Investor

--------------------------------------------------------------
-------------

Dominik Zynis

Email Address

dominik.zynis@gmail.com

Role(s)

Shareholder

--------------------------------------------------------------
---------------

Michael Terpin

Email Address

michael@transform.pr

Role(s)

Shareholder

--------------------------------------------------------------
-------------------

Andrew Yashchuk

Email Address

andrew.yashchuk@gmail.com

Role(s)

Shareholder

--------------------------------------------------------------
-----------------------

Alexander Lopera

Email Address

lex5847@mac.com

Role(s)

Shareholder

--------------------------------------------------------------
-----------------------

Tom Wingert

Email Address

salestecom@aol.com

Role(s)

Shareholder

--------------------------------------------------------------
------------------------

Eric Do

Email Address

avu_98@yahoo.com

Role(s)

Shareholder

--------------------------------------------------------------
-------------------
--=_47ab18578410ae90b560f16c215316c3
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset=UTF-8

```
<html><head><meta http-equiv=3D"Content-Type"
content=3D"text/html; charset=
=3DUTF-8" /></head><body style=3D'font-size: 10pt; font-family:
Verdana,Gen=
eva,sans-serif'>
<p>Been following the case you have.  Chad Koehn is a
pervert who abus=
ed many of us when we were preteens.   I got friends still
there in sa=
lina.  we have lots of inside dirt on Daddy Chaddy.  
He put his =
penis in our mouths as young girls he is a disgusting pig that
should be in=
 prison he owns the whole fucking town the pig cops to the
courts he is the=
 big swinging dick literally esxcpet all us girls were abused
by t=3Dhim kn=
ow he has one of the smallest dicks you ever seen i inow now i
am in my twe=
nties he stole my childhood from me</p>
<p>here are some of the people he has screwed over with the
case you have a=
gainst him</p>
<p>we are going to bring him down we have lots more
informations for you&nb=
sp;</p>
<p>we will find a way only thing Chaddy Daddy cares about more
than his pen=
is is his money.   if you can cost him all his money maybe
you will sa=
ve many more young girls Daddy Chaddy CHAD KOEHN He  is a
PREDATOR</p>
<p>\ here the people he screwed.  I am on the team with
caassie is on =
our team lets nail this fucking son of a bitch put him in
```

prison so he can =
have a penis shoved down his face</p>
<p>Joe and Ladonna Newman</p>
<p>Email Address</p>
<p><a
href=3D"mailto:joenewmanhoxie@gmail.com">joenewmanhoxie@gmail.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Logan Golema</p>
<p>Email Address</p>
<p><a href=3D"mailto:lrgeode@gmail.com">lrgeode@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>William Cook Living Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:wwcokkconst@hotmail.com">wwcokkconst@hotmail.com
</a></=
p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Walt H. Harris</p>
<p>Email Address</p>
<p><a
href=3D"mailto:walts6589223@yahoo.com">walts6589223@yahoo.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Tim and Jennifer Brush</p>
<p>Email Address</p>
<p><a
href=3D"mailto:timbrush@brushart.com">timbrush@brushart.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>The Randy and Sue Ann Phillips Revocable Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:rmphillips1948@gmail.com">rmphillips1948@gmail.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder</p>

<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Tara Nelson and Anita Volskay</p>
<p>Email Address</p>
<p><a
href=3D"mailto:tmnelson41@gmail.com">tmnelson41@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
</p>
<p>Steve and Leslie Hess</p>
<p>Email Address</p>
<p><a
href=3D"mailto:shess@lesliehess.com">shess@lesliehess.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
</p>
<p>Stan Byquist</p>
<p>Email Address</p>
<p><a
href=3D"mailto:stancbyquist@gmail.com">stancbyquist@gmail.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;</p>
<p>Rosa Boyles</p>
<p>Email Address<br /> </p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
</p>
<p>Kyle and Kade Management Services, Inc Defined Benefit
Plan</p>
<p>Email Address</p>
<p><a
href=3D"mailto:ken.mcelroy@mccompanies.com">ken.mcelroy@mccompa
nies.c=
om</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;</p>
<p>Kyle and Kade Management Services, Inc Defined Benefit
Plan</p>

```
<p>Email Address</p>
<p><a
href=3D"mailto:ken.mcelroy@mccompanies.com">ken.mcelroy@mccompa
nies.c=
om</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;</p>
<p>Richard L. Bieker Living Trust</p>
<p>Email Address</p>
<p><a href=3D"mailto:rbieker@cox.net">rbieker@cox.net</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;</p>
<p>Reed Koehn</p>
<p>Email Address</p>
<p><a
href=3D"mailto:rtagalert@gmail.com">rtagalert@gmail.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;</p>
<p>Mark Lofing</p>
<p>Email Address</p>
<p><a
href=3D"mailto:lofing1971@icloud.com">lofing1971@icloud.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;</p>
<p>Laura Nelson</p>
<p>Email Address</p>
<p><a
href=3D"mailto:lnelsdon43@kc.rr.com">lnelsdon43@kc.rr.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>LaDonna Busch</p>
<p>Email Address</p>
<p><a
href=3D"mailto:s3jbusch@hotmail.com">s3jbusch@hotmail.com</a>
```

```
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Kelly and Rebecca Leon</p>
<p>Email Address</p>
<p><a href=3D"mailto:krleon@live.com">krleon@live.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Joey and Alison Errington</p>
<p>Email Address</p>
<p><a href=3D"mailto:joe67410@yahoo.com">joe67410@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;</p>
<p>Jason Bach</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jbach@frontiernet.net">jbach@frontiernet.net</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;o&mdash;</p>
<p>Edward Braun</p>
<p>Email Address</p>
<p><a
href=3D"mailto:joh0307@hotmail.com">joh0307@hotmail.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
</p>
<p>Debra L. Shirack Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:dshirack@hotmail.com">dshirack@hotmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
```

```
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;</p>
<p>Brad and Trisha Hake</p>
<p>Email Address</p>
<p><a href=3D"mailto:bthake@hotmail.com">bthake@hotmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;</p>
<p>Vince W Bengston Revocable Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:vince.bengston@chsinc.com">vince.bengston@chsinc
.com</=
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;</p>
<p>Travis and Trisha Scott</p>
<p>Email Address</p>
<p><a
href=3D"mailto:travis@waconaboats.com">travis@waconaboats.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;</p>
<p>Toni Renfro Trust UA</p>
<p>Email Address</p>
<p><a href=3D"mailto:threnfro@gmail.com">threnfro@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;</p>
<p>The Heather Jantz Trust No 1</p>
<p>Email Address</p>
<p><a href=3D"mailto:heather@jellc.net">heather@jellc.net</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
```

```
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;</p>
<p>Tany S. Mills Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:tmilss@tctwireless.net">tmilss@tctwireless.net</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Sylvia Sellard</p>
<p>Email Address</p>
<p><a
href=3D"mailto:sylsellard@yahoo.com">sylsellard@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Susan Deges</p>
<p>Email Address</p>
<p><a
href=3D"mailto:susanandjj2004@yahoo.com">susanandjj2004@yahoo.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Ronald and Sandra Stanley</p>
<p>Email Address</p>
<p><a
href=3D"mailto:rguystanley@yahoo.com">rguystanley@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Robert Sellard</p>
<p>Email Address</p>
<p><a
href=3D"mailto:sellardfarms@yahoo.com">sellardfarms@yahoo.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
```

```
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Michael Lietz</p>
<p>Email Address</p>
<p><a href=3D"mailto:mdlietz@gmail.com">mdlietz@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Mark and Connie Cole</p>
<p>Email Address</p>
<p><a
href=3D"mailto:TXGRL1@sbcglobal.net">TXGRL1@sbcglobal.net</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
</p>
<p>Kelly Dunn</p>
<p>Email Address</p>
<p><a href=3D"mailto:kdcinc31@cox.net">kdcinc31@cox.net</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;</p>
<p>John Horacek</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jonathan.horacek@gmail.com">jonathan.horacek@gma
il.com=
</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;</p>
<p>Jerry and Kalyn Diehl</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jerryddiehl@yahoo.com">jerryddiehl@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
```

```
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;</p>
<p>Jeff and Penny Montgomery</p>
<p>Email Address</p>
<p><a href=3D"mailto:jeffm41j@cox.net">jeffm41j@cox.net</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;</p>
<p>Darvin Strutt</p>
<p>Email Address</p>
<p><a href=3D"mailto:dtstrutt@st-tel.net">dtstrutt@st-
tel.net</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;</p>
<p>Charles and Marsha Weaver</p>
<p>Email Address</p>
<p><a href=3D"mailto:charmarco@aol.com">charmarco@aol.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;</p>
<p>Brian L. and Sally Keeler Trust No. 1</p>
<p>Email Address</p>
<p><a
href=3D"mailto:keeler.brian@gmail.com">keeler.brian@gmail.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>William Steinmetz</p>
<p>Email Address</p>
```

```
<p><a
href=3D"mailto:jamboreebill@gmail.com">jamboreebill@gmail.com</
a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>The DAR Revocable Trust UAD</p>
<p>Email Address</p>
<p><a href=3D"mailto:danrapp@cox.net">danrapp@cox.net</a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Steve Persinger Trust</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>Shanon Bengston</p>
<p>Email Address</p>
<p><a
href=3D"mailto:sjbengston@gmail.com">sjbengston@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;</p>
<p>Russell and Glenda Smith</p>
<p>Email Address</p>
<p><a
href=3D"mailto:smithnutrition@yahoo.com">smithnutrition@yahoo.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
```

```
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Ronald A. and Julie A. Stratman Revocable Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:ron@accurateelectric.com">ron@accurateelectric.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Name</p>
<p>Roger A. Anderson Revocable Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:rasalinarakansas@yahoo.com">rasalinarakansas@yah
oo.com=
</a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;</p>
<p>Robert and Debra Massey</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;</p>
<p>Richard L. And Susan M. Helvey Trust</p>
<p>Email Address</p>
<p><a href=3D"mailto:rlhelvey@yahoo.com">rlhelvey@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
```

```
<p>Rich Risewick</p>
<p>Email Address</p>
<p><a href=3D"mailto:sbibone@yahoo.com">sbibone@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Rich Risewick</p>
<p>Email Address</p>
<p><a href=3D"mailto:sbibone@yahoo.com">sbibone@yahoo.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Michael and Vanessa Fechter</p>
<p>Email Address</p>
<p><a
href=3D"mailto:mikefechter1989@gmail.com">mikefechter1989@gmail
.com</=
a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Michael and Rosie Braxmeyer</p>
<p>Email Address</p>
<p><a
href=3D"mailto:braxmeyer@hotmail.com">braxmeyer@hotmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Mark Ritter</p>
<p>Email Address</p>
<p><a
href=3D"mailto:rittermark794@gmail.com">rittermark794@gmail.com
</a></=
p>
```

```
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>Marion and Susan Dome</p>
<p>Email Address</p>
<p><a
href=3D"mailto:mrkstate1@gmail.com">mrkstate1@gmail.com</a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>Larry Summer</p>
<p>Email Address</p>
<p><a
href=3D"mailto:nwksfarmer@hotmail.com">nwksfarmer@hotmail.com</
a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>KSEZ Financial, LLC</p>
<p>Email Address</p>
<p><a href=3D"mailto:u2gasdoc@gmail.com">u2gasdoc@gmail.com</a
></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;</p>
<p>Name</p>
<p>Shanon Bengston</p>
<p>Email Address</p>
<p><a
href=3D"mailto:sjbengston@gmail.com">sjbengston@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
```

dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;</p>
<p>Joyce A. Barkman Living Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:joyce.barkman@gmail.com">joyce.barkman@gmail.com
</a></=
p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;</p>
<p>Jim and Sherri Fouts</p>
<p>Email Address</p>
<p><a
href=3D"mailto:sfouts3318@gmail.com">sfouts3318@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;</p>
<p>Ronald A. and Julie A. Stratman Revocable Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:ron@accurateelectric.com">ron@accurateelectric.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Jerry Short</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jerry@salinahomes.com">jerry@salinahomes.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Jerry and Diana Mihm</p>
<p>Email Address</p>

```
<p><a href=3D"mailto:jmihm@cox.net">jmihm@cox.net</a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>JD and Paula Sanderson</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Glenn Brands</p>
<p>Email Address</p>
<p><a
href=3D"mailto:glennbrands@ruraltel.net">glennbrands@ruraltel.n
et</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;</p>
<p>Eric and Valorie Everhart</p>
<p>Email Address</p>
<p><a
href=3D"mailto:ehartfish@yahoo.com">ehartfish@yahoo.com</a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Douglas W. Rempp Trust</p>
<p>Email Address</p>
<p><a href=3D"mailto:drempp1@gmail.com">drempp1@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Douglas and Sharon Loewen</p>
<p>Email Address</p>
<p><a
href=3D"mailto:douglowen17@gmail.com">douglowen17@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
```

```
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>David Huard</p>
<p>Email Address</p>
<p><a href=3D"mailto:drhuard@gmail.com">drhuard@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Darrell and Norma Griffin</p>
<p>Email Address</p>
<p><a
href=3D"mailto:hgriffin@ksbroadband.net">hgriffin@ksbroadband.n
et</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Daniel Walter</p>
<p>Email Address</p>
<p><a
href=3D"mailto:daniel@walterlawks.com">daniel@walterlawks.com</
a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;</p>
<p>Curtis and Lisa Weninger</p>
<p>Email Address</p>
<p><br /></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Craig and Melissa Piercy Trust</p>
<p>Email Address</p>
<p><a
href=3D"mailto:piercycraig@gmail.com">piercycraig@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
```

```
</p>
<p>Charlotte M. Regan</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;</p>
<p>Charles and Sandra Worden</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;</p>
<p>Brad and Christine Harding</p>
<p>Email Address</p>
<p><a
href=3D"mailto:bcharding@ruraltel.net">bcharding@ruraltel.net</
a></p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;</p>
<p>Bob Ott</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;</p>
<p>Bill and Vickie Kern</p>
<p>Email Address</p>
<p><a
href=3D"mailto:kernsales90@gmail.com">kernsales90@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
```

```
<p>Bik Wan Mar</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Ben Suing</p>
<p>Email Address</p>
<p><a href=3D"mailto:bensuing@live.com">bensuing@live.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>Barry Madden</p>
<p>Email Addres</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;</p=
>
<p>Adam and Jessica McMillin</p>
<p>Email Address</p>
<p><a
href=3D"mailto:adammcmillin@hotmail.com">adammcmillin@hotmail.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;</p>
<p>Aaron Jantz and Elizabeth Jantz</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
```

```
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;&mdash;&mdash;</p>
<p>Charles A Young and Claire D. Hanna</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>Greg and Mary Plott Trust</p>
<p>Email Address</p>
<p><a href=3D"mailto:mgjsb@hotmail.com">mgjsb@hotmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;</p>
<p>John McMahon</p>
<p>Email Address</p>
<p><a href=3D"mailto:jmac6204@gmail.com">jmac6204@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Michael Venters</p>
<p>Email Address</p>
<p><a href=3D"mailto:mrv325@gmail.com">mrv325@gmail.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;</p>
<p>MET Solutions LLC</p>
<p>Email Address</p>
```

```
<p><a
href=3D"mailto:dj@metsolutionsllc.com">dj@metsolutionsllc.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Alexandra Blanchard</p>
<p>Email Address</p>
<p><a
href=3D"mailto:lesiablanchard@cox.net">lesiablanchard@cox.net</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Jobadiah Weeks</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jobyweeks@gmail.com">jobyweeks@gmail.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Bill Barhydt</p>
<p>Email Address</p>
<p><a href=3D"mailto:bill@barhydt.net">bill@barhydt.net</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Brien Lundin</p>
<p>Email Address</p>
<p><a
href=3D"mailto:blundin@jeffersoncompanies.com">blundin@jefferso
ncompa=
nies.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
```

```
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;</p>
<p>Robert Solomon</p>
<p>Email Address<br /> </p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>ANT Holdings, LLC</p>
<p>Email Address</p>
<p>Actually Lesia Blanchard and Anthem Blanchard this is the
guy Daddy Chad=
dy is in bed with</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;</p>
<p>Anthony Fischler</p>
<p>Email Address</p>
<p><a
href=3D"mailto:anthony.fischler@gmail.com">anthony.fischler@gma
il.com=
</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;</p>
<p>Bnk to the Future AnthemGold SP</p>
<p>Email Address</p>
<p><a
href=3D"mailto:simon@banktothefuture.com">simon@banktothefuture
.com</=
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
```

```
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;</p>
<p>Cooper Collins</p>
<p>Email Address</p>
<p><a
href=3D"mailto:coopercollins@yahoo.com">coopercollins@yahoo.com
</a></=
p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;&mdash;</p>
<p>Brandon Belanger</p>
<p>Email Address</p>
<p><a
href=3D"mailto:brandonbelanger17@yahoo.com">brandonbelanger17@y
ahoo.c=
om</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;</p=
>
<p>Guy Martin</p>
<p>Email Address</p>
<p><a
href=3D"mailto:gnmartin@consolidated.net">gnmartin@consolidated
.net</=
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;</p>
<p>Mark Heatwole GST Exempt Trust</p>
<p>Email Address</p>
<p>Role(s)</p>
<p>Shareholder</p>
```

```
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Paul Aubert</p>
<p>Email Address</p>
<p><a
href=3D"mailto:paul@anthemvault.com">paul@anthemvault.com</a>
</p>
<p>Role(s)</p>
<p>Manager, Legal, Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&md
ash;&mdash;&=
mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&
mdash;&mdash;=
;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash
;&mdash;&mda=
sh;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Tracy Henckel</p>
<p>Email Address</p>
<p><a
href=3D"mailto:tlhenckel@outlook.com">tlhenckel@outlook.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;</p=
>
<p>Raul Garcia</p>
<p>Email Address</p>
<p><a
href=3D"mailto:raul.garcia@powerhousecopy.com">raul.garcia@powe
rhouse=
copy.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;</p>
<p>Andrew Fentiman</p>
```

```
<p>Email Address</p>
<p><a
href=3D"mailto:acfentiman@comcast.net">acfentiman@comcast.net</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;</p>
<p>Llavanva Fernando</p>
<p>Email Address</p>
<p><a
href=3D"mailto:llavan@zone24x7.com">llavan@zone24x7.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>StockVest Incorporated</p>
<p>Email Address</p>
<p><a href=3D"mailto:art@stockvest.com">art@stockvest.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Entrust Group FBO Jason Carstensen</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jtcarstensen2@gmail.com">jtcarstensen2@gmail.com
</a></=
p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Mark M. Heatwole</p>
<p>Email Address</p>
<p><a
href=3D"mailto:mheatwole5651@gmail.com">mheatwole5651@gmail.com
</a></=
p>
<p>Role(s)</p>
```

```
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Robert Koss</p>
<p>Email Address</p>
<p><a
href=3D"mailto:bobbykoss@icloud.com">bobbykoss@icloud.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Josh Peterson</p>
<p>Email Address</p>
<p><a
href=3D"mailto:100yardgain@gmail.com">100yardgain@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;</p>
<p>Summit 7 Ventures LLC</p>
<p>Email Address</p>
<p><a
href=3D"mailto:rickyfairchild@gmail.com">rickyfairchild@gmail.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;</p>
<p>Dianne Read Flippin</p>
<p>Email Address</p>
<p><a
href=3D"mailto:sweetgadi@consolidated.net">sweetgadi@consolidat
ed.net=
</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
```

```
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;</p>
<p>Jason Iacobucci</p>
<p>Email Address</p>
<p><a
href=3D"mailto:jiacobucci77@gmail.com">jiacobucci77@gmail.com</
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;</p>
<p>Steven Dakh</p>
<p>Email Address</p>
<p><a href=3D"mailto:steve@dakh.net">steve@dakh.net</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Michael Nelson</p>
<p>Email Address</p>
<p><a
href=3D"mailto:nelsontelco@gmail.com">nelsontelco@gmail.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Joe and Ladonna Newman</p>
<p>Email Address</p>
<p><a
href=3D"mailto:joenewmanhoxie@gmail.com">joenewmanhoxie@gmail.c
om</a>=
</p>
<p>Role(s)</p>
<p>Shareholder, Investor</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Dominik Zynis</p>
<p>Email Address</p>
```

```
<p><a
href=3D"mailto:dominik.zynis@gmail.com">dominik.zynis@gmail.com
</a></=
p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;</p>
<p>Michael Terpin</p>
<p>Email Address</p>
<p><a
href=3D"mailto:michael@transform.pr">michael@transform.pr</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p>Andrew Yashchuk</p>
<p>Email Address</p>
<p><a
href=3D"mailto:andrew.yashchuk@gmail.com">andrew.yashchuk@gmail
.com</=
a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;</p>
<p>Alexander Lopera</p>
<p>Email Address</p>
<p><a href=3D"mailto:lex5847@mac.com">lex5847@mac.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;</p>
<p>Tom Wingert</p>
<p>Email Address</p>
```

```
<p><a href=3D"mailto:salestecom@aol.com">salestecom@aol.com</a>
</p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;&mdash;&md=
ash;&mdash;</p>
<p>Eric Do</p>
<p>Email Address</p>
<p><a href=3D"mailto:avu_98@yahoo.com">avu_98@yahoo.com</a></p>
<p>Role(s)</p>
<p>Shareholder</p>
<p>&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mda
sh;&mdash;&m=
dash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&m
dash;&mdash;=
&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;
&mdash;&mdas=
h;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdash;&mdas
h;</p>
<p><br /></p>
<div id=3D"info"> </div>
</body></html>


--=_47ab18578410ae90b560f16c215316c3--
```