# EXHIBIT

# "A"

# To Follow . . .

---
MOTION TO DISQUALIFY CRAIG ALAN BRAND



LOGIN

CREATE A FREE ACCOUNT

HOME   NEWS CENTER   BLOG

Tuesday, September 27, 2022

# HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises, Raises $5 Million in its Series A Investment Round to Combat Trillions in Yearly Cybercrime Damages

**Share Article**



HeraSoft's ransomware-proof solution for cloud systems can be leveraged to guard against the growing number of cyber attacks directed against businesses and government organizations.

**BARTLESVILLE, OKLA. (PRWEB) MARCH 12, 2021**

HeraSoft announces a $5 million Series A led by United Capital Management of Kansas. HeraSoft, a leading ransomware-proof solution for enterprises, is set to support companies and government organizations to secure their cloud-based systems against ransomware and other cyber attacks. Such security threats are on the rise, with yearly global damages predicted to reach $10.5 trillion by 2025.

Ransomware attacks specifically are estimated to cost the world $20 billion, with an attack executed against a business every 11 seconds. The COVID-19 pandemic has resulted in an influx of complaints received by the FBI's Internet Crime Complaint Center, which spiked 3X more after March 2020. Healthcare providers, such as hospitals, are especially vulnerable because of the severe repercussions caused by ransomware and phishing scams.

"In light of more employees working from home because of the coronavirus and more data stored online than ever before, investment in cyber security will be a top priority for executives across industry verticals this year," expressed Anthem Blanchard, CEO of HeraSoft. "With the completion of our Series A raise, we look forward to supporting

> The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks

businesses and government organizations in protecting their systems against increasingly frequent and sophisticated cyber attacks."

Chad Koehn, president and founder of United Capital Management and a recent addition to the HeraSoft board shared, "The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks."

HeraSoft is a distributed cloud-based solution that eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. It can be customized for any enterprise, regardless of industry vertical, as a standalone solution or to enhance existing security.

For media inquiries, please contact info@herasoft.com and 512-766-5539.

About HeraSoft
The HeraSoftTM ransomware-proof solution (RPSTM) helps organizations be more secure, function faster and far less expensively than any traditional centralized enterprise cloud solution available today. HeraSoft's distributed solution eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. HeraSoft works as a stand-alone solution or can be layered on to enhance the existing software's security. By deploying HeraSoft, enterprises and government organizations can enhance both data cybersecurity and application cybersecurity across industries (ie., import/export, banking, health, etc.).

Share article on social media or email:



View article via:

 PDF    PRINT

### Contact Author

**HERASOFT**

HeraSoft
512-766-5539
Email >

**VISIT WEBSITE** 

  >  News Center  >



   

---

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

---

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

---

 

---

CREATE A FREE ACCOUNT 

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

- Topio Networks

- Dashboard
- Market Profiles
- Events
- Newsletters

- Featured Lists
  5G & Private Wireless EcosystemBlockchain LandscapeEdge Computing EcosystemEdge AI EcosystemData Platforms/Management EcosystemConnected Vehicles EcosystemAutonomous Vehicle Ecosystem LandscapeIntelligent Assistance and Bots EcosystemSD-WAN & SASE Ecosystem

- Work with Topio



e.g. Search profiles and

Login   Sign up

Login   Sign up

Edit
Company



# HeraSoft

Location: Houston, TX

Add to My Lists

more

Embed

[Terms](#)

HeraSoft provides a ransomware-proof solution for enterprises that protects cloud systems from cyber attacks. It uses a stack of protocol layers to maximize robustness and cost efficiencies. The company has developed a public protocol index layer that protects organizations from ransomware and other cyberattacks. The platform is anchored to Bitcoin and can help provide both data and application security.

[N/A](#)
[Employees](#)
[N/A](#)
[New Milestones](#)
[$5M](#)
[Total Funding](#)
[N/A](#)
[Related Companies](#)

### Founded in

2019

### Alias

HERA Software Development

### Industry

Security software

### Tags

[project management](#), [ransomware-proof solution](#), [cyberattacks](#), [cybersecurity](#), [cloud systems](#), [cloud security](#)
Privately Held
*Main Office*
*Headquarters*
#
*[Houston](#), [TX](#)*
*US*
N/A
N/A
[Web Site](#)
N/A

- [Milestones](#)
- [Related Companies](#)
- [Press Releases](#)
- [Funding](#)

[Edit](#)

View All

## HeraSoftMilestones

Mar
2021



**Finance/Funding**

**HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises, Raises $5 Million in its Series A Investment Round to Combat Trillions in Yearly Cybercrime Damages (Mar-2021)**

Source: www.prweb.com
Mon, Mar 15, 2021 by Anonymous user
Edit
View All

## HeraSoftLinks



**HeraSoft Team Leaves Ethereum, Citing High Gas Costs and Low Latency (Feb-2021)**

Source: cryptobriefing.com
Mon, Mar 15, 2021 by Anonymous user

## HeraSoftCompetitors

**There are no companies similar to HeraSoft**

## HeraSoftRelated Companies

**There are no companies similar to HeraSoft**

## HeraSoftFunding

[View All](#)
[Investors](#)

LEAD [United Capital Management of Kansas](#)
Represented by: [Chad Koehn](#)
Since Mar-2021

[View All](#)
[Funding History](#)

| Date | Stage/Series | Amount | Funding to Date |
|---|---|---|---|
| Mar-2021[*](#) | Seed | 5M | |

Investors: [United Capital Management of Kansas (lead)](#)

# HeraSoft Investments/Acquisitions

**No investment has been recorded for HeraSoft**

# HeraSoft Press Releases

**No press releases have been recorded for HeraSoft**

[Edit](#)
[View All](#)

# HeraSoft Offices

*Main Office*
*Headquarters*
*#*
*[Houston](#), [TX](#)*
*US*

# HeraSoft Products

**No producer has been recorded for HeraSoft**

# HeraSoft Topics of Conversations

**No discussions has been recorded for HeraSoft**

# HeraSoft Company Initiatives

**No company initiative has been recorded for HeraSoft**

# HeraSoftIndustry Segments

**No industry vertical has been recorded for HeraSoft**

View All

## HeraSoftRecommended Market Profiles (6)

Telemedicine
10,000 or More employees
19 companies
Big Data Universe List of Lists
10,000 or More employees
531 companies
Aggregated Marketing Technology
10,000 or More employees
2644 companies



About | Our Press Releases | Events | Newsletters | FAQ | Work with Topio | Privacy
© Copyright 2001 - 2022 Topio Networks
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## Company Site Map

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## People Site Map

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## Topic Site Map

CRYPTO • CYBERSECURITY • ENTERPRISE

# HeraSoft Looks To Stop Ransomware Attacks After $5M Series A

Chris Metinko    March 12, 2021



It is estimated a ransomware attack occurs every 11 seconds and that global ransomware damage costs could reach as much as $20 billion this year.

> Subscribe to the Crunchbase Daily

A blockchain solution company is looking to help organizations guard against such attacks after closing its Series A — but it is not based in Silicon Valley or Israel.

Bartlesville, Oklahoma-based HeraSoft announced a $5 million Series A led by United Capital Management of Kansas. The company has developed a public protocol index layer that protects organizations from ransomware and other cyberattacks. The platform is anchored to Bitcoin and can help provide both data and application security, said CEO Anthem Blanchard.

"We focus on helping make governments and private enterprises really have trusted software and trusted communications," Blanchard said.

# From gold to cybersecurity

HeraSoft's platform was actually spun out of AnthemGold — a cryptocurrency that allows users to buy gold with blockchain technology — with the company being officially founded about a year ago with a few thousands dollars in seed money, Blanchard said.

The company plans on using the new funding to help scale the company, adding to its sales and marketing, and continuing to develop software, he said.

HeraSoft currently has two government-related clients, but Blanchard sees the ability also to move into new enterprise verticals with its platform such as health care, robotics and even the growing  "non-fungible tokens" space — or NFTs — where people own a token on the blockchain for art, music, video clips and memes.

# Data and security

Chad Koehn, president and founder of United Capital Management, said he was referred to Blanchard by a friend for a software build he was doing, and became impressed with the security solution.

"After understanding what Anthem had developed I said, 'forget your software, I want to send you as much as I can scrape up for shares in your company,'" he

said.

With the new investment, HeraSoft is looking forward to a bright future in a growing sector. While there are large enterprise players such as SAP, which also use blockchain technology for aspects of security, Blanchard said the world of ransomware and cyberattacks is only expanding — especially with more data being exchanged online since the pandemic started.

"COVID and everyone working at home has just accelerated this market," he said.

Illustration: Li-Anne Dias.