# EXHIBIT

# “B”

# To Follow . . .

Line wrap

```
<!doctype html>
<html lang="en-US" class="no-js">
<head>
<meta charset="UTF-8">
<script type="text/javascript">
var gform;gform||(document.addEventListener("gform_main_scripts_loaded",function(){gform.scriptsLoaded=!0}),window.addEventListener("DOMCo
</script>
<meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1, user-scalable=0" /><meta name='robots' content='index

<title>Team - HeraSoft</title><link rel="preload" as="style" href="https://fonts.googleapis.com/css?family=Open%20Sans%3A300%2C400%2C600%2
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSKmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0460-052F, U+1C80-1C88, U+20B4, U+2DE0-2DFF, U+A640-A69F, U+FE2E-FE2F;
}
/* cyrillic */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSumu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0301, U+0400-045F, U+0490-0491, U+04B0-04B1, U+2116;
}
/* greek-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSOmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+1F00-1FFF;
}
/* greek */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSymu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0370-03FF;
}
/* hebrew */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS2mu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0590-05FF, U+200C-2010, U+20AA, U+25CC, U+FB1D-FB4F;
}
/* vietnamese */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSCmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0102-0103, U+0110-0111, U+0128-0129, U+0168-0169, U+01A0-01A1, U+01AF-01B0, U+1EA0-1EF9, U+20AB;
}
/* latin-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSGmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0100-024F, U+0259, U+1E00-1EFF, U+2020, U+20A0-20AB, U+20AD-20CF, U+2113, U+2C60-2C7F, U+A720-A7FF;
}
/* latin */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 300;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS-mu0SC55I.woff2) format('woff2');
  unicode-range: U+0000-00FF, U+0131, U+0152-0153, U+02BB-02BC, U+02C6, U+02DA, U+02DC, U+2000-206F, U+2074, U+20AC, U+2122, U+2191, U+219
}
/* cyrillic-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
```

```
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSKmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0460-052F, U+1C80-1C88, U+20B4, U+2DE0-2DFF, U+A640-A69F, U+FE2E-FE2F;
}
/* cyrillic */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSumu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0301, U+0400-045F, U+0490-0491, U+04B0-04B1, U+2116;
}
/* greek-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSOmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+1F00-1FFF;
}
/* greek */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSymu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0370-03FF;
}
/* hebrew */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS2mu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0590-05FF, U+200C-2010, U+20AA, U+25CC, U+FB1D-FB4F;
}
/* vietnamese */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSCmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0102-0103, U+0110-0111, U+0128-0129, U+0168-0169, U+01A0-01A1, U+01AF-01B0, U+1EA0-1EF9, U+20AB;
}
/* latin-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSGmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0100-024F, U+0259, U+1E00-1EFF, U+2020, U+20A0-20AB, U+20AD-20CF, U+2113, U+2C60-2C7F, U+A720-A7FF;
}
/* latin */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 400;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS-mu0SC55I.woff2) format('woff2');
  unicode-range: U+0000-00FF, U+0131, U+0152-0153, U+02BB-02BC, U+02C6, U+02DA, U+02DC, U+2000-206F, U+2074, U+20AC, U+2122, U+2191, U+219
}
/* cyrillic-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSKmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0460-052F, U+1C80-1C88, U+20B4, U+2DE0-2DFF, U+A640-A69F, U+FE2E-FE2F;
}
/* cyrillic */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSumu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0301, U+0400-045F, U+0490-0491, U+04B0-04B1, U+2116;
}
/* greek-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
```

```
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSOmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+1F00-1FFF;
}
/* greek */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSymu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0370-03FF;
}
/* hebrew */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS2mu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0590-05FF, U+200C-2010, U+20AA, U+25CC, U+FB1D-FB4F;
}
/* vietnamese */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSCmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0102-0103, U+0110-0111, U+0128-0129, U+0168-0169, U+01A0-01A1, U+01AF-01B0, U+1EA0-1EF9, U+20AB;
}
/* latin-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSGmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0100-024F, U+0259, U+1E00-1EFF, U+2020, U+20A0-20AB, U+20AD-20CF, U+2113, U+2C60-2C7F, U+A720-A7FF;
}
/* latin */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 600;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS-mu0SC55I.woff2) format('woff2');
  unicode-range: U+0000-00FF, U+0131, U+0152-0153, U+02BB-02BC, U+02C6, U+02DA, U+02DC, U+2000-206F, U+2074, U+20AC, U+2122, U+2191, U+219
}
/* cyrillic-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSKmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0460-052F, U+1C80-1C88, U+20B4, U+2DE0-2DFF, U+A640-A69F, U+FE2E-FE2F;
}
/* cyrillic */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSumu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0301, U+0400-045F, U+0490-0491, U+04B0-04B1, U+2116;
}
/* greek-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSOmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+1F00-1FFF;
}
/* greek */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSymu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0370-03FF;
}
/* hebrew */
@font-face {
  font-family: 'Open Sans';
```

```
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS2mu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0590-05FF, U+200C-2010, U+20AA, U+25CC, U+FB1D-FB4F;
}
/* vietnamese */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSCmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0102-0103, U+0110-0111, U+0128-0129, U+0168-0169, U+01A0-01A1, U+01AF-01B0, U+1EA0-1EF9, U+20AB;
}
/* latin-ext */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTSGmu0SC55K5gw.woff2) format('woff2');
  unicode-range: U+0100-024F, U+0259, U+1E00-1EFF, U+2020, U+20A0-20AB, U+20AD-20CF, U+2113, U+2C60-2C7F, U+A720-A7FF;
}
/* latin */
@font-face {
  font-family: 'Open Sans';
  font-style: normal;
  font-weight: 700;
  font-stretch: 100%;
  font-display: swap;
  src: url(/fonts.gstatic.com/s/opensans/v34/memvYaGs126MiZpBA-UvWbX2vVnXBbObj2OVTS-mu0SC55I.woff2) format('woff2');
  unicode-range: U+0000-00FF, U+0131, U+0152-0153, U+02BB-02BC, U+02C6, U+02DA, U+02DC, U+2000-206F, U+2074, U+20AC, U+2122, U+2191, U+219
}
</style><noscript><link rel="stylesheet" href="https://fonts.googleapis.com/css?family=Open%20Sans%3A300%2C400%2C600%2C700&#038;subset=lat
<meta name="description" content="HeraSoft eliminates single points of failure that make traditional, centralized cloud-based cyber securi
<link rel="canonical" href="https://herasoft.com/team/" />
<meta property="og:locale" content="en_US" />
<meta property="og:type" content="article" />
<meta property="og:title" content="Team" />
<meta property="og:description" content="HeraSoft eliminates single points of failure that make traditional, centralized cloud-based cyber
<meta property="og:url" content="https://herasoft.com/team/" />
<meta property="og:site_name" content="Herasoft" />
<meta property="article:publisher" content="https://www.facebook.com/HeraSoftUSA" />
<meta property="article:modified_time" content="2022-08-06T09:21:45+00:00" />
<meta property="og:image" content="https://herasoft.com/wp-content/uploads/2021/07/Screen-Shot-2021-04-08-at-6.30.30-PM-980x496-1-1.png" /
<meta property="og:image:width" content="980" />
<meta property="og:image:height" content="496" />
<meta property="og:image:type" content="image/png" />
<meta name="twitter:card" content="summary_large_image" />
<meta name="twitter:site" content="@hera_software" />
<meta name="twitter:label1" content="Est. reading time" />
<meta name="twitter:data1" content="7 minutes" />
<script type="application/ld+json" class="yoast-schema-graph">{"@context":"https://schema.org","@graph":[{"@type":["WebPage","AboutPage"],
<meta name="geo.placename" content="Bartlesville" />
<meta name="geo.region" content="United States (US)" />

<link rel='dns-prefetch' href='//www.googletagmanager.com' />
<link rel='dns-prefetch' href='//fonts.googleapis.com' />
<link href='https://fonts.gstatic.com' crossorigin rel='preconnect' />
<link rel="alternate" type="application/rss+xml" title="Herasoft &raquo; Feed" href="https://herasoft.com/feed/" />
<link rel="alternate" type="application/rss+xml" title="Herasoft &raquo; Comments Feed" href="https://herasoft.com/comments/feed/" />
<style type="text/css">
img.wp-smiley,
img.emoji {
    display: inline !important;
    border: none !important;
    box-shadow: none !important;
    height: 1em !important;
    width: 1em !important;
    margin: 0 0.07em !important;
    vertical-align: -0.1em !important;
    background: none !important;
    padding: 0 !important;
}
</style>
<link rel='stylesheet' id='wp-block-library-css' href='https://herasoft.com/wp-includes/css/dist/block-library/style.min.css?ver=6.0.2' ty
<style id='global-styles-inline-css' type='text/css'>
body{--wp--preset--color--black: #000000;--wp--preset--color--cyan-bluish-gray: #abb8c3;--wp--preset--color--white: #ffffff;--wp--preset--
</style>
<link rel='stylesheet' id='salient-social-css' href='https://herasoft.com/wp-content/plugins/salient-social/css/style.css?ver=1.2' type='t
<style id='salient-social-inline-css' type='text/css'>

  .sharing-default-minimal .nectar-love.loved,
  body .nectar-social[data-color-override="override"].fixed > a:before,
  body .nectar-social[data-color-override="override"].fixed .nectar-social-inner a,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a:hover {
    background-color: #d83800;
  }
  .nectar-social.hover .nectar-love.loved,
  .nectar-social.hover > .nectar-love-button a:hover,
  .nectar-social[data-color-override="override"].hover > div a:hover,
  #single-below-header .nectar-social[data-color-override="override"].hover > div a:hover,
  .nectar-social[data-color-override="override"].hover .share-btn:hover,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a {
```

```
    border-color: #d83800;
  }
  #single-below-header .nectar-social.hover .nectar-love.loved i,
  #single-below-header .nectar-social.hover[data-color-override="override"] a:hover,
  #single-below-header .nectar-social.hover[data-color-override="override"] a:hover i,
  #single-below-header .nectar-social.hover .nectar-love-button a:hover i,
  .nectar-love:hover i,
  .hover .nectar-love:hover .total_loves,
  .nectar-love.loved i,
  .nectar-social.hover .nectar-love.loved .total_loves,
  .nectar-social.hover .share-btn:hover,
  .nectar-social[data-color-override="override"].hover .nectar-social-inner a:hover,
  .nectar-social[data-color-override="override"].hover > div:hover span,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a:not(:hover) i,
  .sharing-default-minimal .nectar-social[data-color-override="override"] .nectar-social-inner a:not(:hover) {
    color: #d83800;
  }
</style>
<link rel='stylesheet' id='uaf_client_css-css' href='https://herasoft.com/wp-content/uploads/useanyfont/uaf.css?ver=1660862786' type='text
<link rel='stylesheet' id='font-awesome-css' href='https://herasoft.com/wp-content/themes/salient/css/font-awesome-legacy.min.css?ver=4.7.
<link rel='stylesheet' id='salient-grid-system-css' href='https://herasoft.com/wp-content/themes/salient/css/grid-system.css?ver=13.0.5' t
<link rel='stylesheet' id='main-styles-css' href='https://herasoft.com/wp-content/themes/salient/css/style.css?ver=13.0.5' type='text/css'
<style id='main-styles-inline-css' type='text/css'>
html body[data-header-resize="1"] .container-wrap, html body[data-header-format="left-header"][data-header-resize="0"] .container-wrap, ht
</style>
<link rel='stylesheet' id='responsive-css' href='https://herasoft.com/wp-content/themes/salient/css/responsive.css?ver=13.0.5' type='text/
<link rel='stylesheet' id='skin-material-css' href='https://herasoft.com/wp-content/themes/salient/css/skin-material.css?ver=13.0.5' type=
<link rel='stylesheet' id='salient-wp-menu-dynamic-css' href='https://herasoft.com/wp-content/uploads/salient/menu-dynamic.css?ver=42756'
<link rel='stylesheet' id='js_composer_front-css' href='https://herasoft.com/wp-content/plugins/js_composer_salient/assets/css/js_composer
<link rel='stylesheet' id='popup-maker-site-css' href='https://herasoft.com/wp-content/plugins/popup-maker/assets/css/pum-site.min.css?ver
<style id='popup-maker-site-inline-css' type='text/css'>
/* Popup Google Fonts */
@import url('//fonts.googleapis.com/css?family=Montserrat:100');

/* Popup Theme 2605: Content Only - For use with page builders or block editor */
.pum-theme-2605, .pum-theme-content-only { background-color: rgba( 0, 0, 0, 0.70 ) }
.pum-theme-2605 .pum-container, .pum-theme-content-only .pum-container { padding: 0px; border-radius: 0px; border: 1px none #000000; box-s
.pum-theme-2605 .pum-title, .pum-theme-content-only .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2,
.pum-theme-2605 .pum-content, .pum-theme-content-only .pum-content { color: #8c8c8c; font-family: inherit; font-weight: 400 }
.pum-theme-2605 .pum-content + .pum-close, .pum-theme-content-only .pum-content + .pum-close { position: absolute; height: 18px; width: 18

/* Popup Theme 2601: Hello Box */
.pum-theme-2601, .pum-theme-hello-box { background-color: rgba( 0, 0, 0, 0.75 ) }
.pum-theme-2601 .pum-container, .pum-theme-hello-box .pum-container { padding: 30px; border-radius: 80px; border: 14px solid #81d742; box-
.pum-theme-2601 .pum-title, .pum-theme-hello-box .pum-title { color: #2d2d2d; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.
.pum-theme-2601 .pum-content, .pum-theme-hello-box .pum-content { color: #2d2d2d; font-family: inherit; font-weight: 100 }
.pum-theme-2601 .pum-content + .pum-close, .pum-theme-hello-box .pum-content + .pum-close { position: absolute; height: auto; width: auto;

/* Popup Theme 2602: Cutting Edge */
.pum-theme-2602, .pum-theme-cutting-edge { background-color: rgba( 0, 0, 0, 0.50 ) }
.pum-theme-2602 .pum-container, .pum-theme-cutting-edge .pum-container { padding: 18px; border-radius: 0px; border: 1px none #000000; box-
.pum-theme-2602 .pum-title, .pum-theme-cutting-edge .pum-title { color: #ffffff; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2,
.pum-theme-2602 .pum-content, .pum-theme-cutting-edge .pum-content { color: #ffffff; font-family: inherit; font-weight: 100 }
.pum-theme-2602 .pum-content + .pum-close, .pum-theme-cutting-edge .pum-content + .pum-close { position: absolute; height: 24px; width: 24

/* Popup Theme 2603: Framed Border */
.pum-theme-2603, .pum-theme-framed-border { background-color: rgba( 255, 255, 255, 0.50 ) }
.pum-theme-2603 .pum-container, .pum-theme-framed-border .pum-container { padding: 18px; border-radius: 0px; border: 20px outset #dd3333;
.pum-theme-2603 .pum-title, .pum-theme-framed-border .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2
.pum-theme-2603 .pum-content, .pum-theme-framed-border .pum-content { color: #2d2d2d; font-family: inherit; font-weight: 100 }
.pum-theme-2603 .pum-content + .pum-close, .pum-theme-framed-border .pum-content + .pum-close { position: absolute; height: 20px; width: 2

/* Popup Theme 2604: Floating Bar - Soft Blue */
.pum-theme-2604, .pum-theme-floating-bar { background-color: rgba( 255, 255, 255, 0.00 ) }
.pum-theme-2604 .pum-container, .pum-theme-floating-bar .pum-container { padding: 8px; border-radius: 0px; border: 1px none #000000; box-s
.pum-theme-2604 .pum-title, .pum-theme-floating-bar .pum-title { color: #505050; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2,
.pum-theme-2604 .pum-content, .pum-theme-floating-bar .pum-content { color: #505050; font-family: inherit; font-weight: 400 }
.pum-theme-2604 .pum-content + .pum-close, .pum-theme-floating-bar .pum-content + .pum-close { position: absolute; height: 18px; width: 18

/* Popup Theme 2599: Light Box */
.pum-theme-2599, .pum-theme-lightbox { background-color: rgba( 0, 0, 0, 0.60 ) }
.pum-theme-2599 .pum-container, .pum-theme-lightbox .pum-container { padding: 18px; border-radius: 3px; border: 8px solid #000000; box-sha
.pum-theme-2599 .pum-title, .pum-theme-lightbox .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2, 0.2
.pum-theme-2599 .pum-content, .pum-theme-lightbox .pum-content { color: #000000; font-family: inherit; font-weight: 100 }
.pum-theme-2599 .pum-content + .pum-close, .pum-theme-lightbox .pum-content + .pum-close { position: absolute; height: 26px; width: 26px;

/* Popup Theme 2600: Enterprise Blue */
.pum-theme-2600, .pum-theme-enterprise-blue { background-color: rgba( 0, 0, 0, 0.70 ) }
.pum-theme-2600 .pum-container, .pum-theme-enterprise-blue .pum-container { padding: 28px; border-radius: 5px; border: 1px none #000000; b
.pum-theme-2600 .pum-title, .pum-theme-enterprise-blue .pum-title { color: #315b7c; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2,
.pum-theme-2600 .pum-content, .pum-theme-enterprise-blue .pum-content { color: #2d2d2d; font-family: inherit; font-weight: 100 }
.pum-theme-2600 .pum-content + .pum-close, .pum-theme-enterprise-blue .pum-content + .pum-close { position: absolute; height: 28px; width:

/* Popup Theme 2598: Default Theme */
.pum-theme-2598, .pum-theme-default-theme { background-color: rgba( 255, 255, 255, 1.00 ) }
.pum-theme-2598 .pum-container, .pum-theme-default-theme .pum-container { padding: 18px; border-radius: 0px; border: 1px none #000000; box
.pum-theme-2598 .pum-title, .pum-theme-default-theme .pum-title { color: #000000; text-align: left; text-shadow: 0px 0px 0px rgba( 2, 2, 2
.pum-theme-2598 .pum-content, .pum-theme-default-theme .pum-content { color: #8c8c8c; font-family: inherit; font-weight: 400; font-style:
.pum-theme-2598 .pum-content + .pum-close, .pum-theme-default-theme .pum-content + .pum-close { position: absolute; height: auto; width: a

#pum-5803 {z-index: 1999999999}
#pum-5810 {z-index: 1999999999}
#pum-5533 {z-index: 1999999999}
#pum-5518 {z-index: 1999999999}
#pum-5435 {z-index: 1999999999}
#pum-2687 {z-index: 1999999999}
#pum-2690 {z-index: 1999999999}
#pum-2697 {z-index: 1999999999}
```

```
#pum-2702 {z-index: 1999999999}
#pum-2705 {z-index: 1999999999}
#pum-2708 {z-index: 1999999999}
#pum-2711 {z-index: 1999999999}
#pum-2714 {z-index: 1999999999}
#pum-2717 {z-index: 1999999999}
#pum-2720 {z-index: 1999999999}
#pum-2723 {z-index: 1999999999}
#pum-2726 {z-index: 1999999999}
#pum-2607 {z-index: 1999999999}
#pum-2606 {z-index: 1999999999}

</style>
<link rel='stylesheet' id='gform_basic-css' href='https://herasoft.com/wp-content/plugins/gravityforms/css/basic.min.css?ver=2.5.16' type=
<link rel='stylesheet' id='gform_theme_ie11-css' href='https://herasoft.com/wp-content/plugins/gravityforms/css/theme-ie11.min.css?ver=2.5
<link rel='stylesheet' id='gform_theme-css' href='https://herasoft.com/wp-content/plugins/gravityforms/css/theme.min.css?ver=2.5.16' type=
<link rel='stylesheet' id='dynamic-css-css' href='https://herasoft.com/wp-content/themes/salient/css/salient-dynamic-styles.css?ver=17873'
<style id='dynamic-css-inline-css' type='text/css'>
#header-space{background-color:#ffffff}@media only screen and (min-width:1000px){body #ajax-content-wrap.no-scroll{min-height:calc(100vh -
</style>
<link rel='stylesheet' id='salient-child-style-css' href='https://herasoft.com/wp-content/themes/salient-child/style.css?ver=13.0.5' type=
<link rel='stylesheet' id='moove_gdpr_frontend-css' href='https://herasoft.com/wp-content/plugins/gdpr-cookie-compliance/dist/styles/gdpr-
<style id='moove_gdpr_frontend-inline-css' type='text/css'>
#moove_gdpr_cookie_modal,#moove_gdpr_cookie_info_bar,.gdpr_cookie_settings_shortcode_content{font-family:Nunito,sans-serif}#moove_gdpr_sav
</style>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/jquery/jquery.min.js?ver=3.6.0' id='jquery-core-js'></script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/jquery/jquery-migrate.min.js?ver=3.3.2' id='jquery-migrate-js'></s

<script type='text/javascript' src='https://www.googletagmanager.com/gtag/js?id=UA-199818641-1' id='google_gtagjs-js' async></script>
<script type='text/javascript' id='google_gtagjs-js-after'>
window.dataLayer = window.dataLayer || [];function gtag(){dataLayer.push(arguments);}
gtag('set', 'linker', {"domains":["herasoft.com"]} );
gtag("js", new Date());
gtag("set", "developer_id.dZTNiMT", true);
gtag("config", "UA-199818641-1", {"anonymize_ip":true});
gtag("config", "G-PXD6MMC95S");
</script>

<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/jquery.json.min.js?ver=2.5.16' i
<script type='text/javascript' id='gform_gravityforms-js-extra'>
/* <![CDATA[ */
var gform_i18n = {"datepicker":{"days":{"monday":"Mon","tuesday":"Tue","wednesday":"Wed","thursday":"Thu","friday":"Fri","saturday":"Sat",
var gf_global = {"gf_currency_config":{"name":"U.S. Dollar","symbol_left":"$","symbol_right":"","symbol_padding":"","thousand_separator":"
var gf_legacy_multi = {"7":""};
var gf_global = {"gf_currency_config":{"name":"U.S. Dollar","symbol_left":"$","symbol_right":"","symbol_padding":"","thousand_separator":"
var gf_legacy_multi = {"7":""};
var gf_global = {"gf_currency_config":{"name":"U.S. Dollar","symbol_left":"$","symbol_right":"","symbol_padding":"","thousand_separator":"
var gf_legacy_multi = {"7":""};
/* ]]> */
</script>
<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/gravityforms.min.js?ver=2.5.16'
<link rel="https://api.w.org/" href="https://herasoft.com/wp-json/" /><link rel="alternate" type="application/json" href="https://herasoft
<link rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://herasoft.com/wp-includes/wlwmanifest.xml" />
<meta name="generator" content="WordPress 6.0.2" />
<link rel='shortlink' href='https://herasoft.com/?p=5832' />
<link rel="alternate" type="application/json+oembed" href="https://herasoft.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fherasoft.com%2F
<link rel="alternate" type="text/xml+oembed" href="https://herasoft.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fherasoft.com%2Fteam%2F&
<meta name="generator" content="Site Kit by Google 1.83.0" /><meta name="keywords" content="cloud computing solutions companies, gamificat
: <script type="text/javascript" src="https://secure.pump8walk.com/js/221007.js"></script>
<noscript><img alt="" src="https://secure.pump8walk.com/221007.png" style="display:none;" /></noscript><script type="text/javascript"> var
<script async src="https://www.googletagmanager.com/gtag/js?id=G-NQ6Z16XL0X"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());

  gtag('config', 'G-NQ6Z16XL0X');
</script>

<meta name="google-adsense-platform-account" content="ca-host-pub-2644536267352236">
<meta name="google-adsense-platform-domain" content="sitekit.withgoogle.com">

<style type="text/css">.recentcomments a{display:inline !important;padding:0 !important;margin:0 !important;}</style><meta name="generator
<style type="text/css">.broken_link, a.broken_link {
    text-decoration: line-through;
}</style><meta name="generator" content="Powered by Slider Revolution 6.5.31 - responsive, Mobile-Friendly Slider Plugin for WordPress wit
<link rel="icon" href="https://herasoft.com/wp-content/uploads/2021/07/Icon-2-100x100.jpg" sizes="32x32" />
<link rel="icon" href="https://herasoft.com/wp-content/uploads/2021/07/Icon-2.jpg" sizes="192x192" />
<link rel="apple-touch-icon" href="https://herasoft.com/wp-content/uploads/2021/07/Icon-2.jpg" />
<meta name="msapplication-TileImage" content="https://herasoft.com/wp-content/uploads/2021/07/Icon-2.jpg" />
<script>function setREVStartSize(e){
            //window.requestAnimationFrame(function() {
                window.RSIW = window.RSIW===undefined ? window.innerWidth : window.RSIW;
                window.RSIH = window.RSIH===undefined ? window.innerHeight : window.RSIH;
                try {
                    var pw = document.getElementById(e.c).parentNode.offsetWidth,
                        newh;
                    pw = pw===0 || isNaN(pw) || (e.l=="fullwidth" || e.layout=="fullwidth") ? window.RSIW : pw;
                    e.tabw = e.tabw===undefined ? 0 : parseInt(e.tabw);
                    e.thumbw = e.thumbw===undefined ? 0 : parseInt(e.thumbw);
                    e.tabh = e.tabh===undefined ? 0 : parseInt(e.tabh);
                    e.thumbh = e.thumbh===undefined ? 0 : parseInt(e.thumbh);
                    e.tabhide = e.tabhide===undefined ? 0 : parseInt(e.tabhide);
                    e.thumbhide = e.thumbhide===undefined ? 0 : parseInt(e.thumbhide);
                    e.mh = e.mh===undefined || e.mh=="" || e.mh==="auto" ? 0 : parseInt(e.mh,0);
                    if(e.layout==="fullscreen" || e.l==="fullscreen")
                        newh = Math.max(e.mh,window.RSIH);
                    else{
```

```
                        e.gw = Array.isArray(e.gw) ? e.gw : [e.gw];
                        for (var i in e.rl) if (e.gw[i]===undefined || e.gw[i]===0) e.gw[i] = e.gw[i-1];
                        e.gh = e.el===undefined || e.el==="" || (Array.isArray(e.el) && e.el.length==0)? e.gh : e.el;
                        e.gh = Array.isArray(e.gh) ? e.gh : [e.gh];
                        for (var i in e.rl) if (e.gh[i]===undefined || e.gh[i]===0) e.gh[i] = e.gh[i-1];

                        var nl = new Array(e.rl.length),
                            ix = 0,
                            sl;
                        e.tabw = e.tabhide>=pw ? 0 : e.tabw;
                        e.thumbw = e.thumbhide>=pw ? 0 : e.thumbw;
                        e.tabh = e.tabhide>=pw ? 0 : e.tabh;
                        e.thumbh = e.thumbhide>=pw ? 0 : e.thumbh;
                        for (var i in e.rl) nl[i] = e.rl[i]<window.RSIW ? 0 : e.rl[i];
                        sl = nl[0];
                        for (var i in nl) if (sl>nl[i] && nl[i]>0) { sl = nl[i]; ix=i;}
                        var m = pw>(e.gw[ix]+e.tabw+e.thumbw) ? 1 : (pw-(e.tabw+e.thumbw)) / (e.gw[ix]);
                        newh =  (e.gh[ix] * m) + (e.tabh + e.thumbh);
                    }
                    var el = document.getElementById(e.c);
                    if (el!==null && el) el.style.height = newh+"px";
                    el = document.getElementById(e.c+"_wrapper");
                    if (el!==null && el) {
                        el.style.height = newh+"px";
                        el.style.display = "block";
                    }
                } catch(e){
                    console.log("Failure at Presize of Slider:" + e)
                }
            //});
          };</script>
<style type="text/css" id="wp-custom-css">
            .gf_google_sms_otp {display: flex; margin-bottom: 20px;}
body.material .page-header-no-bg { padding-top: 60px;}
.firebaseui-card-header {display: none;}
button.firebaseui-id-submit.firebaseui-button.mdl-button.mdl-js-button.mdl-button--raised.mdl-button--colored {
padding: 0px 25px!important;}
.full-width-section img {display: inline-block;}
label.gfield_label {font-size: 16px!important;color: #000;}
body:not(.nectar-no-flex-height) {min-height: calc(100vh - 32px);top: -27px; position: relative;margin-bottom: -27px;}
#header-space {height: 90px!important;}
div#popmake-5533 {background: #000;}
body.material #header-outer #top nav > ul #social-in-menu a { display: inherit!important;}
body.material #header-outer #top nav > ul #social-in-menu a:after {
content: unset!important;}
.ginput_container.ginput_recaptcha.gform-initialized {justify-content: center; width: 100%; display: inline-flex;}
input.gform_button.button { margin: 0 auto!important; display: block!important;}
.blog_next_prev_buttons {margin-top: 0px;}
.post .content-inner {padding-bottom: 10px;}
h1.section-heading.xl {font-size: 5.5rem;line-height: 3.5rem;}
.main-content > .row > #breadcrumbs.yoast {padding: 20px 0;display: none;}
.comments-section {display: none;}
h1.entry-title {color: #e74c2e;}
div#single-below-header span {
color: #000!important;}
.blog-title #single-meta .nectar-social.hover .share-btn, .blog-title #single-meta .nectar-social.hover>div a, .single .blog-title #single
.single #page-header-bg .blog-title #single-meta .nectar-social.hover > div a, .single #page-header-bg .blog-title #single-meta > div a, .
.single #page-header-bg #single-meta div span, .single #page-header-bg #single-meta > div a, .single #page-header-bg #single-meta > div i
.article-content-wrap {padding: 5%!important;}
.blog-recent[data-style*="classic_enhanced"][data-color-scheme="light"] h3.title {
font-size: 16px;color: #eb4c2f!important;}
.excerpt{font-size: 16px;color: #000;}
.orange {color: #d83800!important;}
.section-heading.xl {font-size: 5.5rem;line-height: 4.5rem;}
h2.section-heading.xl.cs {font-size: 64px;}
a.nectar-button.n-sc-button.medium.\#fff span {color: #fff;}
ul.ftl li{font-size: 16px;}
.nectar-fancy-box .inner {padding-bottom: 0%;}
p.popup.pum-trigger {background: #eb4c2f;color: #fff;text-align: center;width: 50%;line-height: 45px;font-size: 18px;margin: 0 auto;}
.pop-s a {margin: 0 7px;}
.pop-s{display: flex;}
.pum-content.popmake-content ul li {color: #000;}
.pum-container.pum-responsive.pum-responsive-medium {border: 1px solid #eb4c2f;}
.page-header-bg-image {background: #f2f2f2!important;}
#page-header-bg h1 {color: #eb4c2f!important;}
.soc a, .add p, ul.fts li a {font-size: 16px;}
input#input_7_1_3, input#input_7_1_6, input#input_7_2, input#input_7_3, textarea#input_7_4 {border-bottom: 2px solid #d83800;font-weight:
a.p-btn, input#gform_submit_button_7 {font-size: 20px;color: #fff; background: #d83800;padding: 1.5% 10% 2% 10%!important;border-radius: 4
@media only screen and (max-width: 768px) {
.firebaseui-recaptcha-container iframe {
    width: 70%;
    overflow: hidden;
    border-right: 1px solid #d7d7d7;
}
body:not(.nectar-no-flex-height) {min-height: calc(100vh - 32px);top: -46px;position: relative;margin-bottom: -46px;}
.top-row {display: block;}
.top-col {width: 100%;}
.top-col li a {font-size: 12px!important;line-height: 22px!important;text-transform: capitalize;}
#slide-out-widget-area .secondary-header-text, body #slide-out-widget-area .inner-wrap .inner .nectar-header-text-content {padding: 30px 1
ul.top-ul li {margin: 0px!important;}
ul.soc-l {float: left!important;}
ul.soc-l li a i::after {display: none;}
h1.section-heading.xl {font-size: 3.5rem;line-height: 3.5rem;}
.section-heading.xl {font-size: 30px;line-height: 2rem;}
h2.section-heading.xl.cs {font-size: 56px;line-height: 0.9;}
header#top {border-bottom: 0;}}     </style>
<style type="text/css" data-type="vc_custom-css">.co1{background-image: url(http://herasoft.com/wp-content/uploads/2021/07/intro-bg-2-3.jp
background-size: cover;
```

```
background-position-x: right;
background-position-y: bottom left;
background-repeat: no-repeat;}
.cbg{background-color: rgba(33,33,33,0.85);}

.co2 {
background-color: #e8e5dc;
background-size: initial;background-repeat: no-repeat;
background-position: top right;
background-image: url(http://herasoft.com/wp-content/uploads/2021/07/b-3.png);}

.co3 {
background-color: #e8e5dc;
background-size: initial;background-repeat: no-repeat;
background-position: top right;
background-image: url(http://herasoft.com/wp-content/uploads/2021/07/intro-bg-2-3.jpg);}

.co4{background-image: url(http://herasoft.com/wp-content/uploads/2021/07/world-1.jpg);
background-color: #df492c;
background-size: cover;
background-position-x: center;
background-position-y: center;
height: 650px;
width: 90%;
left: 38px;}

p.cp::after {content: "▪";color: rgb(235, 76, 47);display: contents;position: absolute;right: -0.7em;top: 0.7em;font-size: 0.6em;font-fami
.sh{text-shadow: 0px 3px 7px #000; font-size: 30px;width: 90%;}
img.img-with-animation.skip-lazy.rad.animated-in {border-radius: 100%;}
.pum-content.popmake-content p {color: #000;padding-bottom: 0px;}</style><style type="text/css" data-type="vc_shortcodes-custom-css">.vc_c
<script type="text/javascript">
    (function(window, document) {

        if(navigator.userAgent.match(/(Android|iPod|iPhone|iPad|BlackBerry|IEMobile|Opera Mini)/)) {
            document.body.className += " using-mobile-browser ";
        }

        if( !("ontouchstart" in window) ) {

            var body = document.querySelector("body");
            var winW = window.innerWidth;
            var bodyW = body.clientWidth;

            if (winW > bodyW + 4) {
                body.setAttribute("style", "--scroll-bar-w: " + (winW - bodyW - 4) + "px");
            } else {
                body.setAttribute("style", "--scroll-bar-w: 0px");
            }
        }

    })(window, document);
  </script><a href="#ajax-content-wrap" class="nectar-skip-to-content">Skip to main content</a><div class="ocm-effect-wrap"><div class="o
<div id="header-space" data-header-mobile-fixed='1'></div>
<div id="header-outer" data-has-menu="true" data-has-buttons="no" data-header-button_style="default" data-using-pr-menu="false" data-mobil
<div id="search-outer" class="nectar">
<div id="search">
<div class="container">
<div id="search-box">
<div class="inner-wrap">
<div class="col span_12">
<form role="search" action="https://herasoft.com/" method="GET">
<input type="text" name="s" value="" aria-label="Search" placeholder="Search" />
<span>Hit enter to search or ESC to close</span>
</form>
</div>
</div>
</div>
<div id="close"><a href="#"><span class="screen-reader-text">Close Search</span>
<span class="close-wrap"> <span class="close-line close-line1"></span> <span class="close-line close-line2"></span> </span> </a></div>
</div>
</div>
</div>
<header id="top">
<div class="container">
<div class="row">
<div class="col span_3">
<a id="logo" href="https://herasoft.com" data-supplied-ml-starting-dark="false" data-supplied-ml-starting="false" data-supplied-ml="false"
<img class="stnd skip-lazy dark-version" width="1344" height="291" alt="Herasoft" src="https://herasoft.com/wp-content/uploads/2021/07/her
</div>
<div class="col span_9 col_last">
<div class="slide-out-widget-area-toggle mobile-icon slide-out-from-right" data-custom-color="false" data-icon-animation="simple-transform
<div> <a href="#sidewidgetarea" aria-label="Navigation Menu" aria-expanded="false" class="closed">
<span class="screen-reader-text">Menu</span><span aria-hidden="true"> <i class="lines-button x2"> <i class="lines"></i> </i> </span>
</a></div>
</div>
<nav>
<ul class="sf-menu">
<li id="menu-item-4250" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-home nectar-regular-menu-item menu-item-
<li id="menu-item-1873" class="menu-item menu-item-type-post_type menu-item-object-page current-menu-ancestor current-menu-parent current_
<ul class="sub-menu">
<li id="menu-item-5847" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-5847"><a href="
<li id="menu-item-5844" class="menu-item menu-item-type-post_type menu-item-object-page current-menu-item page_item page-item-5832 current
<li id="menu-item-5507" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-5507"><a href="
</ul>
</li>
<li id="menu-item-1943" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children nectar-regular-menu-item me
<ul class="sub-menu">
<li id="menu-item-2157" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2157"><a href="
```

```
<li id="menu-item-2217" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2217"><a href="
<li id="menu-item-2230" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2230"><a href="
<li id="menu-item-2238" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2238"><a href="
</ul>
</li>
<li id="menu-item-4438" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children nectar-regular-menu-item me
<ul class="sub-menu">
<li id="menu-item-4302" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4302"><a href="
<li id="menu-item-4287" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4287"><a href="
<li id="menu-item-4309" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4309"><a href="
<li id="menu-item-4306" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-4306"><a href="
</ul>
</li>
<li id="menu-item-2012" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-2012"><a href="
<li id="menu-item-2379" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children nectar-regular-menu-item me
<ul class="sub-menu">
<li id="menu-item-3099" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-3099"><a href="
<li id="menu-item-3100" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-3100"><a href="
<li id="menu-item-3101" class="menu-item menu-item-type-post_type menu-item-object-page nectar-regular-menu-item menu-item-3101"><a href="
</ul>
</li>
</ul>
<ul class="buttons sf-menu" data-user-set-ocm="off">
</ul>
</nav>
</div>
</div>
</div>
</header>
</div>
<div id="ajax-content-wrap">
<div class="container-wrap">
<div class="container main-content">
<div class="row">
<p id="breadcrumbs" class="yoast"><span><span><a href="https://herasoft.com/">Home</a> » <span class="breadcrumb_last" aria-current="page">
<div id="fws_632ef61b7fde1" data-column-margin="default" data-midnight="light" data-top-percent="13%" data-bottom-percent="13%" class="wpb
<div class="vc_col-sm-2 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-8 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="section-heading xl cs">Our Team<span class="orange" style="font-size: 28px;">•</span></h2>
</div>
</div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInRight fadeInRight">
<div class="wpb_wrapper">
<h3 class="orange">Our mission is advancing yours</h3>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-2 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_632ef61b802c9" data-column-margin="default" data-midnight="dark" data-top-percent="7%" data-bottom-percent="5%" class="wpb_ro
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<p style="font-weight: bold;">&#8220;HeraSoft’s customized and standard software builds have never been pressed with yester-years antiquat
<p style="font-weight: bold;">We don’t need to play catch-up. Being nimbler and faster in our Enterprise builds, we understand our clients
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 25px;" class="divider"></div></div><div id="fws_632ef61b80ee6" data
<div class="vc_col-sm-3 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " d
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="112" width="112" data-animation="fade-in-from-left" src="https://herasof
</div>
</div>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-9 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet padding-3-percent
```

```
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInRight fadeInRight">
<div class="wpb_wrapper">
<h3 style="color: #fff; line-height: 44px;">We empower a growing range of industries, including <span class="orange">banking</span>, <span
</div>
</div>
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_632ef61b815a2" data-column-margin="default" data-midnight="dark" data-top-percent="3%" data-bottom-percent="3%" class="wpb_ro
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="left-stripes1 section-heading xl cs">Team<span class="orange" style="font-size: 20px; bottom: -2px; position: relative;">•</spa
</div>
</div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h3 class="orange">Meet our leadership team</h3>
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 50px;" class="divider"></div></div><div id="fws_632ef61b818b4" data
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">ANTHEM BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder and CEO</strong></p>
<p id="#anthem" class="anthem popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">CYNTHIA BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder/President of HeraSoft</strong></p>
<p id="#cynthia" class="cynthia popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit_
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-c
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
```

```
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">TONY ZIRNOON</h3>
<p style="text-align: center;"><strong>Strategic Advisor</strong></p>
<p id="#tony" class="tony popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_632ef61b825d7" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy rad" data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-c
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">Bret Hartman</h3>
<p style="text-align: center;"><strong>Security Expert</strong></p>
<p id="#bret" class="bret popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div><div class="divider-wrap"
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">GIL GILLIAM</h3>
<p style="text-align: center;"><strong>Chief Customer Officer</strong></p>
<p id="#gil" class="gil popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-c
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">AUSTIN DAVIS</h3>
<p style="text-align: center;"><strong>Chief Revenue Officer</strong></p>
<p id="#austin" class="austin popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_632ef61b832ec" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">LOGAN GOLEMA</h3>
<p style="text-align: center;"><strong>Chief Technology officer</strong></p>
<p id="#logan" class="logan popup">View More</p>
</div>
</div>
</div>
```

```
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">JOSH GUNTER</h3>
<p style="text-align: center;"><strong>Chief Administrative Officer</strong></p>
<p id="#josh" class="josh popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="223" width="223" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">DONOVAN FARROW</h3>
<p style="text-align: center;"><strong>CISO &#8211; Chief Information Security Officer</strong></p>
<p id="#donovan" class="donovan popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_632ef61b84175" data-column-margin="default" data-midnight="dark" data-top-percent="3%" data-bottom-percent="3%" class="wpb_ro
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col padding-2-percent inherit_tablet inherit_phone " data-padding
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInLeft fadeInLeft">
<div class="wpb_wrapper">
<h2 class="left-stripes1 section-heading xl cs">Board of Directors<span class="orange" style="font-size: 20px; bottom: -2px; position: rel
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 50px;" class="divider"></div></div><div id="fws_632ef61b843df" data
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">ANTHEM BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder and CEO</strong></p>
<p id="#anthem" class="anthem popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
```

```
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="none"
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="none" src="https://herasoft.com/wp-cont
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">CYNTHIA BLANCHARD</h3>
<p style="text-align: center;"><strong>Co-Founder/President of HeraSoft</strong></p>
<p id="#cynthia" class="cynthia popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-c
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">MARK HEATWOLE</h3>
<p style="text-align: center;"><strong>Co-Founder and the President/Chief Operating Officer of TheraMind Services</strong></p>
<p id="#mark" class="mark popup">View More</p>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_632ef61b84cf5" data-midnight="" data-column-margin="20px" class="wpb_row vc_row-fluid vc_row inner_row  vc_row-o-
<div style="" class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column padding-3-percent inherit_tablet inherit
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay" style="opacity: 1
<div class="wpb_wrapper">
<div class="img-with-aniamtion-wrap center" data-max-width="100%" data-max-width-mobile="default" data-shadow="none" data-animation="fade-
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="160" width="160" data-animation="fade-in" src="https://herasoft.com/wp-c
</div>
</div>
</div>
</div><div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div>
<div class="wpb_text_column wpb_content_element  wpb_animate_when_almost_visible wpb_fadeInUp fadeInUp">
<div class="wpb_wrapper">
<h3 class="orange" style="text-align: center;">COOPER COLLINS</h3>
<p style="text-align: center;"><strong>CEO of Dominion Aesthetic Technologies </strong></p>
<p id="#cooper" class="cooper popup">View More</p>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-4 wpb_column column_container vc_column_container col child_column boxed no-extra-padding inherit_tablet inherit_pho
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
<div id="fws_632ef61b85323" data-column-margin="default" data-midnight="light" class="wpb_row vc_row-fluid vc_row full-width-content  vc_r
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-padding-p
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-11 co4 wpb_column column_container vc_column_container col no-extra-padding inherit_tablet inherit_phone " data-over
<div class="vc_column-inner"><div class="column-bg-overlay-wrap" data-bg-animation="none"><div class="column-bg-overlay"></div><div class=
<div class="wpb_wrapper">
<div id="fws_632ef61b854a0" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " style=""><div cl
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " d
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
```

```
<div class="vc_col-sm-9 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet padding-2-percent
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element ">
<div class="wpb_wrapper">
<h2 class="sh">We help enterprise and government organizations be more secure and gamification function faster at less cost.</h2>
</div>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-2 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " d
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
</div></div>
<div id="contact" data-column-margin="default" data-midnight="dark" data-top-percent="3%" data-bottom-percent="3%" class="wpb_row vc_row-f
<div class="vc_col-sm-12 wpb_column column_container vc_column_container col centered-text padding-6-percent inherit_tablet inherit_phone
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div id="fws_632ef61b85a1e" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " style=""><div cl
<div class="vc_col-sm-12 wpb_column column_container vc_column_container col child_column has-animation no-extra-padding inherit_tablet in
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  vc_custom_1638539395274" style=" max-width: 700px; display: inline-block;">
<div class="wpb_wrapper">
<h1 class="hs1">Contact Us<span class="orange">.</span></h1>
</div>
</div>
<div class="divider-wrap" data-alignment="default"><div style="height: 10px;" class="divider"></div></div><div class="img-with-aniamtion-w
<div class="inner">
<div class="hover-wrap">
<div class="hover-wrap-inner">
<img class="img-with-animation skip-lazy " data-delay="0" height="40" width="29" data-animation="fade-in" src="https://herasoft.com/wp-con
</div>
</div>
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_632ef61b85dbd" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " styl
<div class="vc_col-sm-12 wpb_column column_container vc_column_container col child_column has-animation no-extra-padding inherit_tablet in
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class="wpb_text_column wpb_content_element  vc_custom_1638533728453">
<div class="wpb_wrapper">
<p>Thank you for your interest in <strong><a href="https://herasoft.com/">HeraSoft</a></strong>. To speak with a sales representative, ple
</div>
</div>
</div>
</div>
</div>
</div></div><div id="fws_632ef61b85f47" data-midnight="" data-column-margin="default" class="wpb_row vc_row-fluid vc_row inner_row  " styl
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col child_column has-animation no-extra-padding inherit_tablet inh
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
<div class="vc_col-sm-10 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone "
<div class="vc_column-inner">
<div class="wpb_wrapper">
<div class='gf_browser_unknown gform_wrapper gravity-theme' id='gform_wrapper_7'><form method='post' enctype='multipart/form-data' id='gfo
<input type='hidden' class='gforms-pum' value='{"closepopup":false,"closedelay":0,"openpopup":false,"openpopup_id":0}' />
<div class='gform_body gform-body'><div id='gform_fields_7' class='gform_fields top_label form_sublabel_below description_below'><fieldset
<span id='input_7_1_3_container' class='name_first'>
<input type='text' name='input_1.3' id='input_7_1_3' value='' aria-required='false' placeholder='First Name' />
<label for='input_7_1_3' class='hidden_sub_label screen-reader-text'>First</label>
</span>
<span id='input_7_1_6_container' class='name_last'>
<input type='text' name='input_1.6' id='input_7_1_6' value='' aria-required='false' placeholder='Last Name' />
<label for='input_7_1_6' class='hidden_sub_label screen-reader-text'>Last</label>
</span>
</div></fieldset><div id="field_7_2" class="gfield gf_left_half gfield--width-half gfield_contains_required field_sublabel_below field_des
<input name='input_2' id='input_7_2' type='text' value='' class='large' placeholder='Email' aria-required="true" aria-invalid="false" />
</div></div><div id="field_7_3" class="gfield gf_right_half gfield--width-half field_sublabel_below field_description_below hidden_label g
<div class='gform_footer top_label'> <input type='submit' id='gform_submit_button_7' class='gform_button button' value='SUBMIT' onclick='i
<input type='hidden' class='gform_hidden' name='is_submit_7' value='1' />
<input type='hidden' class='gform_hidden' name='gform_submit' value='7' />
<input type='hidden' class='gform_hidden' name='gform_unique_id' value='' />
<input type='hidden' class='gform_hidden' name='state_7' value='WyJbXSIsImMxYzllZjIxOGE2Mzc1Zjk1MWJlNWRjOWEwNjM4Mzg2Il0=' />
<input type='hidden' class='gform_hidden' name='gform_target_page_number_7' id='gform_target_page_number_7' value='0' />
<input type='hidden' class='gform_hidden' name='gform_source_page_number_7' id='gform_source_page_number_7' value='1' />
<input type='hidden' name='gform_field_values' value='' />
</div>
</form>
</div>
</div>
</div>
</div>
<div class="vc_col-sm-1 wpb_column column_container vc_column_container col child_column no-extra-padding inherit_tablet inherit_phone " d
```

```
<div class="vc_column-inner">
<div class="wpb_wrapper">
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>
</div></div>
</div>
</div>
</div>

<div id="footer-outer" data-midnight="light" data-cols="3" data-custom-color="true" data-disable-copyright="false" data-matching-section-c
<div id="footer-widgets" data-has-widgets="true" data-cols="3">
<div class="container">
<div class="row">
<div class="col span_4">
<div id="custom_html-3" class="widget_text widget widget_custom_html"><div class="textwidget custom-html-widget"><div style="width: 85%;">
<h3 style="letter-spacing: 1px;font-size: 20px; ">ABOUT<span class="orange" style="font-size: 16px;bottom: -2px;
position: relative;">•</span>
</h3>
<p style="font-size: 16px;">
At HeraSoftTM, we apply distributed cloud, ransomware-proof software (RPSTM) to solve the world’s toughest enterprise and cyber security,
<img src="data:image/svg+xml,%3Csvg%20xmlns='http://www.w3.org/2000/svg'%20viewBox='0%200%200%200'%3E%3C/svg%3E" alt="logo" data-lazy-src=
</div></div></div> </div>
<div class="col span_4">
<div id="custom_html-4" class="widget_text widget widget_custom_html"><div class="textwidget custom-html-widget"><h3 style="letter-spacing
position: relative;">•</span>
</h3>
<br>
<ul class="ftl">
<li><a href="https://herasoft.com/">HOME</a></li>
<li><a href="https://herasoft.com/company/">COMPANY</a></li>
<li><a href="https://herasoft.com/solutions/">SOLUTIONS</a></li>
<li><a href="https://herasoft.com/products/">PRODUCTS</a></li>
<li><a href="https://herasoft.com/learn/">LEARN</a></li>
<li><a href="https://herasoft.com/privacy-policy/">PRIVACY POLICY</a></li>
<li><a href="https://herasoft.com/contact-us/">CONTACT US</a></li>
</ul></div></div>
</div>
<div class="col span_4">
<div id="custom_html-5" class="widget_text widget widget_custom_html"><div class="textwidget custom-html-widget"><h3 style="letter-spacing
position: relative;">•</span>
</h3></div></div><div id="block-3" class="widget widget_block"><div class="soc">
<a href="https://herasoft.com/sales/"><i class="far fa-angle-double-right"></i> Sales Enquiry</a><br>
<a href="https://herasoft.com/human-resources/"><i class="far fa-angle-double-right"></i> Corporate Enquiry</a><br>
<a href="https://herasoft.com/press-and-media-enquires/"><i class="far fa-angle-double-right"></i> Media Enquiry</a><p></p>
<p><a href="https://www.linkedin.com/company/hera-software-development/"><i class="fa fa-linkedin" aria-hidden="true"></i>
LinkedIn</a><br>
<a href="https://www.facebook.com/HeraSoftUSA"><i class="fa fa-facebook-square" aria-hidden="true"></i>
Facebook</a><br>
<a href="https://instagram.com/herasoft"><i class="fa fa-instagram" aria-hidden="true"></i>
Instagram</a><br>
<a href="https://g.page/r/Ce8JaDWAfUBOEAE"><i class="fa fa-google" aria-hidden="true"></i>
Google</a><br>
<a href="https://vimeo.com/herasoft"><i class="fa fa-vimeo" aria-hidden="true"></i>
Vimeo</a><br>
<a href="https://www.youtube.com/channel/UClXlNisQuwdMahHkEENNNtg"><i class="fa fa-youtube" aria-hidden="true"></i>
Youtube</a>
</p>
</div></div>
</div>
</div>
</div>
</div>
<div class="row" id="copyright" data-layout="default">
<div class="container">
<div class="col span_5">
<p>© 2021. All Rights Reserved. | HeraSoft<span style="font-size: 30px" class="orange">.</span></p>
</div>
<div class="col span_7 col_last">
<ul class="social">
</ul>
</div>
</div>
</div>
</div>
<div id="slide-out-widget-area-bg" class="slide-out-from-right dark">
</div>
<div id="slide-out-widget-area" class="slide-out-from-right" data-dropdown-func="separate-dropdown-parent-link" data-back-txt="Back">
<div class="inner-wrap">
<div class="inner" data-prepend-menu-mobile="false">
<a class="slide_out_area_close" href="#"><span class="screen-reader-text">Close Menu</span>
<span class="close-wrap"> <span class="close-line close-line1"></span> <span class="close-line close-line2"></span> </span> </a>
<div class="off-canvas-menu-container mobile-only">
<ul class="menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-home menu-item-4250"><a href="https://herasoft.com/">Home</a
<li class="menu-item menu-item-type-post_type menu-item-object-page current-menu-ancestor current-menu-parent current_page_parent current_
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-5847"><a href="https://herasoft.com/about-us/">About Us</a><
<li class="menu-item menu-item-type-post_type menu-item-object-page current-menu-item page_item page-item-5832 current_page_item menu-item
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-5507"><a href="https://herasoft.com/custom-software-developm
</ul>
</li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children menu-item-1943"><a href="https://herasoft.com/d
<ul class="sub-menu">
```

```
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2157"><a href="https://herasoft.com/enterprise-security-solu
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2217"><a href="https://herasoft.com/finance-solutions/">Fina
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2230"><a href="https://herasoft.com/logistics-solutions/">Lo
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2238"><a href="https://herasoft.com/gamification-solutions/"
</ul>
</li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children menu-item-4438"><a href="https://herasoft.com/p
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4302"><a href="https://herasoft.com/herastamp/">HeraStamp</a
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4287"><a href="https://herasoft.com/herapass-user-management
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4309"><a href="https://herasoft.com/heraflow/">HeraFlow</a><
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-4306"><a href="https://herasoft.com/heravault-blockchain/">H
</ul>
</li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-2012"><a href="https://herasoft.com/learn/">Learn</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-has-children menu-item-2379"><a href="https://herasoft.com/c
<ul class="sub-menu">
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-3099"><a href="https://herasoft.com/sales/">Sales</a></li>
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-3100"><a href="https://herasoft.com/press-and-media-enquires
<li class="menu-item menu-item-type-post_type menu-item-object-page menu-item-3101"><a href="https://herasoft.com/human-resources/">Corpor
</ul>
</li>
</ul>
<ul class="menu secondary-header-items">
</ul>
</div>
</div>
<div class="bottom-meta-wrap"></div></div>
</div>
</div>
<a id="to-top" class="
        "><i class="fa fa-angle-up"></i></a>
</div></div>
<script>
            window.RS_MODULES = window.RS_MODULES || {};
            window.RS_MODULES.modules = window.RS_MODULES.modules || {};
            window.RS_MODULES.waiting = window.RS_MODULES.waiting || [];
            window.RS_MODULES.defered = true;
            window.RS_MODULES.moduleWaiting = window.RS_MODULES.moduleWaiting || {};
            window.RS_MODULES.type = 'compiled';
        </script>
<div id="pum-5803" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-5803" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">DONOVAN FARROW</h2>
<h3>CISO &#8211; Chief Information Security Officer</h3>
<p><P>He brings over twenty years of experience working for Schlumberger Oilfield Services, Loves Travel Stops, Chesapeake Energy and NTT
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://www.linkedin.com/in/donovan-farrow" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-5810" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-5810" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">TONY ZIRNOON</h2>
<h3>Strategic Advisor</h3>
<p><P>Tony is a trusted advisor to cybersecurity startups, incubators, and accelerators in Silicon Valley with extensive experience defini
<p>Tony has proven track record defining security strategies, OEM and GTM plans while exceeding goals as security sales overlay leader, de
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://www.linkedin.com/in/zirnoon/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-5518" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-5518" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<div class="ef">
<img src="data:image/svg+xml,%3Csvg%20xmlns='http://www.w3.org/2000/svg'%20viewBox='0%200%20200%200'%3E%3C/svg%3E" alt="heralabs" width="2
<h3 style="color: #fff;padding-bottom: 20px;">Fill out the form below to be contacted by a <span class="orange">HeraLabs</span> representa
<script type="text/javascript"></script>
<div class='gf_browser_unknown gform_wrapper gravity-theme' id='gform_wrapper_7'><form method='post' enctype='multipart/form-data' id='gfo
<input type='hidden' class='gforms-pum' value='{"closepopup":false,"closedelay":0,"openpopup":false,"openpopup_id":0}' />
<div class='gform_body gform-body'><div id='gform_fields_7' class='gform_fields top_label form_sublabel_below description_below'><fieldset
<span id='input_7_1_3_container' class='name_first'>
<input type='text' name='input_1.3' id='input_7_1_3' value='' aria-required='false' placeholder='First Name' />
<label for='input_7_1_3' class='hidden_sub_label screen-reader-text'>First</label>
</span>
<span id='input_7_1_6_container' class='name_last'>
<input type='text' name='input_1.6' id='input_7_1_6' value='' aria-required='false' placeholder='Last Name' />
<label for='input_7_1_6' class='hidden_sub_label screen-reader-text'>Last</label>
</span>
</div></fieldset><div id="field_7_2" class="gfield gf_left_half gfield--width-half gfield_contains_required field_sublabel_below field_des
<input name='input_2' id='input_7_2' type='text' value='' class='large' placeholder='Email' aria-required="true" aria-invalid="false" />
</div></div><div id="field_7_3" class="gfield gf_right_half gfield--width-half field_sublabel_below field_description_below hidden_label g
<div class='gform_footer top_label'> <input type='submit' id='gform_submit_button_7' class='gform_button button' value='SUBMIT' onclick='i
<input type='hidden' class='gform_hidden' name='is_submit_7' value='1' />
<input type='hidden' class='gform_hidden' name='gform_submit' value='7' />
```

```
<input type='hidden' class='gform_hidden' name='gform_unique_id' value='' />
<input type='hidden' class='gform_hidden' name='state_7' value='WyJbXSIsImMxYzllZjIxOGE2Mzc1Zjk1MWJlNWRjOWEwNjM4Mzg2Il0=' />
<input type='hidden' class='gform_hidden' name='gform_target_page_number_7' id='gform_target_page_number_7' value='0' />
<input type='hidden' class='gform_hidden' name='gform_source_page_number_7' id='gform_source_page_number_7' value='1' />
<input type='hidden' name='gform_field_values' value='' />
</div>
</form>
</div></div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-5435" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-5435" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">BRET HARTMAN</h2>
<h3>Security Expert</h3>
<p><P>Bret Hartman has over thirty years of experience building information security solutions for major enterprises. His expertise includ
<P>As Vice President and Chief Technology Officer, Bret Hartman was responsible for defining the corporate security technology strategy fo
<P>Bret Hartman's previous roles include Director of Technical Services for SOA Appliances at IBM Corporation; Vice President of Technolog
<P>Bret Hartman holds a B.S. in Computer Science &#038; Engineering from the Massachusetts Institute of Technology and an M.S. in Computer
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://www.linkedin.com/in/bret-hartman-6313a/%20" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"><
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2687" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2687" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">CYNTHIA BLANCHARD</h2>
<h3>Co-Founder/President of HeraSoft</h3>
<h4 class="orange">Noted business leader, entrepreneur, author and artist</h4>
<ul>
<li>
<div>Co-founder of Anthem Vault and board member, Anthem Holding Company</div>
</li>
<li>
<div>Formerly owned Harry Max Music Publishing Company</div>
</li>
<li>
<div>Authored the novel <i>Humanville</i> and sang background vocals on numerous albums, including for Reba McEntire and Mindy McCready</d
</li>
<li>
<div>Bachelor of Science from Oklahoma State University and master's studies in Arts Administration</div>
</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2690" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2690" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">CRAIG ALAN BRAND, ESQ.</h2>
<h3>Special Cyber &amp; Legal Counsel HeraSoft/Hercules</h3>
<h4 class="orange">30+ Year Global Legal and Policy Expert With Disciplines Surrounding All Aspects Of Crypto-Currencies, Cyber-Security, 
<ul>
<li>Senior Partner at the Brand Law Firm P.A., Mystic Law, P.A., and Mystic Enterprises, Inc.
</li>
<li>Shareholder &amp; Special Counsel for HeraSoft. Specializing in Crypto and Cyber laws and technologies
</li>
<li>Practiced within multiple State and Federal Courts throughout the USA.  Member of the Trial Bar
</li>
<li>Vice-President and board member, Los Sueños, Del Mar: Jaco, Costa Rica
</li>
<li>Former CEO of Farmacia Express, Rx, Ltd;  Florida Office of the State Attorney; Corporate Counsel for Larkin Community Hospital and it
</li>
<li>Expert legal areas of practice include: Cyber-Security, Blue Gas Technologies, Crypto, Pharmaceutical, Financial/ White-collar crimes
</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2697" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2697" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">SHIRA RUBINOFF</h2>
<h3>Chief Strategy Officer</h3>
<h4 class="orange">Recognized cybersecurity and blockchain executive/advisor/author</h4>
```

```
<ul>
<li>Global keynote speaker and influencer who has built two cybersecurity product companies and led multiple women-in-technology efforts</
<li>Published author (<i>Cyber Minds</i> – Packt Publishing) and articles on cybersecurity, blockchain and related topics</li>
<li>Holds patents in areas related to the application of psychology to improve information technology and cybersecurity</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2702" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2702" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">UBI NETO</h2>
<h3>Chief Technology Officer</h3>
<h4 class="orange">Open source software contributor and technologist enthusiast, helping companies build, scale and deliver software solut
<ul>
<li>Software engineer experience across gaming, banking, mobility and cybersecurity</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2705" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2705" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">GIL GILLIAM</h2>
<h3>Chief Customer Officer</h3>
<h4 class="orange">30+ year veteran of major telecom, cable, internet and cybersecurity companies</h4>
<ul>
<li>Early innovator in the development and launch of internet services</li>
<li>Decades of technology-focused product and customer management experience</li>
<li>Seasoned start-up business operations executive</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2708" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2708" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">AUSTIN DAVIS</h2>
<h3>Chief Revenue Officer</h3>
<h4 class="orange">Expertise in building technology companies; engineering, consulting and education in digital media and blockchain techn
<ul>
<li>Founder of CommunityElectricity.io, Plouton Group Renewable Datacenter and Blockchain Beach and other technology ventures</li>
<li>Strategic advisor to top companies such as MeWe.com and CasperLabs</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2711" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2711" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">LOGAN GOLEMA</h2>
<h3>Chief Innovation Officer</h3>
<h4 class="orange">Provider of innovative digital solutions for platforms operating on the cutting edge of blockchain technology</h4>
<ul>
<li>Founding CTO of Hercules protocol</li>
<li>Decade-long Bitcoin and blockchain entrepreneur</li>
<li>Partner of MetaverseMinds Web3 Research Accelerator &amp; Think Tank</li>
<li>Chairman and head coach, Cayman Islands Olympic Fencing Federation</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2714" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
```

```
<div id="popmake-2714" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">JOSH GUNTER</h2>
<h3>Chief Administrative Officer</h3>
<h4 class="orange">Experienced operations manager with a demonstrated history of working in the precious metals and blockchain industries<
<ul>
<li>Blockchain innovator since 2010</li>
<li>20 years of sales experience</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2717" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2717" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">DALE D. TAKIO</h2>
<h3>Special Cyber Projects and Business Development Advisor</h3>
<h4 class="orange">Entrepreneur and senior-level sales and marketing executive with 20+ year proven track record</h4>
<ul>
<li>Founder and CEO, Taktik Enterprises, Inc., THAT Travel Solution, LLC, THAT Travel Solution Mobile, LLC d/b/s SmartSIM USA, Circle Conc
<li>CMO, Mystic Enterprises, Inc.</li>
<li>Former senior sales director at the fastest growing company in history, Groupon, where he initiated and led the launch of Groupon Geta
<li>Former national director of sales and operations at Sysco, Inc. and Sysco Brand Ventures, where he developed a new technology division
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2720" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2720" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">MARK HEATWOLE</h2>
<h3>Co-Founder and the President/Chief Operating Officer of TheraMind Services</h3>
<ul>
<li>Formerly served as president of Priva Technologies, a technology company engaged in the design and development of a unique platform fo
<li>Formerly a capital partner at Winston &amp; Strawn, LLP, specializing in corporate finance and mergers and acquisitions in high techno
<li>Graduate of Washington &amp; Lee University in Lexington, VA, with a Bachelor of Arts and a Doctor of Law, specializing in banking, co
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2723" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2723" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">COOPER COLLINS</h2>
<h3>CEO of Dominion Aesthetic Technologies</h3>
<ul>
<li>Biotech hedge fund manager for Sigma Bleyzer</li>
<li>Chairman of the board for Fortis BioPharma</li>
<li>Formerly CEO and president of Pernix Therapeutics</li>
<li>Member of YPO Houston</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2726" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2726" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">CHAD KOEHN</h2>
<h3>President and Founder of United Capital Management, Inc.</h3>
<ul>
<li>Almost 30 years of investment industry experience</li>
<li>Entrenched in the world’s largest barter system (Bitcoin) for the past five years</li>
<li>Business Economics degree with an emphasis in accounting from Tabor College</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
```

```
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>
<div id="pum-2607" class="pum pum-overlay pum-theme-2598 pum-theme-default-theme popmake-overlay click_open" data-popmake="{&quot;id&quot;
<div id="popmake-2607" class="pum-container popmake theme-2598 pum-responsive pum-responsive-medium responsive size-medium">
<div class="pum-content popmake-content" tabindex="0">
<h2 class="orange">ANTHEM BLANCHARD</h2>
<h3>Co-Founder and CEO</h3>
<h4 class="orange">Entrepreneur and pioneer in utilizing public blockchain protocols to solve business problems</h4>
<ul>
<li>Board member of Pernix Therapeutics</li>
<li>Director of strategy and marketing, GoldMoney; increasing total value held from $1M to $400M</li>
<li>Rare coin and bullion in his family, Blanchard &amp; Company was once the world’s largest</li>
</ul>
<div class="pop-s">
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-envelope" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-linkedin" aria-hidden="true"></i></a><br />
<a href="https://herasoft.com/" rel="noopener" target="_blank"><i class="fa fa-twitter" aria-hidden="true"></i></a>
</div>
</div>
<button type="button" class="pum-close popmake-close" aria-label="Close">
CLOSE </button>
</div>
</div>

<aside id="moove_gdpr_cookie_info_bar" class="moove-gdpr-info-bar-hidden moove-gdpr-align-center moove-gdpr-dark-scheme gdpr_infobar_posti
<div class="moove-gdpr-info-bar-container">
<div class="moove-gdpr-info-bar-content">
<div class="moove-gdpr-cookie-notice">
<p>We are using cookies to give you the best experience on our website.</p>
<p>You can find out more about which cookies we are using or switch them off in <span role="link" tabindex="1" data-href="#moove_gdpr_cook
</div>

<div class="moove-gdpr-button-holder">
<button class="mgbutton moove-gdpr-infobar-allow-all gdpr-fbo-0" aria-label="Accept" tabindex="1" role="button">Accept</button>
</div>
 </div>

</div>

</aside>

<script type="text/html" id="wpb-modifications"></script><link rel='stylesheet' id='vc_animate-css-css' href='https://herasoft.com/wp-cont
<link rel='stylesheet' id='fancyBox-css' href='https://herasoft.com/wp-content/themes/salient/css/plugins/jquery.fancybox.css?ver=3.3.1' t
<link rel='stylesheet' id='nectar-ocm-core-css' href='https://herasoft.com/wp-content/themes/salient/css/off-canvas/core.css?ver=13.0.5' t
<link rel='stylesheet' id='nectar-ocm-slide-out-right-material-css' href='https://herasoft.com/wp-content/themes/salient/css/off-canvas/sl
<link rel='stylesheet' id='rs-plugin-settings-css' href='https://herasoft.com/wp-content/plugins/revslider/public/assets/css/rs6.css?ver=6
<style id='rs-plugin-settings-inline-css' type='text/css'>
#rs-demo-id {}
</style>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/revslider/public/assets/js/rbtools.min.js?ver=6.5.18' defer as
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/revslider/public/assets/js/rs6.min.js?ver=6.5.31' defer async
<script type='text/javascript' id='salient-social-js-extra'>
/* <![CDATA[ */
var nectarLove = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","postID":"5832","rooturl":"https:\/\/herasoft.com","loveNon
/* ]]> */
</script>
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/plugins/salient-social/js/salie
<script type='text/javascript' id='rocket-browser-checker-js-after'>
"use strict";var _createClass=function(){function defineProperties(target,props){for(var i=0;i<props.length;i++){var descriptor=props[i];d
</script>
<script type='text/javascript' id='rocket-preload-links-js-extra'>
/* <![CDATA[ */
var RocketPreloadLinksConfig = {"excludeUris":"\/(?:.+\/)?feed(?:\/(?:.+\/?)?)?$|\/(?:.+\/)?embed\/|\/(index\\.php\/)?wp\\-json(\/.*|$)|\/
/* ]]> */
</script>
<script type='text/javascript' id='rocket-preload-links-js-after'>
(function() {
"use strict";var r="function"==typeof Symbol&&"symbol"==typeof Symbol.iterator?function(e){return typeof e}:function(e){return e&&"functio
}());
</script>
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/third-party/j
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/third-party/j
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/priority.js?v
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/third-party/t
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/third-party/w
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/salient-portfolio/js/third-party/imagesLoaded.min.js?ver=4.1.4
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/third-party/h
<script type='text/javascript' src='https://herasoft.com/wp-content/themes/salient/js/third-party/jquery.fancybox.min.js?ver=3.3.8' id='fa
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/third-party/s
<script type='text/javascript' id='nectar-frontend-js-extra'>
/* <![CDATA[ */
var nectarLove = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","postID":"5832","rooturl":"https:\/\/herasoft.com","disqusC
var nectarOptions = {"quick_search":"false","mobile_header_format":"default","left_header_dropdown_func":"default","ajax_add_to_cart":"0",
var nectar_front_i18n = {"next":"Next","previous":"Previous"};
/* ]]> */
</script>
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/themes/salient/js/init.js?ver=1
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/salient-core/js/third-party/touchswipe.min.js?ver=1.0' id='tou
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/jquery/ui/core.min.js?ver=1.13.1' id='jquery-ui-core-js'></script>
<script type='text/javascript' id='popup-maker-site-js-extra'>
/* <![CDATA[ */
var pum_vars = {"version":"1.16.9","pm_dir_url":"https:\/\/herasoft.com\/wp-content\/plugins\/popup-maker\/","ajaxurl":"https:\/\/herasoft
var pum_sub_vars = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","message_position":"top"};
var pum_popups = {"pum-5803":{"triggers":[{"type":"click_open","settings":{"cookie_name":["pum-2607"],"extra_selectors":"#donovan, .donova
/* ]]> */
```

```
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/popup-maker/assets/js/site.min.js?defer&#038;ver=1.16.9' id='p
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/vendor/regenerator-runtime.min.js?ver=0.13.9' id='regenerator
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/vendor/wp-polyfill.min.js?ver=3.15.0' id='wp-polyfill-js'></s
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/dom-ready.min.js?ver=d996b53411d1533a84951212ab6ac4ff' id='wp
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/hooks.min.js?ver=c6d64f2cb8f5c6bb49caca37f8828ce3' id='wp-hoo
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/i18n.min.js?ver=ebee46757c6a411e38fd079a7ac71d94' id='wp-i18n
<script type='text/javascript' id='wp-i18n-js-after'>
wp.i18n.setLocaleData( { 'text direction\u0004ltr': [ 'ltr' ] } );
</script>
<script type='text/javascript' src='https://herasoft.com/wp-includes/js/dist/a11y.min.js?ver=a38319d7ba46c6e60f7f9d4c371222c5' id='wp-a11y
<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/jquery.maskedinput.min.js?ver=2.
<script type='text/javascript' defer='defer' src='https://herasoft.com/wp-content/plugins/gravityforms/js/placeholders.jquery.min.js?ver=2
<script type='text/javascript' id='moove_gdpr_frontend-js-extra'>
/* <![CDATA[ */
var moove_frontend_gdpr_scripts = {"ajaxurl":"https:\/\/herasoft.com\/wp-admin\/admin-ajax.php","post_id":"5832","plugin_dir":"https:\/\/h
/* ]]> */
</script>
<script data-minify="1" type='text/javascript' src='https://herasoft.com/wp-content/cache/min/1/wp-content/plugins/gdpr-cookie-compliance/
<script type='text/javascript' id='moove_gdpr_frontend-js-after'>
var gdpr_consent__strict = "false"
var gdpr_consent__thirdparty = "false"
var gdpr_consent__advanced = "false"
var gdpr_consent__cookies = ""
</script>
<script type='text/javascript' src='https://herasoft.com/wp-content/plugins/js_composer_salient/assets/js/dist/js_composer_front.min.js?ve

<div id="moove_gdpr_cookie_modal" class="gdpr_lightbox-hide" role="complementary" aria-label="GDPR Settings Screen">
<div class="moove-gdpr-modal-content moove-clearfix logo-position-left moove_gdpr_modal_theme_v1">
<button class="moove-gdpr-modal-close" aria-label="Close GDPR Cookie Settings">
<span class="gdpr-sr-only">Close GDPR Cookie Settings</span>
<span class="gdpr-icon moovegdpr-arrow-close"></span>
</button>
<div class="moove-gdpr-modal-left-content">
<div class="moove-gdpr-company-logo-holder">
<img src="data:image/svg+xml,%3Csvg%20xmlns='http://www.w3.org/2000/svg'%20viewBox='0%200%20350%20233'%3E%3C/svg%3E" alt="Herasoft" width=
</div>
 <ul id="moove-gdpr-menu">
<li class="menu-item-on menu-item-privacy_overview menu-item-selected">
<button data-href="#privacy_overview" class="moove-gdpr-tab-nav" aria-label="Privacy Overview">
<span class="gdpr-svg-icon">
<svg class="icon icon-privacy-overview" viewBox="0 0 26 32">
<path d="M11.082 27.443l1.536 0.666 1.715-0.717c5.018-2.099 8.294-7.014 8.294-12.442v-5.734l-9.958-5.325-9.702 5.325v5.862c0 5.376 3.2 10.
</svg>
</span>
<span class="gdpr-nav-tab-title">Privacy Overview</span>
</button>
</li>
<li class="menu-item-strict-necessary-cookies menu-item-off">
<button data-href="#strict-necessary-cookies" class="moove-gdpr-tab-nav" aria-label="Strictly Necessary Cookies">
<span class="gdpr-svg-icon">
<svg class="icon icon-strict-necessary" viewBox="0 0 26 32">
<path d="M22.685 5.478l-9.984 10.752-2.97-4.070c-0.333-0.461-0.973-0.538-1.434-0.205-0.435 0.333-0.538 0.947-0.23 1.408l3.686 5.094c0.179
</svg>
</span>
<span class="gdpr-nav-tab-title">Strictly Necessary Cookies</span>
</button>
</li>
<li class="menu-item-moreinfo menu-item-off">
<button data-href="#cookie_policy_modal" class="moove-gdpr-tab-nav" aria-label="Cookie Policy">
<span class="gdpr-svg-icon">
<svg class="icon icon-policy" viewBox="0 0 26 32">
<path d="M21.936 10.816c0-0.205-0.077-0.384-0.23-0.538l-5.862-5.99c-0.154-0.154-0.333-0.23-0.538-0.23h-9.088c-1.408 0-2.56 1.152-2.56 2.56
</svg>
</span>
<span class="gdpr-nav-tab-title">Cookie Policy</span>
</button>
</li>
</ul>
<div class="moove-gdpr-branding-cnt">
<a href="https://wordpress.org/plugins/gdpr-cookie-compliance/" target="_blank" rel="noopener noreferrer nofollow" class='moove-gdpr-brand
</div>
 </div>

<div class="moove-gdpr-modal-right-content">
<div class="moove-gdpr-modal-title">
</div>

<div class="main-modal-content">
<div class="moove-gdpr-tab-content">
<div id="privacy_overview" class="moove-gdpr-tab-main">
<span class="tab-title">Privacy Overview</span>
<div class="moove-gdpr-tab-main-content">
<p>This website uses cookies so that we can provide you with the best user experience possible. Cookie information is stored in your brows
</div>

</div>

<div id="strict-necessary-cookies" class="moove-gdpr-tab-main" style="display:none">
<span class="tab-title">Strictly Necessary Cookies</span>
<div class="moove-gdpr-tab-main-content">
<p>Strictly Necessary Cookie should be enabled at all times so that we can save your preferences for cookie settings.</p>
<div class="moove-gdpr-status-bar ">
<div class="gdpr-cc-form-wrap">
<div class="gdpr-cc-form-fieldset">
<label class="cookie-switch" for="moove_gdpr_strict_cookies">
<span class="gdpr-sr-only">Enable or Disable Cookies</span>
```

```
<input type="checkbox" aria-label="Strictly Necessary Cookies" value="check" name="moove_gdpr_strict_cookies" id="moove_gdpr_strict_cookie
<span class="cookie-slider cookie-round" data-text-enable="Enabled" data-text-disabled="Disabled"></span>
</label>
</div>

</div>

</div>

<div class="moove-gdpr-strict-warning-message" style="margin-top: 10px;">
<p>If you disable this cookie, we will not be able to save your preferences. This means that every time you visit this website you will ne
</div>

</div>

</div>

<div id="cookie_policy_modal" class="moove-gdpr-tab-main" style="display:none">
<span class="tab-title">Cookie Policy</span>
<div class="moove-gdpr-tab-main-content">
<p>More information about our <a href="https://herasoft.com/privacy-policy/" target="_blank" rel="noopener">Cookie Policy</a></p>
</div>

</div>
</div>

</div>

<div class="moove-gdpr-modal-footer-content">
<div class="moove-gdpr-button-holder">
<button class="mgbutton moove-gdpr-modal-allow-all button-visible" role="button" aria-label="Enable All">Enable All</button>
<button class="mgbutton moove-gdpr-modal-save-settings button-visible" role="button" aria-label="Save Settings">Save Settings</button>
</div>
 </div>

</div>

<div class="moove-clearfix"></div>
</div>

</div>

<script type="text/javascript">
gform.initializeOnLoaded( function() { jQuery(document).on('gform_post_render', function(event, formId, currentPage){if(formId == 7) {if(t
                        Placeholders.enable();
                    }jQuery('#input_7_3').mask('(999) 999-9999').bind('keypress', function(e){if(e.which == 13){jQuery(this).blur();} } );
</script>
<script type="text/javascript">
gform.initializeOnLoaded( function() { jQuery(document).trigger('gform_post_render', [7, 1]) } );
</script>
<script>window.lazyLoadOptions=[{elements_selector:"img[data-lazy-src],.rocket-lazyload,iframe[data-lazy-src]",data_src:"lazy-src",data_sr
if(typeof mutation.addedNodes[i].getElementsByClassName!=='function'){continue}
images=mutation.addedNodes[i].getElementsByTagName('img');is_image=mutation.addedNodes[i].tagName=="IMG";iframes=mutation.addedNodes[i].ge
if(is_iframe){iframe_count+=1}}});if(image_count>0||iframe_count>0||rocketlazy_count>0){lazyLoadInstance.update()}});var b=document.getEle
</html>
```