# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. <u>and</u> CHAD M. KOEHN<br><br>          Plaintiffs, Counter Defendants<br>   v.<br>Michael Nelson<br><br>          Defendant ;  Counter Plaintiff<br>PRO-Se. | <mark>**DOCKET NO.:**    **5:22-CV-04008-JWB-GEB**</mark><br>**<u>CIVIL ACTION</u>**<br><br>Certificate of Service Motion to Disqualify *pro hac vice* attorney Craig Alan Brand |

## <u>Certificate of Service:</u>

The undersigned hereby certifies that, on this same date, I electronically filed the attached Motion to Disqualify, pro hac vice, attorney Craig Alan Brand, with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 28th day of September 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com