# Exhibit

# "C"

# TO FOLLOW …

BAR Complaint Against Craig Alan Brand

The US District of Kansas Federal Court refuses to allow complaint against Brand, as he is pro hac vice and not a member.

The US District of Kansas takes Complaints made under Local Rule 83.6.3 and dockets them to the Case record, wherein they are then struck as not in conformity with Rule 83.6.1, and the "special orders" of the District Judge, effectively making a catch-22 where I have no one to complain regarding the LIES and conflicts of interest.

The Catch-22 is fruthered as I am disallowed to complain to Florida because Florida says it is the Court here in the US District of Kansas that must administer discipline, yet this Court says Florida Must, and when I file in this Court it moves the filings to the Docket and then the district Judge Strikes the Filings

# <u>Florida Bar Association</u>

# <u>Formal Written Complaint</u>

COMPLAINT Filed against:  CRAIG ALAN BRAND ESQ.  Bar #896111



**Craig Alan Brand**

Bar #896111

Eligible to Practice Law in Florida

The Brand Law Firm, P.A.
4650 Indian Creek Rd
Loveland, CO 80538-9201

Office: **305-878-1477**
Cell: **305-878-1477**
Fax: 877-407-2726
craig@thebrandlawfirm.com ✉

Craig Alan Brand is currently appearing pro hac vice before the US Federal Court for the US District of Kansas in Case 5:22-cv-04008-JWB-GEB, he had committed atrocities in PERJURY in writing and violations to the Rules of Professional Conduct.

This is a formal written complaint regarding conduct at bar, in filings and conduct in communications, unauthorized practice of law, truthfulness in statements to others, False statements to the Florida Secretary of State, filing of an affidavit riddled with Perjury to a US Federal Court, purposeful deceptions and lies to Federal Magistrates, materially misleading resume, False statements to the public in advertisements, general disgrace upon the profession of lawyers and attorneys.

Wherefore, just cause in the interests of substantial justice in the prevention of manifest injustice in the Federal Courts, to the public at large and for the disgrace brought upon the practice of law around the United States, the following formal complaint is tendered against Florida Attorney CRAIG ALAN BRAND:

1. Craig Alan Brand, has appeared in legal proceedings in Nevada without being licensed in Nevada, nor appearing pro hac vice, though has acted as a lawyer.

2. Brand rests solely on his Florida Bar license to conduct practice of law across the United States in State and Federal Courts, he is a member of no other bar association other than Florida, Craig Alan Brand: Bar #896111; though BRAND has been issued a temporary bar number in Colorado, that bar number is no longer active.

3. Craig Alan Brand filed a materially misleading perjury riddled affidavit to appear pro hac vice, in the litigation US Federal Court for the US District of Kansas in Case 5:22-cv-04008-JWB-GEB; The affidavit was attached to a motion made by Kansas Attorney: Larry G. Michel, document 24 of the referenced litigation and the affidavit signed by Brand is document 24-1, a true and correct copy of this affidavit is attached herewith as Exhibit "A".

4. Nothing which Craig A. Brand states or says can be believed as Craig Brand states openly and publicly in the books he has authored: *I [CRAIG ALAN BRAND], for instance, have championed the art of disinformation*. **I intentionally provide people with false information…"** *pages 118 and 119 id.*

5. WHAT BAR ASSOCIATION would continue to license an attorney who openly declares he has "CHAMPIONED the Art of Disinformation" AND WROSE that states: **"I (Craig Brand) INTENTIONALLY PROVIDE PEOPLE WITH FALSE INFORMATION…"**

6. The affidavit for pro hac vice status, is provided to the attorney seeking the status, and should remain unchanged other than the required information requested. Brand materially alters the affidavit to "play fast and loose" with wording.

7. Federal Magistrate Birzer in the referenced case had to state on the record that Craig A. Brand "you know you played fast and loose with number six", indicating Brand filed an affidavit he knew to be incorrect, rising to PERJURY.

8. Craig Brand instead insisted the US District of Kansas accept his certificate of "good standing" from the Florida Bar rather than his affidavit riddled with perjury.

9. Though Craig A. Brand signs an affidavit under the penalties of perjury, he states he operates under the letterhead or firm name: "The Brand Law Firm", which is a professional association incorporated in the US State of Florida.

10. "The Brand Law Firm, PA" appears twice in the Florida Secretary of State, once as an inactive firm, as number: P09000049736 attached herewith Exhibit "B" a screen print from the Florida Secretary of State.

11. "The Brand Law Firm, PA" appears also as an active corporation in Florida, as Florida Document Number: P13000015986 attached herewith Exhibt "C" a screen print from the Florida Secretary of State.

12. Craig A. Brand has appeared in hearings of the matter referenced in Kansas, not under "The Brand Law Firm" he claims to practice under, but rather under the name: "Mystic Law", causing the US FEDERAL JUDGE Birzer to comment and ask "Who is Mystic Law".

13. Mystic Law PA is a Florida Professional Association, which is active under Florida Document Number: P18000092057 a true and correct copy from the Florida Secretary of State is attached herewith as Exhibit "D"

14. Craig Brand, ESQ is listed as the registered agent for BOTH "The Brand Law Firm PA" and "Mystic Law PA" see attached exhibits "C" and "D" respectively.

15. The Address which Craig Brand lists for BOTH "The Brand Law Firm" and "Mystic Law" is: 11222 Oakshore Lane; Clermont, FL 34711

16. As to "Mystic Law PA", Brand lists the following as the registered agent:

   **Registered Agent Name & Address**

   Brand, Craig, ESQ
   11222 Oakshore Lane
   Clermont, FL 34711

   a.
   b. NOTE: CRAIG BRAND is listed as the Registered Agent

17. As to "The Brand Law Firm PA", Brand lists the following as the registered agent:

   **Registered Agent Name & Address**

   BRAND, CRAIG A
   11222 Oakshore Lane
   Lake View Suite
   Clermont, FL 34711

   a.
   b. NOTE: Craig Brand is listed as the registered agent
   c. Also note, this time Brand adds "Lake View Suite" **in order to materially deceive the Secretary of State, regulators, law enforcement and the**

**public at large, so that Regulatory Technology Systems** employed do not match both addresses as being the same, between Mystic Law PA and The Brand Law Firm PA

18. Attached herewith as Exhibit "E" Florida State Law regarding registered agents:

| Title XXXVI | Chapter 607 | View Entire |
|---|---|---|
| BUSINESS | FLORIDA BUSINESS CORPORATION | Chapter |
| ORGANIZATIONS | ACT | |

**607.0501   Registered office and registered agent.—**

19. The Affidavit in Exhibit "A" does not list "Mystic Law PA", yet it is another of the many law firm names and associations which Brand practices under, demonstrating clearly where the affidavit is PERJURY as written and filed under penalties of perjury.

20. The address listed on BOTH "The Brand Law Firm PA" and "Mystic Law PA" is a residential address, owned by one of Craig A. Brand's criminal clients:  Dale Douglas Takio, specifically the address listed to serve Brand legal process, and listed as the location of his office, and where he can be found as the "registered agent" is the address:  11222 Oakshore Lane; Clermont, FL 34711; this residential address is owned by:  NAGY TAKIO KATALIN and TAKIO DALE DOUGLAS; having a legal description as: LT 24 OAK HILL ESTS; in fact the residential address, that Craig A. Brand materially misleads the FLORIDA SECRETARY OF STATE, is a regular home, and nothing more, not even owned by Brand, because Brand lives as a

resident in Colorado.   See attached herewith Exhibit "G" a mortgage clearly showing the descriptive address and showing the two aforementioned parties signature with the address Brand uses on FLORIDA Secretary of State records, to materially LIE and Mislead the Secretary of State's Office.  On page 12 of 14, of Exhibit "G", clearly demonstrating the address listed by Brand as the "registered agent" address for both Professional Associations he operates under.

21. Brand VIOLATES Florida State Law, by claiming to be the registered agent personally for Mystic Law PA, and listing a residential address, not owned by him and where he is never found.  He lists an address in Colorado which is another residential address which is where he lives, and is listed as the address for himself as the director of the Corporation:  4650 Indian Creek Road  Loveland, CO 80538

22. "The Brand Law Firm PA" Craig Brand again lists the mailing address of the Loveland Colorado address, where he resides, but lists the Clermont address as the Registered Agent address where he can be found for service of process, but this time he claims:  BRAND, CRAIG A; 11222 Oakshore Lane **Lake View Suite** Clermont, FL 34711; tricking the Secretary of States systems, claiming he is in the "LAKE VIEW SUITE"

23. As to the principle address for "The Brand Law Firm PA", he states he is not in the "LAKE VIEW SUITE" but instead Brand states:  11222 Oakshore Lane, **SUITE 500** Clermont, FL 34711; now Brand claims "SUITE 500" instead of "LAKE VIEW SUITE", wherein the address is a RESIDENTIAL HOME, consisting of 4 bedrooms and 2 baths:



4 bd | 2 ba | 2,947 sqft

11222 Oakshore Ln, Clermont, FL 34711

● **Off market** | Zestimate®: **$519,800** | Rent Zestimate®: **$2,716**

a.

24. In addition to claiming to work under the letterhead or firm name: "The Brand Law Firm" and tricking people including the public into believing the firm is a partnership, when in fact it was just a single attorney Craig A. Brand, this violates the Rules of Professional Conduct.

25. Craig Brand publicly displays a resume which is materially misleading and provides claims which cannot be substantiated thus lying on the resume, demonstrating clear MISCONDUCT. See attached herewith Exhibit "F" the resume created and promulgated by Craig A. Brand.

26. IN Exhibit "F", Brand claims a membership in a wide array of so called organizations **many of which do not exist,** and <u>provide for no membership</u>, this is materially misleading, DECEPTIVE. Brand also claims: "Member Federal Bar", yet he is NOT a member of the Federal Bar Association, which is a non licensed entity, Brand does not have a Membership.

27. Brand lists the following addresses on his resume: Orlando Office: GAI BUILDING 618 E. South Street, Suite 500 Orlando, FL 32801 AND Miami Office: Mayfair in the Grove 3390 Mary Street, Suite 116 Coconut Grove, FL 33133

================================================================
Florida Bar Association Formal Complaint against: CRAIG ALAN BRAND, esq Bar # 896111

- 7

28. The website for "The Brand Law Firm" is http://www.thebrandlawfirm.com/
   Brand lists the following addresses:



"Protecting the Innocent"

MIAMI OFFICE:
3390 MARY STREET, SUITE 116
COCONUT GROVE, FLORIDA 33133
MIAMI, FLORIDA 33133

ORLANDO OFFICE:
618 E. SOUTH STREET, SUITE 500
ORLANDO, FLORIDA 32801

TEL. (305) 878-1477
TEL. (877) 407-BRAND
TEL. (877) 407-2726

29. On his website for MyStic Law, at:  https://mystic.law/contact/ Brand lists:



a.

b. Further Brand lists two (2) more addresses:



30. Craig Brand, also appears under a variety of other Law Firm names, all of which he claims as partnerships and all of which he is the sole employee and sole attorney with, those include but are not limited to: The Brand Law Firm, Ganja

Law, Mystic Law.  Craig Brand appears in the US District of Colorado under the name "Mystic Law", which is not included in his affidavit under penalties of perjury see attached herewith Exhibit "A"

31. Craig Brand claims he is a member of a single Bar Association, out of Florida, and provides the Florida Bar Number twice (2x) on his sworn affidavit under the penalties of perjury, yet Craig A. Brand has a bar number for the USDC-Colorado, which he obtained as a temporary bar number, which he does not list on Exhibit A

   a. Having both a Florida Bar number and a Colorado Bar Number but not providing the Colorado Bar Number which appears a temporary issued bar number
   b. The USDC-Colorado lists the Following for Craig Alan Brand:

   Craig A. Brand
   Mystic Law P.A.
   4650 Indian Creek Road
   Loveland, CO 80538

   Email: Craig@Ganjalaw.com
   Phone: 305-878-1477
   Admission Status: In Good Standing
   Date of Admission: 4/10/2017
   2020 Fee Paid

   c.
   d. See the site:  https://www.cod.uscourts.gov/CMECF/AttorneyStatus.aspx

32. Craig Brand continues to advertise under a defunct PLLC name for Ganja Law, even though this professional association is no longer active according to the Florida Secretary of State; where Craig Brand still advertises:  "GANJA LAW, PLC", stating it's "Florida's Only Organic Law Firm" and using the tagline "We Don't Blow Smoke"



33. **Craig A. Brand states he is the "Senior Partner" of the law firm The Brand Law Firm, indicating there is more than one attorney,** however, the Brand Law Firm, as a professional association, has just one employee and just one attorney, that being **Craig Alan Brand, it is Materially Deceiving and DECEPTIVE, it constitutes FRAUD,** for Craig A. Brand to claim he is the "Senior Partner" of a firm, which has only a single attorney himself.   Attorneys cannot claim they are in a partnership, which Craig A. Brand, so claims by stating he is the "Senior Partner", <u>when in fact there is no partnership.</u>  **This is untruthfulness in statements to others, it materially misleads the Courts, the public at large is therefore damaged and prejudiced by this deception by Craig A. Brand.**

34. The attached herewith Exhibit "H" clearly demonstrates that Craig A. Brand advertises himself and holds himself out as an attorney in the State of Colorado, the attached herewith Exhibit "H" is a true and correct printout of Craig A. Brand's linkedin profile.

====================================================================================
Florida Bar Association Formal Complaint against:  CRAIG ALAN BRAND, esq Bar # 896111

- 11 -

35. Despite listing himself as the registered agent for two separate Professional Corporations in Florida, and listing the principal address and place where he can be found as the residential address, for one of his criminal clients, Craig A. Brand is found to be a REGISTERED VOTER, of the State of Colorado, where he maintains his permanent and regular residence. This demonstrates Craig Brand has LIED under oath and in writing in the registration of his professional associations (multiple) to the State of Florida, Brand is a Registered Republican and REGISTERED to VOTE in Colorado. Florida requires registered agents to actually be Florida Residents, and be available at the addresses stated, not the made up addresses Brand makes up to fool and trick the Florida Secretary of State.

> **Party Affiliation:** Colorado Republican Party
> **Registered to Vote In:** Larimer County, Colorado
> **Registration Date:** 04/23/2020
> **Voter Status:** Active
> **Precinct:** 2154935437
> **Precinct Split:** 437-2001
> **Congressional District:** Congressional 2
> **House District:** State House 49
> **Senate District:** State Senate 15

a.

b. **Exhibit "I" attached herewith is a screen print demonstrating Craig A. Brand is a VOTER in Colorado and REGISTERED as a VOTER in Colorado.**

36. Craig Brand has registered the Florida entity Mystic Law PA as a foreign registered entity in Colorado and does work as a lawyer in Colorado as noted, without bar membership there, his only bar membership is in Florida. Exhibit "J" attached herewith is a true and correct screen print from the Colorado Secretary of

State showing Craig A. Brand is the registered agent of the foreign entity to Colorado, Mystic Law PA, which clearly shows Mystic Law PA is of Florida Jurisdiction. Brand cannot be the registered agent for corporations located in two different states, he is being UNTRUTHFUL in statements to the Public and the Secretary of States in Florida and Colorado.

37. The Brand Law Firm is not registered in Colorado, only Mystic Law is registered in Colorado. Craig Brand cannot be the registered agent in BOTH Colorado and Florida simultaneously, claiming he is VIOLATES Florida State Law, it demonstrates untruthfulness to the State of Florida, it demonstrates FRAUD and certain deliberate deception to the public at large.

38. In Nevada is Case Number: V-21-A-01818; with Appellate Docket to Three (3) Justice panel Docket Number: V-21-B-00710; Craig Brand committed subornation of PERJURY influencing another attorney to LIE under oath, then Brand filed a multiple page single spaced appeal, also claiming the same LIE, that a third man was an attorney, when in fact the third man is NOT an attorney and certainly not a California Attorney ever.

39. Brand represented Anthem Vault Inc. in formal appeal to a 3 (three) JUSTICE panel under NEVADA law, despite not being presented as admitted Pro Hac Vice in NEVADA, nor being a member, EVER of the Nevada Bar Association, Docket: V-21-B-00710

40. Brand states in his affidavit in support of his admission, via "MOTION" Pro Hac Vice, See Number 6, of Document 24-1, attached herewith as Exhibit "A" the

"Affidavit in Support of Motion for Leave to Appear Pro Hac Vice": "I am in good standing in the all the bars of which I am a member" see Doc. 24-1

    a. The use of English in this statement within a serious affidavit, does not conform with the accepted understanding of English. In fact it creates a plausible deniability as to the accuracy of the statement made. The word "the", is most commonly used as an article in the English language. "THE" is NOT a pronoun, preposition, or conjunction, it's an article, adjective, and an adverb; it is this very type of hair splitting, purposeful plausible deniability to statements of fact, which Brand's brand (pun unintended) of law is known for, requiring extensive time, costs and delays in litigation. Demonstrating via proof in the positive the involvement of Craig Alan Brand as a lawyer demonstrating DECEPTION and FRAUD is counter productive to the administration of law. Brand's affidavit should have simply read: "I am in good standing in the bar of which I am a member.", if he insisted on changing the form which is NOT meant to be changed according to the instructions of the court. Craig Brand's actions changing the Affidavit and his statements there constitute PERJURY, on a written sworn document to a Court of Law.

41. Craig A. Brand has been before the Florida Bar association numerous times already, and <u>each time has used undue influence to escape without a single reprimand</u>, **which now has been detrimental to the public at large**, see case Filing Number: 79044821; originally filed 10/09/2018; at 08:39:22 AM; in the Circuit Court of Orange County, STATE OF FLORIDA; under INFORMATION NUMBER: 2017-CF-6983-AO; Division 14 Regarding "Scheme to DEFRAUD OF $50,000 OR MORE (Fl-L7) AND "GRAND THEFT FIRST DEGREE ($100,000 OR MORE) (Fl-L7); known as The State of FLORIDA VS. Thomas Anthony Sadaka. In the attached

therewith "Arrest Affidavit" Agency Care Number: 2015-460183; filed by the Orlando Police Department, emphasis as to ORLANDO, given the fact Craig Alan Brand, claims a law office in Orlando.

> "One such case is especially egregious. Mr. Sadaka, purportedly on behalf of the firm, represented "AB" for an involuntary Chapter 7 in the Eastern District of New York Bankruptcy Court. Mr. Sadaka, **along with his partner in deception, attorney Craig Brand, concocted a ruse** in which Ne.Jame Law was only paid $35,000.00 in fees and $5,000.00 for trust. The investigation revealed that The Brand Law Firm, who contacted and referred the case to Mr. Sadaka, wired directly to the Sadaka Law Group account $81,920.00 of monies that should have been applied to the $66,568.12 balance reflected on NeJame law's books."

42. Craig A. Brand not only passes before the US District of Kansas a fraudulent affidavit <u>which he knows is untrue</u>, and Causes a sitting United States Magistrate Judge to exclaim "you [Craig Brand] know you played fast and loose with number six" in reference to the sworn affidavit filed under penalties of perjury.

   a. Websters Dictionary definition: "played fast and loose": If you say that someone is playing fast and loose, you are **expressing disapproval of them for behaving in a deceitful, immoral, or irresponsible way**. [disapproval] There have been people who have played fast and loose with the rules. The Conduct of Craig A. Brand rises to MISCONDUCT and his willful actions to DEFRAUD Courts and opposing parties.

43. At (3) of the Affidavit signed under penalties of perjury by Craig Alan Brand he states, just two "Courts", stating Florida and USDC-Colorado, listing the same Bar Number for both, however, Brand was issued a bar number for USDC-Colorado which is known to the Court and to Larry G. Michel but not stated on the Affidavit, additionally Brand has appeared in other Courts, where he has been fined in excess of $31k and had a multitude of various complaints filed against him for everything from FRAUD, to

unjust enrichment, bankruptcy fraud, he was even imprisoned in Costa Rica and attorneys there had to obtain an order preventing his escape from Costa Rica pending a fraud trial, as all referenced in the matter at bar:

3.   I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|-------|-------------------|------------|
| Florida | September 27, 1991 | 896111 |
| USDC-Colorado | April 10, 2017 | 896111 |

4.   I have reviewed D. Kan. Rule 83.5.4. Pursuant to that Rule. I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings and participate meaningfully in the preparation and trial of the

44. A cursory search of the USDC-Colorado attorneys listings found at: https://www.cod.uscourts.gov/CMECF/AttorneyStatus.aspx reveals the following:

Craig A. Brand
Mystic Law P.A.
4650 Indian Creek Road
Loveland, CO 80538

Email: Craig@Ganjalaw.com
Phone: 305-878-1477
Admission Status: In Good Standing
Date of Admission: 4/10/2017
2020 Fee Paid

45. Craig Alan Brand, provided materially misleading information in the affidavit, sworn under the penalties of perjury, he practices law under another law firm name:  Mystic Law P.A. in Colorado, yet uses the same physical address and a different email address: craig@GanjaLaw.com

46. The Brand Law Firm P.A. is registered as a professional association, and Craig Alan Brand claims he is the "Senior Partner" of "the Brand Law Firm"

47. Craig Alan Brand claims on sworn statements to the Florida Secretary of State that he is the registered agent of The Brand Law Firm P.A.

    BRAND, CRAIG A
    11222 Oakshore Lane
    Lake View Suite
    Clermont, FL 34711

48. 11222 Oakshore Lane is also the address for Florida Corporation: P11000069435 called: "TAKTIK ENTERPRISES, INC"

49. The address 11222 Oakshore Lane is a residential address:

## 11222 Oakshore Ln

Clermont, FL 34711

🛏 4 Beds   🛁 2 Baths   📐 2,947 sqft (on 0.32 acres)

50. At (7) Craig Alan Brand stated: "No disciplinary or grievance proceedings have previously been filed against me." This is a False statement.

51. Craig Alan Brand's affidavit is riddled with untrue statements, not at all accurate, not in conformity to the Rules set forth by the US District of Kansas Federal Court. Document 24 (Exhibit "A" attached herewith)demonstrating clear false swearing, fraud upon the Court, and certainly violations to his OATH and the Rules of Professional Conduct.

52. Instructions for admitting an attorney Pro Hac Vice in the US District of Kansas: *Pro Hac Vice Admission: see D. Kan. Rules 83.5.4 and 5.4.2*

*A member in good standing of the bar of another state may, upon motion made by a member in good standing of the bar of this court, be admitted for the purpose of a particular case only.*

*Local counsel must file the following documents:*

================================================================
Florida Bar Association Formal Complaint against: CRAIG ALAN BRAND, esq Bar # 896111

- 17

- a *written motion for admission of the attorney seeking admission*
- an *affidavit executed by the attorney seeking admission* (must be signed with a "wet" signature; no s/signatures allowed on affidavit)
- a *Pro Hac Vice Attorney Registration Form* (must be signed with a "wet" signature; no s/signatures allowed on registration form)
- a $50.00 pro hac vice fee per attorney must be paid through Pay.gov during the filing of the motion in CM/ECF either by credit card or DirectDebit (using a checking or savings account)

*Note: pro hac vice attorneys receive electronic filing notifications but do not receive electronic filing privileges; local counsel must sign and file all documents in the case)*

*If you have any questions or concerns, please contact the court at 913-735-2229, or ksd_attorney_registration@ksd.uscourts.gov*

53. The Affidavit for Pro Hac Vice before the US District of Kansas is precise, titled: **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE** even carrying a statement that reads: "Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:"

54. Craig Alan Brand is famed for his public disdain for the American Judiciary, as outlined in his book "I Don't Care What Mom Says: LIFE SUCKS", where Brand exclaims, to the detriment of the Judiciary and bringing disgrace upon all "officers of the court":

    a. *"You can basically **accuse anyone of anything, and that poor schlep now has to defend him or herself against a lie**. Defending a lie can be one of the hardest defenses ever." page 114 id.*

    b. *"Lady Justice is truly blind. Blind to justice." id. Page 26*

c. *"The truth asserted is irrelevant.   If the lie is said and repeated, it must be true." id Page 16*

d. *I [CRAIG ALAN BRAND], for instance, <u>have championed the art of disinformation</u>. **I intentionally provide people with false information…"** pages 118 and 119 id.*

e. *<u>"Today's legal system protects the wicked and taxes the innocent."</u> id. Page 26*

f. ***"Lady Justice is not only blind but corrupt and susceptible to biased pressures.** The legal system, different than a justice system, works best for the wrongdoers, liars, exorcists, blackmailers, the wealthy, criminals and the insane." page 98 id*

g. *"...**wham,** you are in court and **the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice,<u> we are all guilty until proven innocent,</u> and **we are all innocent until we run out of money. <u>Most falsely accused people wind up paying some form of legal extortion</u>** just to get out of the drama. **<u>The bad guys and their shyster lawyers know it.</u>"** id. page 97*

h. ***"We need desperate ways to right wrongs, as our system does not work. We should not be limited to supposed help from others or***

*the so-called justice system, especially when Life didn't provide us*
*with sufficient resources to utilize those routes or wait them out."*
*id Page 26*

    i. *"Lady Justice is truly blind. Blind to justice." id. Page 26*

55. Craig Alan Brand, while presenting himself before the Court in the US
District of Kansas, had the Chambers of the Presiding United States Federal
Magistrate Federal Judge Birzer, email both him (Craig Brand) and the
opposing party, the undersigned, Michael Nelson, the email address used for
Brand was the email address he had on his Affidavit Exhibit "A", that email
address craig@thebrandlawfirm.com HOWEVER, in an attempt to
MATERIALLY MISLEAD Both the Chambers of a United States Federal
Judge and the opposing party, the undersigned, Craig Brand, replied NOT
from the email address that was used to send him the email but instead,
Craig Brand knowing the undersigned could have no communication with
"HERASOFT" a corporation in material dispute and subject of other
litigations, Brand emails back the Court and the undersigned from
"44DD4B0A-A829-4FE8-9A75-7917DF1AD6CE@herasoft.com" masked
as: "craig.brand@herasoft.com" linked to www.HeraSoft.com This was
done PURPOSEFULLY, KNOWINGLY and MALICIOUSLY as an attempt
to get the undersigned to violate an order of an inferior court. Despite
having caught the attempt to mislead and DECEIVE, Craig Brand still
attempted to have the undersigned violated for a violation of an underlying
Court order. Craig Brand's conduct is illegal, unethical, immoral and

against all things fair and balanced in litigation. Craig Alan Brand MUST be removed from the practice of law, as he presents a clear and present danger to the fair administration of Justice.

56. Craig Brand has now sought the RECUSAL of a sitting United States Federal Magistrate, stating she is "incapable and unwilling" to execute her Oath of office, simply because the Magistrate refused to provide Brand more than 3 months to file a report to the Court. Brand utilizes DECEPTION to trick Courts and the public, when he (Brand) is caught red handed using Deception and Trickery he immediately moves to REMOVE Federal Judges. It is about time the US State of Florida, Bar association review the MISCONDUCT of Craig Alan Brand and suspend him from the practice of law for the safety of the Courts, the Judicial Machinery, and the public at large all who suffer detrimentally as long as Brand is allowed to trample across the law throughout the US relying solely on his "certificate of good standing" in the US State of Florida, where he is NOT, as Brand is NOT a resident, or property owner, Brand has no presence in Florida, other than virtual offices, virtual phones, mailbox stores.

57. As is evident any case involving Craig Alan Brand the Florida Attorney who practices law NOT in Florida but any State or Federal Court he can sucker his way into using his "good standing" in the Florida Bar as a means to get in front of Judges **and cause havoc, all cases involving Craig Brand wind up a "Circus Act"** with constant disruptions caused by Craig Alan Brand both at bar and extra judicial, if the Disciplinary Counsel does not take

action on its own accord the News Media needs to make the Public aware of the clear and present danger Craig Alan Brand poses to the Legal System around the United States and the fact the Florida Bar knows it is happening is aware of the fraud and perjury of Craig Brand and does nothing to stop him because Brand is no longer practicing in Florida, he just uses Florida as a means to prop up himself as a lawyer.

The undersigned is neither a lawyer nor attorney, having never studied the law formally, and simply a layman pedestrian, proletarian, peon member of the public who by socio-economic circumstances of the investment fraud committed in part by Craig Alan Brand, has had the need to present himself pro se before multiple Courts, and has laid to witness the immoral, unethical and often illegal conduct of Craig Alan Brand.  The undersigned self taught in reading and writing, has continued in self representation at bar, and has regularly objected, filed motions and received back ORDERS of the Court that Craig Alan Brand constantly violates in DIRECT CONTRAVENTION of the Lawful ORDERS, needlessly increasing the costs to litigation, providing not for Judicial Conservation of Resources, thus forcing the litigation to become protracted.  Craig Alan Brand should not bea allowed to continue his unethical, immoral and illegal, purposeful, knowing, willful, wrongful and at times illegal conduct at bar.

The public at large is unfairly prejudiced by the DECEPTIVE, willful, wrongful, purposeful actions in material misrepresentations by Craig Alan Brand.

The public at large is prejudiced by Craig Alan Brand's false and misleading advertisements, false statements to the Florida Secretary of State and the Colorado Secretary of State. Craig Brand's false swearing in the submittal of a perjury riddled affidavit, seeking admission pro hac vice as an out of state attorney.

**THE SCREEN Capture Below demonstrates how Craig Brand commits false advertisements across the interwebs. Stating clearly that Craig Alan Brand, ESQ, states he is the "Senior Partner at the Brand Law Firm, PA, Mystic Law PA and Mystic Enterprises Inc.", yet he is the ONLY attorney, therefore he is implying a partnership where there is NONE!**



🔖   🔒 herasoft.com/our-mission-gamification-enterprise-government-organization-2021/

## CRAIG ALAN BRAND, ESQ.

### Special Cyber & Legal Counsel HeraSoft/Hercules

**30+ Year Global Legal and Policy Expert With Disciplines Surrounding All Aspects Of Crypto-Currencies, Cyber-Security, AI, Robotics, Blockchain and Other Emerging Technologies**

- Senior Partner at the Brand Law Firm P.A., Mystic Law, P.A., and Mystic Enterprises, Inc.
- Shareholder & Special Counsel for HeraSoft. Specializing in Crypto and Cyber laws and technologies
- Practiced within multiple State and Federal Courts throughout the USA. Member of the Trial Bar
- Vice-President and board member, Los Sueños, Del Mar: Jaco, Costa Rica
- Former CEO of Farmacia Express, Rx, Ltd; Florida Office of the State Attorney; Corporate Counsel for Larkin Community Hospital and its subsidiaries; Chief General Counsel for Whole Hemp Company, LLC d/ba/ Folium Biosciences and Folium Equity Holding, LLC
- Expert legal areas of practice include: Cyber-Security, Blue Gas Technologies, Crypto, Pharmaceutical, Financial/ White-collar crimes and/or torts, RICO, Regulatory practices such as FINRA, SEC, IRS, Complex Litigation and Intellectual Property laws. International Practice with heavy Trial Skills in all Courts

✉ in 🐦

Among other violations and MISCONDUCT, Craig Alan Brand repeatedly violates:

===================================================================
Florida Bar Association Formal Complaint against: CRAIG ALAN BRAND, esq Bar # 896111
- 23

**DISHONESTY, FRAUD, DECEIT, MISREPRESENTATION: RULE 8.4  Rules 4.2 and 4.3.  Prohibiting the use of a false pretext to communicate with anyone related to a legal matter.  As Brand did to materially mislead an opposing party and a US Magistrate Judge.**

Craig Alan Brand has abused and misused his license to practice law <u>granted by the State of Florida</u> to commit atrocities and MISCONDUCT around the United States and overseas, where he is currently the subject of formal complaints for his illegal practices of law around the world all propped up by his single license to practice issued by the FLORIDA Bar Association. Reports and notices to foreign jurisdictions in the United Arab Emirates, the DCIF in UAE, and in accordance with United Arab Emirates Federal Law no. 23 on the Regulation of the Legal Profession (16 December 1991) and Executive Council Resolution no.22 of 2011; current complaints in Saudi Arabia as set out in Article 3 of the Code of Law Practice, in Saudi Arabia where Hera Software Development Inc. claims offices, have been made against Craig Alan Brand, who brings shame and disgrace upon all attorneys licensed in the US State of Florida.

Brand is the subject of complaints in Costa Rica, where he has been previously imprisoned and charged with various frauds, acting as an attorney there in violation of law resulting now in additional formal complaints to the Costa Rican Bar and under direct notice in the international treaties between the United

States and Costa Rica under the "Ley Orgánica del Colegio de Abogados No. 13 de 28 de octubre de 1941; Codigo Notarial Ley 7764"; formal legal complaints and litigation as to ethics and violations of Ley Orgánica del Colegio de Abogados No. 13 de 28 de octubre de 1941 etAl. within the jurisdiction of Costa Rica, against Craig Alan Brand, US State of Florida Licensed Attorney.

Craig Alan Brand in direct violation of the Rules of Professional Conduct and the filing of false, materially misleading, deceptive, inaccurate, UNTRUE affidavits, and deliberate fraud against Courts sending and causing Chambers of a United States Federal Judge to be mislead as well as the opposing party, using email addresses to DECEIVE and commit immoral, unethical conduct in the presence and directed to Federal Courts. When caught Brand then seeks the removal of the Federal Judge seeking recusal and challenging the Judge's sacred honor and integrity. Brand gives a bad name to all attorneys licensed by the State of Florida. Brand's actions in LYING to the State of Florida Secretary of State, passing fraudulent and deceptive addresses, and lying about being a registered agent in Florida, when Brand is NOT present in Florida, and is a registered voter in Colorado where he practices law without a license, relying only on his Florida

License to enable his legal shenanigans across the United States giving a horrible name to any attorney licensed in the US State of Florida.

Craig Alan Brand presents a clear and present danger to the American Judiciary, a system of laws, which he as an attorney is a de facto "Officer of the Court", yet <u>he acts as a rogue agent of evil</u>, seeking to break the Rules of Professional Conduct at every turn, not acting within the guidelines or expected behavior of licensed professional. The continued licensure of Craig Alan Brand is a disservice to the citizens of the United States in all Courts which allow brand to continue to <u>waive his FLORIDA Bar Association certificate of good standing.</u>

The undersigned respectfully requests in the interests of justice, for the Florida Bar Association to step in and prevent Craig Alan Brand from continuing his reign of terror, untruths and certain MISCONDUCT upon the Courts of these the United States of America, while not practicing law in Florida, being a Florida Resident, or a Florida Voter, but rather barnstorming across the United States waving his Florida "certificate of good standing" as a license to LIE, CHEAT, STEAL, commit PERJURY, mislead, commit fraud, generally disobey the general rules which govern attorneys in our society. The Bar Association of the State of Florida deserves better than allowing Craig A. Brand to ruin its good name.