# EXHIBIT

# "A"

# To Follow . . .

=====================================================

## EXHIBIT "A" CASES CITED AND CONSULTED

## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. <u>and</u> CHAD M. KOEHN<br><br>　　　　Plaintiffs, Counter Defendants<br>　v.<br>Michael Nelson<br><br>　　　　Defendant ;  Counter Plaintiff PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>　　　　<u>CIVIL ACTION</u><br><br>Application demand Default Judgment against the Counter Defendants for Failure to Answer timely First Amended Counter Complaint |

CASES CONSULTED regarding requested and Demanded Default Judgment for Sum Certain:

Annette Walley v. Boston Scientific Corporation, U.S. District Court, Southern District of West Virginia, Charleston Division (2013)

Basso v. Utah Power & Light Co., 495 F 2d 906, 910 (10thCir. 1974)

Bowles v. Russell, Warden, (2007)

Brookhart v. Janis

Browder v. Director, Dept. of Correction of ILL., 434 U.S. 264 (1978)

Bus. Guides, Inc. Chromatic Commc'ns Enters, Inc., 498 U.S. 533 540 (1981)

Cafin v. Houseman, 93 U.S. 130, 136

Carroll v. Greenwich Co., 199 U.S. 401 (1905)

Conley v. Gibson, 355 U.S. (1957)

Davenport v. Ralph N. Peters & Co., 386 F. 2d 199, 204 (4th Cir. 1997)

Davis v. Alaska 415 U.S. 308 (1974)

DiBella v. United States, 369, U.S

Disabled Rights Action Comm. v. Las Vegas Everts, Inc., 375F. 3d (9th Cir. 2004)

Douglas v. New York N.H. & H.R. Co.,

Firestone Tire & Rubber Co. v. Risjord

Forman v. Davis, 371 U.S. 178, 182 (1962)

Ir French v. Barber Asphalt Paving Co., 181 U.S. 328 (1901)

Harless v. CSX Hotel, Inc., 389 F. 3d (4th Cir 2004)

H.F. Livermore Corp. v. Aktiengesellschaft Gerbruder Loepfe, 432 F 2d (D.C. Cir 1970)

Howlett v. Rose, (1990)

Laber v. Harvey, 438 F. 3d (4th Cir. 2006)

13 Main v. Thiboutot, 100 S Ct 2502 U.S. (1980)

Melo v. United States 505 F2d 1026 (8th Cir. 1974)

Mississippi Publishing Corp. v. Murphree, (1946)

Murphy Brothers, Inc., Petitioner v. Michetti Pipes Stringing, Inc., U.S. (1999)

Nishimatu Constr. Co. v. Houston Nat'l Bank, 515 F 2d 1200, 1206 (5th Cir. 1995)

Paul v. Davis, 424 U.S.

Pioche Mines Consol., Inc. v. Dolman, 33 F. 2d 257, 270, (9th Cir. 1964)

Pleblich v. Battery, 181 f. 3d 1048, 1056 (9th Cir. 1999)

**S.E.C.** Lawbough, 359 F. Supp. 2d 418, 421 (D Md. 2005)

Scheuer v. Rhodes, 416 U.S. 94 S Ct.  Ed 2d (1974)

Slaughter-Houses Cases, 83 U.S. (16 Wall.) 36, 116, 122 (1873)

Smith v. Illinois, 390 U.S. 129, 131 (1968)

Steel Co v. Citizens for Better Env't, U.S. 83, 98 (1989)

United States v. Curry, 6 How. 106, 113 (1848)

United States v. Harre, 983 F. 2d 128, 130 (8th Cir. 1983)

Ward Elec. Serv., Inc. v. First Commercial Bank, 819 F. 2d (4th Cir. 1987)

Zenovida Love, et al., v. Wal-Mart Stores

*Slaughter-Houses Cases, 83 U.S. (16 Wall.) 36, 116, 122 (1873)*

**Federal Rules of Civil Procedure relied upon in this Motion and thus mandated**

**Application:**   Rule 5; Rule 12; Rule 15; 12(a)(I)(A); 15(a)(A)(3); 15(a)(2); 6(b)(2); Rule55