# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>　　　　　　Plaintiffs, Counter Defendants<br>　v.<br>Michael Nelson<br><br>　　　　　　Defendant ; Counter Plaintiff PRO-Se. | **DOCKET NO.:   5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br>**CERTIFICATE of SERVICE**<br>Memorandum of LAW in support of Application for Default Judgment against Counter Defendants Chad M. Koehn and United Capital Management of Kansas Inc. for failure to timely Answer First Amended Counter Complaint |

**Certificate of Service:**

Memorandum of LAW in support of

Application for Default Judgment against Counter Defendants Chad M. Koehn and United Capital Management of Kansas Inc. for failure to timely Answer First Amended Counter Complaint

　　　The undersigned hereby certifies that, on this same date, I filed the attached Application demand Default Judgment against the Counter Defendants for Failure to Answer timely First Amended Counter Complaint, with the Clerk of the Court via electronic-mail:

**KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 28th day of September 2022.

*/s/ Michael Nelson*

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com