# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN plaintiffs, counter-Defendants<br><br>v.<br><br>Michael Nelson ["Nelson"]<br><br>Defendant ;     PRO-Se. | **DOCKET NO.:**    5:22-CV-04008-JWB-GEB<br>**CIVIL ACTION**<br>APPEAL of Order/Report Doc. 63<br>Appeal made under Rule 72<br>For De Novo Review<br><br>**[Jury Trial Demanded]** |

Nelson makes "SPECIAL APPEARANCE" for the purposes of filing Appeal of Order Document 63, appeal made under rule 72, for "de novo review" I so now allege and state:

**"When faced with the issue of either allowing a civil action to proceed or protecting the Fifth Amendment rights of individual defendants against self incrimination, the majority of courts have consistently chosen the latter."** Magistrate Judge refuses to allow Motion practice by me, whilst simultaneously allowing attorneys who have submitted false, materially misleading, fraudulent and certainly untrue, non-verified affidavit, see document 24-1, affidavit of CRAIG ALAN BRAND, shown consistently as fraudulent and PERJURY to file motions against me. Whilst simultaneously summarily denying me the opportunity to be heard on illegally filed motions and denying me the opportunity to file motions, including "Motion for Stay" **pending resolution of the parallel criminal matters.** In addition to the extrajudicial harassment filings by KOEHN and Craig Brand. Koehn claims additional parallel criminal matters stating he possesses a "mountain" of evidence. A STAY of these proceedings is necessary given the parallel criminal proceedings.

Armed with only TRUTH, LOGIC and REASON I have attempted to follow the rules and sought to bring forth to the Court the unlawful behavior of opposing counsel. Order of the Court Document Number 63, has erred in the correct events of the docket and has numerous incorrect assumptions, opinions, and illegal orders. A STAY of these Civil Proceedings is warranted by Law, Case precedent and protection of Constitutional Rights.

1

On page 1 of the Order the Order incorrectly states the date, it states the date of 2 March 2022, when in fact the hearing was held on 3 March 2022.

The removal although alleging diversity also alleged a vast number of Federal Questions and other Federal legal citations which should be included in the interests of Justice, by denying the other Federal Questions, the Court has erred in the protection of Civil Rights and Constitutional rights.

The Magistrate Judge has purposefully not listed nor ruled upon all the "motions", "notices", "memorandum" and OBJECTIONS. Most concerning is the Magistrate Judge purposefully has not addressed the OBJECTION made in document number 52, **"OBJECTION to Unethical, Illegal, Immoral, Conduct at Bar by Craig Alan Brand"**; whilst simultaneously referencing multiple times notices and memorandum filed by the bar licensed attorneys who file documents and REFUSE to send the same to my person, violating my basic due process rights. Document 57 materially supports document 52, and Craig Alan Brand's attempts to mislead the Court, Judges Chambers and myself in order to have me violated on the underlying parallel criminal matters!

At (A) of Order Doc 63, the Magistrate Judge, expends time referencing Doc 3, which was withdrawn in Doc 35. F**or cause well explaining the legal shenanigans practiced by the "partner in deception" CRAIG ALAN BRAND,** where my email box is being SPAMMED with UCE (Unsolicited Commercial Email) on a constant basis <u>since CRAIG ALAN BRAND entered the case</u>, as is a well practiced and long and storied history of harassment of opposing parties. I even stated: "Defendant in the interests of savings to the Court and the parties hereto the above captioned litigation at bar, files this Notice of withdrawal of the motion made in Document Number 3, of the above entitled action currently pending at bar here in the US District of Kansas Federal Court" see Doc 35, page 2, numbers 4 through 8 and at numbers 11 through 14 of the same page: "The Defendant has been under collateral attack by purported attorney Craig Alan Brand and his "law partner" and/or legal associate Logan R. Golema in numerous jurisdictions for a period of

years." Brand has a long and storied history of abusing legal processes, Golema is not even found to be an attorney of any bar, in the US, Brand abuses and missuses legal proceedings regularly, Brand is trying to get me violated and put in jail or prison, using this case to do that, illegally.

At (B) of Order, Magistrate Report Document 63, the Court errors in allowing opposing counsel to use a racial INSULT in pleadings, despite the pleadings being signed by TWO (2) licensed attorneys, who both must have proof-read the petition and as required the plaintiffs had to read and approve the filing prior to it being filed. The petition sat, filed for nearly a year prior to any attempt at service of process, was reviewed constantly at multiple hearings and continuances, providing plaintiffs ample opportunities to amend the complaint, including removing the RACIAL INSULT themselves, yet they did not take the measures necessary to amend the complaint, when granted multiple opportunities over the course of nearly a year to do so.

It is well settled that the term "BEAN" or "BEANER" is derogatory to "Spanish". It is the Court does not recognize and "admonish" the attorneys and plaintiffs for the inclusion of the racial slur (INSULTI) in the complaint which they had ample opportunity to amend themselves, and purposefully allowed the known racial insult to persist. The USSC has stated, that ONCE is TOO MANY TIMES, referring to the use of RACIAL Insults, towards other persons, ESPECIALLY in legal documents by persons licensed before the Court. IT is error for the Magistrate report in the Order stating that making the Racial SLUR a single time, in some way lessens the impact of the Insult being used and strategically placed on the bottom of the first page of the petition, and being sent into a highly racially charged environment. Amicus Brief is attached r**egarding single use of Racial INSULT,** Attorneys, Department of Justice, Civil Rights Division, Appellate Section, Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044-4403, (202) 616-2810<u>, see Exhibit "A"</u>.

Most of the time racial insults, make their way before a Court, is in a dispute, NOT in writing by licensed attorneys before a court, who here use Racial Insult in the complaint itself, targeting my

person, seeking to cause physical and emotional damage in New Jersey.  The Court MUST recognize this damage!  <u>The Court MUST recognize the racial Insult for the attack it is!</u>

The plaintiff's regularly use racially charged speech as noted Doc. 12, demonstrating clearly where the plaintiff's use the term "RED NECK" in the naming convention of a Crypto Currency "hedge fund"  **Red Neck High Tech Yacht Fund, LP.**  Though Magistrate said use of RED NECK in the hedge fund name is "unfortunate", it is clear both attorneys, and both plaintiffs read the word "Bean", a known racial insult and thought the name "Nelson" in their minds, clearly demonstrating bigotry and racism.   ONCE is too many for the use of racial INSULTS directed at others, ESPECIALLY in legal documents, filed in public, there can be no mistake, or excuse, the use even a single time of a racial insult in place of a litigants given name is too many and at the very least is worthy of recognition by the Court and ADMONISHMENT and referral for suspension, a time out from the practice of law.  See Exhibit "A" where even the US Justice Department Amicus Brief outlines ONCE is too MANY!   Certainly BOTH the term "BEAN" and the term or phrase "RED NECK" are BOTH insensitive and certainly BOTH are biogted terms and phrases used to insult other humans.  This type of behavior is counter productive to litigation and flies in the face of those expectations American Citizens have to each other in a civilized society.

The Magistrate rather than calling the RACIAL SLUR/INSULT and the certain DISCRIMINATION of socio-disadvantaged people for what they are, instead tries to lessen their impact by stating RED NECK, is *"unfortunate use of the term "red neck" in the name of a limited partnership with which they are affiliated"*.  It certainly is not "bad fortune" as to say it was accidental the Plaintiff's used the phrase "RED NECK", in the naming convention of a CRYPTOCURRENCY hedge fund, called <u>"RED NECK High Tech Yacht Fund"</u>, there is nothing to suggest it was "bad fortune" in its use in fact the Plaintiff's deliberately use a DEROGATORY phrase "RED NECK" referencing "high tech" and YACHT, wherein it is well settled that a person

who is socio-economically disadvantaged cannot afford a Yacht. This demonstrates clearly why the plaintiffs think it is "funny" or amusing to refer to and to directly NAME me as a "BEAN", calling me this name, in place of my given name in a legal document, in fact doing so boldly, in the initiating complaint. Plaintiffs had nearly a year and multitude of hearings to read and reread the complaint, providing nearly a year to amend the complaint and remove the Racial Insult themselves. EVEN after removal to FEDERAL COURT, the plaintiffs rather than seek leave to amend on their own, simply proffered excuse and repetitive motions to strike pleadings rather than move on their own accord to amend and REMOVE the Racial INSULT from the SLAPP petition. As to say they are above me and the Court, and need not amend the INSULT from the SLAPP complaint.

The Magistrate report again does not take seriously enough the use of the RACIAL SLUR / INSULT. The report/order goes on to state: "in <u>deference</u> to Defendant's reasonable concerns regarding the use of the name or term "Bean" in Plaintiff's state court Petition". My concern is how the Racial INSULT was used, **the FACT two licensed attorneys proof-read and signed the petition and the plaintiff's reviewed the petition for form and substance as required by law.** All of them KNEW the term was included and ALL of them allowed it to remain unchecked in the SLAPP petition. <u>At the very least the Court should "admonished" the opposing counsel</u> for the use of the RACIAL SLUR and refer the matter to the DISCIPLINARY BOARD! <u>As the Court "admonished" me non-legally educated, proletarian pedestrian PRO SE defendant, multiple times in the Order,</u> **yet did not "admonish" the opposing counsel a single time,** throughout the entire order. By <u>simply "ordering" the SLUR / INSULT removed from the petition does not undo the HARM, severe physical and emotional damage created by the use of the Racial SLUR / INSULT</u> nor how the SLUR / INSULT was delivered into a known highly racially charged environment, for willful, and purposeful intent to attempt and having caused me physical bodily injury and harm.

The Court MUST identify the term as an INSULT aimed at me, and hurled at me in a racially charged environment after purposefully sitting on the petition for nearly a year, laying in wait to serve the RACIAL SLUR / INSULT when it would have the greatest possible impact, in hopes of further physical, mental and emotional damage.  By not "admonishing" the plaintiffs and attorneys Larry Gene Michel and Quinn Robert Kendrick for BOTH "failing" and committing grave "error" in wanton reckless disregard for the Civil Rights, of others, this Court sets the scary precedent that attorneys have the RIGHT to use RACIAL INSULTS, in legal pleadings, so long as they only do so once or twice, and proffer an excuse, then they shall not even be admonished nor scolded in anyway for the use of known RACIAL INSULT, in place of my given name.  The damages caused by the use of the Racial INSULT are ongoing and have been felt, physically, mentally and emotionally and continue deeply negatively affecting my life and that of others, where even a US FEDERAL COURT, refuses to recognize the Racial INSULT for the severe damage such INSULT causes.

At foot note "1" on page 8, of document 63, the report/order; the Magistrate FAILS to lay out all the facts, which include the Magistrate ordered the parties not to file motions/answer until further notice, I unlike the licensed attorneys followed the orders of the Court.  At each and every step I am barred from filing motions/answer but the bar licensed **attorneys are allowed to violate the Rules of Professional Conduct, Local and Federal Rules and even ORDERS with impunity.**

The Magistrate report/order further errors in the correct statements, by making a statement that while true on its face leaves out the FACT, the plaintiffs filing of their motion to Strike aimed at the Motion for enlargement of time states the plaintiffs, *"request that the Court strike Nelson's motion for extension of time and admonish him"*; while the Magistrate report/order states:  *"nowhere in Plaintiff's Motion to Strike do they object to the extension of time requested"*, **this is certainly NOT within the SPIRIT of the law or Court Orders**.  I, attempted to contact the opposing counsel who at ALL times REFUSE communication.   IPSO FACTO the plaintiff's requesting: *"that the Court*

*strike Nelson's motion for extension of time and admonish him"*, certainly does not say anywhere that the Plaintiffs were being reasonable, nor operating with good faith, in agreeing to the extension of time, instead the plaintiffs sought to STRIKE the ENTIRETY of the dutiful request to enlarge time.  IN FACT the Plaintiffs went on to file another motion to strike, at document for enlargement of time, seeking again to strike the entirety of the request to enlarge time to provide an answer. The Magistrate order/report ERRORS in the law by stating:  ", Defendant shall file an answer or other responsive pleading to Plaintiff's Amended Complaint no later than 21 days after service of the Amended Complaint. The Court deems the date of service for the Amended Complaint as the date when it is filed in CM/ECF."   This causes the time to respond to filings to be less than a week.  On page 11 of Order 63 at Footnote (9) the Magistrate Report references a unique, yet brilliantly written document referred to as the "Pillars of Professionalism".  Concern is brought forth to the Court, that this document seems to replace and effectively lessen the responsibilities of Licensed Attorneys.  Nowhere within the document entitled "The Pillars of Professionalism" am I adequately protected.  The document appears to give licensed attorneys a "pass" at their regular violations to the Rules of Professional Conduct.   Again for a second time I, a proletarian non-legally educated defendant is "admonished" by the Court, whilst the Court references the "Pillars of Professionalism" a document which does not adequately include protections, to the PRO SE, by category nor status anywhere within the document.  Conversely the document also does not give reference to attorneys acting Pro Hac Vice, before the Court, like purported attorney Craig Alan Brand, who did WILLFULLY, KNOWINGLY passed a fraudulent, materially misleading and certainly PERJURY filled affidavit before the Court in document 24-1; wherein CRAIG ALAN BRAND signed twice the document under the penalties of PERJURY and made a number of knowingly FALSE STATEMENTS.  Brand continues throughout the proceedings to misuse, abuse the legal process to exact EXTORTION, HARASSMENT and Judicial Abuse in violation of law.

7

Craig Brand's certain perjury before the Court is not only "playing fast and loose at number Six", meaning DISHONEST, of the affidavit he passed by the declaration of NeJame passed to the Court by Larry G. Michel certainly supports the fact that Brand has had bar complaints thereby making (7) of the affidavit also FALSE.   Even when Craig Alan Brand appears before the Court he appears in Zoom conferences under the law firm "Mystic Law" and not the law firm name he submits in the affidavit before the Court.   **On page (7) of the Pillars it states:  "Act with candor, honesty, and fairness toward the court." Certainly the multiple FALSE statements equaling absolute PERJURY on an affidavit before the Court demonstrates clearly where Craig Brand believes BOTH the Pillars of Professionalism and the Rules of Professional Conduct do not apply to him.** CRAIG ALAN BRAND's false swearing on an affidavit by an attorney should be admonished and punished severely otherwise it tarnishes the image of the Court in the minds of the public at large therefore negatively reflecting on all attorneys who appear as officers of the Court.

At (E) of Doc 63, the Magistrate <u>errors in the application of the law, only referencing the Atty. General and NOT the SEC (Securities Exchange Commission) a FEDERAL ENTITY.</u> I respectfully remind the Court that the SEC (Securities and Exchange Commission) is a **<u>Federal Commission</u>** and as such the Court has the Power to issue writs as granted under the US Constitution and All Writs Act, especially when a matter of law is cited and reason provided given the <u>material misrepresentations as to "nerve center"</u> to the highly bigoted naming convention of the CRYPTOCURRENCY Hedge Fund "RED NECK High Tech Yacht Fund LP", obvious and evident material misrepresentations **<u>proof positive of on-going violations to Federal Law.</u>**   A writ should be issued to the <u>Securities and Exchange Commission (SEC) a Federal entity,</u> if not also notice of the Attorney General for the State of Kansas, whilst I may not be a citizen of the State of Kansas, I deserve no less protection under the 14th amendment than citizens of the several states.

<u>At (G) of the Magistrate Report,</u> the Court errors, in not admonishing the plaintiffs and their counsel for the obvious and evident, violation to FRCP and Rules of Professional conduct by not adhering to FRCP Rule 7.1; wherein I had the necessity to point out the obvious violations to the FRCP by licensed attorneys, who are allowed to violate Local, Federal and Professional Rules with impunity.

<u>At (H) of page 14</u> of the Magistrate Report the Court again lessens the bad behavior of the opposing counsel and place blame upon the PRO SE non-legally educated by stating: " Despite claiming to not have a service copy of the two pleadings, based upon Defendant's extensive quoting from the Notice of Withdrawal and Entry of Appearance in his objections, it is clear he had a copy of each." I have a copy ONLY for the graces of NON-PROFITS MONITORING THIS CASE and because PACER exists to PROTECT the public as what occurs in a Court is the PUBLICS RIGHT TO KNOW. IPSO FACTO the PRO SE have RIGHTS to receive notice of the opposing counsel and <u>should NOT have the need to rely upon third party non-profits</u>, like CourtListener, Free.law, Judicial Watch, just to receive basic notice of filings made in the case. IF NOT for CourtListener: https://www.courtlistener.com/docket/62644788/united-capital-management-of-kansas-inc-v-nelson/ and legal aid, the American Civil Liberties Union (ACLU), Free.law, Judicial Watch and others all monitoring this case, I would have been without the filings made by opposing counsel as they certainly have sought to DENY the basic and fundamental rights to receive copies of what they file to the Court, in their denial of service of notice and copies of what licensed attorneys file to the Court. Larry G. Michel has multiple times refused to provide service copies of what he files with the Court to me, following his lead so do his co-counsel's Quinn Robert Kendrick and Christopher Kellogg also refuse to provide copies of their filings to the Court to me. **As to Quinn Robert Kendrick, who also signed the originating petition which included a racially motivated INSULT**, the fact he is unable to follow the RULES of the Court and does not name / title even his

withdrawal of appearance, which is made with mens rea of a guilty mind for the racial SLUR / INSULT hurled at me, after the filing of document 5, demonstrates clearly via proof positive that at <u>a minimum Quinn Robert Kendrick should have been admonished</u> by the Court for not following procedure, as to Chris Kellogg the same, given his single page notice of appearance which lacks in notice to me.  Whilst PRO SE, the Court has had the unusual and non-conformity with the rules need to ORDER: *"the Court ORDERS Plaintiffs to provide Defendant with a hard copy of any future filings via regular mail and to certify service of same."*  Each and every filing of the licensed attorneys filed a certificate of service, however, did purposefully and maliciously in bad faith refuse to provide a copy or notice to me PRO SE, indicating proof positive of bad faith, even the Court has found:  **"The same cannot be said of the represented litigant, for we expect counsel to know the pleading rules of the road without being given personal notice of them by the district court.  <u>Our concern here is with the pro se litigant unschooled in the law.</u>**" *See Erickson, 127 S.Ct. at 2200; Andrews, 483 F.3d at 1076-78.*  FOUR (4) different lawyers all working against me, apparently know not the FRCP and are ORDERED time and again to follow FRCP, licensed professional should **"know the pleading rules of the road without being given personal notice of them by the district court" id.,** conversely as I am PRO SE without legal education and learning as quickly as possible and has yet to be given any direction from the Court as to what I have done wrong or what is not permitted by the rules, the Court should have **"concern here is with the pro se litigant unschooled in the law"** id. Whereas conversely the <u>role models providing leadership</u>, opposing counsel in this case, continue to flagrantly flout the very rules at bar including Professional Conduct, Local and Federal Rules.  Craig A. Brand's book "LIFE SUCKS" states: "<u>**Lady Justice is not only blind but corrupt and susceptible to biased pressures.**</u> The legal system, different than a justice system, **works best for the wrongdoers, liars, extortionists, blackmailers, the wealthy, criminals and the insane.**" id page 98  Opposing counsel seek to fully

**10**

blind the Court and destroy the Court's impartiality in the litigation, just as Brand's statements: **"Lady Justice is truly blind. Blind to justice."** id. Page 26; as Brand states: "Today's legal system protects the wicked and taxes the innocent." id. Page 26; I am truly the innocent WHISTLEBLOWER and obviously as the docket reflects Koehn etAl and his gaggle of attorneys from nearly half a dozen firms are the protected "wicked", **even CRAIG BRAND appears at Zoom conferences under a DIFFERENT law firm letterhead and name than he originally presented in PERJURY riddled affidavit at 24-1. Each time Craig Brand has appeared in this matter he provides further evidence of the fraud, judicial abuse, harassment and threats.**


At (K) the Magistrate report, does not provide the timeline of events, wherein the PRO SE defendant is working with law firms regarding the parallel hereto criminal matters. Wherein Craig Brand's clients, employer and conspirators under Brand's direction LIED to law enforcement claiming I violated a protective order which never existed at the time, in order to incarcerate me for over a month and try to kill me, only to have charges changed, and then most of them dropped or dismissed. A STAY in this matter pending resolution of the parallel criminal matters is a ncessity. *See eg. Wehling v. Columbia Broadcasting System 608 F.2d 1084, 1089 (5th Cir. 1979)* ("[although a three year hiatus in the lawsuit is undesirable from the standpoint of **both** the court and the defendant, **permitting such inconvenience seems preferable at this point to requiring plaintiff to choose between his silence and this lawsuit.**"); White v. Mapco Gas Products, Inc. 116 F.R.D. 498 (D.C. Ark 1987); Dienstag v. Bronsen, 49 F.R.D. 327 (D.C.N.Y. 1970); US v. Steffes, 35 F.R.D. 24 (D.C. Mont. 1964). **Unqualified right given by** *Section 272 of the Judicial Code, 28 U.S.C. 394*, to parties in all the courts of the United States to **'plead and manage their own causes personally.'** Filing a lawsuit without a sufficient factual basis **to dissuade a whistleblower** or

discrimination plaintiff from engaging in protected conduct **constitutes actionable retaliation**. *See, e.g., Darveau v. Detecon, Inc., 515 F.3d 334, 340-341 (4th Cir. 2008); Gortat v. Capala Bros., 2011 U.S. Dist. LEXIS 149731 (E.D.N.Y. Dec. 30, 2011); Pinkett v. Apex Communs. Corp., 2009 U.S. Dist. LEXIS 34053, 9-12 (E.D. Va. Apr. 21, 2009)*. Sham litigation is not protected by the First Amendment. *Rosania v. Taco Bell of Am., Inc.*, 303 F. Supp. 2d 878, 883 (N.D. Ohio 2004). *See also Gill v. Rinker Materials Corp.*, No. 3:02-CV-13, 2003 U.S. Dist. LEXIS 2986 (E.D. Tenn. Feb. 24, 2003) (claim brought "not in good faith and instead motivated by retaliation, can be the basis for a claim"); *Gliatta v. Tectum Inc.*, 211 F. Supp. 2d 992, 1009 (S.D. Ohio 2002) (lawsuit brought in bad faith with retaliatory motivation prohibited); *Torres v. Gristede's Operating Corp.*, 628 F. Supp. 2d 447, 472 (S.D.N.Y. 2008) ("baseless claims or lawsuits designed to deter claimants from seeking legal redress constitute impermissibly adverse retaliatory actions"); *Stanerson v. Colorado Boulevard Motors, Inc.*, No. 06-cv-00856, 2006 U.S. Dist. LEXIS 80124 (D. Colo. Nov. 2, 2006); **Indeed, threatening to sue a whistleblower can be actionable retaliation.** *Brach v. Conflict Kinetics Corp.,* Case No. 1:16-cv-978 (2016). Retaliation is prohibited even if it is undertaken at the request of a government official. *10 USC § 2409(a)(3)(B)*. "only following orders" defense. *Wilczynski v. Loyal Source Government Services LLC, No. 18-cv-2973-WJM-KMT, 2020 WL 1076125 (D. Colo. 03/06/2020)*. Yes, the Anti-Money Laundering Act of 2020 **protects anti-money (FINCEN) laundering whistleblowers** against retaliation, including whistleblowers who have provided information to **FinCEN** through the anti-money laundering whistleblower program. Even BEFORE discussion on CRAIG ALAN BRAND's woefully fraudulent, materially misleading, and certain PERJURY riddled affidavit for Pro Hac Vice admission, CRAIG BRAND proffered testimony, he, is DEFENDING FINCEN actions regarding the plaintiffs. It is most probable this frivolous SLAPP litigation is another weapon in the arsenal of CRAIG BRAND to attack me as has been seen throughout the plethora of cases started organized,

orchestrated and directed by the "PARTNER IN DECEPTION" CRAIG ALAN BRAND, who states to the world "I [Craig Brand], for instance, **have championed the art of disinformation. I intentionally provide people with false information...**" id. page 118. [EMPHASIS ADDED], written in his own hand in the book he authored "I don't care what mom says: LIFE SUCKS", Brand goes on to state:

> "All that is required is the mere filing of a legal document called a "complaint". Then, **wham, you are in court and the accused must go through a long, lengthy, tiring, stressful and expensive process merely to prove his or her innocence.** In spite of what you have read about our system of justice, **we are all guilty until proven innocent, and we are all innocent until we run out of money** [Emphasis Added]. **Most falsely accused people wind up paying some form of legal extortion** just to get out of the drama. **The bad guys and their SHYSTER [EMPHASIS ADDED] lawyers know it**." id. page 97

Disclosures protected under the AMLA could also implicate tax fraud, **securities fraud**, or violations of SEC rules; As such it cannot be reasonably disputed that proceeding with this action in light of the parallel criminal proceedings severely prejudices me and possibly even the plaintiffs here and there. The focus is "on the plaintiff's state of mind rather than on the defendant's conduct." *Guyden v. Aetna, Inc., 544 F.3d 376, 384 (2d Cir. 2008).*

The Magistrate Report / Order seems to purposely skip over the lawful OBJECTION in document number 52, titled appropriately: **"OBJECTION to Unethical, Illegal, Immoral, Conduct at Bar by CRAIG ALAN BRAND"**, and now supporting documentation in Doc. 57 The oversight of the Court in not addressing the OBJECTION to Unethical, Illegal, Immoral, Conduct at Bar by Craig Alan Brand; seemingly gives opposing counsel a "pass" yet again at the attempted FRAUD, and certain willful and obvious attempts by CRAIG BRAND to claim the PRO SE defendant had communication with Hera Soft when Craig Alan Brand responds to the Chambers of the Magistrate from the email address: craig.brand@herasoft.com this willful and deliberate FRAUD upon the Court and deception by Craig Brand, cements the long and storied history Craig Brand has of

deception upon Courts. Brand has continually used these proceedings in order to entrap and incarcerate me again, seeking to snuff out my life, not unlike the DEAD WHISTLEBLOWERS in other cases involving Craig Brand. After all it is Craig Alan Brand who writes in the book he authored: **"Lady Justice is not only blind but corrupt and susceptible to biased pressures.."** id page 98 **"The truth asserted is irrelevant." id. page 16** "Today's legal system protects the wicked and taxes the innocent." id. Page 26 "I [Craig Alan Brand], for instance, have championed the art of disinformation. I intentionally provide people with false information..." page 118. [EMPHASIS ADDED] "I intentionally provide people with false information".

Filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice")."filings generously and with the leniency due pro se litigants", *Erickson v. Pardus, U.S. 127.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)*

Respectfully Submitted, this 29th day of September 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;
Respectfully Submitted, this 29th day of September 2022.

Michael Nelson - Pro Se
Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com