KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF SERVICE OF PLAINTIFFS'
## FIRST FED. R. CIV. P. 26(a)(1) DISCLOSURES TO DEFENDANT

Plaintiffs, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith serve their Federal Rules of Civil Procedure 26(a)(1) disclosures upon Defendant, MICHAEL NELSON. The disclosures are accessible through a thumb/micro drive that is being simultaneously mailed to the Defendant. The Disclosures begin with each file name with UCM0001 thru UCM0414. They total 361 MB.

Dated September 30, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg    #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2022, the foregoing *Notice of Service of Plaintiffs' First F.R.C.P. 26(A)(1) Disclosures to Defendant* was electronically filed with the Court using the CM/ECF System, and, pursuant to the Order of the Court, the undersigned caused to be mailed a true copy of the foregoing motion to Michael Nelson, by prepaid First Class United States Mail addressed to Michael Nelson, 9450 SW Gemini Dr PMB 90924, Beaverton, OR 97008-7105, and caused to be emailed a true copy of the foregoing to Michael Nelson at oklahomaremote@gmail.com.

/s/ Chris J. Kellogg