# EXHIBIT

# "A"

# To Follow . . .

---
Memorandum in Opposition to Plaintiff's Motion to Quash Already Issued and Executed Subpoena upon Donald Hoffman, ESQ, for case records and files, specifically depositions of Chad M. Koehn and SEXUAL AGGRESSION SETTLEMENTS entered into be Koehn and UCMK



Michael Nelson <oklahomaremote@gmail.com>

# UCM v. Michael Nelson; 2022-CV-4008
5 messages

**Chris Kellogg** <ckellogg@kenberk.com>  Wed, Sep 21, 2022 at 9:54 AM
To: KSD_Birzer_Chambers <KSD_Birzer_Chambers@ksd.uscourts.gov>
Cc: "oklahomaremote@gmail.com" <oklahomaremote@gmail.com>

Dear Magistrate Judge Birzer:

(1) Separately and apart from what has been filed as by Mr. Nelson as Rule 45(a) Notices of Service of Third Party Subpoenas, Mr. Nelson has had the Clerk issue at least one subpoena to a third-party (prior counsel for Plaintiffs not appearing in this matter) without filing a Rule 45(a)(4) notice and has placed a return date for the subpoena of September 30, 2022 {four days prior to the October 4, 2022, Scheduling Conference]. Fed R. Civ. P. 45(a)(4) provides: "Notice to Other Parties Before Service. If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party." Please see Document 237 which Mr. Nelson served on Donald Hoffman on September 19, 2022, or the inspection of premises before trial. Mr. Nelson has not complied with this rule. Plaintiffs are currently restricted from seeking any affirmative relief concerning this Subpoena, but would move to quash the Subpoena for failure to comply with the applicable Rule.

(2) Mr. Nelson has failed to timely file proof of service of his responses to Plaintiffs' Interrogatories, which responses the Court ordered be served no later than September 19, 2022. Fed. R. Civ. P. 26(c) provides: "Certificate of Service. A party serving such disclosures and discovery must, at time of service, file with the clerk a certificate of service stating the type of disclosure or discovery or response served, the date and type of service, and the party served." Plaintiffs are currently restricted from seeking any affirmative relief concerning Mr. Nelson's failure to comply with this Rule, but would otherwise seek an Order to Show Cause.

Thank you for your attention.

Chris J. Kellogg
KENNEDY BERKLEY

119 W. Iron, 7th Floor
P.O. Box 2567
Salina, Kansas  67402-2567
Main Number (785) 825-4674

Fax (785) 825-5936

website:www.kenberk.com



*********************************************
CONFIDENTIALITY NOTICE:
The information contained in this electronic message and any files or attachments is a communication from the law firm of KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED. This information is intended solely for the use of the

individual or entity to which it is addressed. It is private and confidential, and may be protected by the attorney-client privilege. If you are not the designated recipient, you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you have received this message in error, please immediately notify us at 785-825-4674 or by responding to the sender's e-mail address, and promptly destroy the original and all copies of this message and attachments. Thank you.

---

**Michael Nelson** <oklahomaremote@gmail.com>   Wed, Sep 21, 2022 at 10:44 AM
To: Chris Kellogg <ckellogg@kenberk.com>
Cc: KSD_Birzer_Chambers <KSD_Birzer_Chambers@ksd.uscourts.gov>

Judge Birzer:

UNCONTROVERTED FACTS in RESPONSE to Mister Kellogg's assertions are not based in fact or reality:

(1) By Court Procedures and Local Rules the Clerks are prohibited from issuance of subpoenas without all notices being noticed, the Clerks have checks and balances.
(2) On 29 August 2022, I filed notice to subpoena Donald Hoffman's files related to a previous case, see Document 165 and a copy of the subpoena at 165-1
(3) Your Honor, Judge Birzer filed Order of the Court in Document 218, which states: "Plaintiffs shall file any motion to quash as discussed during the conference no later than 9/13/2022"
(4). Plaintiffs failed to quash or otherwise move to modify the subpoena to Donald Hoffman, by the date of 9/13/2022 as ordered in Order of the Court document 218
(5) After waiting several days past the date, I inquired to the Clerk as is proper for issuance of the subpoena to Donald Hoffman
(6) On 15 September 2022, 2 days past the suspense date Ordered by the Court in Document 218 to quash or modify subpoenas noticed as intent to issue, I requested issuance
(7) The Clerks following the procedures of the Court and their own procedural checks and balances issued the Subpoena to Donald Hoffman as per procedures
(8) I personally emailed the subpoena to Donald Hoffman including all correspondence with the clerks, as Donald Hoffman is an esteemed member of the Kansas Legal Community and Trustee of the KBF
(9) Pursuant with the issued subpoena on 19 September 2022, Chad Maier / Special Process Server with Attorneys Process Service of Kansas, LLC P.O. Box 781444, Wichita, KS 67278-1444 properly executed service of the subpoena upon Mister Donald Hoffman pursuant with the properly issued subpoena, which is now executed as served.

Mister Kellogg, now seeks as no attorney should, to respond after he was given multiple opportunities to respond to the subpoena to Donald Hoffman.   Mister Kellogg had the opportunity in the time frame as provided under law, and again under rule and yet AGAIN via Order of the Court in Document 218, in fact closer to three (3) weeks lapsed between Notice of Intent to Subpoena issued on 29 August 2022, Document 165, and issuance of the subpoena on 15 September 2022.

I HAVE NOT FAILED IN FOLLOWING THE PROCEDURES LAID OUT FOR ME, CONVERSELY Counsel Christopher Kellogg, purposefully with bad intentions willfully failed to object, quash or modify the issuance of the subpoena to Donald Hoffman, and conducting himself with bad conduct before the Court Mister Kellogg now seeks relief past the time for any such relief.   This is a delay tactic to further frustrate the litigation process and frustrate myself a pro se unrepresented litigant, who has been constantly required to go above and beyond the Rules and Statutes whilst the licensed attorneys refuse to obey the Court Orders, the Rules, Statutes or general principles of litigations.

As to Mister Kellogg's second complaint, he is LYING to the Court and I can prove IT!

(1) On 10 September 2022 Answers to the Interrogatories were mailed USPS priority mail, via Certified Mail, number:  7021 0350 0001 6716 5257
(2) On 12 September 2022 Document Number 224 of the docket I so notified the Court via Notice:  "**Notice of Service of Interrogatory Answers, Disclosures,** Requests for Production, Requests for Admission, with copies of Docs. 159, 160, 161 as to UCMK and Chad Koehn together with Interrogatories, Requests for Admission to Anthem Hayek Blanchard"
The mailing via USPS Priority Certified Mail was delivered and picked up by an individual at the Post Office in Salina KS on 15 September 2022
(3) The mailing via USPS Priority Certified Mail was delivered and picked up by an individual at the Post Office in Salina KS on 15 September 2022; from the USPS: "Delivered.  Delivered, Individual Picked Up at Post Office. SALINA, KS 67401  September 15, 2022, 10:09 am"

Mister Kellogg or another person at his firm obviously has the Answers to the Interrogatories and the Disclosures and the Requests for Production and Requests for Admission, with copies of Docket Numbers 159,160, 161 with additional requests for production, which were all mailed in a single CERTIFIED USPS PRIORITY MAIL PACKAGE ON 10 SEPTEMBER 2022, see above, and Notice to the Court in Document 224, filed on 12 September 2022.

Mister Kellogg has no reason to seek affirmative relief of any nature whatsoever, as I am in compliance with all requirements of the Court and I have faithfully and in good faith followed all Court Orders, Procedures, Local and Federal Rules.

Mister Kellogg, is an attorney licensed before this Court, as such he receives notice and advanced access to the Case at bar, his communication is out of line and not reflective of the irrefutable facts and case docket, it also appears Mister Kellogg is trying to get the Clerks in trouble as retaliation for his fraud making statements that the "Clerk of Courts" said I have been filing documents electronically and receiving electronic notice when in fact NO Clerk ever made those statements.

I would request this Court ORDER Mister Kellogg to stop the harassing unnecessary delay tactics he has been pursuing as an obstructionist to the discovery in this matter.

Respectfully

Michael Nelson
Pro Se

[Quoted text hidden]

---

**Michael Nelson** <oklahomaremote@gmail.com>                                         Wed, Sep 21, 2022 at 11:04 AM
To: Chris Kellogg <ckellogg@kenberk.com>
Cc: KSD_Birzer_Chambers <KSD_Birzer_Chambers@ksd.uscourts.gov>

Judge Birzer:

Given the statements by Christopher Jon Kellogg, a United States Postal Service Office of Inspector General (OIG) complaint has now been made regarding USPS Priroity Mail Certified documents package:  7021 0350 0001 6716 5257

I shall also be contacting other agencies to file OIG complaints to ensure that this matter is resolved correctly and promptly by all investigatory agencies, departments and bureaus accordingly to US Law, Mister Kellogg's statements to your honor, must be statements of fact, because he is so licensed as an attorney, when it is discovered he is LYING to your Honor and is now causing several other US Federal Resources to have OIG complaints filed, this Court should take severe actions to prevent such judicial misconduct as Mister Kellogg is making before the Court.

I would also suggest IF Mister Kellogg truly claims he did not receive the CERTIFIED USPS Priority Mail package that he too file with the USPS OIG at:
https://www.uspsoig.gov/form/file-online-complaint

I will continue to file complaints and will ask that the third party initiate Postal Service investigation at the point of mailing as well.

Respectfully,

Michael Nelson
Pro Se

[Quoted text hidden]

---

**Michael Nelson** <oklahomaremote@gmail.com>                                         Wed, Sep 21, 2022 at 11:45 AM
To: Chris Kellogg <ckellogg@kenberk.com>
Cc: KSD_Birzer_Chambers <KSD_Birzer_Chambers@ksd.uscourts.gov>

Judge Birzer:

Mister Kellogg's statement that Donald Hoffman is prior counsel for the plaintiffs does not appear to be a true statement. Donald Hoffman was OPPOSING Counsel, against the Plaintiffs in the case of Chad M. Koehn and UCMK vs. Christopher Giroux, the case files which the subpoena seeks, Mister Kellogg's conflating of the facts seems purposeful to mislead and is not in conformity with his obligations under the canons, Local Rules or Kansas Rules of Professional Conduct, wherein Mister Kellogg should not be purposefully misleading the Court or opposing party with LIES.

Respectfully,

Michael E. Nelson

[Quoted text hidden]

---

**KSD_Birzer_Chambers** <KSD_Birzer_Chambers@ksd.uscourts.gov>                        Wed, Sep 21, 2022 at 3:33 PM
To: Michael Nelson <oklahomaremote@gmail.com>, Chris Kellogg <ckellogg@kenberk.com>

Good Afternoon,

Judge Birzer has reviewed the correspondence from the parties today. She set a very short extension of the deadline for Plaintiffs to file a motion to quash the subpoena served on Donald Hoffman. Mr. Nelson a copy of her Order is attached for your convenience. A hard copy is also going in the mail.

Mr. Kellogg, if the issue regarding Mr. Nelson's certificate of service remains an issue after you have read his response below and reviewed the docket, it can be raised at the October 4th Status Conference.



Kim Farha
Law Clerk

For the Hon. Gwynne E. Birzer
United States Magistrate Judge
U.S. Courthouse
401 N. Market Room 322
Wichita, KS 67202
    Direct Line: 316-315-4365
    Chambers Line: 316-315-4360
    Email: Kim_Farha@ksd.uscourts.gov

---

**From:** Michael Nelson <oklahomaremote@gmail.com>
**Sent:** Wednesday, September 21, 2022 9:44 AM
**To:** Chris Kellogg <ckellogg@kenberk.com>
**Cc:** KSD_Birzer_Chambers <KSD_Birzer_Chambers@ksd.uscourts.gov>
**Subject:** Re: UCM v. Michael Nelson; 2022-CV-4008

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 **9-21-2022 Order.pdf**
105K