IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

CHAD M. KOEHN, et al,  Plaintiffs,

vs.  Case No. 2022-CV-04008-JWB-GEB

MICHAEL NELSON,  Defendant.

**DECLARATION OF DONALD F. HOFFMAN, esq.**

I, Donald F. Hoffman, make this declaration under penalty of perjury pursuant to 28 United States Codes, Section 1746:

1. My name is Donald F. Hoffman and I am the same Donald F. Hoffman who was subpoenaed in the above-styled matter by Defendant Michael Nelson.

2. I am an attorney-at-law, licensed to practice in the State of Kansas and have been so licensed since 1977. I am also admitted to practice in the United States District Court for the District of Kansas.

3. I read the contents of Document #249, filed in the above-styled case by Defendant Michael Nelson. A true copy of that document is attached hereto as Exhibit "A".

4. Michael Nelson called me several times and after refusing to take his call on numerous occasions, he began sending me emails requesting copies of pleadings and depositions from my case entitled Chad M. Koehn, et al, vs Chris Giroux, Saline County District Court, Case No. 2017-CV-

000321. I told him those documents would not be produced to him without a business records subpoena and the permission of my client, Chris Giroux. I told him our case was completely different than what he was dealing with in Federal Court in the captioned case. He told me he wanted the file, and again, I told him not without a subpoena and not without the permission of my client.

5. The statements attributed to me by Defendant Michael Nelson in Document 249 are false and are completely unconnected with the matter in which I represented Chris Giroux.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October __3__, 2022.

_____
Donald F. Hoffman