KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ANDREA SWISHER, IN OPPOSITION TO MICHAEL NELSON'S REPRESENTATIONS TO THE COURT IN DOCUMENT NO. 249 [MEMORANDUM IN OPPOSITION TO MOTION TO QUASH SUBPOENA TO DONALD HOFFMAN]

I, ANDREA SWISHER, make this Declaration under penalty of perjury pursuant to 28 United States Code, Section 1746:

1. My name is Andrea Swisher, and I am the same Andrea Swisher who was discussed by Defendant, Michael Nelson in Document No. 249.

2. I am an attorney-at-law licensed to practice in the State of Kansas have been so licensed since 2010.

3. I have read the contents of Document No. 249, filed in the above-styled case by Defendant, Michael Nelson. A true copy of that document is attached hereto as Exhibit "A."

1

4.	Contrary to the representations made to the Court by Defendant, Michael Nelson, in Document No. 249, while I have spoken with Defendant, Michael Nelson, I never made any of the purported statements which Defendant, Michael Nelson, claims I made to him.

5.	I ask the Court to sanction Defendant, MICHAEL NELSON, for the outrageous and defamatory statements concerning Plaintiff, Chad M. Koehn, which were falsely attributed to me by Defendant, Michael Nelson, in Document No. 249.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 30, 2022.

_Andrea Swisher_
ANDREA SWISHER