**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. (UCMK) and CHAD M. KOEHN (Koehn) plaintiffs, counter-Defendants<br><br>v.<br>Michael Nelson ["Nelson"]<br><br>Defendant ; PRO-Se. | **DOCKET NO.: 5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Notice of Appeal /Reconsideration of Order Denying Judicial Notice in Doc 238 Reconsideration and NOW Request for Writ of Mandamus to issue to the Securities and Exchange Commission For Enforcement of Law**<br><br>**[Jury Trial Demanded]** |
|---|---|

Nelson, makes "SPECIAL APPEARANCE" to file **Notice of Appeal of Order Denying Judicial Notice in Doc 238, request for Reconsideration**:

Procedural History, I have made motions for Judicial Notice, of relevant facts that substantially support defenses and charges in this case. The Court struck the motions for not complying with page limitations, which appear not in the Federal or Local Rules, but are special orders of the District Judge, unknown to me as a layman, pro se. I timely refiled those requests for Judicial Notice. I was previously prevented from "expounding upon" the reasons for Judicial Notice, it is now the lack sufficient expounding upon reasons for Judicial Notice, which is given by the Court for not recognizing State and Federal documents, signed under penalties of perjury, by the Plaintiff's as worthy of Judicial Notice, against the interests of law and the relevant motions and defenses before the Court.

The reasons for Judicial Notice and the proper request so made are not only relevant but proper and necessary in order to move this case towards resolution. Currently before the Court are motions for Dismissal and defenses established. Judicial Notice is proper for a party to request when the Court is also provided with the evidence and materials to make judicial notice of facts which support both defenses and motions to dismiss. The Court has erred in not recognizing State and Federal documents for Judicial Notice as required by the Rules. Reasons for Judicial Notice

are herein stated with request now for Writ of Mandamus to issue to the Securities and Exchange Commission for enforcement of Federal Law pursuant with its mandate, and because opposing attorneys have threatened jail for communications with financial fraud victims and for any communication I have to Federal Law Enforcement including the SEC. Plaintiff's attorneys have achieved their threats in part to prevent me from disclosing potential securities law violations to Federal Law Enforcement, which is against Federal Law. Due to the threats which the opposing attorney, Craig A. Brand and Kellogg have now have made good on, by subjecting me to incarceration, it is necessary for this Honorable US Federal Court to issue Writ of Mandamus to the US Securities and Exchange Commission, for enforcement of Federal Law, especially wherein I will be incarcerated for participating in discovery in this matter, and unable to report possible violations of Federal Law which is the intention of Koehn and UCMK to prevent reporting of possible securities law violations, this alone violates Federal Law, see Rule 21F-17(a) provides that **"[n]o person may take any action to impede an individual from communicating directly with the Commission staff about a possible securities law violation."** **WRIT of MANDAMUS is necessary under the All Writs Act, to prevent further violations of Federal Law and for the Enforcement of Federal Law for the protection of the public financial markets.**

Order Doc 238, denies, Judicial Notice of Docs 226, 227 & 228; Doc 227, is not appealed, discovery subpoenas shall be used instead, Docs 228 & 227 are appealed as follows:

**Document 226,** seeks Judicial Notice of: State and Federal Documents, including documents which are signed under Penalty of Perjury by the plaintiffs in this matter. The documents are relevant to the Motions before the Court and to defenses in this matter, and now request for Writ of Mandamus to compel the SEC to take Regulatory Action. *Wells Fargo Bank, N.A. v. Wrights Mill Holdings, 2 LLC, 127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015) (taking judicial notice of online government records)* Specifically, demonstrating the sworn statements by Chad M.

Koehn on filings with the Kansas Secretary of State, listing multiple directors of co-plaintiff and counter defendant UCMK, proving UCMK as persons identified as "directors". Judicial Notice is also requested as to FEDERAL documents on register with the Securities and Exchange Commission: https://reports.adviserinfo.sec.gov/reports/ADV/157755/PDF/157755.pdf The fact that Koehn has signed under penalty of perjury with the Kansas Secretary of State that the corporation UCMK, has multiple directors, listing two directors as: ***Jared Schamberger - 527 Winn Rd, Salina, KS 67401 AND Ryan Kolzow - 2203 Hillside Dr., Salina, KS 67401***; those directors do not appear as required on the ADV form referenced on file with the Securities and Exchange Commission (SEC), though as Judicial Notice was and is sought the form REQUIRES all directors to be listed.

The fact that the document referenced as ADV form on file with the SEC also signed under penalty of perjury so requires all directors be so listed in Schedule "A(2)(a)" of that form on file with **SEC**, yet the form ADV **on file with SEC**, does not list ALL "directors" and fails to list the Chief Financial Officer, despite the fact the form so REQUIRES "directors"and "Chief Financial Officer" to be so listed on the ADV form filed with the SEC, and filed by Chad Koehn under **penalties of Perjury,** demonstrates clear material misrepresentations which could also be referred to as "securities irregularities" which is charged in the SLAPP (Strategic Lawsuit Against Public Participation) petition. It appears based on the FACTS now before the Court with request for Judicial Notice that the individual named: POMBRA, MANOJ, KUMAR, Under 7(c), of the section Schedule "A" of the ADV form filed and signed under Penalty of Perjury by Chad M. Koehn, referenced as Exhibit "B" of Doc 226, in the eighth (8th) column reads: a number which appears fraudulent, and certainly improper, as it is neither a Social Security Number, as Judicial Notice is requested as to Social Security Number format nor CRD number nor Judicial Notice is requested as to IRS standards for EIN as required by the form, and the Court is provided with

government websites for Judicial Notice of the Facts that the number listed cannot be any of the numbers as the form requires. Demonstrating again “securities irregularities", if not outright FRAUD in material misrepresentations on Federal Securities filings. **Now request is so made for Writ of Mandamus to the Securities and Exchange Commission** to take Regulatory Action in the **ENFORCEMENT of FEDERAL LAW**, regarding the material misrepresentations, “securities irregularities”, and possible willful fraud existing on Federal Filings to the Securities and Exchange Commission, which are believed now to be existing on forms filed by Chad M. Koehn for many years. At (9)(a) of Document 226, the Warning appearing on form ADV is requested for Judicial Notice: “WARNING: Complete this form truthfully. False statements or omissions may result in denial of your application, **revocation** of your registration, or **criminal prosecution**. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4.” Chad M. Koehn has signed forms under penalty of perjury which contain material misrepresentations as well articulated in request for Judicial Notice, and made as exhibits to the filings 226 and 228. Demonstrating clear “securities irregularities” as charged in the SLAPP petition filed by the plaintiffs, thus Judicial Notice establishes defenses in this matter. Exhibit D, of document 226 is a true and correct copy of the plaintiff’s website from the Internet Archives, capture taken 19 April 2021, which the 10th Circuit has found reliable in multiple cases; *See United States v. Kieffer, 681 F.3d 1143, 1154 n.3 (10th Cir. 2012) (holding Wayback Machine downloads properly authenticated); see Legal Authorities for additional case precedents on “Internet Archives”* https://web.archive.org/web/20210419193439/https://www.ucmofkansas.com/meet-the-team On page 6 of 12, of Exhibit D, of doc. 226; Carlee Kendrick, is listed as CFO (Chief Financial Officer) for plaintiff UCMK, and that the email address associated with Carlese Kendrick is listed as carlee.overturf@”, clearly establishing securities irregularities not listing the Chief Financial Officer as required on the SEC regulatory form. *Wells Fargo Bank, N.A. v. Wrights Mill Holdings, 2 LLC,*

*127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015) (taking judicial notice of online government records) Fed. R. Evid. 902(5), which provides that "official publications" are self-authenticating. Fed. R. Evid. 902(5) defines "official publications" to include "a book, pamphlet or other publication purporting to be issued by a public authority."* Due to THREATS to jail me made by attorneys in this case, and now the making good on those threats, this US Federal Court must as a matter of Federal Law issue Notice via **Writ of Mandamus to the Securities Exchange Commission** regarding violations of Federal Law and the fact I will be incarcerated for participating in discovery and as a means to prevent reporting of possible securities law violations, which violates US Federal Law, as is now well noticed to the Court with requests for Judicial Notice of the same. US Federal Courts are charged and mandated with enforcement of US Federal Law, the SEC is charged with enforcement of Federal Securities Laws which the Court now has before it clear evidence of violations to US Securities Laws on US Federal Documents signed under penalty of perjury. **US Federal Law MUST be enforced! The Protection of the Public at Large and the Public Financial Markets must be a matter of Concern for this Honorable United States Federal Court.**

**Document 228, seeks Judicial Notice of:** Disclosure document of plaintiff made by plaintiff June 2021, the Court is supplied with the URL and file attached therewith as Exhibit A of Doc 228. It is a lengthy document, wherein Judicial Notice is sought of evidence regarding Anthem Holdings Company, and conflicts of interest between the plaintiffs. This evidence goes directly to the conflict here concerning "securities irregularities" regarding the sale of stock in the disputed business combination merger so-called a "triangular reverse short form merger of self created targeted merger subs", essentially the "smurfing", laundering of the underlying malfeasances which goes directly to defenses in this matter. Exhibit "B" of Doc. 228, is an SEC regulatory filing regarding Anthem Holdings Co. which is referenced in the request made of Exhibit A, of Doc. 228, the fact that the Regulatory filing for Anthem Holdings Co. is filed 10 November 2020, and the

dates when Koehn was registered with SEC as a licensed securities professional, are clearly demonstrative of "securities irregularities", as charged by plaintiffs in their complaint. The fact the names of the directors listed are all identical, as to middle name, **is evidence of material misrepresentations in order to hide within the regulatory technology systems of the SEC EDGAR** system. The facts of dates when sold and the claim it is not a business combination merger combined with the FACT Koehn and UCMK state conflict of interest on disclosure documents to that of Anthem Holdings Company and the SEC Regulatory Form D, states NO "CRD" person or entity is involved is outrageous Securities Misrepresentations and certain fraud, worthy of immediate notification to the Securities and Exchange Commission. Thus again WRIT of Mandamus must issue to protect the US public financial markets from the certain willful fraud appearing on US Federal SEC forms filed, and the fact the attorneys have threatened me with incarceration and jailing and have now made good on those threats, wherein I will be jailed for participating in discovery in this matter, the US FEDERAL COURT is charged with protection of the public and enforcement of Federal Law as such it must in the interests of the public at large issue Writ of Mandamus to the Securities Exchange Commission for Enforcement of Federal Laws.

The Court must easily determine authenticity by the SECURITIES EXCHANGE COMMISSION (SEC), the Exhibit "B", of doc 228, allows for this Court and any other Court to easily click the CIK Number, within the Exhibit "B" document of Document 228 and be directed to: https://www.sec.gov/edgar/browse/?CIK=0001830762 where the Court can then confirm it is from a UNITED STATES Federal Government Website and can click the link in the file taking the Court or any other to the file repository located on the website SEC.gov a government website. Id. *Wells Fargo Bank, N.A. v. Wrights Mill Holdings, 2 LLC, 127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015)* As the Court can also easily certify via Judicial Notice Exhibits C, D, E, F of Document 228, which also are from government websites, are government documents. Exhibit C, for example is directly

from the SEC, wherein on pages 4-6, Chad Mitchell Koehn does not list either Anthem Holdings Company nor Hera Software Development Inc. yet claims to sit on boards for each, and claims publicly to have a conflict of interest to Anthem Holdings Company and UCMK, stemming from the fiduciary responsibilities as a director and board member. This is indicative of proof positive with Judicial Notice as to the material misrepresentations which is a "securities irregularities" which is claimed by the plaintiffs in their complaint, therefore goes directly to defenses to truth. This certainly further goes to the fact that shareholders commonly invested in the same enterprise have not only a right but a duty to discuss the officers and directors of their shared investments. Demonstrable proof in the positive via the Judicial Notice sought in regards to the Exhibits attached therewith Document 228, goes directly to the underlying dispute if any in this matter, as does the fact there exists multiple disclosures, indicative that Koehn does not currently enjoy the reputation he claims given the prior claims and disclosures made. When a licensed person with the SEC makes material misrepresentations on government forms as noted and makes contrary disclosures on other forms under penalty of perjury it is indicative of possible securities violations and as such should normally be reported, though I am threatened with jail for making any such reports and therefore herein request Writ of Mandamus given the material misrepresentations now uncovered via this request for Judicial Notice and the Court being presented with the information to take Judicial Notice of adjudicative facts that go directly to defenses. Exhibit "H" is a lawsuit from American Express National Bank vs. Anthem Blanchard and Anthem Vault Inc., which is filed to a court and available within the Courts purview to authenticate Court or Judicial records as such, in doing so under Judicial Notice and provided with the documents to do so, should now, as this goes to the securities irregularities of not noticing new investors (VICTIMS) of investment in companies with the existing litigations, as even now, here in this litigation, which seemingly continues to go unreported by Koehn and UCMK against CFR's, Codes, Statutes so requiring disclosure. Likewise

the Exhibits I, J, K, L in Doc 228, have previously been accepted by plaintiffs as true and correct as to the existence of those legal entities and where incorporated and when as to each, which sets up additional necessary defenses to the present litigation given the defenses as well pleaded. The Court is both with request for Judicial Notice and is provided with the documents to make the Judicial Notice as requested which in the case of I, J, K, and L are not objected to by Plaintiffs.

***"Whistleblowers threaten those with power",*** " In fact, the pressures against whistleblowing have powerful cultural roots. Michael A. Simons, Retribution for Rats: Cooperation, Punishment, and Atonement, 56 VAND. L. REV. 1, 26–28 (2003). Id. at 27, 30 n.140." DANIEL P. WESTMAN & NANCY M. MODESITT, WHISTLEBLOWING: THE LAW OF RETALIATION 23 (2d ed. 2004). Whistleblower protection refers to laws designed to assure that whistleblowers do not suffer specified adverse consequences as a result of their disclosures. The "Duty of Fair Dealing": Reynolds-Rexwinkle Oil, Inc. v. Petex, Inc., 2000 WL 282338, Case No. 77,396 (Kansas Supreme Court, March 17,2000) The supreme court makes it clear that a duty of fair dealing can be breached by something less than "bad faith." Here the bad faith conduct as so pointed to in Judicial Notice of facts relevant to the defenses and current motions before the Court now also require this US FEDERAL Court to file Writ for the enforcement of US Federal Law, especially wherein I am prevented from disclosure by the opposing attorneys unethically making good on their threat to incarcerate me thus preventing notification to the SEC and other federal regulatory authorities, wherein this US Federal Court now has absolute knowledge via Judicial Notice of securities law violations and the necessity of Federal Regulatory action by Securities Exchange Commission and US Attorneys charged with protection of investing public and public financial market regulation.

**Protection of Whistleblowers and Protection of Shareholder Rights**

Request for Writ of Mandamus to Issue to the Securities and Exchange Commission given the overwhelming proof positive now before the Court via Judicial Notice supporting the defenses in

<u>the matter now before the Court:</u> This Court has previously ruled, regarding pleas for equal protection under the 14th amendment stating "the people of the State of Kansas, **<u>which he (Nelson) is not</u>,** are entitled to certain relief under the Kansas Consumer Protection Act." Demonstrating clearly the Court does not view the Kansas Consumer Protection Act, to protect anyone other than a citizen of Kansas. This Court has also stated: "To the extent, Defendant seeks this Court to order State of Kansas officials to undertake any action, this Court is without jurisdiction to do so. 'Federal courts are without jurisdiction to grant a writ of mandamus against state and local officials.' [citing] *Sockey v. Gray, 2005 WL 3105720, at *1 (10th Cir. Nov. 21, 2005) (citing Olson v. Hart, 965 F.2d 940, 942 (10th Cir. 1992); Van Sickle v. Holloway, 791 F.2d 1431, 1436 n. 5 (10th Cir. 1986) [prior writ request not addressed requested notice to Securities Exchange Commission]* **NOW the request is being made** for this Honorable **United States Federal Court** to issue <u>BOTH</u> **Judicial Notice (as necessary given motions before the Court and DEFENSES at ISSUE)** and <u>Writ of Mandamus to **the Federal Commission of the Securities and Exchange Commission**</u> to take **Federal Regulatory Action,** regarding the now well established via Judicial Notice "securities irregularities" (possibly deliberate fraud) and **<u>certain perjury</u>**, the charge .made in the SLAPP complaint concerns "securities irregularities", which the <u>Court is now with irrefutable evidence of "securities irregularities"</u> and most likely outright **<u>FRAUD</u>** existing on Federal Documents **<u>filed under the penalties of perjury with a United States Federal Commission</u>**; specifically the United States Securities and Exchange Commission. This request is being made of a United States Federal Court regarding a United States Federal Resource, identified as a United States Federal Commission, specifically: "The **Securities and Exchange Commission** (SEC) is the Federal Government Regulatory Agency charged with supervision over the corporate sector, the capital market participants, and the securities and investment instruments market, and **<u>the protection of the investing public</u>**." This includes but not limited to enforcement of entities and persons who submit required documentation on US

Federal Forms and make FALSE Statements under penalty of perjury as has been now well demonstrated via the Requests for Judicial Notice now herein so fully expounded upon and thus so identified as to FRAUD existing within documents signed under Penalty of Perjury by the plaintiffs in this matter, who charge that "securities irregularities" were stated in discussions amongst shareholders commonly invested in the same enterprise.

Opposing Counsel in this matter has threatened incarceration for attempting to contact Federal Regulatory authorities, t**hat threat is now made good on wherein I will be incarcerated for emailing with opposing counsel Chris J. Kellogg in setting up depositions of identified witnesses on plaintiffs disclosures**, therefore this US Federal Court is now with the knowledge of violations of Federal Law and request for Writ of Mandamus to a Federal Law Enforcement entity given the evidence of Federal Violations of Federal Law, and now the inability for me to make any such reports under threat of indefinite incarceration in violation of Federal Law. THE RIGHTS of Shareholders to know of each other's existence and to discuss matters relevant to their common investment is an inviolate RIGHT of shareholders in corporations in the United States of America, https://securities.stanford.edu/filings-case.html?id=102413

Stockholders also known as Shareholders have a COMMON LAW RIGHT to know of each others existence and to discuss issues each person has with one another regarding the corporation (or enterprise) to which they are mutually invested. The SEC governs these rights.

Federal Law is Clear: Rule 21F-17(a) provides that **"[n]o person may take any action to impede an individual from communicating directly with the Commission staff about a possible securities law violation."** HOWEVER, here through the threats and intimidation of **Craig Alan Brand** in the orchestration of this Federal Case, extrajudicial protective orders and the parallel criminal case, where Brand and Kellogg are using communications in discovery as a means to incarcerate me. I am effectively barred from communication with the SEC regarding Chad Koehn

and UCMK. I seek for the US Federal Courts to uphold US Federal Law and seek this Honorable United States Federal Court, to both take Judicial Notice of the facts as outlined in documents 226 and 228, having done so, I humbly request in the interests of protection of the citizenry as a whole **that WRIT of MANDAMUS issue forthwith to the Securities and Exchange Commission for Enforcement of Federal Law.** Thus protecting the citizens as a whole, in the face of clear "securities irregularities" as evidenced in Judicial Notice sought in documents 226 and 228. "[C]onduct which harms a corporation confers standing on the corporation, not its shareholders." *Bixler, 596 F.3d at 756*. "A shareholder may only litigate as an individual if the wrong to the corporation inflicts a distinct and disproportionate injury on the shareholder, or if the action involves a contractual right of the shareholder which exists independently of any right of the corporation." *Lightner v. Lightner, 266 P.3d 539, 546 (Kan. Ct. App. 2011) (internal quotation marks omitted),* Thus shareholders (stockholders) must as a matter of right in corporate law know of each other's existence and have right to communicate regarding issues of concern involving the shared common interest investment. Additionally FIRST AMENDMENT RIGHTS exist in the United States, referred to as Freedom of Speech!

NEVADA law states clearly: "every stockholder of record of a corporation is entitled at each meeting of stockholders thereof to one vote for each share of stock standing in his or her name on the records of the corporation."

**Each FACT so requested for Judicial Notice in Documents 226 and 228, are directly relevant to the plaintiffs assertions in the complaint before the Court, as well as directly relevant to the Motions to Dismiss and the established defenses made. Absent these Judicial Notice FACTS, the Court is stripped of integrity in findings of the adjudication of these facts that without Judicial Notice the Court and the public are disadvantaged to the rights of the public and the rights of the parties. The fact that the plaintiffs have made threats of incarceration for reporting possible securities irregularities which are violations of securities**

**<u>laws and the FACT the Judicial Notice requests made in documents 226 and 228, outline clear securities irregularities, signed under the penalties of perjury by the plaintiffs themselves, dictating via proof in the positive of our right FRAUD and PERJURY upon US Federal Documents to the detriment of investors and the public financial markets, thus mandating immediate reporting to US Federal Law Enforcement and Regulatory Officials, for this reason Writ of Mandamus is Requested of the Court especially given the fact I will be incarcerated based upon Fraud before both this and the State of Oklahoma Courts based on the actions of attorneys Craig Brand and Chris Kellogg providing communications from this Court to the Court in Oklahoma, in order to "silence" me and threaten me from communicating the well established FACTS of securities violations to Federal Law Enforcement and Regulatory Officials, leaving only this Honorable United States Federal Court with the power an obligation to both report and command Regulatory actions by the US Securities Exchange Commission for the protection of the Public Financial Markets and INvesting Public at Large.</u>**

**<u>WHEREFORE:</u>** in the interests of Justice, conservation of judicial resources, judicial economy <u>in elimination of duplication of efforts</u>, **for the PROTECTION of the Public At Large** this Court should **<u>BOTH</u>** Take the Judicial Notice as requested in documents 226 and 228, as it concerns the underlying defenses in this matter and issue **Writ of Mandamus for Regulatory Enforcement with the Securities and Exchange Commission, protecting the Citizenry as a whole,** NOT just those persons the court states are "Kansas Citizens". Writ of Mandamus is necessary as I am threatened and prevented from communication to the SEC or other Federal Law Enforcement directly under threat of imprisonment made by **<u>Craig Alan Brand,</u>** if I contact Regulatory Authorities, this threat which Brand has continually made good on VIOLATES US FEDERAL LAW. This Honorable Court, the US District of Kansas Federal Court must as matter of

Law and integrity of the US Financial Markets **make immediate Writ of Mandamus to the Federal Regulatory Authorities** regarding the **now so noticed Perjury and "securities irregularities" [VIOLATIONS] existing on Federal documents**. The Public at Large deserves protection in the Public Financial Markets!

A writ of mandamus here would send a clear message to the SEC, that this Court has taken notice, as this Court should do now of the requested Judicial Notice as well herein pleaded and to those requests in Documents 226 and 228. Such Writ shall prevent American Citizens from being unfairly burdened by the obvious and evidence securities "irregularities" which now exist on the record given the Judicial Notice so herein requested. The severe abuses present here include licensed and pro hac vice attorneys making threats and successfully entrapping me into a jail in order to prevent notification, reporting of potential securities law violations as the Court now has before it, the threats and now deliberate actions to prevent notification to the SEC, is in violation of Federal Law. A Writ of Mandamus in this matter is essentially now that the Court should take judicial notice of those articulable facts as well presented herein and in Documents 226 and 228 with their exhibits. Thus through Writ to the SEC should suffice to correct the abuse of power being displayed by the licensed attorneys appearing herein and allow the SEC to police its mandate regarding the protection of the public at large and the US public financial markets, especially given the obvious and evident perjury existing upon the SEC filings made by the plaintiffs, which should be considered at the least "securities irregularities", as charged by the plaintiffs in their SLAPP petition.While the SEC is not under a specific legal deadline beyond the established "timely manner" requirement, the Court should find it necessary and perhaps even within 5 U.S.C. § 706(1) and 28 U.S.C. § 1651(a), wherein making this request as herein made demonstrates I may not be eligible under 17 C.F.R. § 240.21F-10(d), none-the-less this Honorable US Federal Court should be more concerned with the protection of the public as a whole than with any "whistleblower" awards

which at present are not sought, wherein what is sought is that the SEC enforce the Rules and Regulations under its mandate especially wherein I am threatened and prevented from making such report given the outrageous conduct of attorney representing the plaintiffs.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("**All pleadings shall be so construed as to do substantial justice**"). Courts generally reviewed "filings generously and with the leniency due pro se litigants", see *Andrews v. Heaton, 483 F.3d (10th Cir.2007)*

Respectfully Submitted, this 4th day of October 2022.

Michael Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, sent the foregoing to the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> upon filing which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;