KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE IN OPPOSITION TO DOCUMENT 254, DEFENDANT/COUNTER-PLAINTIFF MICHAEL NELSON'S FED. R. CIV. P. 72(a) OBJECTION/APPEAL OF DOCUMENT NO. 63, MAGISTRATE JUDGE BIRZER'S APRIL 18, 2022, ORDER

Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., by and through their undersigned counsel, herewith respond in opposition to Document No. 254, Defendant, MICHAEL NELSON's Fed. R. Civ. P. Objection/Appeal of Document No. 63, Magistrate Judge Birzer's April 18, 2022, Order on miscellaneous matters as follows:

Fed. R. Civ. P. 72(a) and D. Kan. Rule 72.1.4(a) require Defendant to file his objection to a Magistrate Judge's non-dispositive motion within fourteen (14) days from the date the order was issued. Mr. Nelson failed to timely file his objection to the April 18, 2022, Order.

As a result, Mr. Nelson's objection (appeal) should be denied *sua sponte*.

WHEREFORE, Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., respectfully pray that this Court will deny Defendant MICHAEL NELSON's Fed. R. Civ. P. 72(a) objection/appeal of Document No. 63.

Dated October 4, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A/
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2022, the foregoing document was electronically filed with the Court using the CM/ECF System, and the undersigned caused to be mailed a true copy of the foregoing by Prepaid First Class U. S. Mail to Michael Nelson, 9450 SW Gemini Dr. PMB 90924 Beaverton OR 97008 and caused to be emailed a true copy to Michael Nelson at oklahomaremote@gmail.com.

/s/ Chris J. Kellogg
Chris J. Kellogg