# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED CAPITAL )
MANAGEMENT OF KANSAS, INC., )
and CHAD M. KOEHN, )
 )
        Plaintiffs, )
 )
    v. ) Case No. 22-4008-JWB-GEB
 )
MICHAEL E. NELSON, )
 )
        Defendant. )
 )

## ORDER

The Court conducted a Status Conference in this case via Zoom on October 4, 2022. Plaintiffs appeared through counsel Larry Michel, Craig Brand, and Christopher Kellogg. Defendant, *pro se*, appeared via Zoom. Prior to the Status Conference the parties submitted topics for discussion. After a thorough discussion of the parties' topics, the Court entered the following orders.

**Motions for Sanctions**

Plaintiffs requested leave to serve and file Rule 11 motions for sanctions and/or motions to strike on three general topics: 1) Defendant's Memorandum in Opposition to Plaintiff's Motion to Quash Subpoena (ECF No. 249, *sealed*); 2) other unspecified pleadings which remain in the case; and 3) ethics complaints brought before the court, including ECF Nos. 152, 153, and 155, together with any ethics complaints made to any

1

state bar regarding counsel of record. The Court grants Plaintiffs leave to file the requested motions. The Court directs Plaintiffs to address topics 1 & 2 in one motion and to address topic 3 in a separate motion. Both motions are to be filed no later than **October 21, 2022**. Responses and replies to the motions are to be filed per the deadlines provided by D. Kan. R. 6.1(d).

**Defendant's Supplemental Answer to Interrogatory 1(a)-1(h)**

Defendant shall supplement his answer to Interrogatory 1(a)-1(h), as discussed during the conference, no later than **October 21, 2022** and certify timely service of same.

**Motion for Physical and Mental Examination of Defendant**

Pursuant to the Scheduling Order, the deadline for any Rule 35 examination is January 17, 2023. Plaintiffs are not prohibited from filing a motion seeking such an examination of Defendant. However, it is the Court's expectation Plaintiffs will reserve filing any such motion until after receipt of the related discovery, discussed during the conference.

**Combined Discovery to Non-Party**

On or about September 10, 2022, Defendant served interrogatories, requests for admissions, and requests for production, directed to non-party Anthem Hayek Blanchard, on Plaintiffs' counsel. The Court finds Mr. Blanchard is under no obligation to respond to Defendant's interrogatories, requests for admissions, and requests for production of documents.

**Combined Discovery to United Capital Management of Kansas Inc. and Chad Koehn**

Also, on or about September 10, 2022, Defendant served interrogatories, requests for admission, and request for production of documents on Plaintiffs United Capital Management of Kansas, Inc.("UCMK") and Chad Koehn ("Koehn"). After discussion, Defendants' First Set of Request for Admission, including any "special" request for admission, to UCMK and Koehn are withdrawn. Defendant is allowed to serve amended requests for admissions on UCMK and Koehn, as discussed during the conference. UCMK's and Koehn's deadline to respond to any interrogatories and request for production of documents served on or about September 10, 2022 is extended up to and including **November 10, 2022**. The Court will permit UCMK and Koehn to produce documents in a PDF format, saved on a thumb drive, which is sent to Defendant via United States Mail.

**Interrogatories Directed to and Deposition of Craig Brand**

Defendant seeks to serve interrogatories on and take the deposition of Plaintiffs' counsel, Craig Brand. Such discovery of Mr. Brand will not be permitted at this time. Defendant may raise this issue at a future Status Conference after a decision on his Motion to Disqualify Counsel (ECF No. 250).

**Next Status Conference**

The next Status Conference is set for **Tuesday, November 1, 2022 at 8:30 a.m. via Zoom.**

IT IS SO ORDERED.

Dated October 4, 2022 at Wichita, Kansas.

                                                s/ Gwynne E. Birzer
                                                GWYNNE E. BIRZER
                                                United States Magistrate Judge