KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS


| | |
|---|---|
| CHAD M. KOEHN, ET AL. ,        ) | |
|        ) | |
| **Plaintiffs**        ) | |
|        ) | |
| **vs.**        ) | **Case No. 22-CV-04008-JWB-GEB** |
|        ) | |
| MICHAEL NELSON,        ) | |
|        ) | |
| **Defendant**        ) | |
|        ) | |

**PLAINTIFFS'/COUNTER-DEFENDANTS' REPLY TO DEFENDANT MICHAEL NELSON'S (DOCKET NO. 249 THROUGH 249-2) RESPONSE IN OPPOSITION TO PLAINTIFFS'/COUNTER-DEFENDANTS' MOTION TO QUASH SUBPOENA TO DONALD F. HOFFMAN, ESQ. (D. 165 AND 165-1) AND PROOF OF SERVICE OF SUBPOENA ON DONALD F. HOFFMAN, ESQ. D. 237)**

Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL

MANAGEMENT OF KANSAS, INC., by and through their undersigned counsel, herewith Reply

to Defendant MICHAEL NELSON's (Docket No. 249 through 249-2) Response in Opposition to

Plaintiffs' Motion to Quash Defendant MICHAEL NELSON's Fed. R. Civ. P. 45(a) Notice of

Subpoena and Subpoena filed by Mr. Nelson as Document No. 165 through 165-1 and the Proof

of Service on Donald F. Hoffman, Esq., filed as Document 237. The Subpoena requests production

of: "Interrogatories, depositions, files, notes, harassment settlements, case files pertaining to

UCMK and Chad Mitchell Koehn (Chad Koehn) relating to case Chad Koehn and UCMK vs.

Christopher Giroux." The Subpoena improperly seeks documents outside the scope of the

pleadings in violation of Fed. R. Civ. P. 26(b)(1). To the extent that Defendant seeks to obtain information from the court records, he is certainly able to obtain those records without placing an undue burden on Attorney Hoffman.

Attached hereto as Composite Exhibit "A" are the Declarations of Donald F. Hoffman, Esq. and Andrea Swisher, Esq., through which the Declarants specifically refute the falsified claims concerning the reputation of Chad M. Koehn, sexual harassments claims and sexual harassment settlements involving Chad M. Koehn represented as factual by Defendant, MICHAEL NELSON, in Document No. 249.

On page 8 of Document No. 249, Defendant, MICHAEL NELSON, states: "I would not know of the sexual aggression settlements other than being informed by Donald F. Hoffman." As Mr. Hoffman has specifically denied under penalty of perjury that he made any comment whatsoever to that effect. Mr. Nelson's myriad subpoenas requesting information concerning sexual harassment settlements should be stricken *sua sponte* by the Court.

Mr. Hoffman further stated under penalty of perjury, "I told [Mr. Nelson] our case was completely different than what he was dealing with in Federal Court in the captioned matter."

On information and belief, Defendant, MICHAEL NELSON, records every conversation relating to this case without limitation. Movants suggest the Court issue an Order to Show Cause compel the Defendant to appear and produce evidence to support the claims made in Document No. 249 concerning the alleged comments made to him by Donald F. Hoffman, Esq., and Andrea Swisher, Esq.

WHEREFORE, Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., respectfully pray that this Court will Quash Defendant MICHAEL NELSON's Fed. R. Civ. P. 45(a) Notice of Subpoena and Proposed

Subpoenas filed by Mr. Nelson as Document No. 165 through 165-1 and the Proof of Service on Donald F. Hoffman, Esq., filed as Document 237, as well as award reasonable attorney fees and costs.

Dated October 4, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

And

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A/
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2022, the foregoing document was electronically filed with the Court using the CM/ECF System, and the undersigned caused to be mailed a true copy of the foregoing by Prepaid First Class U. S. Mail to Michael Nelson, 9450 SW Gemini Dr. PMB 90924 Beaverton OR 97008, and caused to be emailed to Michael Nelson a courtesy copy to oklahomaremote@gmail.com.

/s/ Chris J. Kellogg
Chris J. Kellogg