KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

**PLAINTIFF/COUNTER-DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF PORTION OF ORDER DOCKETED AS DOCKET NO. 268 REGARDING THE FED. R. CIV. P. 11 MOTIONS**

Plaintiffs/Counter-Defendants, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith submit their Memorandum of Law in Support of Plaintiffs' Motion For Reconsideration of that portion of the Court's October 4, 2022, Order (Docket No. 268) requiring the Plaintiffs/Counter-Defendants file their Motions for Fed. R. Civ. P. 11 Sanctions by no later than October 21, 2022.

D. Kan. Rule 7.3(b)(3) provides: "A party may file a motion asking a …magistrate judge to reconsider an order or decision made by that … magistrate judge. [] A motion to reconsider must be based upon [] the need to correct clear error or prevent manifest injustice."

Fed. R. Civ. P. 11 provides for swerving a 21 day safe harbor notice with a proposed copy of the motion upon the opposing party. However, the Court's October 4, 2022, Order provides:

1

"Both motions are to be filed no later than **October 21, 2022**." Docket 268, at *2.

Movants are unsure whether the Court intended to waive the 21 day safe harbor period as set forth in Fed. R. Civ. P. 11 and D. Kan, Rule 11.1(a)(2) and request the Court to reconsider whether the Court's intent was to waive the 21 day safe harbor rule or intended to set October 21, 2022 as the deadline for Movants to serve the sanctions motions.

WHEREFORE, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., respectfully pray that this Court will reconsider that portion of its October 4, 2022, Order (Docket No. 268) to either set forth that the Court is waiving the 21 day safe harbor portion of Fed,. R. Civ. P. 11 or, alternatively, whether the Court only intended that the Fed. R. Ci. P. 11 sanctions motions be served by October 11, 2022.

Dated October 5, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and
/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A/
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on October 5, 2022, the foregoing *PLAINTIFF/COUNTER-DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF PORTION OF ORDER DOCKETED AS DOCKET NO. 268 REGARDING THE FED. R. CIV. P. 11 MOTIONS* was electronically filed with the Court using the CM/ECF System, and the undersigned caused to be mailed a true copy of the foregoing by Prepaid First Class U. S. Mail to Michael Nelson, 9450 SW Gemini Dr. PMB 90924 Beaverton OR 97008, and caused to be emailed to him a courtesy copy to oklahomaremote@gmail.com.

                                                /s/ Chris J. Kellogg
                                                Chris J. Kellogg