KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , | ) |
| | ) |
| Plaintiffs/Counter-Defendants, | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |
| | ) |

**PLAINTIFFS'/COUNTER-DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT MICHAEL NELSON'S OBJECTION/APPEAL REGARDING SAFE HARBOR PORTION OF FED. R. CIV. P. 11 AND FOR ISSUANCE OF WRIT OF MANDAMUS TO THE SEC (Docket No. 266)**

Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc (together "Plaintiffs")., by and through their undersigned counsel, herewith respond to the Objection/Appeal by Defendant, MICHAEL NELSON, of that portion of the Court's October 4, 2022, Order which states: ""Both motions are to be filed no later than **October 21, 2022**." Docket 268, at *2.

Plaintiffs have independently filed a Motion for Reconsideration of that portion of the Court's October 4, 2022, Order, the result of which may moot the portion of Defendants' Objection/Appeal concerning whether the Court's intent was to waive the 21 day safe harbor rule.

1

As to the portion of the Object/Appeal seeking a Writ of Mandamus to the SEC, the SEC is not a party on this action, nor has it been duly noticed with any motion seeking any relief in this action by the Defendant.

"[A] writ of mandamus should issue only in exceptional circumstances amounting to a judicial usurpation ***1002** of power. To gain this extraordinary relief, a party must establish the absence of other adequate means to attain the desired relief and a clear and indisputable right to issuance of the writ." *Delano v. Kitch*, 663 F.3d 990, 1001 (10th Cir. 1981)(citing *Allied Chemical Corp. v. Daiflon, Inc.*, 449 U.S. 33, 188 S.Ct. 188, 66 L.Ed.2d 193 (1981)).

Defendant is not entitled to issuance of a Writ of Mandamus.

WHEREFORE, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., respectfully pray that this Court will deny Defendant MICHAEL NELSON'S Objection/Appeal (Docket No. 266)..

Dated October 5, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2022, the foregoing *PLAINTIFFS'/COUNTER-DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT MICHAEL NELSON'S OBJECTION/APPEAL REGARDING SAFE HARBOR PORTION OF FED. R. CIV. P. 11 AND FOR ISSUANCE OF WRIT OF MANDAMUS TO THE SEC (Docket No. 265)* was electronically filed with the Court using the CM/ECF System, and the undersigned caused to be mailed a true copy of the foregoing by Prepaid First Class U. S. Mail to Michael Nelson, 9450 SW Gemini Dr. PMB 90924 Beaverton OR 97008, and caused to be emailed to him a courtesy copy to oklahomaremote@gmail.com.

/s/ Chris J. Kellogg
Chris J. Kellogg