# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN plaintiffs, counter-Defendants<br><br>    v.<br><br>Michael Nelson ["Nelson"]<br><br>        Defendant ;    PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-GEB<br>CIVIL ACTION<br>Motion to STRIKE and OBJECTION to Overuse of Racial INSULT by Chad Mitchell Koehn and UCMK PURPOSEFULLY to Cause Damage in Intentional Infliction of Distress<br><br>[Jury Trial Demanded] |

Defendant Counter-Plaintiff ("Nelson"), herein files **Motion to STRIKE and OBJECTION to Overuse of Racial INSULT by Chad Mitchell Koehn and UCMK PURPOSEFULLY to Cause Damage in Intentional Infliction of Distress**:

Chad Mithchell Koehn and UCMK filed Document 243, a Motion in support of their motion for leave to amend their complaint a SECOND Time.

Koehn and UCMK purposefully, and intentionally over use the known RACIAL INSULT contained in their originating SLAPP (Strategic Lawsuit Against Public Participation), which they intentionally aimed at me and named me by the insulting word.  Koehn and UCMK were ORDERED to REMOVE the INSULT from the originating SLAPP Petition. they laid in wait nearly a year prior to attempting any service and was removed hereto the US Federal Court.

Koehn and UCMK in their filing of document 243, "*MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT*", purposefully and intentionally **OVERUSE the Racial INSULT again and again,** intentionally to cause damage and intentional infliction of emotional distress.

IN FACT, Koehn and UCMK **use the insult TWICE in a single sentence and three (3) times in a single paragraph!**  The Racial Insult is repeated over and over again ad nauseum purposefully and intentionally to cause intentional infliction of distress, the bigotry must end!

1

Motion is herein made to STRIKE the document in its entirety under Federal Rules of Civil Procedure, Rule 12(f), which states:

> (f) Motion to Strike. The court may strike from a pleading an insufficient defense or any **redundant,** immaterial, impertinent, or **scandalous matter**. The court may act:
>
> **(1) on its own; or**
>
> (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.

It escapes not me nor should it the Court, the memorandum supporting the motion for leave to amend contains the known racial insult, "bean", FIVE (5) times, the overuse of this racial bigotry and word of hate, is uncalled for and should be stricken from the record *sua sponte*. The shameful, callus, wrongful overuse of his word, leaves me and others dumbfounded as to the evil intentions of the overuse of the INSULT, and should lead to sanctions for such conduct. It is evident that the use of the demeaning, derogatory word of hate, repeatedly, FIVE (5) separate times is to further insult and injure me and others, it is uncalled for and wrongful.

**WHEREFORE** the defendant and COUNTER-PLAINTIFF, Michael Nelson herein respectfully PRAYS this Honorable United States Federal Court to STRIKE, *sua sponte* Document 243, for the over use of the racial insult, which plaintiffs and Counter-Defendants Chad Koehn and UCMK were ORDERED to remove from the originating petition in this matter. And to award damages, costs and fees associated with having the need to demand under Rule 12(f) that document 243 be stricken for the overuse of the racial insult 5 (five) separate times, twice in the same sentence and three times in the same paragraph, of their 3 and a quarter page motion, there purposeful over use warrants strong response from the Court, that words of racial hate and divide find no place in legal documents and proceedings.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 7th day of October 2022.

Michael Nelson - Pro Se
Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 7th day of October 2022.