KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CHAD M. KOEHN, ET AL. ,** )<br>)<br>**Plaintiffs** )<br>**vs.** )<br>)<br>**MICHAEL NELSON,** )<br>)<br>**Defendant** )<br>_____ ) | **Case No. 22-CV-04008-JWB-GEB** |

<u>**PLAINTIFFS'/COUNTER-DEFENDANTS' RESPONSE IN OPPOSITION TO
DOCUMENT 289, DEFENDANT/COUNTER-PLAINTIFF MICHAEL NELSON'S FED.
R. CIV. P. 72(a) OBJECTION/APPEAL OF DOCUMENT NO. 122 AND 124,
MAGISTRATE JUDGE BIRZER'S AUGUST 3, 2022, SCHEDULING ORDERS**</u>

Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL

MANAGEMENT OF KANSAS, INC., by and through their undersigned counsel, herewith

Respond in Opposition to Document No. [289], Defendant, MICHAEL NELSON's Fed. R. Civ.

P. Objection/Appeal of Document No. 1224 and 124, Magistrate Judge Birzer's August 3, 2022,

Scheduling Orders as follows:

Fed. R. Civ. P. 72(a) and D. Kan. Rule 72.1.4(a) requires Defendant to file his objection to

a Magistrate Judge's non-dispositive motion within fourteen (14) days from the date the order was

issued. Mr. Nelson failed to timely file his objection to the August 3, 2022, Scheduling Orders.

As a result, Mr. Nelson's objection (appeal) should be denied *sua sponte*.

WHEREFORE, Plaintiffs/Counter-Defendants, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., respectfully pray that this Court will deny Defendant MICHAEL NELSON's Fed. R. Civ. P. 72(a) objection/appeal of Document No. 122 and 124.

Dated October 18, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

**/s/ Craig A Brand, Esq.**

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## <u>CERTIFICATE OF SERVICE</u>

 The undersigned hereby certifies that on October 18, 2022, the foregoing document was electronically filed with the Court using the CM/ECF System, and the undersigned caused to be mailed a true copy of the foregoing by Prepaid First Class U. S. Mail to Michael Nelson at 9450 SW Gemini Dr. PMB 90924 Beaverton OR 97008, and caused a courtesy copy to be emailed to oklahomaremote@gmail.com.

/s/ Chris J. Kellogg
Chris J. Kellogg