# EXHIBIT

# "A"

# TO FOLLOW . . .

APPEAL OF ORDER
of Magistrate Judge Birzer
Document 268

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS



**SKYLER B. O'HARA**
CLERK OF COURT
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

**KIM LEININGER**
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2225

490 U.S.COURTHOUSE
444 SE QUINCY
TOPEKA, KS 66683

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

September 15, 2022

Michael E. Nelson
9450 SW Gemini Drive
PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

Re: Your Request for Attorney Discipline Case Information on September 14, 2022

Dear Mr. Nelson:

    On September 14, 2022, you left a voicemail on our attorney registration phone line requesting information about the attorney discipline complaint dated August 18, 2022, that you submitted to our office regarding opposing counsel in civil case # 22-cv-04008-JWB-GEB. I can confirm our office is in receipt of your complaint. However, we are unable to provide additional information as all disciplinary matters remain confidential until such time as the conditions for disclosure are met under District of Kansas Local Rules of Practice and Procedure 83.6.2(c).

Sincerely,

*Gretchen*

Gretchen Welk
Attorney Admissions

