# EXHIBIT

# "F"

# TO FOLLOW . . .

APPEAL OF ORDER
of Magistrate Judge Birzer
Document 268

IN THE DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR WASHINGTON COUNTY

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff,<br>vs.<br><br>MICHAEL ERIC NELSON<br><br>Defendant. |  | Case No. CF-2021-2 |

## STATE'S MOTION INCREASE BOND AND SET HEARING

COMES NOW the State of Oklahoma, by and through Zoe Gullett, Assistant District Attorney, in the above styled case, and moves this Court to enhance or increase the defendants bond for the following reasons:

The Defendant's bond was set by agreement on January 11th, 2022 at an amount of $50,000 with the condition that the defendant have no contact with the victims or the victim's businesses. The State of Oklahoma is requesting this Court increase the defendant's current bond to $125,000 given the defendant's current behavior and violation of the Court's bond condition from January 11th, 2022.

On or about September 6th, 2022 the defendant contacted Mark Ritter who is a known associate and shareholder in a business owned by the victim's. The defendant identifies himself by name and mentions the name of the businesses owned by the victim's specifically Anthem Holdings and HeraSoft. HeraSoft is located physically within the borders of Washington County, Oklahoma.

He states that he is going to subpoena Mr. Ritter and that he has filed subpoenas in sixteen (16) other courts "up and down the eastern seaboard". He also insinuates that Mr. Ritter's name continues popping up on all sorts of documents and "all sorts of claims of young women". He says that he would like to have a conversation "man to man". It is clear the defendant is attempting to associate the name of the victim's companies with his threats to intimidate Mr. Ritter with legal action.

On or about September 6th, 2022 the defendant called Craig Piercy, a shareholder and associate of Cynthia and Anthem Blanchard, and asked if Mr. Piercy was a shareholder of Anthem Holding, Inc.

When Mr. Piercy was able to have a full conversation with the defendant on September 7th, the defendant asked if Mr. Piercy knew Mr. Ritter and if he knew Anthem and Cynthia Blanchard.

The defendant told Mr. Piercy that the Blanchard's were con-artists who operated Ponzi schemes, that they used their companies to hide money and steal money from investors. He mentioned specific companies such as Anthem Vault and HeraSoft. The defendant indicated to Mr. Piercy that he got his name from SEC filings and that Mr. Piercy was listed as a shareholder.

The defendant stated that the victim, Anthem Blanchard, stole all of the defendant's technology to start the company HeraSoft. The defendant is clearly attempting to contact a shareholder, who he knows is a shareholder in an attempt to cause problems for the victim's and further his damage to them personally and their businesses.

Finally, on September 15th, 2022 the defendant, using the email address oklahomaremote@gmail.com, sent an email to an attorney known to an associate of Cynthia and Anthem Blanchard indicating that he intends to subpoena an employee of HeraSoft in Bartlesville, Oklahoma. In the email, the defendant indicates that he will have a special counsel take the deposition of Gil Gilliam in Bartlesville, Oklahoma at the local courthouse for a six to seven hour deposition. Mr. Gilliam works for HeraSoft which is located solely in Bartlesville and has never had any dealing with the defendant. In his email he indicates "it might be easier for Federal Officials and given the natura of the situation that it be held at the Federal Court building itself…". Once again the defendant is attempting to intimidate the victim's by contacting associates of the victim's and threatening to have federal officials take depositions of their employees who have never met the defendant.

The defendant is charged with Violation of the Computer Crimes Act by Stalking the victims and it appears that he has continued to engage in his behaviors by contacting known associates of the victims instead of the victim's themselves. He has contacted two shareholders that we know of and he has written emails indicated his intention to deposition an employee who physically works in Washington County while eluding to using Federal resources if necessary.

The State of Oklahoma is also in possession of other emails that appear to be fabricated to slander the victim as well as associates that are being investigated by the Bartlesville Police Department and the Salina Police Department.

Based upon the above reasons the State of Oklahoma is requesting that the Defendant's Bond be increased to $125,000 and that if he were to make bond and the Defendant be placed on an ankle monitor as it is apparent the defendant is unable to comply with the orders of the Court as they were previously put into place.

Respectfully Submitted,

_____
Zoe Gullett
Assistant District Attorney

### CERTIFICATE OF MAILING OR DELIVERY

I do hereby certify that on the 23rd day of September, 2022, I hand delivered a true and correct copy of the above and foregoing motion, to the attorney of record, Perry Newman at the Washington County Courthouse, 420 Johnstone, Bartlesville, OK 74003.

_____
Zoe Gullett
Assistant District Attorney