# EXHIBIT

# "G"

# TO FOLLOW . . .

APPEAL OF ORDER
of Magistrate Judge Birzer
Document 268




LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Monday, October 17, 2022           

# HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises, Raises $5 Million in its Series A Investment Round to Combat Trillions in Yearly Cybercrime Damages

**Share Article**

  

HeraSoft's ransomware-proof solution for cloud systems can be leveraged to guard against the growing number of cyber attacks directed against businesses and government organizations.

**BARTLESVILLE, OKLA. (PRWEB) MARCH 12, 2021**

HeraSoft announces a $5 million Series A led by United Capital Management of Kansas. HeraSoft, a leading ransomware-proof solution for enterprises, is set to support companies and government organizations to secure their cloud-based systems against ransomware and other cyber attacks. Such security threats are on the rise, with yearly global damages predicted to reach $10.5 trillion by 2025.

Ransomware attacks specifically are estimated to cost the world $20 billion, with an attack executed against a business every 11 seconds. The COVID-19 pandemic has resulted in an influx of complaints received by the FBI's Internet Crime Complaint Center, which spiked 3X more after March 2020. Healthcare providers, such as hospitals, are especially vulnerable because of the severe repercussions caused by ransomware and phishing scams.

"In light of more employees working from home because of the coronavirus and more data stored online than ever before, investment in cyber security will be a top priority for executives across industry verticals this year," expressed Anthem Blanchard, CEO of HeraSoft. "With the completion of our Series A raise, we look forward to supporting

> "The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks"

businesses and government organizations in protecting their systems against increasingly frequent and sophisticated cyber attacks."

Chad Koehn, president and founder of United Capital Management and a recent addition to the HeraSoft board shared, "The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks."

HeraSoft is a distributed cloud-based solution that eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. It can be customized for any enterprise, regardless of industry vertical, as a standalone solution or to enhance existing security.

For media inquiries, please contact info@herasoft.com and 512-766-5539.

About HeraSoft
The HeraSoftTM ransomware-proof solution (RPSTM) helps organizations be more secure, function faster and far less expensively than any traditional centralized enterprise cloud solution available today. HeraSoft's distributed solution eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. HeraSoft works as a stand-alone solution or can be layered on to enhance the existing software's security. By deploying HeraSoft, enterprises and government organizations can enhance both data cybersecurity and application cybersecurity across industries (ie., import/export, banking, health, etc.).

Share article on social media or email:

 

View article via:

 PDF   PRINT

### Contact Author

**HERASOFT**

HeraSoft
512-766-5539
Email >

VISIT WEBSITE  

  > News Center >



  

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

CREATE A FREE ACCOUNT    

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

# Houston based cybersecurity provider Herasoft raises US $ 5 million in Series A

By **Raghavendra Kudva**  -   March 13, 2021



Herasoft, an American startup that seeks to provide ransomware-proof to organisations, announced in the 2nd week of March 2021 that it has raised US $ 5 million in its Series A round. The round was led by United Capital Management of Kansas.

**Investors:** The lead investor, United Capital Management of Kansas, is a financial planning firm that was founded in 2003 by Chad Koehn. It primarily offers advice on finances, asset management, trust services

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.

Cookie settings     ACCEPT

**Purpose of the investment:** Herasoft plans on utilising the investment to further develop its software, scale up itself and focus on its sales and marketing.



**About Herasoft:** Herasoft was founded in 2019 with its headquarters in Houston, Texas. It was actually spun out of AnthemGold, a cryptocurrency based platform that allows people to buy gold using its blockchain technology.

On average a ransomware attack is estimated to occur in the world every 11 seconds, and the global ransomware costs are estimated to reach US $ 20 billion this year. Herasoft seeks to exploit this growing market which has during the previous year seen a lot of growth owing to the pandemic enforced remote working conditions. It enables organisations using cloud-based systems and software to shield themselves from all forms of cyberattacks

**What investors and the CEO have to say:**

"After understanding what Anthem had developed I said, 'forget your software, I want to send you as much as I can scrape up for shares in your company' "–Chad Keohn, founder of United Capital Management of Kansas.

"We focus on helping make governments and private enterprises really have trusted software and trusted communications"–Anthem Blanchard, CEO of Herasoft.

For more extensive analysis and Market Intelligence reports feel free to approach us or visit our

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.

Cookie settings　　ACCEPT

*-if there are any discrepancies in any of our published stories,*

*-how we can improve,*

*-what stories you would like us to cover and what information you are looking for, in the comments section below or through our contact form! We look forward to your feedback and thank you for stopping by!*

**Next** *Article*

### Raghavendra Kudva

Raghavendra writes about the startup ecosystem on VC Bay. He is a final year undergrad at Indian Institute of Management and Commerce. Besides being a sports enthusiast, he is passionate about the world of finance and startups.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.

Cookie settings    ACCEPT