# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>        Plaintiffs,<br>v.<br>Michael Nelson<br><br>        Defendant ;    PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-GEB<br>**CIVIL ACTION**<br><br>**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**<br><br>[Jury Trial Demanded] |

    I, Michael Nelson, make "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of filing **Response Reply to 279 regarding leave to amend complaint**, now states:

    I, Michael Nelson, am 47 years of age, I have not been supported by my parents since the age of 17, when I left home for University. Plaintiff's seek in bad faith, via futile and dilatory motives of bad faith, to attack my dying elderly father under a strained bad faith attempt to claim my Dad is aiding and abetting some wrongful conduct. My father does NOT support me, my father has nothing to do with the dispute, he is not a shareholder in Anthem Holdings Company nor Hera Software Development Inc. Chad Mitchell Koehn is a director and officer of Hera Software Development Inc and Anthem Holdings Company, in fact as the Court should now take Judicial Notice, Chad M. Koehn has claimed conflict of interest between himself and UCMK and Anthem Holdings Company as early as November 2020, see Securities and Exchange Commission (SEC) regulatory filings:

    https://files.adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=664623

==============================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**
- 1

Kansas Law is clear, I am NOT a minor, I do not rely upon my father for support, my father has no knowledge of my business dealings nor interaction as a shareholder (significant equity interest holder) of Anthem Vault Inc., AG Herc Inc., Anthem Gold Inc, Anthem Holdings Company (Chad Koehn is an Officer and Director) or Hera Software Development Inc. (Chad Koehn is an officer and director).

**KANSAS LAW IS CLEAR:**

**38-120. Recovery from parents for malicious or willful acts by certain children; limitations.** Any person receiving bodily injury or any person, partnership, corporation, political subdivision or other entity whose property has been damaged or destroyed shall be entitled to recover damages in an appropriate action at law in a court of competent jurisdiction from the parents of any child, living with the parents, who maliciously or willfully injured such person or damaged or destroyed such property **while under the age of 18 years.** Such recovery shall be limited to the actual damages in an amount not to exceed $5,000, in addition to taxable court costs, unless the court or jury finds that the malicious or willful act of such minor causing such injury, damage or destruction is the result of parental neglect, in which event the $5,000 limitation does not apply. Recovery under this section for bodily injury shall be limited to actual medical expenses.
**History:** L. 1959, ch. 203, § 1; L. 1965, ch. 275, § 1; L. 1978, ch. 156, § 1; L. 1995, ch. 257, § 5; July 1.

It is equally clear, I do not know who Chad M. Koehn claims are his "proprietary people", Koehn has refused to this date to provide discovery a list of all persons he considers "proprietary persons". I have NEVER intentionally interfered with any purported relationship of Chad M. Koehn or UCMK, additionally I do not know who the "proprietary people" are which Koehn and UCMK claims ownership of.

Aiding and abetting focuses on whether a defendant knowingly gave "substantial assistance". My father has given me NO assistance, and my father does not support me. In fact

===================================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 2 -

my father shares not even my DNA. My father is simply a loving man who raised me. Kansas law does not permit liability to parents after a person is of the age of majority, 18 years of age. The fact I seek to maintain a relationship with my father, the only father I shall ever know, is not and cannot be linked to my father aiding and abetting any action good or bad. My father raised me, I have been self supported for over 30 years. It is horrific bad faith for plaintiffs Chad M. Koehn and UCMK to seek to attack my elderly father for simply being my father, Kansas Law prohibits parents from being liable for actions of their children after the age of 18, in fact Koehn and UCMK provide no evidence nor can there be any that my father supports me, provides any material assistance in any dispute, has anything at all to do with their allegations which are not even based in fact nor reality.

  I have no motive <u>and have not intentionally sought to interfere with Chad Koehn's business nor that of UCMK</u>. I have not asked any person or entity not to do business with Chad Koehn, I have not sought to promote any competition against UCMK. I have not sought any action nor can Koehn or UCMK claim I have which could in any way shape or form be considered intentional to interfere in their claimed business. In fact Koehn and UCMK offer only allegations I have had communication with persons who are mutually invested in the same investments as I, specifically Hera Software Development Inc. and Anthem Holdings Company, both of those companies my father Peter Nelson is not invested in nor has any dealings.

  My father provides no "substantial assistance" to me in any way shape or form, in any business disputes I have. My father and I enjoy a father and son relationship, which has NOTHING to do with Chad Koehn or UCMK.

================================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 3

Aiding and abetting includes the following elements: ""(1) the party whom the defendant aids must perform a wrongful act that causes an injury; (2) the defendant must be generally aware of his role as part of an overall illegal or tortious activity at the time that he provides the assistance; (3) the defendant must knowingly and substantially assist the principal violation." *Ridenhour, 249 Kan. at 936, 811 P.2d 1232 (quoting Halberstam, 705 F.2d 477).*

<u>First and foremost, I have committed no wrongful conduct, having communications with shareholders who are invested in the same entities as I am.</u>   I have no knowledge of what persons Koehn and UCMK claim they "own" as "proprietary persons".  My father has no awareness or knowledge of who Koehn and UCMK's "proprietary people " are any more than I have any knowledge of persons who Koehn and UCMK claim are proprietary persons.

There is no illegal conduct on my part, there is no reason for my father to report any conduct to law enforcement, my father has no contact information of Koehn or UCMK, my father has no reason to engage in any contact with Koehn or UCMK.   Under plaintiffs theory any parent anywhere would be susceptible to attachment to any lawsuit for omission, as plaintiffs plead, wherein any parent is aware or as plaintiff state is unaware of any conduct of any child no matter their age, this is to open the flood gates of litigation upon every parent anywhere who has a child and must be held liable to their child's abusers and bullies in any lawsuit anywhere for life, as parents do not regularly know all dealings of their children, as here my Dad knows not of the details of the dispute with Koehn and UCMK nor can he have an awareness or knowledge the premise that lack of awareness and knowledge is an act of omission as pleaded by plaintiffs is improper, my Dad as most parents have no knowledge of their chidlrens business dealings after

===========================================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**
- 4 -

age 18. My father without knowledge of the dispute with Koehn and UCMK, nor Koehn's fiduciary responsibilities to Anthem Holdings Company and separately as an officer and board member to Hera Software Development Inc., where Koehn has publicly declared to have led a "Series A" stock sale unregistered and unlicensed for Hera Software Development Inc.

Koehn personally has fiduciary responsibilities as an officer and director to Hera Software Development Inc. and to Anthem Holdings Company. Koehn publicly declares a conflict of interest with Anthem Holdings Company and Koehn has authored press releases and disseminated the same claiming to have led a "Series A" stock sale unregistered and unlicensed, for Hera Software Development Inc., those press releases authored and disseminated by Chad Koehn are plentiful. Koehn and UCMK seek to attack my elderly father for bad faith motives to threaten and intimidate me and push my elderly father to an early grave in order to intimidate me from communicating with the SEC, FBI or other Federal Law Enforcement, in direct contravention of Federal Law, regarding the obvious and evident fact Chad M. Koehn and UCMK are engaged in **"Conspiracy to Offer and Sell Unregistered Securities — 18 U.S.C. § 371",** wherein the evidence is overwhelming and even written by Chad M. Koehn's own hand and disseminated far and wide in press releases claiming Chad Koehn by and through UCMK has led a "Series A" stock sale for the **unlicensed and unregistered Hera Software Development Inc.**

**18 U.S.C. § 371**

> "If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such

===================================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 5 -

persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both."

On one hand we have Koehn and UCMK issuing press releases claiming a "Series A" stock sale to an unregistered and unlicensed company, as a previous Judicial Notice has been requested of the Court with regards to the non-existent registration with SEC of Hera Software Development Inc. again Judicial Notice is requested as to SEC regulatory technology platform EDGAR, found at: https://www.sec.gov/edgar/search-and-access demonstrating clearly NO Registration for Hera Software Development Inc. On the other hand with have Chad Koehn and UCMK claiming that my elderly Dad, is aiding and abetting my contact with fellow shareholders who are defrauded through Chad Koehn and UCMK's conspiracy to offer and sell unregistered and unlicensed securities which Koehn himself publishes and promulgates press releases concerning Hera Software Development Inc. and his claim to have led a "Series A" stock sale in the amount of $5 million See Exhibit "A"

The irony Koehn as a director and officer of Anthem Holdings Company, had knowledge and an active role in knowing of the investments into Bitclub, wherein a de facto private placement memorandum was distributed for the sale of crypto currency HERC, through several companies, AG Herc Inc., Hercules LLC, Hercules SECZ, and Koehn's cooperators (conspirators) Anthem and Cynthia Blanchard are listed on page 14 of the PPM (Private Placement Memorandum), see Exhibit H of Document 292, and on page 18, is listed Joby Weeks, who has entered a plea for among other things violation **18 U.S.C. § 371 for the UNREGISTERED and UNLICENSED SALE of SECURITIES!** EXACTLY and

===================================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 6 -

<u>Precisely the wrongful conduct which Chad M. Koehn and UCMK are now engaged again with Hera Software Development Inc. the sale of unregistered and unlicensed stock in violation of Federal Law. Chad Koehn and UCMK are knowingly and intentionally conspiring and having agreed with each other and others to directly and indirectly willfully offer and sell unregistered securities, contrary to **Title 15, United States Code, Sections 77e and 77x,**</u> Koehn well establishes these facts in the press releases he authored and distributed far and wide across the planet PROUDLY announcing having led a "Series A" unlicensed unregistered sale of stock for Hera Software Development Inc. see Exhibit "A".

<u>Worse yet,</u> now Chad M. Koehn as director and officer of Hera Software Development Inc. is <u>making wild machinations, constituting</u> *dolus* claiming among other far fetched claims to be Securing the Electric Grid for the State of California and being in partnership with the Country of the Netherlands, and even "securing all gold imports and exports of the Country of the Netherlands." Discussions amongst shareholder who are commonly invested either by choice or FORCE in the same legal entity are common, and are legal especially wherein Koehn and UCMK are engaged in a far sweeping conspiracy in violation of US Law, to sell unregistered and unlicensed securities and have issued self created press releases declaring publicly to have led a "Series A" sale of unregistered unlicensed stock securities for Hera Software Development Inc. See Exhibit "A", Koehn and UCMK are engaged in the exact and precise same conduct as Koehn's Board of Advisory officer Joby Weeks, who has pled guilty to the precise same kind of conduct.

===============================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 7

*Cohen v. Battaglia, 296 Kan. 542, 546 293 P.3d 752, 755 (2013)(citing Burcham v. Unison Bancorp, Inc., 276 Kan. 393, Syl. ¶ 15, 77 P.3d 130 (2003)), the Kansas Supreme Court recited the elements of tortious interference with a prospective business advantage or relationship:* "(1) the existence of a business relationship or expectancy with the probability of future economic benefit to the plaintiff; (2) knowledge of the relationship or expectancy by the defendant; (3) a reasonable certainty that, except for the conduct of the defendant, plaintiff would have continued the relationship or realized the expectancy; (4) intentional misconduct by defendant; and (5) incurrence of damages by plaintiff as a direct or proximate result of defendant's misconduct."

NOT one of the elements of tortious interference can be supported nor are true. I have never known who precisely are the claimed "proprietary persons" which Koehn claims ownership of, there is no knowledge by me that every single shareholder (stockholder) of Hera Software Development Inc. and Anthem Holdings Company are clients of Koehn and UCMK, in fact quite the opposite is true, I know for a fact I personally am not owned by Koehn and I know many of the shareholders who I personally got involved in Anthem Vault Inc. the predecessor to the disputed Anthem Holdings Company cannot be Koehn or UCMK "proprietary persons", in fact there is no knowledge by me nor within the shareholder capitalization schedule or shareholder registry indicating who are proprietary persons of Koehn and UCMK. There is no intentional misconduct nor any intentional conduct at all seeking in any way to interfere in Koehn and UCMK's business or with persons they claim ownership over. Any person who is invested in Anthem Holdings Company and Hera

===============================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 8 -

Software Development Inc., and also happens to have some business with Koehn is a personal choice between that person and Koehn. Koehn and/or UCMK cannot claim damages for persons who learn of the disputed mergers and the 10+ year running saga of the Anthem Holdings Company, HERC crypto Currency, Hera Software Development Inc. In fact IF a person who Koehn claims as proprietary is also invested by way of illegal unregistered unlicensed stock sale to Hera Software Development Inc. as Koehn himself promulgates news articles See Exhibit "A", those persons choosing to question Koehn or UCMK who sold them unregistered unlicensed stock has nothing to do with me and certainly nothing to do with my father who is absent knowledge of everything involving Koehn and UCMK. Any claimed damages by Koehn is a result of Koehn's own doing in violation of Federal Law, selling unregistered and unlicensed securities and generally failing in his fiduciary responsibilities of due diligence in investments he pushes his purported clients to invest. The failures of Koehn's lack of due diligence and Koehn's failures in his fiduciary responsibilities cannot then be blamed upon me nor any other third party, as Koehn and UCMK held and hold fiduciary responsibilities for their own actions and in actions in their failure to conduct due diligence and their failures to act within their fiduciary responsibilities both to their purported proprietary persons and to the shareholders (stockholders) in general through Chad M. Koehn's role as an officer and director in both Anthem Holdings Company and <u>Hera Software Development Inc. where Koehn sold unregistered unlicensed stock.</u>

   Plaintiff's attempts to claim I or any other shareholder intentionally interfered with their prospect of continuing business relationships or business advantage is untrue, as Koehn

---

**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 9

now seeks a scapegoat to the FACT Koehn and UCMK FAILED in their individual and collective fiduciary responsibilities to investigate and perform due diligence to investments they directed their so call proprietary people to invest.  When a person or entity becomes a shareholder in a corporation because of urging or sale, as in this case by Koehn and UCMK into an entity with is neither registered nor licensed in violation of Federal Law, and that new shareholder learns of the disputes and information which their sales agent, Koehn or UCMK failed to inform them and failed to perform due diligence, Koehn and UCMK cannot then sue the messenger for having discussions with other shareholders who are now all mutually invested in the same entity.

The claim made by Koehn and UCMK that I have interfered in prospective business relationships or expected business advantages is FUTILE and made in BAD FAITH.   Once Koehn and UCMK made their illegal actions and statements in order to sell unregistered unlicensed securities to individuals or businesses who them became invested in the same enterprises as myself, I have a DUTY and MORAL and ETHICAL responsibility to discuss with my fellow shareholders what exactly is occurring.   Koehn and UCMK cease to have any proprietary right to shield investors mutually invested in the same enterprise from having discussions with each other.  Koehn and UCMK realizing after the fact or perhaps during that they failed to conduct due diligence and have purposefully conducted unregistered and unlicensed sale of securities in violation of Federal Law, cannot then prevent the VICTIMS from all communicating the information each has been told.  In fact Koehn and UCMK's premise that shareholders cannot communicate provides prima facie evidence in Koehn and

UCMK's own pleadings of further violations to Federal Law, where Koehn and UCMK now claim it is tortious interference for shareholders commonly invested in the same legal entity to discuss the fraudulent statements and pressures exerted for them all to become invested in the same entities which are neither licensed nor registered with SEC, as Judicial Notice of non-registration and non-licensure has previously herein been made with regards to Hera Software Development Inc. a Delaware Company which Chad M. Koehn is an officer and director yet fails to disclose these facts in his disclosures. Chad M. Koehn and UCMK do disclose as early as November of 2020 to have conflict of interest with each other in the recommendation and referral of sales of securities (Stocks) in Anthem Holdings Company, see Attached herewith Exhibit "B", SEC disclosure Statement by Chad M. Koehn and UCMK from November of 2020.

  There could never have been intentional interference with any relationships or future expected relationship or business advantage of Koehn or UCMK, as I am without knowledge of who Koehn or UCMK's clients are, despite having requested a complete list of all UCMK clients/customers and those of Koehn's in discovery of this matter, as both Koehn and UCMK have REFUSED to provide such a list. There can never have been any intentional interference with Koehn and UCMK's businesses through me having discussions with persons or entities who are mutually invested in the same entities as I. My father has nothing to do with my investments, anymore than I do in his investments. My father cannot be held liable for an act claimed which is FUTILE on its face, as I could never have committed the acts which Koehn and UCMK complain. **It is Koehn and UCMK who are to solely blame**

---

**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

- 11

**for their own poor business relationships and the fact they failed to perform due diligence on investments they held fiduciary responsibility to perform due diligence upon.** Koehn and UCMK had and have fiduciary responsibilities to ensure stocks and investments they sell are in compliance with State and Federal Law, they purposefully failed to do so by purposefully selling unregistered and unlicensed stock sales and leading as they claim a "Series A" investment to Hera Software Development Inc. and then issuing press releases concerning the same see Exhibit "A". Koehn and UCMK did publicly declare a conflict of interest in recommending and selling stock in Anthem Holdings Company, see disclosure statement from November 2020. The failure of Koehn and UCMK to perform the requisite due diligence as required by law and their fiduciary responsibilities cannot then be blamed on me or any other third party for their failure to perform due diligence prior to joining as an officer and director of a corporation in material dispute, nor selling stock in that corporation to unsuspecting new VICTIMS. When I or others have discussions with new VICTIMS of the long running scheme this cannot be intentional interference with Koehn and UCMK's business relationships as those persons invested mutually in the same enterprise no long can be considered solely Koehn and UCMK's proprietary persons.

As a result not only have I not committed any of the acts as complained, but having not committed any tortious interference certainly my dear old dad who is without knowledge of any of this cannot be held liable for an act which did not occur and which Koehn and UCMK have no basis to bring legal action as they have no protected right to protect.

WHEREFORE, I respectfully pray that this Court, will DENY the plaintiffs Motion for leave to amend and at a minimum DENY plaintiffs BAD FAITH, DILATORY MOTIVES to attach and attack my elderly father for no other reason than he is my father.  My dad is not involved and it is bad faith and certainly immoral for Koehn and UCMK to seek to attach my dying old dad to their witch hunt on no premise other than he is my father, the only father I have ever known and will ever know.   It is bad faith, futile and wrongful to attach my father to the wrongful litigation being pursued by Koehn and UCMK, as they seek a scapegoat to blame for their own malfeasances, and violations of Federal Law as well outlined herein.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 20th day of October 2022.

*[signature: Michael Nelson]*

===============================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I electronically filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 20th day of October 2022.

*/s/ Michael Nelson*

<u>Michael Nelson - Pro Se</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

===========================================================================================
**Response Reply to 279 regarding leave to amend complaint to attach my eldery Dad who has not provided support for me for more than 30 years!**