# Exhibit

# "A"

# To Follow . . .

---
Response reply to document 279, regarding leave to amend complaint to attach my elderly father

CRYPTO • CYBERSECURITY • ENTERPRISE

# HeraSoft Looks To Stop Ransomware Attacks After $5M Series A

Chris Metinko     March 12, 2021



It is estimated a ransomware attack occurs every 11 seconds and that global ransomware damage costs could reach as much as $20 billion this year.

> Subscribe to the Crunchbase Daily

A blockchain solution company is looking to help organizations guard against such attacks after closing its Series A — but it is not based in Silicon Valley or Israel.

Bartlesville, Oklahoma-based HeraSoft announced a $5 million Series A led by United Capital Management of Kansas. The company has developed a public protocol index layer that protects organizations from ransomware and other cyberattacks. The platform is anchored to Bitcoin and can help provide both data and application security, said CEO Anthem Blanchard.

"We focus on helping make governments and private enterprises really have trusted software and trusted communications," Blanchard said.

# From gold to cybersecurity

HeraSoft's platform was actually spun out of AnthemGold — a cryptocurrency that allows users to buy gold with blockchain technology — with the company being officially founded about a year ago with a few thousands dollars in seed money, Blanchard said.

The company plans on using the new funding to help scale the company, adding to its sales and marketing, and continuing to develop software, he said.

HeraSoft currently has two government-related clients, but Blanchard sees the ability also to move into new enterprise verticals with its platform such as health care, robotics and even the growing  "non-fungible tokens" space — or NFTs — where people own a token on the blockchain for art, music, video clips and memes.

# Data and security

Chad Koehn, president and founder of United Capital Management, said he was referred to Blanchard by a friend for a software build he was doing, and became impressed with the security solution.

"After understanding what Anthem had developed I said, 'forget your software, I want to send you as much as I can scrape up for shares in your company,'" he

said.

With the new investment, HeraSoft is looking forward to a bright future in a growing sector. While there are large enterprise players such as SAP, which also use blockchain technology for aspects of security, Blanchard said the world of ransomware and cyberattacks is only expanding — especially with more data being exchanged online since the pandemic started.

"COVID and everyone working at home has just accelerated this market," he said.

*Illustration: Li-Anne Dias.*

10/19/22, 2:21 PM    HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises, Raises $5 Million in its Series A Investment Round to Combat Trillions in …


LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Wednesday, October 19, 2022

# HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises, Raises $5 Million in its Series A Investment Round to Combat Trillions in Yearly Cybercrime Damages

**Share Article**

HeraSoft's ransomware-proof solution for cloud systems can be leveraged to guard against the growing number of cyber attacks directed against businesses and government organizations.

**BARTLESVILLE, OKLA. (PRWEB) MARCH 12, 2021**

HeraSoft announces a $5 million Series A led by United Capital Management of Kansas. HeraSoft, a leading ransomware-proof solution for enterprises, is set to support companies and government organizations to secure their cloud-based systems against ransomware and other cyber attacks. Such security threats are on the rise, with yearly global damages predicted to reach $10.5 trillion by 2025.

Ransomware attacks specifically are estimated to cost the world $20 billion, with an attack executed against a business every 11 seconds. The COVID-19 pandemic has resulted in an influx of complaints received by the FBI's Internet Crime Complaint Center, which spiked 3X more after March 2020. Healthcare providers, such as hospitals, are especially vulnerable because of the severe repercussions caused by ransomware and phishing scams.

"In light of more employees working from home because of the coronavirus and more data stored online than ever before, investment in cyber security will be a top priority for executives across industry verticals this year," expressed Anthem Blanchard, CEO of HeraSoft. "With the completion of our Series A raise, we look forward to supporting

> "The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks

https://www.prweb.com/releases/herasoft_the_premiere_ransomware_proof_solution_for_enterprises_raises_5_million_in_its_series_a_investment_round_to_combat…   1/3

businesses and government organizations in protecting their systems against increasingly frequent and sophisticated cyber attacks."

Chad Koehn, president and founder of United Capital Management and a recent addition to the HeraSoft board shared, "The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks."

HeraSoft is a distributed cloud-based solution that eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. It can be customized for any enterprise, regardless of industry vertical, as a standalone solution or to enhance existing security.

For media inquiries, please contact info@herasoft.com and 512-766-5539.

About HeraSoft
The HeraSoftTM ransomware-proof solution (RPSTM) helps organizations be more secure, function faster and far less expensively than any traditional centralized enterprise cloud solution available today. HeraSoft's distributed solution eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. HeraSoft works as a stand-alone solution or can be layered on to enhance the existing software's security. By deploying HeraSoft, enterprises and government organizations can enhance both data cybersecurity and application cybersecurity across industries (ie., import/export, banking, health, etc.).

Share article on social media or email:

 

View article via:

 PDF     PRINT

### Contact Author

**HERASOFT**

HeraSoft
512-766-5539
Email >

VISIT WEBSITE 

  › News Center  ›





**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

CREATE A FREE ACCOUNT    

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

# Houston based cybersecurity provider Herasoft raises US $ 5 million in Series A

By **Raghavendra Kudva** -  March 13, 2021



Herasoft, an American startup that seeks to provide ransomware-proof to organisations, announced in the 2nd week of March 2021 that it has raised US $ 5 million in its Series A round. The round was led by United Capital Management of Kansas.

**Investors:** The lead investor, United Capital Management of Kansas, is a financial planning firm that was founded in 2003 by Chad Koehn. It primarily offers advice on finances, asset management, trust services

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

.

Cookie settings    ACCEPT

**Purpose of the investment:** Herasoft plans on utilising the investment to further develop its software, scale up itself and focus on its sales and marketing.

**About Herasoft:** Herasoft was founded in 2019 with its headquarters in Houston, Texas. It was actually spun out of AnthemGold, a cryptocurrency based platform that allows people to buy gold using its blockchain technology.

On average a ransomware attack is estimated to occur in the world every 11 seconds, and the global ransomware costs are estimated to reach US $ 20 billion this year. Herasoft seeks to exploit this growing market which has during the previous year seen a lot of growth owing to the pandemic enforced remote working conditions. It enables organisations using cloud-based systems and software to shield themselves from all forms of cyberattacks

**What investors and the CEO have to say:**

"After understanding what Anthem had developed I said, 'forget your software, I want to send you as much as I can scrape up for shares in your company' "–Chad Keohn, founder of United Capital Management of Kansas.

"We focus on helping make governments and private enterprises really have trusted software and trusted communications"–Anthem Blanchard, CEO of Herasoft.

For more extensive analysis and Market Intelligence reports feel free to approach us or visit our

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
.

Cookie settings    ACCEPT

*-if there are any discrepancies in any of our published stories,*

*-how we can improve,*

*-what stories you would like us to cover and what information you are looking for, in the comments section below or through our contact form! We look forward to your feedback and thank you for stopping by!*

**Next** Article

### Raghavendra Kudva

Raghavendra writes about the startup ecosystem on VC Bay. He is a final year undergrad at Indian Institute of Management and Commerce. Besides being a sports enthusiast, he is passionate about the world of finance and startups.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

.

Cookie settings     ACCEPT



HOME   COMPANY   SOLUTIONS   PRODUCT   LEARN   CONTACT

# News: HeraSoft Looks To Stop Ransomware Attacks After $5M Series A

July 16, 2021 | News



It is estimated a ransomware attack occurs every 11 seconds and that global ransomware damage costs could reach as much as $20 billion this



Silicon Valley or Israel.

Bartlesville, Oklahoma-based HeraSoft announced a $5 million Series A led by United Capital Management of Kansas. The company has developed a public protocol index layer that protects organizations from ransomware and other cyberattacks. The platform is anchored to Bitcoin and can help provide both data and application security, said CEO Anthem Blanchard.

"We focus on helping make governments and private enterprises really have trusted software and trusted communications," Blanchard said.

## From gold to cybersecurity

HeraSoft's platform was actually spun out of AnthemGold — a cryptocurrency that allows users to buy gold with blockchain technology — with the company being officially founded about a year ago with a few thousands dollars in seed money, Blanchard said.

The company plans on using the new funding to help scale the company, adding to its sales and marketing, and continuing to develop software, he said.

HeraSoft currently has two government-related clients, but Blanchard sees the ability also to move into new enterprise verticals with its platform such as health care, robotics and even the growing  "non-fungible tokens" space — or NFTs — where people own a token on the blockchain for art, music, video clips and memes.

## Data and security

# HeraSoft.

HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT

"After understanding what Anthem had developed I said, 'forget your software, I want to send you as much as I can scrape up for shares in your company,'" he said.

With the new investment, HeraSoft is looking forward to a bright future in a growing sector. While there are large enterprise players such as SAP, which also use blockchain technology for aspects of security, Blanchard said the world of ransomware and cyberattacks is only expanding — especially with more data being exchanged online since the pandemic started.

"COVID and everyone working at home has just accelerated this market," he said.

*Illustration: Li-Anne Dias.*



Previous Post

**Blog: Emerging from Covid, IoT & Supply Chains are Two Major Areas in Need of Reform**

Next Post

**News: How Is Blockchain Improving Cybersecurity?**

ABOUT.



HOME    COMPANY    SOLUTIONS    PRODUCT    LEARN    CONTACT

# EXPLORE.

HOME

COMPANY

SOLUTIONS

PRODUCTS

LEARN

PRIVACY POLICY

CONTACT US

# CONTACT INFO.

≫ Sales Enquiry

≫ Corporate Enquiry

≫ Media Enquiry

LinkedIn

Facebook

Instagram

Google



HOME   COMPANY   SOLUTIONS   PRODUCT   LEARN   CONTACT

© 2021. All Rights Reserved. | HeraSoft.