# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN <br><br> Plaintiffs, <br> v. <br> Michael Nelson <br><br> Defendant ;    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **Reconsideration of Order of the Court on ESI Protocols due to Referencing Documents Previously STRICKEN from the Record by Order of the Court in Document 183** <br><br> **[Jury Trial Demanded]** |

Defendant, makes "SPECIAL & LIMITED APPEARANCE" here and now for the purposes of filing **Reconsideration of Order of the Court on ESI Protocols due to Referencing Documents Previously STRICKEN from the Record by Order of the Court in Document 183**, defendant so herein now alleges and states:

Pursuant to D. Kan. Rule 7.3(b)(3), defendant/Counter-Plaintiff, Michael Nelson, herewith move for reconsideration of that portion of the Court's October 18, 2022, Order (Docket No. 291) which references Document 144, **which was STRICKEN from the record by District Judge Order of this Court in Document 183.**

WHEREFORE, I respectfully pray that this Court will reconsider that portion of its October 18, 2022, Order (Docket No. 291) to either set forth the actual facts pertaining to Chad Mitchell Koehn's claim in sworn affidavit he filed under the penalties of perjury on or about 26 January 2022, that my computer was "stripped" from me, meaning STOLEN, a fact that Koehn could not have had the knowledge of without personal knowledge of the fact the computer was stolen, and set forth the FACT that the computer appears, NOT in any search

===============================================================================
**Reconsideration of Order of the Court on ESI Protocols due to Referencing Documents Previously STRICKEN from the Record by Order of the Court in Document 183**
- 1

warrant, nor inventory log of any detention facility, jail, or law enforcement custody. The <u>STOLEN computer, is directly referenced by Chad Mitchell Koehn in his sworn affidavit filed under penalties of perjury</u>, just several weeks after Chad Koehn was CRIMINALLY cited for a fire, which an informant says to be Koehn destroying evidence. IN either case the computer is not available and the backup storage devices are not readily accessible due to conditions of release pending the parallel hereto criminal proceedings.

  This provides yet another reason why this Civil proceeding should be STAYED until the directly parallel hereto criminal proceedings have been concluded. Absent a stay of these proceedings and due to inaccessible evidence to prove my innocence a multitude of appeals shall be necessary, wherein this Court has the power to STAY these proceedings and conserve judicial resources, provide for judicial economy, prevent one case from growing into a multitude of cases, as this Court should do now by STAYING this case pending conclusion of the parallel criminal matters.

  Wherefore I respectfully pray this Court will reconsider its Order in Document 291, <u>and not reference a document which has been Stricken by ORDER of the District Judge</u> in Document 183, and/or provide for the controlling law wherein the **Magistrate's Order is superseding the prior District Court Order of this Court in Document 183**, and to what other extent Order in Document 291, or other Magistrate Order <u>supersedes and retroactively overrides and overrules</u> Order of the Court in Document 183, or any other Article III District Court Judge Orders which the Magistrate Judge overrules or overrides by superseding.

===============================================================================================
**Reconsideration of Order of the Court on ESI Protocols due to Referencing Documents Previously STRICKEN from the Record by Order of the Court in Document 183**
- 2 -

My Memorandum of Law shall explain my layman understandings of Article III Judges, District Court Orders, applicable appeals interlocutory, the USSC (United States Supreme Court) definition of "stricken", as used throughout the Article III Courts of these the United States of America.  The fact that the Article III Courts of these the United States of America have deemed documents which are "stricken" from the record become what the Courts call a "nullity", Nothing ; no proceeding, 'as though it had not taken place, or which lias absolutely no legal force or effect.' *Salter v. Hilgen, 40 Wis. 363; .Tenness v. Lapeer County Circuit Judge, 42 Mich. 460, 4 N. W. 220; Johnson v. Dines, 61 Md. 122.*

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 25th day of October 2022.



======================================================================
**Reconsideration of Order of the Court on ESI Protocols due to Referencing Documents Previously STRICKEN from the Record by Order of the Court in Document 183**

- 3

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

Respectfully Submitted, this 25th day of October 2022.

*/s/ Michael Nelson*

<u>Michael Nelson - Pro Se</u>
Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105
P: 702.932.3434 Email: oklahomaremote @ gmail.com

================================================================================
**Reconsideration of Order of the Court on ESI Protocols due to Referencing Documents Previously STRICKEN from the Record by Order of the Court in Document 183**
- 4 -