KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
|           **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
|           **Defendant** ) | |
| ) | |

## NOTICE OF COMPLIANCE

Plaintiffs/Counter-Defendants hereby certify that on November 10, 2022, answers and objections to the following discovery requests:

1. Plaintiffs' Answers to Defendant's Interrogatories;

2. Plaintiffs' Objections to Defendant's Requests for Production of ESI; and

3. Plaintiffs' Responses and Objections to Defendant's Requests for Production

were mailed by U.S. Mail and emailed to Defendant at:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel    #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T: (785) 825-4674
F: (785) 825-5936
E: lmichel@kenberk.com
*Attorney for Plaintiffs/Counter-Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2022, the foregoing *Notice of Compliance* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via email and U.S. Mail first class, postage prepaid and properly addressed to Defendant as follows:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

        /s/ Larry G. Michel