KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) <br> **Plaintiffs** ) <br> vs. ) <br> ) <br> MICHAEL NELSON, ) <br> **Defendant** ) <br> ) | Case No. 22-CV-04008-JWB-GEB |

### NOTICE OF SERVICE OF DISCOVERY REQUESTS

Plaintiffs/Counter-Defendants hereby certify that on November 10, 2022, counsel for Plaintiffs/Counter-Defendants' served discovery as follows:

1. Plaintiff/Counter-Defendants' First Requests for Admissions to Defendant/Counter-Plaintiff Michael Nelson

2. Plaintiff/Counter-Defendants' First Request for Production to Defendant/counter-Plaintiff Michael Nelson

3. Plaintiff/Counter-Defendant's Second Interrogatories and Second Requests for Production to Defendant/Counter-Plaintiff Michael Nelson;

on Michael Nelson by email and U.S. Mail at:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR  97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel     #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
*Attorney for Plaintiffs/Counter-Defendants*

*Chad M. Koehn, et al. vs. Michael Nelson*
*Notice of Service of Discovery Requests*
Case No. 22-CV-04008-JWB-GEB
*Page 2*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2022, the foregoing *Notice of Service of Discovery Requests* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via UPS second-day overnight service and by electronic email at:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
oklahomaremote@gmail.com

/s/ Larry G. Michel