# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br> Plaintiffs, and Counter Defendants <br> v. <br> Michael Nelson <br><br> Counter Plaintiff, Defendant ; PRO-Se. | **DOCKET NO.:   5:22-CV-04008-JWB-GEB** <br> <u>**CIVIL ACTION**</u> <br><br> **NOTICE of Change in contact Information due to Security Breach on 12 October 2022** <br><br> [Jury Trial Demanded] |

Now Here Comes, Counter Plaintiff and defendant Michael Nelson, making special appearance and who makes this NOTICE of Change in contact Information due to Security Breach on 12 October 2022:

1. On or about or during 12 October 2022, when I was in Court, or taken into custody for having communications with Christopher J. Kellogg per Order of this Court; I was the victim of a security breach.

2. It is at present not known what records have been breached nor is it known the extent of the damages inflicted by the cyber attack.

3. Due to the cyber attack, my email address was affected, which is new as of this litigation.

4. For all future and further communications if any are allowed, due to the parallel Court proceedings orders regarding communication with opposing counsel who are considered "associates" of Anthem and Cynthia Blanchard, and believed shareholders of companies and due to the fact Craig Alan Brand is employed by purported cyber security hackers Hera Software Development Inc. as well documented in documents 52 and 57 wherein Craig Alan Brand passed a certain fraudulent and DECEPTIVE email from @herasoft.com to the Chambers of Federal Magistrate Judge Birzer and the undersigned.

5. All further communications should be sent to:  [chadkoehnlawsuit@nosoybean.com](mailto:chadkoehnlawsuit@nosoybean.com)

6. My files regarding this litigation were directly targeted by the hacker. I am therefore working to restore my files.

7. As previously Appealed to the District Court, in document number 292, I have communicated with the email address and the person I was instructed by Order of the Federal Magistrate to communicate, Christopher Jon Kellogg at ckellogg@kenberk.com see Order (report) of the Magistrate in Document 67. <u>Despite the fact of the Order (report) of the Magistrate and having regular communication with Christopher Jon Kellogg per the Order of the Federal Magistrate; the Plaintiff's attorneys Christopher Kellogg and/or **Craig Alan Brand, have RUN to the Prosecutor who in turn filed the following statements resulting in me being taken into custody on 12 October 2022 for having communication via email with Kellogg and the Federal Magistrate:**</u>

"…on September 15th, 2022 the defendant, using the email address oklahomaremote@gmail.com, **sent an email to an attorney known to an associate of Cynthia and Anthem Blanchard** indicating that he intends to subpoena an employee of HeraSoft in Bartlesville, Oklahoma. In the email, the defendant indicates that he will have a special counsel take the deposition of Gil Gilliam [not a legal name] in Bartlesville, Oklahoma at the local courthouse for six to seven hour deposition. Mr. Gilliam works for HerSoft which is located solely in Bartlesville and has never had any dealing with the defendant. In his email he indicates "it might be easier for Federal Officials and given the natura [SIC] of the situation that it be held at the Federal court building itself…. Once again the defendant is attempting to intimidate the victim's by contacting associates of the victim's and threatening to have federal officials take depositions of their employees who have never met the defendant"

As a result of being taken into custody and jail, for communicating with Kellogg I cannot have any form of communication with the plaintiffs attorneys per the Orders of the parallel proceedings. To have any form of communication with plaintiffs attorneys subjects me to indefinite incarceration.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 16th day of November 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;