KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , | ) |
| | ) |
| **Plaintiffs** | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| **Defendant** | ) |
| | ) |

### PLAINTIFF'S RESPONSE TO DOCKET NO. 323, DFENDANT'S OBJECTION AND APPEAL OF THE MAGISTRATE JUDGE'S NOVEMBER 3, 2022, ORDER (D.[1] 304)

Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant Michael Nelson's ("Mr. Nelson")(D. 323, filed November 16, 2022) Objection and Appeal of the Magistrate Judge's November 3, 2022, Order as follows:

### STANDARD OF REVIEW

Fed. R. Civ. P. 72(a) allows a party to provide specific, written objections to non-dispositive order. The court does not conduct a de novo review, but applies a more deferential standard under which the moving party must show that the magistrate judge's order is "clearly erroneous or contrary to law."

*Brandon Steven Motors, LLC v. Landmark American Ins. Co.*, No. 19-CV-02659, 2020 WL 5889434, at *2 (D. Kan Oct. 5, 2020)(citing Fed. R. Civ. P. 72(a); *see Burton v. RJ Reynolds Tobacco Co.*, 177 F.R.D. 491, 494 (D. Kan. 1997).

---
[1] "D." is used as an abbreviation for "Clerk's Document Number."

1

> The court must affirm the magistrate judge's order unless the entire evidence leaves it " 'with the definite and firm conviction that a mistake has been committed.'" "A magistrate judge's order is contrary to law if it "fails to apply or misapplies relevant statutes, case law or rules of procedure."

*Brandon Steven Motors, LLC v. Landmark American Ins. Co.*, No. 19-CV-02659, 2020 WL 5889434, at *2 (D. Kan Oct. 5, 2020)(quoting *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988)(quoting *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 365 (1948)).

## ARGUMENT

Mr. Nelson has obviously misread the Magistrate Judge's Order. The issue will be brought up again by the Plaintiffs at the Magistrate Judge's next monthly scheduling conference on December 6, 2022, at 8:30 A.M.

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc. respectfully pray that this Court will deny Docket No. 323, Defendant Michael Nelson's Appeal of the Magistrate Judge's November 3, 2022, Order (D. 304).

Dated November 18, 2022.

                                                Respectfully Submitted,

                                                /s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2022, he caused the foregoing to be electronically filed with the Court using the CM/ECF System, and caused a copy to be mailed this same date by prepaid U.S. First Class Mail to Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005 and chadkoehnlawsuit@nosoybean.com (per Mr. Nelson's D. 322).

                                                  /s/ Chris J. Kellogg