KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DOCKET NO. 321, DFENDANT'S OBJECTION AND APPEAL OF THE MAGISTRATE JUDGE'S NOVEMBER 4, 2022, AMENDED SCHEDULING ORDER (D.[1] 310) AND NOVEMBER 4, 2022, ORDER (D. 311) FINDING MOOT NELSON'S (D. 295) MOTION FOR RECONSIDERATION**

Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith respond in opposition to Defendant Michael Nelson's ("Mr. Nelson") (D. 321 filed November 16, 2022) Combined Objection and Appeal of the Magistrate Judge's November 4, 2022, Amended Order Regarding Discovery of Electronically Stored Information (D. 310) and November 4, 2022, Order finding Moot Defendant's (D. 295) Motion for Reconsideration of the Magistrate Judge's October 18, 2022, Order Regarding Discovery of Electronically Stored Information (D. 291), as follows:

**STANDARD OF REVIEW**

---
[1] "D." is used as an abbreviation for "Clerk's Document Number."

1

> Fed. R. Civ. P. 72(a) allows a party to provide specific, written objections to non-dispositive order. The court does not conduct a de novo review, but applies a more deferential standard under which the moving party must show that the magistrate judge's order is "clearly erroneous or contrary to law."

*Brandon Steven Motors, LLC v. Landmark American Ins. Co.*, No. 19-CV-02659, 2020 WL 5889434, at *2 (D. Kan Oct. 5, 2020)(citing Fed. R. Civ. P. 72(a); *see Burton v. RJ Reynolds Tobacco Co.*, 177 F.R.D. 491, 494 (D. Kan. 1997).

> The court must affirm the magistrate judge's order unless the entire evidence leaves it " 'with the definite and firm conviction that a mistake has been committed.' "6 A magistrate judge's order is contrary to law if it "fails to apply or misapplies relevant statutes, case law or rules of procedure."

*Brandon Steven Motors, LLC v. Landmark American Ins. Co.*, No. 19-CV-02659, 2020 WL 5889434, at *2 (D. Kan Oct. 5, 2020)(quoting *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988)(quoting *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 365 (1948)).

## ARGUMENT

In Don Quixote-like fashion, Mr. Nelson continues to tilt at windmills. He provides no fact based evidence concerning the error he claims exists the two Magistrate Judge's Orders which he seeks to reverse. His objections/appeals continue to attack Plaintiffs' counsel and is simply based upon the parsing of words irrelevant to the substance of the Orders.

. WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc.. respectfully pray that this Court will deny Docket No. 321, Defendant Michael Nelson's Appeal of the Magistrate Judge's November 4, 2022, Amended Order Regarding Discovery of Electronically Stored Information (D. 310) and November 4, 2022, Order finding Moot Defendant's (D. 295) Motion for Reconsideration of the Magistrate Judge's October 18, 2022, Order Regarding Discovery of Electronically Stored Information (D. 291)

Dated November 29, 2022.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2022, the foregoing was electronically filed with the Court using the CM/ECF System, and mailed this same date by prepaid U.S. First Class Mail to Michael Nelson, 9450 S.W. Gemini Drive PMB 90924, Beaverton, OR 97008-71005 and chadkoehnlawsuit@nosoybean.com (per Mr. Nelson's D. 322).

/s/ Chris J. Kellogg
Chris J. Kellogg