# EXHIBIT

# "A"

# To Follow . . .

**Emergency Motion to Postpone or reschedule** <u>"hearing" before US District Court Judge Broomes in light Administrative Order and</u> **other Court Orders restricting communication, travel and banishment**
**INSTANTER**
https://ksd.uscourts.gov/content/district-judge-john-w-broomes





# District Judge John W. Broomes

## Chambers Staff

| **Courtroom Deputy** | **Court Reporter** |
|---|---|
| Joyce M Roach | Jana L. McKinney |
| 316-315-4260 | 316-315-4268 |

**Law Clerks**

| Michael Lahey | Rachael M Silva | Justin G Cook | Katherine A. Davis |
|---|---|---|---|
| 316-315-4260 | 316-315-4260 | 316-315-4260 | 316-315-4260 |

**Phone:** 316-315-4260

**Fax:** 316-315-4261

**Email:** ksd_broomes_chambers@ksd.uscourts.gov

**Courtroom:** 238

**Location:** Wichita, KS

**Honorable John W. Broomes**
District Judge
United States District Court
401 N Market, Suite 232
Wichita, KS 67202

| |
|---|
| **Bio** |
| **Guidelines & Orders** |
| **MDL Cases** |

- Jury Evidence Recording System Instructions (JERS)
- Standing Order Regarding Sentencing Memoranda: Broomes