# EXHIBIT

# "D"

# To Follow . . .

**Emergency Motion to Postpone or reschedule** <u>"hearing" before US District Court Judge Broomes in light Administrative Order and</u> **other Court Orders restricting communication, travel and banishment**
<u>**INSTANTER**</u>

Letter from Kansas Bar Association regarding representation



Michael Nelson <oklahomaremote@gmail.com>

# Kansas Bar Association - Lawyer Referral Service - Michael Nelson
1 message

**Patricia Byers** <pbyers@ksbar.org>										Mon, Nov 14, 2022 at 11:25 AM
To: "oklahomaremote@gmail.com" <oklahomaremote@gmail.com>

Thank you for contacting the Kansas Bar Association, Lawyer Referral Service. Unfortunately, we do not have an attorney available at this time to assist you. Just to let you know, in the State of Kansas, it is not manatory that attoneys belong to the Bar Association. In addition, the attorneys with the lawyer referral tell us what types of cases and what counties they will handle cases. Therefore, we would suggest you go online and do a search and hopefully you can find someone to help you.

Good luck to you.

KANSAS BAR ASSOCIATION

LAWYER REFERRAL SERVICE

This communication contains information from the Kansas Bar Association, a 501(c)(6). This information may be confidential and privileged. If it appears that this communication was addressed or sent to you in ERROR, you may not use or copy this communication or any information contained herein, and you may not disclose this communication or the information contained herein to anyone else. In such circumstances, please notify me immediately by reply email or by telephone. I apologize for any inconvenience. Thank you.