UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant ;    PRO-Se. | **DOCKET NO.:**    5:22-CV-04008-JWB-GEB <br> CIVIL ACTION <br><br> **Response to SHOW CAUSE Regarding Travel Restrictions** <br><br> INDEX <br><br> [Jury Trial Demanded] |

**INDEX of Exhibits pursuant with Rule 7.1(e)**

Exhibit "A":   Defense Attorney Response to Motion to revoke and increase Bail (included are Exhibits referencing Orders and Minutes known in the Oklahoma case)

Exhibit "B"   Transcript of 12 October 2022 Hearing in Oklahoma

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice").   In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus, U.S.Ct. L.Ed.2d (2007); Andrews v. Heaton*
Respectfully Submitted, this 29th day of December 2022.

*[signature]*   Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105     chadkoehnlawsuit@nosoybean.com

**Certificate of Service:**
   The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*   702-932-3434