KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. ,  )  <br>       **Plaintiffs**  ) <br> vs.  ) <br>            ) <br> MICHAEL NELSON,  ) <br>       **Defendant**  ) <br>           ) | Case No. 22-CV-04008-JWB-GEB |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Plaintiffs/Counter-Defendants hereby certify that on January 4, 2023, counsel for Plaintiffs/Counter-Defendants' served discovery as follows:

1. Plaintiff/Counter-Defendants' Third Request for Production to Defendant/counter-Plaintiff Michael Nelson

on Michael Nelson by email and U.S. Mail at:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR  97008-7105
chadkoehnlawsuit@nosoybean.com

              /s/ Chris J. Kellogg
              Chris J. Kellogg, #21651
              KENNEDY BERKLEY
              119 West Iron Avenue, 7th Floor
              P.O. Box 2567 Salina,
              KS  67402-2567
              ckellogg@kenberk.com
              *Attorneys for Plaintiffs/Counter-Defendants*

*Chad M. Koehn, et al. vs. Michael Nelson*
*Notice of Service of Discovery Requests*
Case No. 22-CV-04008-JWB-GEB
Page 2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 4, 2023, the foregoing *Notice of Service of Discovery Requests* was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System, and was forwarded via U.S. Mail and by electronic email at:

Michael Nelson
9450 S.W. Gemini Drive PMB 90924
Beaverton, OR 97008-7105
chadkoehnlawsuit@nosoybean.com

/s/ Chris J. Kellogg
Chris J. Kellogg