# EXHIBIT "A"

| NAME | DATE |
|---|---|
| Mark Cole | 12/28/2020 |
| Tim Brush | 12/30/2020 |
| Richard Bieker | 12/30/2020 |
| Stan Byquist | 12/30/2020 |
| Vince Bengston | 12/30/2020 |
| Susan Deges | 12/30/2020 |
| Reed Koehn | 12/30/2020 |
| Mark Lofing | 12/30/2020 |
| Kelly Leon | 12/30/2020 |
| Jason Bach | 12/30/2020 |
| LaDonna Busch | 12/30/2020 |
| Doug Loewen | 12/30/2020 |
| David Huard | 12/30/2020 |
| Norma Griffin | 12/30/2020 |
| Dan Walter | 12/30/2020 |
| Craig Piercy | 12/30/2020 |
| Ben Suing | 12/30/2020 |
| Brad Harding | 12/30/2020 |
| Bill Kern | 12/30/2020 |
| Adam McMillin | 12/30/2020 |
| Travis & Trisha Scott | 12/29/2020 |
| Brian Keeler | 12/31/2020 |
| Jerry Deihl | 12/29/2020 |
| Dan Rapp | 12/29/2020 |
| Shannon Bengston | 12/29/2020 |
| Richard Risewick | 12/29/2020 |
| Ron Stratman | 12/29/2020 |
| Mike Fechter | 12/29/2020 |
| Marion Dome | 12/29/2020 |
| Glenn Brands | 12/30/2020 |
| Eric Everhart | 12/30/2020 |
| Doug Rempp | 12/30/2020 |
| Chad Koehn | 1/27/2021 |
| Michael Braxmeyer | 1/7/2021 |
| Jerry Short | 1/7/2021 |
| Wayne Cook | 1/5/2021 |
| Randy Phillips | 1/5/2021 |
| Debbie Shirack | 1/5/2021 |
| Ronnie Stanley | 1/5/2021 |
| Tod Roberg | 1/27/2021 |
| Jerad Busch | 1/22/2021 |
| Jim & Tresea Matney | 1/28/2021 |
| Carla Kessler | 2/3/2021 |
| Joe Newman | 2/3/2021 |
| Barry Madden | 2/3/2021 |

| | |
|---|---|
| Tim Emick | 2/3/2021 |
| April Dome | 2/11/2021 |