# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>    Plaintiffs, Counter Defendants<br>v.<br>Michael Nelson<br>    Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.: 5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Notice of Service of Second Requests for Production as to Chad M. Koehn and UCMK**<br><br>**[Jury Trial Demanded]** |

### Notice of Service of Second Requests for Production as to Chad M. Koehn and UCMK

 Comes now Michael Nelson, defendant and Counter-Plaintiff who does herein and now tender Notice that on 7 January 2023, Second Requests for Production were sent to plaintiffs and counter-defendants Chad M. Keohn and UCMK (United Capital Management of Kansas Inc.); sent postage paid United States Postal Service, CERTIFIED MAIL: 9214890142980477166231

Addressed to CHRISTOPHER JON KELLOGG (Kennedy Berkley Yarnevich & Williamson, Chartered) POST OFFICE BOX 2567 SALINA KANSAS 67402-2567

 <u>Respectfully Submitted, this 7th day of Jan 2023.</u>

*(signature)*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

 **Certificate of Service:**
 The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*(signature)*