# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br>            Plaintiffs, Counter Defendants <br> v. <br> Michael Nelson <br><br>            Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:**     **5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> <u>**NOTICE OF SERVICE OF Experts**</u> <br> <u>**Disclosed in rebuttal per Scheduling Order**</u> <br><br> **[Jury Trial Demanded]** |

    <u>**Notice of Experts Disclosures**</u>

    Now here comes Michael Nelson, defendant and Counter-Plaintiff who does herein and now so notice the Court and opposing parties, regarding disclosures of experts, pursuant with prior order of the Court, requiring parties to disclose expert witnesses not later than 6 December 2022. Wherein I have not received any disclosures from the plaintiffs/counter-defendants regarding expert disclosures. My formal response pursuant with the scheduling order entered by US Federal Magistrate Judge G.E. Birzer on 2 August 2022, for notice of rebuttal experts by 31 January 2023, is that I have no rebuttal experts to disclose as the plaintiffs/counter-defendants have not disclosed any expert witnesses pursuant with the scheduling order.

    <u>Respectfully Submitted, this 7th day of Jan 2023.</u>

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

    chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

    <u>**Certificate of Service:**</u>

    The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;