## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs, Counter Defendants<br>　v.<br>Michael Nelson<br>　　　　　Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:**　　**5:22-CV-04008-JWB-TJJ**<br><u>CIVIL ACTION</u><br><br>**REVISED Notice to Supplant Nunc Pro Tunc**<br><u>NOTICE OF SERVICE OF</u><br><u>INTERROGATORY ANSWERS</u><br><br>**[Jury Trial Demanded]** |

**<u>REVISED NOTICE to Supplant former notice correcting typo provided NUNC PRO TUNC</u>**

<u>NOTICE OF SERVICE OF INTERROGATORY ANSWERS</u>

　　　defendant/Counter-Plaintiff hereby certify that on January 6, 2023, I, Michael Nelson, did cause to be served Answers to Interrogatories as follows:　1. defendant/Counter Plaintiff, Michael Nelson Served Answers to Interrogatories as to United Capital Management of Kansas Inc. and Chad Koehn counter-defendants and plaintiffs, <u>said Interrogatory Answers</u> was sent attention of: Christopher J. Kellogg, #21651 KENNEDY BERKLEY P.O. Box 2567 Salina, KS 67402-2567

　　　VIA UNITED STATES POSTAL MAIL; CERTIFIED: 9214890142980477125191

　　Document 345 misstated Request for Admission and instructions in the body when in fact the Certified Mail number relates to Notice of Service of Interrogatory Answers, this correction is submitted respectfully Nunc Pro Tunc, to ensure the record is properly reflecting of the documents so Noticed.

<u>Respectfully Submitted, this 10th day of Jan 2023.</u>

　　　　　　　*[signature: Michael Nelson]*　　Michael Nelson
　　　　　　　　　　　　　　　　　　　　　9450 SW Gemini Dr PMB 90924
　　　　　　　　　　　　　　　　　　　　　Beaverton, Oregon 97008-7105

　　　　　　　　　　　　　chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

　**Certificate of Service:**
　　The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and

FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*