**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>          Plaintiffs, counter-defendants<br>     v.<br>Michael Nelson<br><br>          Defendant; counter-plaintiff<br>PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-TJJ**<br>CIVIL ACTION<br><br>INDEX OF EXHIBITS<br><br>NOTICE of INTERLOCUTORY APPEAL<br>REQUEST FOR STAY<br>Request of Writ of Mandamus and/or Prohibition in accordance with US Constitutional Rights<br><br>[Jury Trial Demanded] |

### INDEX OF EXHIBITS NOTICE OF INTERLOCUTORY APPEAL

Exhibit "A" =   RESUME of SPENCER ANGELL

Exhibit "B" =  TRANSCRIPT of HEARING 14 December 2022 before Judge Broomes

Exhibit "C" =  TRANSCRIPT of Hearing 12 October 2022, Oklahoma Criminal Court

Exhibit "D" =  Oklahoma State Motion to Increase Bond

Exhibit "E" =  Defense Attorney Kevin Adams Motion against State Bond Increase

Exhibit "F" =  Initial Disclosures by Plaintiff's UCMK and Chad Koehn Rule 26(a)

Exhibit "G" = FINRA DISCIPLINARY REGARDING Plaintiff Chad Mitchell Koehn

Exhibit "H" = Carlson Law Group Seeking victims to Chad M. Koehn investigation

Exhibit "i"  = Stock Broker Check WARNING Regarding Chad M. Koehn

Exhibit "J" = Chad Koehn Suspended Unapproved Securities Transactions

Exhibit "K" = DOJ Press Release regarding Joby Weeks and Bitclub

Exhibit "L" = Email from **Andrea Schreyer;** Division Manager US District Kansas

Exhibit "M" = Reply Response to Order to Show Cause, doc 337

Exhibit "N" = Press Release of the US DOJ regarding Joby Weeks and BitClub

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 10th day of December 2022.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com    702.932.3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;