# EXHIBIT

# "i"

# To Follow . . .

# INTERLOCUTORY APPEAL

Stock Broker Check WARNING Regarding Chad M. Koehn

https://brokercheck.finra.org/individual/summary/2216169



< Back to Results

Detailed Report Share

## CHAD MITCHELL KOEHN

**CRD#: 2216169**

PR Previously Registered Broker

IA Investment Adviser

**! SUSPENDED**

FINRA has suspended this individual from acting as a broker. Please see the detailed report for more information

**The representative was previously registered as a broker and is currently registered as an investment adviser. Visit IAPD for more information on this individual's investment adviser record.**

GO TO SEC SITE

4 Disclosures

28 Years of Experience

2 Firms

5 Exams Passed

0 State Licenses

### Disclosure(s)

View By: Date

| | | |
|---|---|---|
| 10/21/2022 | Regulatory | Final |

Initiated By

FINRA

Allegations

Without admitting or denying the findings, Koehn consented to the sanctions and to the entry of findings that he participated in private securities transactions without providing written notice to, or receiving prior approval from, his member firm. The findings stated that these transactions involved investments by at least 59 individuals in a company that purported to own software development and blockchain technology businesses. Koehn discussed the private placement offering of the company's common stock with the individuals, told them that he intended to invest in the company's private placement, introduced the individuals to the company's founder, and invited the individuals to meetings that Koehn hosted, where the founder delivered presentations regarding the company's business and the private placement. Subsequently, the individuals, approximately 34 of whom were firm customers, invested approximately $1,475,000 in the company's stock. Koehn did not receive selling compensation.

Resolution

Acceptance, Waiver & Consent(AWC)

Sanctions

Civil and Administrative Penalty(ies)/Fine(s)

Amount

$10,000.00

Sanctions

Suspension

Registration Capacities Affected

All capacities

Duration

One year

Start Date

11/7/2022

End Date

11/6/2023

| 1/9/2017 | Customer Dispute | Denied | ⌄ |
|---|---|---|---|

Allegations

Client alleges the rep mishandled her account by placing her investments into a traditional IRA 1/8/2009 & 2/3/2009 rather than a ROTH IRA. Therefore, resulting in an increase of federal and state taxes.

Damage Amount Requested

$5,916.00

| 10/5/2009 | Customer Dispute | Settled | ⌄ |
|---|---|---|---|

Allegations

COMPLAINTANT ALLEGES THAT REP FAILED TO FOLLOW HIS INSTRUCTIONS AND CHECK THE BOX FOR A GUARANTEED INCOME RIDER ON A VARIABLE ANNUITY APPLICATION IN APRIL OF 2007.

Damage Amount Requested

$238,581.71

Broker Comment

SETTLEMENT IS AGREEMENT TO PROVIDE CUSTOMER WITH FULL BENEFIT ELECTED. EXACT DOLLAR AMOUNT OF SETTLEMENT CANNOT BE DETERMINED UNTIL CUSTOMER BEGINS RECEIVING LIFE INCOME PAYMENTS UNDER ANNUITY CONTACT AT SOME FUTURE DATE.

| 4/26/2004 | Customer Dispute | Denied | ⌄ |
|---|---|---|---|

Allegations

ON 6/25/01, CLIENT INVESTED IN VARIABLE ANNUITY AND ALLEGES THAT RR DID NOT DISCLOSE SURRENDER CHARGES

Damage Amount Requested

$6,850.00

Broker Comment

THERE IS NO SUBSTANCE TO THIS COMPLAINT.[CUSTOMER] ALLEGES THAT SHE WAS NOT INFORMED THAT WITHDRAWALS WOULD INCUR CONTINGENT DEFERRED SALES CHARGES. IN FACT, SHE SIGNED A DISCLOSURE FORM THAT SHOWED THERE WOULD BE CDSC. IN ADDITION, ANOTHER WADDELL & REED SALESPERSON HANDLED THIS PURCHASE FOR [CUSTOMER].

## Examination(s)

### State Securities Law Exam

| IA | Series 65 - Uniform Investment Adviser Law Examination | May 6, 2005 |
|---|---|---|
| B | Series 63 - Uniform Securities Agent State Law Examination | Mar 19, 1992 |

### General Industry/Products Exam

| B | SIE - Securities Industry Essentials Examination | Oct 1, 2018 |
|---|---|---|
| B | Series 7 - General Securities Representative Examination | Sep 3, 2003 |
| B | Series 6 - Investment Company Products/Variable Contracts Representative Examination | Mar 19, 1992 |

Additional information including this individual's professional designations is available in the Detailed Report.

##  Previous Registration(s)

| | | Name | Location |
|---|---|---|---|
| B | 01/22/2004 - 10/30/2020 | SA STONE WEALTH MANAGEMENT INC. (CRD#:18456) | SALINA, KS |
| B | 03/23/1992 - 01/26/2004 | WADDELL & REED, INC. (CRD#:866) | OVERLAND PARK, KS |

### Additional Information

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.



 **Previously Registered**

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 **Disclosures**

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to

BrokerCheck Terms of Use

©2023 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy  |  Legal