# EXHIBIT

# "K"

# To Follow . . .

# INTERLOCUTORY APPEAL

"American wanted by FBI arrested in Indonesia for suspected child sex crimes" from REUTERS

https://www.reuters.com/article/us-indonesia-crime/american-wanted-by-fbi-arrested-in-indonesia-for-suspected-child-sex-crimes-idUSKBN23N1KB



World        Business        Markets        Breakingviews        Video        More        

**BANKS**

JUNE 16, 2020 / 6:34 AM / UPDATED 3 YEARS AGO

# American wanted by FBI arrested in Indonesia for suspected child sex crimes

By Reuters Staff



Russ Albert Medlin, a U.S. national and FBI fugitive, is seen under arrest on charges of sexually abusing minors, according to a spokesman from the Jakarta police, in Jakarta, Indonesia June 16, 2020, in this photo taken by Antara Foto/Reno Esnir/via REUTERS

JAKARTA (Reuters) - A U.S. national wanted by the Federal Bureau of Investigation over a bitcoin scam has been arrested in Indonesia and charged under a child protection law for

three minors, and he was suspected of sex crimes, Jakarta police spokesman Yusri Yunus told a streamed news conference.

Indonesia's child protection law carries a maximum penalty of 15 years in prison.

Reuters was unable to contact Medlin or to find out whether he had legal representation. The U.S. Embassy in Jakarta did not immediately respond to Reuters' request for comment.

Another police officer said that Medlin could also face extradition to the United States.

Medlin has been on an Federal Bureau of Investigation (FBI) wanted list for crimes related to an investment scam in bitcoin stocks, Yunus said, adding the scam totaled $722 million.

Reuters was unable to independently confirm Medlin was on the FBI's wanted list.

Indonesian authorities said they were coordinating with the American embassy.

Reporting by Stanley Widianto and Agustinus Beo Da Costa; Editing by Kate Lamb, Matthew Tostevin and Simon Cameron-Moore

*Our Standards: [The Thomson Reuters Trust Principles.](#)*

Apps     Newsletters     Advertise with Us     Advertising Guidelines     Cookies     Terms of Use     Privacy
Do Not Sell My Personal Information



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

NOW READING   **American wanted by FBI arrested in Indonesia for suspected child sex crimes**