# EXHIBIT

# "L"

# To Follow . . .

## INTERLOCUTORY APPEAL

**Email from:** Andrea_Schreyer@ksd.uscourts.gov

 **Andrea Schreyer** Division Manager; United States District Court for the District of

Kansas; 444 SE Quincy; Topeka, KS 66683; 785-338-5400

 Gmail                                                    Michael Nelson <oklahomaremote@gmail.com>

# Email Issues
1 message

**Andrea Schreyer** <Andrea_Schreyer@ksd.uscourts.gov>                    Mon, Jan 9, 2023 at 5:31 PM
To: "oklahomaremote@gmail.com" <oklahomaremote@gmail.com>

Mr. Nelson-

As I advised on Friday, today I have had the court IT staff look into the issue of your emails being misrouted. The reason why is not clear, but you have been added to safe sender lists for the clerk's office intake boxes for all three divisions in Topeka in addition to the judges chambers you already have been working with so that further emails do not get stuck. The clerk's office staff does check the junk folder and routed all of your emails from Friday and the weekend to the main inbox for processing. If you think something is getting missed moving forward, please feel free to call the clerk's office to ensure your filings were received. I am sorry for the inconvenience this has caused you.

**Andrea Schreyer**

Division Manager

United States District Court for the District of Kansas

444 SE Quincy

Topeka, KS 66683

785-338-5400