# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**SKYLER B. O'HARA**
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

**KIM LEININGER**
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

January 13, 2023

**SEE NOTICE OF ELECTRONIC FILING**

Pro Se Appellant Appeal

RE: United Capital Management of Kansas, Inc. Et al. vs. Michael E. Nelson

District Court Case No.: 22-4008-JWB

Notice of Appeal filed by: Defendant

Fee Status: Not Paid

    The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

    If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303)844-3157.

Sincerely,
SKYLER B. O'HARA
CLERK OF COURT

By: s/M. Barnes
      _____
      Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
    (Notice of Appeal, Docket Sheet, & Preliminary Record)