# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br> Plaintiffs, Counter Defendants <br> v. <br> Michael Nelson <br><br> Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> CIVIL ACTION <br><br> NOTICE OF ADDITIONAL WITNESS <br><br> [Jury Trial Demanded] |

## NOTICE OF SERVICE OF ADDITION OF WITNESS

defendant/Counter-Plaintiff hereby so Notices the Court and opposing parties of addition of the following witness, due to the deliberate and certainly intentional acts against the interests of Justice, judicial economy and conservation of judicial resources creating manifest injustice by the attorneys and employees under master servant relationship with the law firm Kennedy Berkley, their collective actions are against FRCP Rule 1, and deliberately made to increase costs to the litigation, the following witness is hereby now tendered, additional information for OIG will follow:

Steven N. O'connor

    SALINA, KS 67401

    POSTMASTER - Salina Kansas

Respectfully Submitted, this 13th day of Jan 2023

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;