# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>          Plaintiffs, Counter Defendants<br>     v.<br>Michael Nelson<br><br>          Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-TJJ**<br><u>CIVIL ACTION</u><br><br><u>NOTICE of Interlocutory Appeal Paid</u><br><br>[Jury Trial Demanded] |

## NOTICE of Interlocutory Appeal Paid

     HERE COMES NOW, Michael Nelson, defendant and Counter-Plaintiff who files this NOTICE of Payment of Interlocutory Appeal.  Having to rely upon third party non-profits to provide notice regarding filings and documents in this above herein captioned matter the pro se, unrepresented, undersigned does so now, in the interests of justice for the conservation of judicial resources and providing for judicial economy provides the following attached herewith as exhibits:

**Exhibit A:**  Email to Clerks of the US District of Kansas Federal Court regarding third party non-profit reporting stating:  "Appeal Filing Fee Waived/Not Paid"

**Exhibit B:**  Response from Deputy Clerk of the US District of Kansas Federal Court regarding the filing fee for the Interlocutory Appeal Document Number 350 and exhibits

**Exhibit C:**  Receipt from the US District of Kansas Federal Court documenting that the filing fee for the Interlocutory Appeal has Been Paid.

     Having fully complied with the procedures and rules regarding the filing of an Interlocutory Appeal with request to STAY the current civil litigation and demonstrating clearly that the fees as proper and enumerated by the US Administration on Federal Courts has been dutifully and timely paid.  It is requested the Court recognize the payment of the statutory fees and forward to the US Court of Appeals for the Tenth Circuit the formal appeal made according to the Tenth Circuit Courts of Appeals Procedures, thus paving the way for a Rule 22 Motion under Rule 11 to the United

States Supreme Court (USSC) to prevent further manifest injustice in the SLAPP (Strategic Lawsuit Against Public Participation) matter brought by Chad Mitchell Koehn and United Capital Management of Kansas Inc.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 13th day of Jan 2023

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com

Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*