**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD Mitchell KOEHN** <br><br> Plaintiffs, Counter Defendants <br> v. <br> Michael Nelson <br><br> Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> **CIVIL ACTION** <br><br> **EXHIBITS** <br><br><br> **[Jury Trial Demanded]** |

# EXHIBIT

# "A"

# To Follow . . .

 Gmail

**Michael Nelson <oklahomaremote@gmail.com>**

---

# Strange Notification regarding APPEAL ... States: "Appeal Filing Fee Waived/Not Paid"

1 message

---

**Michael Nelson** <oklahomaremote@gmail.com>                          Fri, Jan 13, 2023 at 11:29 AM
To: KSD_Clerks_Topeka <KSD_Clerks_Topeka@ksd.uscourts.gov>

Jeff and/or other Clerk with US District of Kansas Federal Court:

I received the following notification from the non-profit Court Listener:

## CourtListener Docket Alert

1 New Entry in United Capital Management of Kansas, Inc. v. Nelson (5:22-cv-04008)

District Court, D. Kansas

View Docket on CourtListener

---

Use notes and tags to organize and share the cases you follow. Learn more

---

| Document Number | Date Filed | Description | Download PDF |
|---|---|---|---|
| None | Jan 13, 2023 | Appeal Filing Fee Waived/Not Paid | |

Could anyone explain what this means>?

Thank you in advance, and stay warm.

Michael Nelson
Pro Se

Michael Nelson.   I am NOT a "bean"!
Coming Soon: www.NoSoybean.com