UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD Mitchell KOEHN**<br><br>　　　　Plaintiffs, Counter Defendants<br>　v.<br>Michael Nelson<br><br>　　　　Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:　5:22-CV-04008-JWB-TJJ**<br><u>CIVIL ACTION</u><br><br><u>EXHIBITS</u><br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "B"

# To Follow . . .



Michael Nelson <oklahomaremote@gmail.com>

# Strange Notification regarding APPEAL ... States: "Appeal Filing Fee Waived/Not Paid"

**KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov>     Fri, Jan 13, 2023 at 11:45 AM
To: Michael Nelson <oklahomaremote@gmail.com>

Be advised when the preliminary record on appeal was sent to the 10th Circuit Court of Appeals the filing fee had not yet been paid. An entry has been made in your case showing that it has now been paid and notice to the Court of Appeals of the payment was also sent. If you have any further questions, feel free to contact the clerk's office.


Deputy Clerk

---

**From:** Michael Nelson <oklahomaremote@gmail.com>
**Sent:** Friday, January 13, 2023 10:29 AM
**To:** KSD_Clerks_Topeka <KSD_Clerks_Topeka@ksd.uscourts.gov>
**Subject:** Strange Notification regarding APPEAL ... States: "Appeal Filing Fee Waived/Not Paid"


**CAUTION - EXTERNAL:**


Jeff and/or other Clerk with US District of Kansas Federal Court:


I received the following notification from the non-profit Court Listener:

**CourtListener Docket Alert**
**1 New Entry in United Capital Management of Kansas, Inc. v. Nelson (5:22-cv-04008)**
District Court, D. Kansas
View Docket on CourtListener

Use notes and tags to organize and share the cases you follow. Learn more

| Document Number | Date Filed | Description | Download PDF |
|---|---|---|---|
| None | Jan 13, 2023 | Appeal Filing Fee Waived/Not Paid | |


Could anyone explain what this means>?


Thank you in advance, and stay warm.

Michael Nelson
Pro Se

Michael Nelson.   I am NOT a "bean"!

Coming Soon: www.NoSoybean.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.