**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD Mitchell KOEHN**<br><br>          Plaintiffs, Counter Defendants<br>    v.<br>Michael Nelson<br><br>          Defendant; counter-plaintiff PRO-Se. | <mark>**DOCKET NO.:** **5:22-CV-04008-JWB-TJJ**</mark><br><br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "C"

# To Follow . . .

# U.S. District Court

## Kansas - Kansas City

Receipt Date: Jan 13, 2023 10:30AM

Michael Nelson
4952 S. Rainbow Blvd.
#250
Las Vegas, NV 89118

Rcpt. No: 200000365      Trans. Date: Jan 13, 2023 10:30AM      Cashier ID: #JH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | /001<br>**FBO**: Michael Nelson | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $505.00 |
| | Total Due Prior to Payment: | | | | $505.00 |
| | Total Tendered: | | | | $505.00 |
| | Total Cash Received: | | | | $0.00 |
| | Cash Change Amount: | | | | $0.00 |

**Comments**: Appeals filing fee re NOTICE OF INTERLOCUTORY APPEAL [Doc. 350] by Defendant Michael Nelson as to Case #5:22-cv-04008-JWB-TJJ, United Capital Management of Kansas, Inc. et al v. Nelson

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.