UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 13, 2023

Michael E. Nelson
9450 SW Gemini Drive
PMB 90924
Beaverton, OR 97008-7105

RE:     23-3005, United Capital Management of Kansas, Inc., et al v. Nelson
Dist/Ag docket: 5:22-CV-04008-JWB-TJJ

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Pro se parties must complete and file an entry of appearance form within thirty days of the date of this letter.

Attorneys must complete and file an entry of appearance and certificate of interested parties within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A) and (D). An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

All counselled parties must also complete and file a 26.1 disclosure statement (Form 4) within 14 days of the date of this letter. A disclosure statement must be filed even if there is nothing to disclose, and must be promptly updated as necessary. *See* 10th Cir. R. 26.1(A). Counsel representing more than one party may file one 26.1 disclosure statement for all parties represented.

The court will forward all forms, letters and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent To Electronic Service" form and returning it to this office. Requests to change the method of service must come via regular US Mail and may not be emailed. Please note that by providing the court with a valid email address you consent to receive all orders/letters issued by the court via "notices of docket activity" (NDAs). Paper copies will not be mailed to you. When you receive an email "NDA" a link to the order/letter that has been issued will appear in the notice; you are

entitled to one free "look" at the document and should download it at that time. The document will appear as a PDF so you must have the ability to view PDFs. Finally, if your email address changes you must notify the court immediately. It is your responsibility to maintain your email address.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

                                                      Sincerely,

                                                      Christopher M. Wolpert
                                                      Clerk of Court

cc:      Craig A. Brand
          Chris J. Kellogg

CMW/at