**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>                 Plaintiffs, Counter Defendants<br>       v.<br>Michael Nelson<br><br>                 Defendant; counter-plaintiff PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>**Notice of USPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL DELIVERIES AND ATTEMPTS for Preservation of Evidence in forthcoming Petition for SANCTIONS**<br><br>**[Jury Trial Demanded]** |
|---|---|

**Notice of USPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL DELIVERIES AND**

**ATTEMPTS for Preservation of Evidence in forthcoming Petition for SANCTIONS**

COMES NOW, defendant/Counter-Plaintiff, Michael Nelson, who does herein and now tender notice to the Honorable United States District Court for the US District of Kansas that on

1.) Jan 6, 2023; Nelson tendered document number 342; NOTICE OF SERVICE by Michael E. Nelson of Discovery Requests for Admissions  This document of service and the Discovery Demands with **requests for admission** were sent also via USPS (UNITED STATES POSTAL SERVICE) Certified mail with USPS CERTIFIED MAIL number: 9214890142980477121773  Counsel and employees under master servant relationship to the law firm Kennedy Berkley etAl. Have REFUSED to retrieve the USPS certified mail despite being received PRIOR to other Certified Mail. SEE EXHIBIT "A"

2.) On 7 JAN 2023, Nelson tendered to the docket document number 343; "NOTICE OF SERVICE by Michael E. Nelson of Second requests for production

as to Chad M. Koehn and UCMK (msb) (Entered: 01/09/2023) which was also sent via the UNITED STATES POSTAL SERVICE (USPS) CERTIFIED Mail with Certified Mail tracking number: 9214890142980477166231 SEE EXHIBIT "B" attached herewith.

3.) Jan 9, 2023; Nelson tendered document number 345, which was amended via document number 347 on Jan 10, 2023; amended via "REVISED Notice to Supplant *Nunc Pro Tunc* NOTICE OF SERVICE OF INTERROGATORY ANSWERS"; document was sent via USPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL NUMBER: 9214890142980477125191; attached herewith is PROOF of DELIVERY with signature as Exhibit "C" with full tracking by USPS (UNITED STATES POSTAL SERVICE) demonstrating clearly the CERTIFIED mail delivery arrived at the same time as other certified mail deliveries via the USPS. It is evident based upon the record and attached exhibits that the plaintiffs by and through their attorneys Larry Gene Michel and Christopher Jon Kellogg and their sponsored pro hac vice attorney Craig Alan Brand are deliberately against the interests of Justice choosing what mail they pick up and what mail they do not. Thereby forcing an issue for SANCTIONS against the plaintiffs for their violation of FRCP Rule 1 and others without limitation. SEE EXHIBIT "C" attached herewith.

Due to the deliberate and certainly intentional acts against the interests of Justice, judicial economy and conservation of judicial resources creating manifest injustice by the attorneys and employees under master servant relationship with the law firm Kennedy Berkley, their collective

actions are against FRCP Rule 1, and deliberately made to increase costs to the litigation, the following witness is hereby now tendered, additional information for OIG will follow:

https://www.uspsoig.gov/node/21464/done?sid=332877&token=d6939ceb4c9619fa26d0110d53fc3239

I herein so request that the US District of Kansas Federal Court issue SANCTIONS and take action to find SANCTIONS against Larry Gene Michel, Christopher Jon Kellogg, and Craig Alan Brand for the obvious and evident MISCONDUCT of refusing to retrieve documents and requests during discovery of the above herein captioned matter and directing employees under master servant relationship to the law firm of Kennedy Berkley etAl. To retrieve only certain pieces of United States Postal Mail sent USPS CERTIFIED mail and not retrieve other pieces of mail as the record and EVIDENCE so indicates.   The actions of employees yet to be identified demonstrates clearly for this FEDERAL COURT record wherein CERTIFIED mail sent via the UNITED STATES POSTAL SERVICE is specifically not retrieved wherein other mail ALSO sent via the USPS is retrieved such action demonstrate clearly and are above reproach that the attorneys for the law firm Kennedy Berkley are seeking to ABUSE the legal process and certainly have sought ot MISUSE the legal system for harassment.

GIVEN the aforementioned and attached herewith exhibits I move for SANCTIONS and severe MONETARY FINES against the attorneys and their law firm, Larry Gene Michel and Christopher Jon Kellogg as well as their sponsored attorney Craig Alan Brand who joins the Court from the nation state of Costa Rica for JUDICIAL ABUSE.  I request the evidence attached herewith be so preserved for a future Motion for SANCTIONS against each above herein named attorney and their respective law forms, as their collective actions are against the interests of the Federal Rules of Civil Procedure under Rule 1, and against the interests of the Rules of Professional Conduct as generally accepted in each Bar Association or under those rules of the Kansas Supreme

Court which forbids the sort of conduct as displayed and conducted by the attorneys above herein referenced and their employees. FRCP Rule 1 provides for the most cost effective adjudication of an action or proceeding before the Court, the fact the attorneys above herein referenced have either consciously and directly instructed their employees under master servant relationship to retrieve certain USPS (UNITED STATES POSTAL SERVICE) mail sent via certified mail and NOT receive nor collect other mail is evident upon the RECORD and upon the exhibits as attached herewith.

Respectfully Submitted, this 13th day of Jan 2023



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com

Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;