# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs, Counter Defendants<br>　　v.<br>Michael Nelson<br>　　　　　Defendant; counter-plaintiff PRO-Se. | <mark>**DOCKET NO.:**　　**5:22-CV-04008-JWB-TJJ**</mark><br>CIVIL ACTION<br><br><u>INDEX OF EXHIBITS</u><br><br><u>Notice of USPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL DELIVERIES AND ATTEMPTS for Preservation of Evidence in forthcoming Petition for SANCTIONS</u><br><br>[Jury Trial Demanded] |

<u>INDEX OF EXHIBITS</u>

<u>Notice of USPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL DELIVERIES AND ATTEMPTS for Preservation of Evidence in forthcoming Petition for SANCTIONS</u>

**EXHIBIT "A"** = SPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL NUMBER: number:　<mark>9214890142980477121773</mark>

**EXHIBIT "B"** = UNITED STATES POSTAL SERVICE (USPS) CERTIFIED Mail with Certified Mail tracking number:　<mark>9214890142980477166231</mark>

**EXHIBIT "C"** = USPS (UNITED STATES POSTAL SERVICE) CERTIFIED MAIL NUMBER:　<u>9214890142980477125191</u>

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 13th day of Jan 2023

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com
Phone: 702-932-3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*