# EXHIBIT

# "A"

# To Follow . . .

## Status: Delivery Attempted

## USPS Tracking #: 9214890142980477121773

Recipient Address:
CHRISTOPHER JON KELLOGG
Kennedy Berkley Yarnevich & Williamson, Chartered
Post Office Box 2567
SALINA KS 67402-2567

1. PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, January 06, 2023 06:04 pm, PHOENIX,AZ, 85026
2. SHIPMENT RECEIVED ACCEPTANCE PENDING, January 06, 2023 10:27 pm, PHOENIX,AZ, 85026
3. PROCESSED THROUGH USPS FACILITY, January 06, 2023 11:28 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
4. ORIGIN ACCEPTANCE, January 06, 2023 10:13 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
5. PROCESSED THROUGH USPS FACILITY, January 09, 2023 10:26 am, WICHITA KS DISTRIBUTION CENTER, 67276
6. PROCESSED THROUGH USPS FACILITY, January 09, 2023 02:54 pm, WICHITA KS DISTRIBUTION CENTER, 67276
7. ARRIVAL AT UNIT, January 10, 2023 12:23 am, SALINA,KS, 67401
8. AVAILABLE FOR PICKUP, January 10, 2023 06:36 am, SALINA,KS, 67401

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9214890142980477121773

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at the SALINA, KS 67401 post office at 6:36 am on January 10, 2023 and is ready for pickup.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

Delivered

### Available for Pickup

**Available for Pickup**
SALINA, KS 67401
January 10, 2023, 6:36 am

**Arrived at Post Office**
SALINA, KS 67401
January 10, 2023, 12:23 am

See All Tracking History

Text & Email Updates ⌄

Return Receipt Electronic ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

	Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs