# EXHIBIT

# "B"

# To Follow . . .

# Status: Delivery Attempted

# USPS Tracking #: 9214890142980477166231

Recipient Address:
CHRISTOPHER JON KELLOGG
Kennedy Berkley Yarnevich & Williamson, Chartered
Post Office Box 2567
SALINA KS 67402-2567

1. PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, January 09, 2023 05:31 pm, PHOENIX,AZ, 85026
2. PROCESSED THROUGH USPS FACILITY, January 09, 2023 09:41 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
3. ORIGIN ACCEPTANCE, January 09, 2023 08:26 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
4. SHIPMENT RECEIVED ACCEPTANCE PENDING, January 09, 2023 09:59 pm, PHOENIX,AZ, 85026
5. PROCESSED THROUGH USPS FACILITY, January 12, 2023 07:48 am, WICHITA KS DISTRIBUTION CENTER, 67276
6. PROCESSED THROUGH USPS FACILITY, January 12, 2023 11:49 am, WICHITA KS DISTRIBUTION CENTER, 67276
7. ARRIVAL AT UNIT, January 13, 2023 02:19 am, SALINA,KS, 67401
8. AVAILABLE FOR PICKUP, January 13, 2023 06:40 am, SALINA,KS, 67401

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9214890142980477166231

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item arrived at the SALINA, KS 67401 post office at 6:40 am on January 13, 2023 and is ready for pickup.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

## Available for Pickup

**Available for Pickup**
SALINA, KS 67401
January 13, 2023, 6:40 am

**Arrived at Post Office**
SALINA, KS 67401
January 13, 2023, 2:19 am

**Departed USPS Regional Destination Facility**
WICHITA KS DISTRIBUTION CENTER
January 12, 2023, 11:49 am

**Arrived at USPS Regional Destination Facility**
WICHITA KS DISTRIBUTION CENTER
January 12, 2023, 7:48 am

**Shipment Received, Package Acceptance Pending**
PHOENIX, AZ 85026

January 9, 2023, 9:59 pm

**Arrived at USPS Regional Origin Facility**
PHOENIX AZ DISTRIBUTION CENTER
January 9, 2023, 9:41 pm

**Accepted at USPS Regional Origin Facility**
PHOENIX AZ DISTRIBUTION CENTER
January 9, 2023, 8:26 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**
January 9, 2023

**Hide Tracking History**

Text & Email Updates ⌄

Return Receipt Electronic ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**