# EXHIBIT

# "C"

# To Follow . . .

## Status: Delivered

## USPS Tracking #: 9214890142980477125191

Recipient Address:
CHRISTOPHER JON KELLOGG
Kennedy Berkley Yarnevich & Williamson, Chartered
Post Office Box 2567
SALINA KS 67402-2567

1. PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, January 06, 2023 06:04 pm, PHOENIX,AZ, 85026
2. PROCESSED THROUGH USPS FACILITY, January 06, 2023 08:03 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
3. ORIGIN ACCEPTANCE, January 06, 2023 06:48 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
4. DEPARTED USPS REGIONAL FACILITY, January 06, 2023 10:04 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
5. SHIPMENT RECEIVED ACCEPTANCE PENDING, January 06, 2023 10:27 pm, PHOENIX,AZ, 85026
6. PROCESSED THROUGH USPS FACILITY, January 09, 2023 06:21 am, WICHITA KS DISTRIBUTION CENTER, 67276
7. PROCESSED THROUGH USPS FACILITY, January 09, 2023 12:55 pm, WICHITA KS DISTRIBUTION CENTER, 67276
8. ARRIVAL AT UNIT, January 10, 2023 05:38 am, SALINA,KS, 67401
9. AVAILABLE FOR PICKUP, January 10, 2023 06:36 am, SALINA,KS, 67401
10. DELIVERED INDIVIDUAL PICKED UP AT PO, January 10, 2023 10:10 am, SALINA,KS, 67401

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9214890142980477125191

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 10:10 am on January 10, 2023 in SALINA, KS 67401.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**
SALINA, KS 67401
January 10, 2023, 10:10 am

**Available for Pickup**
SALINA, KS 67401
January 10, 2023, 6:36 am

**Arrived at Post Office**
SALINA, KS 67401
January 10, 2023, 5:38 am

**Departed USPS Regional Destination Facility**
WICHITA KS DISTRIBUTION CENTER
January 9, 2023, 12:55 pm

**Arrived at USPS Regional Destination Facility**
WICHITA KS DISTRIBUTION CENTER
January 9, 2023, 6:21 am

**Shipment Received, Package Acceptance Pending**

PHOENIX, AZ 85026
January 6, 2023, 10:27 pm

### Departed USPS Regional Facility

PHOENIX AZ DISTRIBUTION CENTER
January 6, 2023, 10:04 pm

### Arrived at USPS Regional Origin Facility

PHOENIX AZ DISTRIBUTION CENTER
January 6, 2023, 8:03 pm

### Accepted at USPS Regional Origin Facility

PHOENIX AZ DISTRIBUTION CENTER
January 6, 2023, 6:48 pm

### Pre-Shipment Info Sent to USPS, USPS Awaiting Item

January 6, 2023

**Hide Tracking History**

---

**Text & Email Updates**  ⌄

---

**Return Receipt Electronic**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



January 13, 2023

Dear Securities Fraud Chad M Koehn Lawsuit:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0477 1251 91**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | January 10, 2023, 10:10 am |
| Location: | SALINA, KS 67401 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | CHRISTOPHER JON KELLOGG |

| Shipment Details | |
|---|---|
| Weight: | 1.3oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten] Peyton Brown* |
| Address of Recipient: | *[handwritten] 2567 PO box Salina KS* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004