KENNEDY BERKLEY
119 W. Iron – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, PERSONALLY, AND UNITED CAPITAL MANAGEMENT OF KANSAS, INC., a/k/a UNITEDCAPITALMANAGEMENT OF KANSAS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL NELSON, Individually, <br><br> Defendant. | Case No. 22-CV-04008-JWB-TJJ |

### STATEMENT OF FEES AND TRAVEL EXPENSES

COME NOW the Plaintiffs in the matter, by and through their attorneys, Chris J. Kellogg and Larry G. Michel of Kennedy Berkley and submit the following statement of attorney's fees and travel expenses in accordance with the District Court's Order of January 12, 2023, awarding sanctions against the Defendant, Michael Nelson.

For attendance at and travel to the hearing on December 14, 2022, Larry Michel expended a total of 3.5 hours at the billing rate of $350 per hour. Similarly, Chris J. Kellogg expended 3.5 hours at the billing rate of $275 per hour. This results in total attorney's fees of $2,187.50 for travel and attendance at the hearing. Attached as Exhibit "A" are printouts from Kennedy Berkley's time keeping software, Clio. For the Court's information, these printouts show that Chris J. Kellogg

*Koehn, et al. v. Nelson*
*Statement of Fees and Travel Expenses*
*Case No. 22-CV-04008-JWB-TJJ*
*Page 2*

expended a total of 4.1 hours related to this matter. However, .6 hours of that time was not directly related to attendance at the hearing or travel time to and from the hearing.

Larry G. Michel and Chris J. Kellogg also incurred travel costs of $.625 per mile, which represents the IRS mileage rate for the last half of 2022. Travel from Kennedy Berkley's offices in Salina, Kansas to the Federal Courthouse in Wichita is total of 90.0 miles each way, for a total of 180. This results in travel costs of $112.50. A Google Maps printout is attached as Exhibit "B," which shows the route driven and the total miles traveled each way.

Accordingly, Plaintiffs request that a total of $2,300.00 for attorney's fees and travel costs associated with attending the hearing on December 14, 2022, in Wichita, Kansas be assessed against the Defendant. Plaintiffs further request that the Court provide the Defendant a date certain by which he must reimburse Plaintiffs for the above-referenced costs.

                Respectfully submitted,

                /s/ Chris J. Kellogg
                Larry G. Michel, #14067
                Chris J. Kellogg, #21651
                KENNEDY BERKLEY
                119 W. Iron-7th Floor
                P.O. Box 2567
                Salina, KS 67402-2567
                (785) 825-4674
                (785) 825-5936
                lmichel@kenberk.com
                ckellogg@kenberk.com
                *Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2023, the foregoing Statement of Fees and Travel Expenses was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System.

                /s/ Chris J. Kellogg