# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/14/2022 | 🕐 | Hearing prep; drive to Wichita for hearing; hearing; drive to Salina; texts with Chad Koehn; emails with Craig Brand; review prior case settlement involving Nelson | 05171 - United Capital Management, Inc., Michael Nelson | Chris Kellogg | 2.60h | $275.00 | - | $715.00 |
|  | 🟢 | Billed invoice 25502 | | | | | | |
| 12/14/2022 | 🕐 | To Wichita for hearing on pending motions/status; emails w/ court re: same | 05171 - United Capital Management, Inc., Michael Nelson | Larry G. Michel | 3.50h | $350.00 | - | $1,225.00 |
|  | 🟢 | Billed invoice 25502 | | | | | | |
| | | | | | **6.10h** | | **$0.00** <br> **0.00h** | **$1,940.00** <br> **6.10h** |



# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/16/2023 | 🕐 | Hearing in Wichita on 12/14 and travel time<br>● Unbilled | 05171 - United Capital Management, Inc., Michael Nelson | Chris Kellogg | 1.50h | $275.00 | - | $412.50 |
| | | | | | **1.50h** | | **$0.00**<br>**0.00h** | **$412.50**<br>**1.50h** |

 119 W Iron Ave, Salina, KS 67401 to US District Court, 401 N Market St, Wichita, KS 67202    Drive 90.0 miles, 1 hr 20 min



Map data ©2023 Google    10 mi

**119 W Iron Ave**
Salina, KS 67401

**Get on I-135 S/US-81 S in Smoky Hill from W Iron Ave and W State St**

6 min (2.3 mi)

↑   1. Head north on S 7th St toward W Iron Ave

98 ft

↰   2. Turn left at the 1st cross street onto W Iron Ave

0.5 mi

↱   3. Turn right onto N College Ave

387 ft

↰   4. Turn left onto W State St

1.4 mi

↑   5. Continue onto KS-140 W

495 ft

↖   6. Turn left to merge onto I-135 S/US-81 S toward Wichita

0.2 mi

**Follow I-135 S/US-81 S to E Central Ave in Wichita. Take exit 7A from I-135 S/US-81 S**

1 hr 13 min (86.5 mi)



PLAINTIFF'S EXHIBIT 8

7. Merge onto I-135 S/US-81 S
   86.3 mi

8. Take exit 7A for Central Ave
   0.2 mi

### Continue on E Central Ave. Drive to E 3rd St N
4 min (1.3 mi)

9. Turn right onto E Central Ave
   1.1 mi

10. Turn left onto N Broadway St
    0.1 mi

11. Turn right at the 1st cross street onto E 3rd St N
    🛈 Destination will be on the right
    0.1 mi

US District Court
401 N Market St, Wichita, KS 67202