**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**    **5:22-CV-04008-JWB-TJJ**<br>CIVIL ACTION<br><br><u>SECOND MOTION TO COMPEL</u><br><br><u>After Disobedience of Court order by Chad M.</u><br><u>Koehn and UCMK</u><br><br>[Jury Trial Demanded] |

**<u>SECOND MOTION TO COMPEL after Failure of Koehn to Adhere to ORDER of this Honorable Court the US District of Kansas in Order 306</u>**

COMES NOW, Michael Nelson, pro se, as defendant and Counter-Plaintiff to make now SECOND MOTION TO COMPEL and states as facts:

ORDER granting [EMPHASIS ADDED] **305 Defendant's Oral Motion to Compel Production of Documents in PDF Format.** Plaintiffs shall reproduce the documents discussed during the conference in PDF format, as per the terms of the parties' ESI protocol, no later than 11/18/2022 and certify service of same. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 11/3/2022

1. Defendant / Counter Plaintiff Nelson did make oral Motion on the Record, and correctly asserted by the presiding US Federal Magistrate Judge G.E. Birzer in ORDER of this Honorable US Federal Article III Court, on 3 NOVEMBER 2022, for Chad M. Koeh and his "alter ego" UCMK (Unitedcapitalmanagement of Kansas Inc.) to PRODUCE documents discussed during the conference in PDF format.

2. PDF Format is the format as required by the ORDER regarding ESI (Electronically Stored Information), see generally ORDER of the Court.

3. Chad M. Koehn and UCMK had until **18 November 2022,** to produce the documents in PDF format as per prior ORDER of the Court.

4. US Federal Magistrate Judge Birzer ORDERED Chad M. Koehn and UCMK to comply with the MOTION TO COMPEL, performance in accordance with prior ORDER of the Court, which was deliberately NOT complied with by Chad Mitchell Koehn or UCMK thus causing the oral motion to Compel and the subsequent ORDER of the Court.

5. "As per the terms of the parties' ESI protocol" Chad M. Koehn and UCMK were ORDERED to produce the documents and "certify service of same" see ORDER of the Court in Document 306.

6. Chad M. Koehn and UCMK now more than TWO (2) Months later, in a different YEAR, have STILL YET to comply with the ORDER of this Honorable US Federal Article III Constitutional Court. Making certain their direct disobedience of this Honorable US Federal Court is well known to the Court and all the citizenry of these the United States of America.

7. Chad M. Koehn and UCMK <u>**must**</u> be held liable for SANCTIONS, monetary and otherwise as the Court deems just and proper, <u>**to deter such disobedience**</u> of US Federal Court Orders in the future.

**<u>PRAYER FOR RELIEF:</u>**

The defendant and Counter Plaintiff, appearing, pro se out of necessity in an impoverished state so humbly requests this Honorable United States Federal Court, an Article III US Federal

Court to issue SANCTIONS against Chad M. Koehn and UnitedCapitalManagement of Kansas Inc. **for their willful and intentional failure to abide by the ORDERS of this Honorable US FEDERAL COURT.**

**AND ISSUE ALL SUCH ORDERS AS NECESSARY TO COMPEL CHAD MITCHELL KOEHN and UNITEDCAPITALMANGEMENT of KANSAS INC. the alter ego of Chad Mitchell Koehn to OBEY the direct ORDER of this Honorable US Federal Court a US Constitutional Article III Court to COMPEL compliance with the prior ORDER of this Court made more than two months in the past year, which Chad Mitchell Koehn and UCMK have deliberately and intentionally failed to comply with prior ORDER of this Honorable United States Federal Court.**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 18th day of Jan 2023

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*