UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | DOCKET NO.:  5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>NOTICE OF SERVICE<br><br>[Jury Trial Demanded] |
|---|---|

NOTICE OF SERVICE

The undersigned hereby certifies that, on this same date, Postage Paid United States Postal Mail CERTIFIED MAIL DELIVERY to

CHRISTOPHER JON KELLOGG

Kennedy Berkley Yarnevich & Williamson, Chartered

Post Office Box 2567

SALINA KS 67402-2567

USPS CERTIFIED MAIL NUMBER: 9214890142980477606638

## Job IDs: 7352794

COPY of FIlings made in Show Cause to Docket Number:  Docket #: 23-3005

I, Michael Nelson, defendant and Counter Plaintiff also herewith request this Honorable US Federal district Court to adhere to the principles and doctrine as they shall so apply to a person so impoverished as myself who must appear in proper person, pro se, before the US Federal Article III Constitutional Court and apply a document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule*

*Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 19th day of January 2023;



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com
Phone: 702-932-3434