# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>    Plaintiffs, counter-defendants<br>  v.<br>Michael Nelson<br><br>    Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**  5:22-CV-04008-JWB-TJJ<br>**CIVIL ACTION**<br><br>**Certificate of Service of Motion to Strike and Dismiss together with Index of Exhibits**<br><br>**[Jury Trial Demanded]** |

## Certificate of Service of Motion to Strike and Dismiss with Exhibits

The undersigned hereby certifies that, on this same date, I filed the foregoing, attached herewith Motion to DISMISS and Strike as well as all Exhibits Attached therewith the Motion with the Clerk of the Court via electronic-mail:

**KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

  I, Michael Nelson, defendant and Counter Plaintiff also herewith request this Honorable US Federal district Court to adhere to the principles and doctrine as they shall so apply to a person so impoverished as myself who must appear in proper person, pro se, before the US Federal Article III Constitutional Court and apply a document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All <u>pleadings shall be so construed as to do substantial justice</u>"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 19th day of January 2023;



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com
Phone:  702-932-3434