# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br><br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> **CIVIL ACTION** <br><br> **INDEX of EXHIBITS** <br> **Motion to STRIKE and/or to DISMISS Under KSPA &/or Rule 12(B)(6) and/or due to statute of limitations and Abuse of Process with claims of Deceased Person(s)** <br><br> **[Jury Trial Demanded]** |

## INDEX of EXHIBITS
## Motion to STRIKE and/or to DISMISS
### Under KSPA &/or Rule 12(B)(6) and/or due to statute of limitations and Abuse of Process with claims of Deceased Person(s)

Exhibit "A" = HeraSoft Article featuring Chad Mitchell Koehn Crypto Expert Investor

Exhibit "B" = Article on FBI Fugitive Russ Albert Medlin Child Sex Predator

Exhibit "C" = **BitClub Network creators arrested, DOJ alleges$722M Ponzi**

Exhibit "D" = Broke and Broker FINRA Charges against Chad Mitchell Koehn

Exhibit "E" = FINRA Broker Report Showing Pending Investigation of Chad M. Koehn

Exhibit "F" = Kurta Law Report on Chad Mitchell Koehn

Exhibit "G" = [Chad Koehn lawsuit in Salina Kansas Archives • Israels Neuman, PLC](#)

Exhibit "H" = [Salina Advisor Chad Koehn: FINRA Investigates Ex-SA Stone Rep](#)

Exhibit "i" = Disciplinary Action by FINRA against Chad Mitchell Koehn

Exhibit "J" = Chad Koehn Skid loader Fire News Article

Exhibit "K" = SUSPENSION of Chad Mitchell Koehn from US Federal Regulator

Exhibit "L" = WARNING Suspension Securities and Exchange Commission Chad Koehn

Exhibit "M" = Securities and Exchange Commission adviser Warning Chad Koehn

Exhibit "N" = Source Code HeraSoft.com CHAD KOEHN: "**Entrenched in the world's largest barter system (Bitcoin)**" `view-source:`**`https://herasoft.com/company`**

Exhibit "O" = Search Engine Search "Chad Koehn Bitcoin" from DuckDuckGo

Exhibit "P" = Search of Chad Koehn SA Stone from MSN search engine BING.com

Exhibit "Q" = Securities Arbitration and Investment Fraud Lawyers Guiliano Law Group PC

Exhibit "R" = HeraSoft News article from the website HeraSoft.com

Exhibit "S" = Website Koehn Ranch - https://koehnranch.com/

Exhibit "T" = view-source:https://herasoft.com/team/ Also listing Koehn "entrenched" BITCOIN

Exhibit "U" = COCOA BEACH, Fla. Marsha Sue Korthanke Weaver, 71, Obituary

Exhibit "V" = Marsha Sue Korthanke Weaver, 71, **passed away** on Sunday, October 10, **2021**, after a 3-year battle with cancer.

Exhibit "W" = Marsha Weaver Obituary; With heavy hearts, we announce the death of Marsha Weaver Florida, born in Sabetha, Kansas

Exhibit "X" = **Anthem Holdings Capitalization Table list of Shareholders Equa.start**

Exhibit "Y" = **US paedophile entered Indonesia on Nov 5 - Russ Albert Medlin**

Exhibit "Z" = **High Profile Bitcoin Scammer Russ Medlin Arrested in Indonesia**

Exhibit "AA" = Russ Medlin enters Indonesia from DUBAI before INTERPOL Red Notice

Exhibit "BB" = HeraSoft Number 38 in show in technology DUBAI other wild claims

Exhibit "CC" = Hercules (HERC stock coin) cryptocurrency White Paper v.5 defacto Public Placement Memorandum (PPM)

Exhibit "DD" = HeraSoft Video capture HeraSoft Case Study Short VersionEnglish with Subtitles; clearly depicting the UNITED STATES DEPARTMENT OF ENERGY SEAL opposite the GREAT SEAL of the US State of California

Exhibit "EE" = United Capital Management of Kansas, Inc. Public Brochure June 2021

Exhibit "FF" = Photograph of Chad Mitchell Koehn in blue blazer in between Anthem Blanchard and Cynthia D. French - Blanchard

Exhibit "GG" = FINANCIAL INDUSTRY REGULATORY AUTHORITY LETTER OF ACCEPTANCE, WAIVER, AND CONSENT  NO. 2021069470101

Exhibit "HH" = Electronic Filing Depository State Sales Data Information for Anthem Holdings Co.

Exhibit "ii" = HERC stock coin CRYPTO CURRENCY Price point

Exhibit "JJ" = Anthem Holdings Co. PPM "triangular reverse short form merger of self dealt merger subs" as stated by Chad M. Koehn

Exhibit "KK" = United Capital Management of Kansas Inc. November 2020 Brochure

Exhibit "LL" = Anthem Gold website May 19, 2022

Exhibit "MM" = Herc.one Cryptocurrency with Redirect from LUNARGISTICS.com

Exhibit "NN" = AnthemGold site showing Debut Lunargistics Division at Futurist Conference

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 19th day of January 2023;

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com

Phone:  702-932-3434

**Certificate of Service:**

      The undersigned hereby certifies that, on this same date, I filed the foregoing INDEX of Exhibits for the Motion to DISMISS and/or STRIKE under KPSPA and Rule 12(b) FRCP, with the Clerk of the Court via electronic-mail:
**KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

