UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "A"

# To Follow . . .



LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Wednesday, October 19, 2022

# HeraSoft, the Premiere Ransomware-Proof Solution for Enterprises, Raises $5 Million in its Series A Investment Round to Combat Trillions in Yearly Cybercrime Damages

**Share Article**

 

HeraSoft's ransomware-proof solution for cloud systems can be leveraged to guard against the growing number of cyber attacks directed against businesses and government organizations.

**BARTLESVILLE, OKLA. (PRWEB) MARCH 12, 2021**

HeraSoft announces a $5 million Series A led by United Capital Management of Kansas. HeraSoft, a leading ransomware-proof solution for enterprises, is set to support companies and government organizations to secure their cloud-based systems against ransomware and other cyber attacks. Such security threats are on the rise, with yearly global damages predicted to reach $10.5 trillion by 2025.

Ransomware attacks specifically are estimated to cost the world $20 billion, with an attack executed against a business every 11 seconds. The COVID-19 pandemic has resulted in an influx of complaints received by the FBI's Internet Crime Complaint Center, which spiked 3X more after March 2020. Healthcare providers, such as hospitals, are especially vulnerable because of the severe repercussions caused by ransomware and phishing scams.

"In light of more employees working from home because of the coronavirus and more data stored online than ever before, investment in cyber security will be a top priority for executives across industry verticals this year," expressed Anthem Blanchard, CEO of HeraSoft. "With the completion of our Series A raise, we look forward to supporting

" The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks "

businesses and government organizations in protecting their systems against increasingly frequent and sophisticated cyber attacks."

Chad Koehn, president and founder of United Capital Management and a recent addition to the HeraSoft board shared, "The importance of cybersecurity is frequently underestimated by enterprises, and we are very excited to be able to support corporations and government groups across industries, from fintech to healthcare, in protecting their online data from ransomware attacks."

HeraSoft is a distributed cloud-based solution that eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. It can be customized for any enterprise, regardless of industry vertical, as a standalone solution or to enhance existing security.

For media inquiries, please contact info@herasoft.com and 512-766-5539.

About HeraSoft
The HeraSoftTM ransomware-proof solution (RPSTM) helps organizations be more secure, function faster and far less expensively than any traditional centralized enterprise cloud solution available today. HeraSoft's distributed solution eliminates single points of failure that make cloud-based software systems vulnerable to cyber attacks. HeraSoft works as a stand-alone solution or can be layered on to enhance the existing software's security. By deploying HeraSoft, enterprises and government organizations can enhance both data cybersecurity and application cybersecurity across industries (ie., import/export, banking, health, etc.).

Share article on social media or email:

 

View article via:

 PDF  PRINT

### Contact Author

**HERASOFT**

HeraSoft
512-766-5539
Email >

VISIT WEBSITE 

 ❯ News Center ❯





**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

CREATE A FREE ACCOUNT 

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.