| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>      Plaintiffs, counter-defendants<br>    v.<br>Michael Nelson<br><br>      Defendant; Counter-Plaintiff PRO-Se. | <mark>**DOCKET NO.:**     **5:22-CV-04008-JWB-TJJ**</mark><br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "B"

# To Follow . . .

Home  >  Berita

# Guess The FBI's Fugitive Reasons For Choosing Indonesia

19 Jun 2020 10:02 | Editorial Team



*Release of the arrest of a fugitive from the United States FBI, Russ Albert Medlin (Photo: Rizky Adyta Pramana / VOI)*

Share:

JAKARTA - The fugitive federal bureau of investigation (FBI), Russ Albert Medlin, is said to have often been in and out of Indonesia using different tourist visas and passport numbers. Based on provisional examinations and existing data, Russ Albert Medlin, the last time he came to Indonesia was in November 2019.

In fact, since 2016 Russ Albert Medlin has been declared a fugitive in the bitcoin investment fraud case. Although, Interpol only issued a red notice against him in December 2019. With this fact, the question arises why Russ Albert Medlin chose Indonesia as a place to stop or perhaps hide.

Al Azhar University Criminal Law Observer, Suparji Ahmad said, there were several allegations that led Russ Albert Medlin to choose Indonesia. First, regarding the assumption that law enforcement in Indonesia is weak and not firm.

Then, the second reason has to do with the conditions and situations that make it comfortable to be in Indonesia. For example, culture or economy.

"This factor also influences (about legal enforcement, ed) because it is considered a slow and indecisive law. Or maybe there are non-juridical factors, for example, political or economic influence," Suparji told VOI, Friday, June 19.

Regardless of these allegations, continued Suparji, with Russ Albert Medlin being arrested in Indonesia, the applicable criminal law rules must be applied. Although, currently the Police are coordinating with Interpol regarding the extradition process.

According to him, the National Police must take a decision to imprison Russ Albert Medlin in accordance with the applicable law as a form of responsibility for criminal acts he committed in Indonesia.

Although, it was said that it was quite difficult because Russ Albert Medlin's detention really depended on the results of his coordination with Interpol.

"It is very much influenced by the legal process in Indonesia. If there is a sentence, it must be served first. But an agreement can also be made in Interpol for the crime that caused the FBI to become a fugitive," said Suparji.

## MOST POPULAR TAGS

#Jokowi
#election 2024
#AFF Cup
#ferdy sambo trial
#PERPPU CREATE WORK

## POPULAR



| NEWS

**The Action Of The 46-YEAR-old Men In OKU South Sumatra, Threatens To Murder To Extensify The Perkosa Of ITS Children Until It Born**

09 Jan 2023 01:16



| NEWS

**Find Excess Payable IDR 3.3 Billion At The Abdoel Wahab Hospital Samarinda, The DPRD Prepares Evaluation Steps**

Travel into Indonesia

Head of Public Relations of Polda Metro Jaya, Kombes Yusri Yunus, said that the FBI fugitive entered Indonesia in November 2019 through Halim Perdanakusuma Airport. At that time, Interpol had yet to issue a red notice for Russ Albert Medlin who came from Dubai.

"Had entered Indonesia because there was no red notice. Finally, from Dubai in November 2019 and cross-checked with data at immigration, he arrived in November 2019 through Halim Perdanakusuma Airport using the visa-free tourist visit facility," said Yusri .

However, after Interpol issued a red notice on December 10, 2019, Russ Albert Medlin could no longer leave Indonesia and choose to stay. Until finally, he was arrested for intercourse with a minor after living for six months.

"Since there was a red notice issued by the FBI to Indonesia through Interpol and immigration friends, since then he has been a fugitive so that his passport is deemed invalid," said Yusri.

*The English, Chinese, Japanese, Arabic, French, and Spanish versions are automatically generated by the system. So there may still be inaccuracies in translating, please always see Indonesian as our main language. (system supported by DigitalSiber.id)*

Tag:   INTERNASIONAL     KASUS HUKUM

09 Jan 2023 00:41



| NEWS
**BPBD Notes 548 Disasters Occurring In Bantul Throughout 2022, The Most Cases Of Mobile Land**
09 Jan 2023 02:07



| NEWS
**Reflecting On The Case Of Chiki Ngebul, The Ministry Of Health Asks Parents To Prioritizezi Eating Rather Than Hawking**
09 Jan 2023 03:07



| NEWS
**Academics: Closed Proportional Systems For The 2024 Elections Lengthens The Oligarchy**
09 Jan 2023 05:06

## RELATED NEWS



| NEWS
**Minister Of Religion Received The MoU Document For The Implementation Of Hajj 1444 H/2023 M**
09 Jan 2023 20:40



| ECONOMY
**Realization Of PMA Investment In The Integrated Industrial Zone Batang Tembus Rp4 Trillion**
09 Jan 2023 20:36



| LIFESTYLE
**The Impact Of Domestic Violence On Children: Small Childhood Soveraged To Adult Injured**
09 Jan 2023 20:10



| NEWS
**Student Victims Of Toxic Food 'Chiki Ngebul' In Tasikmalaya Healthy**
09 Jan 2023 20:07



| NEWS
*Update* **COVID-19 Per 9 Januari: Sudah 6,72 Juta Kasus yang Ditemukan, Tapi yang Aktif Tinggal 8 Ribu Lebih**
09 Jan 2023 20:06



| ECONOMY
**Prospects Of Infrastructure And Property Sectors Amid Global Recession Potential**
09 Jan 2023 20:03



© 2023 VOI - Waktunya Merevolusi Pemberitaan

About VOI English    |    Editorial Team    |    Cybermedia Guidelines    |    Privacy Policy    |    Journalism Code of Ethics    |
Sitemap