**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-TJJ** <br> <u>CIVIL ACTION</u> <br><br> **EXHIBITS** <br><br> **[Jury Trial Demanded]** |

# EXHIBIT

# "C"

# To Follow . . .

- [Home](#)
- [About](#)
- [Contact](#)
- [RSS](#)
- [Subscribe](#)



# BitClub Network creators arrested, DOJ alleges $722M Ponzi

Dec.11, 2019 in [BitClub Network](#), [regulation](#)

 The DOJ has gone after five individuals connected to BitClub Network.

Matthew Brent Goettsche, 37, of Lafayette, Colorado, and Jobadiah Sinclair Weeks, 38, of Arvada, Colorado, are charged by indictment with conspiracy to commit wire fraud and Goettsche, Weeks, and Joseph Frank Abel, 49, of Camarillo, California, are charged by indictment with conspiracy to offer and sell unregistered securities.

Goettsche, Weeks and Abel have been arrested. Two co-conspirators, whose names are under seal, remain at large.

The DOJ cites Matthew Brent Goettsche as a co-creator of BitClub Network.



Joseph "Joe" Abel



Jobadiah "Joby" Weeks Jobadiah Weeks and Joseph Abel are cited as BitClub Network promoters.

I can't speak to the others, but barely a week ago we reported Abel was still actively scamming victims through Dunamis Mining and Onyx Lifestyle.

A sealed defendant is also credited as a co-creator. The other is a co-creator and also worked as BitClub Network's programmer.

As per Goettsche, Weeks and Abel's indictment, BitClub Network was a $722 million dollar Ponzi scheme.

As reported back in 2014 here on BehindMLM, BitClub Network's Ponzi ruse was bitcoin mining.

From its inception in 2014, BitClub Network was never about sharing crypto mining profits.

> It was the goal of the conspiracy for the GOETTSCHE, (sealed), WEEKS, (sealed) and others (the "Fraud Co-Conspirators") to enrich themselves by soliciting and causing others to solicit investments in BCN through materially false and fraudulent pretenses, representations, promises, and omissions.
>
> GOETTSCHE, (sealed) and others discussed and understood that **BCN's purported cryptocurrency mining would not be profitable**, but would serve to induce investors to purchase BCN memberships and shares in BCN's purported mining pools.
>
> The Fraud Co-Conspirators made and caused others to make materially false and fraudulent pretenses, representations, and promises to, and to conceal material facts from, investors regarding aspects of BCN's investment products, including the information that was displayed to BCN's investors as proof of "bitcoin mining earnings" that purportedly were generated through BCN's bitcoin mining pool.

Cited evidence of fraudulent intent from inception includes emails between BitClub Network's founders.

In one such exchange, a sealed defendant gloated to Goettsche how the MLM side of BitClub Network would screw over 99% of affiliates.

> The margins from the MLM [multi-level marketing] will also be insane cause I have seen your skill at constructing attractive matrixes that have almost 0 chance of paying more than 50% of max for 99% of the people :D.



Goettsche himself (right), stated in a 2014 online chat that *'BitClub Network's target audience would be "the typical dumb MLM investor"'*.

In October 2014, two months after BehindMLM's published review, Goettsche and a sealed defendant discussed faking mining statistics to encourage investment.

> **GOETTSCHE:** but we may need to fake it (mining profits) for the first 30 days while we get going.
>
> **(sealed):** sure
>
> **(sealed):** we can do that
>
> **GOETTSCHE:** it needs to look real though :p

**GOETTSCHE:** so need a bit of your magic touch on it

**(sealed):** look real how? We fake real revenue numbers and show them in account daily

**GOETTSCHE:** and we dont want to fake it too good so that when we need to back it down it drops off

**GOETTSCHE:** terminolgy [sic]

**GOETTSCHE:** explanation of what is happening

**GOETTSCHE:** inconsistent numbers daily so its [sic] not perfect

**GOETTSCHE:** all kinds of stuff

**(sealed):** inconsistent numbers IS real

**GOETTSCHE:** people think we are not legit or are weary so we need to be careful rolling this out

**(sealed):** if we pay consistent numbers it will be fake

**GOETTSCHE:** i know… that what I am saying, make the numbers inconsistent

**(sealed):** yeah

**(sealed):** will make it real

This discussion continued, with BitClub Network's founders referring to their investors as "sheep".

"I guess most people do not know only 40% is used for mining and the rest for commissions," to which GOETTSCHE replied, "the leaders know … its the sheep that dont."

A few months later in January 2015, Goettsche and a sealed defendant concocted a fake node scheme to keep investment rolling in.

**GOETTSCHE:** having our own node

**GOETTSCHE:** yep

**GOETTSCHE:** its a big one

**GOETTSCHE:** I'll put together full details to make it achievable

**(sealed):** but that will instantly net us 10x that

**(sealed):** so you want our own pool

**GOETTSCHE:** yes dude

**(sealed):** and then we get miners to mine there?

**GOETTSCHE:** most of these idiots have no idea, they just want to make sure we can verify SOMETHING

Goettsche would go on to reassure the sealed defendant;

We are building this whole model on the back of idiots.

(To) prove the mining … just means convincing the morons ;).

BitClub Network's bogus mining pool was referred to internally as "shiny shit".

The reason for that is because BitClub Network's daily returns had nothing to do with bitcoin mining.

Goettsche and his programmer manipulated daily payouts at will.

> **GOETTSCHE:** bump the daily mining earnings starting today by 60%

> **(sealed):** 60%? wow. that is not sustainable, that is ponzi territori and fast cash-out ponzi

> **(sealed):** but sure

> **GOETTSCHE:** yea they have not been bumped in a long time

> **(sealed):** ok

> **GOETTSCHE:** we can push them back down, but we need a boost

> **(sealed):** you do realize you need to pay for like 1000 days technically?

> **GOETTSCHE:** we will dilute over time

> **GOETTSCHE:** members will think its due to strong growth

> **GOETTSCHE:** but right now the payout does not break people even after 1,000 days

> **GOETTSCHE:** we need to look like we will break them even in 9-12 months and then start to curtain it from there

> **GOETTSCHE:** just bump it by 60%, im putting together an update about newly installed equip and that we will be showing mining proof in the next week

As revealed by a June 2017 exchange between Jobadiah Weeks and Goettsche, despite its representations BitClub Network wasn't buying mining equipment.

> We (Bitclub) can't just 'sell' people mining hardware (shares) in Bitclub and then not use the money to buy equipment. Its not right.

> Bitclub makes 20% regardless of the price.

By September 2017 the writing was on the wall, and Goettsche hatched his exit-scam.

> We close the current pool to new shares, we call it the Early Adopters Pool or Legacy Pool or some shit like this.

> We continue to pay out for the total of the life of the pool but no more partial shares or new shares allowed in.

> This means the day we close it we have 1,000 days that we calculate out and put on autopilot.

> Here is my current plan… (in my head)

> 1. Limit sales by the hour to do $50 mil per month

> 2. Drop mining earnings significantly starting now

8. We retire RAF!!! (rich as fuck)

BehindMLM reported on BitClub Network first screwing over early investors in August 2016.

This was four months after the company pseudo-compliance banned investment from the US.

I say pseudo-compliance because…

ABEL, WEEKS, and others encouraged U.S. investors to utilize a VPN to obscure their true, U.S.-based IP addresses so that BCN and the Defendants could avoid detection and regulation by U.S. law enforcement.

Two years earlier Goettsche and his co-conspirators stated they were "staying anonymous" to avoid regulators.

The DOJ cite BehindMLM's "OneCoin abandon US operations" article, which Joseph Abel sent a sealed defendant in 2015.

d.    In or around October 2015, ABEL sent ▉▉▉▉▉ an article titled "Onecoin Abandons US Operations," which stated, among other things:

So what's the real reason OneCoin are abandoning the US?

Well, the mention of the SEC is a pretty solid giveaway.

OneCoin offer unregistered securities globally, with newly invested funds used to pay off existing investors.

Communications dated August 2017 further prove BitClub Network's operators were well aware they were breaking the law;

In or around August 201 7, BCN admitted in an investor update that "Bitcoin might be a security regulated by the SEC, [and] Bitcoin mining could potentially be a security[,]" yet did not register with the SEC.

BitClub Network's operators and promoters were apparently avid BehindMLM readers.

In March 2018 a sealed defendant emailed Jospeh Abel with our "Scott Warren's Crypto World Evolution securities memo is deeply flawed" article.

o.    In or around March 2018, ▉▉▉▉▉ emailed ABEL an article addressing U.S. securities regulation. The article stated, among other things:

In my almost ten years of covering the industry, I've come to realize that if an MLM company tries to convince you they're not selling securities – then they probably are.

That's because the securities law with respect to MLM investment opportunities is pretty clear-cut: MLM + passive ROI = security.

By March 2018 the cash flow situation within BitClub Network was growing increasingly desperate.

This promoted Joseph Abel to reassure affiliate investors;

We are, what they call in the bitcoin network, too big to fail. … It's important that you understand that. We're too big to fail.

Seven months later BitClub Network [collapsed](#).

Matthew Goettsche, Jobadiah Weeks and Joseph Abel have been indicted on two counts; conspiracy to commit wire fraud and conspiracy to offer and sell unregistered securities.

> The wire fraud conspiracy charge carries a maximum potential penalty of 20 years in prison, and a fine of up to $250,000.

> The conspiracy to sell unregistered securities charge carries a maximum penalty of five years in prison and a fine up to $250,000.

The DOJ is also pursuing forfeiture of ill gotten gainst against Goettsche, Weeks and the two sealed defendants.

Stay tuned for case updates.

**Update 16th June 2020 –** BitClub Network's Russ Medlin has been [arrested](#) in Indonesia.

**Related Posts:**

1. **BitClub Network scammers plead not guilty, Weeks wants out** - Jan 17th, 2020
2. **Joe Abel pleads guilty to BitClub Network securities fraud** - Sep 5th, 2020
3. **DOJ going after Matt Goettsche's BitClub Network millions** - Jul 24th, 2021
4. **BitClub Network Review: Zeek Ponzi veterans at it again…** - Aug 30th, 2014
5. **BitClub Network abandon US, on the run from regulators?** - Apr 6th, 2016

**64 Comments on "BitClub Network creators arrested, DOJ alleges $722M Ponzi"**

1. 
   #1
   Oz
   [Dec 11th, 2019 at 8:23 am](#)  (Q)

   To anyone who doubted our BitClub Network reporting over the past five years, we accept your apology in advance.

2. 
   #2
   tmfp
   [Dec 11th, 2019 at 8:44 am](#)  (Q)

   At last! 🙂 Only $700m too late…… 🙁

   bitcointalk.org/index.php?topic=1152263.0

3. 
   #3
   Oz
   [Dec 11th, 2019 at 9:21 am](#)  (Q)

   Couldn't find Goettsche's photo anywhere. There's a Facebook profile but not sure if it's him.

   Anyone able to help out?

4. 
   #4
   brian ski
   [Dec 11th, 2019 at 9:27 am](#)  (Q)

   Abel is that scum in the Dunamis reboot that nickel and dime filth, molesting scum Ari Maccabi was best friends/never opportunity better, etc blowing all over right?

   realscam.com/attachments/f11/20246d1505611680-ari-maccabi-ponzi-pimp-his-brand-ari_maccabi-jpg

   I'm sure that filth Ari Maccabi drained his pud. Whatever it takes to make ponzi $. Ari swallows….

   realscam.com/attachments/f11/20246d1505611680-ari-maccabi-ponzi-pimp-his-brand-ari_maccabi-jpg

5. 
   #5
   Michael Todd
   [Dec 11th, 2019 at 10:43 am](#)  (Q)

   Ouch! Please fill in this form to try to get some of your Bitcoin back: justice.gov/usao-nj/page/file/1224831/download

6. 
   #6
   Michael Todd
   [Dec 11th, 2019 at 11:17 am](#)  (Q)

   Founder of Bitclub is Russ Mercer and they are probably after Ryan Conley as well I imagine.

   I guess you know this but Karatbars that you have also written about was a major part of Bitclub and introduced literally hundreds of people to it.

7. 
   #7
   Michael Todd
   [Dec 11th, 2019 at 11:36 am](#)  (Q)

   Sorry Russ Medlin heis profile is here: facebook.com/jasper.ben.1232

8. 
#8
Neo
[Dec 11th, 2019 at 3:41 pm](#)  (Q)

@Oz you can find Matt Goettsche's photo in the review article below of another scam he was involved with in the past.

If you scroll down to the "Corporate Leadership" section his picture is the one on the right side with his wife.

Link: businessforhome.org/2011/06/that-free-thing-review-2011/

I met him years back with his long time business partner Russ Medlin and this does not surprise me at all unfortunately.

9. 
#9
Oz
[Dec 11th, 2019 at 4:16 pm](#)  (Q)

Mark Goettsche the same guy?

edit: Oh wait, seems to be a typo on BusinessForHome's part.

10. 
#10
Greg Maxwell
[Dec 11th, 2019 at 5:58 pm](#)  (Q)

There is a picture of frank here: archive.is/n1FI1

I've been collecting some links showing Bitclub's connection to Roger Ver, the BCH cryptocurrency, and Bitcoin.com at

reddit.com/r/btc/comments/e94qxa/bitcoincom_exceo_and_convicted_felon_roger_ver/faghpbm/

11. 
#11
Oz
[Dec 11th, 2019 at 7:22 pm](#)  (Q)

Going off that photo Greg, Russ Medline has to be one of the sealed defendants.

12. 
#12
PassingBy
[Dec 11th, 2019 at 7:52 pm](#)  (Q)

One of the two defendants unnamed in the indictment you refer to, the programmer, is a Romanian called Silviu Catalin Balaci.

His name wasn't redacted in another released version of the indictment, as discovered by this reporter:

wired.com/story/alleged-bitcoin-scam-like-pyramid-scheme/

13. 

#13
Lynndel "Lynn" Edgington
Dec 11th, 2019 at 9:15 pm  (Q)

If Joe Abel is the same Joe Abel of Onyx Lifestyle fame, then it will collapse. The Feds got a two-for and didn't even know it.

Now you know why Ari Maccabi fled to the Philippines. He'll feign ignorance and was duped then after a couple of months will be back with his latest, greatest and can't miss Ponzi to pimp. It's all Ari knows how to do.

14. 

#14
scammerssuck
Dec 11th, 2019 at 9:42 pm  (Q)

And once again, the habitual crook/scammer, Ari Maccabi is weasling his way out of any wrong doing!!!!
S C U M B A G!

Ari Maccabi shared a link. 27 mins

AS I WAS HEADED TO BED LAST NIGHT I WAS BOMBARDED…

With people asking me about Bitclub Network.

As most of you already know I left Bitclub long ago at the end of 2017 beginning of 2018 when mining profits dropped and things didn't add up.

Joe has always remained a friend and respected my decision to walk my own path. I remained to support my team there until Sean Lynch stepped up in a massive way to provide even better support than I could.

Later that year, Bitclub announced the banning of US and Philippine accounts. I couldn't work or withdraw or do anything even if I had wanted to at that point. Russ later blocked my accounts and logins preventing me from logging in altogether.

Russ has always claimed Bitclub was legit and real and provided proof due to being listed on Blockchain.info/pools. He went to incredible lengths to show people it was real but soon Joe left too.

I didn't know why and wasn't aware of what was going on behind the scenes. Not ever. To read all that I have read in the last 17 hours has been a massive stab in my gut.

I appalled to read the articles I have read and believe this will sort itself out legally in the court of law. Knowing Joe I have reached out but haven't heard back yet but I will continue to try and find answers.

If you're not aware of what I am referring to, read the article below. I am truly in disbelief at this moment.

I know select group of people still promoting this for personal gain. Please stop and please stop promoting their new deal as well. Give the courts time to do their job so that people will not lose further.

This has been taken from one of his Facebook group postings.

15. 

#15
Jack
Dec 11th, 2019 at 10:49 pm  (Q)

Ari Maccabi, is a blood sucking scammer. He must be the only person, as a so called leader, that can't tell if an opportunity is a ponzi or scam.

Tells his followers that he spends months looking at the opportunity and speaking to owners. You only have to look at the opportunity and you can see its a ponzi – Everytime!

He must have some bad luck, as every opportunity he has ever been in, turns out to be a scam.

The guy is full of shit conman…

16. 

#16
Uncle Bob
Dec 11th, 2019 at 11:45 pm  (Q)

Russ Medlin is the remaining defendant, and the one that is redacted talking with Matt, and still at large flying around in his private BCN jet, tail number VH-UBQ

I do hope he is arrested and punished along with all of his cohorts.

When you see criminal conspiracy plain as day, so will the jury that ultimately punishes these guys – they belong in jail.

17. 

#17
Uncle Bob
Dec 12th, 2019 at 12:10 am  (Q)

Here's a photo of Russ Medlin's plane:

jetphotos.com/photo/9036684

He apparently has had the BCN logos removed on the tail and on the winglets. He's been flying a lot lately for some reason 😉

18. 

#18
Scambuster789
[Dec 12th, 2019 at 1:35 am](Q)

Another Big fish at Bitclub Network was Joerg Wittke from Germany residing in Dubai. He made millions in less than 2 years.



19.

#19
Oz
[Dec 12th, 2019 at 5:35 am](Q)

Yeah, Ari is in full *"but I didn't know the scam was a scam"* mode. And he's currently promoting Mining City, another securities fraud scam.

We called BitClub Network in 2014, and we know Ari reads BehindMLM like everyone else in the MLM underbelly does.



20.

#20
Scambuster
[Dec 12th, 2019 at 7:42 am](Q)

A big "net winner" in BCN to look out for will be Frank Astheimer.



21.

#21
igor
[Dec 12th, 2019 at 4:22 pm](Q)

flightaware.com/live/flight/VHUBQ



22.

#22
Alex
[Dec 12th, 2019 at 4:44 pm](Q)

A few arrested but the Ponzi is fully functional?

23.

#23
scammerssuck
[Dec 12th, 2019 at 6:48 pm](Q)

Frank Astheimer is now pimping some new scam…here's a little bit of his bogus HYPE:

"A brand-new star on the business horizon that never has shine before.

So new… nothing ever has been done like this before.

I have only a straightforward recommendation… GO, GET IT NOW…

Many leaders missed out before on eight figures, and I'm not exaggerating here.

It is a painful lifelong experience you will never forget and always regret!

Mistakes are okay… just repeating them can be very costly.

Do you want to share with others later on how much more wealthy you are OR do you want to share with them how much you missed out again?

Even worse!

What if the leaders you know get back to you later, and they tell you how much more wealthy they are because they did take action and had no excuses, and you could have had them in YOUR team.

Hype? No! The pure reality, as I have seen, these things happen many times in the last 30 years that outstanding leaders missed out on the most significant chance.

This business I share with you has the most incredible product ever."

All this to say…..what for another MAJOR SCAM being pimped soon by this crook and I'm sure many other crooks!

24. #24
Bernadette
[Dec 12th, 2019 at 10:47 pm](Q)

Kevin Thompson shared the news with a brief statement that actually highlights something I've been hoping someone else knew.

He mentioned "…the money behind it."

When you look deeper at Bitclub, Onyx, Kuvera, Wealth Generators you begin to see some common parties involved. Some have went to great lengths to hide their identity and one never shows up on anyones radar. I'm hopeful the authorities are building a bigger case on him.

The only way he is brought down is by the players people are familiar with on the hot seat turn evidence on him. They'll probably end up committing involuntary suicide first considering his reach.

It's organized crime at a level being totally missed.

I will say that it's interesting that Bitclub and Kuvera stopped paying out on mining right around the same time.

It's also interesting how many times the parties of these companies have been in the same room. Along with one person that no one seems to catch.

25. 
#25
Oz
[Dec 13th, 2019 at 7:11 am](Q)

@Bernadette

Voldemort? Y'know, given your reluctance to just spit it out.

26. 
#26
armen temurian
[Dec 13th, 2019 at 8:43 am](Q)

Bernadette on point! Let me add another name (KEY) to that list:

JASON KARAMANIS. The self acclaimed "Godfather of MLM". Hes not the godfather he's my nuts and a pussy. When will someone take this roach out?

The biggest injected into Bitclub and builders brought to the ponzi platform was from this career criminal who does this everywhere. Who told me? JOE ABEL himself.

What a fucken disappointment this news. Karma.

Armen.

27. 
#27
tmfp
[Dec 14th, 2019 at 7:14 am](Q)

> **Michael Todd**:
> Ouch! Please fill in this form to try to get some of your Bitcoin back: justice.gov/usao-nj/page/file/1224831/download

Or maybe your downline could just ask you nicely, eh Michael?

From Dec 2015…

> **Michael Q Todd**:
> This is crazy! I have been getting paid out by Bitclub every day for 3 months straight.
>
> Every one of their mining transactions is visible to anyone and the whole business model is 100% viable. (Ozedit: Offtopic derail attempt removed)
>
> Instead of writing this stuff imagine if you had got involved instead? I joined when Bitcoin was $228 now it is $470. Do the math!

and Oct 2016

> **MichaelQ Todd**:
> Bitclub continues to roll on. Successfully mining Ethereum too and soon Z Cash. Club Coin up in value recently as well. Merchant program will start soon.
>
> This club will continue to pay out people for many years. What many of you do not understand is the power of repurchasing and the power of a long term vision.
>
> I am still enjoying daily returns of Bitcoin plus a multitude of commissions and bonuses. Cannot see why anyone would not enjoy this.

28. 

#28
Lucy
Dec 14th, 2019 at 9:02 am  (Q)

What is confusing is how was BCN on the blockchain if not mining. There must have been some mining taking place before greed took over in a major way.

Think BCN has been shut down which is good except my funds are lost.

29. 

#29
Oz
Dec 14th, 2019 at 9:06 am  (Q)

Read the chat logs. They fudged it.

Whatever token amount of mining might have been taking place was part of the scheme to defraud.

30. 

#30
tmfp
Dec 14th, 2019 at 9:47 am  (Q)

> **Lucy**:
> What is confusing is how was BCN on the blockchain if not mining. There must have been some mining taking place before greed took over in a major way.

To quote myself from bitcointalk.org/index.php?topic=1152263.msg13842632

> BitClub Pool hash rate is not BitClub Network hash rate.

Sorry for your loss.

31. 

#31
PassingBy
Dec 14th, 2019 at 11:33 am  (Q)

Goettsche was the majority owner of at least one mining facility in Montana, and "involved" with at least two others, according to this local report:

mtstandard.com/news/local/man-indicted-in-million-bitcoin-ponzi-scheme-is-majority-owner/article_347d7cdd-c1cc-5209-a30b-2631a674bad7.html

So he did have some real mining hardware.

But remember that

(a) Those blocks were labelled as being from BitClubPool, not BitClub Network.

BCN presented BitClubPool as being just them, but in fact, it was impossible to determine where the coins from blocks mined by that pool actually went (people tried, but immediately after mining they started moving around in ways that strongly suggested someone was deliberately trying to make that impossible).

Who knows, maybe he managed to label all the blocks from those Montana facilities as being from that BitClubPool, with most of it going to parties other than BitClub Network. He didn't need to mine lots of bitcoin, he just needed to create that impression.

(b) However much mining they could have done, right from the start it was clear that the returns they promised were impossible.

32. 

#32
PassingBy
[Dec 14th, 2019 at 11:50 am](Q)

Addendum:

I wrote my little contribution before I had seen tmfp's one. I feel rather proud that as a layman, I'd also managed to spot the crucial difference between BitClub Pool and BitClub Network, which someone technically savvy had already pointed out more than three years ago.

I wish I could remember where I read the bit where someone had tried to trace the further transfers of some of those coins.

33. 

#33
armen a. temurian
[Dec 14th, 2019 at 2:52 pm](Q)

this is a huge huge huge defraud of the grid somehow. we deploy our own pools at our company and we know how difficult it is in deployment as well as upkeep due to fork and algorithm adjustments from any of the projects (coins) you might be supporting as a "pool".

There is very little margin of manipulation and if the FEDS are saying that they never deployed or mined their pool but were able to "display it" on a user interface level (creating a false or non existent read) major MAAAAJOR violation.

Trust me their is something in the block-chain also called forensics. If the forensics verify that there was no mining. These guys are beyond done.

Just because they say its mining just because they pay you for mining doesn't mean it is submitting Hash-power on from the hardware software config and output of each ASIC on the combined network of "Bitclub's Mining Pool" in this case Pools?

This means they do not exist never did exist and those miners everyone went to see in Iceland so you can "get excited" and they can lure in everyone for the biggest slaughter.

Those farms in Iceland were all a set up someone elses' machines turned on bannered up for the Bitclub prospect or leader going for a "walk through" confirmation. "fake it tell you make it". Criminal might have been but this is beyond criminal knowingly doing it. Simply Disappointing.

These guys behind this company, starting from the funding group of little boy Jason Karamanis and that Punk thug Russ then they brought our once long ago friend (idiot) Joe to market it to the field and the masses.

I told him not to do it to stop in 2016 but it was too late they were all rolling in Rolls Royces but who knew worse than worse it was all a lie and they started the company calling people sheep.

Do you know what that means when you call people sheep. In this wicked MLM its equivalent to slaughtering. Beyond Criminal.

Yet what blows my mind is that some of you above are talking about still getting paid by Bitclub.

That Bitclub is mining other coins yet you haven't confirmed (and the government has) that there is no back end Network hardware and software infrastructure (IT) at all.

Dangerous the Bitclubs and Phil Piccolo's/Kevin Johnson's of this space have to be stopped. Dangerous shit. It hurts the good people.



34.

#34
TimTayshun
Dec 14th, 2019 at 4:21 pm  (Q)

At one time BitClubNetwork WAS mining a measurable amount of blocks on the bitcoin network.

Currently, the mining pool looks like THIS: blockchain.com/pools

If you use the "way back machine" you will see that at several points between 2014-2018 BitClub Pool WAS mining 1%-3% of the blocks.

It was still a Ponzi scam BECAUSE there was no transparent relation or data linking the amount of new recruits to the amount of "tasing power" being added to the pool (and a pyramid scheme because payouts had nothing to do with what they were or were NOT mining).

Furthermore, there was no transparency, data, evidence or relation linking the amount of new recruits (incoming money) to the scaling of the (existent, but not correlated directly to) hashing power.

Bitclub Network sold SHARES of the "mining hashing power" but there was no way for an individual to identify what that meant (despite THE BLOCKCHAIN OF BITCOIN which would have made this evident).

BCN scammed its investors in classic Ponzi fashion by illegally not disclosing its accounting and clearly embellishing its financials, which are not based on the reality of the scheme's business model.



35.

#35
Armen A. Temurian
Dec 14th, 2019 at 10:05 pm  (Q)

based on our understanding of the back end, most probably.

its a tie up between BitFury and Bitclub Network (in agreement) to at anytime give time to point specific number of ASICS into the direction of Bitclub Networks dropped nodes (btc pool) to show over the many years the daily "Block Wins" for BitClub Network.

All of this Hardware pointing and redirecting point all belongs to Bitfury.

An agreement is struck internally to fool the investor to believe that these ASICS belong to Bitclub but do not, nor do the 13 XBT per Block found "win" that for those years you saw or thought belonged really to Bitfury.

Asics are deployed to point through the dropped nodes (Pool "Bitclub") the Block achieved pays out the reward (approx 13 XBT to Bitfurys Wallet).

Bitclub pays Bitfury for the conspiracy and crime and uses the Block found win ledgered at the network (blockchain.com/pools) for marketing recruiting and heisting people's money.

That's all they need the ledger showing the win. Motherfuckers and piece of shits The people behind Bitclub and Bitfury (if this is what we believe they did). Bunch of losers and at core DNA criminals.

a winner and a good person learns how to deploy a pool figures out a way to acquire and deploys or executes the number of hardware systems (miners/servers) configs them to properly front and back end and supports the CORE grid.

It takes longer it requires you to learn deploy config specific Node language so you suffer as a company but you do it right! and you output REAL Hash power the grid needs to support the entire project (coin).

The network marketer even worse the MLMer and even worse then that (those who should hold the highest level of responsibilities running the company) problem is all are lazy.

want it the easy lazy way which even for them justifies the thug language of "coming up" on others so they can go buy leerjets and rolls royces with bad money.

36. 
#36
John
Dec 15th, 2019 at 1:35 am  (Q)

Here is a lesson whom not to do business with.

Darren Little (whatever his real name is) just attacked and threw a guy from FB group (which was for promoting Dunamis) after guy asked if Joseph Frank Abel's arrest will affect people's money in Dunamis.

Classic move by scammers. It is an intimidation tactic. That guy also let me know that Darren Little also contacted that person via PM with adhominems and blocked him.

Dunamis name was Dunamis Global Tech if I remember correctly. Joseph Frank Abel announced on his YT (youtube.com/user/joefabel1/videos) that Dunamis was merging with Onyx Lifestyle just before his arrest.

Coincidence? I don't think so.

This BCN scam has so many parties involved that it is amazing to watch **itstorm unravel.

37.
#37
TimTayshun
Dec 15th, 2019 at 3:31 am  (Q)

Broke my phone screen and only have half the view ATM. Appears paragraph #3 & #4 are mostly redundant. Sorry.

(1st world phone problems)

38. 

#38
Mark
Dec 15th, 2019 at 5:27 am  (Q)

The real puppet master is Jason Caramanis.

While some are familiar that he places contractors in mlm's under performance agreements to be the fall guys for these scams. Something Kevin Thompson MLM Attorney pointed out years ago. He secretly through layers of companies is the money behind many mlm companies. While his contractors are mostly unaware.

In BCN very few are aware until today, he has one of the top spots in the Bitclub along with other positions below him besides his contractors. When the dust settles his positions alone probably earned him more than all those named in these charges.

He just contracted influencers to be the fall guys.

This doesn't even include the leaders under contracts that he gets a cut from as well.

Interesting enough he has been behind Onyx, Kuvera, Bydzne, and many other companies as of late which all have been scamming customers and reps.

The threads do exist to connect all of this back from agreements, partnerships, assets shared, US and foreign entities, pictures, events with many of them in the same room. Along with much more.

It truly is organized crime at the highest levels.

39. 

#39
Gregg Evans
Dec 15th, 2019 at 6:50 am  (Q)

> **Uncle Bob**:
> Here's a photo of Russ Medlin's plane:

He doesn't, and never did, own that plane. In another typical case of trying to fake it until you make it, he chartered the plane for it looks like a week and during that week only it had the logo decals attached.

The plane belongs to Selestar Jet Charters and they will let you put your logo on their plane for a fee if you want to look like a big shot and impress the rubes.

40. 

#40
armen temurian
Dec 15th, 2019 at 7:33 am  (Q)

#38

MR. MARK MY MAN! IT COULDNT HAVE BEEN EXPLAINED MORE RIGHT ON POINT!

EVERYTHING YOU SAID IS NOT 100% ITS 1000% TRUE ABOUT JASON CARAMANIS. TRUE ORGANIZED CRIME GOING BACK DECADES!



41.

#41
Michael Todd
Dec 16th, 2019 at 1:53 pm  (Q)

@tmfp I agree I was wrong.

One of my friends who joined Bitclub was actually an employee of Bitfury.

At one stage in 2016 blockchain.info charts had Bitclub mining 7% of Bitcoin and Bitfury another 7%. The story fed by Joe Abel and Russ Medlin was that Bitclub had paid $5 million to Bitfury for exclusive access to their mining software for 5 years.

After over 2 years of consistent results things began tailing off in early 2017. I had told friends about it up till mid 2016 and recommended that they set buy back to the minimum to be safest. And to withdraw their earnings regularly.

7 people joined after my recommendation and gained a lot of knowledge about cryptocurrency. None of them "recruited" anybody. Not sure if this qualifies as a "downline".

Of course I was duped and it was the blockchain.info pie charts that did it. PLus the videos with the stacks of mining machines and the endorsement and backing of Bitfury.



42.

#42
Oz
Dec 16th, 2019 at 1:55 pm  (Q)

@tmfp I agree I was wrong.

I think this might be a first for BehindMLM…



43.

#43
Scambuster789
Dec 16th, 2019 at 5:04 pm  (Q)

@MrMark don't forget that Jason is also the main man in Jeunesse. He build that company with special deals from day one and had a ton of court cases running to recuperate money from leaders he paid that didn't meet the turnover criteria.

Those lawsuits were revealed by Kevin Thompson years ago. He even had them running at Xocai and Zija where he seemed to have owned also positions in the network.

How much credibility as a company can you have when your so called top earner, has positions in 2 – 3 other product companies and on top some pure ripp off ponzi scams.

44. 

#44
tmfp
Dec 16th, 2019 at 10:30 pm  (Q)

Kevin Thompson MLM Attorney

The mention of his name prompted me to have a look at his website for the first time in a while, especially

thompsonburton.com/mlmattorney/2015/08/17/bitcoin-cryptocurrencies-and-mlm-part-1/

Have a look at the commenters….what a bunch. First up Joe Frank Abel – "This is not what I expected."

I wonder if he said that again the other day, when he opened his front door.

@ Michael Todd

Cool story bro.

45. 

#45
armen a. temurian
Dec 18th, 2019 at 5:35 pm  (Q)

#43. Scambuster789

Dont worry if the feds dont get him (that bitch Jason Caramanis) dont worry hes on our shit list JUST LIKE PICCOLO and his bitch Kevin Johnson and his other two bitches Paul Morris and Joe Reid.

All of these bitches and a some more are all on our shit list for the crimes they have created going back many years and its coming for them. And if they are reading this, this should be afraid because Its coming.

I hope the FEDS shut down Bitfury and those who funded these assholes knowing better that they shouldn't support x-criminals.

If someone knows that Ross is a convicted child molester and still joins the Bitclub Network or continues to support it, fucken shame your not a man or women you are a bitch too.

I cannot beleive how many stupid people there are on this planet or the level of greed in their DNAs to join someone like Ross knowing clearly who he was.

Dont say you didnt know because that's bunch of bullshit. You knew you still did it. You deserve what's coming to you too.

And for these people and their sake too the Feds have a respknsobility to go after EVERYBODY THIS TIME. and if they dont we will somebody should.

There is a movement and more should he directly involved comprised of good people coming together right now to get these crooks sooner or later.

46. 
#46
Eric Castro
[Dec 19th, 2019 at 4:27 am](Q)

Joe Frank Abel and wife, Jaynet Baysilan Abel played on our emotion that we are in the forefront of a revolution.

Justice will be served. 20 years in prison is not enough for this bloodsuckers.

47. 
#47
Bruce Swart
[Dec 25th, 2019 at 3:34 pm](Q)

Well the cards are falling.

I bought a founder trader package that has not generated any bitcoin entrance fee of R1700 plus R56 000 in South Africa was the equivalent of the 4000$ for the package.

I bought it in Sep 2019 then the bitclub claimed they crashed due to KYC restarted nov 2019 On and off claimed it was Binance API key I would have to re do every week.

Told them I want my money back they said I would have had to have done that within 72 hours of the purchase.

But I would not have known at such a short time it was just a rubbish scam not a real algorithm trading. Where to now not sure…..

Should have trusted my gutfeeling……

48. 
#48
Fool
[Dec 30th, 2019 at 1:49 am](Q)

I hope Jaynet Abel gets dragged in to this as well. Take all her Gucci bags, newly built house in Camarillo and the mansion in Phillipines, her Bentley's etc….

I love her comment on Facebook from back in May 2019″I let players play. I let haters hate…. bcoz Karma has a lovely way of handling their fate" ~Jaynet Abel. Literally, from her lips to god's ears.

49. 
#49
Colorado
[Jan 10th, 2020 at 8:48 pm](Q)

Matthew Goettsche was the brains behind Bitclub. He stayed anonymous and has 12 corporations set up all of them can be found.

Getch Holdings LLC and others all seized by the United State DOJ. I know he bought an island with a resort on it in Costa Rica. I hope they seize everything and are able to give it back to investors.

He is a snake. I hope he get the max 25 years in ass pounding prison.

I hope all of them an the government finds all who were involved. $772 million can't wait to se the American Greed Episode.



50. #50
Wyoming
Jan 12th, 2020 at 12:10 pm  (Q)

The biggest scam In all of this hasn't even been mentioned yet and that is club coin (CLUB) owned by Matt Goettsche.

If you were in BCN you know all about it. Do your research if not.

Matt Goettsche made hundreds of millions of dollars when that coin was pumped to the moon through Bit Club Network. Hundreds of millions!

He has money hidden everywhere, property everywhere. The Club Coin made him way more money than Bitclub Network ever did.



51. #51
Thomas Kaysh
Jan 12th, 2020 at 6:22 pm  (Q)

If you are an US-lnhabitain, get in contact with FBI and Teil them everything about GPU Mining, Clubcoin, Coinpay and BitClub Trader.



52. #52
Colorado
Jan 13th, 2020 at 12:09 am  (Q)

I truly hope the FBI and Department of Justice do their research and fine all the assets. He will go to trail in about a year and half so i hope they investigate.

I personally think Russ was a pawn in all this and also the rat. He was put there by matt to protect matt.

Matt has a lot of money hidden. just by the text Matt not paying Balci $28,500 for a job could make him a rat too. Very glad he was cough.



53. #53
Cynthia
Jan 15th, 2020 at 1:00 am  (Q)

Hi I'm South African

I really don't know what I've done to my life. I'm unemployed and this Bitclub thing brought a very huge poverty in the family.

Oh God forgive me for what I've done to my life. I gambled unknowingly I'm so sorry God. Help us oh God so that these people may return all our money back to us in the name of Jesus Christ.

I also lost about R215000 which is equivalent to $14900.

The worst part is that I sold my house invested money in this network business thought I would be able to generate the best monthly income then would buy me the best house. Now I'm just hanging around with no place to stay.

I've been trying to login to my Bitclub account as from December, several times but failed. I'm not even sure what's really happening. There is no access at all.

54. 
#54
Oz
[Jan 15th, 2020 at 6:00 am](Q)

> I gambled unknowingly I'm so sorry God. Help us oh God so that these people may return all our money back to us in the name of Jesus Christ.

You didn't gamble, you invested in a Ponzi scheme. Mathematics dictated that as a late investor, you were guaranteed to lose money.

Neither God or Jesus Christ will return your money. Your belief in fairy tales is likely what led you to this predicament to begin with.

Financial losses aside, perhaps now is the time for some self reflection.

55. 
#55
Char
[Jan 18th, 2020 at 3:34 am](Q)

I was wondering why scammer Wes Garner has been so bummed and posting messages about forgetting the past and moving forward. I totally forgot he was a Bitclub pimp, as well as a OneCoin pimp and numerous other Ponzis.

He must have been so distressed about Bitclub that he saw fit to scrub his public Facebook page of everything predating November 13. Not to worry Wes Garner, we got your back and will make sure your involvement in BitClub Network is never forgotten.

According to others' posts, Wes Garner of Upton, Wirral, is quite the leader and had thousands in his downline. He even boasted about making 200k last year alone.

Perhaps the FBI or any relevant UK authorities should give him a jingle? facebook.com/profile.php?id=100004256374724

56. 

#56
Tim
<u>Feb 15th, 2020 at 12:28 am</u>  (Q)

**Mark**:
The real puppet master is Jason Caramanis.

While some are familiar that he places contractors in mlm's under performance agreements to be the fall guys for these scams. Something Kevin Thompson MLM Attorney pointed out years ago. He secretly through layers of companies is the money behind many mlm companies. While his contractors are mostly unaware.

Interesting enough he has been behind Onyx, Kuvera, Bydzne, and many other companies as of late which all have been scamming customers and reps.

Threads are being exposed Mark.

The connection of Bitclub to Kuvera, Westmyn owned by Travis Bott has now been made official by the Kuvera email communication it just sent to it's customers.

Ethereum Mining Update

In an ongoing effort to keep you updated on your Ethereum mining equipment, we are emailing what we have learned. Please understand that the information available to us is limited.

Although we sold you the equipment to be used for mining, the hosting services for purchasers of mining equipment were provided via your individual agreement with the company Westmyn LLC, who contracted with the mining service provider in Romania. Westmyn LLC is not owned by or affiliated with Kuvera.

It's important we review the timeline of events:

On October 5th, 2018, we informed purchasers of mining equipment that Westmyn LLC had concluded that, "due to the recent drop in the value of Ethereum, mining Ethereum is not currently profitable… The cost of electricity and maintenance is now greater than the value of the coins being mined."

Westmyn LLC was forced to implement a "Mining Interruption" or Term 5 that is outlined in the CRYPTO Mining agreement and temporarily pause Ethereum mining.

On May 15th, 2019, we informed purchasers of mining equipment that we had been "in close communication with our hosting provider [Westmyn] to evaluate the ability to resume mining with a profitable outcome… The hosting provider needs to ensure price stability so we don't resume mining only to experience market weakness and have to pause operations again."

Since the last communication, several important things have occurred:

We have learned through news headlines that the mining service provider that Westmyn LLC contracted with in Romania, Silviu Catalin Balaci, has been arrested in connection with the BitClub Network indictment.

We have sent formal communication from our attorneys to Westmyn LLC's attorney to provide us the status of the mining hardware of our customers.

We have not yet received any answers from Westmyn LLC or its attorneys.

Kuvera has been diligent in trying to do what is best for our members who have entered into hosting agreements with Westmyn LLC for their mining equipment. We are exploring all options and will provide updates as soon as we have them.

In Summary:

Your hosting agreement is with Westmyn LLC.

Westmyn LLC contracted with the mining service provider in Romania, Silviu Catalin Balaci.

Silviu Catalin Balaci has been arrested in connection with the BitClub Network indictment.

We sent a formal communication to Westmyn LLC to provide us the status of the mining hardware and have not yet received an answer.

We are concerned that Westmyn LLC may be unable to access the mining equipment and get mining operations turned back on.

As the sales provider of the hardware, and also purchasers and participants in the mining, we are exploring a variety of options to get some sort of remuneration for the hardware.

We will provide updates as soon as we have them.

Thanks,

– Kuvera

How long before the authorities hold Kuvera accountable for all the bad 3rd party vendors they place responsibility on along with connecting them to Bitclub?

It's getting old seeing that Kuvera never steps up and accepts the fact that they introduced these customers, took the money, and signed the contracts with the customers.

Funny too, Kuvera also had an agreement with another company for a failed forex ai that ran off with everyones money.

That company owner just happens to be the very same Travis Bott.

57. 
#57
Oz
[Feb 15th, 2020 at 8:43 am](#)  (Q)

Thanks for forwarding that Kuvera update Tim, much appreciated!

The mind boggles why the SEC haven't acted yet. Investview is literally right under their nose.

58. 
#58

Colin Edwards
[Mar 22nd, 2020 at 2:42 am](Q)

I would like to know about the progress of the case because as a investor iam in the dark , if are going to get our money back.



59.    #59
       Oz
       [Mar 22nd, 2020 at 6:58 am](Q)

Only criminal proceedings at this stage. No civil recovery yet that we're aware of.



60.    #60
       Thomas Kaysh
       [Mar 26th, 2020 at 3:29 pm](Q)

New application for release from prison:

cryptodaily.co.uk/2020/03/bitclub-operators-jail-covid19



61.    #61
       Oz
       [Mar 27th, 2020 at 8:44 am](Q)

Missed this one because it was filed later the same day I last checked the docket.

Matt Goettsche and Joby Weeks want out, DOJ has opposed.

Same deal as the OneCoin request though. Hearing is scheduled for Monday so I'll hold off reporting till then.



62.    #62
       EyeInTheSky
       [Mar 31st, 2020 at 12:50 pm](Q)

Here's the latest on their attempts to be released. Judge Hammer refused:

law360.com/articles/1258237?scroll=1&related=1



63.    #63
       Leroy
       [Mar 15th, 2021 at 5:19 am](Q)

They have all been released except medlin. They are due for sentencing later this year. After there jail sentence.

They will come out of jail with there bitcoin intact. Hidden off line. And still be rich.

64. 

#64

Oz

[Mar 15th, 2021 at 8:35 am](#)  (Q)

Doubt it. The DOJ know how much was stolen and all the BitClub Network suspects will be subject to forfeiture.

**Leave a Reply...**

Your email address will not be published. Required fields are marked *

Name *

Email *

Comment *

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

☐

- **Latest**
  - [Nimbus Platform collapses, ROI slashed + new SYNTA scam](#)
  - [BDSwiss denies GSPartners Ponzi partnership](#)
  - [WeWe Global launches LFI as LYO Ponzi token collapses](#)
  - [Quanticon Review: Disruptive Studio trading bot Ponzi](#)
  - [UnicornCycler Review: Daily subscription matrix cycler](#)
  - [Joseph Cammarata is having trouble with his lawyers](#)
  - [Three "leaks case" defendants settle with Paparazzi](#)

- **Feedback**
  - **Shame On Scammers:** "[ Scott: Are you not invented? Is this scare mongering? The FACTS are laid...](#)"

- **Seba:** "Communication with the so called CEO is now non existant. But hey, stay tuned for January..."
- **Oz:** "LyoFi surfaced in late 2021. I forgot to link the article but have added it now."
- **Propagalo:** "WeWe Global launched LyoFI and LyoPay in late 2021. Late 2022?"
- **LOL-GoL:** "@Crypto Shaman, that tends to be the case with the vast majority of ponzi..."

- **MLM News**

  - Nimbus Platform collapses, ROI slashed + new SYNTA scam
  - BDSwiss denies GSPartners Ponzi partnership
  - WeWe Global launches LFI as LYO Ponzi token collapses
  - Joseph Cammarata is having trouble with his lawyers
  - Three "leaks case" defendants settle with Paparazzi
  - Faraday Hosseinipour gets 2.5 years in prison for I2G fraud

- **MLM Reviews**

  - Quanticon Review: Disruptive Studio trading bot Ponzi
  - UnicornCycler Review: Daily subscription matrix cycler
  - Dream Come True Review: Janex token Ponzi scheme
  - Text ALN Review: SMS marketing pyramid scheme
  - Fusion Xperience Review: "AI technology" trading bot Ponzi
  - LT Wallet Review: LT Pro app crypto trading Ponzi

- **Most Wanted (7 days)**

  - OmegaPro exit-scam complete, Broker Group reboot
  - SEC & DOJ take down "Mike G Deal", $45 mill fraud + arrest
  - Ariix fined €960,000 EUR for consumer fraud in Italy
  - Daxio collapses, investor withdrawals "in limbo"
  - Awakend misleads consumers with doctored Zenith study
  - Awakend sues NewULife & Alexy Goldstein for defamation
  - PLCUX launched as Alex Reinhardt's PLCU Ponzi collapses
  - GoldenWay Ponzi scheme collapses, withdrawals disabled

- **Latest**

  - Nimbus Platform collapses, ROI slashed + new SYNTA scam
  - BDSwiss denies GSPartners Ponzi partnership
  - WeWe Global launches LFI as LYO Ponzi token collapses
  - Quanticon Review: Disruptive Studio trading bot Ponzi
  - UnicornCycler Review: Daily subscription matrix cycler
  - Joseph Cammarata is having trouble with his lawyers

- 

- **Feedback**

  - **Shame On Scammers:** " Scott: Are you not invented? Is this scare mongering? The FACTS are laid..."

- **Seba:** "Communication with the so called CEO is now non existant. But hey, stay tuned for January..."
- **Oz:** "LyoFi surfaced in late 2021. I forgot to link the article but have added it now."
- **Propagalo:** "WeWe Global launched LyoFI and LyoPay in late 2021. Late 2022?"
- **LOL-GoL:** "@Crypto Shaman, that tends to be the case with the vast majority of ponzi..."



© 2009-2022 BehindMLM

Privacy Policy - DMCA Policy

All trademarks, logos and images are copyright of their respective owners and used under the provision of Fair Use.