| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**<br><br>**DOCKET NO.:** 5:22-CV-04008-JWB-TJJ<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |
|---|---|

# EXHIBIT

# "D"

# To Follow . . .

**Contact Bill Singer:** 📞917-520-2836 ✉rrbdlawyer@gmail.com (https://facebook.com/brokeandbroker) (mailto:rrbdlawyer@gmail.com) 🐦 (https://twitter.com/brokeandbroker)

in (https://www.linkedin.com/in/brokeandbroker)



(https://www.brokeandbroker.com/index.php)

**An irreverent Wall Street Blog**
by Bill Singer

# Accessing FINRA Test Center Launch Codes With Colonel Mustard (https://www.brokeandbroker.com/6733/finra-test-center-access/)

📅 October 26, 2022

A non-registered fingerprint person -- a lowly NRF -- took a 15-minute break during her Series 7 examination. It's what happened during those 15 minutes that got her fined and suspended by FINRA. FINRA's regulatory settlement with the NRF is now posted on FINRA's public database for all to see. If you have a 15-minute break sometime during the day, have some fun and log on to FINRA's website and read the settlement document. See if you can find the words in FINRA's allegations that specify exactly what the NRF did that constituted a violation. Don't guess. Don't infer. Don't assume. Just write down what FINRA published as proof of the NRF's alleged misconduct. I can't find the words in the document. In fact, they're just not there.

**Case in Point**

For the purpose of proposing a settlement of rule violations alleged by the Financial Industry Regulatory Authority ("FINRA"), without admitting or denying the findings, prior to a regulatory hearing, and without an adjudication of any issue, Deborah Alonso submitted a Letter of Acceptance, Waiver and Consent ("AWC"), which FINRA accepted.
In the Matter of Deborah Alonso, Respondent (FINRA AWC 2021073484401)
https://www.finra.org/sites/default/files/fda_documents/2021073484401
%20Deborah%20Alonso%20CRD%207376473%20AWC%20gg.pdf

**An NRF Fined and Suspended**

The AWC asserts that Alonso entered the industry in May 2021 as a non-registered fingerprint person ("NRF") with Goldman Sachs & Co. LLC,, where she remained until September 2021. In accordance with the terms of the AWC, FINRA imposed upon Alonso a $5,000 fine and an 18-month suspension from associating with any FINRA member in all capacities.

**Testing Center Referral**

The AWC asserts that the "matter originated with a referral from a testing center that was filed with FINRA's Credentialing, Registration Education, and Disclosure Department." As to the nature of the matter, the AWC asserts that:

Alonso took the Series 7 General Securities Representative examination on September 16, 2021. Prior to the examination, Alonso attested that she read and would abide by the Rules of Conduct for representative and principal examinations, which, among other things, require candidates to store all personal items in the locker provided by the test vendor and prohibit accessing, using, or attempting to use any personal items, including notes or study materials, during the examination. During an approximately 15-minute unscheduled break, Alonso had access to study materials that she left in the restroom prior to taking the examination. Therefore, Alonso violated FINRA Rules 1210.05 and 2010.

**Bill Singer's Comment**

No . . . I'm not going to justify or defend cheating on a registration examination; however, I'm not quite sure what this AWC is alleging that Alonso did in terms of violating FINRA Rules. What I am sure of is that Alonso was a lowly NRF and even going by all of FINRA's allegations, an 18-month suspension for what she purportedly did seems like overkill. But, okay, maybe that's just me and maybe I'm getting soft after a few years of the Covid pandemic and a looming recession -- and what the hell happened to my New York Mets this year?

According to the allegation in the AWC: "Alonso had access to study materials that she left in the restroom prior to taking the examination." Let's focus on three aspects of that allegation:

1. Alonso had access to study materials
2. Alonso left said study materials in the restroom PRIOR to taking the Series 7 examination;
3. Alonso took "an approximately 15-minnute unscheduled break."

*1. had access*

As I read the AWC, it alleges that Alonso "had access" to study materials but not that Alonso "accessed" study materials. Accordingly, the AWC asserts that Alonso was in close enough proximity to the study materials that, if she wanted to read them, she had

access to them in order to accomplish her intention. Notably, pointedly, there is no allegation whatsoever in the AWC that Alonso **accessed** the study materials.

There is a world of difference between accusing someone of "accessing" something and saying that they "had access" to the same thing. The President of the United States may have access to the launch codes for nuclear weapons but that's quite different from saying that he accessed the codes, launched missiles, and set off a nuclear war. Imagine if Alonso had access to the self destruct device for the FINRA Series 7 exam center!



How Easy It Is For The US President To Launch A Nuclear ...

*2. in the restroom prior to taking the examination*

After informing us that Alonso had access to study materials, the AWC then asserts that she had left those materials in the restroom. Okay, fine -- she could have left the materials in a locker, she could have left the materials in a garbage can on the street, she could have thrown the materials out the window. For all we know, Alonso had abandoned her study materials in the last convenient place available (the restroom) before entering the test room. Regardless of the myriad of possibilities about *where* Alonso could have left her study materials, it appears that she opted for a restroom. Notably, she left the materials in the restroom **prior** to entering the examination room where she would

physically sit down and take her Series 7 examination. As such, we got Alonso sitting in a room taking her exam and we have her study materials in a restroom.

Perhaps, Alonso gave her study materials one, last, quick review in the restroom and then left them there. I can remember taking the Bar exam and showing up at the test center with no study materials; however, I still remember those poor, frenetic souls who were still cramming in the hallway up to the last minute before they had to show their identification and enter the testing center. In case you were wondering, I passed the Bar on my first try -- so there!

### 3. 15-minute unscheduled break

In making its case against Alonso, FINRA alleged that she took about a 15-minute unscheduled break. Okay, so, let's see: There are *scheduled* breaks and *unscheduled* breaks. What kind of "unscheduled" break did Alonso take? Without fabricating facts not in evidence, I want you to cite to me the language in the AWC that explains why Alonso took an unscheduled break, where she went on the break, and what she was observed doing during the 15 minutes in which she went on and then came back from the break. Did she have severe allergies and asked permission to step into the hallway, blow her nose, take an allergy pill, and a sip of water from the water cooler? Did she have a splitting headache and stepped outside to take an aspirin? Did she have a back spasm and needed to get up and stretch. I could go on asking you questions but what's the point, right? The exam was in 2021, as in during the Covid pandemic: was Alonso recovering from a bout of Covid and needed to step outside for a sip of water? The answer as to what Alonso did during her 15-minute unscheduled break should be -- must be -- set out with clarity in the AWC. After all, it's what she did during those fateful 15 minutes that got her fined and suspended. So . . . just write down the specific words of allegation from FINRA's AWC and let me know what Alonso did to violate a rule or regulation warranting a $5,000 fine and an 18-month suspension.

What I find absolutely shocking and odd is that there is no allegation in the AWC that Alonso accessed her study materials in the restroom during the break. Moreover, there is no allegation that any test-center proctor saw her doing as much. You may "think" whatever you wish as to what happened during the 15-minutes at issue but it would be

nothing more than unsubstantiated conjecture. Re-read the AWC and you will note that it merely alleges that Alonso had "access to study materials," but doesn't actually go a step further and state that she accessed the materials or that anyone saw her doing as much. As best I can tell, the charge against Alonso is that she had agreed to "store all personal items in the locker" but in the case of said study materials, "Left [them] in the restroom prior to taking the examination."

Solely going by the AWC's signature page, it does not appear that Respondent Alonso was represented by legal counsel. In part, that may explain why FINRA didn't quite say what it meant or meant what it said because, y'know, there was no lawyer representing Alonso and maybe we can strong-arm some unrepresented NRF into signing off on this. It is outrageous that FINRA failed to set out the specifics of Alonso's alleged misconduct in the very settlement document that she has signed and will now be posted and published for all to see on FINRA's website. All of which reduces the *Alonso AWC* to a board game of *Clue* in which we first guessed that it was Colonel Mustard with the revolver in the Conservatory but were wrong. Our next guess was Respondent Alonso in the restroom with the study materials. I'm still not sure if that's the right answer.

**Securities Industry Commentator:
A legal, regulatory, and compliance feed
curated by veteran Wall Street lawyer Bill Singer
https://www.rrbdlaw.com/6730/securities-industry-commentator/
(https://www.rrbdlaw.com/6730/securities-industry-commentator/)**

**(https://www.rrbdlaw.com/6730/securities-industry-commentator/)**
Accessing FINRA Test Center Launch Codes With Colonel Mustard (BrokeAndBroker.com Blog) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
The Problem for A Merrill Lynch Registered Rep Seeking the Expungement of a Settled FINRA Arbitration (BrokeAndBroker.com Blog) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
TD Ameritrade Customer Loses Incorrect Address FINRA Arbitration
(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
(BrokeAndBroker.com Blog) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
DOJ RELEASES (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Former Credit Union employee who repeatedly stole from elderly woman's account sentenced to a year in prison / Over three years he stole more than $129,000 for his personal expenses (DOJ Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
CEO and President of Hawaii Shipbuilding Company Charged with Securities Fraud (DOJ Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Three Men Convicted of $1 Million 'Upfront-Fee' Scheme (DOJ Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Former Raleigh Investment Advisor Found Guilty in Healthcare Fraud that Targeted the Elderly and Disabled (DOJ Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Sarasota Man Sentenced To 23 Years In Federal Prison For Running $80 Million "Oasis" FOREX Ponzi Scheme (DOJ Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[Chesterfield Man Convicted in Scheme to Embezzle Funds in Law Firm Trust Account (DOJ Release)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[SEC RELEASES](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[SEC Obtains Settlement Against Investment Professionals Charged with Cherry Picking (SEC Release)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[SEC Charges Canadian Cannabis Company and Former Senior Executive with Accounting Fraud (SEC Release)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[SEC Obtains Final Judgment Against Investment Advisers Charged with Defrauding Their Advisory Clients (SEC Release)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[SEC Charges Mattel with Financial Misstatements and Former PwC Audit Partner with Improper Professional Conduct (SEC Release)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)
[SEC Obtains Judgments Against Three Defendants in a Microcap Fraud Scheme (SEC Release)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

[(https://www.rrbdlaw.com/6730/securities-industry-commentator/)](https://www.rrbdlaw.com/6730/securities-industry-commentator/)

SEC Grants Waiver for Deficient Form TCR and Awards Claimant Over $400,000 Whistleblower Award (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Order Determining Whistleblower Award Claims (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
SEC Awards Two Claimants Over $1 Million and Over $500,000 in Whistleblower Awards (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Order Determining Whistleblower Award Claims (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
SEC Adopts Amendments to Modernize Fund Shareholder Reports and Promote Transparent Fee- and Expense-Related Information in Fund Advertisements (SEC Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Simplicity is a Goal Unto Itself: Statement on Tailored Shareholder Reports for Mutual Funds and Exchange Traded Funds; Fee Information in Investment Company Advertising by SEC Commissioner Caroline A. Crenshaw (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Modernizing Mutual Fund and ETF Disclosures for Investors by SEC Commissioner Jaime Lizárraga (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
One Good Step, More to Go: Statement on Final Tailored Shareholder Reports for Mutual Funds and Exchange-Traded Funds; Fee Information in Investment Company Advertisements by SEC Commissioner Hester M. Peirce (SEC Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Statement on Final Rule Regarding Tailored Shareholder Reports for Mutual Funds and Exchange-Traded Funds; Fee Information in Investment Company Advertisements by

SEC Commissioner Mark T. Uyeda (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
SEC Adopts Compensation Recovery Listing Standards and Disclosure Rules (SEC Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Statement on Listing Standards for Recovery of Erroneously Awarded Compensation by SEC Commissioner Caroline A. Crenshaw (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Statement on Listing Standards for Recovery of Erroneously Awarded Compensation by SEC Commissioner Jaime Lizárraga (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Erroneous Clawbacking: Statement at Open Meeting to Consider Listing Standards for Recovery of Erroneously Awarded Compensation by SEC Commissioner Hester M. Peirce (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Statement on the Final Rule Related to Listing Standards for Recovery of Erroneously Awarded Compensation by SEC Commissioner Mark T. Uyeda (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
SEC Proposes New Oversight Requirements for Certain Services Outsourced by Investment Advisers (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)

In Service of the Investor: Statement on Outsourcing by Investment Advisers by SEC Commissioner Caroline A. Crenshaw (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Accountability in an Evolving Asset Management Industry by SEC Commissioner Jaime Lizárraga (SEC Release) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Outsourcing Fiduciary Duty to the Commission: Statement on Proposed Outsourcing by Investment Advisers by SEC Commissioner Hester M. Peirce (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Statement on Proposed Rule Regarding Outsourcing by Investment Advisers by SEC Commissioner Mark T. Uyeda (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Remarks at the Georgetown Law Hotel and Lodging Summit by SEC Commissioner Mark T. Uyeda (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
"Competition and the Two SECs" Remarks Before the SIFMA Annual Meeting by SEC Chair Gary Gensler (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
CFTC RELEASES (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
Federal Court Orders California Man and His Commodity Pool Operator and Introducing Broker to Pay Over $2.3 Million for Commodity Fraud and Making False Statements to the

NFA (CFTC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA RELEASES (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Rep for Excessive Trading (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
In the Matter of Nigel Ronald James, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Principal for Supervision of VRSPs (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
In the Matter of Teresa Douberly, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Rep for Forging Supervisor's Electronic Signature (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
In the Matter of Heather S. Skipper, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Rep for Falsifying Rep Code (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
In the Matter of Robert Louis Takacs, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Rep for Guaranteeing Customer Against Loss and Texting (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

In the Matter of Dennis David Karjala, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Rep for PSTs (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
In the Matter of Chad M. Koehn, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

(https://www.rrbdlaw.com/6730/securities-industry-commentator/)
FINRA Fines and Suspends Rep for Excessive Trading (https://www.rrbdlaw.com/6730/securities-industry-commentator/)
In the Matter of Stephen James Sullivan, Respondent (FINRA AWC) (https://www.rrbdlaw.com/6730/securities-industry-commentator/)

- FINRA (https://www.brokeandbroker.com/index.php?a=topic&topic=finra)
- AWC (https://www.brokeandbroker.com/index.php?a=topic&topic=awc)
- Test Center (https://www.brokeandbroker.com/index.php?a=topic&topic=test-center)
- Study Materials (https://www.brokeandbroker.com/index.php?a=topic&topic=study-materials)
- Rule 1210.05 (https://www.brokeandbroker.com/index.php?a=topic&topic=rule-1210.05)
- Access (https://www.brokeandbroker.com/index.php?a=topic&topic=access)
- Restroom (https://www.brokeandbroker.com/index.php?a=topic&topic=restroom)
- BrokeAndBroker (https://www.brokeandbroker.com/index.php?a=topic&topic=brokeandbroker)
- Bill Singer (https://www.brokeandbroker.com/index.php?a=topic&topic=bill-singer)

Facebook        Twitter        LinkedIn        More        9

Permalink (https://www.brokeandbroker.com/6733/finra-test-center-access/)

Next Post → (https://www.brokeandbroker.com/6734/finra-taxonomy-initiative/)

← Previous Post (https://www.brokeandbroker.com/6732/tdameritrade-incorrect-address/)

## Search BrokeAndBroker

[search...]    Go!





## Related Topics

Access (https://www.brokeandbroker.com/index.php?a=topic&topic=access)
AWC (https://www.brokeandbroker.com/index.php?a=topic&topic=awc)
Bill Singer (https://www.brokeandbroker.com/index.php?a=topic&topic=bill-singer)
BrokeAndBroker (https://www.brokeandbroker.com/index.php?a=topic&topic=brokeandbroker)
FINRA (https://www.brokeandbroker.com/index.php?a=topic&topic=finra)
Restroom (https://www.brokeandbroker.com/index.php?a=topic&topic=restroom)
Rule 1210.05 (https://www.brokeandbroker.com/index.php?a=topic&topic=rule-1210.05)
Study Materials (https://www.brokeandbroker.com/index.php?a=topic&topic=study-materials)
Test Center (https://www.brokeandbroker.com/index.php?a=topic&topic=test-center)

## Previous Entries

BrokeAndBroker.com Blog by Bill Singer Esq WEEK IN REVIEW (https://www.brokeandbroker.com/6822/brokeandbroker/)

January 7, 2023

Imagine That a $10 Million FINRA Arbitration Claim Settles for $100,000 (BrokeAndBroker.com Blog)https://www.brokeandbroker.com/6821/janney-finra-arbi... Read On (https://www.brokeandbroker.com/6822/brokeandbroker/)

Imagine That a $10 Million FINRA Arbitration Claim Settles for $100,000 (https://www.brokeandbroker.com/6821/janney-finra-arbitration/)

January 6, 2023

Those getting sued tend to anticipate that initial demands for damages will be bloated, padded, and a tad over the top. Which may also explain why def... Read On (https://www.brokeandbroker.com/6821/janney-finra-arbitration/)

Federal Court Says Customer Had Duty To Notify Schwab of Malfunctioning Order System (https://www.brokeandbroker.com/6829/schwab-order-system/)

January 4, 2023

The Wall Street of 2023 isn't the Wall Street of 2020 or 2021. The meme stock frenzy has passed. We're not talking as much about Robinhood and Reddit,... Read On (https://www.brokeandbroker.com/6829/schwab-order-system/)

Removal of FINRA Arbitrator Cited by Schwab and Interactive Brokers in HFT Customer Dispute (https://www.brokeandbroker.com/6819/finra-arbitration-nondisclosure/)

January 3, 2023

As we start a new year, we are asked, yet again, to consider whether FINRA provides a fair arbitration venue. Yet again, we are asked to consider whet... Read On (https://www.brokeandbroker.com/6819/finra-arbitration-nondisclosure/)

## Tag Cloud

Bill Singer (https://www.brokeandbroker.com/index.php?a=topic&topic=bill-singer) BrokeAndBroker (https://www.brokeandbroker.com/index.php?a=topic&topic=brokeandbroker) FINRA (https://www.brokeandbroker.com/index.php?a=topic&topic=finra) Arbitration (https://www.brokeandbroker.com/index.php?a=topic&topic=arbitration) AWC (https://www.brokeandbroker.com/index.php?a=topic&topic=awc) SEC (https://www.brokeandbroker.com/index.php?a=topic&topic=sec) BrokeAndBroker.com (https://www.brokeandbroker.com/index.php?a=topic&topic=brokeandbroker.com) Expungement (https://www.brokeandbroker.com/index.php?a=topic&topic=expungement) BrokerAndBroker (https://www.brokeandbroker.com/index.php?a=topic&topic=brokerandbroker) Employment (https://www.brokeandbroker.com/index.php?a=topic&topic=employment) Guest Blog

## About Bill Singer (https://www.rrbdlaw.com/bios_singer.html)

BILL SINGER is a lawyer who represents securities-industry firms, individual registered persons, Wall Street whistleblowers, and defrauded public investors. For over three decades, Singer has represented clients before the American Stock Exchange, the New York Stock Exchange, the Financial Industry Regulatory Authority (formerly the NASD), the United States Securities and Exchange Commission, and in criminal investigations brought by various federal, state, and local prosecutors. He has the distinction of representing witnesses during Congressional investigations. In 2015, Singer achieved a significant award in excess of $1 million from the Securities and Exchange Commission on behalf of a whistleblower client.

Singer is presently Of Counsel to a law firm and the publisher of the Securities Industry Commentator feed and the BrokeAndBroker.com Blog, which was rated as one of the industry's top eight destination websites and the leading legal/regulatory blog by "Investment News."

## Media And Resources

Bill Singer's Resume (https://www.rrbdlaw.com/bios_singer.html)
Press Room (https://www.rrbdlaw.com/Pressroom/index.html)
RRBDLaw.com (https://www.rrbdlaw.com/)
BrokeAndBroker Blog (https://www.brokeandbroker.com/index.php)
Securities Industry Commentator (https://www.rrbdlaw.com/blog.php)

## Subscribe

Please enter your email address below if you wish to subscribe to Bill Singer's mailing list.

◉ **Subscribe**    ○ **Unsubscribe**

[Enter email to subscribe]    Go

Before entering the private practice of law, Singer was employed in the Legal Department of Smith Barney, Harris Upham & Co.; as a regulatory attorney with both the American Stock Exchange and the NASD (now FINRA); and as a Legal Counsel to Integrated Resources Asset Management. Singer was formerly Chief Counsel to the Financial Industry Association; General Counsel to the NASD Dissidents' Grassroots Movement; and General Counsel to the Independent Broker-Dealer Association. He was registered for a number of years as a Series 7 and Series 63 stockbroker.

Singer regularly appears as a commentator on television and radio, and is frequently quoted in the press. He is an outspoken critic of ineffective regulation and an advocate for economic and political sanity.

 **Email:** rrbdlawyer@gmail.com

 **Phone:** 917-520-2836

 (https://facebook.com/brokeandbroker)
 (https://twitter.com/brokeandbroker)
 (https://www.linkedin.com/in/brokeandbroker)

RRBDLAW.com & Securities Industry Commentator™ © Copyright 1998-2023 Bill Singer | Third party Trademarks, graphics, and/or content are the property of their respective owners.
Advertise (https://www.rrbdlaw.com/advertise.html) | Privacy Policy (https://www.rrbdlaw.com/privacy.html) | Legal Notice (https://www.rrbdlaw.com/legal.html) | Cookies (https://www.rrbdlaw.com/cookies.html)