| | |
|---|---|
| UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS | |
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:   5:22-CV-04008-JWB-TJJ**<br><u>CIVIL ACTION</u><br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

## "E"



## To Follow . . .



**BrokerCheck Report**
# CHAD MITCHELL KOEHN
CRD# 2216169

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 5 - 6 |
| Disclosure Events | 7 |

 Please be aware that fraudsters may link to BrokerCheck from phishing and similar scam websites, trying to steal your personal information or your money. Make sure you know who you're dealing with when investing, and contact FINRA with any concerns.
For more information read our investor alert on imposters.



## About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources.
For more information about FINRA, visit www.finra.org.

# CHAD M. KOEHN
CRD# 2216169

This broker is not currently registered.

## Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 0 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 2 State Securities Law Exams

### Registration History

**This broker was previously registered with the following securities firm(s):**

**B** **SA STONE WEALTH MANAGEMENT INC.**
CRD# 18456
SALINA, KS
01/2004 - 10/2020

**B** **WADDELL & REED, INC.**
CRD# 866
OVERLAND PARK, KS
03/1992 - 01/2004

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

| Are there events disclosed about this broker? | **Yes** |
|---|---|

**The following types of disclosures have been reported:**

| Type | Count |
|---|---|
| Investigation | 1 |
| Customer Dispute | 3 |

### Investment Adviser Representative Information

The information below represents the individual's record as a broker. For details on this individual's record as an investment adviser representative, visit the SEC's Investment Adviser Public Disclosure website at

https://www.adviserinfo.sec.gov

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 3 general industry/product exams, and 2 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| Exam | | Category | Date |
|---|---|---|---|
| B | Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B | General Securities Representative Examination | Series 7 | 09/03/2003 |
| B | Investment Company Products/Variable Contracts Representative Examination | Series 6 | 03/19/1992 |

### State Securities Law Exams

| Exam | | Category | Date |
|---|---|---|---|
| IA | Uniform Investment Adviser Law Examination | Series 65 | 05/06/2005 |
| B | Uniform Securities Agent State Law Examination | Series 63 | 03/19/1992 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.



# Broker Qualifications

## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| B | 01/2004 - 10/2020 | SA STONE WEALTH MANAGEMENT INC. | 18456 | SALINA, KS |
| B | 03/1992 - 01/2004 | WADDELL & REED, INC. | 866 | OVERLAND PARK, KS |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 07/2011 - Present | UNITED CAPITAL MANAGEMENT OF KANSAS, INC. | CEO and INVESTMENT ADVISER REPRESENTATIVE | Y | SALINA, KS, United States |
| 01/2004 - Present | UNITED CAPITAL MANAGEMENT OF KANSAS, INC. | PRESIDENT, OWNER AND MANAGING MEMBER | Y | SALINA, KS, United States |
| 04/1992 - Present | VARIOUS INSURANCE CARRIERS | INSURANCE AGENT | Y | SALINA, KS, United States |
| 07/2011 - 07/2022 | UNITED CAPITAL MANAGEMENT OF KANSAS, INC. | Chief Compliance Officer | Y | Salina, KS, United States |
| 01/2004 - 10/2020 | STERNE AGEE FINANCIAL SERVICES, INC | REGISTERED REPRESENATIVE | Y | GREAT BEND, KS, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1. KOEHN PROPERTY AND DEVELOPMENT, LLC; NOT INVESTMENT RELATED; OWNER AND OPERATOR; 104 E. IRON, SALINA, KS 67401; 01/2001 - PRESENT.

2. KOEHN PROPERTY AND DEVELOPMENT II 2010, LLC; NOT INVESTMENT RELATED; OWNER OF HOUSES FOR FARM HANDS;


# Registration and Employment History

## Other Business Activities, continued

SALINA, KS; 12/2010 - PRESENT.

3. 1 KOEHN FARMS, LLC; NOT INVESTMENT RELATED; OWNER AND OPERATOR; SALINA, KS; 01/1998 - PRESENT.

4. IQUAD, LLC; NOT INVESTMENT RELATED; MEMBER, 49% OWNER; SALINA, KS; 2010 - PRESENT.

5. UNITED CAPITAL INSURANCE; YES INVESTMENT RELATED; 227 N Santa Fe SALINA, KS 67401; INSURANCE, OWNER AND AGENT; 2004 - PRESENT; APPROXIMATELY 5 HOURS PER MONTH AND DURING SECURITY TRADING HOURS.

6. UNITED CAPITAL TRUST; YES, INVESTMENT RELATED;227 N Santa Fe , SALINA, KS 67401; TRUST SERVICES; TRUST RELATIONSHIP MANAGER; 07/24/14 - PRESENT; 20 HOURS PER WEEK INCLUDING DURING SECURITY TRADING HOURS; MANAGING TRUST RELATIONSHIPS FOR UNITED CAPITAL TRUST A TRO OF NATIONAL ADVISORS TRUST COMPANY, FSB WILL NOT SERVE IN ANY FIDUCIARY WAY AS TTEE OR TRUST OFFICER.

7. UNITED CAPITAL GROUP OF COMPANIES;NOT INVESTMENT RELATED; 227 N Santa Fe  SALINA, KS. 67401; USED FOR MARKETING PURPOSES; OWNER; 1/2012; 0 HOURS PER MONTH; MARKETING OF AFFILIATED UNITED CAPITAL COMPANIES.

8. KOEHN RANCH TRUCKING; NOT INVESTMENT RELATED; 259 S. CUNNINGHAM RD. SALINA, KS. 67401; LLC TO TITLE FARM TRUCKS AND SEMIS; OWNER; 2012; 0 HOURS PER MONTH; LLC TO OWN FARM VEHICLES.

9.UNITED CAPITAL FARM MANAGEMENT; NOT INVESTMENT RELATED; 104 EAST IRON AVE. SALINA, KS. 67401; MANAGE TENANT RELATIONSHIPS AND MANAGE/DELEGATE THE UPKEEP OF FARM PROPERTY.  ALSO MANAGE THE SELLING OF ANY GRAIN OWNED BY THE TRUST; OWNER; 07/30/2013; 3 HOURS PER MONTH AND DURING SECURITY TRADING HOURS.

10. KOEHN-BUSCH, LLC.; NOT INVESTMENT RELATED; 104 E. IRON SALINA, KS. 67401; BUILDING OWNERSHIP; 51% MEMBER/PARTNER; 11/15/2014; 5 HOURS PER MONTH AND DURING SECURITY TRADING HOURS; LAND-LORD RESPONSIBILITIES.

11. PEEK SHELTON KOEHN, LLC; NOT INVESTMENT RELATED; 104 E. IRON, SALINA, KS 67401; CATTLE FARMING; 34% MEMBER; 10/15/14 TO PRESENT; 10 HOURS PER MONTH; 0 DURING SECURITY TRADING HOURS; OVERSEE PURCHASE AND SALE OF CATTLE.

12. SANTA FE I, LLC; NOT INVESTMENT RELATED; 104 E. IRON, SALINA, KS 67401; OWNS BUILDING FOR UNITED CAPITAL MANAGEMENT; OWNER;  0 HOURS PER MONTH.

13. SANTA FE II, LLC; NOT INVESTMENT RELATED; 104 E. IRON AVE., SALINA, KS 67401; OWNS BUILDING FOR BUSINESS; OWNER; 8/19/2007 TO PRESENT; 0 HOURS PER MONTH.

14. HOPKINS - SCHRAEDER LEASE LLC; NOT INVESTMENT RELATED; 709 HAROLD AVE., SALINA KS 67401; OIL WELL; MEMBER; 2011 OR 2012 TO PRESENT; 0 HOURS SPENT.

# Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   - A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.

3. **Disclosure events in BrokerCheck reports come from different sources:**
   - As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.

4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final.*
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Customer Dispute | 0 | 3 | N/A |
| Investigation | 1 | N/A | N/A |



## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Customer Dispute - Settled

This type of disclosure event involves a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit containing allegations of sale practice violations against the broker that resulted in a monetary settlement to the customer.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | STERNE AGEE FINANCIAL SERVICES, INC. |
| **Allegations:** | COMPLAINTANT ALLEGES THAT REP FAILED TO FOLLOW HIS INSTRUCTIONS AND CHECK THE BOX FOR A GUARANTEED INCOME RIDER ON A VARIABLE ANNUITY APPLICATION IN APRIL OF 2007. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $238,581.71 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 10/05/2009 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 09/21/2010 |
| **Settlement Amount:** | $0.00 |
| **Individual Contribution** | $0.00 |


**Amount:**

**Broker Statement**          SETTLEMENT IS AGREEMENT TO PROVIDE CUSTOMER WITH FULL BENEFIT ELECTED. EXACT DOLLAR AMOUNT OF SETTLEMENT CANNOT BE DETERMINED UNTIL CUSTOMER BEGINS RECEIVING LIFE INCOME PAYMENTS UNDER ANNUITY CONTACT AT SOME FUTURE DATE.



## Customer Dispute - Closed-No Action / Withdrawn / Dismissed / Denied

This type of disclosure event involves (1) a consumer-initiated, investment-related arbitration or civil suit containing allegations of sales practice violations against the individual broker that was dismissed, withdrawn, or denied; or (2) a consumer-initiated, investment-related written complaint containing allegations that the broker engaged in sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities, which was closed without action, withdrawn, or denied.

### Disclosure 1 of 2

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | Sterne Agee Financial Services, Inc. |
| **Allegations:** | Client alleges the rep mishandled her account by placing her investments into a traditional IRA 1/8/2009 & 2/3/2009 rather than a ROTH IRA. Therefore, resulting in an increase of federal and state taxes. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $5,916.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 01/09/2017 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 01/24/2017 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

### Disclosure 2 of 2

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | WADDELL & REED, INC |



| | |
|---|---|
| **Allegations:** | ON 6/25/01, CLIENT INVESTED IN VARIABLE ANNUITY AND ALLEGES THAT RR DID NOT DISCLOSE SURRENDER CHARGES. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $6,850.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 04/26/2004 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 07/30/2004 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

---

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | WADDELL & REED, INC. |
| **Allegations:** | ON 6/25/01, CLIENT INVESTED IN VARIABLE ANNUITY AND ALLEGES THAT RR DID NOT DISCLOSE SURRENDER CHARGES |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $6,850.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 04/26/2004 |


| | |
|---|---|
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 12/01/2004 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |
| **Broker Statement** | THERE IS NO SUBSTANCE TO THIS COMPLAINT.[CUSTOMER] ALLEGES THAT SHE WAS NOT INFORMED THAT WITHDRAWALS WOULD INCUR CONTINGENT DEFERRED SALES CHARGES. IN FACT, SHE SIGNED A DISCLOSURE FORM THAT SHOWED THERE WOULD BE CDSC. IN ADDITION, ANOTHER WADDELL & REED SALESPERSON HANDLED THIS PURCHASE FOR [CUSTOMER]. |



## Investigation

This type of disclosure event involves any ongoing formal investigation by an entity such as a grand jury state or federal agency, self-regulatory organization or foreign regulatory authority. Subpoenas, preliminary or routine regulatory inquiries, and general requests by a regulatory entity for information are not considered investigations and therefore are not included in a BrokerCheck report.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Initiated By:** | FINRA |
| **Notice Date:** | 09/09/2022 |
| **Details:** | FINRA Case#20210694701. On September 9, 2022, FINRA made a preliminary determination to recommend that disciplinary action be brought against Chad Koehn alleging violations of FINRA Rules 3280 and 2010 in that Koehn, while registered with FINRA through an association with FINRA member SA Stone Wealth Management Inc. ("SA Stone"), participated in private securities transactions relating to a holdings company without providing prior written notice to SA Stone. |
| **Is Investigation pending?** | Yes |

---

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Initiated By:** | FINRA |
| **Notice Date:** | 09/09/2022 |
| **Details:** | Alleged Violation of FINRA Rules 3280 and 2010 - During the period between August 1, 2020 and October 30, 2020. |
| **Is Investigation pending?** | Yes |

# End of Report



**This page is intentionally left blank.**