**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>        Plaintiffs, counter-defendants<br>    v.<br>Michael Nelson<br><br>        Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-TJJ**<br><u>CIVIL ACTION</u><br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "F"

# To Follow . . .



## Chad Koehn Suspended by FINRA Following Alleged Unapproved Securities Transactions

DEC 6, 2022   |   FINRA SUSPENSION

Chad Koehn (CRD #: 2216169), a broker formerly registered with SA Stone Wealth Management, allegedly participated in unapproved private securities transactions, according to his **BrokerCheck record**, accessed on November 21, 2022. Read on to learn more about his conduct as a broker.

## FINRA Suspension

On October 21, 2022, Chad Koehn consented to the entry of findings that he allegedly participated in private securities transactions without providing notice to or receiving approval from a firm, SA Stone Wealth Management, between August and October 2020.

According to a Letter of Acceptance, Waiver & Consent (AWC), Chad Koehn allegedly participated in private securities transactions involving investments by at least 59 individuals in Company A, a company that claimed to own software development and blockchain technology businesses. The AWC alleged that approximately 34 of these individuals were SA Stone Wealth Management clients.

Chad Koehn allegedly discussed the private placement offering of Company A's common stock with these investors, told them he intended to invest in the company's private placement, and introduced them to the company's founder.

Additionally, the AWC alleged that Chad Koehn invited the investors to meetings he himself hosted, where the founder delivered presentations about the company's business and the private placement. Following these meetings, investors allegedly invested approximately $1,475,000 in Company A's stock. Chad Koehn allegedly did not receive selling compensation in these transactions.

The AWC alleged that Chad Koehn did not provide written notice to SA Stone Wealth Management or receive approval to participate in these transactions, in violation of FINRA Rules 3280 and 2010.

## FINRA Rules 3280 and 2010

**FINRA Rule 3280** requires brokers to receive approval from their firm before engaging in private securities transactions.

**FINRA Rule 2010** holds brokers to high standards of commercial honor and just and equitable principles of trade.

## Sanctions

Chad Koehn consented to the following sanctions:



- $10,000 fine
- 1-year suspension

His suspension began on November 7, 2022, and will end on November 6, 2023.

You can read a copy of the AWC **here**.

## Background Information

Chad Koehn has passed the following exams:

- Series 65 — Uniform Investment Adviser Law Examination
- Series 63 — Uniform Securities Agent State Law Examination
- SIE — Securities Industry Essentials Examination
- Series 7 — General Securities Representative Examination
- Series 6 — Investment Company Products/Variable Contracts Representative Examination

He previously worked for SA Stone Wealth Management (CRD#:18456) and Waddell & Reed (CRD#:866).

## Kurta Law Can Help

If you worked with Chad Koehn and you have concerns about your investments, please contact us today at 877-600-0098 or info@kurtalawfirm.com for a free consultation.

For over 20 years, Kurta Law has advocated on behalf of investors who want to recover their investment losses from brokers and brokerage firms. Kurta Law is a nationally recognized law firm and exclusively represents investors against brokers and brokerage firms on a

contingency basis. This means that the firm only earns a fee if our securities attorneys recover money on your behalf.

Victim of Financial Fraud?

**Call Now**



Victim of Financial Fraud?

**Call Now**

SEARCH



Full Name

Email

Phone

Brief Case Description

**SUBMIT YOUR FORM**



Recent Res    Call Now

Victim of Financial Fraud?

Call Now

# $7.1M

Elderly Victims Recover After
a Decade of Fraud

Learn More



## CATEGORIES

Anti-Money Laundering

Articles

Barred Broker

Blue Sky Laws

Broker Blog

View More +

Victim of Financial Fraud?

**Call Now**

KURTA LAW
NATIONAL SECURITIES LAW FIRM

Victim of Financial Fraud?

**Call Now**

# Ready to Recover Your Financial Losses?

## Contact Kurta Law Today.

 877-600-0098

 info@kurtalawfirm.com

### New York

295 Madison Avenue
Suite 705
New York, NY 10017

### Jericho

100 Jericho Quadrangle
Suite 327
Jericho, NY 11753

© 2023 Securities & Investment Lawyer - Kurta Law. All Rights Reserved.
Sitemap | Disclaimer
Law Firm Website Design By Paperstreet

Let's connect
## Get a Free Consultation

Full Name

Email

Phone

Brief Case Description

**SUBMIT YOUR FORM**

© 2023 Securities & Investment Lawyer - Kurta Law. All Rights Reserved.
Sitemap | Disclaimer
Law Firm Website Design By Paperstreet



Victim of Financial Fraud?

Call Now

Victim of Financial Fraud?

Call Now

