UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN  Plaintiffs, counter-defendants  v.  Michael Nelson  Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <u>CIVIL ACTION</u>  **EXHIBITS**  **[Jury Trial Demanded]** |
|---|---|

# EXHIBIT

# "G"

# To Follow . . .



Call for a Free Consultation

# (720) 599-3505

## MENU

# Warning! CHAD KOEHN of SA Stone Wealth Mgmt. is SUSPENDED

## SEARCH OUR BLOGS

Search …     SUBMIT

**24 OCT**

# Warning! CHAD KOEHN of SA Stone Wealth Mgmt. is SUSPENDED



## Chad Koehn, with SA Stone Wealth Management, Suspended 12 Months

**SALINA, KANSAS**

Have you invested with financial advisor Chad Koehn, formerly with SA Stone Wealth Management., in Salina, Kansas?  Our securities arbitration law firm is reviewing claims made by FINRA, the Financial Industry Regulatory Authority, against Chad Koehn.  After an investigation, FINRA suspended Koehn from the securities industry for 12 months and fined him $10,000 in October 2022.

According to FINRA's AWC (Letter of Acceptance, Waiver and Consent) with Koehn, Koehn sold $1.475 million in investments in a company that purported to own software development and blockchain technology.  Koehn allegedly did not get permission from his former brokerage firm, SA Stone Wealth Management, to sell these investments.  Koehn allegedly sold these investments to 59 investors, 34 of which were also clients of SA Stone Wealth Management.

From 2004 to October 2020, Chad Koehn had his securities license with SA Stone Wealth Mgmt.  He worked in Salina, Kansas.  Koehn also operates United Capital Management of Kansas in Salina.  He has also been the subject of three customer complaints.

Koehn was subject to FINRA Rules while associated with SA Stone Wealth Management.  FINRA Rule 3280 provides that advisors must disclose all investments that they sell to their brokerage firms.  If the advisor fails to do so, they violate Rule 3280.  Moreover, firms must reasonably supervise their advisors pursuant to Rule 3110 and ensure that its advisors are not selling away.

Our securities arbitration and investment fraud law firm represents investors all over the country, including investors in Kansas. We have represented over one thousand investors against numerous brokerage firms.

View [Koehn, c BrokerCheck 10.24.22](#)

View [Koehn, c FINRA AWC](#)

**If you lost money with Chad Koehn or SA Stone Wealth Management, please [Contact Us](#) at 720-599-3505 for a free evaluation of your case.**

**PREVIOUS**

## WARNING! Carlos Leston of LPL Financial is Now BARRED

**NEXT**

## Warning! DIA HOWELL of U.S. Bancorp Investments is BARRED



Israels & Neuman, PLC

Name*

Email*

Phone*

Comments

SUBMIT

  

Home | Practice Areas | Attorneys | Blog | Legal Resources | Contact       

Copyright © 2021 Israels Neuman, PLC. All Rights Reserved