| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br> v. <br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> **CIVIL ACTION** <br><br> **EXHIBITS** <br><br> **[Jury Trial Demanded]** |

# EXHIBIT

# "H"

# To Follow . . .

...

**Free Consultation: 888-976-6111**



About Us    Attorneys    Case Types    News & Press    Blog    Contact

# Salina Advisor Chad Koehn: FINRA Investigates Ex-SA Stone Rep

A regulatory investigation into former SA Stone Wealth Management broker Chad Koehn (CRD# 2216169) concluded with a recent determination to bring disciplinary action against him for alleged misconduct. Financial Industry Regulatory Authority and Securities and Exchange Commission records show that the Salina, Kansas advisor is currently registered with United Capital Management of Kansas.

According to a disclosure on Mr. Koehn's BrokerCheck report, FINRA recently determined to bring a disciplinary action against him. The action would allege that he violated FINRA Rules 3280 and 2020 when, as a representative of SA Stone Wealth Management, he "participated in private securities transactions relating to a holdings company without providing prior written notice to SA Stone." The case remains pending.

Mr. Koehn's BrokerCheck report also discloses several customer complaints. The most recent, filed in 2017, alleged that as a Sterne Agee Financial Services representative, he mishandled the claimant's account by placing her investments in a traditional IRA rather than a ROTH IRA. The complaint alleged damages of $5,916 and was denied by the firm.

According to the Financial Industry Regulatory Authority and the Securities and Exchange Commission, Chad Koehn holds 30 years of securities industry experience. Based in Salina, Kansas, he has been an investment advisor with United Capital Management of Kansas since 2012. His past registrations include SA Stone Wealth Management (Salina, Kansas; 2004-2020) and Waddell & Reed (Overland Park, Kansas; 1992-2004). His credentials include the passage of five securities industry qualifying exams: the Investment Company Products/Variable Contracts

Representative Examination, or Series 7; the General Securities Representative Examination, or Series 7; the Securities Industry Essentials Examination, or SIE; the Uniform Securities Agent State Law Examination, or Series 63; and the Uniform Investment Adviser Law Examination, or Series 65. He is not currently registered as a broker. (Information current as of September 20, 2022.)

Carlson Law represents investors throughout the United States in claims against financial advisors and investment firms. If you or a loved one have suffered investment losses, please call us at 888-976-6111 or complete our contact form for a free and confidential consultation.

  

By Chase Carlson | Posted on September 21, 2022







© 2017 - 2023 Chase Carlson. All rights reserved. This law blog website
is managed by MileMark Media.

SITE MAP     CONTACT     DISCLAIMER



