**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| **United Capital Management of Kansas, Inc. and CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.: 5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |
|---|---|

# EXHIBIT



# "K"

To Follow . . .

(https://www.ksal.com/)  (https://www.ksal.com/)


Salina, KS
Now: 38 °
Currently: Clouds
Hi: 39 ° | Lo: 29 °

Home Weather Sports Community Jobs Marketplace AG News Listen

Search



(https://adserver.rockingmradio.org/rmm-adsrv/www/delivery/cl.php?bannerid=27&zoneid=15&sig=fa6cda0075ca54daeeda8c189b5f26accb14163d171463b758f6ac8a724941d4&oadest=http%3A%2F%2Fwww.salinawomensclinic.com%2F)

(/#facebook) (/#twitter) (/#email)

(https://www.addtoany.com/share#url=https%3A%2F%2Fwww.ksal.com%2Fskid-loader-destroyed-in-fire%2F&title=Skid%20Loader%20Destroyed%20in%20Fire)

# Skid Loader Destroyed in Fire

KSAL Staff April 30, 2018



A shift in wind conditions turned a controlled burn into the loss of some heavy equipment for a Salina area man.

Saline County Sheriff Roger Soldan tells KSAL News that 47-year-old Chad Koehn was operating a 2005 Bobcat skid-steer loader while keeping an eye on a controlled burn in a pasture in the 200 block of S. Cunningham Road on Saturday evening around 5:20pm.

Deputies say the wind shifted, overtaking the Bobcat with flames and the hydraulics on board caught fire.

No one was injured and Fire District #5 responded to the scene.

Loss is listed at $22,000.

(/#facebook) (/#twitter) (/#email)

(https://www.addtoany.com/share#url=https%3A%2F%2Fwww.ksal.com%2Fskid-loader-destroyed-in-fire%2F&title=Skid%20Loader%20Destroyed%20in%20Fire)

LATEST STORIES


SPORTS NEWS (HTTPS://WWW.KSAL.COM/CATEGORY/SPORTS-NEWS/)
Marysville Sweeps Abilene (https://www.ksal.com/marysville-sweeps-abilene/)
pictured is Brax Fisher, picture courtesy of Brad Anderson Marysville 35 Abilene Cowgirls 26 ...
January 7, 2023 Comments (https://www.ksal.com/marysville-sweeps-abilene/#disqus_thread)
(https://www.ksal.com/marysville-sweeps-abilene/)


(https://www.ksal.com/south-splits-at-newton-girls-win-ot-thriller/)
South splits at Newton, Girls win O... (https://www.ksal.com/south-splits-at-newton-girls-win-ot-thriller/)
SPORTS NEWS (HTTPS://WWW.KSAL.COM/CATEGORY/SPORTS-NEWS/)
January 7, 2023

(https://www.ksal.com/minneapolis-lions-split-with-the-southeast-of-saline-trojans-friday-night/)
Minneapolis Lions split with the So... (https://www.ksal.com/minneapolis-lions-split-with-the-

Copyright © Meridian Media 2023. All Rights Reserved. No part of this story may be reproduced without


Meridian Media
Click the menu button and choose your station
MENU



(https://adserver.rockingmradio.org/rmm-adsrv/www/delivery/cl.php?bannerid=82&zoneid=48&sig=05ac9c74106478b444c78dcf10ff428545dc2fb75f34acb6b0d90651bbc85047&oadest=http%3A%2F%2Fwww.salina-ks.gov%2FHHW)

(https://www.ksal.com/new-interim-cfo-at-kwu/)
New Interim CFO at KWU (https://www.ksal.com/new-interim-cfo-at-kwu/)
(HTTPS://WWW.KSAL.COM/CATEGORY/SPORTS-NEWS/)
TOP NEWS (HTTPS://WWW.KSAL.COM/CATEGORY/TOP-NEWS/) January 7, 2023

January 7, 2023

**CATEGORIES :** Kansas News , (https://www.ksal.com/category/kansas-news/)



(https://adserver.rockingmradio.org/rmm-adsrv/www/delivery/cl.php?bannerid=246&zoneid=39&sig=e7b4360bba3b475c23bb88e

(https://www.ksal.com/) 

(https://www.ksal.com/)

## STAY IN TOUCH!

(https://www.facebook.com/NewsRadio-1150-KSAL-113224642030942) (https://twitter.com/1150KSAL)

## GET OUR APP!

(https://apps.apple.com/us/app/rocking-m-media/id1523908256?ign-mpt=uo4) (https://play.google.com/store/apps/details?id=com.kxxx.player)

## LATEST POSTS


(https://www.ksal.com/prosecution-unlikely-in-clergy-sex-abuse-cases/)
Prosecution Unlikely in C...
January 7, 2023 Comments (https://www.ksal.com/prosecution-unlikely-in-clergy-sex-abuse-cases/#disqus_thread)

 (https://www.ksal.com/video-firefighters-free-men-trapped-in-trench/)
VIDEO: Firefighters Free ...
January 6, 2023 Comments (https://www.ksal.com/video-firefighters-free-men-trapped-in-trench/#disqus_thread)

 (https://www.ksal.com/bridging-gap-to-home-ownership/)

## LISTEN LIVE


(https://radio.securenetsystems.net/cwa/KSALAM)


(https://radio.securenetsystems.net/cwa/KYEZ)


(https://radio.securenetsystems.net/cwa/KSALFM)


(https://radio.securenetsystems.net/cwa/kabi)

Bridging Gap to Home Owne...

January 6, 2023 Comments (https://www.ksal.com/bridging-gap-to-home-ownership/#disqus_thread)



(https://www.ksal.com/tips-sought-in-storage-burglaries/)

Tips Sought in Storage Bu...

January 6, 2023 Comments (https://www.ksal.com/tips-sought-in-storage-burglaries/#disqus_thread)

© 2007 - 2023 - EEO (https://www.ksal.com/wp-content/uploads/2022/02/EEO.pdf) - KABI (https://publicfiles.fcc.gov/am-profile/KABI) - KSAL-AM (https://publicfiles.fcc.gov/am-profile/KSAL) - KSAL-FM (https://publicfiles.fcc.gov/fm-profile/KSAL-FM) - KYEZ (https://publicfiles.fcc.gov/fm-profile/KYEZ) - FCC Public Notices (/fcc-public-notices/) - KSAL Extra (/ksal-extra/)



(https://www.kabithegeneral.com/) (https://www.ksal.com)



(https://www.y937.com) () ()



(https://www.ksal.com)