**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>            Plaintiffs, counter-defendants<br>      v.<br>Michael Nelson<br><br>        Defendant; Counter-Plaintiff PRO-Se. | <mark>**DOCKET NO.:     5:22-CV-04008-JWB-TJJ**</mark><br><u>**CIVIL ACTION**</u><br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "M"

# To Follow . . .



# CHAD MITCHELL KOEHN

**CRD#: 2216169**

**IA** Investment Adviser
**B** Previous Broker

**! SUSPENDED**
FINRA has suspended this individual from acting as a broker. Please see the detailed report for more information

**UNITED CAPITAL MANAGEMENT OF KANSAS, INC.**
CRD#: **157755**
227 NORTH SANTA FE
SALINA, KS 67401

**4**
Disclosures

**30** Years of Experience
**5** Firms

**5**
Examinations

**2**
Licenses

## ! Disclosure(s) ⓘ

View By: Date ▾

| 10/21/2022 | Regulatory | Final | ▾ |

**Initiated By**

FINRA

**Allegations**

Without admitting or denying the findings, Koehn consented to the sanctions and to the entry of findings that he participated in private securities transactions without providing written notice to, or receiving prior approval from, his member firm. The findings stated that these transactions involved investments by at least 59 individuals in a company that purported to own software development and blockchain technology businesses. Koehn discussed the private placement offering of the company's common stock with the individuals, told them that he intended to invest in the company's private placement, introduced the individuals to the company's founder,

and invited the individuals to meetings that Koehn hosted, where the founder delivered presentations regarding the company's business and the private placement. Subsequently, the individuals, approximately 34 of whom were firm customers, invested approximately $1,475,000 in the company's stock. Koehn did not receive selling compensation.

Resolution

Acceptance, Waiver & Consent(AWC)

Sanctions

Civil and Administrative Penalty(ies)/Fine(s)

Amount

$10,000.00

Sanctions

Suspension

Registration Capacities Affected

All capacities

Duration

One year

Start Date

11/7/2022

End Date

11/6/2023

| 1/9/2017 | Customer Dispute | Denied | ⌄ |

Allegations

Client alleges the rep mishandled her account by placing her investments into a traditional IRA 1/8/2009 & 2/3/2009 rather than a ROTH IRA. Therefore, resulting in an increase of federal and state taxes.

Damage Amount Requested

$5,916.00

| 10/5/2009 | Customer Dispute | Settled | ⌄ |



## Allegations

COMPLAINANT ALLEGES THAT REP FAILED TO FOLLOW HIS INSTRUCTIONS AND CHECK THE BOX FOR A GUARANTEED INCOME RIDER ON A VARIABLE ANNUITY APPLICATION IN APRIL OF 2007.

## Damage Amount Requested

$238,581.71

## Broker Comment

SETTLEMENT IS AGREEMENT TO PROVIDE CUSTOMER WITH FULL BENEFIT ELECTED. EXACT DOLLAR AMOUNT OF SETTLEMENT CANNOT BE DETERMINED UNTIL CUSTOMER BEGINS RECEIVING LIFE INCOME PAYMENTS UNDER ANNUITY CONTACT AT SOME FUTURE DATE.

| 4/26/2004 | Customer Dispute | Denied | ⌄ |
| --- | --- | --- | --- |

## Allegations

ON 6/25/01, CLIENT INVESTED IN VARIABLE ANNUITY AND ALLEGES THAT RR DID NOT DISCLOSE SURRENDER CHARGES

## Damage Amount Requested

$6,850.00

## Broker Comment

THERE IS NO SUBSTANCE TO THIS COMPLAINT.[CUSTOMER] ALLEGES THAT SHE WAS NOT INFORMED THAT WITHDRAWALS WOULD INCUR CONTINGENT DEFERRED SALES CHARGES. IN FACT, SHE SIGNED A DISCLOSURE FORM THAT SHOWED THERE WOULD BE CDSC. IN ADDITION, ANOTHER WADDELL & REED SALESPERSON HANDLED THIS PURCHASE FOR [CUSTOMER].

 Examination(s)

■ State Securities Law Exam

   Series 65 - Uniform Investment Adviser Law Examination     May 6, 2005

   Series 63 - Uniform Securities Agent State Law Examination     Mar 19, 1992

### ◼ General Industry/Products Exam

| B | SIE - Securities Industry Essentials Examination | Oct 1, 2018 |
| B | Series 7 - General Securities Representative Examination | Sep 3, 2003 |
| B | Series 6 - Investment Company Products/Variable Contracts Representative Examination | Mar 19, 1992 |

Additional information including this individual's professional designations is available in the Detailed Report.

## ⚙ License(s)

### State Registrations

| IA | Kansas | 1/20/2012 | | IA | Texas | 2/27/2014 |

## ✸ Current Registration(s)



**IA** UNITED CAPITAL MANAGEMENT OF KANSAS, INC. (CRD#:157755)

📌 227 NORTH SANTA FE, SALINA, KS 67401

Registered with this firm since 1/20/2012

## ✸ Previous Registration(s)

| | | Name | Location |
|---|---|---|---|
| B | 01/22/2004 - 10/30/2020 | SA STONE WEALTH MANAGEMENT INC. (CRD#:18456) | SALINA, KS |
| IA | 10/25/2005 - 09/09/2015 | STERNE AGEE ASSET MANAGEMENT, INC. (CRD#:130888) | SALINA, KS |
| IA | 01/27/2004 - 02/27/2004 | STERNE AGEE & LEACH, INC. CAPITAL MANAGEMENT (CRD#:791) | SALINA, KS |
| IA | 07/01/1997 - 01/26/2004 | WADDELL & REED, INC. (CRD#:866) | SALINA, KS |

| | | Name | Location |
|---|---|---|---|
| B | 03/23/1992 - 01/26/2004 | WADDELL & REED, INC. (CRD#:866) | OVERLAND PARK, KS |

For additional information about investment advisers or broker-dealers, please visit

www.investor.gov

B Broker

IA Investment Adviser

📄 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.