**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN | DOCKET NO.:      5:22-CV-04008-JWB-TJJ |
|---|---|
| Plaintiffs, counter-defendants | CIVIL ACTION |
| v. | EXHIBITS |
| Michael Nelson | |
| Defendant; Counter-Plaintiff PRO-Se. | [Jury Trial Demanded] |

# EXHIBIT

# "O"

# To Follow . . .



chad koehn bitcoin



🔍 **All**    🖼 Images    ▷ Videos    📰 News    📍 Maps    🛒 Shopping         ⚙ Settings

All regions ⌄        Safe search: moderate ⌄        Any time ⌄

🔷 https://www.kurtalawfirm.com › blog › chad-koehn

### Chad Koehn Subject of FINRA Suspension and $10,000 Fine

Dec 6, 2022 · Dec 6, 2022 FINRA Suspension **Chad Koehn** (CRD #: 2216169), a broker formerly registered with SA Stone Wealth Management, allegedly participated in unapproved private securities transactions, according to his BrokerCheck record, accessed on November 21, 2022. Read on to learn more about his conduct as a broker. FINRA Suspension

🔘 https://www.ucmofkansas.com › team › chad-koehn

### Chad Koehn | United Capital Management

**Chad Koehn** | United Capital Management **Chad** M. **Koehn** CEO 785-823-7900 785-823-7913 ckoehn@unitedcapitalgroup.net **Chad** is CEO and primary shareholder of United Capital Management of Kansas, Inc. He has worked in the investment industry since 1991 after graduating from Tabor College with a degree in Business Economics with an emphasis in Accounting.

🛡 https://securitiesarbitrations.com › chad-koehn

### FINRA Sanctions SA Stone Wealth Management Stockbroker For Selli...

Dec 19, 2022 · **Chad** Mitchell **Koehn** of Overland Park, Kansas, a stockbroker registered with SA Stone Wealth Management Inc., has been fined $10,000.00 and suspended for one year from associating with any Financial Industry Regulatory Authority (FINRA) member in any capacity because **Koehn** engaged in private securities transactions or selling away.

🔷 https://www.israelsneuman.com › wp-content › uploads › 2022 › 10 › Koehn-Chad-BrokerCheck-...

📄 PDF  **Chad Mitchell Koehn**

Report about **CHAD** M. **KOEHN**. 1 www.finra.org/brokercheck User Guidance Broker Qualifications Registrations This section provides the self-regulatory organizations (SROs) and U.S. states/territories

[ Share Feedback ]

the broker is currently registered and licensed with, the category of each license, and the date on which it became effective.

securities.mikameyers.com › chad-koehn

## Investor Alert - Chad Koehn and SA Stone

Oct 28, 2022 · October 28, 2022 **Chad Koehn**, a former registered representative of securities broker SA Stone, has been suspended from the securities brokerage industry and fined by industry self-regulator FINRA for allegedly participating in unauthorized private securities transactions involving 59 individuals, 34 of whom were SA Stone customers.

https://www.facebook.com › chad.koehn.58

## Chad Koehn - Facebook

**Chad Koehn** is on Facebook. Join Facebook to connect with **Chad Koehn** and others you may know. Facebook gives people the power to share and makes the world more open and connected.

https://www.businesswire.com › news › home › 20210310006068 › en › FD7-Ventures'-Managin...

## FD7 Ventures' Managing Director Prakash Chand Predicts Bitcoin Ma...

Mar 11, 2021 · Chand, who is the Founder of Ask The Doctor, a **Bitcoin** investor since 2011, and Managing Partner of billion-dollar global cryptocurrency investment fund FD7 Ventures, believes more people will …

https://www.carlsonlaw.com › salina-advisor-chad-koehn-finra-investigates-ex-sa-stone-rep

## Salina Advisor Chad Koehn: FINRA Investigates Ex-SA Stone Rep

Sep 21, 2022 · The complaint alleged damages of $5,916 and was denied by the firm. According to the Financial Industry Regulatory Authority and the Securities and Exchange Commission, **Chad Koehn** holds 30 years of securities industry experience. Based in Salina, Kansas, he has been an investment advisor with United Capital Management of Kansas since 2012.

https://www.ripoffreport.com › report › chad-koehn-united-capital › salina-mitchell-red-neck-hig...

## Ripoff Report | Chad Koehn and United Capital Review - Salina, Kansas

Share Feedback

**Chad Koehn** is a great salesman convincing. He claimed to be a big investor in the company, however, we are finding out we own nothing of Hera or Herasoft the exchange says it is a "blank check" company. It has nothing to do with what **Koehn** claimed. All false promises and total fraud, lies and more lies.

F https://fortune.com › 2022 › 03 › 08 › crypto-bitcoin-mining-texas-whinstone-riot-chad-harris

## Meet the 'King of Bitcoin Mining'—an ex-landscaper who ... - Fortune

Mar 9, 2022 · Whinstone US CEO **Chad** Harris points to where **Bitcoin** mining machines will be installed during a tour of the company's mining facility in Rockdale, Texas, on Oct. 10, 2021. Mark Felix—AFP/Getty...

## Searches related to **chad koehn bitcoin**

| 🔍 chad koehn **suspended** | 🔍 chad koehn **finra** |

---

**More Results**

---

### Privacy Newsletter

Stay protected and informed with our privacy newsletters.

### Help Spread DuckDuckGo

Help your friends and family take back their privacy!

### Learn About Bangs

Discover shortcuts to go to search results on other sites.

**Stay Informed**

Learn how to protect your privacy.



Share Feedback