UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>       Plaintiffs, counter-defendants<br>  v.<br>Michael Nelson<br><br>       Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**     5:22-CV-04008-JWB-TJJ<br><u>CIVIL ACTION</u><br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

## "P"

## To Follow . . .

About 181,000 results     Any time ▾

securitiesarbitrations.com · Dec 19, 2022

### FINRA Sanctions SA Stone Wealth Management Stockbroker For …

Chad Mitchell Koehn of Overland Park, Kansas, a stockbroker registered with SA Stone Wealth Management Inc., has been fined $10,000.00 and suspended for one year from associating with any Financial Industry Regulatory Authority (FINRA) member in any capacity because Koehn engaged in private securities transactions or selling away.

https://securitiesarbitrations.com/chad-koehn

Feedback

### Salina Advisor Chad Koehn: FINRA Investigates Ex-SA Stone Rep
https://www.carlsonlaw.com/salina-advisor-chad...

Sep 21, 2022 · **Salina** Advisor **Chad Koehn:** FINRA Investigates Ex-**SA Stone** Rep. A regulatory investigation into former **SA Stone** Wealth Management broker **Chad Koehn** (CRD# 2216169) …

### Chad Koehn | United Capital Management
https://www.ucmofkansas.com/team/chad-koehn

ckoehn@unitedcapitalgroup.net. **Chad** is CEO and primary shareholder of **United Capital Management** of Kansas, Inc. He has worked in the investment industry since 1991 after …

### Investor Alert - Chad Koehn and SA Stone
securities.mikameyers.com/chad-koehn

Oct 28, 2022 · Chad Koehn, a former registered representative of **securities broker** SA Stone, has been suspended from the securities brokerage industry and fined by industry self-regulator …

### Chad Koehn Subject of FINRA Suspension and $10,000 Fine
https://www.kurtalawfirm.com/blog/chad-koehn

Dec 6, 2022 · Chad Koehn (CRD #: 2216169), a broker formerly registered with **SA Stone** Wealth Management, allegedly participated in unapproved private securities transactions, according to …

### Warning! CHAD KOEHN of SA Stone Wealth Mgmt. is …
https://www.israelsneuman.com/chad-koehn-sa-stone-wealth-mgmt-suspended

Oct 24, 2022 · From 2004 to October 2020, Chad Koehn had his securities license with SA Stone Wealth Mgmt. He worked in Salina, Kansas. Koehn also operates United Capital Management …

### Meet the Team - United Capital Management
https://www.ucmofkansas.com/meet-the-team

After years in the business, we have developed a reputation for educating individuals in an easy-to-understand manner so they can grasp personal finance and use those concepts to pursue …

### Complaints against Chad Koehn Archives • Israels Neuman, PLC
https://www.israelsneuman.com/tag/complaints-against-chad-koehn

**Chad Koehn**, with **SA Stone** Wealth Management, Suspended 12 Months SALINA, KANSAS Have you invested with financial advisor **Chad Koehn**, formerly with **SA Stone** Wealth …

### Related searches

🔍 chad koehn **suspended**

🔍 chad koehn **finra**

🔍 chad koehn **salina ks**

Blog Warning! CHAD … 
https://www.owler.com/reports/israels-neuman/...
**CHAD KOEHN** of **SA Stone** Wealth Mgmt. is SUSPENDED **Chad Koehn**, with **SA Stone** Wealth Management, Suspended 12 Months SALINA, KANSAS Have you invested with financial …

### IAPD - Investment Adviser Public Disclosure - Homepage 
https://adviserinfo.sec.gov/individual/summary/2216169
Detailed ReportReport **CHAD** MITCHELL **KOEHN** CRD#: 2216169 IA Investment Adviser B Previous Broker SUSPENDED FINRA has suspended this individual from acting as a broker. …

### Images of Chad Koehn Sa Stone
bing.com/images


Real Stories: Chad Stone - YouTube


Vehicle hijacking suspect Chad Stone found in…


Chad Koehn | United Capital Management


Chad Stone Budget and…

See all images ›

### Related searches for chad koehn sa stone

🔍 chad koehn **suspended**

🔍 chad koehn **finra**

🔍 chad koehn **salina ks**

Some results have been removed

1  2  3  4  5  ›