**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.: 5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |
| --- | --- |

# EXHIBIT



To Follow . . .



(https://securitiesarbitrations.com)

# FINRA Sanctions SA Stone Wealth Management Stockbroker For Selling Away

 (https://securitiesarbitrations.com/floyd-powell-2/)

 (https://securitiesarbitrations.com/news/)

 (https://securitiesarbitrations.com/michael-carter-5/)

Securities Arbitration Investment Fraud Lawyers (https://securitiesarbitrations.com/) » Investment and Regulatory News (https://securitiesarbitrations.com/category/investment-regulatory-news/) » FINRA Sanctions SA Stone Wealth Management Stockbroker For Selling Away



**Chad Mitchell Koehn** of Overland Park, Kansas, a stockbroker registered with SA Stone Wealth Management Inc., has been fined $10,000.00 and suspended for one year from associating with any Financial Industry Regulatory Authority (FINRA) member in any capacity because Koehn engaged in private securities transactions or [selling away (https://securitiesarbitrations.com//selling-away/)](https://securitiesarbitrations.com//selling-away/). Letter of Acceptance, Waiver, and Consent No. [2021069470101 (https://www.finra.org/sites/default/files/fda_documents/2021069470101%20Chad%20M.%20Koehn%20CRD%202216169%20AWC%20gg%20%282022-1668989997877%29.pdf)](https://www.finra.org/sites/default/files/fda_documents/2021069470101%20Chad%20M.%20Koehn%20CRD%202216169%20AWC%20gg%20%282022-1668989997877%29.pdf) (October 21, 2022).

According to the AWC, between August 2020 and October 2020, during the time that he was associated with SA Stone Wealth Management, Koehn engaged in private securities transactions affecting 59 individuals in a company that purported to own software development and blockchain technology. This led to approximately **$1,475,000.00 i**n sales. Koehn did not provide prior written notice to SA Stone Wealth Management Inc. or otherwise get its approval to take part in those transactions. Therefore, Koehn violated FINRA Rules 2010 and 3280.

FINRA [Public Disclosure (https://brokercheck.finra.org/individual/summary/2216169)](https://brokercheck.finra.org/individual/summary/2216169) shows that Koehn is referenced in three customer initiated investment related disputes concerning Koehn's conduct while associated with securities broker dealers, including Waddell Reed Inc. and Sterne Agee Financial Services Inc. On April 26, 2004, a customer filed an investment related complaint involving Koehn's conduct in which the customer requested $6,850.00 in damages based upon allegations that Koehn made omissions of material fact in connection with the recommendation and sale of variable annuities during the time that Koehn was associated with Waddell Reed Inc.

On September 21, 2010, a customer initiated investment related complaint involving Koehn's conduct was settled to resolve allegations that Koehn failed to follow the Sterne Agee Financial Services Inc. customer's instructions.

Koehn was also referenced in a complaint filed on January 9, 2017, in which the customer requested $5,916.00 in damages based upon allegations that Koehn mismanaged investment accounts at Sterne Agee Financial Services Inc.

Koehn was associated with SA Stone Wealth Management Inc. in Salina, KS, as a stockbroker from January of 2004 to October of 2020.

■ [Investment and Regulatory News (https://securitiesarbitrations.com/category/investment-regulatory-news/)](https://securitiesarbitrations.com/category/investment-regulatory-news/), [Selling Away and Outside Activities (https://securitiesarbitrations.com/category/selling-away-claims/)](https://securitiesarbitrations.com/category/selling-away-claims/)
🏷 [Chad Mitchell Koehn (https://securitiesarbitrations.com/tag/chad-mitchell-koehn/)](https://securitiesarbitrations.com/tag/chad-mitchell-koehn/), [SA Stone Wealth Management Inc. (https://securitiesarbitrations.com/tag/sa-stone-wealth-management-inc/)](https://securitiesarbitrations.com/tag/sa-stone-wealth-management-inc/)

Share (https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fsecuritiesarbitrations.com%2Fchad-koehn%2F)

 Tweet (https://twitter.com/intent/tweet?text=https%3A%2F%2Fsecuritiesarbitrations.com%2Fchad-koehn%2F)

Categories

Alternative Investments (https://securitiesarbitrations.com/category/alternative-investments/) (285)

Boilerroom Sales (https://securitiesarbitrations.com/category/boilerroom/) (443)

Bond Fraud (https://securitiesarbitrations.com/category/bond-fraud/) (208)

Breach of Fiduciary Duty (https://securitiesarbitrations.com/category/breach-of-fiduciary-duty/) (449)

Business Development Companies (https://securitiesarbitrations.com/category/business-development-companies/) (45)

Churning (https://securitiesarbitrations.com/category/churning/) (387)

Closed End Funds (https://securitiesarbitrations.com/category/closed-end-funds/) (9)

Customer Loans (https://securitiesarbitrations.com/category/customer-loans/) (191)

Defective Option Strategies (https://securitiesarbitrations.com/category/options/) (26)

Direct Participation Programs (https://securitiesarbitrations.com/category/direct-participation-programs/) (104)

Elder Financial Abuse (https://securitiesarbitrations.com/category/elder-abuse-claims/) (147)

Excessive Markups (https://securitiesarbitrations.com/category/excessive-markups/) (68)

Excessive Trading (https://securitiesarbitrations.com/category/excessive-trading-claims/) (369)

Exchange Traded Notes (https://securitiesarbitrations.com/category/exchange-traded-notes/) (12)

Failure to Conduct Due Diligence (https://securitiesarbitrations.com/category/failure-to-conduct-due-diligence/) (69)

Failure to Disclose Risk/Warn (https://securitiesarbitrations.com/category/failure-to-disclose/) (7)

Failure to Diversify (https://securitiesarbitrations.com/category/failure-to-diversify/) (14)

Failure to Execute (https://securitiesarbitrations.com/category/failure-to-execute/) (34)

Failure To Supervise (https://securitiesarbitrations.com/category/failure-to-supervise/) (846)

FINRA Securities Arbitration (https://securitiesarbitrations.com/category/finra-arbitration-news/) (1,278)

Forgery (https://securitiesarbitrations.com/category/forgery/) (198)

FS Energy & Power Fund (https://securitiesarbitrations.com/category/fs-energy-power-fund/) (1)

GPB Automotive Portfolio (https://securitiesarbitrations.com/category/gpb-automotive-portfolio/) (6)

GWG Holdings Class L Bonds (https://securitiesarbitrations.com/category/gwg-holdings-class-l-bonds/) (4)

Hedge Funds (https://securitiesarbitrations.com/category/hedge-funds-category/) (41)

Inverse/Leveraged ETF Funds (https://securitiesarbitrations.com/category/inverse-leveraged-etf-funds-1/) (116)

Investment and Regulatory News (https://securitiesarbitrations.com/category/investment-regulatory-news/) (6,360)

Margin Account Fraud (https://securitiesarbitrations.com/category/margin-account-fraud/) (18)

Microcap and Penny Stock Fraud (https://securitiesarbitrations.com/category/penny-stock-fraud/) (36)

Misappropriation of Funds (https://securitiesarbitrations.com/category/misappropriation-of-funds/) (548)

Municipal Bond Fraud (https://securitiesarbitrations.com/category/municipal-bond-fraud/) (102)

Mutual Fund Fraud (https://securitiesarbitrations.com/category/mutual-fund-fraud/) (159)

Native American Theft (https://securitiesarbitrations.com/category/native-american-theft/) (2)

Non-traded REITs (https://securitiesarbitrations.com/category/non-traded-reits/) (357)

Overconcentration (https://securitiesarbitrations.com/category/over-concentration/) (117)

Ponzi Schemes (https://securitiesarbitrations.com/category/ponzi-schemes/) (103)

Private Placement Fraud (https://securitiesarbitrations.com/category/private-placement-fraud/) (188)

Promissory Notes (https://securitiesarbitrations.com/category/promissory-notes/) (124)

Retirement Planning Fraud (https://securitiesarbitrations.com/category/retirement-elder-fraud/) (13)

Reverse Convertible Securities (https://securitiesarbitrations.com/category/reverse-convertible-securities/) (8)

Securities Arbitration Claims (https://securitiesarbitrations.com/category/securities-arbitration-claims/) (1,849)

Securities Fraud (https://securitiesarbitrations.com/category/securities-fraud/) (385)

Selling Away and Outside Activities (https://securitiesarbitrations.com/category/selling-away-claims/) (842)

Steepener Notes (https://securitiesarbitrations.com/category/steepener/) (3)

Stock manipulation (https://securitiesarbitrations.com/category/stock-manipulation/) (18)

Stockbroker Negligence (https://securitiesarbitrations.com/category/negligence-claims/) (95)

Stockbroker Theft (https://securitiesarbitrations.com/category/stockbroker-theft-claims/) (529)

Structured Products (https://securitiesarbitrations.com/category/structured-notes/) (67)

Tenants in Common (TICs) (https://securitiesarbitrations.com/category/tenants-in-common/) (10)

Unauthorized Trading (https://securitiesarbitrations.com/category/unauthorized-trading-claims/) (805)

Unit Investment Trusts (UITs) (https://securitiesarbitrations.com/category/unit-investment-trusts/) (148)

Unregistered Securities (https://securitiesarbitrations.com/category/unregistered-securities/) (67)

Unsuitable Investment Recommendations (https://securitiesarbitrations.com/category/unsuitable-recommendations/) (1,058)

Variable Annuites (https://securitiesarbitrations.com/category/variableannuities/) (485)

Variable Interest Rate Structured Products (https://securitiesarbitrations.com/category/variable-interest-rate-structured-products/) (2)

Wrongful Investment Referral (https://securitiesarbitrations.com/category/wrongful-investment-referral-claims/) (8)

Important Disclaimer

The information contained herein has been obtained from reliable sources however may not be accurate and is not guaranteed by us. Readers are encouraged to undertake their own independent investigation and evaluation of the relevant facts. All claims and allegations are subject to adjudication, decisions may be subject to appeal, and no inference is intended, nor should any inference be made from any information contained herein from any source.

Questions or comments regarding the source or accuracy of information, including any subsequent developments, should be directed to:

[contact@securitiesarbitrations.com (mailto:contact@securitiesarbitrations.com)](mailto:contact@securitiesarbitrations.com)

This posting and the information on our website is for general information purposes only. This content should be not considered legal advice, and any responses, comments, e-mails, other communications do not form any attorney client relationship. Attorney Advertisement.

See [Important Disclaimer (https://securitiesarbitrations.com/important-disclaimer/)](https://securitiesarbitrations.com/important-disclaimer/).

## Related Stories



(https://securitiesarbitrations.com afacan/)

DECEMBER 19, 2022

### Cambridge Investment Research Permits Stockbroker To Resign (https://securitiesarbitrations afacan/)

Erkan Eric Afacan of Paramus, New Jersey, a stockbroker registered with Cambridge Investment Research Inc.,...

POSTED IN: BUSINESS DEVELOPMENT COMPANIES (HTTPS://SECURITIESARBITRATIONS.COM/CATEGORY DEVELOPMENT-COMPANIES/), FINRA SECURITIES ARBITRATION (HTTPS://SECURITIESARBITRATIONS.COM/CATEGORY ARBITRATION-NEWS/), INVESTMENT AND



(https://securitiesarbitrations.com keller-2/)

DECEMBER 19, 2022

### Investors Accuse Equitable Advisors LLC Stockbroker Of Misrepresentation (https://securitiesarbitrations keller-2/)

Douglas Eugene Keller (also known as Douglas Eugene Savery), of Red Bank, New Jersey, a...

POSTED IN: FINRA SECURITIES ARBITRATION



(https://securitiesarbitrations.com ornstein-2/)

DECEMBER 19, 2022

### Investors Settle FINRA Arbitration Claim Against GMS Group (https://securitiesarbitrations ornstein-2/)

William Martin Ornstein of Fairfield, Connecticut, a stockbroker registered with GMS Group, was the subject...

POSTED IN: BREACH OF FIDUCIARY DUTY (HTTPS://SECURITIESARBITRATIONS.COM/CATEGORY OF-FIDUCIARY-DUTY/), FINRA SECURITIES



(https://securitiesa polinai

DECEMBER 19, 2022

### Arive Capital St Sanctioned by F Excessive Tradi (https://securitie polinaire/)

Christopher Alexander P (also known as Chris Pol Hauppauge, New York, a stockbroker registered...

POSTED IN: EXCESSIVE TRAD (HTTPS://SECURITIESARBITRA TRADING-CLAIMS/), INVESTM REGULATORY NEWS (HTTPS://SECURITIESARBITRA REGULATORY-NEWS/)

TAGS: ARIVE CAPITAL MARKE

– ↑ BACK TO TOP –

Call Us Toll Free (Nationwide):

# (877) SEC-ATTY



REQUEST A CONFIDENTIAL CONSULTATION →

We accept representation on a contingent fee basis, meaning there is no cost to you unless we make a recovery for you. There is never any charge for a consultation or a confidential evaluation of your claim. For more information, See Important Disclaimer.

Important Disclaimer

1700 Market Street, Suite 1005
Philadelphia, Pennsylvania 19103 (https://g.co/kgs/jVHGUs)

Direct: (215) 413-8223 (tel:2154138223)
E-mail: contact@securitiesarbitrations.com

Get directions on the map →

2750 NE 185th Street, Suite 302
Aventura, Florida 33180 (https://g.co/kgs/5EeGwF)

Direct: (786) 490-2413 (tel:7864902413)
E-mail: contact@securitiesarbitrations.com

Get directions on the map →

1260 South Soto Street, Suite 7
Los Angeles, California 90023 (https://g.co/kgs/PR9MNe/)

Direct: (213) 255-3475 (tel:2132553475)
E-mail: contact@securitiesarbitrations.com

Get directions on the map →

© 2022 Guiliano Law Group, P.C. (/) (https://securitiesarbitrations.com/)