| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-TJJ**<br><u>CIVIL ACTION</u><br><br>**EXHIBITS**<br><br><br>**[Jury Trial Demanded]** |

UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

# EXHIBIT

# "S"

# To Follow . . .



Home

Horses For Sale

# *The Koehn Family*

**Chad**

Stallions

Broodmares

This Year's Foals

Horses SOLD

History

About Us

Schedule

Contact Us


Chad

**Landon**




Landon

**Jess**




Jess

**Ty**


Ty