UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**　　5:22-CV-04008-JWB-TJJ<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "U"

## To Follow . . .

...

https://www.hiawathaworldonline.com/obituaries/weaver-marsha-1950-2021/article_f65be914-1d11-5f45-a74e-aab4197e55f3.html

# Weaver, Marsha 1950-2021

Oct 15, 2021



COCOA BEACH, Fla. Marsha Sue Korthanke Weaver, 71, Cocoa Beach, Florida, passed away in the early morning hours on Sunday, Oct. 10, 2021, after a 3 year battle with cancer.

Marsha was never going to let cancer define her or hold her back from experiencing life to its fullest. She was always upbeat and full of life, even on her last day of life. She didnt suffer when she passed.

Marsha was born on Feb. 20, 1950, in Sabetha, Kansas. She graduated from Hiawatha, Kansas, High School in 1968. She attended Kansas State University where she earned a bachelors degree in home economics and journalism in 1972, and a masters degree in 1975. She worked as a Family and Consumer Sciences Extension Agent for K-State Research & Extension for 36 years, in Republic and Dickinson counties, before retiring in 2008.

Marsha was married for 48 years to Charles (Chuck) Weaver. They were married on Sept. 1, 1973, in Robinson, Kansas.

She and Chuck moved to Cocoa Beach in 2019. They also keep a home in Abilene, Kansas, where she and Chuck spent the summers watching their grandsons play baseball, soccer and helped with the boys 4-H projects for the fair.

She was a member of the local PEO Chapter CZ, Literary League and served on the Abilene Community Foundation Board of Directors. In her retirement, she enjoyed volunteering at the Eisenhower Presidential Library. Marsha loved to read and enjoyed socializing with her friends in a local book club and a French club. She was a member of the First United Methodist Church in Abilene, Kansas.

Marshas friends and family are invited to a Celebration of Life on Saturday, Oct. 23, 2021, at 2 p.m. at the First United Methodist Church in Abilene. The family will also host a visitation on Friday, Oct. 22, from 5 to 7 p.m. at Martin Becker Carlson Funeral Home in Abilene.

In lieu of flowers, memorial contributions may be made to the Abilene Community Foundation or Abilene Public Library.

Marsha is survived by her husband, Chuck Weaver of Cocoa Beach; son, Aaron Weaver (Rachel) of Atchison, Kansas; daughter, Amber Weaver of Dallas, Texas; and three grandsons: Connor Weaver, Noah Weaver and Mason Weaver, all of Atchison. She is also survived by three bothers: Steven (Linda) Korthanke, of Robinson, Randall Korthanke (Karen) of Robinson, and Stanley Korthanke (LaDonna) of Kearney, Missouri. As published in the Hiawatha World.