UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>    Plaintiffs, counter-defendants<br>  v.<br>Michael Nelson<br><br>    Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**    5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>EXHIBITS<br><br>[Jury Trial Demanded] |

# EXHIBIT

## "V"



## To Follow . . .

**TRIBUTE ARCHIVE**



Sign In

BROUGHT TO YOU BY MARTIN-BECKER-CARLSON FUNERAL HOME

# Marsha Weaver

Abilene, Kansas

February 20, 1950 - October 10, 2021

Share Obituary:

   

Tribute Wall | **Obituary & Events**

## Obituary

Marsha Sue Korthanke Weaver, 71, Cocoa Beach, FL, passed away in the early morning hours on Sunday, October 10, 2021, after a 3-year battle with cancer.

Many people didn't know Marsha still had cancer after she recovered from a successful bone marrow stem cell transplant in 2018. Earlier that year, she was diagnosed with multiple myeloma, a treatable, but incurable blood cancer, which is the third most popular blood cancer only to leukemia and lymphoma.

Marsha was never going to let cancer define her or hold her back from experiencing life to its fullest. She was always upbeat and full of life, even on her last day of life. She didn't suffer when she passed.

Marsha was born on February 20, 1950 in Sabetha, Kansas. She graduated from Hiawatha, Kansas, High School in 1968. She attended Kansas State University where she earned a bachelor's degree in home economics and journalism in 1972, and a master's degree in 1975. She worked as a Family and Consumer Sciences Extension Agent for K-State Research & Extension for 36 years, before retiring in 2008.

Share a memory | Send Flowers

TRIBUTE ARCHIVE

They also keep a home in Abilene, KS where she and Chuck spent the summers watching their grandsons play baseball, soccer and helped with the boys' 4-H projects for the fair. She was a member of the local PEO Chapter CZ, Literary League and served on the Abilene Community Foundation Board of Directors. She was also a founding member of the Dickinson County Arts Council. In her retirement, she enjoyed volunteering at the Eisenhower Presidential Library. Marsha loved to read and enjoyed socializing with her friends in a local book club and a French club. She was a member of the First United Methodist Church in Abilene, Kansas.

Marsha liked to stay active and could always be found walking around the neighborhood in the mornings, whether in Abilene or Cocoa Beach.

Marsha's friends and family are invited to a Celebration of Life on Saturday, October 23, 2021 at 2:00pm at the First United Methodist Church in Abilene. The family will also host a visitation on Friday, October 22 from 5:00-7:00pm at Martin Becker Carlson Funeral Home in Abilene. In lieu of flowers, contributions may be made to the Abilene Community Foundation or Abilene Public Library in Marsha's memory.

Marsha is survived by her husband, Chuck Weaver of Cocoa Beach, FL; son Aaron Weaver (Rachel) of Atchison, KS; daughter Amber Weaver of Dallas, TX; and three grandsons: Connor Weaver, Noah Weaver and Mason Weaver, all of Atchison, KS. She is also survived by three bothers: Steven (Linda) Korthanke, of Robinson, KS; Randall Korthanke (Karen) of Robinson, KS; and Stanley Korthanke (LaDonna) of Kearney, MO.

To send flowers to the family or plant a tree in memory of Marsha Weaver please visit our **Tribute Store**.

## Events

**OCT 22**

**First Visitation**

🕐 Friday, October 22 2021
05:00 PM - 07:00 PM

📍 Martin-Becker-Carlson Funeral Home
414 N 3rd

Share a memory                              Send Flowers

# TRIBUTE ARCHIVE

View Map    Text    Email

---

**OCT**
**23**

Service

🕐 Saturday, October 23 2021
02:00 PM

📍 Abilene First United Methodist Church.
Address Not Available
Abilene, KS 67410

**Get Directions**

View Map    Text    Email

---

Share a memory                    Send Flowers