UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN** <br><br> Plaintiffs, counter-defendants <br><br> v. <br><br> Michael Nelson <br><br> Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**     5:22-CV-04008-JWB-TJJ <br> CIVIL ACTION <br><br> EXHIBITS <br><br> [Jury Trial Demanded] |

# EXHIBIT



# To Follow . . .



Funeral arrangement under the care of
[Danner Funeral Home](#)

## Marsha Weaver Obituary

With heavy hearts, we announce the death of Marsha Weaver of Cocoa Beach, Florida, born in Sabetha, Kansas, who passed away on October 10, 2021 at the age of 71. Family and friends are welcome to leave their condolences on this memorial page and share them with the family.

She is survived by : her husband Chuck Weaver of Cocoa Beach, FL; her children, Aaron Weaver (Rachel) of Atchison, KS and Amber Weaver of Dallas, TX; and her grandsons, Connor Weaver of Atchison, KS., Noah Weaver of Atchison, KS. and Mason Weaver of Atchison, KS..

In lieu of flowers, contributions may be made to the Abilene Community Foundation or Abilene Public Library in Marsha's memory.

## Events

| Fri<br>Oct 22 | **Visitation**<br>Martin-Becker-Carlson Funeral Home<br>414 NW 3rd St, Abilene, KS 67410 |

| Sat<br>Oct 23 | **Celebration of life**<br>First United Methodist Church<br>601 N Cedar St, Abilene, KS 67410 |



Authorize the original obituary

   

Obituary   Plant a tree   Light a Candle   Photos

- Allow Marsha Weaver to be recognized more easily
- Increase the accessibility of loved ones to show you their sympathy
- No advertising will be displayed on this page.