**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN | DOCKET NO.:    5:22-CV-04008-JWB-TJJ |
|---|---|
| Plaintiffs, counter-defendants | CIVIL ACTION |
| v. | EXHIBITS |
| Michael Nelson | |
| Defendant; Counter-Plaintiff PRO-Se. | [Jury Trial Demanded] |

# EXHIBIT

# "X"

# To Follow . . .



Anthem Holdings Co... Dashboard Portfolio Team Members Capitalization Agreements Data Room Actions

# Reports

Holders Pools **Holdings**

## Holdings

Holder Class Type

| CERT ID | HOLDER | ...NDING | OWNERSHIP | FULLY |
|---|---|---|---|---|
| CS-9 | Michael Nelson | ...09,419 | 1.82% | |
| TOTAL | | ...29,547 | 100.89% | 2 |

- [ ] All
- [ ] Mark J. Ritter
- [ ] Cynthia Blanchard
- [ ] Bnk to the Future AnthemGold SP
- [ ] Cooper Collins
- [ ] Guy Martin
- [ ] Ryan Kolzow
- [ ] Michael Nelson
- [ ] Robert Koss
- [ ] Entrust Group FBO Jason Carstensen
- [ ] Summit 7 Ventures LLC
- [ ] Mark Hinojosa
- [ ] Ben Suing

Hey there!
How can we help you?

Anthem Holdings Co... ▾

Dashboard    Portfolio    Team Members    Capitalization ▾    Agreements    Data Room    Actions

☐ Bik Wah Mar

☐ Jim and Sherri Fouts

☐ John and Elizabeth Wearing

☐ Joyce A. Barkman Living Trust

☐ The Richard A. Sidener Living Trust

☐ Sharalyn Tiers

☐ Bob E. Ott Revocable Trust

☐ Larry Summer

☐ Sunset Properties Inc

☐ Chad Koehn

☐ Roger A. Anderson Revocable Trust

☐ Terrill and Carolyn Schwab Trust

☐ Lester and Glenda Jacobs

☐ Roger and Chantae Simpson

☐ Steven Plott

☐ Christopher Schemper

☐ Luke and Iracima Jaeger

☐ Texas MSJ Investments LLC

☐ Kim E. and Conee L. Brown

☐ Brady Coover

☐ Anthem Hayek Blanchard

Hey there!
How can we help you?

Anthem Holdings Co...

Dashboard    Portfolio    Team Members    **Capitalization** ⌄    Agreements    Data Room    Actions

☐ Brandon Belanger

☐ Josh Garrison

☐ Leslie Philipson

☐ Paul Aubert

☐ Mark M. Heatwole

☐ Tom Wingert

☐ Troy and Miranda Ellis

☐ Adam and Jessica McMillin

☐ Logan Golema

☐ Jerry and Diana Mihm

☐ Barry Madden

☐ Tracy Henckel

☐ Rhody Inc.

☐ Entrust Group FBO Paul Aubert

☐ Andrew Fentiman

☐ Yong Anderson

☐ Llavanva Fernando

☐ Kyle and Kade Management Services, Inc Defined Benefit Plan

☐ Josh Gunter

☐ Jason Iacobucci

**Hey there!**
How can we help you?

## Anthem Holdings Co... ⌄

| Dashboard | Portfolio | Team Members | Capitalization ⌄ | Agreements | Data Room | Actions |

- ☐ Michael Terpin
- ☐ Craig Brand and Adriana Soto JTWROS
- ☐ Dominik Zynis
- ☐ Steven Dakh
- ☐ Dale Douglas Takio and Katalin Nagy-Takio JTWROS
- ☐ Andrew Yashchuk
- ☐ Grey Jabesi
- ☐ Renee Nichols
- ☐ Brian French
- ☐ Heath Muchena
- ☐ Justin Breen
- ☐ StockVest Incorporated
- ☐ Jeffrey Ashburn
- ☐ Josh Peterson
- ☐ Damir Demirovic
- ☐ Jillian Wemyss
- ☐ Stephen Macaskill
- ☐ Darin Kaspar
- ☐ Jason Pass
- ☐ Alexander Lopera

Hey there!
How can we help you?

Anthem Holdings Co... ⌄

Dashboard    Portfolio    Team Members    Capitalization ⌄    Agreements    Data Room    Actions

Raul Garcia

☐ Tana Alexander

☐ John McMahon

☐ Michael Venters

☐ David Miller

☐ MET Solutions LLC

☐ Richard L. Bieker Living Trust

☐ Bill Barhydt

☐ Jobadiah Weeks

☐ Juliana Mei

☐ Sean Beecroft

☐ Stefan Bemelmans

☐ Alexandra Blanchard

☐ Robert Solomon

☐ Brien Lundin

☐ Dennis and Rosa Boyles

☐ Steve and Leslie Hess

☐ Tara Nelson and Anita Volskay

☐ The Randy and Sue Ann Phillips Revocable Trust

☐ Anthony Fischler

☐ Enok Madrid

Hey there!
How can we help you?

Anthem Holdings Co...

Dashboard    Portfolio    Team Members    Capitalization ⌄    Agreements    Data Room    Actions

- [ ] Nathan and Melissa Whelchel
- [ ] The Joyce Walker Trust no.1
- [ ] Megan Longo
- [ ] Ubirajara Neto
- [ ] Jerad Busch Trust
- [ ] Bill and Vickie Kern
- [ ] Derek Randecker
- [ ] Viktor Kozub
- [ ] Gloria Hoffman
- [ ] Thomas Lehn
- [ ] Greg and Mary Plott Trust
- [ ] Dan Scarpulla
- [ ] Harold and Darla Loewen
- [ ] Michael Dupree
- [ ] Brad Lancaster
- [ ] Lee J. Booher
- [ ] Eric Witmer
- [ ] Matthew and Tricia Jaeger
- [ ] Heidi Garrison
- [ ] Frank A. Burwell

Hey there!
How can we help you?

Anthem Holdings Co... ⌄ | Dashboard  Portfolio  Team Members  Capitalization ⌄  Agreements  Data Room  Actions

☐ Curtis and Julia Albers

☐ Kevin Spiers

☐ David and Kelly Anderson

☐ WFN Enterprises, Inc.

☐ Irish Vault LLC

☐ Jen Massing

☐ Wade and Maranda Collins

☐ Katherine Gunter

☐ Laura Nelson

☐ Friends for Autism Foundation, Inc.

☐ Michael Preston

☐ Jun Dam

☐ Monja S. Kiefer Trust

☐ Ronald and Preston

☐ The Timothy L. Ellenz Separate Property Trust

☐ Vince and Shannon Bengston

☐ Jim and Brenda Dalke

☐ Stanley C. Byquist

☐ The DAR Revocable Trust UAD

☐ William Steinmetz Revocable Family Trust

Hey there!
How can we help you?

Anthem Holdings Co...  ▼  |  Dashboard  Portfolio  Team Members  Capitalization ▼  Agreements  Data Room  Actions

☐ Michael and Vanessa Fechter

☐ Michael and Vicki Smith Family Trust

☐ Travis Werkmeister

☐ David Ward

☐ Charlotte M. Regan

☐ Tim Weldon

☐ David L. McArdle and Jacob E. Widick

☐ Robert and Debra Massey

☐ John Platten

☐ William Kracht

☐ Curtis and Lisa Weninger

☐ Ronald A. and Julie A. Stratman Revocable Trust

☐ Jeff and Colleen Hardiek

☐ Judd and Sarah Bryarly

☐ Daniel Walter

☐ Justin and Anaalisa Schamberger

☐ Brad and Tisha Beckman Trust

☐ Darrell and Norma Griffin

☐ Shanon Bengston

☐ Kent and Jodeen Mcardle

Hey there!
How can we help you?

Anthem Holdings Co... ⌄

Dashboard    Portfolio    Team Members    Capitalization ⌄    Agreements    Data Room    Actions

- [ ] Douglas and Sharon Loewen
- [ ] The Carla Kessler Trust
- [ ] Douglas W. Rempp Trust
- [ ] Brian and Enno Burhoop
- [ ] Shannon and John Benish
- [ ]
- [ ] Claudia Schoen
- [ ] Sid Miller
- [ ] Eric and Valorie Everhart
- [ ] The Connie K. Beisner Living Trust
- [ ] Charles A Young and Claire D. Hanna
- [ ] Glenn Brands
- [ ] Tod Roberg
- [ ] Richard Risewick
- [ ] Aaron Jantz and Elizabeth Jantz
- [ ] Jason and April Coover
- [ ] Kimberly Wright
- [ ] JD and Paula Sanderson
- [ ] Ron and Tina Lee
- [ ] Vickie and Joe Coover

Hey there!
How can we help you?

Anthem Holdings Co... ⌄

Dashboard  Portfolio  Team Members  Capitalization ⌄  Agreements  Data Room  Actions

☐ Ron Frank

☐ Linda Beneke

☐ Jerry Short

☐ Linda Clark

☐ Mark Halpin

☐ Joe and Ladonna Newman

☐ Nicolaas and Johanna Vos

☐ Creed Hoover

☐ Carla J Princ Living Trust

☐ Dan and Bonnie Daley

☐ KSEZ Financial, LLC

☐ Russell and Glenda Smith

☐ Clay and Jill Wynn

☐ Marion and Susan Dome

☐ Dell C. Princ Living Trust

☐ Michael and Rosie Braxmeyer

☐ Tim and Mindy Emick

☐ Andrew and Carissa Walter

☐ Brian L. and Sally Keeler Trust No. 1

☐ Charles and Marsha Weaver

Hey there!
How can we help you?

Anthem Holdings Co... ▼

Dashboard   Portfolio   Team Members   Capitalization ▼   Agreements   Data Room   Actions

Darvin Strutt

☐ Jeff and Penny Montgomery

☐ Jerry and Kalyn Diehl

☐ John Horacek

☐ Vince W Bengston Revocable Trust

☐ Kelly Dunn

☐ Sylvia Sellard

☐ Mark and Connie Cole

☐ Michael Lietz

☐ The Tonya S. Mills Trust

☐ Richard L. And Susan M. Helvey Trust

☐ Robert Sellard

☐ Ronald and Sandra Stanley

☐ The Heather Jantz Trust No 1

☐ Susan Deges

☐ Toni Renfro Trust UA

☐ Travis and Trisha Scott

☐ David and Carla Kessler

☐ Mark Lofing

☐ Kelly and Rebecca Leon

☐ Braden and Trisha Hake

Hey there!
How can we help you?

Anthem Holdings Co...

Dashboard  Portfolio  Team Members  Capitalization ⌄  Agreements  Data Room  Actions

- [ ] Edward Braun
- [ ] LaDonna Busch
- [ ] Jason Bach
- [ ] Joey and Alison Errington
- [ ] Reed Koehn
- [ ] Tim and Jennifer Brush
- [ ] Walt H. Harris
- [ ] William Cook Living Trust
- [ ] Andrew and Karen Widick
- [ ] Brian and Julie Richardson
- [ ] Darren Charles Rak
- [ ] Carla E. Kessler Family Foundation
- [ ] Vincent and Laurita Berland
- [ ] Robert L and Rettalou Massey Joint Revocable Trust DTD
- [ ] Jakob C. Brush
- [ ] Daryl and Donna Sue Wynn
- [ ] Mark A. Klein
- [ ] Savana Brush
- [ ] Holden Randecker
- [ ] Jared and Kirstin Schamberger Trust UA

Hey there!
How can we help you?

Anthem Holdings Co...

Dashboard     Portfolio     Team Members     Capitalization     Agreements     Data Room     Actions

Hey there!
How can we help you?