UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　Defendant; Counter-Plaintiff PRO-Se. | <mark>**DOCKET NO.:**　　**5:22-CV-04008-JWB-TJJ**</mark><br><u>**CIVIL ACTION**</u><br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "Y"



# To Follow . . .

**Trending**  on't stop the search, they might still be alive'   **GROOVE**  'Nine years is long enough as Syamsul Yusof's w

# US paedophile entered Indonesia on Nov 5

By New Straits Times - June 24, 2020 @ 1:30am



Russ Albert Medlin

JAKARTA: Wanted American fugitive Russ Albert Medlin entered Indonesia three weeks before The International Criminal Police Organisation (Interpol) issued a red notice late last year.

The convicted paedophile is sought for a Bitcoin scam involving US$722 million by the United States' Federal Bureau of Investigations (FBI), according to *The Jakarta Post*.

The Indonesian government said on Monday that Medlin, who was arrested in Jakarta recently, had entered the country before Interpol issued a red notice for him.

Law and Human Rights minister Yasonna Laoly said this in a hearing with the House of Representatives Commission III overseeing legal affairs on Monday.

> **MORE NEWS**
> - Indonesia's Bandung city heating up
> - 74 new speed boats for Indonesia's S&R agency
> - Indonesia reluctant to grant sports citizenship
> - Indonesia mine explosion kills 10

"There was no red notice when he arrived here. Our system didn't detect it at the time," Yasonna said.

"After we received it, the Immigration Office and the National Police conducted an operation to arrest him.

"He could not have entered (the country) if we had received the notification (sooner)."

The ministry said Medlin arrived in Indonesia by using a tourist visa on Nov 5 last year, three weeks before the red notice on Dec 9.

He was apprehended in Kebayoran Baru last week.

## MOST POPULAR

| LATEST | MOST READ |

7m — #Showbiz: South Korea's exports of K-pop albums hit record high

14m — Seoul, Tokyo discuss compensation for victims of wartime forced labour: Reports

33m — Flight data, voice recorders retrieved from Nepal crash site

41m — Ancient Maya cities, 'super highways' revealed in latest survey

48m — $300K Brink's heist: Men distract worker, thief swipes cash

58m — #Showbiz: Feel good songs, creepy movies, make Dyvianna tick

58m — #Showbiz: Roadshow to find next big filmmakers

## ACROSS NEW STRAITS TIMES


**FOOTBALL**   9 hours ago
Thailand edge Vietnam to retain AFF Cup title


**NATION**   12 hours ago
Terengganu MB explains his absence during PM's visit to state


**BADMINTON**   Jan 16, 2023 @ 5:56am
Victor keeps faith with Zii Jia


**POLITICS**   Jan 16, 2023 @ 3:41am
I left Umno 30 years ago, replies PM Anwar on no contest for top two posts


**NATION**   Jan 16, 2023 @ 2:36am
'Please don't stop the search, they might still be alive'

## STORIES FROM SAYS


Jan 16, 2023 @ 5:44am
"Mecca, Makkah Atau Mekah?" - Hanya Satu Ejaan Yang Betul Ini Diiktiraf Arab Saudi & OIC


12 hours ago
"Yang Penting Halal" - Ini 7 Lokasi Chinese Food Anda Patut Cuba Di Sekitar Lembah Klang


Jan 16, 2023 @ 5:21am
Neurosurgical Team Performs Sabah's First Brain Surgery While Patient Is Awake & Singing


Jan 16, 2023 @ 4:52am

It was reported that he allegedly paid three teenage girls to have sex (with him) and that more than US$20,000 in cash was confiscated from the suspect.

If convicted under the 2014 law on child protection, he could face up to 15 years in prison. Police are exploring the possibility that the case has a wider connection to child prostitution rings.

Medlin is wanted by the FBI for his alleged role in defrauding cryptocurrency investors out of US$722 million using a "high-tech Ponzi scheme".

He had been convicted twice in 2006 and 2008 for crimes relating to child molestation and flagged by Interpol as a child molester.

Medlin had served two years in prison for the statutory rape of a 14-year-old girl and possession of child pornography.

# RELATED VIDEOS



Mall In Singapore Reuses Mascot By Turning It Into Bunny With 4 Ears For CNY



Jan 16, 2023 @ 5:01am

"Jangan Sampai Kena Slip Disc" - Geng Lelaki Payung Gelek Ini Buat Ramai Netizen Terhibur

# RELATED ARTICLES



**REGION**  Aug 13, 2022 @ 3:43am

**Controversial minister enters Indonesia presidential race**



**REGION**  Jul 29, 2022 @ 9:45pm

**Culprit behind posting of malicious and paedophilic content to be charged**



**REGION**  Oct 20, 2022 @ 9:48pm



**WORLD**  Nov 8, 2022 @ 6:06am

Indonesia to enter third phase of clinical trials for TB vaccine

Indonesia to publish findings on 2021 Sriwijaya Air crash on Nov 10



GET MOBILE APP

| NEWS | BUSINESS | LIFE & TIMES | SPORTS | WORLD | OPINION | GALLERY | NST PODCAST |
|---|---|---|---|---|---|---|---|
| Crime & Courts | Business Times | Sunday Vibes | Football | World | Columnists | Photos | NST TV |
| Govt / Public Policy | Property | Bots | Badminton | Region | Letters | Infographics | EDUCATION |
| Nation | Cars Bikes Trucks | Heal | Tennis | | Leader | | VOUCHER |
| Politics | | Flair | Cycling | RADIO | | | |
| | | Jom! | Golf | Get Audio+ | | | |
| | | Groove | MMA | Hot FM | | | |
| | | | MotorSport | Buletin FM | | | |
| | | | Cricket | Fly FM | | | |
| | | | Others | 8FM | | | |
| | | | | Molek FM | | | |

2023 © New Straits Times, New Straits Times Press (M) Bhd. A part of Media Prima Group.

Subscribe | Disclaimer | Personal Data Protection Act | Contact Us