UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>          Plaintiffs, counter-defendants<br>     v.<br>Michael Nelson<br><br>          Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**     5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>EXHIBITS<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "AA"

To Follow . . .

Home > Berita

# Guess The FBI's Fugitive Reasons For Choosing Indonesia

19 Jun 2020 10:02 | Editorial Team



*Release of the arrest of a fugitive from the United States FBI, Russ Albert Medlin (Photo: Rizky Adyta Pramana / VOI)*

Share:

JAKARTA - The fugitive federal bureau of investigation (FBI), Russ Albert Medlin, is said to have often been in and out of Indonesia using different tourist visas and passport numbers. Based on provisional examinations and existing data, Russ Albert Medlin, the last time he came to Indonesia was in November 2019.

In fact, since 2016 Russ Albert Medlin has been declared a fugitive in the bitcoin investment fraud case. Although, Interpol only issued a red notice against him in December 2019. With this fact, the question arises why Russ Albert Medlin chose Indonesia as a place to stop or perhaps hide.

Al Azhar University Criminal Law Observer, Suparji Ahmad said, there were several allegations that led Russ Albert Medlin to choose Indonesia. First, regarding the assumption that law enforcement in Indonesia is weak and not firm.

Then, the second reason has to do with the conditions and situations that make it comfortable to be in Indonesia. For example, culture or economy.

"This factor also influences (about legal enforcement, ed) because it is considered a slow and indecisive law. Or maybe there are non-juridical factors, for example, political or economic influence," Suparji told VOI, Friday, June 19.

Regardless of these allegations, continued Suparji, with Russ Albert Medlin being arrested in Indonesia, the applicable criminal law rules must be applied. Although, currently the Police are coordinating with Interpol regarding the extradition process.

According to him, the National Police must take a decision to imprison Russ Albert Medlin in accordance with the applicable law as a form of responsibility for criminal acts he committed in Indonesia.

Although, it was said that it was quite difficult because Russ Albert Medlin's detention really depended on the results of his coordination with Interpol.

"It is very much influenced by the legal process in Indonesia. If there is a sentence, it must be served first. But an agreement can also be made in Interpol for the crime that caused the FBI to become a fugitive," said Suparji.

## MOST POPULAR TAGS

#PSSI
#KDRT
#Jokowi
#Tragedikanjuruhan
#ferdy sambo trial

## POPULAR



| NEWS
**Moeldoko Encourages BPJS Employment Participation For Informal Sector Workers**
17 Jan 2023 00:40



| NEWS
**Head Of BPBD Central Java Calls Handling Hoax News In The Center Of Disasters Is An Important Moment To Be Addressed Immediately**
17 Jan 2023 00:34

Travel into Indonesia

Head of Public Relations of Polda Metro Jaya, Kombes Yusri Yunus, said that the FBI fugitive entered Indonesia in November 2019 through Halim Perdanakusuma Airport. At that time, Interpol had yet to issue a red notice for Russ Albert Medlin who came from Dubai.

"Had entered Indonesia because there was no red notice. Finally, from Dubai in November 2019 and cross-checked with data at immigration, he arrived in November 2019 through Halim Perdanakusuma Airport using the visa-free tourist visit facility," said Yusri .

However, after Interpol issued a red notice on December 10, 2019, Russ Albert Medlin could no longer leave Indonesia and choose to stay. Until finally, he was arrested for intercourse with a minor after living for six months.

"Since there was a red notice issued by the FBI to Indonesia through Interpol and immigration friends, since then he has been a fugitive so that his passport is deemed invalid," said Yusri.

*The English, Chinese, Japanese, Arabic, French, and Spanish versions are automatically generated by the system. So there may still be inaccuracies in translating, please always see Indonesian as our main language. (system supported by DigitalSiber.id)*

Tag:   INTERNASIONAL    KASUS HUKUM



| NEWS
**BMKG Forecasts DKI Jakarta Weather In Cloudy Mornings To Light Rain**
17 Jan 2023 01:25



| NEWS
**Ironically, Kandung's Father In Blora Hamiliki Is The Daughter Of A Person With Disabilities To Pregnant**
17 Jan 2023 01:29



| NEWS
**Basin Asphalt Of Halim Airport Uncovered: 08.05 Gets A Report, 08.45 Runway Can Be Used**
17 Jan 2023 00:50

## RELATED NEWS



| ECONOMY
**Criticized By The Trade Minister For Low Soybean Imports, Buwas: We Can't Derive**
17 Jan 2023 07:35



| SPORTS
**"The Termination Of League 2 Could Be A Trigger For The Persecution Between Clubs And Players," Said Hamka Hamzah**
17 Jan 2023 07:11



| BERNAS
**Early Childhood Football Development: Considered Fondasi But Always Repaired By PSSI**
17 Jan 2023 07:07



| NEWS
**Russia Uses Air Defense Systems For Ground Target Serang In Ukraine, Disrupts Ballistic Missiles?**
17 Jan 2023 07:00



| ECONOMY
**In Order To Capai 1.4 Billions Of Nusantara Tourist Movement, Menparekraf Emitted Spontane Tourism Trends This Year**
17 Jan 2023 06:36



| MEMORY
**Gus Dur Allowed The Celebration Of Chinese New Year Back In Today's History, 17 January 2000**
17 Jan 2023 06:06