| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>        Plaintiffs, counter-defendants<br>    v.<br>Michael Nelson<br><br>        Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**    5:22-CV-04008-JWB-TJJ<br><u>CIVIL ACTION</u><br><br>EXHIBITS<br><br>**[Jury Trial Demanded]** |

UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

# EXHIBIT

# "DD"

## To Follow . . .



# HeraSoft Case Study Short Version English with Subtitles  NOT YET RATED

1 year ago | More



Dale Takio - HeraSoft     + Follow

 Solutions Features Resources Watch Pricing Contact Sales  Log in Join New video

Leave the first comment:


Add a new comment

Add a comment

Search results for "herasoft"

 Autoplay next video


HeraSoft Case St…
Dale Takio - HeraSoft


Up-close with Ant…
HeraSoft


Case Study Short…
Dale Takio - HeraSoft



| Product | Resources | Apps | Vimeo |
|---|---|---|---|
| Interactive Video | Help Center | Vimeo for macOS | Pricing |
| Auto Caption | Blog | Vimeo for iOS | Upload |

# vimeo

Solutions ⌄   Features ⌄   Resources ⌄   Watch   Pricing   Contact Sales   🔍   Log in   Join   New video ⌄

| | | | |
|---|---|---|---|
| Video Player | OTT Resources | Vimeo Create for Android | Vimeo OTT |
| Video Library | Developers | Magisto | Site map |
| Create | Students | Vimeo for Shopify | About |
| Live Streaming | Become a Partner | Vimeo for Zoom | Investor Relations |
| Screen Recorder | Join Vimeo Experts | | Press |
| Privacy | Guidelines | | Jobs |
| Collaboration | | | |
| Distribution & Marketing | | | |
| Monetization | | | |
| Analytics | | | |
| Hosting & Management | | | |
| Stock | | | |
| For Hire | | | |

© 2022 Vimeo.com, Inc. All rights reserved.   Terms   |   Privacy   |   CA Privacy   |   Copyright   |   Cookies

Language: English   Mature content filter: None