| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>          Plaintiffs, counter-defendants<br>     v.<br>Michael Nelson<br><br>          Defendant; Counter-Plaintiff PRO-Se. | **UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**<br><br>**DOCKET NO.:**     5:22-CV-04008-JWB-TJJ<br><u>CIVIL ACTION</u><br><br>EXHIBITS<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "FF"

# To Follow . . .

