UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**　　5:22-CV-04008-JWB-TJJ<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "HH"

## To Follow . . .

## Issuer's Identity

**CIK (Filer Id Number)**
0001830762

**Name of Issuer**
Anthem Holdings Co

**Jurisdiction of Incorporation/Organization**
DELAWARE

**Address of Issuer**
550 CLUB DR.
SUITE 445
MONTGOMERY TEXAS, 77316

## Sales Data

| | | | |
|---|---|---|---|
| **State** KS | **Notice Date** 11/11/2020 | **File Number** 354511-587336 | |
| **Expires** Never | **Notice Type** New | | |
| **Offering Amount** | **Date of Sale** | **Total # of Investors** | **Amount Sold** |
| $5,000,000 | 10/27/2020 | 59 | $1,475,000.00 |

Filer, on behalf of the issuer, understands and agrees that it is submitting a Form D for Regulation D, Rule 506 offerings to one or more States in compliance with state and federal regulatory requirements. Filer, on behalf of the issuer, understands and agrees that by submitting this Form D in the selected States the issuer is obligated to comply with each of the selected States' requirements governing consent to service of process and jurisdiction. Filer, on behalf of the issuer, understands and agrees that for purposes of complying with the selected States' laws, relating to either the registration or sale of securities, Filer, on behalf of the issuer, hereby irrevocably appoints the officers of the States in which the Form D was filed and their successors in such offices, its attorney in those States upon whom may be served any notice, process or pleading in any action or proceeding against it arising out of, or in connection with, the sale of securities or out of violation of the aforesaid laws of the States; and the Filer, on behalf of the issuer, hereby consents that any such action or proceeding against it may be commenced in any court of competent jurisdiction and proper venue within the States in which the Form D was filed by service of process upon the officers so designated with the same effect as if the undersigned was organized or created under the laws of that State and have been served lawfully with process in that State.