UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**　　5:22-CV-04008-JWB-TJJ<br>**CIVIL ACTION**<br><br>**EXHIBITS**<br><br>**[Jury Trial Demanded]** |

# EXHIBIT

# "ii"

## To Follow . . .

                                                                                                                           Edge

## HERC RESOURCES

Whitepaper 🔗

herc.one/ 🔗

Community ⌄

Explorer ⌄



… endorse or rate any crypto projects. Please read our Coin Database Disclaimer for more informatio. **Learn More** | **Hide This**

| HERC PRICE | 24H PRICE CHART | MARKET CAP | 24H VOLUME | CIRC SUPPLY |
|---|---|---|---|---|
| $0.00181  -0.01% | | $149.62K | $0 | 82.61M |



Blockchain  Ethereum  Sectors  Business Service  Token

Edge

## HERC RESOURCES

Whitepaper

herc.one/

Community

Explorer



Invalid symbol

Date Range                                                                                           %

SOURCE: **HERCUSD CHART BY TRADINGVIEW**

### ABOUT HERCULES

Hercules, a Special Economic Zone Company (SEZC) develops supply chain management software that utilizes public blockchains. The Hercules platform is decentralized and powered by HERC tokens which are required to record and validate the supply chain data.



Unfortunately the necessary data for this indicator is not available at the moment.

Edge

### HERC RESOURCES

Whitepaper

herc.one/

Community

Explorer

Unfortunately the necessary data for this indicator is not available at the moment.

### HERCULES ORGANIZATION & TEAM



**Anthem Blanchard**
Chief Executive Officer



**Cynthia Blanchard**
President



**Paul Aubert**
Vice President



**Logan Golema**
Chief Technology Officer



**Grey Jabesi**
Chief Visual Officer



**Josh Gunter**
Director of Client Services

### HERCULES RECENT TWEETS

                                                                                                    Edge

### HERC RESOURCES


Whitepaper

herc.one/

Community

Explorer

Messi winning his seventh Ballon D'or we're giveaway kitbox!

ly
w us.



Suggest an Edit · Report Project

All images, branding and wording is copyright of Hercules. All content on this page is used for informational purposes only. CryptoSlate has no affiliation or relationship with the coins, projects or people mentioned on this page. Data is provided by CoinMarketCap, Coinpaprika and TradingView.

                                                                                                                                           Edge

HERC RESOURCES

Whitepaper

herc.one/

News | Topics | Data | Directory | Connect | More
---|---|---|---|---|---
Bitcoin | DeFi | Coin Rankings | Companies | Telegram | About
Ethereum | NFTs | DeFi Coins | Products | Twitter | Advertising
Stablecoins | Web3 | NFT Coins | People | Instagram | Support

DISCLAIMER: BY USING THIS WEBSITE, YOU AGREE TO OUR TERMS AND CONDITIONS AND PRIVACY POLICY. CRYPTOSLATE HAS NO AFFILIATION OR RELATIONSHIP WITH ANY COIN, BUSINESS, PROJECT OR EVENT UNLESS EXPLICITLY STATED OTHERWISE. CRYPTOSLATE IS ONLY AN INFORMATIONAL WEBSITE THAT PROVIDES NEWS ABOUT COINS, BLOCKCHAIN COMPANIES, BLOCKCHAIN PRODUCTS AND BLOCKCHAIN EVENTS. NONE OF THE INFORMATION YOU READ ON CRYPTOSLATE SHOULD BE TAKEN AS INVESTMENT ADVICE. BUYING AND TRADING CRYPTOCURRENCIES SHOULD BE CONSIDERED A HIGH-RISK ACTIVITY. PLEASE DO YOUR OWN DILIGENCE BEFORE MAKING ANY INVESTMENT DECISIONS. CRYPTOSLATE IS NOT ACCOUNTABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGE OR LOSS INCURRED, ALLEGED OR OTHERWISE, IN CONNECTION TO THE USE OR RELIANCE OF ANY CONTENT YOU READ ON THE SITE.

© 2022 CRYPTOSLATE. ALL RIGHTS RESERVED. TERMS | PRIVACY