| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>**EXHIBITS**<br><br>[Jury Trial Demanded] |
|---|---|

UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

# EXHIBIT

# "JJ"

# To Follow . . .

# CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM AND INFORMATION STATEMENT OF ANTHEM HOLDINGS COMPANY


**AnthemGold, Inc.**


**Anthem Vault, Inc.**


**AG HERC, Inc.**

### AV Acquisition Corporation, a Nevada corporation
### AGLD Acquisition Corporation, a Texas corporation
### AGH Acquisition Corporation, a Delaware corporation
### the ("*Merger Subs*")

**An Exchange Offer for 21,000,000 Shares of Common Stock to All Current Equity Holders and a Sales Offering of up to 7,000,000 Shares of Common Stock for $5,000,000**

---

This Confidential Private Placement Memorandum and Information Statement (the "*Memorandum*") relates to (i) the offering (the "*Exchange Offering*") to all current equity holders of Anthem Vault, Inc. ("*AV*"), a Nevada corporation, AnthemGold, Inc., a Texas corporation ("*AG*"), AG HERC, Inc., a Delaware corporation ("*AGH*", and collectively with AV and AG, the "*Exchange Subsidiaries*") for an aggregate of 21,000,000 shares (the "*Exchange Shares*") of common stock, par value $0.001 per share ("*Common Stock*"), of Anthem Holdings Company, a Delaware corporation (the "*Company*," "*we*," "*us*," or "*our*"), (ii) the "short-form" merger of each of the Exchange Subsidiaries into each of the Merger Subs (the "*Mergers*") pursuant to which the remaining shareholders of each of the Exchange Subsidiaries will receive shares of Common Stock in the same proportion as the shareholders receive in the Exchange Offering, and (iii) the offering (the "*Stock Offering*" and together with the Exchange Offering, the "*Offerings*") of up to 7,000,000 shares (the "*Sale Shares*" and together with the Exchange Shares, the "*Offered Shares*") of Common Stock. The offering price per Sale Share is $0.71 and the minimum individual subscription is $_____. We intend to close (the "*Exchange Closing*") on the Exchange Offering when we have received indications to exchange from shareholders owning at least ninety (90%) of each of the Exchange Subsidiaries in order to be able to complete the Mergers. Immediately after the Exchange Closing, we intend to complete the Mergers by making the appropriate state filings, and as soon thereafter as practicable, we intend to conduct a closing of the Stock Offering. We are offering the Offered Shares solely to accredited investors meeting the suitability standards set forth in this Memorandum.

The authorized capital stock of the Company consists of 50,000,000 shares of Common Stock and 1,000,000 shares of preferred stock, par value $0.001 per share. Upon the Exchange Closing and the completion of the Mergers, there will be 21,000,000 shares of Common Stock issued and outstanding. Upon the final closing of the Stock Offering, there will be an additional 7,000,000 shares of Common Stock issued and outstanding for an aggregate of 28,000,000 shares outstanding. Also, upon completion of the Mergers, we intend to grant options to current holders of options in AV and AG which shall be adjusted based on the relevant exchange ratio, and as a result, we should have approximately 3,361,140 shares underlying such options under the Company's 2019 Stock Incentive Plan, which will have an aggregate of 6,000,000 shares of Common Stock available for issuance.