**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| United Capital Management of Kansas, Inc. and CHAD M. KOEHN | DOCKET NO.:    5:22-CV-04008-JWB-TJJ |
|---|---|
| Plaintiffs, counter-defendants | CIVIL ACTION |
| v. | EXHIBITS |
| Michael Nelson | |
| Defendant; Counter-Plaintiff PRO-Se. | [Jury Trial Demanded] |

# EXHIBIT

# "LL"

# To Follow . . .



# The Gold Backed

## Asset Token



USD
### 1920.20 /Ounce

USD
### 61.73 /Gram

**Buy Gold Now**

## Use your AGLD tokens to withdraw real gold

**Withdraw Gold**



The Gold will be delivered to your home, terms and conditions apply. You can also sell the gold bars back to us for 0% fees at spot price.

Copyright AnthemGold Inc All Rights Reserved

AnthemGold - Cryptocurrency that allows users to electronically purchase and exchange gold securely with Blockchain technology






# Sign up to be an

# Affiliate

### Become an Affiliate

# Free 0.1 AGLD & 0.001 ETH per *verified Sign Up

### Add AGLD To Your Wallet



# CEO Anthem Blanchard has been featured on :

Copyright AnthemGold Inc All Rights Reserved












# PHYSICAL GOLD THAT'S TRACKED AND TRADABLE ON BLOCKCHAIN

Current Stablecoin

Problem

Copyright AnthemGold Inc All Rights Reserved

     

## What is a Fully Backed Asset Token?

- a cryptocurrency that holds the value of index of the asset backing it. (Such as Silver, Gold, Other Metals)

- Only 77% backed by an actual asset
- Over 66% are pegged to USD
- Reliant on US Federal Reserve and FDIC
- Problem physical delivery >$10,000
- Bank wires can be held up by Fedwire

## Anthem Gold

- Fully backed custody

- Instant Tradable
- Securely Vaulted
- Insured
- Transparent

# VAULT LIVE VIDEO STREAM

Watch the first gold vault fill in real time!

Bars in the Vault : 16 | AGLD Minted 1000









Copyright AnthemGold Inc All Rights Reserved

# News.

Check for YourSelf: https://abc13.com/weather/









## Real Gold

- Securely Vaulted, Compliant & Lloyd's Insured
- Decentralized
- Immutable Triple-Entry

## Transparency

- The AGLD token code has been audited by Hosho Smart Contract Security group and is best practices Solidity. As a fully compliant and auditable blockchian asset all token actions will be visible on Etherscan

## Secure Physical Storage

- UL Class 3 Vault with motion sensors and intrusion siren
- 24/7 live camera inside vault that's viewable by anyone
- Gated compound with 24/7 security quard presence with 5



Copyright AnthemGold Inc All Rights Reserved

      

- Instantly Tradable for bitcoin (BTC)/ethereum (ETH) or Physically Delivered Bars

HERC ASSET LIST

layers of entry access control, including the use of biometric identifiers

# HOW IT WORKS

## Related Videos



Find out how Hercules Supply Chain Blockchain Protocol secures the provenance of the AnthemGold bars.



Watch the video to understand how a highly secure vault looks and operates?



The legacy of AnthemGold runs 50+ years thanks to James Ulysses Blanchard III and survives through his son our founder Anthem Blanchard.



    

Copyright AnthemGold Inc All Rights Reserved

AnthemGold - Cryptocurrency that allows users to electronically purchase and exchange gold securely with Blockchain technology

# OUR TEAM

We are dynamic and diverse group with passion for smart investing and love for blockchain technology

ALL



## Anthem Hayek Blanchard

Chief Executive Officer





## Cynthia Blanchard

President



    

Copyright AnthemGold Inc All Rights Reserved



## Paul Aubert

Vice President





## Josh Gunter

Director of Client Services





## Mark Heatwole

Directors





## Cooper Collins

Directors





     

Copyright AnthemGold Inc All Rights Reserved

5/19/22, 5:54 PM

AnthemGold - Cryptocurrency that allows users to electronically purchase and exchange gold securely with Blockchain technology



Danijel Demirovic

Browser Experience Developer



**YOU?**



## Administrative



Renee Nichols

Senior Staff Accountant





Shannon Gunter

A/R Specialist & CSR

Copyright AnthemGold Inc All Rights Reserved

    

## Senior Advisors



### Mike McRoberts

Senior Advisor





### Bret Dunnaway

Senior Advisor





### Sinjin David Jung

Senior Advisor

     

Copyright AnthemGold Inc All Rights Reserved



## Advisors



### Bill Barhydt

Founder/Ceo - Abra





### Steve Dakh

Co-founder of Ethereum







Copyright AnthemGold Inc All Rights Reserved

## Michael Terpin

### CEO - Transform



## Benjamin Katz

### Advisor





## Austin Davis

### Advisor



## Technical Advisors

     

Copyright AnthemGold Inc All Rights Reserved





## Sean B.

Technical Advisor



## Family Office Advisors



### John Morgridge



### Kai Nygard



     

Copyright AnthemGold Inc All Rights Reserved

 

# Get in Touch With Us

## Social Networks

   

## Chat With Us



## Email Us

social@anthemgold.com

 Gold

Privacy Policy

Terms of Service

Metamask

F.A.Q

### COMPANY

Buy Gold

AnthemBunker

Team

News

### CONNECT

Facebook

Twitter

Instagram

Linkedin

YouTube



     

Copyright AnthemGold Inc All Rights Reserved