UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>EXHIBITS<br><br>[Jury Trial Demanded] |

# EXHIBIT

# "MM"

# To Follow . . .

Home / herc.one Technology Profile / herc.one Redirect Profile

# HERC.ONE

| Technology Profile | Detailed Technology Profile | Meta Data Profile | Relationship Profile | Redirect Profile | Company Profile |

### HERC.ONE
All Inbound Redirects

| Domain | Country | First Detected | Last Detected |
| --- | --- | --- | --- |
| lunargistics.com | ✓ | 2019-09-03 | 2019-11-10<br>986 days ago |

### HERC.ONE
Outbound Redirects

No outbound domain redirects found yet.