UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br>　　v.<br>Michael Nelson<br><br>　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**　5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br>EXHIBITS<br><br><br>[Jury Trial Demanded] |

# EXHIBIT

# "NN"

# To Follow . . .



# AnthemGold History

2011

**FEB 12, 2011**
Anthem Vault Incorporated

**DEC 14, 2012**
AV Website Launched

**NOV 31, 2013**
Over $1M in Sales

**DEC 23, 2013**
IRA accounts launched

**JAN 14, 2014**
Referral System Launched

**JULY 4, 2014**
INN coin launched

**JULY 19, 2014**
1000 AV Accounts open

**APR 18, 2015**

Anthem Hayek, LLC Established

**MAY 25, 2015**
Hayek Beta Launched

**JUL 4, 2015**
INN coin mining completed

**AUG 7, 2015**
Acquired Amagimetals.com website

**AUG 7, 2015**
Opened Denver office

**NOV 2, 2015**
Hayek Beta Closed

**JUNE 2, 2016**
AV Bartlesville Office opens

**AUG 9, 2016**
Launched AV RIA Program

**AUG 17, 2016**
Anthem Gold Established

**NOV 2, 2017**
Hercules SEZC Established

**OCT 20, 2017**

HERZ SEZC

**DEC 8, 2017**
HERC Offices open

**DEC 18, 2017**
AG Herc Incorporated

**DEC 17, 2017**
Educational website went live

**JAN 5, 2018**
Sign Factom

**MARCH 14, 2018**
Whitepaper release

**AUG 28, 2018**
Testnet and contracts audit

**SEPT 8, 2018**
HIPR Alpha

**OCT 29, 2018**
HERC Token Release

**DEC 15, 2018**
Intensive overhaul



**JAN 5, 2019**

Announce Helmsley Spear pilot

**FEB 14, 2019**

Herc Home release

**FEB 28, 2019**

Mintable asset tokens in audit

**MARCH 22, 2019**

Complete Anthem gold - ready to launch

**APRIL 18, 2019**

AGLD Launched

**MAY 15, 2019**

Humanity DAO AGLD Universal Basic Income Airdrop

**JUNE 3, 2019**

Bring on Untraceable as Strategy Partners

**JUNE 12, 2019**

HERC DocuNFT Testnet

**AUGUST 8, 2019**

HERC DocuNFT Mainnet

**AUGUST 12-14, 2019**

Debut Lunargistics Division at Futurist Conference



More to Come

○

Have More Questions? See our FAQ

**Token Info**

Anthem Gold CEO Anthem Blanchard Media Roundup



## Get in Touch With Us

| Social Networks | Chat With Us | Email Us |
|---|---|---|
| |  | social@anthemgold.com |







Privacy Policy
Terms of Service
Metamask
F.A.Q

## COMPANY

Buy Gold
AnthemBunker
Team
News

## CONNECT

Facebook
Twitter
Instagram
Linkedin
YouTube

## SUBSCRIBE

Leave your email to stay updated with latest news from AnthemGold!

Enter your email

SUBSCRIBE