# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br> Plaintiffs, Counter Defendants <br><br> v. <br><br> Michael Nelson <br><br> Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> **CIVIL ACTION** <br><br> **Notice of Compliance with Confidential Settlement Report per Order in Doc 360** <br><br> **[Jury Trial Demanded]** |

**Notice of Compliance with Confidential Settlement Report per Order in Document 360**

COMES NOW, Michael Nelson, defendant and Counter-Plaintiff in the above captioned matter and states and thus hereby certified that on 20 January 2023, pursuant with ORDER of the Court in Document 360, I did file "CONFIDENTIAL SETTLEMENT REPORT" to the Chambers of US MAGISTRATE JUDGE JAMES by emailing the same as a pdf attachment at 1513 hours to the email address: <ksd_james_chambers@ksd.uscourts.gov> per instructions in Order 360

Respectfully Submitted, this 20th day of Jan 2023

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com  Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*