# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br> Plaintiffs, Counter Defendants <br><br> v. <br><br> Michael Nelson <br><br> Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> **CIVIL ACTION** <br><br> <u>Notice of Updates to Disclosures and</u> <u>Discovery</u> <br><br> **[Jury Trial Demanded]** |

<u>Notice of Updates to Disclosures and Discovery</u>

COMES NOW, Michael Nelson, defendant and Counter-Plaintiff in the above captioned matter and states on this day 20 January 2023, I did cause to be sent via postage paid United States Postal Mail updates on disclosures and discovery to Christopher Jon Kellogg at:

CHRISTOPHER JON KELLOGG
Kennedy Berkley Yarnevich & Williamson, Chartered
Post Office Box 2567
SALINA KS 67402-2567
POSTAGE PAID USPS FIRST CLASS MAIL WITH CERTIFIED TRACKING NUMBER:

9214890142980477683714

<u>Respectfully Submitted, this 20th day of Jan 2023</u>

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*