KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHAD M. KOEHN, ET AL. , | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| vs. | ) | **Case No. 22-CV-04008-JWB-GEB** |
| | ) | |
| MICHAEL NELSON, | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### EMERGENCY
### PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RULE 35 EXAMINATION AND MOTION FOR ORDER TO SHOW CAUSE UNDER SEAL

Pursuant to Rule 7.1 Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith file this Emergency Motion for Leave to file Plaintiffs' Motion for a Rule 35 Examination and Motion for Order to Show Cause against Defendant, MICHAEL NELSON, under seal.

As grounds therefore, Plaintiffs represent that each of these motions will, of necessity, contain disclosures of the Defendant's confidential healthcare information.

In the Court's January 18, 2023, Order setting deadlines, the Court required that Plaintiffs file their Motion for a Rule 35 Examination and Motion for Order to Show Cause against Defendant, MICHAEL NELSON, by no later than this Wednesday, January 25, 2023.

1

The motions to be filed by the Plaintiffs contain personal healthcare information of the Defendant. The disclosure of Defendant's personal health care information in the motions is essential to the arguments made in the respective motions.

WHEREFORE, Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., respectfully pray that this Court will enter an Order granting Plaintiffs leave to file Plaintiffs' Motion for a Rule 35 Examination and Motion for Order to Show Cause against Defendant, MICHAEL NELSON, under seal.

Dated January 23, 2023.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

/s/ Chris J. Kellogg
Chris J. Kellogg.