# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br> Plaintiffs, Counter Defendants <br> v. <br> Michael Nelson <br><br> Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> **CIVIL ACTION** <br><br> **NOTICE OF in Compliance with KSA and Federal Rules of Civil Procedure and Order of the Court (magistrate report) in Doc. 360** <br><br> [Jury Trial Demanded] |

## NOTICE OF in Compliance with KSA and Federal Rules of Civil Procedure and Order of the Court (magistrate report) in Doc. 360

COMES NOW, Michael Nelson, defendant/Counter-Plaintiff hereby Notices the Court and opposing parties the undersigned still awaits requests made for reconsideration of Magistrate Report in Doc. 360, per email sent the prior week. Time has not expired for appeal de novo of Magistrate Report in Doc. 360. A proper Motion to Strike and/or Dismiss the second amended counter complaint has been duly tendered, requiring stay of discovery by law. Doc. 360 gave an extension for answer, not due until ruling on strike/dismiss which may materially advance the matter to termination in accordance with FRCP Rule 1, providing for judicial economy and conservation of judicial resources. Any aspect of the second amended complaint deemed not subject of the Motion to Strike/Dismiss is otherwise denied, with rights reserved to file extensive answer(s) and exhibits, once the procedures as laid out in Kansas law and FRCP are fully exhausted.

<u>Respectfully Submitted, this 23rd day of Jan 2023</u>

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com  Phone: 702-932-3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*