KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY PROPOUNDED TO THE DEFENDANT NOVEMBER 10, 2022, AND SANCTIONS; DEEM FIRST REQUEST FOR ADMISSION SERVED NOVEMBER 10, 2022, ADMITTED; MEMORANDUM OF LAW; AND CERTIFICATE OF GOOD FAITH CONFERENCE**

The Court has authorized this Motion in its January 18, 2023, Order setting deadlines, at *3.

Pursuant Fed. R. Civ. P. 37 and 36(a)(3), D. Kan. Rule 7.1 and 37.2, Plaintiffs, Chad M. Koehn ("Mr. Koehn") and United Capital Management of Kansas, Inc. ("UCM"), by and through their undersigned counsel, herewith move for the entry of an Order compelling the Defendant Michael Nelson's ("Mr. Nelson") to provide full and complete answers under oath to Plaintiffs' Second Interrogatories served upon Defendant, MICHAEL NELSON, November 10, 2022, a copy of which are attached hereto as Exhibit "A;" serve full and complete written Responses and Produce the Documents in the Plaintiffs' First Request for Production November 10, 2022, a copy of which are attached hereto as Exhibit "B;" and deem each of the Requests for Admissions set

1

forth in Plaintiffs' First Request for Admissions served November 10, 2022, a copy of which are attached hereto as Exhibit "C" admitted by Defendant, MICAHEL NELSON, for all purposes in this action.

As grounds therefore, Plaintiffs will demonstrate unto this Court that on November 10, 2022, counsel for Plaintiffs served by mail a true copy of Exhibits "A," "B," and "C" to the Defendant and filed a Notice of Compliance confirming service of the said discovery upon the Defendant. *See* Doc. 316. <u>Defendant failed and/or refused to object to and/or provide any response to Exhibits "A," "B" and "C" attached hereto</u>.

Fed. R. Civ. P. 33 requires the Defendant, MICHAEL NELSON, to object to and/or answer under oath the Second Interrogatories which Plaintiffs propounded November 10, 2022, by no later than thirty (30) days from the date the discovery was served upon him.

Fed. R. Civ. P. 34 requires the Defendant, MICHAEL NELSON, to object to and/or respond to and produce the documents set forth in Plaintiffs' First Request for Production served upon Defendant, MICHAEL NELSON, November 10, 2022, by no later than thirty (30) days from the date the discovery was served upon him.

Fed. R. Civ. P. 36(a)(3) requires the Defendant, MICHAEL NELSON, to object to and/or Respond to the Requests for Admissions set forth in Plaintiffs' First Request for Admissions served upon Defendant, MICHAEL NELSON, November 10, 2022, by no later than thirty (30) days from the date the discovery was served upon him or the Court will deem the matter in each request Admitted.

Fed. R. Civ. P. 37(a)(3)(B) and D. Kan. Rule 7.1 and 37.2 provide for the entry of an Order Compelling the discovery served upon the Defendant upon the Defendants' failure to timely object and/or respond to the discovery. Defendant has failed or refused to object to and/or answer any of

the Plaintiffs' Second Interrogatories (Exhibit "A"), failed or refused to object to and/or file written responses to and produce the documents requested in each of the Plaintiffs' First Request for Production (Exhibit "B"), and failed or refused to object to and/or respond to each of the Requests for Admissions ("Exhibit "C").

Fed. R. Civ. P. 37 (d) authorizes the Court to order sanctions for failure to comply with fed. R. Civ. P. 33 and Fed. R. Civ. P. 34. Defendants continuous attempt to delay this litigation are more than sufficient grounds to award Plaintiffs their reasonable attorneys' fees for the preparation of this motion and, should Defendant respond to this Motion, the preparation of a Reply. Cf., *Hall v. Interstate Brands Corporation*, No. 08-cv-2073-KHV-DJW, 2008 WL 11439528 (D. Colo. Sept. 18, 2008). Sanctions are needed and necessary in order to help avert such improper behavior of the Defendant moving forward.

As the Defendant has completely failed or refused to respond to the discovery, Plaintiffs' seek entry of an order compelling the Answers to Second Interrogatories, written response to and production of the documents requested in the First Request for Production requested documents and for an order deeming each of the matters set forth in the First Request for Admissions admitted.

**WHEREFORE,** Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc. respectfully pray that this Court will Order Defendant, MICHAEL NELSON, to Answer under oath the Second Interrogatories which Plaintiffs propounded November 10, 2022; serve full and complete written Responses and Produce the Documents requested in the Plaintiffs' First Request for Production dated November 10, 2022; and deem each of the Requests for Admissions set forth in Plaintiffs' First Request for Admissions served November 10, 2022, Admitted by Defendant, MICAHEL NELSON, for all purposes in this action and will award sanctions against the

3

Defendant in the amount of Plaintiffs reasonable attorneys' fees for the preparation of this Motion and any subsequent Reply on the Fed. R. Civ. P. 33 and 34 issues.

**CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO FED. R. CIV. P. 37(a) AND D. KAN. RULE 37.2**

I hereby certify that on January 23, 2023, I attempted to speak via email with Defendant, MICHAEL NELSON, who, as of the time of filing, has not responded regarding the issues raised in this Motion.

/s/ Chris J. Kellogg
Chris J. Kellogg

Dated January 24, 2023.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 24, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

/s/ Chris J. Kellogg
Chris J. Kellogg