# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>　　　　Plaintiffs, counter-defendants<br><br>　v.<br>Michael Nelson<br><br>　　　Defendant; Counter-Plaintiff PRO-Se. | <mark>**DOCKET NO.:　　5:22-CV-04008-JWB-TJJ**</mark><br>**CIVIL ACTION**<br><br>**CERTIFICATE OF SERVICE ON MOTION TO COMPEL and for SANCTIONS and SHOW CAUSE Order regarding requests for Production**<br><br>**[Jury Trial Demanded]** |

## CERTIFICATE OF SERVICE ON MOTION TO COMPEL and for SANCTIONS and SHOW CAUSE Order regarding requests for Production

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, 25 Jan. 2023, I filed the foregoing and attached herewith this Certificate of Service: Motion to Compel, for Sanctions and Show Cause Order regarding discovery requests for production; with Certificate of Conferral within the Motion, and separate Index of Exhibits A, B, & C, pursuant with local rule, and the attached Exhibits A, B, & C with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of their filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

　　**DATED:　25 JAN 2023**

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

　　　　　　　　　　chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434