UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br><br>v.<br><br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:  5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br>**INDEX of EXHIBITS**<br><br>**Motion to Compel Requests for Production and for Sanctions for Refusal to reply, follow the rules obstructing discovery**<br><br>[Jury Trial Demanded] |

# INDEX of EXHIBITS

**Exhibit "A":**

Part 1; Production of documents under Rule 34 UCMK having failed to produce the Early Rule 34 Requests so made pursuant with Rule 26(D)(2) they are so herein forth tendered in accordance with procedures followed by Christopher Jon Kellogg regarding Rule 33 requests he has made

**Exhibit "B":**

Part 2; Nelson's REQUEST FOR PRODUCTION OF STATEMENTS as to Plaintiff UCMK and Requests for production of documents (Part 2)

**Exhibit "C":**

COMBINED Responses from Chad Koehn & UCMK to Part 1 & 2 of Requests for Production and for Statements

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 25th day of Jan 2023

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*