KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CHAD M. KOEHN, ET AL. ,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| **vs.** | ) | **Case No. 22-CV-04008-JWB-GEB** |
| | ) | |
| **MICHAEL NELSON,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### <u>PLAINTIFFS' LIST OF PERSONS TO BE DEPOSED</u>

Plaintiffs, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management

of Kansas, Inc., by and through their undersigned counsel, herewith supply their list of persons to

be deposed, pursuant to the Court's Order of January 18, 2023.

1. Defendant Michael E. Nelson
   at the Law Offices of KENNEDY BERKLEY
   119 W. Iron, 7th Floor
   Salina, Kansas 67402-2567
   Main Number (785) 825-4674
   website:<u>www.kenberk.com</u>

   March 2, 2023
   It is expected that given the
   amount of mis-statements, mis-
   representations and damages done
   this deposition might last more than
   one full day.

2. Daniel J. Broxup, JD, CFA
   Mika Meyers PLC
   900 Monroe Avenue NW
   Grand Rapids, MI 49503
   Tel: 616-632-8000
   Fax: 616-632-8002

   Between February 20 – March 1
   Depo taken at Mika Meyers PLC

3. Eric Everhart, last known address is being ascertained. Anticipated deposition date late February.

4. Tom Wingert, salestecom@aol.com, last known address is being ascertained. Anticipated deposition date late February.

5. PWMK as to Defendant's Healthcare and mental state of mind. Defendant has not provided sufficient information so as to identify these medical personnel or establishments.

6. Any and all individuals or entities that the Defendant lists or support any elements of Defamation that the Defendant might have if he is to amend his amended Counter-Claim, Count I.

7. Any and all relevant individuals listed or stated by the Defendant in any discovery responses/answers he has provided or shall provide in response to Plaintiff's propounded written discovery.

8. Any and all individuals or witnesses learned of through depositions in this case that Defendant contends is a witness to his defense or affirmative defenses.

9. Plaintiff reserves the right to name or list other individuals or entities as they are learned through the course of this litigation.

Dated January 25, 2023.

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

/s/ *Craig A. Brand, Esq.*

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477

craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on January 25, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.


/s/ Chris J. Kellogg
Chris J. Kellogg