KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , | ) |
| | ) |
| **Plaintiffs** | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| **Defendant** | ) |
| | ) |

### PLAINTIFFS' NOTICE OF PROPOSED SEALED RECORD

Plaintiffs, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith file and supply their Notice of Proposed Sealed Record, pursuant D. Kan. Rule 5.4.2.

On January 25, 2023, undersigned counsel for the Plaintiffs filed, under provisional seal, A Motion for Rule 35 Exam pursuant to D. Kan. Rule 5.4.2. That filing can be found at Doc. 383.

Plaintiffs seek to have the above-referenced document sealed in order to protect the confidential health information of the Defendant in this matter, pursuant to the protective order previously entered herein.

Any person or persons seeking to ensure the information in the above-referenced document remains confidential should following the procedure set forth in D. Kan. Rule 5.4.2(c).

Dated January 25, 2023.

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

/s/ *Craig A. Brand, Esq.*

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2023, the foregoing *Plaintiffs' Notice of Proposed Sealed Records* was filed using the CM/ECF system which will send notice of filing to registered participants herein, including the Defendant.

/s/ Chris J. Kellogg
Chris J. Kellogg