**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs, Counter Defendants<br>　　v.<br>Michael Nelson<br>　　　　　Defendant; counter-plaintiff PRO-Se. | <mark>**DOCKET NO.:　　5:22-CV-04008-JWB-TJJ**</mark><br>**CIVIL ACTION**<br><br>**<u>Notice of Non-availability of</u>**<br><br>**<u>defendant/counter-plaintiff Michael Nelson</u>**<br><br>**[Jury Trial Demanded]** |

<u>Notice of Non-availability of defendant/counter-plaintiff Michael Nelson</u>

　　COMES NOW, Michael Nelson, defendant/Counter-Plaintiff hereby Notices the Court and opposing parties, as both are aware of the Jury Trial, in the directly parallel hereto criminal proceedings, beginning 6 February 2023, requiring extensive travel and preparation.  As such the undersigned will not be readily available between 31 January 2023 and approximately 14 February 2023, subject to change, depending on the length of the trial and its outcome.   As to the outcome if I am placed in custody in Bartlesville, Oklahoma.   I am not permitted to have legal papers, books, access to legal resources, as any legal documents have been previously taken from me there, and have no access to writing instruments, envelopes or even US postage.  Needed medicine has been taken and not prescribed back or provided, at all.   If taken into custody I am not expecting to survive. In such a case I would request the Court to contact the authorities to ensure I am treated correctly, given access, to medicine, all papers associated with this matter, writing instruments, computer, envelopes, stamps, and legal books, as well as highly modify scheduling orders and response times and/or consider holding the matter in abeyance.

<u>Respectfully Submitted, this 25th day of Jan 2023</u>

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com  Phone:  702-932-3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*