KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., )<br>)<br>**Plaintiffs** )<br>)<br>vs. )<br>)<br>MICHAEL NELSON, )<br>)<br>**Defendant** )<br>) | Case No. 22-CV-04008-JWB-TJJ |

### PLAINTIFFS' NOTICE OF SERVICE OF PROPOSED SEALED RECORDS

Plaintiffs, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith file and supply their Notice of Service of Proposed Sealed Records.

On January 25, 2023, undersigned counsel for the Plaintiffs filed, under provisional seal, a Motion for Order to Show Cause, located at Doc. 380 and a Motion for Rule 35 Exam located at Doc. 383. Both of these docket entries and their accompanying attachments were filed under provisional seal, necessitating the service of the documents upon the pro se Defendant via means other than the CM/ECF System.

Plaintiffs herby certify that on January 25, 2023, true and correct copies of both of the above referenced docket entries and their attachments, were emailed to Michael Nelson at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

1

Dated January 25, 2023.

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

*/s/ Craig A. Brand, Esq.*

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2023, the foregoing *Plaintiffs' Notice of Service of Proposed Sealed Records* was filed using the CM/ECF system which will send notice of filing to registered participants herein, including the Defendant.

/s/ Chris J. Kellogg
Chris J. Kellogg