# EXHIBIT "B"

KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., | ) |
| | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 22-CV-04008-JWB-GEB |
| | ) |
| MICHAEL NELSON, | ) |
| | ) |
| Defendant | ) |
| | ) |

**PLAINTIFF/COUNTER-DEFENDANTS' FIRST REQUEST FOR PRODUCTION
TO DEFENDANT/COUNTER-PLAINTIFF, MICHAEL NELSON**

Pursuant to Rule 34, Federal Rules of Civil Procedure, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herein propound the following Requests for Production to the Defendant/Counter-Plaintiff Michael Nelson, the Responding Party ("Mr. Nelson" or "You"). The Responding Party must serve his responses and produce the documents responsive to each request and any objections and serve the same upon Chris Kellogg, Esq., Kennedy Berkley, 119 West Iron Avenue, 7th Floor, Post Office Box 2567, Salina Kansas, 67402-2567, within 30 days after being served with the Requests for Production. Pursuant to the Order of Magistrate Judge Birzer, service upon the Responding Party is effective upon mailing this discovery request to Mr. Nelson. An objection must state whether any responsive materials are being withheld on the basis of that objection. An objection to part of a request must specify the part and permit inspection of the rest. Electronically stored information must be produced in text searchable pdf format, including complete metadata history.

**DEFINITIONS**

A. "You" or "Michael Nelson" means Defendant, MICHAEL NELSON.

B. "Relating to," "relates to" and "related to" means, without limitation, comprising, concerning, containing, embodying, referring to, alluding to, responding to, about, regarding, explaining, discussing, showing, describing, studying, reflecting, analyzing or constituting. A communication or document "relating to" any given subject means any

1

communication or document that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any way pertinent to that subject, including, without limitation, documents concerning the preparation of other documents.

## **REQUESTS FOR PRODUCTION TO MICHAEL NELSON**

4. Concerning Count II of your proposed Amended Counterclaims and Crossclaims, which alleges Tortious Interference with Business Prospects and Right of Employment, you are requested to produce:

a. All correspondence and emails sent by or on behalf of Michael Nelson to any third party whom you have contacted for the purpose of seeking employment on or after February 24, 2020.

Response:

b. All correspondence and emails received by or on behalf of Michael Nelson from any third party whom you or anyone on your behalf has contacted for the purpose of seeking employment on or after February 24, 2020.

Response:

c. All voice recordings of any person whom you claim you have spoken with at any time on and after February 24, 2020, concerning possible employment of Michael Nelson.

Response:

d. All correspondence and emails sent by or on behalf of Michael Nelson to any third party whom you have contacted for the purpose of being hired as an independent contractor on or after February 24, 2020.

Response.

e. All correspondence and emails received by or on behalf of Michael Nelson from any third party whom you or anyone on your behalf has contacted for the purpose of being hired as an independent contractor on or after February 24, 2020.

Response:

f. All voice recordings of any person whom you claim you have spoken with at any time on and after February 24, 2020, concerning the possibility hiring Michael Nelson as an independent contractor.

Response:

g. All applications for employment submitted to any third-party by Michael Nelson on or after February 20, 2020.

h. Any resumé of Michael Nelson prepared by or at the request of Michael Nelson on or after February 20, 2020 for the purpose of seeking employment.

Response:

i. Any resumé of Michael Nelson transmitted by or at the request of Michael Nelson on or after February 20, 2020 for the purpose of seeking employment.

Response:

j. Any resumé of Michael Nelson prepared by or at the request of Michael Nelson on or after February 20, 2020, for the purpose of being hired as an independent contractor.

Response:

k. Any resumé of Michael Nelson transmitted by or at the request of Michael Nelson on or after February 20, 2020, for the purpose of being hired as an independent contractor.

Response:

l. Any resumé of Michael Nelson posted on-line on any website by or at the request of Michael Nelson on or after February 20, 2022, for the purpose of seeking employment.

Response:

m. Any resumé of Michael Nelson posted on-line on any website by or at the request of Michael Nelson on or after February 20, 2022, for the purpose of being hired as an independent contractor.

Response:

5. At the October 4, 2022, Status Conference, you stated to Magistrate Judge Birzer that you had made audio recordings of your telephone conversations Donald F. Hoffman, Esq., and Andrea Swisher, Esq. You are requested to produce each audio recording of your telephone conversations with:

a. Donald F. Hoffman, Esq.

Response:

b. Andrea Swisher, Esq.

Response:

6. Produce all emails referring to Chad M. Koehn, which Michael Nelson transmitted electronically on or after February 24, 2020, to any third-party.

Response:

7. Produce all emails referring to Chad M. Koehn, which Michael Nelson received electronically on or after February 24, 2020, from any third-party.

Response:

8. Produce all emails referring to Chad M. Koehn, which any pseudonym used by Michael Nelson received electronically on or after February 24, 2020, from any third-party.

Response:

9. Produce all emails referring to Chad M. Koehn, which any pseudonym used by Michael Nelson transmitted electronically on or after February 24, 2020, to any third-party.

Response:

10. Produce all voice recordings of any telephone call occurring on or after February 24, 2020, relating to Chad M. Koehn, which Defendant, MICHAEL NELSON, has in his care, custody or control,.

Response:

11. Produce all voice recordings of any telephone call made or received relating to Chad M. Koehn, which Defendant, MICHAEL NELSON, has in his care, custody or control.

Response:

*[signature]*
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

S/ Craig A. Brand

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A/
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2022, the foregoing document was served by prepaid First Class United States Mail addressed to Michael Nelson, 9450 SW Gemini DR, PMB 90924, Beaverton, Oregon 97008-7105, an a courtesy copy emailed to Michael Nelson, oklahomaremote@gmail.com