**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN** | <mark>**DOCKET NO.:** **5:22-CV-04008-JWB-TJJ**</mark> **CIVIL ACTION** |
| Plaintiffs, counter-defendants | **<u>Withdrawal of Document 399 which was</u>** |
| v. Michael Nelson | **<u>sent prior to receipt of Order in 397</u>** |
| Defendant; Counter-Plaintiff PRO-Se. | **[Jury Trial Demanded]** |

**<u>Withdrawal of Document 399 which was sent prior to receipt of Order in 397</u>**

COMES NOW, Michael Nelson, pro se, out of necessity and files this Notice of Withdrawal:

**<u>of Document 399 which was sent prior to receipt of Order in 397.</u>**

<u>Wherein Document 399, was filed to the Court on friday 27 Januaray 2023 prior to being made aware of document 399, an order permitting a response to 389, the Order in 399, has specified page limitations, wherein now withdrawn document 399, shall be resubmitted in substantial compliance with the Order of the Court in Document 397, permitting a filing regarding document 389.</u>

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All <u>pleadings shall be so construed as to do substantial justice</u>"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

<u>Respectfully Submitted, this 30th day of Jan 2023</u>



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**

      The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;