# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ<br>**CIVIL ACTION**<br><br><u>Notice and Objection regarding availability</u><br><br><u>for Hearing Scheduled 15 Feb. 2023</u><br><br>[Jury Trial Demanded] |

## Withdrawal of Document 399 which was sent prior to receipt of Order in 397

COMES NOW, Michael Nelson, pro se, out of necessity and files this Notice regarding availability and method of hearing. On 30 January notice was made in the docket of this matter above herein captioned and previously also sent via email over the weekend. The Order states:

> ORDER SETTING STATUS CONFERENCE: Status Conference set for 2/15/2023 at 01:30 PM via ZOOM Video Conference before Magistrate Judge Teresa J. James. The purpose of the videoconference is to schedule potential deposition dates so that the discovery can be accomplished before the discovery deadline. Counsel and Defendant will receive instructions to connect to the videoconference via email. Signed by Magistrate Judge Teresa J. James on 1/30/2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (byk) (Entered: 01/30/2023)

Due to extensive travel for Jury Trial commencing the 6th of February 2023, expected to last at least a week, and due to the seriousness of the outcome of such trial, the undersigned could be incarcerated as a result of the trial, and therefore not be available for the hearing as scheduled.

When found Not Guilty, the undersigned, single defendant unrepresented in the matter above captioned and appearing pro se out of necessity, will not have a computer for a zoom conference as determined by the Court. I will need to travel to my residence after the trial, I am unable to comply with a "zoom conference" as currently scheduled, the Court must provide me an opportunity to participate materially in the conference, I need to have the opportunity to have files and computer for a zoom conference as contemplated by the Order. The conference scheduled is

too close to the Jury trial, which may still be being conducted or jury deliberations, and in either case return travel will need to be planned so that I will be with a computer for participation **otherwise participation is requested via telephone conference.**

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 30th day of Jan 2023

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com  Phone:  702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;