# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs, counter-defendants<br>　v.<br>Michael Nelson<br><br>　　　　　Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:　5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br><br>**<u>Objection to the Public Delivery Method of Discovery in this matter as made by Plaintiffs In Document 389 entered by Larry Michel</u>**<br><br>**[Jury Trial Demanded]** |

### <u>Objection to the Public Delivery Method of Discovery which the Unrepresented Pro Se opposing party is UNABLE TO RETRIEVE, in this matter as made by Plaintiffs In Document 389 entered by Larry Michel, more than TWO MONTHS after a Motion to COMPEL Production of the Plaintiffs initial disclosures was made in this above captioned matter</u>

　　　COMES NOW, Michael Nelson, pro se, out of necessity and files this Objection to the publicly delivery method of discovery in this matter, and **inability to self retrieve the discovery purportedly being made publicly** while promoting the website LegalSoftware.net which appears to be promoting a Schedule I Drug covered under the 1970 Substance Control Act.

　　　<u>Prior to being noticed of Order of the Court in Document 399, a document was sent addressing the inability to obtain the discovery materials, which relate to the plaintiffs original disclosures and were not presented in accordance with prior Orders of this Court.  Therefore then presiding US Federal Magistrate Judge Birzer, who has been forced to recuse herself, had entered an ORDER of the Court for the Plaintiffs to deliver their initial disclosure materials in the format pursuant with Order of the Court not later than 18 November 2022.</u>

　　　Plaintiffs have refused all communication and refused to return phone calls or emails, thus causing further Motion to Compel to be filed a SECOND TIME.  The Court had already issued one such Motion to Compel compliance by the plaintiffs with prior Orders of the Court to produce their initial disclosures not later than 18 November 2022, the plaintiffs STILL refuse.

　　　**<u>MOST IMPORTANTLY I am unable to retrieve the purported discovery being publicly disseminated in the filing made by Larry Michel in document 389.</u>**

Plaintiffs have filed document number 389 in response to Motion to Compel production and compliance with prior Court Order, requiring plaintiffs to produce certain documents not later than 18 November 2022.  <u>Now at the 11th hour after filing Motion to Compel compliance with prior order of the Court requiring plaintiffs to furnish certain information on or before 18 November 2022, more than two months later, Larry Michel, appearing for the plaintiffs, has filed a document 389, which makes publicly available a public link to a purported drop-box delivery method which appears to not be protected from public disclosure in any manner whatsoever and promotes the website LegalSoftware.net see attached herewith Exhibit "A".</u>

**I am unable to retrieve the files in the drop box made from the website Legal Software .net which appears yet another law firm of Craig Alan Brand, see attached herewith as Exhibit "B", <u>demonstrating the massive file dump more than 160 Megs.</u>**  This one promoting HEMP and Cannabis (DOPE).  Regardless of some states legalizing the sale of a Schedule I controlled substance which is illegal in the State of Kansas and under Federal Law.  <u>The promotion via the public forum within a United States Federal Court, sanctioned under Article III of the US Constitution, utilizes the US Federal Court improperly to promote a substance banned under current US Federal Law, see Exhibit A.</u>  Regardless of whether or not the substances are "legal" under some scheme in neighboring states <u>they are illegal under Kansas State Law and illegal under US FEDERAL LAW.</u>  This Court is a Federal Court, under the US Constitution.  It is directly REFUTED that any US Federal documents whether it be the US Constitution or the US Declaration of Independence was authored or written upon any "hemp paper", all US Federal Documents from the founding of this Great Nation these the UNITED STATES of AMERICA, were authored and written upon 'parchment' paper, and NOT 'hemp' paper.  The plaintiffs are utilizing a United States Federal Court to promote cannabis against current US Federal Law.

**The SHENANIGANS being deployed by the plaintiffs in their "scorched earth" SLAPP (Strategic Lawsuit Against Public Participation) complaints,** which have been time and time again amended, and are still without the requisite pleading to allow for this invidious harassment litigation now are both engaged in the dissemination publicly of documents which the unrepresented pro se appearing undersigned is unable to retrieve and are doing so in a manner to promote illegal Schedule I drugs in VIOLATION of BOTH the US Federal Law as in the laws which allow for commerce between the several states and are doing so in a manner and purposeful intentional subversion of the Laws of the State of Kansas, the current forum state of this Federal Litigation in an Article III Federal Court.

The "dropbox" that plaintiff's provide **is insufficient to retrieve the documents,** as they are either too large, or the limited bandwidth I have for the internet is too slow and times out to retrieve.

HOW is the undersigned unrepresented, appearing pro se, out of necessity supposed to piece together the scattered materials across the interwebs, as Chad Mitchell Koehn and UCMK have made their initial disclosure discovery materials available publicly, yet have done so in a fashion which the undersigned is unable to properly retrieve the file via the purported drop-box from LegalSoftware.net promoting Cannabis and Hemp for the yet another law firm of Craig Brand??

I would respectfully request the US District of Kansas to immediately seal the filing made by the plaintiffs and reprimand them. I am unsure as to what information is contained in the file as I am unable to retrieve the download either due to inadequate internet speeds or some other nefarious plot line, as it appears the "dropbox" link which is supposedly a third party delivery platform is actually operated from www.LegalSoftware.net which appears to be yet another law firm of Craig Brand this one located either in Manhattan or Lawrence New York.  Again see the screen capture of LegalSoftware.net, which bills itself as the Craig Brand, Esq. Global Hemp Law, clearly depicting a photo of Craig Brand and a New York Address:

There can be no doubt Craig Brand's law firm in New York City, New York, is absolutely Craig Brand, who is promoting this New York Law firm in violation of Kansas and US Federal Law, whilst pretending to deliver documents COMMANDED by ORDER of this Court to have been delivered not later than 18 November 2022. The about section of this website LegalSoftware.net talks about Craig A. Brand, and certainly appears to be the same Craig Brand appearing in this matter *pro hac vice.* https://legalsoftware.net/about/

> "Craig Brand, Esq., is Chief Legal and General Counsel of Folium Biosciences and the premier global (HEMP/Cannabis attorney). … litigating, protecting and changing the HEMP/Cannabis industry and global legislative landscape." https://legalsoftware.net/about/

The undersigned is personally concerned by the fact this website LegalSoftware.net is publicly being advertised through the public purported drop box link provided in the public filing made by the plaintiffs and this website appears to be promoting a schedule I drug, in VIOLATION of US Federal Law and Kansas State Law. Larry Michel's filing is against the law. A US Federal Article III Court view on cannabis (DOPE) or any other derivative of THC enhanced marijuana, is still classified as a Schedule I Drug under the 1970 Controlled Substances Act, the promotion of LegalSoftware.net and HEMP and CANNABIS by Larry Michel is a violation of LAW.

Filing made in Document 389, was made by a Kansas Lawyer, knowing it promotes substances in violation of US Federal and Kanasas State Law, to skirt both under the 1970 Controlled Substances Act and (Kan. Stat. Ann. §§ 21-5706(b) and (c), 21-6602, 21-6611 (2019).)

**WHEREFORE** I respectfully Pray this Honorable US Federal District Court for the District of Kansas will immediately seal the filing made by Larry Michel in document 389, to prevent further proliferation of discovery materials to the general public. AND ACTUALLY PROVIDE THOSE MATERIALS TO THE UNDERSIGNED WHO IS THE OPPOSING PARTY IN NEED OF THESE DISCOVERY MATERIALS. The plaintiffs were previously ORDERED to provide these materials MORE than TWO months ago, on or before 18 November 2022.

I FURTHER Request BEG and PRAY this Court will order the plaintiffs to arrange for delivery of these discovery materials via mass storage device as they have delivered in the past which they were ordered to deliver not later than 18 November 2022, more than two months ago, via alternative means of **mass storage device as they have in the past**.

I further believe that this US District Federal Court, an Article III, Constitutional Court should not further allow the promotion of substances in violation of Federal Law nor in violation of the forum State of Kansas. The public dissemination of discovery in the manner which Larry Michel has done is in violation of State and Federal Law, Rules of Professional conduct, and done in a manner which he personally knows the unrepresented undersigned is unable to retrieve.

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 30th day of Jan 2023

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;