**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br><br>v.<br><br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:**    5:22-CV-04008-JWB-TJJ<br>CIVIL ACTION<br><br><u>INDEX OF EXHIBITS</u><br><u>Objection to the Public Delivery Method of Discovery in this matter as made by Plaintiffs In Document 389 entered by Larry Michel</u><br><br>[Jury Trial Demanded] |

## INDEX OF EXHIBITS:

**Exhibit "A"** = the true and correct website LegalSoftware.net a New York City, New York Law firm operated by Craig Alan Brand, with other presumed New York Licensed attorneys: Kenneth Diaz; Christian Perry AND Karina Marie

**Exhibit "B"** = The purported PUBLIC drop box delivery of documents unable to be retrieved, as the files are too numerous and large for download

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All <u>pleadings shall be so construed as to do substantial justice</u>"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

<u>Respectfully Submitted, this 30th day of Jan 2023</u>

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
    The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*