# EXHIBIT

# "A"

# To Follow . . . .

www.LegalSoftware.net
**The delivery format of unretrievable purported dropbox**

Craig Brand Law | Premier Global HEMP/Cannabis Attorney

The Wayback Machine - https://web.archive.org/web/20230127165404/https://legalsoftware.net/



# Welcome to TheGem law

## 20 YEARS
### EXPERIENCE

We practice in personal injury, family, criminal and labor litigation, with an emphasis on complex contractual matters and mass tort litigation. We are a leading group of professional lawyers whose goal is to protect you, your family and business. We aim to assure our clients that with our help it is possible to quickly and effectively resolve any issue.

https://web.archive.org/web/20230127165404/https://legalsoftware.net/

1/14



MORE ABOUT US

| 279 | 4302 |
|---|---|
| Qualified Lawyers | Trusted Clients |
| 2100 | 5189 |
| Successful Cases | Honors & Awards |

## OUR SERVICES

Lorem Ipsum proin gravida nibh vel velit auctor aliquet. Aenean sollicitudin, lorem quis bibendum auctor! Duis sed odio sit amet nibh vulputate cursus a sit amet mauris.



## CIVIL LAW (DEMO)

Lorem ipsum dolor sit amet, consectetur aditpisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna

READ MORE

## CRIMINAL LAW (DEMO)

Lorem ipsum dolor sit amet, consectetur aditpisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna

READ MORE

## BUSINESS LAW (DEMO)

Lorem ipsum dolor sit amet, consectetur aditpisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna

READ MORE

# OUR PRACTICE AREAS

Lorem ipsum dolor sit amet, consectetur adipisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostrud exercitation ullamco laboris nisi ut aliquip ex ea commodo consequat. Duis aute irure dolor in reprehenderit in voluptate velit esse cillum dolore eu fugiat nulla pariatur. Excepteur sint occaecat cupidatat non proident, sunt in culpa qui officia: deserunt mollit anim id est laborum. Sed ut persp iciatis unde omnis iste natus error sit voluptatem accusantium doloremque laudantium, totam rem aperiam, eaque ipsa quae ab illo inventore.

## ARBITRATION



Lorem ipsum dolor sit amet, consectetur adipisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostrud exercitation ullamco laboris nisi ut aliquip ex ea commodo consequat. Duis aute irure dolor in reprehenderit in voluptate velit esse cillum dolore eu fugiat nulla pariatur. Excepteur sint occaecat cupidatat non proident, sunt in culpa qui officia: deserunt mollit anim id est laborum.

Lorem ipsum dolor sit amet, consectetur adipisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostrud exercitation ullamco laboris nisi ut aliquip ex ea commodo consequat. Duis aute irure dolor in reprehenderit in voluptate velit esse cillum dolore eu fugiat nulla pariatur.

Excepteur sint occaecat cupidatat non proident, sunt in culpa qui officia: deserunt mollit anim id est laborum. Sed ut persp iciatis unde omnis iste natus error sit voluptatem accusantium doloremque laudantium, totam rem aperiam, eaque ipsa quae ab illo inventore.

### FREE CONSULTATION

[contact-form-7 id="2520" title="Contact form sidebar"]

## BANK LENDING

## SECURITISATION

## AGREEMENTS

## COMPLIANCE

## STRUCTURED FINANCE

A LAWYER

odio sit amet nibh vulputate cursus a sit amet mauris. Morbi accumsan ipsum velit.  Nam nec tellus a odio tincidunt auctor.

SPECIALISTS

AL FORMS

odio sit amet nibh vulputate cursus a sit amet mauris. Morbi accumsan ipsum velit.  Nam nec tellus a odio tincidunt auctor.

NLOAD TO USE

R QUESTIONS

odio sit amet nibh vulputate cursus a sit amet mauris. Morbi accumsan ipsum velit.  Nam nec tellus a odio tincidunt auctor.

CH ON FORUM

*Get all the advantages*

# ENJOY OUR FIRST
# QUALITY SERVICES

Lorem Ipsum proin gravida nibh vel velit auctor aliquet. Aenean sollicitudin, lorem quis bibendum auctor, nisi elit consequat ipsum, nec sagittis sem nibh id elit. Duis sit amet nibh vulputate cursus a sit amet mauris.

Financial law

Programming

Usability

# PAY NOTHING UNLESS WE WIN THE CASE!

# FREQUENTLY
# ASKED QUESTIONS

HOW CAN YOUR STARTUP HIRE A QUALITY LAWYER?

WHAT SERVICES ARE AVAILABLE FOR CRIME VICTIMS?

Lorem ipsum dolor sit amet, consectetur adipisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostru

exercitation ullamco laboris nisi ut aliquip ex ea commodo consequat.

- WERE YOU INVOLVED IN CAR ACCIDENT?

- EVERY ATTORNEY SHOULD GIVE FREE CONSULTATION?

- 6 TIPS TO AVOID EXPENSIVE LEGAL ADVICE?



## TOUGHEST DEFENSE LAWYERS WITH
### BEST RESULTS

## DOCUMENT PREVIEW

### $29.95

- Criminal defense
- Family disputes
- Broker fraud
- Domestic violence
- Medical malpractice
- Intellectual property

▸ ORDER

## ONLINE CONSULTING

### $29.95

- Criminal defense
- Family disputes
- Broker fraud
- Domestic violence
- Medical malpractice
- Intellectual property

▸ ORDER

## REFERRAL SERVICE

### $29.95

- Criminal defense
- Family disputes
- Broker fraud
- Domestic violence
- Medical malpractice
- Intellectual property

▸ ORDER

# OUR ATTORNEY

Lorem Ipsum proin gravida nibh vel velit auctor aliquet. Aenean sollicitudin, lorem quis bibendum auctor! Duis sed odio sit amet nibh vulputate cursus a sit amet mauris.



## KENNETH DIAZ

Corporate Lawyer

  





## CHRISTIAN PERRY

Corporate Lawyer

  



## KARINA MARIE

Corporate Lawyer

  



**JACK BEAR**
Marketing Manager

Lorem ipsum dolor sit amet, consectetur adipisicing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostrud exercitation ullamco

## LATEST NEWS



By user

# BLOG POST + RIGHT SIDEBAR (DEMO)



Lorem Ipsum. Proin gravida nibh vel velit auctor aliquet. Aenean sollicitudin, lorem quis bibendum auctor, nisi elit consequat ipsum, nec sagittis sem nibh id elit.



By user

# 100% WIDTH GALLERIES POST (DEMO)

Lorem Ipsum. Proin gravida nibh vel velit auctor aliquet. Aenean sollicitudin, lorem quis bibendum auctor, nisi elit consequat ipsum, nec sagittis sem nibh id elit.



By user

## BLOG POST + LEFT SIDEBAR (DEMO)

READ MORE

Lorem Ipsum. Proin gravida nibh vel velit auctor aliquet. Aenean sollicitudin, lorem quis bibendum auctor, nisi elit consequat ipsum, nec sagittis sem nibh id elit.



IF YOU HAVE ANY LEGAL PROBLEM IN YOUR LIFE …

## WE ARE AVAILABLE

GET FREE CONSULTATION



## WORKING HOURS

Monday – Friday: 8:00 – 16:30 Hrs (Phone until 17:30 Hrs)
Saturday: 8:00 – 18:30 Hrs
Sunday: 11:00 – 15:00 Hrs (Phone until 16:30 Hrs)



## WE ARE HERE

Beechwood Dr, Lawrence, NY 11559, USA
Phone: +1 916-875-2235, Fax: +1 916-875-0000
Email: info@domain.tld



2019 © Copyrights CodexThemes