# EXHIBIT

# "B"

# To Follow . . . .

www.LegalSoftware.net

**Drop box delivery from the Above site promoting Cannabis and hemp**

