## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN** <br><br> Plaintiffs, <br> v. <br> Michael Nelson <br><br> Defendant; PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> CIVIL ACTION <br><br> <u>Notice of Delivery of Discovery</u> <br><br> [Jury Trial Demanded] |

### Notice of Delivery of Discovery

COMES NOW, Michael Nelson, pro se, out of necessity and files this Notice of Delivery of Discovery Upon plaintiffs, CHAD MITCHELL KOEHN and UCMK by and through their attorneys of record, having sent via United States Postal Service First Class Mail with Certified Mail tracking number: 9214890142980477864526

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All <u>pleadings shall be so construed as to do substantial justice</u>"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

<u>Respectfully Submitted, this 30th day of Jan 2023</u>

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*