KENNEDY BERKLEY YARNEVICH &
WILLIAMSON, CHTD.
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) <br> ) <br> **Plaintiffs** ) <br> vs. ) <br> ) <br> MICHAEL NELSON, ) <br> ) <br> **Defendant** ) <br> ) | Case No. 22-CV-04008-JWB-GEB |

**PLAINTIFFS REPLY TO DEFENDANT'S RESPONSE [DOCUMENT 400] TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

This Reply is authorized in the Court's Scheduling Order, Document 360.

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith Reply to Defendant's January 29, 2023, Response to Plaintiffs' Motion for Order to Show Cause filed provisionally under seal January 25, 2023 (Document 380) ("Motion").

Defendant's Response misapprehends the issue set forth in Plaintiffs' Motion. He fails to demonstrate that he has complied with the Court's Order that he fully and completely provide the Answers to Plaintiffs' First Interrogatories 1(a)-1(h). Instead, Defendant continues to make frivolous arguments and arguments that are fraught with un-truths and gross misrepresentations to

1

the Court in the form of pleadings that Mr. Nelson knows to how disseminate or make public for his own purposes; for example:

> What is occurring here is … invidious harassment a United States Federal Whistleblower to a series of investment schemes which have seen the life savings of US Citizens vanish due to CryptoCurrency Ponzi schemes, and has seen the SUICIDES of Investors domestically and across the globe.

Defendant's Response, at * 5.

While Nelson claims that there has been no meet and confer on the issues raised in the Motion, he does not state that he would agree to resolve the issue raised in the motion without court action. Mr. Nelson's apparent relinquishment of his right to file a counterclaim for defamation does not vitiate his willful disobedience of the subject discovery order. Furthermore, Mr. Nelson's Dismissal of his Counter Claims and Cross Claims came after the fact and subsequent to the Plaintiff's having to incur the time, resources and money in the discovery process and the filing of the related pleadings.

Wherefore, Plaintiffs, respectfully pray that the Court will enter an Order Commanding the Defendant, MICHAEL NELSON, to appear before the Court on a date and at a time certain to show cause why he should not be held in contempt of Court and sanctioned for his willful disobedience of the Court's Order Compelling Discovery.

Dated January 31, 2023.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

/s/ Chris J. Kellogg
Chris J. Kellogg