KENNEDY BERKLEY
119 W. Iron – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, PERSONALLY, AND UNITED CAPITAL MANAGEMENT OF KANSAS, INC., a/k/a UNITEDCAPITALMANAGEMENT OF KANSAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> MICHAEL NELSON, Individually, <br><br> Defendant. | Case No. 22-CV-04008-JWB-TJJ |

## STATEMENT OF FEES FOR AFFIDAVITS of SWISHER & HOFFMAN

COME NOW the Plaintiffs in the matter, by and through their attorneys, Chris J. Kellogg and Larry G. Michel of Kennedy Berkley and Craig A. Brand of the Brand Law Firm and submit the following statement of attorney's fees and travel expenses in accordance with the Magistrate Judge's Order of January 18, 2023, awarding sanctions against the Defendant, Michael Nelson for his failure to be truthful regarding statement allegedly made by Don Hoffman and Andrea Swisher.

For handling of this issue and review of the affidavits, Larry Michel expended a total of .4 hours at the billing rate of $350 per hour. Chris J. Kellogg expended 3.5 hours at the billing rate of $275 per hour. This results in total attorney's fees for Kennedy Berkley of $1,102.50 for dealing with the affidavit issue. Attached as Exhibit "A" are printouts from Kennedy Berkley's time keeping

*Koehn, et al. v. Nelson*
*Statement of Fees for Swisher and Hoffman Affidavits*
*Case No. 22-CV-04008-JWB-TJJ*
*Page 2*

software, Clio with relevant entries highlighted. For the Court's information, these printouts show that Chris J. Kellogg expended a total of 6.3 hours related to this matter. However, 2.8 hours of that time was not directly related to the affidavits or Mr. Nelson's filings related to those affidavits.

Craig A. Brand expended a total of 5.05 hours of time related to the affidavits and Mr. Nelson filings related to those affidavits at the billing rate of $450 per hour. This results in total fees expended by Mr. Brand at $2,272.50. An email with Mr. Brand's time entries is attached hereto as Exhibit "B."

Accordingly, Plaintiffs request that a total of $3,375.00 for attorney's fees in dealing with the affidavits and Mr. Nelson's related filings be assessed against the Defendant. Plaintiffs further request that the Court provide the Defendant a date certain by which he must reimburse Plaintiffs for the above-referenced fees.

Respectfully submitted,

/s/ Chris J. Kellogg
Larry G. Michel, #14067
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 W. Iron-7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674
(785) 825-5936
lmichel@kenberk.com
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

*Koehn, et al. v. Nelson*
*Statement of Fees for Swisher and Hoffman Affidavits*
*Case No. 22-CV-04008-JWB-TJJ*
*Page 3*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2023, the foregoing Statement of Fees for Affidavits of Swisher and Hoffman was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF System.



/s/ Chris J. Kellogg
*Koehn, et al. v. Nelson*
*Statement of Fees for Swisher and Hoffman Affidavits*
*Case No. 22-CV-04008-JWB-TJJ*
*Page 3*