

PO Box 2567
Salina, KS 67402-2567
Phone: (785) 825-4674
Fax: (785) 825-5936
Email: hwood@kenberk.com
www.kenberk.com

119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567

Phone: 785.825.4674
Fax: 785.825.5936
kenberk.com

# INVOICE

Invoice # 24005
Date: 10/14/2022
Due On: 10/29/2022

Chad Koehn
227 N. Santa Fe Ave.
Salina, KS 67401



## Michael Nelson

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 09/01/2022 | JRA | ~~[redacted]~~ | 1.00 | $0.00 |
| 09/02/2022 | LGM | ~~[redacted]~~ | 0.70 | $245.00 |
| 09/02/2022 | LGM | ~~[redacted]~~ | 0.20 | $70.00 |
| 09/02/2022 | CK | ~~[redacted]~~ | 1.00 | $275.00 |
| 09/06/2022 | LGM | ~~[redacted]~~ | 0.50 | $175.00 |
| 09/06/2022 | CK | ~~[redacted]~~ | 1.50 | $412.50 |
| 09/07/2022 | LGM | ~~[redacted]~~ | 1.00 | $350.00 |
| 09/07/2022 | CK | ~~[redacted]~~ | 0.80 | $220.00 |
| 09/08/2022 | LGM | ~~[redacted]~~ | 0.20 | $70.00 |
| 09/08/2022 | CK | ~~[redacted]~~ | 1.00 | $275.00 |
| 09/09/2022 | CK | ~~[redacted]~~ | 1.50 | $412.50 |
| 09/12/2022 | LGM | ~~[redacted]~~ | 0.20 | $70.00 |
| 09/13/2022 | LGM | ~~[redacted]~~ | 0.60 | $210.00 |
| 09/13/2022 | CK | ~~[redacted]~~ | 1.20 | $330.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/2022 | CK | ~~[redacted]~~ | 0.20 | $55.00 |
| 09/14/2022 | LGM | ~~[redacted]~~ | 0.20 | $70.00 |
| 09/14/2022 | CK | ~~[redacted]~~ | 0.20 | $55.00 |
| 09/15/2022 | CK | ~~[redacted]~~ | 2.00 | $550.00 |
| 09/15/2022 | LGM | ~~[redacted]~~ litigation strategy | 0.30 | $105.00 |
| 09/16/2022 | LGM | ~~[redacted]~~ | 0.60 | $210.00 |
| 09/16/2022 | CK | ~~[redacted]~~ | 0.80 | $220.00 |
| 09/19/2022 | LGM | ~~[redacted]~~ | 0.50 | $175.00 |
| 09/19/2022 | CK | ~~[redacted]~~ | 1.10 | $302.50 |
| 09/20/2022 | CK | ~~[redacted]~~ | 1.00 | $275.00 |
| 09/20/2022 | LGM | ~~[redacted]~~ | 0.40 | $140.00 |
| 09/21/2022 | CK | ~~[redacted]~~ | 1.90 | $522.50 |
| 09/21/2022 | LGM | ~~[redacted]~~ | 0.80 | $280.00 |
| 09/22/2022 | LGM | ~~[redacted]~~ | 0.40 | $140.00 |
| 09/22/2022 | CK | Review and file motion to quash and amended complaint; OC JRA; texts with Chad; Emails with Craig Brand; emails with Michael Nelson | 1.30 | $357.50 |
| 09/23/2022 | LGM | ~~[redacted]~~ | 0.20 | $70.00 |
| 09/23/2022 | CK | ~~[redacted]~~ | 1.00 | $275.00 |
| 09/26/2022 | LGM | ~~[redacted]~~ | 0.10 | $35.00 |
| 09/26/2022 | CK | ~~[redacted]~~ | 0.50 | $137.50 |
| 09/27/2022 | LGM | ~~[redacted]~~ | 0.40 | $140.00 |
| 09/27/2022 | CK | Review filings by Nelson; TC with Andrea Swisher and Don Hoffman; Emails with Andrea Swisher and Don Hoffman; OC JRA; emails with Craig Brand | 1.80 | $495.00 |
| 09/28/2022 | LGM | ~~[redacted]~~ | 0.20 | $70.00 |
| 09/29/2022 | CK | ~~[redacted]~~ | 1.20 | $330.00 |
| 09/29/2022 | LGM | ~~[redacted]~~ | 0.70 | $245.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | brief for default judgment; review motion to disqualify counsel | | | |
| 09/30/2022 | CK | Review disclosure documents; file and serve initial disclosure documents; email with Chad Koehn; emails with Craig Brand; Texts with Chad Koehn; TC with Chad Koehn; email with Andrea Swisher; Email with Don Hoffman; review order of Judge Birzer; email with Chad Koehn | | 1.80 | $495.00 |
| 09/30/2022 | LGM | ~~illegible~~ | | 0.30 | $105.00 |

| | |
|---|---:|
| Subtotal | $8,970.00 |
| Total | $8,970.00 |
| Payment (10/21/2022) | -$6,870.00 |
| Payment (11/25/2022) | -$2,100.00 |
| Balance Owing | $0.00 |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| ( $7,667.50 | + | $8,970.00 | ) - ( | $8,970.00 | ) = | $7,667.50 |

Pay on-line @ www.kenberk.com or make all amounts payable to: Kennedy Berkley Attorneys at Law



**KennedyBerkley**
ATTORNEYS AT LAW

119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567

Phone: 785.825.4674
Fax: 785.825.5936
kenberk.com

PO Box 2567
Salina, KS 67402-2567
Phone: (785) 825-4674
Fax: (785) 825-5936
Email: hwood@kenberk.com
www.kenberk.com

# INVOICE

Invoice # 24526
Date: 11/09/2022
Due On: 11/24/2022

Chad Koehn
227 N. Santa Fe Ave..
Salina, KS 67401

## Michael Nelson

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 10/03/2022 | CK | File affidavits of Andrea Swisher and Don Hoffman; review filing by Nelson; emails with Craig Brand, Texts with Chad Koehn; emails with Don Hoffman and Chris Giroux | 1.40 | $385.00 |
| 10/03/2022 | LGM | Review affidavits of D. Hoffman and A. Swisher | 0.20 | $70.00 |
| 10/04/2022 | LGM | [redacted] | 2.20 | $770.00 |
| 10/04/2022 | CK | [redacted] | 2.00 | $550.00 |
| 10/05/2022 | LGM | T/c w/ Att. Hoffman re: affidavits | 0.20 | $70.00 |
| 10/10/2022 | LGM | [redacted] | 0.20 | $70.00 |
| 10/10/2022 | CK | [redacted] | 1.00 | $275.00 |
| 10/11/2022 | CK | [redacted] | 0.50 | $137.50 |
| 10/13/2022 | LGM | [redacted] | 0.20 | $70.00 |
| 10/14/2022 | LGM | [redacted] | 0.20 | $70.00 |
| 10/17/2022 | CK | [redacted] | 0.30 | $82.50 |
| 10/18/2022 | CK | [redacted] | 0.20 | $55.00 |
| 10/20/2022 | CK | [redacted] | 0.40 | $110.00 |
| 10/21/2022 | CK | [redacted] | 0.40 | $110.00 |
| 10/27/2022 | LGM | [redacted] | 0.20 | $70.00 |
| 10/31/2022 | LGM | [redacted] | 0.10 | $35.00 |

**Subtotal** $2,930.00

|                  | Total                | $2,930.00  |
|------------------|---------------------:|-----------:|
|                  | Payment (11/25/2022) | -$2,930.00 |
|                  | Balance Owing        | $0.00      |

## Statement of Account

| | Outstanding Balance | | New Charges | | | Payments Received | | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| ( | $7,667.50 | + | $2,930.00 | ) - ( | | $2,930.00 | ) | = | $7,667.50 |

Pay on-line @ www.kenberk.com or make all amounts payable to: Kennedy Berkley Attorneys at Law