# Chris Kellogg

**From:** Craig A Brand <craig@mystic.enterprises>
**Sent:** Thursday, January 19, 2023 2:59 PM
**To:** Chris Kellogg
**Cc:** Craig Brand
**Subject:** Re: Fees for Affidavits



Please see billing related:

| Date | Description | Time |
|---|---|---|
| 10/1-3/22 | Prepare Reply to Nelson's Response to Pls' Motion to Quash Hoffman Subpoena; | 1.25 |
| 9/19/22 | Draft Proposed email to Magistrate Birzer re: Hoffman Subpoena. Went over with Chad before finishing and further discussed various on-topic issues. | 0.30 |
| 9/21/22 | Prepare Motion to Quash Subpoena to Donald Hoffman, Esq. & Memo of Law (ECF 245 & 246) | 2.25 |

| Date | Description | Time |
|---|---|---|
| 9/25/22 | Review Nelson's Response in Opposition to Pls' Motion to Quash Hoffman Subpoena and Draft Proposed Declarations of Hoffman and Giroux | 1.25 |

Total Time: 5.05
Billing Rate: $450
Amount attributable: $2,272.50

On Jan 19, 2023, at 9:00 AM, Chris Kellogg <ckellogg@kenberk.com> wrote:

Craig,

I just pulled my and Larry's billings for the affidavits to Hoffman and Swisher. It looks like we have only about $552.50 in fees for preparing and filing the affidavits. If you get me copies of your bills and let me know which entries apply, I will be happy to put something together to file with the Court.

Thanks,

Chris

Chris J. Kellogg
KENNEDY BERKLEY

1

119 W. Iron, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
Main Number (785) 825-4674
Fax (785) 825-5936
website:www.kenberk.com

<image001.png>
*************************************************

CONFIDENTIALITY NOTICE:

The information contained in this electronic message and any files or attachments is a communication from the law firm of KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED. This information is intended solely for the use of the individual or entity to which it is addressed. It is private and confidential, and may be protected by the attorney-client privilege. If you are not the designated recipient, you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you have received this message in error, please immediately notify us at 785-825-4674 or by responding to the sender's e-mail address, and promptly destroy the original and all copies of this message and attachments. Thank you.