**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br>           Plaintiffs, counter-defendants <br>      v. <br> Michael Nelson <br><br>           Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-TJJ** <br> CIVIL ACTION <br><br> **INDEX OF EXHIBITS** <br><br> **OBJECTION Regarding Document 362 Analysis and Argument regarding excessive fees and costs awarded** <br><br> **[Jury Trial Demanded]** |

**OBJECTION Regarding fees/costs Awarded as 'sanctions' As Excessive**

**INDEX OF EXHIBITS**

<u>**Exhibit "A"**</u> =   Transcript of Hearing on 14 December 2022

<u>**Exhibit "B"**</u> =   Order regarding prior fees allowed for Larry Michel in complex specialized vaccine litigation

<u>**Exhibit "C"**</u> =   Lyft Estimate of Cost of Travel via Luxury Livery Service

<u>**Exhibit "D"**</u> =   Uber Estimate of Cost of Travel via Luxury Livery Service

<u>**Exhibit "E"**</u> =   Resume of Spencer Angell, showing dates of employment

"ORDER. After consultation and with the approval of District Judge Broomes, Defendant's 1/19/2023 email request for permission to file a response (or objection) to 362 Statement is approved, but shall not exceed 10 pages. Defendant shall file his response or objection on or before 2/2/2023. Signed by Magistrate Judge Teresa J. James on 1/23/2023." Document 369

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

Respectfully Submitted, this 31st day of Jan 2023

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone: 702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*