UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. **and** **CHAD M. KOEHN**<br><br>　　　　Plaintiffs,<br>　v.<br>Michael Nelson<br><br>　　　Defendant;  PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br>**EXHIBITS**<br><br>**OBJECTION Regarding Document 362 Analysis and Argument regarding excessive fees and costs awarded**<br><br>**[Jury Trial Demanded]** |

# Exhibit

# "C"



**Exhibit "C" =**　Lyft Estimate of Cost of Travel via Luxury Livery Service

TO FOLLOW …



| 100 N 7th St | → | 434 N Main St |

## Price estimate

Prices are estimates only and do not reflect variations due to discounts, traffic delays or other factors. Sign up / Log in to see actual prices.



**Lyft**  4  $160 - 185  11:59 AM

**Lyft XL**  6  $250 - 285  11:59 AM

## Trip

**100 N 7th St**  
Salina, KS 67401, United States — Pick up

**434 N Main St**  
Wichita, KS 67202, United States — Drop-off



**Sign up / Log in to request ride**