UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>           Plaintiffs,<br>     v.<br>Michael Nelson<br><br>           Defendant;  PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br>**EXHIBITS**<br>**OBJECTION Regarding Document 362 Analysis and Argument regarding excessive fees and costs awarded**<br>**[Jury Trial Demanded]** |

# Exhibit

# "D"



**Exhibit "D" =**   Uber Estimate of Cost of Travel via Luxury Livery Service

## TO FOLLOW …

Uber  Log in  Sign up 

# How much does a ride with Uber cost?
Plan your next trip with the price estimator.

## Uber price estimator

- 117 E Iron Ave, Salina, KS  ✕
- 401 N Market St, Wichita, Kansas  ✕

**Your options**

◉ UberX  $196.09  ⓘ

○ UberXL  $287.36  ⓘ

**Request now**

**Schedule for later**

Sign up to ride

Sample rider prices are estimates only and do not reflect variations due to discounts, geography, traffic delays, or other factors. Flat rates and minimum fees may apply. Actual prices for rides and scheduled rides may vary.

Products may not be available in all regions of your city. Please check your app for availability.

## How prices are estimated

In most cities, your cost is calculated up front, before you confirm your ride. In others, you will see an estimated fare range*. Here are some fees and factors that can affect your price:

*See applicable price terms in your city



**Base rate**
The base rate is determined by the time and distance of a trip.



#### Operating fee
In your city, a flat fee might be added to each trip. It helps support operational, regulatory, and safety costs.

#### Busy times and areas
When there are more riders than available drivers, prices may temporarily increase until the marketplace is rebalanced.

## Ways to ride in the area

**Economy**  Premium



**Connect Saver**  1-4
Pickup within an hour

1/8  

## Making money by driving with the Uber app

#### Behind the wheel
Drive using Uber when you want and make money on your schedule.

Learn more

## Other ways

Find out what resources and promotions are in the app that can help you maximise your earnings.

Learn more

## Frequently asked questions

| When do I get charged for a ride? | + |
| Can I get a ride with Uber from an airport? | + |
| Can I pay for an Uber trip with cash? | + |
| How do I get a price estimate in the app? | + |



# Uber

Visit Help Center

Do not sell or share my personal information

Google Data Policy

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

## Products

Ride

Drive

Deliver

