# EXHIBIT

# "E"

# TO FOLLOW . . .

Resume of Spencer Angell

# Spencer James Angell

spencerangell02@gmail.com | (785) 577-5659 | linkedin.com/in/spencer-angell

## EDUCATION

**University of Arizona - Honors College & Eller College of Management**       **Tucson, Arizona**
*Bachelor of Science in Business Administration*                                        May 2025
- **Major:** Finance
- **Minors:** French | Philosophy
- **Cumulative GPA:** 4.0
- **Honors:** National Merit Scholar | College Board Rural Scholar | Dean's List with Distinction | Dean's Exemplary Award | Highest Academic Distinction Honor | Salina Central Valedictorian

## PROFESSIONAL EXPERIENCE

**United Capital Management of Kansas**                                        **Salina, Kansas**
*Summer Analyst*                                                      *May 2022 – August 2022*
- Engaged in dozens of equity analyses for proprietary portfolios at RIA with AUM of over 300mm
- Learned from professionals about securities analysis, portfolio management, and client relations

**International Thespian Society**                                            **Cincinnati, Ohio**
*International Thespian Officer*                                  *September 2019 – September 2021*
- Twice elected to board of six to represent the International Thespian Society's 135,000 students
- Created Thespian Student Leadership Council with 30 represented states & 3 countries

**Kennedy Berkley, Attorneys at Law**                                         **Salina, Kansas**
*Legal Runner*                                                        *May 2017 – March 2020*
- Gained exposure to banking at firm focused on banking transactions, totaling over $250mm yearly
- Attained the interpersonal skills necessary to excel with clients & colleagues in a professional setting

**Other Professional Activities:** C.A.T.S Academics Student Tutor | Concrete Laborer

## LEADERSHIP & PROFESSIONAL DEVELOPMENT

**Financial Modeling Club**                                                   **Tucson, Arizona**
*Director of Membership*                                              *August 2022 – Present*
- Attend weekly workshops on excel skills, keyboard shortcuts, and financial modeling
- Network with professionals, gaining pragmatic modeling skill through collaborative workshops

**Investments Club**                                                         **Tucson, Arizona**
*Active Member*                                                       *August 2021 – Present*
- Discuss investment strategy, economic conditions, and stock & derivatives analysis with peers
- Keep up to date with weekly presentations on the latest market trends and M&A deal flow

**Other Leadership & Professional Development Activities:** E.L.I.T.E | City of Salina Youth Board

## SKILLS, ACTIVITIES & INTERESTS

**Skills:** Client Relations | Microsoft Excel | Project Planning | Public Speaking | Securities Analysis

**Certifications & Training**: Series 65 License | JP Morgan Sophomore Spotlight Participant | JP Morgan Investment Banking Virtual Experience (2022) | Envestnet Wealth Management Certificate

**Activities:** Phi Delta Theta Deputy Treasurer | Phi Delta Theta Philanthropy Committee

**Interests:** Absurdist Philosophy | Catholic Theology | Classic Country Music | Competitive Rocket League | Greco-Roman Literature | Intramural Tennis | Options Trading | Western Political History