# Report of Parties' Planning Conference and Plaintiffs' Initial Disclosures

**Chris Kellogg**

To KSD_Birzer_Chambers
Cc oklahomaremote@gmail.com; craig@thebrandlawfirm.com

Tue 7/26/2022 4:15 PM

📎 Plf's Initial Disclosures-Cb. 7.26.22.Nelson.docx — 30 KB
📎 2022.7.26 Report of Parties' Planning Conference.docx — 56 KB

Dear Judge Birzer,

Please find attached the Report of Parties' Planning Conference, which is as complete as we could make it under the circumstances. I have signed the report but left Mr. Nelson's signature off of it since he would not agree to the contents even though it is the report we worked out together.

Also attached are Plaintiffs' initial disclosures.

Sincerely,

Chris J. Kellogg
KENNEDY BERKLEY
119 W. Iron, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
Main Number (785) 825-4674
Fax (785) 825-5936
website: www.kenberk.com



*********************************************

CONFIDENTIALITY NOTICE:
The information contained in this electronic message and any files or attachments is a communication from the law firm of KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED. This information is intended solely for the use of the individual or entity to which it is addressed. It is private and confidential, and may be protected by the attorney-client privilege. If you are not the designated recipient, you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you have received this message in error, please immediately notify us at 785-825-4674 or by responding to the sender's e-mail address, and promptly destroy the original and all copies of this message and attachments. Thank you.