KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., )<br>)<br>**Plaintiffs** )<br>vs. )<br>)<br>MICHAEL NELSON, )<br>)<br>**Defendant** )<br>) | Case No. 22-CV-04008-JWB-TJJ |

### PLAINTIFFS RESPONSE TO DEFENDANTS' (SECOND) MOTION TO COMPEL PRODUCTION IN PDF FORMAT [DOC. 363]

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith respond to Defendant's January 18, 2023, Motion to Compel Plaintiffs to produce the documents and things previously served on the Defendant, MICHAEL NELSON, via thumb/flash drive. Plaintiffs have uploaded the pdf version of the contents of the thumb/flash drive as well as maintained all audio recordings into a Dropbox accessible to the Defendant at https://www.dropbox.com/t/86Z0KQl67K4UP0sH

Wherefore, Plaintiffs, respectfully pray that the Court will deny Defendant' MICHAEL NELSON's Motion to Compel as moot.

Dated January 26, 2023.

1

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

/s/ Chris J. Kellogg
Chris J. Kellogg

2