COMPOSITE EXHIBIT "D"





# Legal Software.net sent you 1 item

168.6 MB • Expires 2/2/2023 at 11:59 PM



📁 UCMK v Nelson PDF exchange
168.6 MB





# Your transfer was just downloaded

We just thought you'd want to know.

Manage transfer

| 7 | 2 |
|---|---|
| Views | Downloads |

A bit about this transfer

| Expires 2/2/2023 |  No password | Notifications on |
|---|---|---|

Need more time or added security? Upgrade your plan

What's in this transfer

1 item • 169 MB

 UCMK v Nelson PDF exchange
168.6 MB

Exhibit "E"

| | |
|---|---|
| File size | 168 MB ▾ |
| Download speed | 45 Mbit ▾ |
| | per second ▾ |
| Download time | 0 hrs ▾  0 min ▾  29 sec ▾ |

---

| | |
|---|---|
| File size | 168 MB ▾ |
| Download speed | 200 Mbit ▾ |
| | per second ▾ |
| Download time | 0 hrs ▾  0 min ▾  6 sec ▾ |