1

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>  Plaintiffs, counter-defendants<br><br>  v.<br><br>Michael Nelson<br><br>  Defendant; Counter-Plaintiff PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br>**INDEX of EXHIBITS**<br>**OBJECTION**<br>**INCONSISTENT EXHIBITS**<br>**Bold Faced Untruths in Doc. 414 & Exhibits**<br>[Jury Trial Demanded] |

### INDEX OF EXHIBITS to OBJECTION to Doc. 414 & exhibits

**Exhibit "A" =**   Demonstrating Plaintiffs publicly available link in document 389 is now DELETED

**Exhibit "B" =**   Plaintiffs Blown up exhibit  showing an Expiration date of 2/2/2023 and clearly showing LegalSoftware.net

**Exhibit "C" =**   Blown up Plaintiffs exhibit demonstrating creation date 1/25/2023 with 13 views and 4 Downloads

**Exhibit "D" =**    Blown up Copy of Plaintiffs Ex. D/E of Doc 414 showing 7 views and 2 Downloads Expiring 2.2.2023 with NO Password Protection

A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All <u>pleadings shall be so construed as to do substantial justice</u>"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

<u>Respectfully Submitted, this 31st  day of Jan 2023</u>

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone:  702-932-3434

**Certificate of Service:**
  The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*