# EXHIBIT

# "A"

# To Follow . . .

**OBJECTION**
**INCONSISTENT EXHIBITS**
**Bold Faced Untruths in Doc. 414 & Exhibits**

<u>DROPBOX LINK provided PUBLICLY to the WORLD:</u>

https://www.dropbox.com/t/86Z0KQl67K4UP0sH

NOW STATES TRANSFER WAS DELETED (EMPHASIS ADDED)

dropbox.com/transfer/AAAAAHYn_zi1108XZ2kpLLPQ3fdGW4uuU0NBuOzTTcD2Ru3jBWp2H7A

