# EXHIBIT

# "B"

# To Follow . . .

**OBJECTION**
**INCONSISTENT EXHIBITS**
**Bold Faced Untruths in Doc. 414 & Exhibits**


