# EXHIBIT

# "C"

# To Follow . . .

**OBJECTION**
**INCONSISTENT EXHIBITS**
**Bold Faced Untruths in Doc. 414 & Exhibits**

**Expanded Blown up Exhibit D-E composite of Plaintiffs Document 414**



CLEARLY IDENTIFYING the CREATION DATE of 1/25/2023

Clearly showing Expiration Date of 2/1/2023

Clearly showing 13 Views and FOUR (4) Downloads (EMPHASIS ADDED)