# EXHIBIT

# "D"

# To Follow . . .

**OBJECTION**
**INCONSISTENT EXHIBITS**
**Bold Faced Untruths in Doc. 414 & Exhibits**

**<u>BLOWN UP Plaintiffs Composite Exhibits D and E</u>**

**<u>E of the Exhibits Clearly shows 7 views and 2 downloads.</u>**

**<u>ALSO STATES the Publicly available download was WITHOUT PASSWORD and Expires 2/2/2023</u>**

**<u>Yet in Exhibit D, the expiration is listed as 2/1/2023; Clearly Plaintiffs are playing GAMES with the providing to discovery documents REQUIRED to be provided not later than 18 November 2022</u>**



WHO ARE THE TWO PARTIES THAT DOWNLOADED THIS FILE?  OR IS IT FOUR (4) Different Parties who have Downloaded the file?
THE DEFENDANT HERE IS THE ONLY PARTY THAT SHOULD HAVE A COPY AND DOES NOT!