KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-TJJ |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFFS' NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION

Plaintiffs, Plaintiffs/Counter-Defendants, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith file and supply their Notice of Service of Responses and Objections to Defendant's Requests for Admission.

Plaintiffs herby certify that on February 1, 2023, a true and correct copy, in PDF format, of Plaintiffs' Responses and Objections to Defendant's Requests for Admission were emailed to Michael Nelson at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

Dated February 1, 2023.

1

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs/Counter-Defendants*

and

/s/ *Craig A. Brand, Esq.*

Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2023, the foregoing *Plaintiffs' Notice of Service of Responses and Objections to Requests for Admission* was filed using the CM/ECF system which will send notice of filing to registered participants herein, including the Defendant.

/s/ Chris J. Kellogg
Chris J. Kellogg