UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

February 01, 2023

Michael E. Nelson
9450 SW Gemini Drive
PMB 90924
Beaverton, OR 97008-7105

**RE:** 23-3005, United Capital Management of Kansas, et al v. Nelson
Dist/Ag docket: 5:22-CV-04008-JWB-TJJ

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Craig A. Brand
Chris J. Kellogg
Lawrence G. Michel

CMW/djd