1

UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br> Plaintiffs, Counter Defendants <br> v. <br> Michael Nelson <br><br> Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:** 5:22-CV-04008-JWB-TJJ <br> CIVIL ACTION <br><br> <u>NOTICE OF Service of Discovery 3 Feb. 2022</u> <br><br><br> **[Jury Trial Demanded]** |

NOTICE OF SERVICE OF ADDITION OF WITNESS

Comes now Michael Nelson, who notices the Court of service of discovery productions upon plaintiffs on 3 Feb. 2023

Due to the parallel criminal trial notice of discovery was in advertently not noticed to the Court has a person cannot be in two places at one time.   Yet on 3 Feb 2023 responses and data were delivered to the plaintiffs in the above entitled matter.

9214890142980478387395

<u>Respectfully Submitted, this 3rd day of Feb 2023</u>

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone:  702-932-3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*