**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>        Plaintiffs,<br>  v.<br>Michael Nelson<br><br>        Defendant ;   PRO-Se. | DOCKET NO.:    5:22-CV-04008-JWB-GEB<br>CIVIL ACTION<br><br>EXHIBIT A<br>Notice of Compliance with ORDER No. 424<br>Preservation of Objection for Appeal<br><br>[Jury Trial Demanded] |

# EXHIBIT

# "A"

# To Follow . . .

Notice of Compliance with ORDER No. 424

Preservation of Objection for Appeal

## Payment Receipt                                                                                              $1,425.00

**Kennedy Berkley Yarnevich and Williamson**                                                          **Account Holder**
119 W Iron 7th Floor                                                                                       Michael E Nelson
PO Box 2567                                                                                        4952 South Rainbow Boulevard
Salina, Kansas 67401                                                                                            Ste # 250
(785) 825-4674                                                                                        Las Vegas, Nevada 89118

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $1,425.00 |
| **Reference:** | Case No. 22-4008-JWB Order # 424 | **Payment Method:** | MasterCard |
| | | **Card Number:** | *************0238 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 01820P |
| | | **Payment Date:** | February 14, 2023 02:17 pm |
| | | **Transaction Id:** | 79348181 |

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.


POWERED BY LawPay

lherbic@kenberk.com



Michael N. <oklahomaremote@gmail.com>

# Payment Receipt from Kennedy Berkley Yarnevich and Williamson for $1,425.00
1 message

**Kennedy Berkley Yarnevich and Williamson** <receipts@lawpay.com>　　　　　　　　　　Tue, Feb 14, 2023 at 2:17 PM
Reply-To: Kennedy Berkley Yarnevich and Williamson <lherbic@kenberk.com>
To: oklahomaremote@gmail.com

## Payment Receipt                                                                                                                $1,425.00

**Kennedy Berkley Yarnevich and Williamson**

119 W Iron 7th Floor
PO Box 2567
Salina, Kansas 67401
(785) 825-4674

**Account Holder**

Michael E Nelson
4952 South Rainbow Boulevard
Ste # 250
Las Vegas, Nevada 89118

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $1,425.00 |
| **Reference:** | Case No. 22-4008-JWB | **Payment Method:** | MasterCard |
| | Order # 424 | **Card Number:** | ************0238 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 01820P |
| | | **Payment Date:** | February 14, 2023 02:17 pm |
| | | **Transaction Id:** | 79348181 |

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.



lherbic@kenberk.com