KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , )<br>)<br>**Plaintiffs** )<br>vs. )<br>)<br>MICHAEL NELSON, )<br>)<br>**Defendant** )<br>_____ ) | Case No. 22-CV-04008-JWB-GEB |

## PLAINTIFFS' MOTION TO EXTEND PLAINTIFFS' DISCOVERY DEADLINE FROM MARCH 10, 2023, TO MARCH 31, 2023, AND CERTIFICATE OF CONFERRAL

The filing of this Motion has been authorized pursuant to ECF 437.

Pursuant to Fed. R. Civ. P. 7(b) and D. Kan. Rule 7.1(a) and 37.2 Plaintiffs, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., by and through their undersigned counsel, move this Honorable Court for Entry of An Order Extending The Deadline For Plaintiffs To Complete Discovery From March 10, 2023, to March 31, 2023. As grounds therefore, Plaintiffs will demonstrate unto this Court as follows:

On August 3, 2022, this Court entered a Scheduling Order. *See* ECF 124. Paragraph 2.b. of the Scheduling Order states: "All discovery must be commenced or served in time to be completed by **March 10, 2023**." [Emphasis in original.] The cutoff date was affirmed in ECF 360, Paragraph 6.

1

As the Court is aware, Defendant was unavailable from January 31 to approximately February 14, 2023. *See* ECF 385, "Notice of Non-availability of defendant/counter-plaintiff Michael Nelson."

Fed. R. Civ. P. 36(a)(3) requires that a response to Requests for Admission is due within 30 days not due thirty days after being served. On February 14, 2023, Plaintiffs requested leave to extend the discovery deadline through March 31, 2023.

On February 14, 2023, Plaintiffs served Defendant with Plaintiffs' Second Requests for Admission. *See* ECF 430. These Requests for Admission are intended to narrow the issues at trial, as Plaintiffs have named in excess of eighty (80) fact and damage witnesses in their Second Amended Complaint and are attempting to materially reduce this count. Defendant's Response to the Second Requests for Admissions would not be due until Thursday, March 16, 2023.

On February 20, 2023, Plaintiffs served Defendant with Plaintiffs' Third Requests for Admission. *See* ECF 441. These Requests for Admission are also follow up and intended to further narrow the issues at trial. Defendant's Response to the Third Requests for Admission would not be due until Thursday, March 23, 2023.

Plaintiffs are also aware that Paragraph 4.b. of the August 3, 2022, Scheduling Order requires Plaintiffs' counsel to submit the parties' proposed pretrial order in Word format as an attachment to an email to the Magistrate Judge by March 29, 2023, and that a pretrial conference is scheduled for April 5, 2023, at 11:00 a.m. via Zoom. Plaintiffs suggest that the resetting of the March 29, 2023, deadline and the April 5, 2023, pretrial conference dates should be considered by the Court as early as possible and hopefully no later than at the February 28, 2023, Status Conference.

This case is not at issue, as the Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint has not yet been ruled upon by Judge Broomes.  Additionally, Defendant is presently subject to an Order compelling him to respond to Plaintiffs' November 10, 2022, Second Interrogatories and respond and produce documents in response to Plaintiffs' First Requests for Production by March 3, 2023. *See* ECF 426 at 6, 7, 8.  Plaintiffs are unable to anticipate what, if any, sworn Answers to Interrogatories and what, if any, responses and production of documents will be timely provided by Defendant and what, if any, further discovery follow up is warranted.

Defendant has refused to cooperate in coordinating the taking of his videotaped deposition, Defendant has refused to cooperate with Plaintiffs in disclosing who he intends on calling at trial and coordinating the taking of these witnesses deposition, and Defendant has created delays that have backed the Plaintiffs up against the discovery cutoff date thereby necessitating the Plaintiffs' filing of a Motion to Compel the Deposition as authorized by ECF 436.

Plaintiffs have demonstrated good cause to extent Plaintiffs' discovery deadline to March 31, 2023.  Defendant will not be prejudiced by the granting of an extension of the deadline for Plaintiffs' completion of discovery by an additional twenty-one (21) days through March 31, 2023.

**WHEREFORE,** Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc. respectfully pray that this Court will extend Plaintiffs' discovery deadline through March 31, 2023.

### CERTIFICATE OF CONFERRAL

Pursuant to D. Kan. Rule 37.2, the undersigned counsel could not confer with Mr. Nelson by telephone because Defendant sent an email to undersigned counsel on February 20, 2023, refusing to speak with counsel on the phone.

Dated February 21, 2023.

Respectfully Submitted,

/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs*

and

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

/s/ Chris J. Kellogg
Chris J. Kellogg