## UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>                    Plaintiffs,<br>    v.<br>Michael Nelson<br><br>          Defendant ;    PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**INDEX OF EXHIBITS**<br><br>**Motion for Protective Order from Abusive Discovery Requests of Plaintiffs**<br><br>**& Motion to Compel Production**<br><br>**[Jury Trial Demanded]** |

# INDEX OF EXHIBITS

**Exhibit "A" =**   PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION RECEIVED JANUARY 12, 2023

**Exhibit "B" =**   PLAINTIFF/COUNTER-DEFENDANTS' SECOND REQUESTS FOR ADMISSIONS TO DEFENDANT/COUNTER-PLAINTIFF, MICHAEL NELSON

**Exhibit "C" =**   Combined list of persons from Second Amended Complaint, demonstrating the addresses/contact information received and not received from Plaintiffs

**Motion for Protective Order from Abusive Discovery Requests of Plaintiffs**

**& Motion to Compel Production**