# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br>　　　　Plaintiffs, <br>　　v. <br> Michael Nelson <br><br>　　　　Defendant ;　PRO-Se. | **DOCKET NO.:　5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> **EXHIBIT A** <br> **Motion for Protective Order from Abusive** <br><br> **Discovery Requests of Plaintiffs** <br><br> **& Motion to Compel Production** <br><br> [Jury Trial Demanded] |

# EXHIBIT

# "C"

# To Follow . . .

**Motion for Protective Order from Abusive Discovery Requests of Plaintiffs**

**& Motion to Compel Production**

| Name | Address | Phone | Email | Client? | Employee? | Background Rep | AI |
|---|---|---|---|---|---|---|---|
| Mark Cole | 2510 Yellowstone Circ Wichita, Ks 67215 | | | | | | |
| Tim Brush | 5 Circle Dr. Downs, Ks 67437 | | | | | | |
| Richard Bieker | 2759 Bret Ave. Salina, Ks 67401 | | | | | | |
| Stan Byquist | 2601 S. Ohio St. Salina, Ks 67401 | | | | | | |
| Vince Bengston | 344 Dakota Rd Windom, Ks 67491 | | | | | | |
| Susan Deges | 2814 US Hwy 24 Hill City, Ks 67642 | | | | | | |
| Reed Koehn | 8505 DD Rd. Montezuma, Ks 67867 | | | | | | |
| Mark Lofing | 801 East 5th. Kinsley, Ks 67547 | | | | | | |
| Kelly Leon | 221 E. 15th. Concordia, Ks 66901 | | | | | | |
| Jason Bach | 11528 Cornhusker Rd Alma, Ne 68920 | | | | | | |
| LaDonna Busch | 2401 5th Ave. Dodge City, Ks 67801 | | | | | | |
| Doug Loewen | 1418 Limestone Hillsboro, Ks 67063 | | | | | | |
| David Huard | 1313 NW 193rd St. Edmond, Ok 73012 | | | | | | |
| Norma Griffin | 4744 W. Pleasant Hill Rd Salina, Ks 67401 | | | | | | |
| Dan Walter | 120 S. State St. Norton, Ks 67654 | | | | | | |
| Craig Piercy | 1308 Shoreline Dr. West Salina, Ks 67401 | | | | | | |
| Ben Suing | 2531 Sonepost Lane Salina, Ks 67401 | | | | | | |
| Brad Harding | 1018 Truman Dr. Norton, Ks 67654 | | | | | | |
| Bill Kern | 4920 Pebble Lane Wamego, Ks 66547 | | | | | | |
| Adam McMillin | 140 Overhill Rd. Salina, Ks 67401 | | | | | | |
| Travis Scott | 104 Cumberland St. Alma, Ne 68920 | | | | | | |
| Trisha Scott | 104 Cumberland St. Alma, Ne 68920 | | | | | | |
| Brian Keeler | 7544 Whitmore Rd Gypsum, Ks 67448 | | | | | | |
| Jerry Deihl | 521 Bishop Salina, Ks 67401 | | | | | | |
| Dan Rapp | 2600 Dundee Lane Salina, Ks 67401 | | | | | | |
| Shannon Bengston | 947 3rd Ave Windom, Ks 67491 | | | | | | |
| Richard Risewick | 13131 Praire Ridge Rd. Norton, Ks 67654 | | | | | | |
| Ron Stratman | 1409 Bentgrass Salina, Ks 67401 | | | | | | |
| Mike Fechter | 5201 NW Green Hills Rd Topeka, Ks 66618 | | | | | | |
| Marion Dome | 21351 W. 123rd Court Olathe, Ks 66061 | | | | | | |
| Glenn Brands | 500 Washington Almena, Ks 67622 | | | | | | |
| Eric Everhart | 3397 S. Lightville Rd. Salina, Ks 67401 | | | | | | |
| Doug Rempp | 14908 E Corwn Ct. Fountain Hills, Az 85268 | | | | | | |
| Chad Koehn | 259 S Cunningham Rd. Salina, Ks 67401 | Address also used for Lauren Fedrick 25 yrs old CFO for UCMK | | | | | |
| Michael Braxmeyer | 707 S. 6th St. Atwood, Ks 67730 | | | | | | |
| Jerry Short | 6309 W. Watkins Rd. Salina, Ks 67401 | | | | | | |
| Wayne Cook | 3155 Fort Dodge Rd. Dodge City,Ks 67801 | | | | | | |

| Name | | Address | Notes |
| --- | --- | --- | --- |
| Randy Phillips | | 426 N. Azalea Box 311 Booker, Tx 79005 | |
| Debbie Shirack | | 2316 S. Ohio St. Salina, Ks 67401 | |
| Ronnie Stanley | | 10604 106 Rd. Dodge City, Ks 67801 | |
| Tod Roberg | | 1334 A North Ohio St. Salina, Ks 67401 | |
| Jerad Busch | | 2401 5th Ave. Dodge City, Ks 67801 | |
| Jim Matney | | 348 W. Robson Rd. Salina, Ks 67401 | |
| Tresea Matney | | 348 W. Robson Rd. Salina, Ks 67401 | |
| Carla Kessler | | | |
| Joe Newman | | 1340 15th St. Hoxie, Ks 67740 | |
| Barry Madden | | 508 N Graves Norton, Ks 67654 | |
| Tim Emick | | 20625 Andalisian View Pueblo, Co 81008 | |
| April Dome | | UCM employee? 1300 12th Ave. Dodge City, Ks 67801 | |
| Valorie Everhart | | | |
| Norma Griffin | | 4744 W. Pleasant Hill Rd Salina, | repeat above |
| Peter Hake | | | |
| Chistine Harding | | | |
| Brad Harding | | 1018 Truman Dr. Norton, Ks 6765 | Repeat of Brad above |
| Sally Keeler | | | |
| Brian Keeler | | | Repeat of Brian Above |
| Sharon Loewen | | | |
| Douglas Loewen | | | Repeat of Douglas Above |
| Bob Ott | | | |
| Melissa Piercy | | | |
| Craig Piercy | | 1308 Shoreline Dr. West Salina, K | Repeat of Craig Piercy above |
| Charlotte M. Regan | | | |
| Deborah Shirack | | 2316 S. Ohio St. Salina, Ks 6740 | Repeat above "debbie" |
| Charles Weaver | | | |
| Marsha Weaver | | | Marsha Weaver is DECEASED |
| Curt Weninger | | | |
| Lisa Weninger | | | |
| Sandra Worden | | | |
| Charles Worden | | | |
| Jerry Short | | 6309 W. Watkins Rd. Salina, Ks 6 | Repeated above |
| Jerry Mihm | | | |
| John Horacek | | | |
| Joyce A. Barkman | | | |
| Laura Nelson | | | |
| Susan Dome | | | |

| Name | Address | Note | Address 2 |
|---|---|---|---|
| Marion Dome | 21351 W. 123rd Court Olathe, Ks | Marion and April Dome are above SUSAN is new addition | |
| Connie Cole | | | |
| Mark Cole | | Repeat of Mark Cole Above | 2510 Yellowstone Circ Wichita, Ks 67215 |
| Roselene Braxmeyer | | | |
| Michael Braxmeyer | | Repeat of Michael Braxmeyer above | 707 S. 6th St. Atwood, Ks 67730 |
| Jim Fouts | | | |
| Sherri Fouts | | | |
| Joey Errington | | | |
| Alison Errington | | | |
| Rebecca Leon | | | |
| Kelly Leon | | Repeat Kelly above | |
| Mark Lofing | 801 East 5th. Kinsley, Ks 67547 | Repeat | |
| Douglas W. Rempp | | Repeat | |
| Heater Jantz | | | |
| Glenn Brands | | Glenn Brands Repeat above | |