KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:	(785) 825-4674
F:	(785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFFS RESPONSE TO DEFENDANT'S DOCUMENT 440, NOTICE OF SERVICE OF OFFER TO COMPROMISE

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith respond to Defendant's February 17, 2023, Notice of Offer to Compromise and Settle and say:

Defendant has utilized Document 440 solely to improperly place upon the record the <u>irrelevant fact</u> that he was found not-guilty in the felony case of State of Oklahoma vs. MICHAEL ERIC NELSON, Washington County, Oklahoma Case No. CF-2021-00304, which is wholly and completely irrelevant to this action and meant only as a means of improperly self-dealing; having nothing to do with this case or these Plaintiffs, the legal issues before this Court, and the matters to be tried.

1

**As of the time of filing this Response, <u>Defendant has not served any Offer to Settle or Compromise on the Plaintiffs electronically on the Plaintiffs and certainly has not attached any Certified Mail Receipt Number referencing the mailing of such Notice</u>. At the time of this filing, the Plaintiffs have absolutely no idea what Offer to Compromise Mr. Nelson is referring to as at the time of this filing, the Plaintiffs are not in possession nor do they know about any alleged Offer to Compromise**.  Plaintiffs waited through the weekend and holiday before this filing, in the event that Mr. Nelson's alleged Offer to Compromise came in Friday, Saturday, or Tuesday's US Mail.

<u>Document 440 should be stricken *sua sponte*</u>.

Wherefore, Plaintiffs, respectfully pray that the Court will consider acting *sua sponte* upon Defendant's Document 440.

Dated February 21, 2023.

        Respectfully Submitted,

        /s/ Chris J. Kellogg  
        Chris J. Kellogg, #21651  
        KENNEDY BERKLEY  
        119 West Iron Avenue, 7th Floor  
        P.O. Box 2567  
        Salina, KS  67402-2567  
        ckellogg@kenberk.com  
        *Attorneys for Plaintiffs*

        and

/s/ Craig A. Brand
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.

/s/ Chris J. Kellogg
Chris J. Kellogg, Esq.