# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs,　　v.<br>Michael Nelson<br>　　　　　Defendant ;　PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-GEB**<br>**<u>CIVIL ACTION</u>**<br><br>**Notice of SERVICE of Answers to Plaintiff's THIRD Request of Admission**<br><br>**[Jury Trial Demanded]** |

**Notice of SERVICE of Answers to Plaintiff's THIRD Request of Admission**

Comes now, Michael Nelson, who makes this NOTICE of **Notice of SERVICE of Answers to Plaintiff's THIRD Request of Admission.**

The undersigned hereby informs the US DISTRICT OF KANSAS FEDERAL COURT AND opposing Counsel by this Notice of **Notice of SERVICE of Answers to Plaintiff's THIRD Request of Admission, that the answers to the plaintiff's THIRD requests for admission received on 20 Feb. 2023 were tendered to the plaintiffs and also sent via United States Postal Mail, First Class, postage paid with Certified Return Receipt Requested.**

**Job ID: 7486552**
**Unique certified mail tracking number(s):**
　9214890142980478829357
　- Kennedy Berkley Yarnevich & Williamson, Chartered

　　　A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and

with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007);

Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 22nd day of February 2023.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com      702.932. 3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;