KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:      (785) 825-4674
F:      (785) 825-5936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-TJJ |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### PLAINTIFFS' NOTICE OF FILING OF EMAIL FROM DEFENDANT

Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc., by and through their undersigned counsel, herewith file and supply their Notice of Filing of Email from Defendant.

On February 20, 2023, Defendant emailed counsel Chris J. Kellogg the email which is attached hereto as Exhibit "A," and incorporated herein by this reference.

Plaintiffs herby certify that the email in Exhibit "A" is a true and correct copy of the email received by counsel Chris J. Kellogg.

Dated February 22, 2023.

    /s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567 Salina,
KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs*

1

and

/s/ *Craig A. Brand, Esq.*
Craig A. Brand, Esq.
Florida Bar No, 896111
The Brand Law Firm, P.A.
4650 Indian Creek Road
Loveland, CO 80538
Tel: (305) 878-1477
craig@thebrandlawfirm.com
*Co-Counsel Pro Hac Vice for Plaintiffs*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on February 22, 2023, the foregoing *Plaintiffs' Notice of Filing of Email from Defendant* was filed using the CM/ECF system which will send notice of filing to registered participants herein, including the Defendant.

/s/ Chris J. Kellogg
Chris J. Kellogg