

# Chris Kellogg

**From:** Michael N. <oklahomaremote@gmail.com>
**Sent:** Monday, February 20, 2023 6:46 PM
**To:** Chris Kellogg
**Subject:** For Your Information We are filing a Rule 27 motion in Arizona

For your information:

We are filing a Rule 27 Motions and preparation of litigation in Arizona against Spencer Angell based upon your baseless ridiculous requests for admission you have sent today, for which you will have a response within a day.

We also intend to file Rule 27(a) filings in Kansas, Nebraska, Wisconsin, and Missouri, to start.

It was not my intention to further this consternation. The filing you have made is out of line, I have NEVER used any "bots" or malicious scripts of any sort EVER! Not against Craig Brand's illegal advertisements website in New York City or the so-called Koehn Ranch. You have launched an attack against me with false statements which have just ballooned this matter to a point I doubt as though your client(s) can neither afford nor know what they have just done!

Your client(s) are looking at a massive number of litigations and continuing consternation for which I am seeking the assistance of the CSS and the SCC! I suggest you read for comprehension EO 12333, signed into law on the 4th Day of December the Year of Our Lord 1981.

We will not be speaking via telephone and all depositions will be held inside US Federal Buildings and may be in attendance US Federal employees as you have just launched a "W.A.R." which you cannot back up with any facts.

Mister Kellogg, you need probably seek your own personal legal counsel if you intend to continue with this consternation in the way in which you have. In the end you still have a career which you will need to manage, and in the end every one of your ridiculous statements and discovery documents you have SIGNED will be brought to light for that of which they are. You are attacking the foundations of this Nation, your actions and signature on documents MUST be backed up with verified facts, or you are dishonoring your profession and certainly our Scout Law, what it truly means to be an EAGLE SCOUT.

Neither you nor your client will win anything in the end. You really have no idea what is occurring here as is evident by your baseless attacks now made in your latest filing.


Michael Nelson. I am NOT a "bean"!
Coming Soon: www.NoSoybean.com