**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN**<br><br>                    Plaintiffs,       v.<br>Michael Nelson<br><br>          Defendant ;    PRO-Se. | **DOCKET NO.:     5:22-CV-04008-JWB-GEB**<br><u>CIVIL ACTION</u><br><br>**EXHIBIT**<br><br>[Jury Trial Demanded] |

# EXHIBIT

# "A"

# To Follow . . .



February 22, 2023

Dear Securities Fraud Investigations:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0478 5637 25**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | February 22, 2023, 10:27 am |
| **Location:** | SALINA, KS 67401 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | CHRISTOPHER JON KELLOGG |

| Shipment Details | |
|---|---|
| **Weight:** | 0.8oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *Peyton Brown* |
| Address of Recipient: | PO BOX 2567<br>SALINA, KS 67402-2567 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004