**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs,　　v.<br>Michael Nelson<br><br>　　　Defendant ;　PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**EXHIBIT**<br><br>[Jury Trial Demanded] |

# EXHIBIT

# "B"

# To Follow . . .

INSTRUCTION NO. __23__

VERDICT FORM

IN THE DISTRICT COURT OF WASHINGTON COUNTY

THE STATE OF OKLAHOMA

DISTRICT COURT WASHINGTON CO OK
JILL L. SPITZER, COURT CLERK

FILED FEB 8 2023

BY _Sarah Murphy_ DEPUTY

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Case No. CF-2021-304 |
| | ) |
| MICHAEL ERIC NELSON, | ) |
| | ) |
| Defendant. | ) |

VERDICT

We, the jury, empaneled and sworn in the above-entitled cause, do, upon our oaths, find as follows:

**COUNT I – Violation of Oklahoma Statute via computer**

Defendant is:

_____ Guilty and fix punishment at _____.

__✓__ Not Guilty.

_____
FOREPERSON