# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>    Plaintiffs,  v.<br>Michael Nelson<br>   Defendant ; PRO-Se. | **DOCKET NO.: 5:22-CV-04008-JWB-GEB**<br><u>**CIVIL ACTION**</u><br><br>**Notice of intention to Call:**<br>**Judge ANDREA K. SWISHER**<br>**as a Material WItness**<br><br>[Jury Trial Demanded] |

**Notice of intention to ANDREA K. SWISHER as a Material WItness**

Comes now, Michael Nelson, who makes this NOTICE of **Notice of intention to Call ANDREA K. SWISHER as a Material WItness**

The undersigned hereby informs the US DISTRICT OF KANSAS FEDERAL COURT AND opposing Counsel by this Notice of intent to call Judge ANDREA K. SWISHER as a material witness in the above herein captioned matter.

  <u>**ANDREA K. SWISHER, a current JUDGE Kansas District Court Judge, 28th Judicial District**</u> https://www.linkedin.com/in/andrea-k-swisher-4214b817/

  SWISHER LAW, LLC · Self-employed

  Oct 2019 - Dec 2022 · 3 yrs 3 mos

  Lindsborg, Kansas, United States

  ANDREA K. SWISHER is my former attorney and also a former employee under master servant relationship to the Law Firm, who is in representation of plaintiffs United Capital Management of Kansas Inc. aka UCMK and Chad Mitchell Koehn.  Ms. ANDREA K. SWISHER also a County Judge has material information necessary to the defense.   Ms. Swisher now Judge Swisher has also filed an affidavit authored and

signed by her in this matter regarding a document that was withdrawn, Ms. Swisher's testimony is essential to the defense and the mitigation of any damages, in fact for demonstration of NO damages to Chad M. Koehn of UCMK.  It is also believed that the testimony of Andrea K. Swisher and Governor Laura Kelly will shed much light and truth on what is afoot in this matter with the brokering of Judgeships in Kansas, political pay for play favors agaisnt the US Constitution and Kansas Constitutions, and the 'judge shopping' engaged in by the plaintiffs who sought previously the recusal of United States Federal Magistrate Judge Birzer via sworn affidavit of Chad M. Koehn and then when that did not work the contrite addition of Samantha Parks Angell's son Spencer Angell who is also believed to be the son of managing partner of the plaintiff's law firm James Ryan Angell, the estranged ex-spouse of Samantha Parks Angell and the facts that Andrea K. Swisher and Samantha P. Angell were both competing for the same Judicial nomination eventually decided against Samantha Parks Angell and for Andrea K. Swisher, announced by Gov. Laura Kelly on the 30th of September 2022, while Chad M. Koehn was in receipt of a wells notice, and had also filed a second protective order against the single, pro se, defendant, the undersigned.  It was not until the undersigned was taken to jail on 12 October 2022, and then released on additional bonding, that 36 hours later Chad M. Koehn signed a PLEA agreement to be SANCTIONED for violative conduct by a US Federal Regulator being fined and SUSPENDED from the stock brokerage industry.  Also during the same time and prior to the appointment of Andrea K. Swisher, plaintiffs UCMK and Chad M. Koehn attempted to attach the elderly father of the undersigned to the 'scorched earth' litigation they are engaged, as per the phrase used by US Federal District Court Judge John W. Broomes at the 14 December 2022,

hearing, as noted in the transcripts of the hearing, which discussed in detail the addition of SPENCER ANGELL as a material witness likely to have knowledge and to testify in the trial in this above herein captioned matter.   Separate litigation and proceedings are being prepared in regards to Spencer Angell his testimony and believed violations which have occurred under ASU (Arizona State University) honor code and other rules and regulations of ASU.  All family members including cousins and sisters of the undersigned have already tendered notices of recusal regarding those proceedings being prepared against Spencer Angell.

     Judge ANDREA K. SWISHER's testimony is essential to proving that counsel for the plaintiffs have been less than frank with the Court, regarding the parallel criminal proceedings in the County of Washington of the State of Oklahoma, which have now concluded, seeing all charges against the undersigned being exonerated.

     http://bartlesvilleradio.com/pages/news/371912023/rhode-island-man-acquitted-on-multiple-charges

     [Michael Eric Nelson Exonerated on all Charges - Rhode Island Man Acquitted on multiple charges including stalking and computer crimes](#)

     Chad Mitchell Koehn, traveled more than 200 miles and crossed state lines in order to commit interstate stalking of the undersigned in violation of a protective order he himself CHAD MITCHELL KOEHN has sought for a second time, to be used as a procedural weapon in the SLAPP (Strategic Lawsuit Against Public Participation) litigation referenced as the above herein captioned matter.   Chad Mitchell Koehn by and through legal counsel Christopher J. Kellogg has improperly noticed this Court that this case above captioned, initiated as a SLAPP lawsuit is not directly connected to the

criminal proceedings in the City of Bartlesville Oklahoma of Washington County District Court of the State of Oklahoma, when in FACT Chad Mitchell Koehn, not only was issued a parking pass by the Washington County DA, but Koehn traveled to the Court knowing now exonerated defendant in both matters, the undersigned, would be present. Chad Mitchell Koehn was neither a witness nor did he have a justifiable cause to be present in Oklahoma, nevermind physically present in the Courtroom and outside the Courthouse, other than to coach witnesses as is documented on the record, and to physically and psychologically torment and intimidate physically officers of the Court and thus the undersigned via proxy through his physical intimidation of the undersigned's CONSTITUTIONAL right to legal counsel under the 6th Amendment.

    ANDREA K. SWISHER has first hand knowledge of SEXUAL HARASSMENT complaints regarding CHAD MITCHELL KOEHN.

    Upon information and belief Judge ANDREA K. SWISHER, as an independent practicing attorney has certain knowledge and information regarding CHAD MITCHELL KOEHN's REPUTATION in the Community.   ANDREA K. SWISHER was at one time an associate attorney with the law firm Kennedy Berkley Yarnevich & Williamson, Chtd., the testimony of Judge Andrea K. Swisher does not include information obtained during her tenure as an Associate Attorney for Kennedy Berkley Yarnevich & Williamson, Chtd.

Associate Attorney

Kennedy Berkley Yarnevich & Williamson, Chtd.

Nov 2012 - Jan 2015 · 2 yrs 3 mos

Salina, Kansas

**ANDREA K. SWISHER, possesses material evidence as to CHAD MITCHELL KOEHN's reputation or lack thereof a good reputation within the community, as well as ANDREA K. SWISHER as the attorney for the undersigned has made certain statements in direct conflict with her AFFIDAVIT, filed in the above herein captioned matter. The statements made by ANDREA K. SWISHER may bring into question all matters which she has ruled upon or will rule upon as a Judge <u>Kansas District Court Judge, 28th Judicial District.</u>**

Fair notice of intent to call ANDREA K. SWISHER as a material witness is so herein tendered to the US DISTRICT OF KANSAS FEDERAL COURT and Opposing Counsel. Hereupon there also consists of issues raised by citizens that there has been Judgeship dealing, wherein UNITED STATES FEDERAL MAGISTRATE JUDGE G.E. BIRZER, who plaintiffs UCMK and CHAD MITCHELL KOEHN have sought the recusal, including in verified motion for RECUSAL with affidavit filed by CHAD MITCHELL KOEHN, against United States Federal Magistrate G.E. Birzer, which was DENIED. The FACT that SAMANTHA PARKS ANGELL, the ex-spouse of JAMES RYAN ANGELL, managing partner of the law firm representing plaintiffs and together upon information and belief the parents of SPENCER ANGELL, now listed as a material witness having substantial knowledge of the matter above herein referenced, caused the forceable RECUSAL of UNITED STATES FEDERAL MAGISTRATE JUDGE G.E. BIRZER, via the contrite recusal so made by Judge Birzer, after the addition of SPENCER ANGELL to the material witness list of persons likely to be material witnesses of the matter before this HONORABLE COURT the UNITED STATES DISTRICT COURT for the US District of KANSAS.

ANDREA K. SWISHER & SAMANTHA PARKS ANGELL both were applicants for the exact same Judgeship, which just five (5) days after the undersigned contracted with ANDREA K. SWISHER for limited scope representation, as the record reflect with regards to FEDERAL SUBPOENAS, withdrew her representation, under what is an apparent judgeship brokering enterprise of the law firm representing the plaintiffs, and it was AFTER this judgeship brokering that plaintiffs moved to add SPENCER ANGELL, an ADULT child of SAMANTHA PARKS ANGELL and JAMES RYAN ANGELL to their material witness list, as noted in the hearing before US Federal District Court Judge John Broomes.

During the first week of September 2022, the undersigned contacted Craig Piercy a purported home builder in Salina, Kansas, who is also listed as a shareholder for Anthem Holdings Company, who appeared confused as to what he had invested at least $50,000.00 into via a recommendation and sale of securities by CHAD MITCHELL KOEHN, Mister Piercy's words were slurred and he appeared to be operating a motor vehicle at the time of the first phone call, wherein he was evidently inebriated causing his slurred speech. A subsequent call with Mr. Piercy was conducted to determine if he and others were the appropriate persons to have a FEDERAL SUBPOENA issued for documents and information they collectively possess regarding the PONZI scheme alleged to be conducted by Chad Mitchell Koehn. Similarly a voicemail was left for MARK JOSEPH RITTER, a personal friend of JAMES RYAN ANGELL. BOTH Mark J. Ritter and Craig A. Piercy testified against the undersigned in the parallel hereto criminal proceedings which ended in an acquittal of the undersigned.

http://bartlesvilleradio.com/pages/news/371912023/rhode-island-man-acquitted-on-multiple-charges

Michael Eric Nelson Exonerated on all Charges - Rhode Island Man Acquitted on multiple charges including stalking and computer crimes

During the same time as the phone calls with Piercy and Ritter, CHAD MITCHELL KOEHN was served a "wells notice", quotations are used as to "wells notice", because it is a legal term, a "wells notice" is defined as:  "A "Wells Notice" is a letter sent by a securities regulator to a prospective respondent, notifying him of the substance of charges that the regulator intends to bring against the respondent, and affording the respondent with the opportunity to submit a written statement to the ultimate decision"
https://www.law.cornell.edu/wex/wells_notice

A "WELLS NOTICE" is named after John A. Wells, and informs a respondent in this case CHAD MITCHELL KOEHN, of a pending disciplinary action against them. Craig Alan Brand, who is mentioned as being the legal counsel for Cynthia D. Blanchard and HeraSoft another of the many alter egos of CHAD MITCHELL KOEHN, is mentioned in the letter dated approximately 20 September 2021, and sent to ROGER N. WALTER, who was neither paid nor contracted by CHAD MITCHELL KOEHN.  ANDREA K. SWISHER is aware of these material facts, as is ANDREA K. SWISHER aware of certain reputation of CHAD MITCHELL KOEHN in the community at large, which goes directly to the damages claimed by CHAD MITCHELL KOEHN and UCMK.

Upon the filing of a WELLS NOTICE to CHAD MITCHELL KOEHN by a UNITED STATES FEDERAL REGULATOR, of the Securities Industry, working on behalf of the UNITED STATES SECURITIES EXCHANGE COMMISSION (SEC), and thus the UNITED STATES CONGRESS.  The next move of Craig Brand, Christopher J. Kellogg, and Larry Gene Michel, was to file a second attempt at a restraining order as a PROCEDURAL WEAPON, against a single pro se, defendant, the protective order carried upon its face and known to CHAD MITCHELL KOEHN certain language that prohibited interstate travel to commit STALKING, none-the-less CHAD MITCHELL KOEHN did precisely the opposite and he himself CHAD MITCHELL KOEHN travelled in interstate commerce using US FEDERAL highways and roads to cross state lines to physically and psychologically intimidate the undersigned in VIOLATION of US Federal Law, State Laws, and demonstrate clearly his abuse and misuse of the protective order system which was established and fought for by the undersigned and his mother, for DECADES, in order to prevent domestic abusers from committing acts of TERROR, which is precisely the acts committed by Chad Mitchell Koehn in his unjustifiable interstate travel to commit stalking and physical intimidation of the undersigned.

  Once Chad Mitchell Koehn was able to abuse the protective order system and find the location of the undersigned, to make the undersigned fear for his life and the lives of his elderly parents.  Koehn and legal tema then proceeded to attempt to SUE the undersigned's elderly father, in hopes to usher him to an early grave, having the intended consequence Chad Mitchell Koehn's abuse of the protective order system and abuse of the legal system to meet his own ends of criminal defense of his misdeeds.

It should be noted to the US FEDERAL DISTRICT OF KANSAS FEDERAL COURT OF THE FOLLOWING: https://salinapost.com/posts/f5a61cc0-b164-4d7e-bbd9-7bb12fac4504

*Posted Sep 30, 2022 2:20 PM*

TOPEKA – Governor Laura Kelly today appointed Andrea Swisher of Lindsborg and Amy Taylor Norton of Salina to two judgeship positions in the 28th Judicial District. The positions were created through [2022 House Substitute for Substitute for Senate Bill 267](#), the bipartisan budget plan; and [Kansas Supreme Court Administrative Order 2022-JA-020](#)

"Both Andrea and Amy are well-qualified for these positions. Andrea has handled a diverse case load during her significant time spent in the courtroom, and Amy has been a fervent advocate for victims in her work prosecuting high-level felonies like sex crimes and homicides," Governor Kelly said. "I am confident they will use their experience to serve justice on the bench of the 28th District." Andrea Swisher is the owner of Swisher Law LLC. She is active in the legal community with her membership in the Saline-Ottawa County Bar Association and the McPherson County Bar Association. Swisher earned her juris doctor from the Washburn University School of Law. "I am honored to be selected as a judge for the 28th Judicial District. I have practiced in the 28th Judicial District my entire career and have built strong relationships with court personnel, colleagues, and the communities within the Judicial District," Swisher said. "I look forward to continuing my service as a judge."

Amy Taylor Norton is an Assistant Attorney General for the Kansas Attorney General Office's Criminal Litigation Division. She earned her juris doctor from the Washburn University School of Law. "As an attorney who has dedicated my career to public service, I believe it is of utmost importance that a judge ensures that all those who come before the Court are treated with equal dignity, fairness, and respect," Norton said. "I am incredibly humbled to have been selected and

look forward to this opportunity to use my skills and experience to continue to serve my community from the bench."

District court judges in the 28th Judicial District are appointed by the governor and selected from nominees chosen by a district nominating commission. Judges in nominating commission districts are subject to retention elections every four years.

**The other nominees selected by the district nominating commission were Samantha Angell** and W. Brad Sutton.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 22nd day of February 2023.

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com      702.932. 3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;