# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>　　　　　Plaintiffs,　　v.<br>Michael Nelson<br>　　Defendant ;　PRO-Se. | **DOCKET NO.:　5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Notice of intention to Call**<br>**GOVERNOR of the State of Kansas LAURA KELLY as a MATERIAL WITNESS**<br><br>**[Jury Trial Demanded]** |

**Notice of intention to Call**

**GOVERNOR of the State of Kansas LAURA KELLY as a MATERIAL WITNESS**

Comes now, Michael Nelson, who makes this NOTICE of **Notice of intention to Call**

**GOVERNOR of the State of Kansas LAURA KELLY as a MATERIAL WITNESS**

The undersigned hereby informs the US DISTRICT OF KANSAS FEDERAL COURT & opposing Counsel by this Notice of intent to call GOVERNOR LAURA KELLY as a material witness in the above herein captioned matter.

**GOVERNOR LAURA KELLY:　https://governor.kansas.gov/governor/**

"Governor Laura Kelly grew up in a career military family where she learned the importance of service, integrity, and accountability. She has made it her life's work to fight for children and families as a four-term state senator and now in her second term as the 48th Governor of the State of Kansas. In her first term, Governor Kelly worked with both parties to balance the budget, fully fund schools, repair the state's infrastructure, reform the child welfare system, and break records for business investment and job creation. She ended her

first term with the largest budget surplus in history – even while cutting taxes for working families.

After putting Kansas back on track, Governor Kelly was re-elected to a second term, which began on January 9, 2023. Governor Kelly has set a North Star for her second term – to make Kansas the best place in the country to raise a family – and has prioritized expanding affordable healthcare, supporting early childhood development, and continuing to spread prosperity to every corner of the state.

Governor Kelly and her husband Ted Daughety, MD, have been married since 1983. They have two grown daughters, Molly Daughety, MD, Kathleen Daughety and her husband Mathias Weiden, and one grandchild, Laura "Rory" Weiden."

**GOVERNOR LAURA KELLY's** testimony is essential to proving that counsel for the plaintiffs have been less than frank with the Court, regarding the parallel criminal proceedings in the County of Washington of the State of Oklahoma, which have now concluded, seeing all charges against the undersigned being exonerated.

http://bartlesvilleradio.com/pages/news/371912023/rhode-island-man-acquitted-on-multiple-charges

Michael Eric Nelson Exonerated on all Charges - Rhode Island Man Acquitted on multiple charges including stalking and computer crimes

Chad Mitchell Koehn, traveled more than 200 miles and crossed state lines in order to commit interstate stalking of the undersigned in violation of a protective order he himself

CHAD MITCHELL KOEHN has sought f<u>or a second time</u>, to be used as a procedural weapon in the SLAPP (Strategic Lawsuit Against Public Participation) litigation referenced as the above herein captioned matter.   Chad Mitchell Koehn by and through legal counsel Christopher J. Kellogg has improperly noticed this Court that this case above captioned, initiated as a SLAPP lawsuit, containing a RACIAL INSULT of HATE, in place of the given name of the undersigned, is not directly connected to the proceedings in the City of Bartlesville, Oklahoma, of Washington County District Court of the State of Oklahoma.

When in FACT Chad Mitchell Koehn, not only was issued a parking pass by the Washington County DA, but Koehn traveled to the Court knowing the <u>now exonerated defendant</u> in both matters, the undersigned, would be present.  Chad Mitchell Koehn was neither a witness nor did he have a justifiable cause to be present in Oklahoma, nevermind physically present in the Courtroom and outside the Courthouse, other than to coach witnesses as is documented on the record, and to physically and psychologically torment and intimidate physically officers of the Court and thus the undersigned via proxy through his physical intimidation of the undersigned's CONSTITUTIONAL right to legal counsel under the 6th Amendment.

GOVERNOR LAURA KELLY's TESTIMONY will also be in relation to a brokered judgeship through her appointment of ANDREA K. SWISHER as a Judge in the State of Kansas, over that of **SAMANTHA PARKS ANGELL both were applicants for the exact same Judgeship [EMPHASIS ADDED].**   The timing of the appointment and the "wells notice" from a US Federal Regulator, which has since seen the SANCTIONING of Chad Mitchell Koehn, including fine, and SUSPENSION from the stock brokering industry, and

Koehn's purposeful attack against the undersigned through fraudulent obtainment of a protective order; Koehn has since violated US Federal Law traveling in interstate commerce to violate, speaks volumes as to what is afoot here, and the alleged brokering of JUDGESHIPS in the State of Kansas. The Governor has material knowledge which a JURY of PEERS must be allowed to fairly examine.

All the actions complained of in the SLAPP (STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION) second amended complaint happened during a short period of time from 6 September 2022 until a week before the appointment of ANDREA K. SWISHER on 30 September 2022. The behind the scenes actions, have included the now contrite RECUSAL of a UNITED STATES FEDERAL MAGISTRATE JUDGE, who the plaintiffs had previously sought to recuse via a verified motion for recusal including a written and sworn affidavit by CHAD MITCHELL KOEHN, a now disgraced, SANCTIONED, fined and SUSPENDED from the securities stock broking industry former stockbroker.

During the first week of September 2022, the undersigned contacted Craig Piercy a purported home builder in Salina, Kansas, who is also listed as a shareholder for Anthem Holdings Company, who appeared confused as to what he had invested at least $50,000.00 into via a recommendation and sale of securities by CHAD MITCHELL KOEHN, Mister Piercy's words were slurred and he appeared to be operating a motor vehicle at the time of the first phone call, wherein he was evidently inebriated causing his slurred speech. A subsequent call with Mr. Piercy was conducted to determine if he and others were the appropriate persons to have a FEDERAL SUBPOENA issued for documents and information they collectively possess regarding the PONZI scheme

alleged to be conducted by Chad Mitchell Koehn. Similarly a voicemail was left for MARK JOSEPH RITTER, a personal friend of JAMES RYAN ANGELL. BOTH Mark J. Ritter and Craig A. Piercy testified against the undersigned in the parallel hereto criminal proceedings which ended in an acquittal of the undersigned.

http://bartlesvilleradio.com/pages/news/371912023/rhode-island-man-acquitted-on-multiple-charges

Michael Eric Nelson Exonerated on all Charges - Rhode Island Man Acquitted on multiple charges including stalking and computer crimes

During the same time as the phone calls with Piercy and Ritter, CHAD MITCHELL KOEHN was served a "wells notice", quotations are used as to "wells notice", because it is a legal term, a "wells notice" is defined as: "A "Wells Notice" is a letter sent by a securities regulator to a prospective respondent, notifying him of the substance of charges that the regulator intends to bring against the respondent, and affording the respondent with the opportunity to submit a written statement to the ultimate decision"

https://www.law.cornell.edu/wex/wells_notice

A "WELLS NOTICE" is named after John A. Wells, and informs a respondent in this case CHAD MITCHELL KOEHN, of a pending disciplinary action against them. Craig Alan Brand, who is mentioned as being the legal counsel for Cynthia D. Blanchard and HeraSoft another of the many alter egos of CHAD MITCHELL KOEHN, is mentioned in the letter dated approximately 20 September 2021, and sent to ROGER N. WALTER, who was neither paid nor contracted by CHAD MITCHELL KOEHN. ANDREA K.

SWISHER is aware of these material facts, as is ANDREA K. SWISHER aware of certain reputation of CHAD MITCHELL KOEHN in the community at large, which goes directly to the damages claimed by CHAD MITCHELL KOEHN and UCMK.

Upon the filing of a WELLS NOTICE to CHAD MITCHELL KOEHN by a UNITED STATES FEDERAL REGULATOR, of the Securities Industry, working on behalf of the UNITED STATES SECURITIES EXCHANGE COMMISSION (SEC), and thus the UNITED STATES CONGRESS. The next move of Craig Brand, Christopher J. Kellogg, and Larry Gene Michel, was to file a second attempt at a **restraining order as a PROCEDURAL WEAPON**, against a single pro se, defendant, the protective order carried upon its face and known to CHAD MITCHELL KOEHN certain language that prohibited interstate travel to commit STALKING, none-the-less CHAD MITCHELL KOEHN did precisely the opposite and he himself CHAD MITCHELL KOEHN traveled in interstate commerce using US FEDERAL highways and roads to cross state lines **to physically and psychologically intimidate the undersigned in VIOLATION of US Federal Law, State Laws of SEVERAL STATES,** and demonstrate clearly his abuse and misuse of the protective order system which was established and fought for by the undersigned and his mother, for DECADES, in order to prevent domestic abusers from committing acts of TERROR, which is precisely the acts committed by Chad Mitchell Koehn in his unjustifiable interstate travel to commit stalking and physical intimidation of the undersigned.

Once Chad Mitchell Koehn was able to abuse the protective order system and find the location of the undersigned, to make the undersigned fear for his life and the lives of his elderly parents. Koehn and legal team then proceeded to attempt to SUE the

undersigned's elderly father, in hopes to usher him to an early grave, having the intended consequence of furthering the undersigned's fathers medical issues, and separating father and son.   This and the brokering of a judgeship away from SAMANTHA PARKS ANGELL the chamber Counsel of the, then UNITED STATES FEDERAL MAGISTRATE JUDGE G.E. BIRZER who has since recused herself via contrite recusal having the legal team for Chad Mitchell Koehn add the son of SAMANTHA PARKS ANGELL and JAMES RYAN ANGELL, managing partner of the law firm representing the plaintiffs to their list of material witnesses, forcing US Federal Magistrate Judge G.E. Birzer to recuse herself after Chad Mitchell Koehn had previously sought Judge Birzer's recusal with verified motion, and affidavit by Chad Mitchell Koehn.  All of these occurrences happened prior to the "wells notice" being issued

s abuse of the protective order system and abuse of the legal system to meet his own ends of criminal defense of his misdeeds.

**It should be noted to the US FEDERAL DISTRICT OF KANSAS FEDERAL COURT OF THE FOLLOWING**:  https://salinapost.com/posts/f5a61cc0-b164-4d7e-bbd9-7bb12fac4504

*Posted Sep 30, 2022 2:20 PM*
TOPEKA – Governor Laura Kelly today appointed Andrea Swisher of Lindsborg and Amy Taylor Norton of Salina to two judgeship positions in the 28th Judicial District. The positions were created through 2022 House Substitute for Substitute for Senate Bill 267, the bipartisan budget plan; and Kansas Supreme Court Administrative Order 2022-JA-020

"Both Andrea and Amy are well-qualified for these positions. Andrea has handled a diverse case load during her significant time spent in the courtroom,

and Amy has been a fervent advocate for victims in her work prosecuting high-level felonies like sex crimes and homicides," Governor Kelly said. "I am confident they will use their experience to serve justice on the bench of the 28th District."

Andrea Swisher is the owner of Swisher Law LLC. She is active in the legal community with her membership in the Saline-Ottawa County Bar Association and the McPherson County Bar Association. Swisher earned her juris doctor from the Washburn University School of Law.

"I am honored to be selected as a judge for the 28th Judicial District. I have practiced in the 28th Judicial District my entire career and have built strong relationships with court personnel, colleagues, and the communities within the Judicial District," Swisher said. "I look forward to continuing my service as a judge."

Amy Taylor Norton is an Assistant Attorney General for the Kansas Attorney General Office's Criminal Litigation Division. She earned her juris doctor from the Washburn University School of Law.

"As an attorney who has dedicated my career to public service, I believe it is of utmost importance that a judge ensures that all those who come before the Court are treated with equal dignity, fairness, and respect," Norton said. "I am incredibly humbled to have been selected and look forward to this opportunity

to use my skills and experience to continue to serve my community from the bench."

District court judges in the 28th Judicial District are appointed by the governor and selected from nominees chosen by a district nominating commission. Judges in nominating commission districts are subject to retention elections every four years.

**The other nominees selected by the district nominating commission were Samantha Angell** and W. Brad Sutton.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 22nd day of February 2023.

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com    702.932. 3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which

will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*