# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>　　　　Plaintiffs,　　v.<br>Michael Nelson<br><br>　　　Defendant ;　PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-GEB**<br>**CIVIL ACTION**<br><br>**Notice of intention to Call**<br><br>**Clay Johnson**<br>**Assistant General Counsel**<br>**Kansas Insurance Department**<br><br>[Jury Trial Demanded] |

### Notice of intention to Call

**Clay Johnson**
**Assistant General Counsel**
**Kansas Insurance Department**
**as a MATERIAL WITNESS**

Comes now, Michael Nelson, who makes this NOTICE of **Notice of intention to Call Clay Johnson Assistant General Counsel Kansas Insurance Department as a MATERIAL WITNESS**

The undersigned hereby informs the US DISTRICT OF KANSAS FEDERAL COURT & opposing Counsel by this Notice of intent to call **Clay Johnson Assistant General Counsel Kansas Insurance Department**.

　　　**CLAY JOHNSON - Assistant General Counsel of the Kansas Insurance Dept.**

**Office of the Kansas Securities Commissioner**

**　a Division of the Kansas Insurance Department**

**1300 SW Arrowhead Rd., Topeka, KS 66604**

　　**Mister Johnson's testimony is essential to establish lawful whistleblowers filed by numerous persons relating to the securities irregularities afoot in this matter and those matters now concluded in the County of Washington of the State of Oklahoma.**

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 22nd day of February 2023.

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com    702.932. 3434

**Certificate of Service:**

The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*