KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
T:    (785) 825-4674
F:    (785) 825-5936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL., ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-GEB |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFFS' RESPONSE TO MAGISTRATE JUDGE JAMES' NOTICE AND ORDER TO SHOW CAUSE [ECF 465]

Plaintiffs, CHAD M. KOEHN and UNITED CAPITAL MANAGEMENT OF KANSAS, INC., by and through their undersigned counsel, herewith respond to Magistrate Judge James' Notice and Order to Show Cause (ECF 465) ("Order") as follows:

Plaintiffs hereby consent to the appointment of Recall Magistrate James P. O'Hara as a special master for this matter. Plaintiffs believe that this appointment will assist the parties with discovery and other aspects of this matter.

**WHEREFORE,** Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc. respectfully pray that this Court will enter an order appointing Recall Magistrate James P. O'Hara as a special master for this matter.

Dated February 27, 2023.

1

Respectfully Submitted,


/s/ Chris J. Kellogg
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
ckellogg@kenberk.com
*Attorneys for Plaintiffs*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2023, the foregoing was electronically filed with the Court using the CM/ECF System, which will furnish a true copy to Defendant, Michael Nelson, at oklahomaremote@gmail.com and chadkoehnlawsuit@nosoybean.com.


/s/ Chris J. Kellogg
Chris J. Kellogg