UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>             Plaintiffs, counter-defendants<br>     v.<br>Michael Nelson<br><br>         Defendant; Counter-Plaintiff PRO-Se. | <u>**DOCKET NO.:     5:22-CV-04008-JWB-TJJ**</u><br>CIVIL ACTION<br><br><u>EXHIBITS</u><br><u>Motion in Opposition regarding Plaintiff's Motion in Document 445</u><br><u>w/ Motion for Deposition by Remote Means pursuant with FRCP Rule 1 & 26(c)</u><br><br>[Jury Trial Demanded] |

# <u>EXHIBIT</u>

# <u>"A"</u>

# <u>To Follow . . .</u>




WFTV 9

75° WATCH

NEWS WEATHER EYE ON THE TROPICS VIDEO 9 INVESTIGATES ACTION 9 TRAFFIC SPORTS 9 FAMILY CONNECTION THINGS TO DO STEALS AND DEALS HOME EXPERTS CARE CONNECT

BREAKING NEWS | One dead, another shot in Friday night shooting in Orange County, deputies say 3/4

WFTV Now

**Local News Replay**

Newscast covering important local topics and events

Resize:

**Live Streams**

**Drag to Resize Video**

Last week, FDLE investigators held a news conference in which they said Deming, Takio and six others, including former Simon Properties marketing vice president Lynette Lauria, were involved in a scheme that took $20 million from Simon Properties.

Investigators said Lauria authorized millions of dollars in payments by Simon to shell companies created by the others for work that was never done, and that her shell company got kickbacks.

FDLE investigators now say it was $4 million, not $20 million, that was allegedly taken.

Brand said Thomas Brignolo was Simon's star witness. Two days after the arrests, Brignolo suddenly died. Brand believes his death was connected to the case.

"He felt horrible that my clients got dragged into this," Brand said.

Deming's arraignment is scheduled for June 10. He is expected to enter a not-guilty plea.

FDLE investigators said the charges the defendants face could bring maximum prison sentences of twenty years.

*WFTV*





### Forecast from Meteorologist
### Kassandra Crimi

| NOW | 2 PM | 5 PM |
|---|---|---|
| ☀ 75° | ☀ 85° | ☀ 85° |

**Read Next**

Vehicle fire shuts down State Road 429



### WFTV Newsletters
DELIVERED TO YOUR INBOX

Zip Code | Email* (required)

**Most Read**



Vehicle fire shuts down State Road 429



Winter Park wants your help in naming a new park; here's…



Blast from the past: Do you remember these old Disney and…



Sunny skies and warm temps continue Sunday and into next…



Brightline rolls closer to starting train services between Miami…

**NEWS**

Local News

Video

Traffic

**WEATHER**

Weather

Live Doppler 9 HD

**STATION**

EEOC Statement

WFTV Public File

WRDQ Public File

About WFTV

FCC applications

**FOLLOW US**

  

© **2023 Cox Media Group.** This station is part of Cox Media Group Television. Learn about **careers** at Cox Media Group. By using this website, you accept the terms of our **Visitor Agreement** and **Privacy Policy**, and understand your options regarding **Ad Choices**.