| UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS | |
|---|---|
| **United Capital Management of Kansas, Inc**. (UCMK) <u>and</u> **CHAD M. KOEHN**<br><br>Plaintiffs, counter-defendants<br><br>v.<br><br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | <mark>**DOCKET NO.:** 5:22-CV-04008-JWB-TJJ</mark><br><u>CIVIL ACTION</u><br><br><u>EXHIBITS</u><br><u>Motion in Opposition regarding Plaintiff's Motion in Document 445</u><br><u>w/ Motion for Deposition by Remote Means pursuant with FRCP Rule 1 & 26(c)</u><br><br>[Jury Trial Demanded] |

# EXHIBIT

# "F"

# To Follow . . .

https://archives.rep-am.com/2015/10/17/arraignment-in-drug-death/

# Arraignment in drug death

By **Republican American** - October 17, 2015

LITCHFIELD – A 29-year-old Torrington man was arraigned Friday in Bantam Superior Court on charges of illegally delivering prescription drugs in connection with the accidental overdose death of another man in May.

Thomas Brignolo, 32, who worked as a hairdresser and bartender, was unresponsive when James Langlois tried to wake him on May 21 in Langlois' rented home at 154 Newfield Road. The state medical examiner's office conducted an autopsy and ruled Brignolo's death was caused by a combination of heroin, alcohol and oxycodone.

Langlois, now held on $100,000 bond, denied providing Brignolo with any heroin, but he eventually admitted that he gave him at least one Percocet "from an old prescription," police said.

Langlois told police he had known Brignolo for a couple of years when they met at Sawyer's Bar and Grill on Center Street in Torrington. They went back to Langlois' apartment and fell asleep, he said. When Langlois awoke at noon the following day, he said Brignolo was unresponsive. A Campion Ambulance paramedic later declared him dead at the scene.

A search of the home revealed evidence of marijuana and prescription drug use, police allege.

 Brignolo owned Nolo Marketing in Orlando.

He was a lead witness as a whistle blower in a Florida theft ring that allegedly bilked millions from America's largest commercial real estate company. Eight defendants are accused of stealing from the Simon Property Group by using a trusted company executive to approve payments to more than a dozen fake companies, the Orlando Sentinel reported, based on documents from the Florida Department of Law Enforcement.

Brignolo was named in a federal lawsuit four years ago as the whistle blower who alerted Simon officials to the thefts. He was scheduled to testify as a key witness for the prosecution.

Brignolo, who once worked for two of the eight suspects, emailed Simon officials alerting them to what was happening, the Sentinel reported.

The status of that Florida case was not available Friday.

Contact Brigitte Ruthman at bruthman@rep-am.com.



3 Shares

"; echo $content; ?>

Republican American