# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. <u>and</u> **CHAD M. KOEHN** <br><br>             Plaintiffs,   v. <br> Michael Nelson <br><br>       Defendant ;   PRO-Se. | **DOCKET NO.:**    **5:22-CV-04008-JWB-TJJ** <br> <u>**CIVIL ACTION**</u> <br><br> **Notice of COMPLIANCE with Discovery Documents served on Plaintiffs** <br><br> **[Jury Trial Demanded]** |

    COMES NOW, Michael Nelson, pro se, out of necessity and files this Notice of Compliance with ALL discovery upon the plaintiffs, including Answers to Interrogatories, Requests for Production and Requests for Admission.

```
     Today the 3rd Day of March 2023, I have emailed all
discovery documentation to the plaintiffs at each of the
email addresses and also included the Lead of the Law Firm
Kennedy Berkley a person named JAMES RYAN ANGELL, who is also
believed upon information and belief the father of SPENCER
JAMES ANGELL a material witness for the plaintiffs and the
defense in this matter.  All discovery notices and documents
as well as all evidence and production as required by ORDER
of the Court, this includes all Requests for Admission and
Requests for PRODUCTION as well as ANSWERS to Interrogatory
questions.  I have also had a phone conversation with
Plaintiff CHAD M. KOEHN regarding confidential settlement
talks under Rule 408.  Plaintiffs by and through the
signature of Christopher Kellogg has sent a confidential
Settlement Document signed by Christopher Kellogg under Rule
```

**408, which was substantially accepted with the acception of those conditions which violate US Federal or State Law.  I am confident that within days we may be a binding settlement, however, in compliance with the prior orders of the Court I have tendered the aforementioned discovery documents and emails to the opposing counsel pursuant with prior order of this Court the HONORABLE US Federal District Court of the US DISTRICT of KANSAS.**

Respectfully Submitted, this 3rd day of March 2023

*[signature: Michael Nelson]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

                                           chadkoehnlawsuit@nosoybean.com Phone:  702-932-3434

    A document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus,(2007); Andrews v. Heaton*

**Certificate of Service:**
    The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will

send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*