# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>        Plaintiffs,   v.<br>Michael Nelson<br><br>        Defendant ;   PRO-Se. | **DOCKET NO.:    5:22-CV-04008-JWB-TJJ**<br><u>**CIVIL ACTION**</u><br><br>**Reply to the Court for Written Show Cause regarding appointment of Special Master**<br><br>**[Jury Trial Demanded]** |

Comes now, Michael Nelson, defendant, pro se, who makes the following reply pursuant with Order of the Court to herewith respond to Magistrate Judge James' Notice and Order to Show Cause (ECF 465) ("Order") as follows:

Defendant hereby consents to the appointment of Recall Magistrate James P. O'Hara as a special master for this matter. Defendant believes that this appointment will assist the parties as discussed and agreed with mediation on 14 March 2023, in Phoenix Arizona and discovery and other aspects of this matter, if mediation is unsuccessful.

WHEREFORE, PRAYER for relief that the Defendant requests and respectfully prays that this Court will enter an order appointing Recall Magistrate James P. O'Hara as a special master for this matter, according to the parties agreement at the most recent status conference of having Recalled Magistrate Judge James P. O'Hara conduct the scheduled mediation in Phoenix, Arizona on the 14th of March and all other discovery and depositions in this cause of action if mediation proves unsuccessful.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial

justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 6th day of March 2022.

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com     702.932. 3434

**Certificate of Service:**

    The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*