# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED CAPITAL MANAGEMENT OF KANSAS, INC., and CHAD M. KOEHN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 22-cv-4008-JWB-TJJ |
| MICHAEL E. NELSON, | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SPECIAL MASTER

Comes now Affiant, Honorable James P. O'Hara, Recalled United States Magistrate Judge, and having reviewed the provisions of Fed. R. Civ. P. 53(b)(3)(A) and grounds for disqualification under 28 U.S.C. § 455 hereby represents and affirms that he has met all of the criteria set forth in the rule and statute referred to hereinabove, and that there are no circumstances or grounds existing that would disqualify him under 28 U.S.C. § 455, that he has no personal bias or prejudice concerning any party or any knowledge of disputed evidentiary facts concerning the proceeding, nor any other disqualification and that he will fairly and impartially discharge his responsibilities as Special Master in this case.

FURTHER AFFIANT SAYEST NAUGHT.

        _s/ James P. O'Hara_____
        James P. O'Hara

        Recalled U.S. Magistrate Judge
        United States District Court
        500 State Avenue
        Kansas City, KS 66101
        Phone: (913) 735-2287
        Email: *ksd_ohara_chambers@ksd.uscourts.gov*

STATE OF ~~KANSAS~~ )
) SS.
COUNTY OF ~~WYANDOTTE~~ )

On this 9th day of March, 2023, before me appeared by telephone James P. O'Hara to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Commission Expires:



NOTARY PUBLIC - State of Kansas
CHARLES VAN NESS
My Appt. Expires 7/17/23