# UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN**<br><br>　　　　　　Plaintiffs,　　v.<br>Michael Nelson<br><br>　　　Defendant ;　　PRO-Se. | **DOCKET NO.:　　5:22-CV-04008-JWB-TJJ**<br>**CIVIL ACTION**<br><br>**NOTICE of Discontinuance of Email address:**<br>**chadkoehnlawsuit@nosoybean.com**<br><br>**And "nosoybean.com"**<br><br>**[Jury Trial Demanded]** |

Comes now, Michael Nelson, defendant, pro se, who makes this NOTICE to the Honorable US Federal Court for the US District of Kansas, that I do now submit to US District of Kansas the formal request to discontinue the use of the email address:

CHADKOEHNLAWSUIT@NOSOYBEAN.com

　　　WHEREFORE, in compliance with the settlement agreement between the parties signed by both parties and their attorney Christopher J. Kellogg, the undersigned, has canceled the online store front NoSoyBean.com and has caused the redirection of the domain to Google. Additionally pursuant with the agreement of the parties and their attorneys, and in accordance with the Rules of the US District of Kansas Federal Court that the above referenced email address be immediately terminated from connection in this matter. It is requested that the Court continue to send emails to oklahomaremote@gmail.com AND oklahomaremote@icloud.com

　　　WHEREIN in compliance with this Notice and request once filed to the Honorable US Federal District Court for the District of Kansas, I shall also cause the filing of this document with the attorney registration service of the US District of Kansas, though it is called attorney registration, the undersigned is but just a simpleton, layman, peon, and certainly is not an

attorney, though without further understanding as to who needs be notified it is requested ChadKoehnLawsuit@nosoybean.com be terminated as an email address for any type of service in this matter.

WHEREFORE, PRAYER for relief that the Court Recognize the Compliance of the PRO SE, defendant with agreement of the Parties for the settlement of the issues of the matter above herein captioned and further requests the termination of the email address as fully stated herein.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)

Respectfully Submitted, this 10th day of March 2022.

*/s/ Michael Nelson*
Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

702.932. 3434

**Certificate of Service:**
The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via: **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*/s/ Michael Nelson*