IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD M. KOEHN, ET AL. , ) | |
| ) | |
| **Plaintiffs** ) | |
| vs. ) | Case No. 22-CV-04008-JWB-TJJ |
| ) | |
| MICHAEL NELSON, ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) Plaintiffs, Chad M. Koehn and United Capital Management of Kansas, Inc. and Defendant, Michael Nelson, jointly stipulate that the above-referenced matter is dismissed with prejudice, each party to bear their own costs and attorney fees.

APPROVED BY:

| | |
|---|---|
| /s/ Chris J. Kellogg | /s/ Michael Nelson |
| Chris J. Kellogg, #21651 | Michael Nelson |
| KENNEDY BERKLEY | 9450 SW Gemini Dr. |
| 119 W. Iron Avenue, 7th Floor | PMB 90924 |
| PO Box 2567 | Beaverton, OR 97008-7105 |
| Salina, KS 67402-2567 | Telephone: (702) 932-3434 |
| Telephone: (785) 825-4674 | Email: oklahomaremote@gmail.com |
| Fax: (785) 825-5936 | *Defendant* |
| Email: ckellogg@kenberk.com | |
| *Attorney for Plaintiffs* | |