1

**UNITED STATES DISTRICT COURT - DISTRICT OF KANSAS**

| | |
|---|---|
| **United Capital Management of Kansas, Inc**. and **CHAD M. KOEHN** <br><br>     Plaintiffs, Counter Defendants <br>   v. <br> Michael Nelson <br><br>     Defendant; counter-plaintiff PRO-Se. | **DOCKET NO.:**   **5:22-CV-04008-JWB-GEB** <br> **CIVIL ACTION** <br><br> NOTICE OF SERVICE OF Discovery <br><br> Answers per prior Court Order <br><br> [Jury Trial Demanded] |

NOTICE OF SERVICE OF DISCOVERY Answers

defendant/Counter-Plaintiff hereby certify that on January 6, 2023, I, Michael Nelson, did cause to be served discovery answers per prior court order.

1. defendant/Counter Plaintiff, Michael Nelson's interrogatory answers to supplant any previously made, said response was sent attention of:   Christopher J. Kellogg, #21651 KENNEDY BERKLEY P.O. Box 2567 Salina, KS 67402-2567

VIA UNITED STATES POSTAL MAIL; CERTIFIED:   9214890142980477125191

CONFIRMED job: **7302107**

Respectfully Submitted, this 6th day of Jan 2023.

*[signature]*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com Phone:  702-932-3434

**Certificate of Service:**
   The undersigned hereby certifies that, on this same date, I filed the foregoing with the Clerk of the Court via electronic-mail:  **KSD_Clerks_Topeka** <KSD_Clerks_Topeka@ksd.uscourts.gov> which will send notice of its filing electronically to the attorneys of record, as per the local rules and FRCP, and as to all future filings and pleadings of whatever nature are necessary in this above herein captured matter, per Local Rule 77.1;

*[signature]*